## EXHIBIT B

**Utility Service List**

Georgia Power
96 Annex
Atlanta, GA 30396
Gas & Electric

City of Savannah
132 E. Broughton Street, PO Box 1968
Savannah, GA 31402
Water

Veolia Water New Jersey
PO Box 371804
Pittsburgh, PA 15250
Water

PECO Energy
PO Box 37629
Philadelphia, PA 19101
Gas & Electric

PSE&G Co.
PO Box 14444
New Brunswick, NJ 08906
Gas & Electric