# **EXHIBIT A**

(Insurance Policies)

56673269.4

AGCS Marine Insurance Company
30 Congress Street, Suite 101
Saint Albans, VT 05478
Property Insurance

AIG Property Casualty Company
1271 Ave of the Americas, Floor 41
New York, NY 10020
Automobile Liability Insurance

Allianz Global Risks US Insurance Company
225 West Washington Street, Suite 2000
Chicago, IL 60606
Cargo Insurance

Endurance American Specialty Insurance Company
761 BETA Drive, Suite V
Cleveland, OH 44143
Vehicle Physical Damage Insurance

Great American Alliance Insurance Company
301 East 4th Street
Cincinnati, OH 45202
Workers' Compensation Insurance

Harco National Insurance Company Foray LLC
3060 Peachtree Road, Suite 300
Brooks, GA 30205
Automobile Insurance

Hartwell Insurance Company
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203
Excess Umbrella Liability Insurance

National Union Fire Insurance Company
1271 Ave of the Americas, Floor 41
New York, NY 10020
Automobile Insurance

Upland Specialty Insurance Company
5050 Quorum Drive, Suite 700, Unit #473
Dallas, TX 75254
Commercial General Liability Insurance

56673269.4