|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| In Re: |

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

**AMENDED APPLICATION FOR ORDER SHORTENING TIME**

The applicant _____, on behalf of _____ requests that the time period to/for <u>hear the motions on wages [D.I. 11] and joint admin. [D.I. 3]</u> as required by _____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:

2. A hearing is requested on or before:

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: _____          _____
                                                                              Signature

*rev.5/19/2025*