| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SAUL EWING LLP<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>turner.falk@saul.com<br><br>Proposed Counsel to the Debtors and Debtors in Possession | Order Filed on November 16, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,<br><br>                              Debtors. | Case No.:   25-22123 (JKS)<br><br>Chapter:   11<br><br>Judge:   John K. Sherwood |

**AMENDED ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 16, 2025**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of _____the Debtors_____ for a reduction of time for a hearing on __the Debtors' motion [D.I. 11] for author. to pay certain prepetition wages and other relief described therein and the joint admin. motion [D.I. 3]__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____November 18, 2025_____ at __10:00 A.M.__ in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 Courtroom No. _3D_____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: (i) the Office of the United States Trustee for the District of New Jersey; (ii) counsel to the Debtors' Primary Lender _____

by ❑ each, ☒ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❑ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❑ must be provided to _____

❑ on the same day as the date of this Order, or

❑ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ❏ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ❏ Court appearances are required to prosecute said motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

   ❏ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*