# Exhibit B

## Budget

| The Judge Organization Consolidated 3 Week Cash Flow | Week 11/5-11/7 | 11/10-11/14 | 11/17-11/21 | Week 11/24-11/28 | 12/1-12/5 | 12/8-12/12 | Week 12/15-12/19 | 12/22-12/26 | 12/29-1/2 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash: | 180,487 | 177,287 | 158,915 | 219,019 | 117,559 | 73,561 | 176,665 | 236,510 | 74,488 |
| - Collections | 362,700 | 636,500 | 636,500 | 636,500 | 1,406,500 | 636,500 | 636,500 | 636,500 | 1,406,500 |
| - Sale of assets | | | | | | | | | |
| - Equity contributions | | | | | | | | | |
| - Loan proceeds | | | | | | | | | |
| Total Cash for Period | 543,187 | 813,787 | 795,415 | 855,519 | 1,524,059 | 710,061 | 813,165 | 873,010 | 1,480,988 |
| Disbursements: | | | | | | | | | |
| - Accounts Payable | 356,300 | 645,272 | 566,796 | 728,360 | 1,350,714 | 523,796 | 567,055 | 788,922 | 1,317,588 |
| - Capital Expenditures | | | | | | | | | |
| - Loan repayments | 9,600 | 9,600 | 9,600 | 9,600 | 99,784 | 9,600 | 9,600 | 9,600 | 9,600 |
| Total Disbursements | 365,900 | 654,872 | 576,396 | 737,960 | 1,450,498 | 533,396 | 576,655 | 798,522 | 1,327,188 |
| **Ending Cash:** | 177,287 | 158,915 | 219,019 | 117,559 | 73,561 | 176,665 | 236,510 | 74,488 | 153,800 |
| | 356,300 | 645,272 | 566,796 | 728,360 | 1,350,714 | 523,796 | 567,055 | 788,922 | 1,317,588 |

| The Judge Organization Consolidated Accounts Receivable Schedule | Week 11/5-11/7 | 11/10-11/14 | 11/17-11/21 | Week 11/24-11/28 | 12/1-12/5 | 12/8-12/12 | Week 12/15-12/19 | 12/22-12/26 | 12/29-1/2 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning A/R: | 180,487 | 543,187 | 1,179,687 | 1,816,187 | 2,452,687 | 3,859,187 | 4,495,687 | 5,132,187 | 5,768,687 |
| - Revenue | | | | | | | | | |
| -(Collections) | 362,700 | 636,500 | 636,500 | 636,500 | 1,406,500 | 636,500 | 636,500 | 636,500 | 1,406,500 |
| Ending A/R: | 543,187 | 1,179,687 | 1,816,187 | 2,452,687 | 3,859,187 | 4,495,687 | 5,132,187 | 5,768,687 | 7,175,187 |

| The Judge Organization Consolidated Accounts Payable Schedule | Week 11/5-11/7 | 11/10-11/14 | 11/17-11/21 | Week 11/24-11/28 | 12/1-12/5 | 12/8-12/12 | Week 12/15-12/19 | 12/22-12/26 | 12/29-1/2 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning A/P: | | 349,300 | 994,572 | 1,561,368 | 2,289,728 | 3,640,442 | 4,164,238 | 4,731,293 | 5,520,215 |
| Payroll | 0 | 164,446 | 164,446 | 164,446 | 164,446 | 164,446 | 164,446 | 164,446 | 164,446 |
| Insurance | 0 | 34,000 | 60,000 | 247,200 | 0 | 34,000 | 60,000 | 246,000 | 0 |
| Owner Operators/Outside Contractors | 228,000 | 229,600 | 230,750 | 230,750 | 230,750 | 230,750 | 230,750 | 230,750 | 230,750 |
| Utilities | 0 | 0 | 20,000 | 5,259 | 0 | 0 | 25,259 | 0 | 0 |
| IT Maintence | 0 | 12,000 | 0 | 0 | 12,000 | 0 | 0 | 12,000 | 0 |
| Truck Expenses | 3,700 | 0 | 41,000 | 20,105 | 10,000 | 41,000 | 41,000 | 41,000 | 10,000 |
| Union 401 K | 7,000 | 0 | 0 | 7,000 | 0 | 0 | 7,000 | 0 | 0 |
| Professional fees | 0 | 0 | 0 | 5,000 | 37,000 | 0 | 0 | 30,000 | 12,000 |
| Chassis | 0 | 11,126 | 15,000 | 0 | 11,126 | 15,000 | 0 | 11,126 | 15,000 |
| SGA Other | 35,600 | 35,600 | 35,600 | 33,600 | 38,600 | 38,600 | 38,600 | 38,600 | 38,600 |
| Taxes | 0 | 0 | 0 | 9,000 | 130,000 | 0 | 0 | 9,000 | 130,000 |
| Rents | 0 | 0 | 0 | 0 | 716,792 | 0 | 0 | 0 | 716,792 |
| Misc | 0 | 0 | 0 | 6,000 | 0 | 0 | 0 | 6,000 | 0 |
| Legal Retainer- Saul Ewing | 75,000 | 15,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accountants Retainer- Mazars | 0 | 100,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financial Advisor Retainer- Cambridge | 7,000 | 43,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending A/P | 349,300 | 994,572 | 1,561,368 | 2,289,728 | 3,640,442 | 4,164,238 | 4,731,293 | 5,520,215 | 6,837,803 |
| | 356,300 | 645,272 | 566,796 | 728,360 | 1,350,714 | 523,796 | 567,055 | 788,922 | 1,317,588 |