UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

**ORDER REGARDING APPLICATION FOR EXPEDITED
CONSIDERATION OF FIRST DAY MATTERS**

The relief set forth on the following pages, numbered two (2) and three (3), is ORDERED.

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable _____ in Courtroom # no. _____located at _____ on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
| --- | --- |
| 1. Motion Seeking the Joint Administration of Multiple Debtor Bankruptcy Cases. | |
| 2. Motion for an Order Authorizing the Debtor an Extension of Time Within Which to File Statements and Schedules. | |
| 3. Motion for an Order Authorizing the Emergency Use of Cash Collateral or Debtor-In-Possession Financing Pending the Noticing and Scheduling of an Interim Hearing for Financing Pursuant to Bankruptcy Code § 363 and 364 and Fed. R. Bankr. P. 4001. | |
| 4. Motion for an Order Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Cash Management Procedures Providing the United States Trustee's Office with a 60 Day Period to Object to Said Order before It Becomes a Final Order. | |
| 5. Motion for an Order Authorizing a Debtor to Modify the Investment Guidelines Set Forth in Bankruptcy Code § 345 on an Interim Basis, Providing the United States Trustee's Office and Any Other Parties-in-Interest a 60-Day Period to Object to Said Order Before it Becomes a Final Order. | |
| 6. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Wages, Salaries, Compensation, Employee Benefits and Reimbursable Business Expenses up to the Limits Set Forth in Bankruptcy Code § 507(a). | |
| 7. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Sales, Use, Payroll and Other Taxes That Are Otherwise Priority Claims Under Bankruptcy Code § 507. | |
| 8. Motion for an Order Authorizing the Debtor to Continue Credit Card Facilities. | |
| 9. Motion for an Order Authorizing the Debtor to Honor Certain Pre-Petition Customer Obligations, Deposits, Rebates, Etc. | |

| MATTER | HEARING DATE and TIME |
|---|---|
| 10. Motion for an Order Authorizing the Debtor to Continue With and Pay Pre-Petition Outstanding Amounts Due on Various Insurance Policies. | |
| 11. Motion for an Order Authorizing Payment of Outstanding and Unpaid Pre-Petition Debt to Certain Vendors Who Provide Critical and Necessary Services and/or Products to the Debtor. | |
| 12. Motion for an Order Pursuant to Bankruptcy Code § 366 Regarding Adequate Assurance for the Future Performance for Utilities and Establishing Procedures for Determining Requests for Additional Adequate Assurance. | |
| 13. Motion for an Order Authorizing the Debtor to Retain a Claims and Noticing Agent. | |
| 14. Motion for an Order Establishing Noticing Procedures. | |
| 15. Others: | |
| | |
| | |
| | |

IT IS FURTHER ORDERED that, unless the Court directs otherwise, service of this Order must be made under D.N.J. LBR 9013-5(f) or, for cases designated as Chapter 11 Complex Cases, in accordance with the *General Order Governing Chapter 11 Complex Case Procedures*; and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

*rev.8/1/2024*