| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>              turner.falk@saul.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP.,<br><br>                              Debtor.<br>Tax I.D. No. 22-2056485 | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>P. JUDGE & SONS, INC.,<br><br>                              Debtor.<br>Tax I.D. No. 11-1953713 | Chapter 11<br><br>Case No. 25-22127 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>AMEX SHIPPING AGENT, INC.,<br><br>                              Debtor.<br>Tax I.D. No. 22-2014699 | Chapter 11<br><br>Case No. 25-22129 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>THE JUDGE ORGANIZATION, LLC,<br><br>                              Debtor.<br>Tax I.D. No. 45-4018267 | Chapter 11<br><br>Case No. 25-22130 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>P. JUDGE & SONS TRUCKING, LLC,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 25-22131 (JKS) |

56735346.1

| Tax I.D. No. 30-0709853 | (Joint Administration Requested) |
| In re: | |
| | Chapter 11 |
| JUDGE WAREHOUSING, LLC, | |
| | Case No. 25-22132 (JKS) |
| Debtor. | |
| Tax I.D. No. 37-1656690 | (Joint Administration Requested) |

## CERTIFICATION OF SERVICE

1.      I, Turner Falk:

☒ Proposed Counsel to the Debtors and Debtors in Possession in this matter.

☐ am the secretary/paralegal for _____., who represents _____ in this matter.

☐ am the _____ in this case and am representing myself.

2.  On November 16, 2025, I sent a copy of the following pleadings and/or documents via

Electronic Mail, the parties listed on the attached **Exhibit A**.

Motion for Joint Administration for the following cases: 25-22123, 25-22127, 25-22129, 25-22130, 25-22131, and 25-22132

Motion re: Authorizing the Debtors to (i) pay certain prepetition wages (and associated taxes) and reimbursable employee expenses, (ii) pay and honor employee medical and other benefits, (iii) continue employee benefit programs, and (iv) other related relief

Application for an Order to Shorten Time Period for Notice and Setting Hearing

Order Granting Application to Shorten Time Period for Notice and Setting Hearing for November 18, 2025 @ 10:00 A.M. and Limiting Notice

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated on the attached service list.


Date: November 17, 2025                                    /S/Turner Falk
                                                                          Signature

2

56735346.1

## EXHIBIT A

Fran B. Steele, Esq.
David Gerardi, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102
Fran.B.Steele@usdoj.gov
David.Gerardi@usdoj.gov

Counsel to First Business Specialty Finance, LLC
[Debtors' Primary Lender]
Laurie A. Martin Montplaisir
Krieg DeVault LLP
200 S. Wacker Drive Suite 600
Chicago, IL 60606
lmontplaisir@kdlegal.com

56735346.1