| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> SAUL EWING LLP <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:  stephen.ravin@saul.com <br>             turner.falk@saul.com <br><br> *Proposed Counsel to the Debtors and Debtors in Possession* | |
| In re: <br><br> PORT ELIZABETH TERMINAL & WAREHOUSE CORP., <br><br>                            Debtor. <br> Tax I.D. No. 22-2056485 | Chapter 11 <br><br> Case No. 25-22123 (JKS) <br><br> (Joint Administration Requested) |
| In re: <br><br> P. JUDGE & SONS, INC., <br><br>                            Debtor. <br> Tax I.D. No. 11-1953713 | Chapter 11 <br><br> Case No. 25-22127 (JKS) <br><br> (Joint Administration Requested) |
| In re: <br><br> AMEX SHIPPING AGENT, INC., <br><br>                            Debtor. <br> Tax I.D. No. 22-2014699 | Chapter 11 <br><br> Case No. 25-22129 (JKS) <br><br> (Joint Administration Requested) |
| In re: <br><br> THE JUDGE ORGANIZATION, LLC, <br><br>                            Debtor. <br> Tax I.D. No. 45-4018267 | Chapter 11 <br><br> Case No. 25-22130 (JKS) <br><br> (Joint Administration Requested) |
| In re: <br><br> P. JUDGE & SONS TRUCKING, LLC, <br><br>                            Debtor. | Chapter 11 <br><br> Case No. 25-22131 (JKS) |

56735244.2

| | |
|---|---|
| Tax I.D. No. 30-0709853<br>In re:<br><br>JUDGE WAREHOUSING, LLC,<br><br>                    Debtor.<br>Tax I.D. No. 37-1656690 | (Joint Administration Requested)<br><br>Chapter 11<br><br>Case No. 25-22132 (JKS)<br><br>(Joint Administration Requested) |

# CERTIFICATION OF SERVICE

1.    I, Turner Falk, am:

   ☒ Proposed Counsel to the Debtors and Debtors in Possession in this matter.

   ☐ am the secretary/paralegal for _____., who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On November 17, 2025, I sent a copy of the following pleadings and/or documents via Federal Express Overnight Mail, to the parties listed on the attached **Exhibit A**.

   Motion for Joint Administration for the following cases: 25-22123, 25-22127, 25-22129, 25-22130, 25-22131, and 25-22132

   Motion re: For Entry of an Order Authorizing the Debtors to (I) File (a) a Consolidated Creditor Matrix and (b) a Consolidated List of the Debtors Top Twenty Creditors; and (II) Redact Individual Employee Information

   Motion to Extend Time to File Missing Schedules;

   Motion re: Authorizing the Debtors to Continue using their existing Bank Accounts and Business Forms during the Pendency of these Chapter 11 Cases

   Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b)

   Motion re: for Entry of Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief

   Motion re: Authorizing the Debtors to (i) maintain, renew and continue Insurance Policies and Programs and (ii) honor all Insurance Obligations

   Motion re: Authorizing, but not directing, the Debtors to pay certain prepetition obligations owed to Critical Vendors, and (ii) granting related relief

56735244.2

Motion re: Authorizing the Debtors to (i) pay certain prepetition wages (and associated taxes) and reimbursable employee expenses, (ii) pay and honor employee medical and other benefits, (iii) continue employee benefit programs, and (iv) other related relief

Motion re: Interim and Final Order granting (a) the Debtors authority to obtain post-petition financing on the terms described herein, (b) granting priming liens and super-priority administrative expense status pursuant to 11 U.S.C. §§ 364(c)(1), (2) and (3) and/or 364(d)(1) of title 11 of the United States Code (the Bankruptcy Code), (c) granting relief from the automatic stay pursuant to section 362

Declaration of Patrick Wynne in Support of First Day Motions for Relief

Application for Expedited Consideration of First Day Matters

Order Granting Application for Expediting Consideration of First Day Matters

3. On November 17, 2025, I sent a copy of the following pleadings and/or documents via Federal Express Overnight Mail to the parties listed on the attached **Exhibit B**.

Motion re: Authorizing the Debtors to Continue using their existing Bank Accounts and Business Forms during the Pendency of these Chapter 11 Cases

Declaration of Patrick Wynne in Support of First Day Motions for Relief

Application for Expedited Consideration of First Day Matters

Order Granting Application for Expediting Consideration of First Day Matter

4. On November 17, 2025, I sent a copy of the following pleadings and/or documents via Federal Express Overnight Mail to the parties listed on the attached **Exhibit C**.

Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b)

Declaration of Patrick Wynne in Support of First Day Motions for Relief

Application for Expedited Consideration of First Day Matters

Order Granting Application for Expediting Consideration of First Day Matter

56735244.2

5. On November 17, 2025, I sent a copy of the following pleadings and/or documents via Federal Express Overnight Mail to the parties listed on the attached **Exhibit D.**

> Motion re: for Entry of Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief
>
> Declaration of Patrick Wynne in Support of First Day Motions for Relief
>
> Application for Expedited Consideration of First Day Matters
>
> Order Granting Application for Expediting Consideration of First Day Matter

6. On November 17, 2025, I sent a copy of the following pleadings and/or documents via Federal Express Overnight Mail to the parties listed on the attached **Exhibit E**.

> Motion re: Authorizing the Debtors to (i) maintain, renew and continue Insurance Policies and Programs and (ii) honor all Insurance Obligations
>
> Declaration of Patrick Wynne in Support of First Day Motions for Relief
>
> Application for Expedited Consideration of First Day Matters
>
> Order Granting Application for Expediting Consideration of First Day Matter

7. I certify under penalty of perjury that the above documents were sent using the mode of service indicated herein.

Date: November 17, 2025   /s/Turner Falk
                           Signature

## **EXHIBIT A**

Office of the United States Trustee for the
District of New Jersey
Attn: Fran Steele/David Gerardi
One Newark Center, Suite 2100
Newark, NJ 07102

United States Attorney
Attn: Eamonn O'Hagan
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, New Jersey 07102

Wells Fargo Bank
Attn: Charles W. Scharf, CEO
Credit Management Group
J2153-03M
190 River Road
Summit, New Jersey 07901


The Huntington National Bank
Attn: Stephen D. Steinour, CEO
1405 Xenium Lane North (PCC 180)
Plymouth MN 55441

First Business Specialty Finance, LLC
2400 E. Devon Avenue, Suite 211
Des Plaines, IL 60018

Laurie A. Martin Montplaisir
Krieg DeVault LLP
200 S. Wacker Drive Suite 600
Chicago, IL 60606

Pinnacle Business Funding LLC
d/b/a AEC GAP Capital
One Metrotech Center
North Brooklyn, NY 11201

U.S. Small Business Administration (New
Jersey District Office)
ATTN: District Counsel
Two Gateway Center, Suite 1002
Newark, NJ 07102

U.S. Attorney's Office
970 Broad Street, 7th Floor
Newark, NJ 07102

Pam Bondi, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Auxilior Capital Partners, Inc.
620 West Germantown Pike
Suite 450
Plymouth Meeting, PA 19462

ONTARIO CREDIT CORPORATION
6730 VIP Parkway
Syracuse, NY 13211

ONTARIO CREDIT CORPORATION
PO BOX 2161
INDIANAPOLIS, IN 46206-2161

DE LAGE LANDEN FINANCIAL SERVICES,
INC.
1111 Old Eagle School Road
Wayne, PA 19087

