UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Landlord, F. Greek Bristol Properties, L.P.*

| | |
|---|---|
| In Re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors. | Case No.: 25-22123 (JKS)<br><br>Chapter 11<br>Jointly Administered<br><br>Judge:  Hon. John K. Sherwood |

## NOTICE OF APPEARANCE

Please take notice that, in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of **F. GREEK BRISTOL PROPERTIES, L.P..**  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10,
Woodbridge, New Jersey  07095
Attn:  David H. Stein, Esq.
Telephone:  732-855-6126
Facsimile:  732-726-6570
E-mail:  dstein@wilentz.com

DOCUMENTS:
☒    All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒    All documents and pleadings of any nature.

Date: November 18, 2025            **WILENTZ, GOLDMAN & SPITZER, P.A.**
                                   *Attorneys for F. Greek Bristol Properties, L.P.*

                                        */s/ David H. Stein*
                                   By:_____
                                       DAVID H. STEIN, ESQ.

#95730074.1 144844.019