| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                 Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION PRO HAC VICE

Stephen Ravin, Esq. (the "Movant"), a member in good standing of the Bar of the State of New Jersey and an attorney admitted to practice before the United States District Court for the District of New Jersey, and a partner with Saul Ewing LLP, hereby moves the Court for an order permitting Maxwell M. Hanamirian, Esq. to practice *pro hac vice* before the United States Bankruptcy Court for the District of New Jersey to represent the referenced Debtors and Debtors in Possession in the instant matter pursuant to Local Bankruptcy Rule 9010-1. In support of the relief requested herein, Movant states as follows:

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

## JURISDICTION

This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this application is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

By this application, the Movant requests entry of an Order admitting *pro hac vice*, Maxwell M. Hanamirian, Esq. (the "Applicant"). The good standing of the Applicant is set forth in the Applicant's certification which is submitted herewith (the "Certification").

Applicant is an associate with Saul Ewing, and maintains offices at 1735 Market Street, Suite 3400, Philadelphia, PA 19103-7504.  As the Certification demonstrates, Applicant is a member in good standing of the Bar of the highest court in which he is admitted.

It is anticipated that Applicant will be active in the representation of the above-captioned debtors and debtors in possession (the "Debtors") in this case. Accordingly, the Movant respectfully requests that the Court grant the *pro hac vice* admission of Maxwell M. Hanamirian, Esq. and that he be permitted to appear on the Debtors' behalf in connection with this case.

No previous application for the relief sought herein has been made to this or any other court in connection with this proceeding.

## WAIVER OF MEMORANDUM OF LAW

Pursuant to Local Rule 9013-1, Movant respectfully requests that the Court waive the requirement that it file a memorandum of law in support of this Application. Movant respectfully submits that no memorandum of law is necessary because no novel issues of law are presented herein.

56741963.1

                                        Respectfully submitted,

Dated: November 18, 2025                **SAUL EWING LLP**

                                      By: <u>*/s/ Stephen Ravin*</u>
                                            Stephen B. Ravin, Esquire
                                            One Riverfront Plaza
                                            1037 Raymond Blvd., Suite 1520
                                            Newark, NJ 07102-5426
                                            Telephone: (973) 286-6714
                                            E-mail: stephen.ravin@saul.com

                                            *Proposed Counsel to the Debtors and Debtors in Possession*

56741963.1