**KROLL HEINEMAN PTASIEWICZ & PARSONS, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 0883
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Creditors Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Fund*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., | |
| Debtor. | Bankruptcy Petition No.:25-22123 (JKS) |
| | CHAPTER 11 |
| | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that the *Creditors Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Fund* hereby appear by their undersigned attorneys, KROLL HEINEMAN PTASIEWICZ & PARSONS, LLC, and pursuant to Rules 2002, 2018, 4001, 7001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedures, demand that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax or otherwise which affects or seeks to affect, in any way, any rights, claims or interests of the aforementioned creditors.

*S/SETH PTASIEWICZ*
SETH PTASIEWICZ

**KROLL HEINEMAN PTASIEWICZ & PARSONS, LLC**
Attorneys for Creditors
*Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Fund*

DATED: November 19, 2025