| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>          turner.falk@saul.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | Order Filed on November 19, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP.,<br><br>                    Debtor.<br>Tax I.D. No. 22-2056485 | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>P. JUDGE & SONS, INC.,<br><br>                    Debtor.<br>Tax I.D. No. 11-1953713 | Chapter 11<br><br>Case No. 25-22127 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>AMEX SHIPPING AGENT, INC.,<br><br>                    Debtor.<br>Tax I.D. No. 22-2014699 | Chapter 11<br><br>Case No. 25-22129 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>THE JUDGE ORGANIZATION, LLC,<br><br>                    Debtor.<br>Tax I.D. No. 45-4018267 | Chapter 11<br><br>Case No. 25-22130 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>P. JUDGE & SONS TRUCKING, LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 25-22131 (JKS) |

| | |
|---|---|
| Tax I.D. No. 30-0709853<br>In re:<br><br>JUDGE WAREHOUSING, LLC,<br><br>                    Debtor.<br>Tax I.D. No. 37-1656690 | (Joint Administration Requested)<br><br>Chapter 11<br><br>Case No. 25-22132 (JKS)<br><br>(Joint Administration Requested) |

**ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS
MUST FILE THEIR SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

The relief set forth on the following pages, numbered three (3) through four (4) is hereby ORDERED.

Dated: November 19,,2025

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Debtors: | In re Port Elizabeth Terminal & Warehouse Corp., *et al.* |
| Case No. | 25-22123 (JKS) |
| Caption: | ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE THEIR SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS |

AND NOW, upon consideration of the Debtors' Motion (the "Motion")[1] filed by the above-captioned Debtors; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and upon consideration of the First Day Declaration in support thereof; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances; and the Court having reviewed the Motion and having considered statement by counsel and evidence adduced in support of the Motion at the hearing held before this Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED and DECREED as follows:

1. The Motion is GRANTED as set forth herein.

2. The time allowed for the Debtors to file their Schedules and Statements as required by section 521 of the Bankruptcy Code, Bankruptcy Rule 1007 is hereby extended extend by an additional 33 days, for a total of 47 days from the Petition Date, through and including December 31, 2025.

3. The entry of this Order shall be without prejudice to the Debtors' right to request further extensions of the time periods provided herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Page 4
Debtors:   In re Port Elizabeth Terminal & Warehouse Corp., *et al.*
Case No.   25-22123 (JKS)
Caption:   ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE THEIR SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

    4.    This Court retains jurisdiction to construe and enforce this Order.