**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:  stephen.ravin@saul.com
            turner.falk@saul.com

*Proposed Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP.,<br><br>       Debtor.<br>Tax I.D. No. 22-2056485 | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>P. JUDGE & SONS, INC.,<br><br>       Debtor.<br>Tax I.D. No. 11-1953713 | Chapter 11<br><br>Case No. 25-22127 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>AMEX SHIPPING AGENT, INC.,<br><br>       Debtor.<br>Tax I.D. No. 22-2014699 | Chapter 11<br><br>Case No. 25-22129 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>THE JUDGE ORGANIZATION, LLC,<br><br>       Debtor.<br>Tax I.D. No. 45-4018267 | Chapter 11<br><br>Case No. 25-22130 (JKS)<br><br>(Joint Administration Requested) |
| In re:<br><br>P. JUDGE & SONS TRUCKING, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 25-22131 (JKS) |

Order Filed on November 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Tax I.D. No. 30-0709853 | (Joint Administration Requested) |
| In re: | |
| | Chapter 11 |
| JUDGE WAREHOUSING, LLC, | |
| | Case No. 25-22132 (JKS) |
| Debtor. | |
| Tax I.D. No. 37-1656690 | (Joint Administration Requested) |

**ORDER AUTHORIZING THE DEBTORS TO (I) FILE (A) A CONSOLIDATED CREDITOR MATRIX AND (B) A CONSOLIDATED LIST OF THE DEBTORS' TOP TWENTY CREDITORS; AND (II) REDACT INDIVIDUAL EMPLOYEE <u>INFORMATION</u>**

The relief set forth on the following pages numbered three (3) through four (4) is

**<u>ORDERED.</u>**

**Dated: November 19, 2025**    _____

Honorable John K. Sherwood
United States Bankruptcy Court

56677284.4

| | |
|---|---|
| Debtors: | In re Port Elizabeth Terminal & Warehouse Corp., *et al.* |
| Case No. | 25-22123 (JKS) |
| Caption: | ORDER AUTHORIZING THE DEBTORS TO (I) FILE (A) A CONSOLIDATED CREDITOR MATRIX AND (B) A CONSOLIDATED LIST OF THE DEBTORS' TOP TWENTY CREDITORS; AND (II) REDACT INDIVIDUAL CUSTOMER INFORMATION |

AND NOW, upon consideration of the Debtors' motion (the "Motion")[1]; and upon consideration of the First Day Declaration in support thereof; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances; and the Court having reviewed the Motion and having considered statements by counsel and evidence adduced in support of the Motion at the hearing held before this Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED and DECREED as follows:

1.  The Motion is GRANTED, as set forth herein.

2.  The Debtors are authorized to file a Consolidated Creditor Matrix for all of these chapter 11 cases.

3.  The Debtors are authorized to file a Consolidated Top 20 List.

4.  The Debtors are authorized to file one declaration or verification under Bankruptcy Rule 1008 and Local Bankruptcy Rule 1007-1(d) with the Consolidated Creditor Matrix and Consolidated Top 20 List.

---

[1]    Capitalized terms used but not defined herein are defined in the Motion.

Page 4

| | |
|---|---|
| Debtors: | In re Port Elizabeth Terminal & Warehouse Corp., *et al.* |
| Case No. | 25-22123 (JKS) |
| Caption: | ORDER AUTHORIZING THE DEBTORS TO (I) FILE (A) A CONSOLIDATED CREDITOR MATRIX AND (B) A CONSOLIDATED LIST OF THE DEBTORS' TOP TWENTY CREDITORS; AND (II) REDACT INDIVIDUAL CUSTOMER INFORMATION |

5.　　The Debtors are authorized to redact the Individual Employee Information from all the Debtors' public filings, including, but not limited to, the creditor matrix, and to indicate such redaction by indicating "[Address on File]."　The Debtors shall the Individual Employee Information to: (a) the Office of the United States Trustee for the District of New Jersey; (b) counsel to any official committee appointed in this case; (c) the Court; and (d) any other party that the Court may direct.

6.　　The Debtors are hereby authorized to complete all mailings in these chapter 11 cases which are required under the Bankruptcy Code, the Bankruptcy Rules, or the Local Bankruptcy Rules of this Court.

7.　　Notwithstanding any Bankruptcy Rule or Local Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

8.　　The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.　　This Court retains jurisdiction to construe and enforce this Order.

56677284.4