| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:   stephen.ravin@saul.com <br> turner.falk@saul.com <br><br> *Proposed Counsel to the Debtors and Debtors in Possession* | Order Filed on November 19, 2025 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |

| | |
|---|---|
| In re: <br><br> PORT ELIZABETH TERMINAL & WAREHOUSE CORP., <br><br>                      Debtor. <br> Tax I.D. No. 22-2056485 | Chapter 11 <br><br> Case No. 25-22123 (JKS) <br><br> (Joint Administration Requested) |
| In re: <br><br> P. JUDGE & SONS, INC., <br><br>                      Debtor. <br> Tax I.D. No. 11-1953713 | Chapter 11 <br><br> Case No. 25-22127 (JKS) <br><br> (Joint Administration Requested) |
| In re: <br><br> AMEX SHIPPING AGENT, INC., <br><br>                      Debtor. <br> Tax I.D. No. 22-2014699 | Chapter 11 <br><br> Case No. 25-22129 (JKS) <br><br> (Joint Administration Requested) |
| In re: <br><br> THE JUDGE ORGANIZATION, LLC, <br><br>                      Debtor. <br> Tax I.D. No. 45-4018267 | Chapter 11 <br><br> Case No. 25-22130 (JKS) <br><br> (Joint Administration Requested) |
| In re: <br><br> P. JUDGE & SONS TRUCKING, LLC, <br><br>                      Debtor. | Chapter 11 <br><br> Case No. 25-22131 (JKS) |

56700181.4

Page 2

| | |
|---|---|
| Debtors: | Port Elizabeth Terminal & Warehouse Corp., *et. al.* |
| Case No. | 25-22123 (JKS) |
| Caption: | ORDER AUTHORIZING THE DEBTORS TO (I) PAY CERTAIN PREPETITION TAXES AND FEES, AND (II) GRANTING RELATED RELIEF |

| | |
|---|---|
| Tax I.D. No. 30-0709853 | (Joint Administration Requested) |
| In re: | |
| | Chapter 11 |
| JUDGE WAREHOUSING, LLC, | |
| | Case No. 25-22132 (JKS) |
| Debtor. | |
| Tax I.D. No. 37-1656690 | (Joint Administration Requested) |

**ORDER AUTHORIZING THE DEBTORS TO (I) PAY CERTAIN
PREPETITION TAXES AND FEES, AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages numbered three (3) through five (5) is **ORDERED.**

DATED: November 19, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

2

56700181.4

Debtors:  Port Elizabeth Terminal & Warehouse Corp., *et. al.*
Case No.  25-22123 (JKS)
Caption:  ORDER AUTHORIZING THE DEBTORS TO (I) PAY CERTAIN PREPETITION TAXES AND FEES, AND (II) GRANTING RELATED RELIEF

Upon the motion ("**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**") (i) authorizing, but not directing, the Debtors to remit and pay certain prepetition taxes and fees that will become payable during the pendency of these Chapter 11 Cases in the ordinary course of business, and (ii) granting related relief, all as more fully set forth the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and the evidence in support thereof, including the First Day Declaration, and having heard the statements in support of the relief requested in the Motion at a hearing before this Court (the "**Hearing**"), if any; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** and **DECREED** as follows:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, but not directed, to: (i) pay or remit the Taxes and Fees that accrued prior to the Petition Date and that will become payable in the ordinary course during

---

[1] Capitalized terms used but not defined herein are defined in the Motion.

3

Page 4
Debtors:    Port Elizabeth Terminal & Warehouse Corp., *et. al.*
Case No.    25-22123 (JKS)
Caption:    ORDER AUTHORIZING THE DEBTORS TO (I) PAY CERTAIN PREPETITION TAXES AND FEES, AND (II) GRANTING RELATED RELIEF

the pendency of these Chapter 11 Cases at such time when the Taxes and Fees are payable, in an amount not to exceed $30,000.00; and (ii) pay Taxes and Fees that arise or accrue in the ordinary course of business on a postpetition basis.

3. The Debtors' banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein are authorized, but not directed, to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Order.

4. The Debtors are authorized to issue postpetition checks, or to effect postpetition fund transfer requests, in replacement of any checks or fund transfer requests that are dishonored as a consequence of these Chapter 11 Cases with respect to prepetition amounts owed in connection with the relief granted herein.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against a Debtor entity; (ii) a waiver of the Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (v) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (vi) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; or (vii) a concession by the Debtors that any liens (contractual, common law, statutory, or

Page 5
Debtors:      Port Elizabeth Terminal & Warehouse Corp., *et. al.*
Case No.      25-22123 (JKS)
Caption:      ORDER AUTHORIZING THE DEBTORS TO (I) PAY CERTAIN PREPETITION TAXES AND FEES, AND (II) GRANTING RELATED RELIEF

otherwise) satisfied pursuant to the Motion are valid, and the Debtors expressly reserve their rights to contest the extent, validity, or perfection or seek avoidance of any or all such liens.

6.  Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7.  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.  This Court retains jurisdiction to construe and enforce this Order.

56700181.4