**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov, Esq.
ivolkov@mcgrailbensinger.com
*Attorneys for Hartz Elizabeth, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., et al.,<br><br>Debtors in Possession. | Chapter 11<br><br>Case No. 25-22123 (JKS)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
**AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Hartz Elizabeth, Inc. ("HEI") and requests that copies of all pleadings and other papers filed (however designated) and notices given be served upon the undersigned at the following address:

> Ilana Volkov, Esq.
> McGRAIL & BENSINGER LLP
> 888-C 8th Avenue #107
> New York, New York 10019
> Telephone: (201) 931-6910
> Email: ivolkov@mcgrailbensinger.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and, pursuant to Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions,

plans, disclosure statements, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit HEI to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which HEI is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance does not constitute an agreement to accept service of process under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor

shall it result in undersigned counsel being deemed to be the agent of HEI for such purpose.

DATED: November 21, 2025  MCGRAIL & BENSINGER LLP
*Attorneys for Hartz Elizabeth, Inc.*

By: _____
    Ilana Volkov

3