| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>SAUL EWING LLP<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>turner.falk@saul.com<br>Proposed Counsel to the Debtors and Debtors in Possession | Order Filed on December 1, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,<br>Debtors. | Case No.: 25-22123-JKS<br>Chapter: 11<br>Judge: John K. Sherwood |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: December 1, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of _____the Debtors_____ for a reduction of time for a hearing on _____the Debtors' Interim Compensation Motion for the Compensation and Reimbursement of Expenses of Professionals_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____December 9, 2025_____ at __10:00 A.M.__ in the United States Bankruptcy Court, via Zoom (see paragraph 9) Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _____Counsel to First Business Specialty Finance, the Office of the United States Trustee, all Notice Parties, any official committee and their counsel, any fee examiner and their counsel_____ by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____the top 20 general unsecured creditors._____ by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

4. Service must be made:

❏ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail __1__ day(s) prior to the scheduled hearing; or

    ❏ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ❏ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ❏ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*