| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, | Case No. 25-22123 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## CERTIFICATION OF SERVICE

1. I, Stephen B. Ravin:

    ☒ represent the Debtors in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On December 2, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    1. Application for Retention of Saul Ewing LLP.
    2. Certification of Stephen B. Ravin in Support of Application for Retention of Saul Ewing LLP.

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

56856180.1

    3. Proposed Order Authorizing Retention of Saul Ewing LLP as Counsel to the Debtors Effective as of November 14, 2025.
    4. Application for Retention of Cambridge Financial Services, LLC.
    5. Certification of Nicholas Jalowski in Support of Application for Retention of Cambridge Financial Services, LLC.
    6. Proposed Order Authorizing Retention of Cambridge Financial Services, LLC Effective as of November 14, 2025.
    7. Application for Retention of Forvis Mazars, LLP.
    8. Certification of Sofia Cordero in Support of Application for Retention of Forvis Mazars, LLP.
    9. Proposed Order Authorizing Retention of Forvis Mazars, LLP Effective as of November 14, 2025.
    10. Application for Retention of Scopelitis, Garvin, Light, Hanson & Feary, P.C.
    11. Certification of Donald Vogel in Support of Application for Retention of Scopelitis, Garvin, Light, Hanson & Feary, P.C.
    12. Proposed Order Authorizing Retention of Scopelitis, Garvin, Light, Hanson & Feary, P.C. Effective as of November 14, 2025.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>December 2, 2025</u>　　　　　　　　　　/s/ *Stephen B. Ravin*
　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Port Elizabeth Terminal & Warehouse, Corp.; P. Judge & Sons, Inc.; Amex Shipping Agent, Inc.; The Judge Organization, LLC; P. Judge & Sons Trucking, LLC; and Judge Warehousing, LLC 13 Manor Road<br>East Rutherford, NJ 07073 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| First Business Specialty Finance, LLC<br>2400 E. Devon Avenue, Suite 211<br>Des Plaines, IL 60018 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Laurie A. Martin Montplaisir<br>Krieg DeVault LLP<br>200 S. Wacker Drive Suite 600<br>Chicago, IL 60606<br>Email: lmontplaisir@kdlegal.com | Counsel to Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Wells Fargo Bank<br>Attn: Charles W. Scharf, CEO<br>Credit Management Group<br>190 River Road<br>Summit, New Jersey 07901 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| The Huntington National Bank<br>Attn: Stephen D. Steinour, CEO<br>1405 Xenium Lane North (PCC 180)<br>Plymouth, MN 55441 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Pinnacle Business Funding LLC d/b/a AEC GAP Capital<br>One Metrotech Center<br>North Brooklyn, NY 11201 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| US Small Business Administration | Secured Creditor | ☐ Hand-delivered |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 2 North 20th Street, Suite 320<br>Birmingham AL 35203 | | ☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| U.S. Attorney's Office<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Pam Bondi, US Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Auxilior Capital Partners, Inc.<br>620 West Germantown Pike<br>Suite 450<br>Plymouth Meeting, PA 19462 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ontario Credit Corporation<br>6730 VIP Parkway<br>Syracuse, NY 13211 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ontario Credit Corporation<br>PO BOX 2161<br>Indianapolis, IN 46206-2161 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| De Lage Landen Financial Services, Inc.<br>PO BOX 825736<br>Philadelphia, PA 19182-5736 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| De Lage Landen Financial Services, Inc.<br>PO BOX 41602<br>Philadelphia, PA 19101-1602 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Renaissance Capital Alliance<br>PO BOX 18065<br>Columbus, OH 43218-0065 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Med One Capital Funding, LLC<br>10712 S. 1300 E.<br>Sandy, UT 84094 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| HYG Financial Services Inc<br>PO Box 77102<br>Minneapolis, MN 55480-7102 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| HYG Financial Services Inc<br>PO Box 35701<br>Billings, MT 59107 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Marlin Leasing Corporation<br>PO BOX 13604<br>Philadelphia, PA 19101-3604 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ogden Forklifts, Inc<br>PO Box 43606<br>Atlanta, GA 30336 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Toyota Industries Commercial Finance, Inc.<br>PO Box 9050<br>Dallas TX 75019-9050 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | (As authorized by the Court or by rule. Cite rule if applicable) |
| All Parties that Have Entered an Appearance | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |