UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
David Gerardi, Esq.
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Email: david.gerardi@usdoj.gov
   fran.b.steele@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Port Elizabeth Terminal & Warehouse Corp., *et al.* | Case No. 25-22123 (JKS) |
| Debtors. | The Honorable John K. Sherwood |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

 Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective December 5, 2025, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

**Seagis East Rutherford, LLC**
100 Front St., Suite 1100
Conshohocken, PA 19428
Attn: Steven Pron
Tel: 215-740-3573
spron@seagisproperty.com

**DWS**
100 Summer St., Suite 800
Boston, MA 02110
Attn: Dave Crane
Tel: 617-538-0716
dave.crane@db.com

**Ryder Transportation Services**
2333 Ponce De Leon Blvd.
Coral Gables, FL 33134
Attn: Michael Mandell, *Chairperson*
Tel: 954-439-4477
mandms@ryder.com

**F. Greek Bristol Properties, LP**
1 Kimberly Road, Suite 105
East Brunswick, NJ 08816
Attn: David Weissman
Tel: 732-257-7353
david.weissman@greekrep.com

Case 25-22123-JKS    Doc 62    Filed 12/05/25    Entered 12/05/25 15:04:02    Desc Main
Document    Page 2 of 2

Page 2
**Port Elizabeth Terminal & Warehouse Corp.,** *et al.*
**Appointment of Official Committee of Unsecured Creditors**

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

*/s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

David Gerardi
Trial Attorney

Fran B. Steele
Trial Attorney

Date: December 5, 2025