## <u>EXHIBIT B</u>

**Declaration of Stephen B. Ravin**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* **SAUL EWING LLP** Stephen B. Ravin, Esquire Turner N. Falk, Esquire Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) One Riverfront Plaza 1037 Raymond Blvd., Suite 1520 Newark, NJ 07102-5426 Telephone: (973) 286-6714 E-mail:    stephen.ravin@saul.com               turner.falk@saul.com               maxwell.hanamirian@saul.com *Counsel to the Debtors and Debtors in Possession* | Chapter 11 Case No. 25-22123 (JKS) (Jointly Administered) |
| In re: PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,                               Debtors.[1] | |

## DECLARATION OF STEPHEN B. RAVIN

1.    I am a Partner in the firm of Saul Ewing LLP ("**Saul Ewing**"), which serves as proposed counsel to the debtors and debtors-in-possession (the "**Debtors**").

2.    I have read the foregoing first monthly fee statement of Saul Ewing for allowance of compensation and reimbursement of expenses for the period from November 14, 2025 through November 30, 2025 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

---

[1]    The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

3.      There is no agreement or understanding between Saul Ewing and any other person for a division of compensation as Debtors' counsel and no previous compensation has been shared by Saul Ewing.

4.      No division prohibited by the Bankruptcy Code will be made by Saul Ewing.

5.      No agreement prohibited by Title 18, Section 155 has been made.

Dated: December 9, 2025

          */s/ Stephen B. Ravin*_____
          STEPHEN B. RAVIN

2