## EXHIBIT C

## Detail Time Entries by Category



SAUL EWING
LLP

| | |
|---|---|
| P. Judge and Sons, Inc. | |
| Patrick Wynne | |
| 13 Manor Road | |
| East Rutherford, NJ 07073 | |

| | |
|---|---|
| Invoice Number | DRAFT |
| Invoice Date | 12/01/25 |
| Client Number | 396080 |
| Matter Number | 00002 |
| Last Date Billed | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 11/21/25 | Postage | 5.15 |
|---|---|---|
| | Total Postage | 5.15 |

| | |
|---|---|
| CURRENT EXPENSES | 5.15 |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | 5.15 |



| P. Judge and Sons, Inc. | Invoice Number | DRAFT |
|---|---|---|
| Patrick  Wynne | Invoice Date | 12/01/25 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00003 |
| | Last Date Billed | |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/17/25 31844538 | TNF | Analysis of potential indications of interest, correspondence with financial advisors re: same | 0.20 | 97.00 |
| 11/18/25 31850216 | TNF | Correspondence with interested party counsel re: asset options | 0.20 | 97.00 |
| 11/25/25 31869504 | TNF | Call with interested party re: asset disposition | 0.20 | 97.00 |
| | | TOTAL HOURS | 0.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.60 | at | 485.00 | = | 291.00 |
| | | | | CURRENT FEES | 291.00 |

TOTAL AMOUNT OF THIS INVOICE          291.00



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | | DRAFT |
| Patrick  Wynne | | Invoice Date | | 12/01/25 |
| 13 Manor Road | | Client Number | | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | | 00004 |
| | | Last Date Billed | | |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/25<br>31840949 | TNF | Call with management, S. Ravin, M. Hanamirian, M. Khoudari re impact of filing on employees, customers | 0.70 | 339.50 |
| 11/14/25<br>31840951 | TNF | Analysis of client letters re impact of bankruptcy on customers | 0.20 | 97.00 |
| 11/14/25<br>31841028 | TNF | Call with M. Hanamirian re wages issues | 0.20 | 97.00 |
| 11/15/25<br>31841579 | TNF | Call with S. Ravin, M. Hanamirian re: wages order timeline and first days | 0.30 | 145.50 |
| 11/16/25<br>31868819 | SBR | Email with union counsel | 0.10 | 86.00 |
| 11/17/25<br>31843383 | TNF | Call with M. Khoudari re: first day motions, wages and payroll issues | 0.50 | 242.50 |
| 11/17/25<br>31846474 | TNF | Call with M. Hanamirian re: wages motion presentation | 0.20 | 97.00 |
| 11/17/25<br>31846526 | TNF | Call with J. Compitello re: wages and financing issues | 0.40 | 194.00 |
| 11/17/25<br>31850710 | MK | Call with S. Ravin, T. Falk, M. Hanamirian, J. Compitello, and N. Jalowski to discuss wages and joint administration | 0.10 | 44.00 |

| | | | | Invoice | DRAFT |
|---|---|---|---|---|---|
| 396080 | P. Judge and Sons, Inc. | | | | |
| 00004 | Business Operations | | | | Page: 2 |
| 12/01/25 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/18/25 31849885 | TNF | Call with B. Wynne re: trucking chassis issues | 0.30 | 145.50 |
| 11/18/25 31850164 | TNF | Call with creditor counsel re business plan | 0.40 | 194.00 |
| 11/19/25 31865354 | SBR | Telephone call from client and telephone call to Chase Bank re block on accounts | 0.10 | 86.00 |
| 11/19/25 31853232 | TNF | Analysis of S. Ravin correspondnece re: bank account issues | 0.10 | 48.50 |
| 11/19/25 31853486 | TNF | Call with M. Hanamirian re: case management orders and future retention/motion needs | 0.20 | 97.00 |
| 11/20/25 31854502 | TNF | Analysis of insurance and premium finance issues, correspondenece with J. Compitello re same | 0.20 | 97.00 |
| 11/20/25 31854663 | TNF | Correspondence with J. Compitello re: critical vendor payments | 0.10 | 48.50 |
| 11/20/25 31854859 | TNF | Correspondence with J. Compitello re: postpetition payment authorizations | 0.20 | 97.00 |
| 11/20/25 31855389 | TNF | Call with SR, MH, MK re: necessary motions and retentions for postpetition operations | 0.60 | 291.00 |
| 11/20/25 31855398 | TNF | Correspondence with J. Compitello re: critical vendor review | 0.20 | 97.00 |
| 11/20/25 31854602 | MH | Review correspondence from T. Falk and J. Compitello re insurance | 0.10 | 32.50 |
| 11/20/25 31855077 | MH | Correspondence to J. Compitello re critical vendors | 0.10 | 32.50 |
| 11/20/25 31855873 | MH | Review document request from bank | 0.10 | 32.50 |
| 11/21/25 31857662 | TNF | Correspondence with premium finance company re: policy issues | 0.20 | 97.00 |
| 11/21/25 31859395 | TNF | Call with legal team, financial advisors, company management re: initial case reporting, business operations issues, long-term case plan | 0.80 | 388.00 |
| 11/24/25 31883096 | SBR | Telephone call with client re various operational matters | 0.20 | 172.00 |
| 11/24/25 31865122 | TNF | Call with S. Ravin and J. Compitello re vendor payments and cash flow management | 0.50 | 242.50 |
| 11/26/25 31883349 | SBR | Telephone call with J. Compitello (4x) re various case issues | 0.30 | 258.00 |
| 11/26/25 31871307 | TNF | Analysis of S. Ravin, Z. Shechtman correspondence re: union negotiations | 0.10 | 48.50 |
| 11/26/25 | TNF | Analysis of D. Vogel, Z. Shechtman correspondence re | 0.10 | 48.50 |

| 396080 | P. Judge and Sons, Inc. | | | Invoice | DRAFT |
|---|---|---|---|---|---|
| 00004 | Business Operations | | | | Page: 3 |
| 12/01/25 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 31872081 | | union negotiations | | |
| 11/27/25 | TNF | Analysis of compensation issues and S. Ravin | 0.10 | 48.50 |
| 31872947 | | correspondence re same | | |

|  | | | TOTAL HOURS | 7.70 |
|---|---|---|---|---|

### TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 6.60 | at | 485.00 | = | 3,201.00 |
| Maxwell Hanamirian | 0.30 | at | 325.00 | = | 97.50 |
| Mariam Khoudari | 0.10 | at | 440.00 | = | 44.00 |
| Stephen B. Ravin | 0.70 | at | 860.00 | = | 602.00 |
| | | | | CURRENT FEES | 3,944.50 |

|  |  |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | 3,944.50 |



P. Judge and Sons, Inc.
Patrick  Wynne
13 Manor Road
East Rutherford, NJ 07073

| | |
|---|---|
| Invoice Number | DRAFT |
| Invoice Date | 12/01/25 |
| Client Number | 396080 |
| Matter Number | 00005 |
| Last Date Billed | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/25 31868754 | SBR | Telephone call with client re immediate chapter 11 matters | 0.20 | 172.00 |
| 11/14/25 31868756 | SBR | Telephone call internal re first day pleadings | 0.30 | 258.00 |
| 11/14/25 31868757 | SBR | Telephone call with US Trustee re first day pleadings and filing | 0.40 | 344.00 |
| 11/14/25 31868759 | SBR | Received various correspondence from debtor re creditors | 0.20 | 172.00 |
| 11/14/25 31868762 | SBR | Email with clerk of court re filing | 0.10 | 86.00 |
| 11/14/25 31868763 | SBR | Telephone call with JC re cash flow requirements | 0.10 | 86.00 |
| 11/14/25 31868781 | SBR | Telephone call with client re filing first day matters | 0.40 | 344.00 |
| 11/14/25 31838937 | TNF | Analysis of application to expedite first day motions | 0.20 | 97.00 |
| 11/14/25 31840968 | TNF | Call with J. Gillman re matrix parties and service issues | 0.40 | 194.00 |
| 11/14/25 | TNF | Meeting with S. Ravin, M. Hanamirian, M. Khoudari re | 0.40 | 194.00 |

