### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 779-0300
Attorney for Eastern Lift Truck Co Inc.

| | |
|---|---|
| IN RE: | : CASE NUMBER: 25-22123-JKS |
| | : |
| PORT ELIZABETH TERMINAL & | : |
| WAREHOUSE CORP. | : |
| | : CHAPTER 11 |
| Debtor. | : |
| | : |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of Eastern Lift Truck Co Inc. Request is made that the documents

filed in this case and identified below be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell, Esq.
1040 N. Kings Highway
Ste 100
Cherry Hill, New Jersey 08034
Email: rmcdowell@slgcollect.com


SALDUTTI LAW GROUP


*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: December 9, 2025