| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:   stephen.ravin@saul.com <br> turner.falk@saul.com <br> maxwell.hanamirian@saul.com <br><br> *Counsel to the Debtors and Debtors in Possession* | |
| In re: <br><br> PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-22123 (JKS) <br><br> (Jointly Administered) <br><br> OBJECTION DEADLINE: <br><br> **December 31, 2025** |

**NOTICE OF FIRST MONTHLY FEE STATEMENT
OF CAMBRIDGE FINANCIAL SERVICES, LLC, FINANCIAL ADVISOR TO THE
DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM NOVEMBER 14, 2025
<u>THROUGH NOVEMBER 30, 2025</u>**

**PLEASE TAKE NOTICE** that in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71], Cambridge Financial Services, LLC

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

56895446.1

("Cambridge"),[2] financial advisor to the above-captioned debtors (the "Debtors"), has filed the attached monthly fee statement (the "Monthly Fee Statement") for the period from November 14, 2025 through November 30, 2025 with the United States Bankruptcy Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Monthly Fee Statement shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by **December 31, 2025**.

Dated: December 11, 2025                **SAUL EWING LLP**

By:/s/ *Stephen B. Ravin*
   Stephen B. Ravin, Esquire
   Turner N. Falk, Esquire
   One Riverfront Plaza
   1037 Raymond Blvd., Suite 1520
   Newark, NJ 07102-5426
   Telephone: (973) 286-6714
   E-mail:stephen.ravin@saul.com
          turner.falk@saul.com

   -and-

   Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
   1735 Market Street, Suite 3400
   Philadelphia, PA 19103-7504
   E-mail: maxwell.hanamirian@saul.com

   *Counsel for Debtors and Debtors in Possession*

---

[2] On December 9, 2025, the Court entered the *Order Authorizing Retention of Cambridge Financial Services, LLC Effective as of November 14, 2025* [Docket No. 68].

56895446.1