| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* **SAUL EWING LLP** Stephen B. Ravin, Esquire Turner N. Falk, Esquire Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) One Riverfront Plaza 1037 Raymond Blvd., Suite 1520 Newark, NJ 07102-5426 Telephone: (973) 286-6714 E-mail:    stephen.ravin@saul.com           turner.falk@saul.com           maxwell.hanamirian@saul.com |
| *Counsel to the Debtors and Debtors in Possession* |

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,

Debtors.[1]

# FIRST MONTHLY FEE STATEMENT OF CAMBRIDGE FINANCIAL SERVICES, LLC, FINANCIAL ADVISOR TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 14, 2025 THROUGH NOVEMBER 30, 2025

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Cambridge Financial Services, LLC ("**Cambridge**" or the "**Applicant**"), financial advisor to the debtors and debtors-in-possession (the "**Debtors**"), hereby

---

[1]    The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

applies to the Court for its first monthly fee statement for professional services rendered and reimbursement of actual and necessary expenses incurred for the period November 14, 2025 through November 30, 2025 (the "**Application Period**") in connection with its retention as financial advisor to the Debtors and in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71].  Cambridge requests authorization to be paid by the Debtors $27,912.00 (which is 80% of  $34,890.00) and $0.00 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Cambridge Financial Services, LLC Effective as of November 14, 2025* [D.I. 68].  Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request.  Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period.  In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

## CATEGORY 1: BUSINESS OPERATIONS.

This category includes all matters relating to the general operation of the Debtors' businesses. Cambridge spent 56.1 hours of time on the foregoing services.  Said services have a value of $22,440.00 for which Cambridge is seeking compensation.

| Business Operations | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Joseph Compitello | Financial Advisor | 56.1 | $22,440.00 |
| **Total** | | **56.1** | **$22,440.00** |

## CATEGORY 2: CASE ADMINISTRATION.

This category includes all matters related to work regarding the administration of the case, including reviewing and commenting on administrative motions and determining case strategies. Cambridge spent 11.6 hours of time on the foregoing services.  Said services have a value of $5,000.00 for which Cambridge is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Joseph Compitello | Financial Analyst | 8 | $3,200.00 |
| Nicholas Jalowski | Financial Analyst | 3.6 | $1,800.00 |
| **Total** | | **11.6** | **$5,000.00** |

## CATEGORY 3: FEE/EMPLOYMENT APPLICATIONS.

This category includes all matters related to the review and analysis and filing of retention and fee applications for Cambridge in these Chapter 11 Cases.  Cambridge spent 2.5 hours of time on the foregoing services.  Said services have a value of $1,250.00 for which Cambridge is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Nicholas Jalowski | Financial Analyst | 2.5 | $1,250.00 |
| **Total** | | **2.5** | **$1,250.00** |

## CATEGORY 4: FINANCING AND CASH COLLATERAL.

This category includes all matters related to financing and cash collateral, analyzing financial projections and examining budgeting in these Chapter 11 Cases.  Cambridge spent 14.8 hours of time on the foregoing services.  Said services have a value of $6,200.00 for which Cambridge is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Joseph Compitello | Financial Analyst | 12 | $4,800.00 |
| Nicholas Jalowski | Financial Analyst | 2.8 | $1,400.00 |
| **Total** | | **14.8** | **$6,200.00** |

## EXPENSES.

Cambridge seeks $0.00 in expenses incurred during the Application Period.

*[Remainder of page left intentionally blank]*

56895446.1

**WHEREFORE**, Cambridge respectfully requests authorization to be paid by the Debtors

$27,912.00 (which is 80% of  $34,890.00) for financial advisor services rendered on behalf of the

Debtors during the Application Period, together with reimbursement of $0.00 in expenses incurred

during the Application Period.

Dated: December 11, 2025            **SAUL EWING LLP**

           By:*/s/ Stephen B. Ravin*
              Stephen B. Ravin, Esquire
              Turner N. Falk, Esquire
              One Riverfront Plaza
              1037 Raymond Blvd., Suite 1520
              Newark, NJ 07102-5426
              Telephone: (973) 286-6714
              E-mail:stephen.ravin@saul.com
                     turner.falk@saul.com

              -and-

              Maxwell M. Hanamirian, Esquire (admitted *pro hac
              vice*)
              1735 Market Street, Suite 3400
              Philadelphia, PA 19103-7504
              E-mail: maxwell.hanamirian@saul.com

              *Counsel for Debtors and Debtors in Possession*

56895446.1