## EXHIBIT C

## Detail Time Entries by Category

56895446.1



**Cambridge**
Financial Services

November 30, 2025

The Judge Organization DIP
13 Manor Road                                                    Invoice #   23604
East Rutherford, NJ 07073

FOR CONSULTING SERVICES DURING THE PERIOD:  11/16/2025   TO   11/30/2025

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2025 | NBJ | **CASE ADMINISTRATION**: conference w/attorney/ review motions submitted to Court/ conference w/client on first orders and cash flow | 1.60<br>500.00/hr | 800.00 |
|  | NBJ | **FINANCING AND CASH FLOW**: multiple conferences on cash flow and payments to Lenders | 0.80<br>500.00/hr | 400.00 |
|  | NBJ | **FINANCING AND CASH FLOW**: review AEC agreement/ conference w/attorney on payment to AEC | 0.60<br>500.00/hr | 300.00 |
|  | JC | **FINANCING AND CASH FLOW:**- Location: East Rutherford NJ Review filing/ current finances/ Communication with First Business DIP Financing; New accounts transfer of funds identification of Chase accounts/ current balances; **(3.0 hours)**<br><br>**BUSINESS OPERATIONS**: Zoom call Pat Wynn; Barbara Judge; Mike Jr; Brandon Wynn<br>Employee communication- Financial status of Company<br>Conference call w/ Saul Ewing<br>Steve; Maxwell; Turner Review payroll motion ;<br>Seagis-Steve Pron EX- VP<br>Chapter 11 filing - plan moving forward with 13 Manor Cambridge-Nick; Status of Organization; Communication w/ employees; responses from vendors/customers Review Motion re Payroll Submitted Motion to approve Debtors payroll/wages Pre-Petition continual and post-petition disbursements 6 motions/34 Statements; AEC Payments-status- discontinue; Request supporting documents re: personal guarantees; Response to Turner (Saul Ewing) e-mail re: UST Administrative set aside; Response to Seagis e-mail regarding steps forward / December 1 payment **(5.3 hours)** | 8.30<br>500.00/hr | 3,320.00 |
| 11/18/2025 | NBJ | **FINANCING AND CASH FLOW:** review correspondences on cash flow and Court motions/ conference w/attorney on lender negotiations/ draft correspondence on DIP financing | 1.40<br>500.00/hr | 700.00 |
|  | JC | **CASE ADMINISTRATION**: Location East Rutherford Wages/Benefit Motion; Review motions-prepare for hearing; Review Cash Flow Budget adding in UST Fees; Set Aside Admin Impact of changes reduced ending cash by 23,500; Newark Court Hearing; Connect by I Phone; Respond to questions by the court regarding / employees/ debt / wage process; Call w/ Steve/ staff review of hearing; 1st Motion to be held Wednesday; Financials; Insurance; Utilities; Owner Operators; Call w/ Nick Update on hearings.... Follow up requirements; Pat Wynn- First Business- Initial funding 184,381; Request estimated funding for Owner Operators | 8.00<br>400.00/hr | 3,200.00 |

Raritan Plaza III, 101 Fieldcrest Avenue Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300
www.cambridgefinancialcorp.com

Case 25-22123-JKS    Doc 72-5    Filed 12/11/25    Entered 12/11/25 15:37:43    Desc
The Judge Organization DIP Exhibit C - Detail Time Entries by Category    Page 3 of 5

Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | due Thursday; Zoom call w/ Pat and Legal team.... prep for hearing next day; 7 motions; utilities/taxes/Insurance/ Owner Operators-critical vendors/ Chase Bank Accounts; Numerous Communications with Pat Wynn/Barbara Judge/First Business/ Mike Wynn Jr/Invoice remittance process/ New DIP accounts and Schedules; Review data and information for scheduled Court Hearing in am |  |  |
| 11/19/2025 | NBJ | **CASE ADMINISTRATION:** conference to prep for Court call | 0.50<br>500.00/hr | 250.00 |
|  | JC | **FINANCING AND CASH FLOW:** Home Office Prep for hearing; Day One Motions-Hearing;<br>Discussion with First Business re: hearing/ DIP financing process; Pat Wynn Bank Documents re: Owners Guarantees-Mike Jr-Status of Chase accounts- current balances; First Business indicates Chase accounts are blocked- re: delay in funding; Pat Wynn; ADP decision to accept wire transfer vs ACH for payroll funding; Confirmation on total payroll/ Owner Operator payments and anticipated funding from First Business; Net balance +22K anticipated after obligations; Confirmation that Chase accounts open --- communicate w/ Staff; Confirmation from First Business in receipt of signed documents from Owners -that authorized funding 10; Communications -emails to Legal/First Business to release funds into Chase accounts; Numerous Discussions with P Wynn; Steve Ravin; B Judge; re: funding; Direct communication with First Business confirming wire transfers complete into Chase accounts; E mail re: First Business request for monthly and quarterly financials from Mazars | 9.00<br>400.00/hr | 3,600.00 |
| 11/20/2025 | JC | **BUSINESS OPERATIONS:** Location East Rutherford Vendor payments; Criteria regarding pre-petition. Discussions with Mike Sr; Brandon Wynn; Julian Boxill funding critical vendors; Forward detailed process regarding payments moving forward regarding vendors to all staff and ownership\<br>Process for designating a critical vendor; Discussion w/ Legal regarding Court dates scheduled for 12/16 and 12/18; Requirements and expectations; Unsecured policy draft completed and sent to Legal; Schedules and Statements due date 12/31…. Individual responses due 12/20; First round of documents due 12/8; Multiple emails/appts set w/ Owners/Legal re: scheduling allocation of resources; E Mail to Sofia -Mazars- regarding data requests and scheduling a discussion to understand expectations from Mazars and their resources | 9.00<br>400.00/hr | 3,600.00 |



Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

Case 25-22123-JKS    Doc 72-5    Filed 12/11/25    Entered 12/11/25 15:37:43    Desc
Exhibit C - Detail Time Entries by Category    Page 4 of 5

The Judge Organization DIP                                                            Page    3

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hrs/Rate          | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 11/21/2025 | NBJ | **FEE APPLICATION**: review bankruptcy document templates/ review correspondences from attorneys on reporting/ multiple conference w/client/attorney on timelines and submissions to Court                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 2.50<br>500.00/hr | 1,250.00 |
|            | JC  | **BUSINESS OPERATIONS**: Set call w/ Mazars @ 12:30...Communicate w/ P Wynn on expectations and deliverables from MazarsData due 12/8; 12/20; 12/31; Confirm w owners time for conference; Discussion w/ First Business re: reporting requirements Financials for Sept/Oct/Nov. Bank requests monthly and quarterly as agreed; Nov split pre and Post filing; Discussions regarding data requests and allocation amount staff to fulfill requirements; Court: Monthly Operating Report 12/20; Supporting Document list 12/8; Schedules and Statements 12/20 Bank: Monthly reports due +30 days; Quarterly reports due +45 days; Research supporting documents for 12/8 and 12/20 deliverables. Discussion w/ owners& Legal: comments from customers and employees; Update on status of filing; review work completed and agenda moving forward. Mazars; Don Vogel; C. Wilkes retained by court. Legal opened discussions with the Union. Issues: Health Benefits/ 401K; Discussed Preference Cap 401K; 15,000 Cap on both Wages and Benefits. Discussion directly w/ Steve regarding Mazars: status with the Filing Discussion directly w/ Mazars regarding deliverables to First Business and the Court Follow up w/ Steve re Mazars Organize deliverables- priorities to present to owners/staff Verify fund transfers and current bank balances moving into Holiday | 8.20<br>400.00/hr | 3,280.00 |
| 11/22/2025 | JC  | **BUSINESS OPERATIONS**: Home Office Review of cash demands for following week, Estimated billings and fund transfers; Steve Ravin re; Status of Banks; Mazars discission to produce reports; Revise Vendor Payment Template; Forward stop order request to Chase to stop automatic ACH's from vendors; Review critical vendor payments t be released on Monday                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 3.00<br>400.00/hr | 1,200.00 |
| 11/23/2025 | JC  | **BUSINESS OPERATIONS**: Home Office Schedules and Statements PDF...convert to Word documents; Review all documents w/ preliminary designations; Prepare for Monday at 9:am Zoom call: Identification direct Debt request via ACH's; Follow up w/ Chase to ensure stop order in place                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 2.00<br>400.00/hr | 800.00   |
| 11/24/2025 | NBJ | **CASE ADMINISTRATION**: conference w/clients/acountants ForvisMazars on allocating resources to reporting requirements                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 1.50<br>500.00/hr | 750.00   |



