**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**SAUL EWING LLP**

Stephen B. Ravin, Esquire

Turner N. Falk, Esquire

One Riverfront Plaza

1037 Raymond Blvd., Suite 1520

Newark, NJ 07102-5426

Telephone: (973) 286-6714

E-mail:   stephen.ravin@saul.com
          turner.falk@saul.com

*Proposed Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, | Case No. 25-22123 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATION OF SERVICE

1.   I, <u>Stephen B. Ravin</u>:

☒   represent the <u>Debtors</u> in this matter.

☐   am the secretary/paralegal for _____, who represents the _____ in this matter.

☐   am the _____ in this case and am representing myself.

2.   On <u>December 11, 2025,</u> I sent a copy of the to the parties listed in the chart below

1.   Notice of First Monthly Fee Statement of Cambridge Financial Services, LLC for the period of November 14, 2025 through November 30, 2025;
2.   Monthly Fee Statement Cover Sheet;
3.   Declaration of Nicholas Jalowski;

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

56913451.1

    4.   Related Exhibits.

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>December 11, 2025</u>        <u>/s/ *Stephen B. Ravin*</u>
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF (L.B.R. 5005-1)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| David Gerardi<br>DOJ-Ust<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | Counsel to U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF (L.B.R. 5005-1)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| SAUL EWING LLP<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426 | Proposed Attorneys Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF (L.B.R. 5005-1)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Port Elizabeth Terminal & Warehouse, Corp.; P. Judge & Sons, Inc.; Amex Shipping Agent, Inc.; The Judge Organization, LLC; P. Judge & Sons Trucking, LLC; and Judge Warehousing, LLC 13<br>Manor Road<br>East Rutherford, NJ 07073 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF (L.B.R. 5005-1)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| First Business Specialty Finance, LLC<br>2400 E. Devon Avenue, Suite 211<br>Des Plaines, IL 60018 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other <u>_____</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Laurie A. Martin Montplaisir<br>Krieg DeVault LLP<br>200 S. Wacker Drive Suite 600<br>Chicago, IL 60606<br>Email: lmontplaisir@kdlegal.com | Counsel to First Business Specialty Finance, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF (L.B.R. 5005-1)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Seth Ptasiewicz<br>Kroll Heineman Ptasiewicz & Parsons, LLC<br>99 Wood Avenue South<br>Suite 307<br>Iselin, NJ 07726 | Counsel to Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF (L.B.R. 5005-1)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ilana Volkov<br>McGrail & Bensinger LLP<br>888-C 8th Avenue #107<br>New York, NY 10019 | Counsel to Hartz Elizabeth, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Thomas Michael Walsh<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Counsel to Chiesa Shahinian & Giantomasi PC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| John  S. Mairo, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey  07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Attn: David Weissman<br>F. Greek Bristol Properties, LP<br>1 Kimberly Road, Suite 105<br>East Brunswick, NJ 08816 | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Seagis East Rutherford, LLC<br>100 Front St., Suite 1100<br>Conshohocken, PA 19428<br>Attn: Steven Pron | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ryder Transportation Services<br>2333 Ponce De Leon Blvd.<br>Coral Gables, FL 33134<br>Attn: Michael Mandell, Chairperson | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| F. Greek Bristol Properties, LP<br>1 Kimberly Road, Suite 105<br>East Brunswick, NJ 08816<br>Attn: David Weissman | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| DWS<br>100 Summer St., Suite 800<br>Boston, MA 02110<br>Attn: Dave Crane | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David H. Stein<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 | Counsel to F. Greek Bristol Properties, L.P. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |