Robert M. Kline, Esq., NJ Bar #035001989
WRIGHT LAW GROUP, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Tel.: 315-234-3593
E-mail:  rmk@replevin.com

Attorneys for Creditor
AUXILIOR CAPITAL PARTNERS, INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

NEWARK

| | |
|---|---|
| In re | Case No.: 25-22123-JKS |
| Port Elizabeth Terminal & Warehouse Corp., | Chapter 11 |
| | Jointly Administered |
| Debtor. | |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

    Pursuant to Rules 2002, 3017(a), 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure, Robert M. Kline hereby appears on behalf of AUXILIOR CAPITAL PARTNERS, INC., a creditor and party-in-interest in the above-captioned case, and requests that all notices given, and all pleadings, motions, orders and other documents served, in the above-captioned case be given and served to:

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Tel. & Fax: 315-234-3593; e-mail: rmk@replevin.com

Dated: December 16, 2025 **WRIGHT LAW GROUP, PLLC**

By: /s/Robert M. Kline
Robert M. Kline
Attorneys for Creditor
AUXILIOR CAPITAL PARTNERS, INC.

## CERTIFICATION OF SERVICE

I, the undersigned counsel for Auxilior Capital Partners, Inc., hereby certify that:

On December 16, 2025, I served the foregoing document described as:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

on the interested parties in this action by placing a true copy thereof in a sealed envelope in the U.S. Mail, with postage thereon fully prepaid, addressed as follows, or by electronic CM/ECF service, as indicated:

***Debtor – via U.S. Mail***
Port Elizabeth Terminal & Warehouse Corp.
13 Manor Road
East Rutherford, NJ 07073

***Represented by – via CM/ECF***
Turner Falk
Saul Ewing LLP
1735 Market Street
34th Floor
Philadelphia, PA 19103

Maxwell M. Hanamirian
Saul Ewing, LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

Stephen B. Ravin
Saul Ewing Arnstein & Lehr LLP
One Riverfront Plaza
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102

***Trustee - via CM/ECF***
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

***Represented by – via CM/ECF***
David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

Fran B. Steele
U.S. Department of Justice
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102-5504

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2025.

/s/ Robert M. Kline

_____
Robert M. Kline