**GIBBONS P.C.**
Brett S. Theisen, Esq.
One Pennsylvania Plaza, 45th Fl.
Suite 4515
New York, New York 10119
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
E-mail: btheisen@gibbonslaw.com

*Proposed Counsel to the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Gibbons P.C. ("Gibbons") proposed counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Port Elizabeth Terminal & Warehouse Corp., *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"), hereby enters its appearance for and on behalf of the Creditors' Committee.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 (the "Bankruptcy Rules"), it is hereby requested that

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073

all notices given or required to be given and all papers served or required to be served in these Chapter 11 cases be given to and served on the following:

> Brett S. Theisen, Esq.
> **GIBBONS P.C.**
> One Pennsylvania Plaza, 45th Fl.
> Suite 4515
> New York, New York 10119
> Telephone: (212) 613-2000
> Facsimile: (212) 290-2018
> E-mail:  btheisen@gibbonslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail or otherwise, that (1) affects or seeks to affect in any way any rights or interests of the Creditors' Committee or any creditor or party-in-interest in these Chapter 11 cases with respect to (a) the Debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that any of the Debtors may seek to sue; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by any of the notice parties thereto.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Creditors' Committee of rights:  (i) to have final orders in "non-core" matters, as well as statutory core matters in which the court lacks the constitutional authority to enter a final order absent the consent of the

parties, entered only after *de novo* review by a district Court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which the Creditors' Committee is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 17, 2025
Newark, New Jersey

*/s/ Brett S. Theisen*
Brett S. Theisen, Esq.
**GIBBONS P.C.**
One Pennsylvania Plaza, 45th Fl.
Suite 4515
New York, New York 10119
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
E-mail: btheisen@gibbonslaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors.*