## EXHIBIT C

## Detail Time Entries by Category

56906549.3

# Scopelitis
### Garvin Light Hanson & Feary

Accounting Office
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Phone: (317) 492-9350

Please reference
INVOICE #
with remittance.

| | |
|---|---|
| **Port Elizabeth Terminal & Warehouse** | **December 11, 2025** |
| **Mariam Khoudari** | **Invoice #: 583816** |
| **13 Manor Road** | **Client Code: CH0409** |
| **East Rutherford, NJ 07073** | **Matter Code: 00010** |
| | **Billed Through: 11/30/25** |

**_Matter_**   **00010**   **Special Counsel Advice - Employee Benefits and Pensions**

## _PROFESSIONAL SERVICES_

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/25 | DJV | Telephone conference with M. Wynne to confirm bankruptcy filing and timing of future communications. | 0.30 @ | $625.00/hr | $187.50 |
| 11/21/25 | DJV | Telephone conferences and exchange of e-mail correspondence with bankruptcy counsel regarding threats from union and automatic stay; review CBA; review and revise correspondence to Union; finalize and forward. | 1.40 @ | $625.00/hr | $875.00 |
| 11/24/25 | DJV | Telephone conference with bankruptcy attorney regarding information involving union and other issues; exchange correspondence. | 0.30 @ | $625.00/hr | $187.50 |
| 11/25/25 | DJV | Review and analysis of demand for arbitration and underlying grievance; exchange correspondence with union representatives and bankruptcy counsel regarding bankruptcy stay. | 0.60 @ | $625.00/hr | $375.00 |
| 11/26/25 | DJV | Exchange correspondence regarding bouncing paychecks and other issues; receive confirmation of extension of NJ DOL deadline. | 0.50 @ | $625.00/hr | $312.50 |
| 11/29/25 | DJV | Receive and review e-mail from opposing counsel regarding payment of health premiums; telephone conference re. | 0.30 @ | $625.00/hr | $187.50 |
| | | **Total Professional Services** | | | **$2,125.00** |

## _TIMEKEEPER SUMMARY FOR THIS MATTER_

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Vogel, Donald J. | 3.40 @ | $625.00/hr | $2,125.00 |
| | **Total Professional Services** | | **$2,125.00** |

**Port Elizabeth Terminal & Warehouse**                                                                        **Page: 2**
**Invoice #:  583816**                                                                                    **Client #: CH0409**

Matter Credit Balance Total:          $5,370.41

### *INVOICE SUMMARY*

Total Professional Services   $          2,125.00

**Total of New Charges for this Invoice   $          2,125.00**

Services In California Provided By Scopelitis, Garvin, Light, Hanson & Feary, LLP
Services In Michigan Provided By Scopelitis, Garvin, Light, Hanson & Feary, PLLC
All Other Services Provided By Scopelitis, Garvin, Light, Hanson & Feary, PC

**PAYMENT IS DUE UPON RECEIPT IN U.S. DOLLARS.  A FINANCE CHARGE WILL BE ASSESSED AT THE RATE OF 1.0% PER MONTH
(APR 12%) ON ANY BALANCE UNPAID AFTER 30 DAYS.YOU MAY REMIT PAYMENT ONLINE AT WWW.SCOPELITIS.COM/PAYMENTS**