UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
 turner.falk@saul.com
Proposed Counsel to the Debtors and Debtors in Possession

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,
                        Debtors.

Order Filed on December 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    25-22123-JKS

Chapter:    11

Judge:    John K. Sherwood

# ORDER AUTHORIZING RETENTION OF
## MURPHY SCHILLER & WILKES LLP EFFECTIVE AS OF NOVEMBER 14, 2025

The relief set forth on the following page is **ORDERED**.

DATED: December 19, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ____Murphy Schiller & Wilkes LLP____

as ____Special Counsel to the Debtors____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: One Gateway Center, Suite 4200
   Newark, NJ 07102

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is November 14, 2025.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-22123-JKS
Port Elizabeth Terminal & Warehouse Corp  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Dec 19, 2025     Form ID: pdf903     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Port Elizabeth Terminal & Warehouse Corp., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| aty | | Maxwell M. Hanamirian, Saul Ewing, LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186 |
| aty | + | Murphy Schiller & Wilkes LLP, One Gateway Center, Suite 4200, Newark, NJ 07102-5310 |
| aty | + | Saul Ewing LLP, One Riverfront Blvd. Suite 1520, Newark, NJ 07102-5401 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda R Simone | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors amanda.r.simone@gmail.com |
| Brett S. Theisen | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors btheisen@gibbonslaw.com nmitchell@gibbonslaw.com |
| David Gerardi | |
| | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David H. Stein | |
| | on behalf of Creditor F. Greek Bristol Properties  L.P. dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 19, 2025 | Form ID: pdf903 | Total Noticed: 4 |

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Ilana Volkov
    on behalf of Creditor Hartz Elizabeth Inc. ivolkov@mcgrailbensinger.com

John S. Mairo
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors jmairo@gibbonslaw.com emunera@gibbonslaw.com

Kyle McEvilly
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors kmcevilly@gibbonslaw.com

Rebecca K. McDowell
    on behalf of Creditor Eastern Lift Truck Co Inc. rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert Malone
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@gibbonslaw.com nmitchell@gibbonslaw.com

Robert M. Kline
    on behalf of Creditor Auxilior Capital Partners Inc. rmk@replevin.com, ecf@writofseizure.com

Seth Ptasiewicz
    on behalf of Creditor Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan sptasiewicz@krollfirm.com

Stephen B. Ravin
    on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. sravin@saul.com jgillman@saul.com

Thomas B. O'Connell
    on behalf of Creditor Eastern Lift Truck Co Inc. toconnell@slgcollect.com anovoa@slgcollect.com

Thomas Michael Walsh
    on behalf of Interested Party Chiesa Shahinian & Giantomasi PC TWALSH@CSGLAW.COM

Turner Falk
    on behalf of Debtor P. Judge & Sons Trucking LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk
    on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Debtor The Judge Organization LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk
    on behalf of Debtor Amex Shipping Agent Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk
    on behalf of Debtor Judge Warehousing LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk
    on behalf of Debtor P. Judge & Sons Inc. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 22