# EXHIBIT C

## Detail Time Entries by Category

56910373.2

## Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 11/30/2025
**Invoice #:** 17109
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 12/11/2025 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2025 | SCC | B250-Real Estate<br>Discussions With Client and address impact of bankruptcy on litigation. | 0.50 | $450.00 | $225.00 |
| 11/17/2025 | CJW | B110-Case Administration<br>Phone conference with M. Wynne re: on-going litigation and status of same; confer with B. Forrest re: upcoming case management conference. | 0.60 | $450.00 | $270.00 |
| 11/18/2025 | CJW | B110-Case Administration<br>Phone call/email to bankruptcy counsel at Saul Ewing re: handling of case during the bankruptcy. | 0.50 | $450.00 | $225.00 |
| 11/19/2025 | CJW | B110-Case Administration<br>Phone conference with S. Ravin re: appointment as special counsel to continue case; confer with B. Forrest re: same. | 0.50 | $450.00 | $225.00 |
| 11/19/2025 | SCC | B250-Real Estate<br>Discussions With Client and address redundancy of court-ordered settlement conference given state of | 0.50 | $450.00 | $225.00 |

discovery and desire for private mediation.

| 11/25/2025 | SCC | B250-Real Estate<br>Discussions With Client via phone conference with mediator regarding mediation options. | 0.70 | $450.00 | $315.00 |

|  | **For professional services rendered** | **3.30** | **$1,485.00** |
|---|---|---|---|
|  | **Invoice Amount** |  | **$1,485.00** |
|  | **Remaining Balance** |  | $1,485.00 |
|  | **Previous Invoices Balance** |  | $40,486.94 |
|  | **Balance Due** |  | **$41,971.94** |
|  | **Retainer Balance (as of 12/11/2025)** |  | $0.00 |

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 1.60 | $450.00 | $720.00 |
| Sean Callahan | 1.70 | $450.00 | $765.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 11/30/2025
**Invoice #:** 17110
**Matter:** Prologis – 400 Expansion
**File #:** 3655

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 12/11/2025 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/2025 | CJW | B250-Real Estate<br>Emails to/from Prologis team re: automatic stay. | 0.50 | $450.00 | $225.00 |
| | | **For professional services rendered** | **0.50** | | **$225.00** |

| | |
|---|---|
| **Invoice Amount** | **$225.00** |
| **Remaining Balance** | **$225.00** |
| **Previous Invoices Balance** | **$970.00** |
| **Balance Due** | **$1,195.00** |

| | Retainer Balance (as of 12/11/2025) | | $0.00 |
|---|---|---|---|

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 0.50 | $450.00 | $225.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 11/30/2025
**Invoice #:** 17111
**Matter:** US One Trucking Inc.
**File #:** 3711

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 12/11/2025 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/2025 | SCC | B250-Real Estate<br>Discussions With Client and review and analysis of discovery orders; review discovery demands; email and phone conference with tenant's counsel regarding scheduling exchange of discovery and depositions. | 1.20 | $450.00 | $540.00 |
| 11/28/2025 | BF | B250-Real Estate<br>Review client files, index all files, prepare client's formal document production. | 3.00 | $450.00 | $1,350.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | 4.20 | | $1,890.00 |

**Invoice Amount**     $1,890.00

|  | **Remaining Balance** | **$1,890.00** |
|---|---:|---:|
|  | **Previous Invoices Balance** | **$23,974.84** |
|  | **Balance Due** | **$25,864.84** |

| | **Retainer Balance (as of 12/11/2025)** | **$0.00** |
|---|---:|---:|

| **Name** | **Time Spent** | **Rate** | **Amount** |
|---|---|---|---|
| Brant Forrest | | 3.00 | $450.00 | $1,350.00 |
| Sean Callahan | | 1.20 | $450.00 | $540.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 11/30/2025
**Invoice #:** 17163
**Matter:** F. Greek Bristol Properties, L.P.
**File #:** 00855

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 12/18/2025 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/2025 | CJW | B250-Real Estate<br>Phone conference with M. Wynne re: payments under Bristol lease. | 0.50 | $450.00 | $225.00 |
| 11/25/2025 | CJW | B250-Real Estate<br>Phone conferences with M. Wynne and J. Compitello re: Greek L/C; review emails from JPM and Saul Ewing re: same. | 0.50 | $450.00 | $225.00 |
| | | **For professional services rendered** | **1.00** | | **$450.00** |

| | |
|---|---|
| **Invoice Amount** | **$450.00** |
| **Remaining Balance** | **$450.00** |

|  |  | **Balance Due** | $450.00 |
|---|---|---|---|
|  |  | **Retainer Balance (as of 12/18/2025)** | $0.00 |

| **Name** | **Time Spent** | **Rate** | **Amount** |
|---|---|---|---|
| Charles Wilkes | 1.00 | $450.00 | $450.00 |