**Fill in this information to identify the case:**

Debtor name **Amex Shipping Agent, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **25-22129-JKS**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase & Co.** | **Operating Account** | **5873** | **$5,270.12** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$5,270.12** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Insurance with Accord Corporation** | **$186,785.00** |
| 8.2. | **Prepaid workers' compensation insurance with Reliance Partners, LLC** | **$67,296.00** |

| Debtor | **Amex Shipping Agent, Inc.** | | Case number *(If known)* **25-22129-JKS** |
|---|---|---|---|
| | Name | | |

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$254,081.00

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 21,016.47 | - | 1,910.59 | =.... | $19,105.88 |
| 11b. Over 90 days old: | | 18,963.48 | - | 1,723.95 | =.... | $17,239.53 |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$36,345.41

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** **Prefab Building** | **Unknown** | | **Unknown** |

| Debtor | **Amex Shipping Agent, Inc.** | | Case number *(If known)* **25-22129-JKS** | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Improvments** | **Unknown** | | **Unknown** |
| **New Door** | **Unknown** | | **Unknown** |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Various Custom Telecom** | **Unknown** | | **Unknown** |
| **Computers** | **Unknown** | | **Unknown** |
| **Ambient Conditioning** | **Unknown** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

|  |
|---|
| **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2009 Honda Pilot** | **Unknown** | **Liquidation** | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

|  |
|---|
| **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Debtor    **Amex Shipping Agent, Inc.**                                        Case number *(If known)* **25-22129-JKS**
_____
Name

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Amex Shipping Agent, Inc.** | Case number *(If known)* **25-22129-JKS** |
|---|---|---|
| | Name | |

<table><tr><td colspan="2">Part 12:</td><td>Summary</td></tr></table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,270.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $254,081.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $36,345.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $295,696.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $295,696.53 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Amex Shipping Agent, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **25-22129-JKS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |
| **3.1** | Nonpriority creditor's name and mailing address<br>**Century Finance, LLC**<br>**PO BOX 589**<br>**Memphis, TN 38101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$83,200.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**JOHNNY ICEMAN TRUCKING**<br>**PO BOX 7073**<br>**North Arlington, NJ 07031**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,132.72** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Julian A. Boxill**<br>**41 CHROME AVE**<br>**Carteret, NJ 07008**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Logistics One Transport, Inc.**<br>**42 CADY HILL BLVD**<br>**Saratoga Springs, NY 12866**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,855.00** |

| Debtor | **Amex Shipping Agent, Inc.** | Case number (*if known*) | **25-22129-JKS** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,440.00 |
|---|---|---|---|
| | **R. MEYER'S SOHN NORTH AMERICA LLC** | ☐ Contingent | |
| | **5 COMMERCE DRIVE** | ☐ Unliquidated | |
| | **Reading, PA 19607** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391,186.96 |
|---|---|---|---|
| | **SCHNEIDER NATIONAL INC** | ☐ Contingent | |
| | **2567 PAYSPHERE CIRCLE** | ☐ Unliquidated | |
| | **Chicago, IL 60674** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $988.74 |
|---|---|---|---|
| | **Unishippers** | ☐ Contingent | |
| | **PO BOX 733851** | ☐ Unliquidated | |
| | **Dallas, TX 75373** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  528,053.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  528,053.42 |

