<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
           turner.falk@saul.com
           maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

</td><td>

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**Re: Doc. No. 63**

</td></tr>
<tr><td colspan="2">

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                          Debtors. [1]

</td></tr>
</table>

### CERTIFICATION OF NO OBJECTION TO FIRST MONTHLY FEE STATEMENT OF SAUL EWING LLP, PROPOSED COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 14, 2025 THROUGH NOVEMBER 30, 2025

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby

certifies that:

1.      On December 9, 2025, the *First Monthly Fee Statement of Saul Ewing LLP,*

*Proposed[2] Counsel to the Debtors, for Allowance of Compensation and Reimbursement of*

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

[2]   After the Application was filed, the Court entered the *Order Authorizing Retention of Saul Ewing LLP as Counsel to the Debtors Effective as of November 14, 2025* [Docket No. 67] on December 9, 2025.

56967278.1

*Expenses for the Period from November 14, 2025 through November 30, 2025* (the "**Application**")

[Docket No. 63] was filed with the Court.

2.　　Pursuant to the Notice of Application [Docket No. 63], objections, if any, to the

Application were required to be filed with the Court and served on the undersigned so as to be

received on or before 4:00 p.m. on December 29, 2025 (the "**Objection Deadline**").

3.　　The Objection Deadline has passed, and no formal objections or responses were

served upon the undersigned counsel or entered on the Court's docket.

4.　　Pursuant to the Court's *Administrative Order Granting Debtors' Motion to*

*Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement*

*of Expenses of Professionals* [D.I. 71], Saul Ewing LLP may be paid 80% of the fees ($45,375.60,

which is 80% of the $56,719.50 in total fees requested) and 100% of the expenses ($5.15)

requested.

Dated: December 30, 2025　　　　　　　　**SAUL EWING LLP**


By:*/s/ Turner N. Falk*
　　　Stephen B. Ravin, Esquire
　　　Turner N. Falk, Esquire
　　　One Riverfront Plaza
　　　1037 Raymond Blvd., Suite 1520
　　　Newark, NJ 07102-5426
　　　Telephone: (973) 286-6714
　　　E-mail:stephen.ravin@saul.com
　　　　　　turner.falk@saul.com

　　　-and-

　　　Maxwell M. Hanamirian, Esquire (admitted *pro hac*
　　　*vice*)
　　　1735 Market Street, Suite 3400
　　　Philadelphia, PA 19103-7504
　　　E-mail: maxwell.hanamirian@saul.com

　　　*Counsel for Debtors and Debtors in Possession*