| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>            turner.falk@saul.com<br>            maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                                Debtors.[1] | OBJECTION DEADLINE:<br><br>**January 27, 2026** |

# NOTICE OF FIRST MONTHLY FEE STATEMENT
## OF FORVIS MAZARS, LLP, ACCOUNTANT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 14, 2025 THROUGH NOVEMBER 30, 2025

**PLEASE TAKE NOTICE** that in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order"), Forvis Mazars, LLP ("Mazars"), accountant to the above-captioned debtors (the "Debtors"), has

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

56941790.4

filed the attached monthly fee statement (the "Monthly Fee Statement") for the period from November 14, 2025 through November 30, 2025 with the United States Bankruptcy Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Monthly Fee Statement shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by **January 27, 2026**.

Dated: January 7, 2026               **SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
  Stephen B. Ravin, Esquire
  Turner N. Falk, Esquire
  One Riverfront Plaza
  1037 Raymond Blvd., Suite 1520
  Newark, NJ 07102-5426
  Telephone: (973) 286-6714
  E-mail: stephen.ravin@saul.com
       turner.falk@saul.com

  -and-

  Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
  1735 Market Street, Suite 3400
  Philadelphia, PA 19103-7504
  E-mail: maxwell.hanamirian@saul.com

  *Counsel for Debtors and Debtors in Possession*