**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**SAUL EWING LLP**

Stephen B. Ravin, Esquire

Turner N. Falk, Esquire

Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)

One Riverfront Plaza

1037 Raymond Blvd., Suite 1520

Newark, NJ 07102-5426

Telephone: (973) 286-6714

E-mail:  stephen.ravin@saul.com
        turner.falk@saul.com
        maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

### FIRST MONTHLY FEE STATEMENT COVER SHEET
### FOR THE PERIOD OF NOVEMBER 14, 2025 THROUGH NOVEMBER 30, 2025

| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Forvis Mazars, LLP |
|---|---|
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

### COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

*[Remainder of page left intentionally blank]*

---

[1]     The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**<u>RETENTION ORDER ATTACHED.</u>**

By: _/s/ Sofia Cordero_         _January 7, 2026_

Sofia Cordero

56941790.4

## SECTION I
## FEE SUMMARY

__X__ Monthly Fee Statement No. _1_  or  ___ Final Fee Application

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | $0.00 | $0.00 |
| Total Fees Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable) | $75,000.00 | $0.00 |
| Total Holdback (If Applicable) | $0.00 | $0.00 |
| Total Received by Applicant | $0.00 | $0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Juan Angel, Associate | 1 | 23.3 | $115.50 | $2,685.375 |
| Richard Bloom, Partner | 20 | 1.0 | $950.25 | $950.25 |
| Hilary Celis, Senior | 4 | 10.3 | $336.00 | $3,444.00 |
| Sofia Cordero, Partner | 13 | 6.0 | $824.25 | $4,961.99 |
| Brendan Cronin, Senior Manager | 15 | 3.3 | $577.50 | $1,888.43 |
| Samantha Doyle, Senior Tax Associate | 3 | 1.0 | $388.50 | $388.50 |
| Kevin Hamernik, Partner | 33 | 5.5 | $729.75 | $3,999.03 |
| Antonio Mejia, Senior | 3 | 25.6 | $115.50 | $2,920.61 |
| Michael Rofman, Partner | 25 | 1.0 | $824.25 | $840.74 |
| Paru Shah, Senior Manager | 19 | 5.5 | $598.50 | $3,315.69 |
| **TOTALS** | | 82.5 | | $25,394.62 |

| Fee Totals | $25,394.62 |
|---|---|
| **Minus 50% for Non-Working Travel** | $0.00 |
| **Grand Fee Total** | $25,394.62 |

3

| 80% of Fees | $20,315.70 |
|---|---|
| Expense Totals | $0.00 |
| Total Monthly Fee Statement | $20,315.70 |

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 47.3 | $9,072.00 |
| 2. | Fee/Employment Applications (Other Professionals) | 6.0 | $4,139.63 |
| 3. | Statement & Schedules | 9.0 | $2,268.00 |
| 4. | UST Reports, Meetings and Issues | 20.2 | $9,914.99 |
| | Total: | 82.5 | $25,394.62 |
| | | Grand Total | $25,394.62 |
| | | 80% of Total Compensation | $20,315.70 |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| N/A | $0.00 |
| Total: | $0.00 |

*[Remainder of page left intentionally blank]*

4

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| **Date case filed:** | November 14, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:** | *See Order Authorizing Retention of Forvis Mazars, LLP Effective as of November 14, 2025* [D.I. 69] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:**[2] | *See* narrative portion of *Application for Retention of Forvis Mazars, LLP* [D.I. 58]. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Totals:** | | N/A | N/A | N/A | N/A | N/A |

*[Remainder of page left intentionally blank]*

---

[2]      The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Mazars as accountant to the Debtors.

56941790.4