## EXHIBIT A

**Order Authorizing Retention of Forvis Mazars LLP**

56941790.3

Case 25-22123-JKS    Doc 691    Filed 12/09/25    Entered 12/09/25 12:39:55    Desc Main
Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
 turner.falk@saul.com
Proposed Counsel to the Debtors and Debtors in
Possession

**Order Filed on December 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PORT ELIZABETH TERMINAL &
WAREHOUSE CORP. et al.,
                              Debtors.

Case No.:          25-22123-JKS

Chapter:                11

Judge:          John K. Sherwood

## ORDER AUTHORIZING RETENTION OF
## FORVIS MAZARS LLP EFFECTIVE AS OF NOVEMBER 14, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: December 9, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Case 25-21223-JKS   Doc 691   Filed 12/07/25   Entered 12/07/25 27:39:55   Desc Main
Document   Page 3 of 3

Upon the applicant's request for authorization to retain _____Forvis Mazars_____

as _____the Accountant to the Debtors_____, it is hereby ORDERED:

1.       The applicant is authorized to retain the above party in the professional capacity noted.

         The professional's address is:   200 South Wood Avenue, Suite 125

                                          Iselin, NJ 08830

                                          _____

2.       Compensation will be paid in such amounts as may be allowed by the Court on proper
         application(s).

3.       If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

         ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

         ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
         13 case. Payment to the professional may only be made after satisfactory completion of
         services.

4.       The effective date of retention is November 14, 2025.

*rev.8/1/15*