DE LAGE LANDEN FINANCIAL SERVICES,
INC.
PO BOX 825736
PHILADELPHIA, PA 19182-5736

DE LAGE LANDEN FINANCIAL SERVICES,
INC.
PO BOX 41602
PHILADELPHIA, PA 19101-1602

RENAISSANCE CAPITAL ALLIANCE
PO BOX 18065
COLUMBUS, OH 43218-0065

Med One Capital Funding, LLC
10712 S. 1300 E.
Sandy, UT 84094

56735244.2

HYG Financial Services Inc
PO Box 77102
Minneapolis, MN 55480-7102

HYG FINANCIAL SERVICES, INC.
PO Box 35701
Billings, MT 59107

MARLIN LEASING CORPORATION
PO BOX 13604
PHILADELPHIA, PA 19101-3604

Ogden Forklifts, Inc
PO Box 43606
Atlanta, GA 30336

Toyota Industries Commercial Finance, Inc.
PO Box 9050
Dallas TX 75019-9050

HARTZ ELIZABETH, INC.
500 Plaza Drive
P.O. Box 1515
Secaucus, NJ 07096-1515

GLC Jersey City LLC
C/O GOOD MAN NORTH AMERICA
MANAGEMENT LLC
3333 MICHELSON DRIVE
SUITE 1050
Irvine, CA 92612

RREEF AMERICA
REIT CORP YYY
3333 MICHELSON
DRIVE, SUITE 1050
Irvine, CA 92612

MILESTONE EQUIPMENT COMPANY
PO BOX 205589
Dallas, TX 75320

Prologis Logistics Real Estate
1800 WAZEE
STREET
SUITE 500
Denver, CO 80202

F. GREEK BRISTOL PROPERTIES, L.P.
1 KIMBRELY ROAD
Suite 105
East Brunswick, NJ 08816

SCHNEIDER NATIONAL INC
2567 PAYSPHERE CIRCLE
Chicago, IL 60674

Seagis East Rutherford LLC
One Meadowlands Plz., Suite 800
East Rutherford, NJ 07073

MASIS STAFFING
PO BOX 823473
Philadelphia, PA 19182

Warehouse Rentals
PO Box 127
Valdosta, GA 31603

NJ PENSION PLAN LOCAL 1518
RETIREMENT FUND
Haledon, NJ 07508

MURPHY SCHILLER & WILKES LLP
24 COMMERCE  STREET 12TH FLOOR
Newark, NJ 07102

J.R. TRUCK STOP, INC.
PO BOX 185
Thorofare, NJ 08086

MILESTONE EQUIPMENT COMPANY
PO BOX 205589
Dallas, TX 75320

Century Finance, LLC
PO BOX 589
Memphis, TN 38101

Express Services, Inc
P.O. Box 945434
Atlanta, GA 30394-5434

AMERICAN EXPRESS
P.O. BOX 1270
Newark, NJ 07101-1270

56735244.2

WASTE MANAGEMENT OF N.J. INC
100 Avenue A
Newark, NJ 07114

DIRECT CHASSISLINK
PO BOX 603061
Charlotte, NC 28260-3061

AIG Home-Bristol
2 PIERCE PL
SUITE 2100
Itasca, IL 60143

# EXHIBIT B

JPMorgan Chase Bank, N.A.
Attn: Jamie Dimon, CEO
Legal Papers Served
Mail Code LA2-7100, 1414
Woodward Avenue, Ruston, LA 71270-2015

56735244.2

## **EXHIBIT C**

Georgia Power
96 Annex
Atlanta, GA 30396

City of Savannah
132 E. Broughton Street, PO Box 1968
Savannah, GA 31402

Veolia Water New Jersey
PO Box 371804
Pittsburgh, PA 15250

PECO Energy
PO Box 37629
Philadelphia, PA 19101

PSE&G Co.
PO Box 14444
New Brunswick, NJ 08906

# **EXHIBIT D**

Bristol Township
Bristol Township Building
2501 Bath Road
Bristol, Pa 19007

City of Savannah
132 E. Broughton Street, PO Box 1968
Savannah, GA 31402

Georgia Department of Revenue
2595 Century Parkway, NE
Atlanta, GA 30345-3173

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA 02204

New Jersey Division of Taxation
3 John Fitch Way, 5th Floor PO Box 245
Trenton, NJ 08695-0245

New York City Department of Finance
Correspondence Unit
1 Centre Street, 22nd Floor
New York, NY 10007

New York State Department of Taxation
Harriman Campus Rd
Albany, NY 12227

NYC Department of Finance
66 John Street, Room 104
New York, NY 10038

Pennsylvania Department of Revenue
PO Box 280507
Harrisburg, PA 17128

Philadelphia Department of Revenue
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102

56735244.2

## **EXHIBIT E**

AGCS Marine Insurance Company
30 Congress Street, Suite 101
Saint Albans, VT 05478

AIG Property Casualty Company
1271 Ave of the Americas, Floor 41
New York, NY 10020

Allianz Global Risks US Insurance Company
225 West Washington Street, Suite 2000
Chicago, IL 60606

Endurance American Specialty Insurance Company
761 BETA Drive, Suite V
Cleveland, OH 44143

Great American Alliance Insurance Company
301 East 4th Street
Cincinnati, OH 45202

Harco National Insurance Company Foray LLC
3060 Peachtree Road, Suite 300
Brooks, GA 30205

Hartwell Insurance Company
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203

National Union Fire Insurance Company
1271 Ave of the Americas, Floor 41
New York, NY 10020

Upland Specialty Insurance Company
5050 Quorum Drive, Suite 700, Unit #473
Dallas, TX 75254