| | | | | |
|---|---|---|---|---|
| 396080 | P. Judge and Sons, Inc. | | Invoice | DRAFT |
| 00005 | Case Administration | | | Page: 2 |
| 12/01/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 31841036 | | first day filings, case strategy | | |
| 11/14/25 31841269 | TNF | Call with J. Gillman re: case filing and timeline | 0.20 | 97.00 |
| 11/14/25 31838996 | MH | Confer with T. Falk re first day filings | 0.20 | 65.00 |
| 11/14/25 31839085 | MH | Confer with M. Khoudari re first day motion strategy | 0.10 | 32.50 |
| 11/14/25 31839251 | MH | Review first day motions | 0.10 | 32.50 |
| 11/14/25 31839302 | MH | Confer with S. Ravin, T. Falk, and M. Khouradi re first day filing strategy | 0.40 | 130.00 |
| 11/14/25 31839312 | MH | Revise first day declaration | 0.10 | 32.50 |
| 11/14/25 31839563 | MH | Confer with UST re first day motions | 0.50 | 162.50 |
| 11/14/25 31839621 | MH | Revise formatting re first day motions | 0.60 | 195.00 |
| 11/14/25 31839756 | MH | Revise formatting re motions | 0.20 | 65.00 |
| 11/14/25 31839769 | MH | Correspondence to Judge team re incorporating Trustee comments | 0.10 | 32.50 |
| 11/14/25 31839770 | MH | Confer with T. Falk re first day motions | 0.20 | 65.00 |
| 11/14/25 31840392 | MH | Revise first day motions with UST comments | 1.80 | 585.00 |
| 11/14/25 31840770 | MH | Confer with client and case team re first day motion filings | 0.60 | 195.00 |
| 11/14/25 31840946 | MH | Incorporate trustee comments into wages motion and prepare first day filings | 0.80 | 260.00 |
| 11/14/25 31841062 | MH | Coordinate follow up discussion with team re first day filings | 0.10 | 32.50 |
| 11/14/25 31845884 | MK | Call with S. Ravin and M. Hanamirian re petitions and first day motions | 0.40 | 176.00 |
| 11/14/25 31845885 | MK | Call with the Debtors' team and Saul Ewing team to discuss filing petitions and first day motions | 0.60 | 264.00 |
| 11/14/25 31845886 | MK | Revise first day motions with Saul Ewing and UST comments | 2.30 | 1,012.00 |
| 11/14/25 31845887 | MK | Finalize first day motions for filing | 0.90 | 396.00 |
| 11/14/25 | MK | Revise first day service parties' schema | 0.60 | 264.00 |

| 396080 | P. Judge and Sons, Inc. | | | Invoice | DRAFT |
| 00005 | Case Administration | | | | Page: 3 |
| 12/01/25 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 31845889 | | | | |
| 11/14/25 31845890 | MK | Call with S. Ravin, T. Falk, and M. Hanamirian re filing petitions and first day motions | 0.40 | 176.00 |
| 11/14/25 31845894 | MK | Revise creditor matrix with additional names and addresses | 0.60 | 264.00 |
| 11/14/25 31845896 | MK | Call with M. Hanamirian to discuss first day motions | 0.10 | 44.00 |
| 11/15/25 31868777 | SBR | Telephone call with court re first-day hearings | 0.10 | 86.00 |
| 11/15/25 31868800 | SBR | Telephone call with counsel re first day matters | 0.30 | 258.00 |
| 11/15/25 31868804 | SBR | Email with court re filings; multiple telephone call with Saul Ewing team re first day filings; hearing issues | 0.90 | 774.00 |
| 11/15/25 31841756 | TNF | Call with J. Gillman re service preparation | 0.30 | 145.50 |
| 11/15/25 31841815 | TNF | Call with J. Gillman re expediting wages motion | 0.10 | 48.50 |
| 11/15/25 31841850 | TNF | Correspondence with chambers re order expediting wages hearing | 0.10 | 48.50 |
| 11/15/25 31841457 | MH | Confer with S. Ravin and T. Falk re first day hearing strategy | 0.70 | 227.50 |
| 11/15/25 31841577 | MH | Confer with S. Ravin and T. Falk re order shortening time | 0.30 | 97.50 |
| 11/15/25 31841597 | MH | Draft motion to shorten time | 0.30 | 97.50 |
| 11/15/25 31841608 | MH | Confer with S. Ravin re application to shorten time | 0.20 | 65.00 |
| 11/15/25 31841609 | MH | Correspondence to Chambers re application to shorten time | 0.10 | 32.50 |
| 11/15/25 31841755 | MH | Circulate first day declaration | 0.10 | 32.50 |
| 11/16/25 31842074 | TNF | Correspondence and meeting with S. Ravin, M. Hanamirian re wages and joint admin hearing | 0.20 | 97.00 |
| 11/16/25 31842075 | TNF | Prepare application to expedite hearing | 0.10 | 48.50 |
| 11/16/25 31842078 | TNF | Correspondence with US Trustee re wages motion | 0.10 | 48.50 |
| 11/16/25 31842086 | TNF | Correspondence with chambers re expediting applications | 0.10 | 48.50 |
| 11/16/25 31842201 | TNF | Prepare finalized first day materials | 0.20 | 97.00 |

396080    P. Judge and Sons, Inc.    Invoice    DRAFT
00005    Case Administration    Page: 4
12/01/25

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/16/25 31842294 | TNF | Call with S. Ravin, M. Hanamirian re first day service | 0.40 | 194.00 |
| 11/16/25 31841995 | MH | Confer with S. Ravin and T. Falk re amended application to shorten notice | 0.10 | 32.50 |
| 11/16/25 31841999 | MH | Draft amended application and proposed order to shorten time | 0.20 | 65.00 |
| 11/16/25 31842001 | MH | Correspondence to T. Falk re amended application and amended order re shortening time | 0.10 | 32.50 |
| 11/16/25 31842002 | MH | Prepare amended application for filing | 0.10 | 32.50 |
| 11/16/25 31842083 | MH | Correspondence to chambers re amended application to shorten time | 0.10 | 32.50 |
| 11/16/25 31842280 | MH | Confer with S. Ravin, T. Falk, and J. Gillman re case next steps | 0.30 | 97.50 |
| 11/16/25 31842297 | MH | Correspondence to client re order shortening time | 0.10 | 32.50 |
| 11/17/25 31865412 | SBR | Telephone call with FA re auto-debited payments | 0.10 | 86.00 |
| 11/17/25 31868824 | SBR | Telephone call with Cambridge re budget matters | 0.30 | 258.00 |
| 11/17/25 31843035 | TNF | Analysis of US Trustee entry of appearance and D. Gerardi correspondence re: hearing dates | 0.10 | 48.50 |
| 11/17/25 31843358 | TNF | Call with J. Gillman re: first day service | 0.30 | 145.50 |
| 11/17/25 31844903 | TNF | Call with J. Gillman re: service | 0.10 | 48.50 |
| 11/17/25 31846068 | TNF | Analysis of first day service | 0.20 | 97.00 |
| 11/17/25 31846334 | TNF | Call with M. Hanamirian re: first day motions and service | 0.20 | 97.00 |
| 11/17/25 31843147 | MH | Correspondence to S. Ravin re hearing on wages and joint. administration | 0.10 | 32.50 |
| 11/17/25 31843159 | MH | Coordinate access to wages and joint admin. motion | 0.10 | 32.50 |
| 11/17/25 31843223 | MH | Prepare certificate of service | 0.20 | 65.00 |
| 11/17/25 31844070 | MH | Review order expediting first day motions | 0.10 | 32.50 |
| 11/17/25 31844213 | MH | Prepare service re SBA and US Attorneys' Office | 0.20 | 65.00 |