The Judge Organization DIP

Page 4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/24/2025 | JC | **BUSINESS OPERATIONS**: Home Office Direct Debits Stop Order Request consolidation; Communicate w/ Mike Jr/ Barbara/ Nick to coordinate responses; Allocate numerous Schedules and Statements amongst staff: Discuss new GLC code for AP; Separate Aging reports; Combined Pre-Post AR Aging; Confirm w/ First Business new Company Discussions throughout; Mike Jr; Mariam -Saul; Sofia -Mazars; B Judge; C Wilkes; Steve Vendor requests and emergency payments; Review Priorities, Assignments; data reports; Portal access w/ staff Cash forecast 11/24-12/8 Discussions w/ First Business: Availability of Reserves w/First Business; Criteria for release; Bank restrictions; Anticipated receipt of Financial reports | 8.50<br>400.00/hr | 3,400.00 |
| 11/25/2025 | JC | **BUSINESS OPERATIONS**: East Rutherford Review cash flow: First Business Reserves; Validate cash available for payroll; Discuss w/Sofia set up portal for data transfer; Discussions with Saul Ewing Data Transfer; Group Zoom Call 12/2; Schedules and Statements; Follow calls w/ Saul Ewing; Mazars; P Wynn. F Greek Bristol access Chase Letter of Credit Steve, C Wilkes Follow up calls w/ Owners; Impact on Cash Flow; Chase letting Debt ACH's clear despite stop Chase access to accounts/ ability to transfer funds between accounts; Discussion w/ owners regarding vendor payment demands; First Business stop on accessing reserve; Issues w/ Chase; Discussion w/First Business: Release of Reserve funds; ACH transfer of funds 11/26; Financial reports Oct/ November | 8.50<br>400.00/hr | 3,400.00 |
| 11/26/2025 | JC | **BUSINESS OPERATIONS**: East Rutherford Communication Mike Jr/ Barbara to confirm funds transfer into Chase accounts Confirmation funds sent /received; Operational Issues: Impact on Bristol AP after Letter of Credit released; Review Vendor request to release funds to pay equipment leases. Request to pay cancelled ACH due 11/25; Request additional holders of Letter of Credit> Access potential vulnerability; Review status of major equipment leases to address possible cancellation; Discuss reply to Union requesting status of delinquent health care payments; Forward to Steve Union communication; Request from Mazars details on Equipment leases; Refer to Steve re: DIP ; Response from Union indicating Payroll Checks not honored; Request call w/ President of First Business to discuss reserve funds; Confirmed scheduled for Monday 12 Noon | 8.60<br>400.00/hr | 3,440.00 |
| 11/28/2025 | JC | **BUSINESS OPERATIONS**: Home Office Schedules and Statements/ Operational Report/ Due Diligence Data requests; Discussion w/ Owners re: Odyssey December Rent payment projected receipt | 3.00<br>400.00/hr | 1,200.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 85.00 | $34,890.00 |

**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com