**Fill in this information to identify the case:**

Debtor name    **Amex Shipping Agent, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **25-22129-JKS**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Barbara Judge** | **434 Duce Drive**<br>**Belmar, NJ 07719** | **First Business Specialty Finance, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Barbara Judge** | **434 Duce Drive**<br>**Belmar, NJ 07719** | **Auxilior Capital Partners, Inc.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Judge Organization LLC** | **400 Expansion Blvd**<br>**Savannah, GA 31407** | **First Business Specialty Finance, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Judge Organization LLC** | **400 Expansion Blvd**<br>**Savannah, GA 31407** | **Auxilior Capital Partners, Inc.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **JUDGE WAREHOUSING, LLC** | **400 Expansion Blvd**<br>**Chattanooga, TN 37401** | **First Business Specialty Finance, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Amex Shipping Agent, Inc.** | Case number *(if known)* | **25-22129-JKS** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **JUDGE WAREHOUSING, LLC** | **400 Expansion Blvd** <br> **Chattanooga, TN 37401** | **Auxilior Capital Partners, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Michael Wynne** | **10 Colonial Drive** <br> **Katonah, NY 10536** | **First Business Specialty Finance, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Michael Wynne** | **10 Colonial Drive** <br> **Katonah, NY 10536** | **Auxilior Capital Partners, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **P JUDGE AND SONS** | **13 Manor Road** <br> **East Rutherford, NJ 07073** | **First Business Specialty Finance, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **P JUDGE AND SONS** | **13 Manor Road** <br> **East Rutherford, NJ 07073** | **Auxilior Capital Partners, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **P. Judge & Sons Trucking LLC** | **400 Expansion Blvd** <br> **Savannah, GA 31407** | **First Business Specialty Finance, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **P. Judge & Sons Trucking LLC** | **400 Expansion Blvd** <br> **Savannah, GA 31407** | **Auxilior Capital Partners, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | **Patrick J Wynne** | **616 Heritage Hills** <br> **Somers, NY 10589** | **First Business Specialty Finance, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Amex Shipping Agent, Inc.** | | Case number *(if known)* | **25-22129-JKS** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Patrick J Wynne** | **616 Heritage Hills**<br>**Somers, NY 10589** | **Auxilior Capital Partners, Inc.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Port Elizabeth Terminal and Warehouse Co** | **13 Manor Road**<br>**East Rutherford, NJ 07073** | **First Business Specialty Finance, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Port Elizabeth Terminal and Warehouse Co** | **13 Manor Road**<br>**East Rutherford, NJ 07073** | **Auxilior Capital Partners, Inc.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Amex Shipping Agent, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  **25-22129-JKS**

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$198,755.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,565,883.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,256,122.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Rental Income** | **$27,500.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Rental Income** | **$30,000.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Rental Income** | **$30,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Amex Shipping Agent, Inc.** | | Case number *(if known)* | **25-22129-JKS** |
|---|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached schedule.** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached schedule.** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Amex Shipping Agent, Inc.** | Case number *(if known)* **25-22129-JKS** |
|---|---|---|

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **See attached schedule.** | | | **Unknown** |
    | | **Email or website address** | | | |
    | | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Debtor | **Amex Shipping Agent, Inc.** | Case number *(if known)* | **25-22129-JKS** |
|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **See attached schedule.** | | | **Unknown** |
| | Relationship to debtor | | | |

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **201 Bay Avenue<br>Elizabeth, NJ 07201** | **12/02/2014 - 05 / 05 /2025** |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Teamsters - National 401(k) Savings Plan** | EIN:  **2 2 6 1 7 2 2 2 3/001** |

Has the plan been terminated?
☑ No
☐ Yes

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

| Debtor | **Amex Shipping Agent, Inc.** | Case number *(if known)* **25-22129-JKS** |
| --- | --- | --- |

moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Debtor | **Amex Shipping Agent, Inc.** | | Case number *(if known)* **25-22129-JKS** |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Richard Brogan**<br>**13 Manor Road**<br>**East Rutherford, NJ 07073** | **3.15.2006 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **MAZARS USA LLP**<br>**60 CROSSWAYS PARK DRIVE WEST**<br>**SUITE 301**<br>**WOODBURY, NY 11797** | **1.1.2008 - 12.31.2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **See attached schedule.** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Debtor | **Amex Shipping Agent, Inc.** | Case number *(if known)* | **25-22129-JKS** |
|---|---|---|---|

**Name and address**

26d.1.   **See attached schedule.**

---

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See attached schedule.** | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See attached schedule.** | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **Amex Shipping Agent, Inc.** | Case number *(if known)* | **25-22129-JKS** |
|---|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 29, 2025**

**/s/ Patrick Wynne**                                                  **Patrick Wynne**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

| Entity name | Entity Abbreviation |
|---|---|
| P. Judge & Sons | P.J.S |
| Port Elizabeth Terminal | PET |
| AMEX Shipping | AMEX |
| Judge Organization | ORG |
| Judge Trucking | TRK |
| Judge Warehousing | WARE |

| Creditor's name | Creditor's address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|
| WEISER LLP | 60 CROSSWAYS PARK DRIVE WEST SUITE 301 WOODBURY NY 11797 | 9/12/2025 | (5,613.00) | Services |
| JOHNNY ICEMAN TRUCKING | PO BOX 7073, NORTH ARLINGTON, NJ,07031 | 9/26/2025 | (11,097.50) | Supplies or vendors |
| WEISER LLP - MAZARS USA | 60 CROSSWAYS PARK DRIVE WEST SUITE 301 WOODBURY NY 11797 | 11/11/2025 | (19,553.00) | Services |