| | | | Invoice | DRAFT |
|---|---|---|---|---|
| 396080 | P. Judge and Sons, Inc. | | | |
| 00005 | Case Administration | | | Page: 5 |
| 12/01/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/17/25<br>31846264 | MH | Correspondence to UST and lender counsel re hearing on 11/18 | 0.20 | 65.00 |
| 11/17/25<br>31850709 | MK | Call with T. Falk to discuss case strategy and updates | 0.60 | 264.00 |
| 11/18/25<br>31882613 | SBR | Telephone call from Fed Ex re first day package | 0.10 | 86.00 |
| 11/18/25<br>31850627 | TNF | Meeting with M. Khoudari re: case process | 0.50 | 242.50 |
| 11/18/25<br>31850630 | TNF | Meeting with M. Khoudari, M. Hanamirian re: first day processes | 0.20 | 97.00 |
| 11/18/25<br>31849353 | MH | Coordinate discussion re wages and joint admin. motions | 0.10 | 32.50 |
| 11/18/25<br>31849938 | MH | Serve wages order on parties | 0.10 | 32.50 |
| 11/18/25<br>31850466 | MH | Revise M. Hanamirian pro hac application | 0.40 | 130.00 |
| 11/18/25<br>31850532 | MH | Confer with T. Falk and M. Khoudari re hearing binders | 0.10 | 32.50 |
| 11/18/25<br>31850796 | MH | Prepare access to first day hearing | 0.10 | 32.50 |
| 11/18/25<br>31851344 | MH | Prepare hearing binders for first day hearing | 0.90 | 292.50 |
| 11/18/25<br>31851375 | MH | Correspondence to T. Falk re first day motion strategy | 0.10 | 32.50 |
| 11/18/25<br>31866682 | MK | Confer with T. Falk re case updates and strategy | 0.50 | 220.00 |
| 11/18/25<br>31866695 | MK | Attend court hearing on wages and joint administration | 0.40 | 176.00 |
| 11/18/25<br>31866708 | MK | Call with S. Ravin, T. Falk, M. Hanamirian, and P. Wynne re first day hearing | 0.60 | 264.00 |
| 11/18/25<br>31866781 | MK | Call with S. Ravin, T. Falk, M. Hanamirian, and J. Compitello re the Debtors' financials | 0.60 | 264.00 |
| 11/18/25<br>31866893 | MK | Call with S. Ravin, T. Falk and M. Hanamirian re wages and joint administration hearing | 0.30 | 132.00 |
| 11/18/25<br>31866945 | MK | Draft correspondence to chambers re first day hearing attendance | 0.20 | 88.00 |
| 11/18/25<br>31867008 | MK | Correspond with T. Falk and M. Hanamirian re first day hearing | 0.20 | 88.00 |
| 11/19/25<br>31853170 | MH | Correspondence to J. Gillman re revised order | 0.10 | 32.50 |

| 396080 | P. Judge and Sons, Inc. | | | Invoice | DRAFT |
|---|---|---|---|---|---|
| 00005 | Case Administration | | | | Page: 6 |
| 12/01/25 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/19/25<br>31853485 | MH | Confer with T. Falk re case strategy | 0.40 | 130.00 |
| 11/19/25<br>31853497 | MH | Prepare utilities interim order for filing | 0.10 | 32.50 |
| 11/20/25<br>31865308 | SBR | Telephone call with client re first day matters | 0.20 | 172.00 |
| 11/20/25<br>31865310 | SBR | Email with client re critical vendor | 0.10 | 86.00 |
| 11/20/25<br>31865313 | SBR | Telephone call with counsel re 2nd day motions; schedules; general lease management | 0.60 | 516.00 |
| 11/20/25<br>31854664 | TNF | Correspondence with S. Ravin, M. Hanamirian, M. Khoudari re: case administration and go-forward motions | 0.10 | 48.50 |
| 11/20/25<br>31854861 | MH | Correspondence to J. Gilman re finalizing pro hac | 0.10 | 32.50 |
| 11/20/25<br>31854864 | MH | Coordinate discussion with S. Ravin, T. Falk, and M. Khoudari | 0.10 | 32.50 |
| 11/20/25<br>31855360 | MH | Confer with S. Ravin, T. Falk, and M. Khoudari re case strategy | 0.70 | 227.50 |
| 11/20/25<br>31855843 | MH | Confer with M. Khoudari re case next steps | 0.10 | 32.50 |
| 11/20/25<br>31855374 | MK | Call with S. Ravin, T. Falk, and M. Hanamirian to discuss case updates and strategy | 0.70 | 308.00 |
| 11/20/25<br>31856045 | MK | Call with M. Hanamirian to discuss filing retention applications | 0.10 | 44.00 |
| 11/21/25<br>31857410 | TNF | Correspondence with S. Ravin re: client advising and postpetition payables | 0.20 | 97.00 |
| 11/21/25<br>31857413 | TNF | Call with CCM re: discovery issues | 0.30 | 145.50 |
| 11/21/25<br>31859148 | MH | Review local rules re pro hac application | 0.10 | 32.50 |
| 11/21/25<br>31858732 | MK | Call with T. Falk re service of motions and other pleadings | 0.30 | 132.00 |
| 11/23/25<br>31861019 | MH | Draft critical dates charts | 0.50 | 162.50 |
| 11/24/25<br>31864710 | TNF | Prepare motion for interim compensation | 0.40 | 194.00 |
| 11/24/25<br>31864154 | MH | Revise WIP and critical dates memorandum | 0.10 | 32.50 |
| 11/24/25<br>31884385 | ZMS | Conf with T. Falk re new value and CBA issues | 0.70 | 549.50 |

| 396080 | P. Judge and Sons, Inc. | | Invoice | DRAFT |
|---|---|---|---|---|
| 00005 | Case Administration | | | Page: 7 |
| 12/01/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/25/25 31868723 | TNF | Correspondence with M. Khoudari re: interim comp motion | 0.10 | 48.50 |
| 11/25/25 31869513 | MH | Analyze service of interim order | 0.20 | 65.00 |
| 11/25/25 31869539 | MH | Confer with M. Khoudari re schedules and statements | 0.10 | 32.50 |
| 11/26/25 31871676 | TNF | Analysis of key case event dates | 0.10 | 48.50 |
| 11/26/25 31870968 | MH | Update team calendar re critical dates and deadlines | 0.30 | 97.50 |
| 11/29/25 31873343 | TNF | Analysis of interim fee app motion and correspondence with MH re: same | 0.20 | 97.00 |

TOTAL HOURS     35.40

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 5.80 | at | 485.00 | = | 2,813.00 |
| Maxwell Hanamirian | 14.10 | at | 325.00 | = | 4,582.50 |
| Mariam Khoudari | 10.40 | at | 440.00 | = | 4,576.00 |
| Stephen B. Ravin | 4.40 | at | 860.00 | = | 3,784.00 |
| Zev M. Shechtman | 0.70 | at | 785.00 | = | 549.50 |

CURRENT FEES     16,305.00

TOTAL AMOUNT OF THIS INVOICE     16,305.00



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | DRAFT |
| Patrick  Wynne | | Invoice Date | 12/01/25 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00006 |
| | | Last Date Billed | |