| Entity name | Entity Abbreviation |
|---|---|
| P. Judge & Sons | P.J.S |
| Port Elizabeth Terminal | PET |
| AMEX Shipping | AMEX |
| Judge Organization | ORG |
| Judge Trucking | TRK |
| Judge Warehousing | WARE |

| Insider's name | Insider's address | Dates | Total amount or value | Reason for payment or transfer | Relationship to Debtor |
|---|---|---|---|---|---|
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 11/25/2024 | 40,000.00 | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 12/31/2024 | 13,429.00 | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 1/6/2025 | 92,000.00 | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 1/6/2025 | (92,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 1/6/2025 | 92,000.00 | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 1/16/2025 | 75,000.00 | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 2/20/2025 | 20,000.00 | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 5/5/2025 | 958.62 | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 11/25/2024 | (887.47) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 11/30/2024 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 11/30/2024 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 11/30/2024 | (157.19) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 12/6/2024 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 12/6/2024 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 12/6/2024 | (157.19) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 12/31/2024 | (361.80) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 12/31/2024 | (162.36) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 1/28/2025 | (10,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 1/31/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 1/31/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 1/31/2025 | (448.08) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 1/31/2025 | (325.97) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 2/26/2025 | (1,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 2/28/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 2/28/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 2/28/2025 | (432.97) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 2/28/2025 | (162.44) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 3/4/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 3/31/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 3/31/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 3/31/2025 | (432.97) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 3/31/2025 | (116.81) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 4/11/2025 | (5,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 4/30/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 4/30/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 4/30/2025 | (5,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 4/30/2025 | (353.62) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 4/30/2025 | (117.44) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 5/31/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 5/31/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 5/31/2025 | (116.32) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 5/31/2025 | (336.97) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 6/5/2025 | (10,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 6/16/2025 | (10,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 6/25/2025 | (331.35) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 6/30/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 6/30/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 6/30/2025 | (147.84) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 7/31/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 7/31/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 7/31/2025 | (329.11) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 8/31/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 8/31/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 8/31/2025 | (316.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 9/30/2025 | (514.55) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 9/30/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 9/30/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 10/31/2025 | (333.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 10/31/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 10/31/2025 | (317.70) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| P. Judge & Sons. Inc. | 100 Front Street East Rutherford NJ 07094 | 11/11/2025 | (3,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Judge Warehousing | 400 EXPANSION BLVD, PORT WENTWORTH, GA, 31407 | 1/31/2025 | 12,000.00 | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Judge Warehousing | 400 EXPANSION BLVD, PORT WENTWORTH, GA, 31407 | 12/16/2024 | (30,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Judge Warehousing | 400 EXPANSION BLVD, PORT WENTWORTH, GA, 31407 | 1/6/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Judge Warehousing | 400 EXPANSION BLVD, PORT WENTWORTH, GA, 31407 | 2/12/2025 | (10,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Judge Warehousing | 400 EXPANSION BLVD, PORT WENTWORTH, GA, 31407 | 3/13/2025 | (25,000.00) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 11/30/2024 | (1,597.52) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 11/30/2024 | (162.33) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 12/6/2024 | (1,597.52) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 1/31/2025 | (1,594.26) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 1/31/2025 | (127.88) | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 1/31/2025 | 1,568.43 | AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |

| | | | | |
|---|---|---|---|---|
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 1/31/2025 | (1,731.97) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 2/28/2025 | (1,757.80) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 2/28/2025 | (127.88) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 3/26/2025 | (5,000.00) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 3/31/2025 | (1,757.80) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 3/31/2025 | (127.88) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 4/3/2025 | (25,000.00) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 4/30/2025 | (1,757.80) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 4/30/2025 | (127.88) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 5/31/2025 | (1,757.80) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 5/31/2025 | (127.88) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 6/30/2025 | (1,757.80) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 6/30/2025 | (127.88) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 7/31/2025 | (1,757.80) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 7/31/2025 | (127.88) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 8/31/2025 | (1,757.80) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 8/31/2025 | (127.88) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 9/26/2025 | (10,000.00) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 9/30/2025 | (1,757.80) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 9/30/2025 | (127.88) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 10/31/2025 | (1,757.80) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |
| Port Elizabeth Terminal & Warehouse | 13 Manor Road East Rutherford NJ 07073. | 10/31/2025 | (127.88) AFFILIATE DEBT PAYMENT | AFFILIATE OF THE DEBTOR |