Re:   Claims, Analysis, Objection, Proofs of Claim

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/24/25<br>31862419 | TNF | Analysis of filed SBA claim | 0.10 | 48.50 |
| 11/24/25<br>31862847 | TNF | Analysis of claims deadlines re: creditor and governmental claims | 0.20 | 97.00 |
| 11/25/25<br>31883154 | SBR | Email with counsel and bank re landlord claims | 0.10 | 86.00 |
| 11/25/25<br>31883169 | SBR | Email with counsel re Union issues | 0.20 | 172.00 |
| 11/25/25<br>31883224 | SBR | Telephone call with debtor re Landlord issues | 0.10 | 86.00 |
| 11/25/25<br>31883232 | SBR | Telephone call with counsel re union and landlord issues | 0.10 | 86.00 |
| 11/25/25<br>31883253 | SBR | Review of documents re call-in of letter of credit | 0.30 | 258.00 |
| 11/25/25<br>31883260 | SBR | Email with Chase re various L/C draw | 0.20 | 172.00 |
| 11/25/25<br>31883271 | SBR | Telephone call with counsel re letters of credit | 0.20 | 172.00 |
| 11/25/25 | BAC | Call and multiple emails re: issues with respect to LCs | 0.50 | 515.00 |

| 396080 | P. Judge and Sons, Inc. | | | Invoice | DRAFT |
| 00006 | Claims, Analysis, Objection, Proofs of Claim | | | | Page: 2 |
| 12/01/25 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 31869627 | | posted with respect to tenancies of the Debtor, issues re: return and initial research re: same. | | |
| 11/25/25 31869923 | BAC | Review draft Letters of Credit with respect to obligations and other documents as provided by lender JP Morgan. | 0.80 | 824.00 |
| 11/25/25 31869936 | BAC | Further calls and review of account documents relating to LC and potential issues relating thereto. | 0.40 | 412.00 |
| 11/25/25 31871153 | BAC | Further review of documents and additional requested information to be made to counsel to JPMorgan re: letters of credit. | 0.50 | 515.00 |
| 11/26/25 31883312 | SBR | Email with counsel re union matters | 0.30 | 258.00 |
| 11/26/25 31883322 | SBR | Telephone call with client re Wells Fargo | 0.10 | 86.00 |
| 11/26/25 31883331 | SBR | Email and telephone call with client and counsel re SBA issues | 0.30 | 258.00 |
| 11/26/25 31883339 | SBR | Email with client re continued payments to secured creditors | 0.10 | 86.00 |
| 11/29/25 31883389 | SBR | Email with Union counsel | 0.10 | 86.00 |
| 11/30/25 31883441 | SBR | Email with counsel re DIP financing order | 0.10 | 86.00 |

TOTAL HOURS    4.70

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Barry A. Chatz | 2.20 | at | 1,030.00 | = | 2,266.00 |
| Turner N. Falk | 0.30 | at | 485.00 | = | 145.50 |
| Stephen B. Ravin | 2.20 | at | 860.00 | = | 1,892.00 |

CURRENT FEES    4,303.50

TOTAL AMOUNT OF THIS INVOICE    4,303.50



| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | DRAFT |
| Patrick  Wynne | Invoice Date | 12/01/25 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00008 |
| | Last Date Billed | |

Re:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/18/25 31882738 | SBR | Telephone call from counsel for creditors re status of case | 0.20 | 172.00 |
| 11/18/25 31882745 | SBR | Telephone call from counsel for landlord | 0.10 | 86.00 |
| 11/20/25 31865328 | SBR | Telephone call to landlord re filing | 0.10 | 86.00 |
| 11/20/25 31855521 | MH | Respond to creditor inquiry re bankruptcy filing | 0.10 | 32.50 |
| | | TOTAL HOURS | 0.50 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 0.10 | at | 325.00 | = | 32.50 |
| Stephen B. Ravin | 0.40 | at | 860.00 | = | 344.00 |
| | | | | CURRENT FEES | 376.50 |

396080      P. Judge and Sons, Inc.                                                    Invoice        DRAFT

00008       Creditor Inquiries                                                                        Page: 2

12/01/25

                                                 TOTAL AMOUNT OF THIS INVOICE            376.50



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | | DRAFT |
| Patrick  Wynne | | Invoice Date | | 12/01/25 |
| 13 Manor Road | | Client Number | | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | | 00009 |
| | | Last Date Billed | | |

Re:   Employee Benefits and Pensions

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/17/25<br>31865421 | SBR | Email with counsel re past due taxes | 0.10 | 86.00 |
| 11/17/25<br>31865424 | SBR | Preparation for hearing on Wage Motion | 0.30 | 258.00 |
| 11/17/25<br>31865425 | SBR | Telephone call with client re preparation for Wage hearing | 0.30 | 258.00 |
| 11/17/25<br>31845295 | MH | Correspondence to S. Ravin re wages motion | 0.10 | 32.50 |
| 11/17/25<br>31845586 | MH | Correspondence to J. Compitello re wages motion | 0.10 | 32.50 |
| 11/17/25<br>31846627 | MH | Revise wages motion and order | 0.30 | 97.50 |
| 11/18/25<br>31882629 | SBR | Telephone call with counsel re hearing on wages | 0.20 | 172.00 |
| 11/18/25<br>31849533 | MH | Correspondence to chambers re revised wages order | 0.20 | 65.00 |
| 11/19/25<br>31852984 | MH | Analyze correspondence from P. Wynne re payroll | 0.10 | 32.50 |
| 11/20/25 | MH | Confer with D. Vogel re union inquiry | 0.10 | 32.50 |

| 396080 | P. Judge and Sons, Inc. | Invoice | DRAFT |
|---|---|---|---|
| 00009 | Employee Benefits and Pensions | | Page: 2 |
| 12/01/25 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 31856439 | | | | |
| 11/21/25 | MH | Confer with S. Ravin re unions and case strategy | 0.20 | 65.00 |
| 31857473 | | | | |
| 11/21/25 | MH | Correspondence to client re union benefits | 0.10 | 32.50 |
| 31857494 | | | | |
| 11/21/25 | MH | Confer with client and D. Vogel re next union issues | 0.60 | 195.00 |
| 31858202 | | | | |
| 11/21/25 | MH | Confer with S. Ravin re union issues | 0.30 | 97.50 |
| 31858330 | | | | |
| 11/21/25 | MH | Confer with D. Vogel re union issues | 0.20 | 65.00 |
| 31858436 | | | | |
| 11/21/25 | MH | Draft letter re union inquiry | 0.40 | 130.00 |
| 31858525 | | | | |
| 11/21/25 | MH | Revise union letter | 0.10 | 32.50 |
| 31858625 | | | | |
| 11/21/25 | MH | Correspondence to D. Vogel re union communication letter | 0.10 | 32.50 |
| 31858656 | | | | |
| 11/25/25 | TNF | Analysis of union representative correspondence re: arbitration proceedings | 0.10 | 48.50 |
| 31868727 | | | | |
| 11/25/25 | TNF | Call with S. Ravin re: union issues and negotiations workstream | 0.40 | 194.00 |
| 31869316 | | | | |
| 11/25/25 | TNF | Analysis of union counsel correspondence re: benefits | 0.10 | 48.50 |
| 31869712 | | | | |
| 11/25/25 | MH | Analyze correspondence from D. Vogel re union issue | 0.20 | 65.00 |
| 31868820 | | | | |
| 11/25/25 | MH | Confer with D. Vogel re union issue | 0.10 | 32.50 |
| 31868855 | | | | |
| 11/25/25 | MH | Review correspondence from D. Vogel re union issue | 0.10 | 32.50 |
| 31869566 | | | | |

|  | | | TOTAL HOURS | 4.80 |

### TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.60 | at | 485.00 | = | 291.00 |
| Maxwell Hanamirian | 3.30 | at | 325.00 | = | 1,072.50 |
| Stephen B. Ravin | 0.90 | at | 860.00 | = | 774.00 |
| | | | | CURRENT FEES | 2,137.50 |

396080    P. Judge and Sons, Inc.                                                Invoice        DRAFT
00009     Employee Benefits and Pensions                                                        Page: 3
12/01/25


                                               TOTAL AMOUNT OF THIS INVOICE        2,137.50



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | | DRAFT |
| Patrick  Wynne | | Invoice Date | | 12/01/25 |
| 13 Manor Road | | Client Number | | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | | 00010 |
| | | Last Date Billed | | |