Part 6    Question 22 - A2Z ENTIT

| Entity name | Entity Abbreviation |
|---|---|
| P. Judge & Sons | P.J.S |
| Port Elizabeth Terminal | PET |
| AMEX Shipping | AMEX |
| Judge Organization | ORG |
| Judge Trucking | TRK |
| Judge Warehousing | WARE |

| Who was paid or who received the transfer? | Address | Email or Website address | Who made the payment, if not the debtor | If not money, describe any property transferred | Dates | Total Amount or value | Note |
|---|---|---|---|---|---|---|---|
| MAZARS USA LLP | 60 CROSSWAYS PARK DRIVE WEST SUITE 301 WOODBURY NY 11797 | https://www.forvismazars.com/group/en | PORT ELIZABETH TERMINAL WAREHOUSE | MONEY | 11/14/2025 | $ 75,000.00 | |
| CAMBRIDGE FINANCIAL SERVICES | 1776 Pleasant Plain Road, Fairfield, IA 52556-8757 | https://www.joincambridge.com/insights/in | PORT ELIZABETH TERMINAL WAREHOUSE | MONEY | 10/6/2025 | $ 7,000.00 | |
| CAMBRIDGE FINANCIAL SERVICES | 1776 Pleasant Plain Road, Fairfield, IA 52556-8757 | sights/the-cambridge--advantage-culture- | PORT ELIZABETH TERMINAL WAREHOUSE | MONEY | 10/16/2025 | $ 7,000.00 | Payments were |
| CAMBRIDGE FINANCIAL SERVICES | 1776 Pleasant Plain Road, Fairfield, IA 52556-8757 | and-resources-for-advisor- | PORT ELIZABETH TERMINAL WAREHOUSE | MONEY | 10/27/2025 | $ 3,500.00 | remitted by Debtor |
| CAMBRIDGE FINANCIAL SERVICES | 1776 Pleasant Plain Road, Fairfield, IA 52556-8757 | growth?utm_source=Google&utm_medium | PORT ELIZABETH TERMINAL WAREHOUSE | MONEY | 11/7/2025 | $ 7,000.00 | Port Elizabeth on |
| CAMBRIDGE FINANCIAL SERVICES | 1776 Pleasant Plain Road, Fairfield, IA 52556-8757 | =Search&utm_campaign=Differentiators&g | PORT ELIZABETH TERMINAL WAREHOUSE | MONEY | 11/14/2025 | $ 40,000.00 | behalf of all |
| SAUL EWING LLP | 1735 MARKET STREET SUITE 3400, PHILAELPHIA, PA, 19103-7504 | https://www.saul.com/ | PORT ELIZABETH TERMINAL WAREHOUSE | MONEY | 11/7/2025 | $ 75,000.00 | Debtors. |
| SAUL EWING LLP | 1735 MARKET STREET SUITE 3400, PHILAELPHIA, PA, 19103-7504 | https://www.saul.com/ | PORT ELIZABETH TERMINAL WAREHOUSE | MONEY | 11/12/2025 | $ 10,428.00 | |
| SAUL EWING LLP | 1735 MARKET STREET SUITE 3400, PHILAELPHIA, PA, 19103-7504 | https://www.saul.com/ | PORT ELIZABETH TERMINAL WAREHOUSE | MONEY | 11/14/2025 | $ 30,000.00 | |

| Entity name | Entity Abbreviation |
|---|---|
| P. Judge & Sons | P.J.S |
| Port Elizabeth Terminal | PET |
| AMEX Shipping | AMEX |
| Judge Organization | ORG |
| Judge Trucking | TRK |
| Judge Warehousing | WARE |