Re:   Executory Contracts & Unexpired Leases

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/15/25<br>31868795 | SBR | Telephone call with counsel re Union Contract issues | 0.20 | 172.00 |
| 11/15/25<br>31866581 | ZMS | Review background materials re collective bargaining agreements | 0.90 | 706.50 |
| 11/16/25<br>31866764 | ZMS | Research re CBA issues | 0.50 | 392.50 |
| 11/17/25<br>31846469 | TNF | Correspondence with L. Murley re: Ryder issues | 0.10 | 48.50 |
| 11/17/25<br>31848656 | TNF | Correspondence with Ryder counsel re: bankruptcy impact | 0.10 | 48.50 |
| 11/18/25<br>31849297 | TNF | Correspondence with Ryder counsel re business plan | 0.10 | 48.50 |
| 11/18/25<br>31850127 | TNF | Call with Ryder counsel re: case treatment | 0.30 | 145.50 |
| 11/18/25<br>31851585 | TNF | Correspondence with J. Compitello re: lease treatment | 0.10 | 48.50 |
| 11/20/25<br>31855432 | TNF | Analysis of client emails re: warehouse lease issues | 0.10 | 48.50 |
| 11/21/25 | TNF | Analysis of warehouse lease notices re: defaults | 0.20 | 97.00 |

| 396080 | P. Judge and Sons, Inc. | | Invoice | DRAFT |
|---|---|---|---|---|
| 00010 | Executory Contracts & Unexpired Leases | | | Page: 2 |
| 12/01/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 31858178 | | | | |
| 11/24/25 | TNF | Correspondence with HYG re: equipment treatment | 0.10 | 48.50 |
| 31862930 | | | | |
| 11/24/25 | TNF | Call with M. Papandrea re business relationship and debtor plan for case | 0.30 | 145.50 |
| 31863564 | | | | |
| 11/25/25 | TNF | Correspondence with copier lease creditor re: postpetition invoicing | 0.10 | 48.50 |
| 31868705 | | | | |
| 11/25/25 | TNF | Analysis of letter of credit and lease issues | 0.20 | 97.00 |
| 31868719 | | | | |
| 11/25/25 | TNF | Call with B. Vaughan re: chassis treatment | 0.30 | 145.50 |
| 31869682 | | | | |
| 11/25/25 | ZMS | Conf with S. Ravin re CBA issues | 0.30 | 235.50 |
| 31884370 | | | | |
| 11/25/25 | ZMS | Analyze CBA rejection issues and email FA and labor counsel re same | 0.60 | 471.00 |
| 31884379 | | | | |
| 11/26/25 | TNF | Call with staffing counsel re contract treatment | 0.10 | 48.50 |
| 31871748 | | | | |

|  |  |  | TOTAL HOURS | 4.60 |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 2.10 | at | 485.00 | = | 1,018.50 |
| Stephen B. Ravin | 0.20 | at | 860.00 | = | 172.00 |
| Zev M. Shechtman | 2.30 | at | 785.00 | = | 1,805.50 |
|  |  |  | | CURRENT FEES | 2,996.00 |

|  |  | TOTAL AMOUNT OF THIS INVOICE | 2,996.00 |



| | | | Invoice Number | DRAFT |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | DRAFT |
| Patrick Wynne | | | Invoice Date | 12/01/25 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00011 |
| | | | Last Date Billed | |

Re:   Fee/Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/20/25<br>31856200 | MK | Draft Saul Ewing retention application forms (.7); correspond with Saul Ewing team re same (.2) | 0.90 | 396.00 |
| 11/21/25<br>31858738 | TNF | Call with M. Khoudari re: retention application and service parties | 0.30 | 145.50 |
| 11/21/25<br>31857347 | MK | Revise Saul Ewing retention application forms with Saul Ewing comments | 0.20 | 88.00 |
| 11/21/25<br>31858808 | MK | Draft certification of service for Saul Ewing retention application | 0.80 | 352.00 |
| 11/23/25<br>31861125 | MH | Draft interim compensation motion | 0.80 | 260.00 |
| 11/24/25<br>31862757 | TNF | Prepare certificaiton of service and retention application | 0.20 | 97.00 |
| 11/24/25<br>31862726 | MH | Revise interim compensation order | 0.30 | 97.50 |
| 11/24/25<br>31863983 | MH | Correspondence to case team re interim compensation motion | 0.10 | 32.50 |
| 11/24/25<br>31867599 | MH | Revise interim compensation motion | 1.40 | 455.00 |

| 396080 | P. Judge and Sons, Inc. | | Invoice | DRAFT |
|---|---|---|---|---|
| 00011 | Fee/Employment Applications (Saul Ewing) | | | Page: 2 |
| 12/01/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/24/25 31864008 | MK | Finalize Saul Ewing retention forms for filing | 0.20 | 88.00 |
| 11/25/25 31868956 | MH | Revise interim compensation motion | 0.30 | 97.50 |
| 11/25/25 31869272 | MH | Finalize interim compensation motion | 0.20 | 65.00 |
| 11/25/25 31869423 | MH | Correspondence to S. Ravin re filing interim compensation motion | 0.10 | 32.50 |
| 11/25/25 31869214 | MK | Revise interim compensation motion | 1.60 | 704.00 |
| 11/25/25 31869268 | MK | Confer with M. Hanamirian re interim compensation motion | 0.20 | 88.00 |
| 11/28/25 31873103 | MH | Revise interim compensation motion | 0.60 | 195.00 |
| 11/28/25 31873162 | MH | Draft application to shorten time re interim compensation motion | 0.30 | 97.50 |
| 11/28/25 31873164 | MH | Correspondence to case team re application to shorten time for interim compensation motion | 0.10 | 32.50 |
| 11/28/25 31873344 | MH | Modify interim compensation motion and related documents | 0.30 | 97.50 |
| 11/28/25 31877703 | MK | Review updates to the interim compensation motion | 0.40 | 176.00 |
| 11/28/25 31877712 | MK | Correspond with S. Ravin and M. Hanamirian re interim compensation mechanics | 0.30 | 132.00 |
| 11/28/25 31877727 | MK | Revise application and order to shorten time for the interim compensation motion (.3); call with M. Hanamirian re same (.1) | 0.40 | 176.00 |
| 11/30/25 31874306 | MH | Prepare interim compensation motion for filing | 0.10 | 32.50 |

|  |  | TOTAL HOURS | 10.10 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.50 | at | 485.00 | = | 242.50 |
| Maxwell Hanamirian | 4.60 | at | 325.00 | = | 1,495.00 |
| Mariam Khoudari | 5.00 | at | 440.00 | = | 2,200.00 |
|  |  |  |  | CURRENT FEES | 3,937.50 |

396080     P. Judge and Sons, Inc.                                                          Invoice        DRAFT

00011      Fee/Employment Applications (Saul Ewing)                                                         Page: 3

12/01/25


                                              TOTAL AMOUNT OF THIS INVOICE          3,937.50



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | DRAFT |
| Patrick  Wynne | | | Invoice Date | 12/01/25 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00012 |
| | | | Last Date Billed | |