| Who received the transfer? | Address | Relationship to debtor | DESCRIPTION OF PROPERTY TRANSFERRED OR PAYMENTS RECEIVED OR DEBTS PAID IN EXCHANGE | Dates | Total Amount or value | Note |
|---|---|---|---|---|---|---|
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Dec-23 | $ 13,013.59 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Jan-24 | $ 27,867.17 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Feb-24 | $ 5,564.00 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Mar-24 | $ 7,162.00 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Apr-24 | $ 5,238.00 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | May-24 | $ 8,916.00 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Jun-24 | $ 2,803.00 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Jul-24 | $ 5,726.14 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Aug-24 | $ 2,885.79 | Payments were |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Sep-24 | $ 4,959.71 | made by Port |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Oct-24 | $ 3,099.71 | Elizabeth |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Nov-24 | $ 4,959.71 | Terminal for all |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Dec-24 | $ 30,012.13 | entities, since |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Jan-25 | $ 2,282.03 | the debtor only |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Feb-25 | $ 17,917.09 | has this policy |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Mar-25 | $ 9,002.12 | for all entities |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Apr-25 | $ 5,627.62 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | May-25 | $ 10,186.64 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Jun-25 | $ 4,075.52 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Jul-25 | $ 2,545.80 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Aug-25 | $ 4,077.30 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Sep-25 | $ 7,790.08 | |
| RELIANCE PARTNERS, LLC (GREAT AMERICAN) | 555 WALNUT ST STE 400, CHATTANOOGA, TN, 37402-1312 | INSURANCE COMPANY | MONEY (INSURANCE CLAIMS) | Oct-25 | $ 2,967.66 | |

| Entity name | Entity Abbreviation |
|---|---|
| P. Judge & Sons | P.J.S |
| Port Elizabeth Terminal | PET |
| AMEX Shipping | AMEX |
| Judge Organization | ORG |
| Judge Trucking | TRK |
| Judge Warehousing | WARE |

| Name | Address | If any books of acount and records are unavailable, explain why |
|---|---|---|
| PATRICK J WYNNE | 616 F Heritage Hills Somers, NY 10589 | N/A |
| MICHAEL WYNNE | 10 COLONIAL DRIVE, KATONAH, NY, 10536 | N/A |
| STATE OF PARICK J JUDGE III | P.O. BOX 232, ALLENWOOD, NJ, 08720 | N/A |
| BARBARA JUDGE | 434 DEUCE DRIVE, WALL, NJ, 07719 | N/A |
| RICHARD BROGAN | 13 Manor Road East Rutherford NJ 07073. | N/A |

| Entity name | Entity Abbreviation |
|---|---|
| P. Judge & Sons | P.J.S |
| Port Elizabeth Terminal | PET |
| AMEX Shipping | AMEX |
| Judge Organization | ORG |
| Judge Trucking | TRK |
| Judge Warehousing | WARE |

| Name | Address |
|---|---|
| First Business Bank | 401 Charmay Dr, Madison, WI, 53719 |
| J.P. Morgan Chase | 270 Park avenue, New York, NY, 10017 |
| Auxilior Capital Partners | 620 W Germantown Pike Ste 450, Plymouth Meeting, PA 19462 |

| Entity name | Entity Abbreviation |
|---|---|
| P. Judge & Sons | P.J.S |
| Port Elizabeth Terminal | PET |
| AMEX Shipping | AMEX |
| Judge Organization | ORG |
| Judge Trucking | TRK |
| Judge Warehousing | WARE |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| PATRICK J WYNNE | 616 F Heritage Hills Somers, NY 10589 | SHAREHOLDER | 35% |
| MICHAEL WYNNE | 10 COLONIAL DRIVE, KATONAH, NY, 10536 | SHAREHOLDER | 15% |
| ESTATE OF PARICK J JUDGE III | P.O. BOX 232, ALLENWOOD, NJ, 08720 | SHAREHOLDER | 35% |
| BARBARA JUDGE | 434 DEUCE DRIVE, WALL, NJ, 07719 | SHAREHOLDER | 15% |

| Entity name | Entity Abbreviation |
|---|---|
| P. Judge & Sons | P.J.S |
| Port Elizabeth Terminal | PET |
| AMEX Shipping | AMEX |
| Judge Organization | ORG |
| Judge Trucking | TRK |
| Judge Warehousing | WARE |

| Name | Address | Relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing the value | Note |
|---|---|---|---|---|---|---|
| BARBARA JUDGE | 434 DEUCE DRIVE, WALL, NJ, 07719 | SHAREHOLDER | $ 150,020.00 | 11/15/2024 - 11/14/2025 | WAGES | |
| PATRICK J WYNNE | 616 F Heritage Hills Somers, NY 10589 | SHAREHOLDER | $ 204,620.00 | 11/15/2024 - 11/14/2025 | WAGES | |
| MICHAEL WYNNE | 10 COLONIAL DRIVE, KATONAH, NY, 10536 | SHAREHOLDER | $ 174,420.00 | 11/15/2024 - 11/14/2025 | WAGES | Payments were issued by Debtor Port Elizabeth on behalf of all Debtors. |