Re:   Fee/Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/19/25<br>31865349 | SBR | Telephone call with C. Wilkes re status of actions wherein Judge is a plaintiff and retention | 0.20 | 172.00 |
| 11/20/25<br>31865336 | SBR | Telephone call with US Trustee re Mazars retention | 0.10 | 86.00 |
| 11/20/25<br>31856107 | TNF | Call with M. Hanamirian re: professional retentions | 0.30 | 145.50 |
| 11/20/25<br>31856057 | MH | Draft Cambridge retention application | 0.60 | 195.00 |
| 11/20/25<br>31856101 | MH | Confer with T. Falk re employment retention applications | 0.30 | 97.50 |
| 11/20/25<br>31856588 | MH | Revise Cambridge retention application | 0.40 | 130.00 |
| 11/21/25<br>31857774 | TNF | Prepare certification of service re: financial advisor and accountant fee apps | 0.20 | 97.00 |
| 11/21/25<br>31858167 | TNF | Prepare Cambridge fee application | 0.20 | 97.00 |
| 11/21/25<br>31857187 | MH | Confer with N. Jalowski re Cambridge retention application | 0.20 | 65.00 |
| 11/21/25<br>31857187 | MH | Revise Cambridge retention application documents | 0.80 | 260.00 |

| 396080 | P. Judge and Sons, Inc. | | | Invoice | DRAFT |
| 00012 | Fee/Employment Applications (Other Professionals) | | | | Page: 2 |
| 12/01/25 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 31857277 | | | | |
| 11/21/25<br>31858729 | MH | Draft Wilkes special counsel retention application | 0.40 | 130.00 |
| 11/21/25<br>31858750 | MH | Confer with C. Wilkes re retention application | 0.10 | 32.50 |
| 11/21/25<br>31858926 | MH | Revise Wilkes retention application | 0.20 | 65.00 |
| 11/21/25<br>31859034 | MH | Modify retention application for Cambridge | 0.30 | 97.50 |
| 11/23/25<br>31860965 | MH | Finalize Cambridge retention application | 0.30 | 97.50 |
| 11/23/25<br>31860968 | MH | Revise Wilkes retention documents | 0.10 | 32.50 |
| 11/23/25<br>31860970 | MH | Draft Mazars retention documents | 0.20 | 65.00 |
| 11/24/25<br>31882985 | SBR | Email with counsel re completing, review and service of professional retention applications | 0.10 | 86.00 |
| 11/24/25<br>31882998 | SBR | Continued review of professionals retention applications | 0.40 | 344.00 |
| 11/24/25<br>31861351 | TNF | Analysis of Wilkes, Mazar's retention applications | 0.20 | 97.00 |
| 11/24/25<br>31861757 | MH | Correspondence to Mazars re retention documents | 0.10 | 32.50 |
| 11/24/25<br>31862751 | MH | Correspondence to Cambridge re retention application | 0.10 | 32.50 |
| 11/24/25<br>31862810 | MH | Correspondence to Wilkes re retention application documents | 0.10 | 32.50 |
| 11/24/25<br>31863133 | MH | Correspondence to client re retention documents of professionals | 0.20 | 65.00 |
| 11/24/25<br>31863136 | MH | Draft Vogel retention application documents | 0.40 | 130.00 |
| 11/24/25<br>31863294 | MH | Correspondence to D. Vogel re retention documents | 0.10 | 32.50 |
| 11/24/25<br>31863555 | MH | Confer with Mazars re retention application documents | 0.40 | 130.00 |
| 11/24/25<br>31863838 | MH | Draft Mazars retention application | 0.50 | 162.50 |
| 11/24/25<br>31863966 | MH | Correspondence to team re retention of professionals | 0.10 | 32.50 |
| 11/24/25<br>31864110 | MH | Prepare certificate of service re retention applications | 0.10 | 32.50 |

| | | | | Invoice | DRAFT |
|---|---|---|---|---|---|
| 396080 | P. Judge and Sons, Inc. | | | | |
| 00012 | Fee/Employment Applications (Other Professionals) | | | | Page: 3 |
| 12/01/25 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/24/25<br>31864545 | MH | Revise Mazars retention application documents | 0.20 | 65.00 |
| 11/24/25<br>31864629 | MH | Confer with D. Vogel re retention documents | 0.20 | 65.00 |
| 11/24/25<br>31864744 | MH | Draft Vogel retention application | 0.30 | 97.50 |
| 11/24/25<br>31865579 | MH | Confer with S. Ravin re Mazars retention application | 0.10 | 32.50 |
| 11/24/25<br>31865683 | MH | Correspondence re retention applications | 0.20 | 65.00 |
| 11/24/25<br>31866002 | MH | Confer with client re revising Mazars retention application | 0.20 | 65.00 |
| 11/24/25<br>31866120 | MH | Confer with client re Vogel retention application | 0.10 | 32.50 |
| 11/24/25<br>31866255 | MH | Revise Vogel retention application documents | 0.10 | 32.50 |
| 11/24/25<br>31867902 | MH | Revise retention application documents | 0.10 | 32.50 |
| 11/25/25<br>31883294 | SBR | Review of administrative fee pleadings | 0.20 | 172.00 |
| 11/25/25<br>31868401 | MH | Revise Cambridge retention application documents | 0.10 | 32.50 |
| 11/25/25<br>31868404 | MH | Correspondence to C. Wilkes re finalizing retention application | 0.10 | 32.50 |
| 11/25/25<br>31868406 | MH | Correspondence to Mazars re retention application documents | 0.10 | 32.50 |
| 11/25/25<br>31869318 | MH | Correspondence to S. Ravin re Wilkes retention application | 0.20 | 65.00 |
| 11/25/25<br>31869376 | MH | Confer with S. Ravin re retention application of Wilkes | 0.20 | 65.00 |
| 11/25/25<br>31869391 | MH | Correspondence to C. Wilkes re retention application | 0.10 | 32.50 |
| 11/25/25<br>31869553 | MK | Confer with M. Hanamirian re retention applications | 0.20 | 88.00 |
| 11/26/25<br>31883374 | SBR | Email with counsel re review and revise Administrative Fee Order | 0.20 | 172.00 |
| 11/26/25<br>31871969 | MH | Finalize Mazars retention documents | 0.30 | 97.50 |
| 11/28/25<br>31873159 | MH | Revise Judge retention application documents | 0.10 | 32.50 |

| 396080 | P. Judge and Sons, Inc. | | Invoice | DRAFT |
|--------|------------------------|--|---------|-------|
| 00012 | Fee/Employment Applications (Other Professionals) | | | Page: 4 |
| 12/01/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | TOTAL HOURS | 11.00 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| Turner N. Falk | 0.90 | at | 485.00 | = | 436.50 |
| Maxwell Hanamirian | 8.70 | at | 325.00 | = | 2,827.50 |
| Mariam Khoudari | 0.20 | at | 440.00 | = | 88.00 |
| Stephen B. Ravin | 1.20 | at | 860.00 | = | 1,032.00 |
| | | | | CURRENT FEES | 4,384.00 |

TOTAL AMOUNT OF THIS INVOICE        4,384.00



| | | | |
|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | DRAFT |
| Patrick  Wynne | | Invoice Date | 12/01/25 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00013 |
| | | Last Date Billed | |

Re:   Financing and Cash Collateral

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/25 31868783 | SBR | Email with client re financing documents | 0.10 | 86.00 |
| 11/14/25 31840938 | TNF | Prepare DIP motion | 3.10 | 1,503.50 |
| 11/14/25 31840942 | TNF | Call with lender counsel re DIP lending terms and case timeline | 0.20 | 97.00 |
| 11/14/25 31840944 | TNF | Call with D. Johnson re financing motion | 0.20 | 97.00 |
| 11/14/25 31841066 | TNF | Analysis of DIP financing motion re lender changes | 0.20 | 97.00 |
| 11/14/25 31841267 | TNF | Prepare DIP lending motion | 0.60 | 291.00 |
| 11/15/25 31868789 | SBR | Email with client re DIP pleadings | 0.10 | 86.00 |
| 11/15/25 31841460 | TNF | Call with S. Ravin, M. Hanamirian re: first day timeline and cash needs | 0.70 | 339.50 |
| 11/15/25 31841463 | TNF | Analysis of debt documents and correspondence with S. Ravin re same | 0.20 | 97.00 |
| 11/15/25 | TNF | Analysis of J. Compitello, S. Ravin correspondence re loan | 0.10 | 48.50 |

| 396080 | P. Judge and Sons, Inc. | | Invoice | DRAFT |
| 00013 | Financing and Cash Collateral | | | Page: 2 |
| 12/01/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 31841496 | | agreement | | |
| 11/16/25<br>31842079 | TNF | Correspondence with lender counsel re DIP motion approvals | 0.10 | 48.50 |
| 11/16/25<br>31842200 | TNF | Prepare final DIP motion | 0.30 | 145.50 |
| 11/17/25<br>31869586 | SBR | Email with parties re financing matters | 0.30 | 258.00 |
| 11/17/25<br>31869587 | SBR | Telephone call with N. Jalowski re payment to MCA | 0.20 | 172.00 |
| 11/17/25<br>31844530 | TNF | Call with potential financial analyst re: case outlook | 0.60 | 291.00 |
| 11/17/25<br>31844550 | TNF | Analysis of lending rollup issues | 0.20 | 97.00 |
| 11/17/25<br>31845855 | TNF | Analysis of US Trustee comments re: DIP funding proposal | 0.20 | 97.00 |
| 11/17/25<br>31845873 | TNF | Correspondence with S. Ravin re: DIP financing issues | 0.10 | 48.50 |
| 11/17/25<br>31845944 | TNF | Correspondence with lender counsel re: DIP financing order and UST comments | 0.20 | 97.00 |
| 11/17/25<br>31846480 | TNF | Analysis of lender counsel correspondence re: US Trustee comments | 0.10 | 48.50 |
| 11/17/25<br>31848623 | TNF | Correspondence with S. Ravin and analysis of lender issues and adequate protection | 0.60 | 291.00 |
| 11/17/25<br>31848706 | TNF | Analysis of budget issues and correspondence with J. Compitello re: same | 0.30 | 145.50 |
| 11/17/25<br>31848707 | TNF | Correspondence with lender re: DIP order terms | 0.30 | 145.50 |
| 11/18/25<br>31882724 | SBR | Conference with client re financing hearing and conference with client re preparation for hearings on first day motions | 0.40 | 344.00 |
| 11/18/25<br>31849300 | TNF | Analysis of J. Compitello correspondence re budgeting | 0.10 | 48.50 |
| 11/18/25<br>31849312 | TNF | Analysis of intercreditor agreement re lien priority | 0.20 | 97.00 |
| 11/18/25<br>31849314 | TNF | Analysis of financing and cash collateral issues re budget and lien priority | 0.40 | 194.00 |
| 11/18/25<br>31850202 | TNF | Correspondence with lender counsel re: interim DIP | 0.20 | 97.00 |
| 11/18/25<br>31850203 | TNF | Call with J. Compitello, S. Ravin, M. Hanamirian, M. Khoudari re: financing issues | 0.50 | 242.50 |
| 11/18/25 | TNF | Analysis of intercreditor and standstill issues | 0.40 | 194.00 |

| 396080 | P. Judge and Sons, Inc. | Invoice | DRAFT |
|---|---|---|---|
| 00013 | Financing and Cash Collateral | | Page: 3 |
| 12/01/25 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 31850204 | | | | |
| 11/18/25 31850658 | TNF | Call with J. Compitello, P. Wynne, S. Ravin, M. Hanamirian, M. Khoudari re: financing issues and first day presentation | 0.60 | 291.00 |
| 11/18/25 31850807 | TNF | Analysis of S. Ravin correspondence re lender documents | 0.10 | 48.50 |
| 11/18/25 31850850 | TNF | Analysis of lender changes re DIP order and correspondence with D. Johnson re same | 0.30 | 145.50 |
| 11/18/25 31851650 | TNF | Prepare interim cash collateral order and correspondence with UST, lender counsel re: same | 0.80 | 388.00 |
| 11/18/25 31851719 | TNF | Correspondence with lender counsel re DIP order | 0.10 | 48.50 |
| 11/18/25 31851720 | TNF | Analysis of UST correspondence re DIP order | 0.10 | 48.50 |
| 11/18/25 31851787 | TNF | Prepare interim DIP order, correspondence with M. Hanamirian re: same | 0.20 | 97.00 |
| 11/18/25 31851788 | TNF | Correspondence with UST, lender counsel re: DIP order | 0.10 | 48.50 |
| 11/18/25 31850104 | MH | Confer with S. Ravin, T. Falk, M. Khouradi, and J. Compitello re financing | 0.60 | 195.00 |
| 11/18/25 31851803 | MH | Correspondence to T. Falk re revised DIP order | 0.10 | 32.50 |
| 11/19/25 31865360 | SBR | Email with parties re factoring agreement | 0.20 | 172.00 |
| 11/19/25 31882836 | SBR | Review factoring agreement and email with counsel for lender and client re same | 0.30 | 258.00 |
| 11/19/25 31882841 | SBR | Telephone call with counsel for lender re execution of documents | 0.10 | 86.00 |
| 11/19/25 31853230 | TNF | Emailing interim DIP order to chambers, relevant parties | 0.10 | 48.50 |
| 11/20/25 31865338 | SBR | Email with client re document requested by bank | 0.10 | 86.00 |
| 11/26/25 31872871 | TNF | Analysis of lender correspondence re receivable purchases and cash flow | 0.20 | 97.00 |

TOTAL HOURS   15.20

| 396080 | P. Judge and Sons, Inc. | | Invoice | DRAFT |
| 00013 | Financing and Cash Collateral | | | Page: 4 |
| 12/01/25 | | | | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|-----|--------|---|-----------|
| Turner N. Falk | 12.70 | at | 485.00 | = | 6,159.50 |
| Maxwell Hanamirian | 0.70 | at | 325.00 | = | 227.50 |
| Stephen B. Ravin | 1.80 | at | 860.00 | = | 1,548.00 |
| | | | | CURRENT FEES | 7,935.00 |

TOTAL AMOUNT OF THIS INVOICE   7,935.00



SAUL EWING
LLP

P. Judge and Sons, Inc.
Patrick  Wynne
13 Manor Road
East Rutherford, NJ 07073

| | |
|---|---|
| Invoice Number | DRAFT |
| Invoice Date | 12/01/25 |
| Client Number | 396080 |
| Matter Number | 00016 |
| Last Date Billed | |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/18/25 31851684 | TNF | Correspondence with Z. Shechtman re: equity treatment in plan | 0.10 | 48.50 |
| 11/19/25 31853489 | TNF | Call with M. Hanamirian re: plan confirmation issues and timeline | 0.20 | 97.00 |
| 11/24/25 31861355 | TNF | Prepare materials re: reorganization procedures | 0.20 | 97.00 |
| 11/24/25 31862972 | TNF | Correspondence with Z. Shechtman re: equity issues | 0.10 | 48.50 |
| 11/24/25 31864417 | TNF | Call with Z. Shechtman re: equity treatment issues and plan formulation | 0.40 | 194.00 |
| 11/24/25 31864616 | TNF | Call with Z. Shechtman re: plan structure | 0.30 | 145.50 |

TOTAL HOURS     1.30

396080   P. Judge and Sons, Inc.                                                              Invoice        DRAFT
00016    Plan and Disclosure Statement                                                                      Page: 2
12/01/25

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 1.30 | at | 485.00 | = | 630.50 |
| | | | | CURRENT FEES | 630.50 |

TOTAL AMOUNT OF THIS INVOICE       630.50



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | | DRAFT |
| Patrick  Wynne | | Invoice Date | | 12/01/25 |
| 13 Manor Road | | Client Number | | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | | 00017 |
| | | Last Date Billed | | |

Re:   Preparation for and Attendance at Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/17/25<br>31846266 | MH | Confer with T. Falk re hearing on 11/18 | 0.20 | 65.00 |
| 11/17/25<br>31846504 | MH | Confer with S. Ravin, T. Falk, and J. Compitello re hearing on wages and joint admin. | 0.40 | 130.00 |
| 11/17/25<br>31848908 | MH | Prepare outline re first day hearing | 1.70 | 552.50 |
| 11/18/25<br>31882695 | SBR | Prepare for Hearing on wages and Joint Administration | 0.30 | 258.00 |
| 11/18/25<br>31882705 | SBR | Attend hearing on Joint Administration and Wages | 0.30 | 258.00 |
| 11/18/25<br>31849418 | MH | Prepare for hearing on wages and joint administration | 0.60 | 195.00 |
| 11/18/25<br>31849466 | MH | Confer with S. Ravin, T. Falk, and M. Khoudari re wages and joint admin. motion | 0.30 | 97.50 |
| 11/18/25<br>31849944 | MH | Attend hearing on wages and joint administration | 0.50 | 162.50 |
| 11/18/25<br>31850652 | MH | Prepare for first day hearing with S. Ravin, T. Falk, M. Khoudari, J. Compitello, and P. Wynne | 0.50 | 162.50 |
| 11/18/25 | MH | Correspondence to T. Falk re first day hearing strategy | 0.10 | 32.50 |

| 396080 | P. Judge and Sons, Inc. | | Invoice | DRAFT |
|---|---|---|---|---|
| 00017 | Preparation for and Attendance at Hearing | | | Page: 2 |
| 12/01/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 31851699 | | | | |
| 11/18/25 | MH | Prepare for first day hearing | 1.00 | 325.00 |
| 31851797 | | | | |
| 11/19/25 | SBR | Attendance at 1st day hearings | 1.80 | 1,548.00 |
| 31865357 | | | | |
| 11/19/25 | TNF | Prepare for first day hearing | 0.70 | 339.50 |
| 31853227 | | | | |
| 11/19/25 | TNF | Attend first day hearing | 1.70 | 824.50 |
| 31853228 | | | | |
| 11/19/25 | MH | Prepare for first day hearing | 1.50 | 487.50 |
| 31851937 | | | | |
| 11/19/25 | MH | Participate in first day hearing | 1.50 | 487.50 |
| 31852973 | | | | |
| 11/19/25 | MK | Attend first day hearing | 1.70 | 748.00 |
| 31862200 | | | | |

TOTAL HOURS   14.80

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 2.40 | at | 485.00 | = | 1,164.00 |
| Maxwell Hanamirian | 8.30 | at | 325.00 | = | 2,697.50 |
| Mariam Khoudari | 1.70 | at | 440.00 | = | 748.00 |
| Stephen B. Ravin | 2.40 | at | 860.00 | = | 2,064.00 |

CURRENT FEES   6,673.50

TOTAL AMOUNT OF THIS INVOICE   6,673.50



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | DRAFT |
| Patrick  Wynne | | | Invoice Date | 12/01/25 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00019 |
| | | | Last Date Billed | |

Re:   Statement & Schedules

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/20/25<br>31855570 | TNF | Call with MK re: schedules preparation | 0.30 | 145.50 |
| 11/20/25<br>31855568 | MK | Draft summary email memo re: schedules and statements | 0.90 | 396.00 |
| 11/20/25<br>31855572 | MK | Call with T. Falk to discuss schedules and statements | 0.30 | 132.00 |
| 11/20/25<br>31855575 | MK | Draft consolidated list of equity holders | 0.40 | 176.00 |
| 11/20/25<br>31856374 | MK | Correspond with J. Compitello re schedules and statements | 0.30 | 132.00 |
| 11/24/25<br>31883082 | SBR | Telephone call with client and counsel re preparation of schedules | 0.30 | 258.00 |
| 11/24/25<br>31863110 | MK | Calls with J. Compitello to discuss schedules and statements | 0.40 | 176.00 |
| 11/24/25<br>31863450 | MK | Calls with J. Gillman re schedules and statements | 0.20 | 88.00 |
| 11/25/25<br>31868837 | MK | Call with J. Compitello re schedules and statements | 0.30 | 132.00 |
| | | TOTAL HOURS | 3.40 | |

| 396080 | P. Judge and Sons, Inc. | Invoice | DRAFT |
| 00019 | Statement & Schedules | | Page: 2 |
| 12/01/25 | | | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.30 | at | 485.00 | = | 145.50 |
| Mariam Khoudari | 2.80 | at | 440.00 | = | 1,232.00 |
| Stephen B. Ravin | 0.30 | at | 860.00 | = | 258.00 |
| | | | | CURRENT FEES | 1,635.50 |

TOTAL AMOUNT OF THIS INVOICE          1,635.50



| | |
|---|---|
| P. Judge and Sons, Inc. | Invoice Number |
| Patrick  Wynne | Invoice Date |
| 13 Manor Road | Client Number |
| East Rutherford, NJ 07073 | Matter Number |
| | Last Date Billed |

| | |
|---|---|
| Invoice Number | DRAFT |
| Invoice Date | 12/01/25 |
| Client Number | 396080 |
| Matter Number | 00020 |
| Last Date Billed | |

Re:   UST Reports & Meetings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/25 31841045 | TNF | Meeting with US Trustee re first day motions and case timeline | 0.50 | 242.50 |
| 11/14/25 31845891 | MK | Call with the U.S. Trustee and the Saul Ewing team to discuss bankruptcy filings | 0.40 | 176.00 |
| 11/16/25 31842010 | MH | Revise wages order with UST comments | 0.10 | 32.50 |
| 11/17/25 31846352 | MH | Correspondence to UST re changes to first day motions | 0.10 | 32.50 |
| 11/18/25 31849127 | MH | Correspondence to UST and team re wages motion and order | 0.10 | 32.50 |
| 11/20/25 31865318 | SBR | Email with UST re MORs | 0.10 | 86.00 |
| 11/20/25 31865322 | SBR | Email with J. Compitello re document for IDI | 0.10 | 86.00 |
| 11/20/25 31865324 | SBR | Email with client and others re MORs | 0.10 | 86.00 |
| 11/20/25 31855362 | TNF | Correspondence with UST re: initial debtor interview | 0.10 | 48.50 |
| 11/25/25 | MH | Correspondence to UST re interim compensation motion | 0.10 | 32.50 |

| 396080 | P. Judge and Sons, Inc. | Invoice | DRAFT |
|---|---|---|---|
| 00020 | UST Reports & Meetings | | Page: 2 |
| 12/01/25 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 31869386 | | | | |
| 11/25/25 | MH | Correspondence to UST re organizational chart | 0.10 | 32.50 |
| 31869691 | | | | |
| | | TOTAL HOURS | 1.80 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.60 | at | 485.00 | = | 291.00 |
| Maxwell Hanamirian | 0.50 | at | 325.00 | = | 162.50 |
| Mariam Khoudari | 0.40 | at | 440.00 | = | 176.00 |
| Stephen B. Ravin | 0.30 | at | 860.00 | = | 258.00 |
| | | | | CURRENT FEES | 887.50 |

TOTAL AMOUNT OF THIS INVOICE    887.50



P. Judge and Sons, Inc.
Patrick  Wynne
13 Manor Road
East Rutherford, NJ 07073

| | |
|---|---|
| Invoice Number | DRAFT |
| Invoice Date | 12/01/25 |
| Client Number | 396080 |
| Matter Number | 00021 |
| Last Date Billed | |

Re:   Utilities

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/25<br>31845888 | MK | Call with M. Hanamirian to discuss first day orders and utilities motion | 0.10 | 44.00 |
| 11/14/25<br>31845893 | MK | Call with T. Falk to discuss utilities motion | 0.10 | 44.00 |
| 11/21/25<br>31857683 | TNF | Analysis of utilities issues | 0.30 | 145.50 |
| 11/25/25<br>31869515 | TNF | Call with M. Hanamirian re: utilities interim treatment | 0.10 | 48.50 |
| | | TOTAL HOURS | 0.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.40 | at | 485.00 | = | 194.00 |
| Mariam Khoudari | 0.20 | at | 440.00 | = | 88.00 |
| | | | | CURRENT FEES | 282.00 |

396080        P. Judge and Sons, Inc.                                                    Invoice        DRAFT
00021        Utilities                                                                              Page: 2
12/01/25

                                                        TOTAL AMOUNT OF THIS INVOICE        282.00