# EXHIBIT C

## Detail Time Entries by Category

56941790.3

| Client Name | Service Code | Staff Name | Data Total Hours | Compensation |
|---|---|---|---|---|
| Amex Shipping Agent, Inc. | Business Operations | Angel, Juan | 1.00 | 115.50 |
| | | Bloom, Richard | 0.20 | 190.05 |
| | | Hamernik, Kevin J | 0.25 | 182.44 |
| | | Mejia, Antonio | 3.04 | 351.31 |
| | | Shah, Paru | 0.17 | 99.75 |
| | Business Operations Total | | 4.66 | 939.05 |
| | Fee/Employment Applications | Cronin, Brendan | 0.42 | 240.63 |
| | | Rofman, Michael | 0.17 | 137.38 |
| | Fee/Employment Applications Total | | 0.58 | 378.00 |
| | Statement & Schedules | Hamernik, Kevin J | 0.33 | 243.25 |
| | | Mejia, Antonio | 1.33 | 154.00 |
| | Statement & Schedules Total | | 1.67 | 397.25 |
| | UST Reports & Meetings | Angel, Juan | 0.50 | 57.75 |
| | | Celis, Hilary | 1.25 | 420.00 |
| | | Cordero, Sofia | 0.17 | 137.38 |
| | | Shah, Paru | 0.17 | 99.75 |
| | UST Reports & Meetings Total | | 2.08 | 714.88 |
| Amex Shipping Agent, Inc. Total | | | 8.99 | 2,429.18 |
| Judge Organization, LLC | Business Operations | Angel, Juan | 1.25 | 144.38 |
| | | Hamernik, Kevin J | 0.25 | 182.44 |
| | | Mejia, Antonio | 3.04 | 351.31 |
| | | Shah, Paru | 0.42 | 249.38 |
| | Business Operations Total | | 4.96 | 927.50 |
| | Fee/Employment Applications | Cronin, Brendan | 0.42 | 240.63 |
| | | Rofman, Michael | 0.17 | 137.38 |
| | Fee/Employment Applications Total | | 0.58 | 378.00 |
| | Statement & Schedules | Hamernik, Kevin J | 0.33 | 243.25 |
| | | Mejia, Antonio | 2.33 | 269.50 |
| | Statement & Schedules Total | | 2.67 | 512.75 |
| | UST Reports & Meetings | Angel, Juan | 0.50 | 57.75 |
| | | Celis, Hilary | 1.00 | 336.00 |
| | | Cordero, Sofia | 0.17 | 137.38 |
| | | Cronin, Brendan | 0.75 | 433.13 |
| | | Shah, Paru | 0.42 | 249.38 |
| | UST Reports & Meetings Total | | 2.83 | 1,213.63 |
| Judge Organization, LLC Total | | | 11.04 | 3,031.88 |
| Judge Warehousing LLC | Business Operations | Angel, Juan | 3.50 | 404.25 |
| | | Bloom, Richard | 0.20 | 190.05 |
| | | Celis, Hilary | 1.50 | 504.00 |
| | | Hamernik, Kevin J | 0.25 | 182.44 |
| | | Mejia, Antonio | 3.04 | 351.31 |
| | | Shah, Paru | 0.17 | 99.75 |
| | Business Operations Total | | 8.66 | 1,731.80 |
| | Fee/Employment Applications | Cronin, Brendan | 0.42 | 240.63 |
| | | Hamernik, Kevin J | 0.50 | 364.88 |
| | | Rofman, Michael | 0.17 | 137.38 |
| | Fee/Employment Applications Total | | 1.08 | 742.88 |
| | Statement & Schedules | Hamernik, Kevin J | 0.33 | 243.25 |
| | | Mejia, Antonio | 0.83 | 96.25 |
| | Statement & Schedules Total | | 1.17 | 339.50 |
| | UST Reports & Meetings | Angel, Juan | 0.50 | 57.75 |
| | | Celis, Hilary | 1.00 | 336.00 |
| | | Cordero, Sofia | 0.92 | 755.56 |
| | | Shah, Paru | 0.67 | 399.53 |
| | UST Reports & Meetings Total | | 3.08 | 1,548.84 |
| Judge Warehousing LLC Total | | | 13.99 | 4,363.01 |

| Debtor | Category | | Timekeeper | Hours | Amount |
|---|---|---|---|---:|---:|
| P. Judge & Sons, Inc. | Business Operations | | Angel, Juan | 8.75 | 1,010.63 |
| | | | Bloom, Richard | 0.20 | 190.05 |
| | | | Celis, Hilary | 0.25 | 84.00 |
| | | | Hamernik, Kevin J | 0.25 | 182.44 |
| | | | Mejia, Antonio | 3.29 | 380.19 |
| | | | Shah, Paru | 0.92 | 548.63 |
| | Business Operations Total | | | 13.66 | 2,395.93 |
| | Fee/Employment Applications | | Cordero, Sofia | 0.50 | 412.13 |
| | | | Cronin, Brendan | 0.42 | 240.63 |
| | | | Rofman, Michael | 0.17 | 137.38 |
| | Fee/Employment Applications Total | | | 1.08 | 790.13 |
| | Statement & Schedules | | Hamernik, Kevin J | 0.33 | 243.25 |
| | | | Mejia, Antonio | 0.83 | 96.25 |
| | Statement & Schedules Total | | | 1.17 | 339.50 |
| | UST Reports & Meetings | | Angel, Juan | 0.50 | 57.75 |
| | | | Celis, Hilary | 1.25 | 420.00 |
| | | | Cordero, Sofia | 1.92 | 1,579.81 |
| | | | Doyle, Samantha | 1.00 | 388.50 |
| | | | Shah, Paru | 0.67 | 399.00 |
| | UST Reports & Meetings Total | | | 5.33 | 2,845.06 |
| P. Judge & Sons, Inc. Total | | | | 21.24 | 6,370.61 |
| P.Judge and Sons Trucking LLC | Business Operations | | Angel, Juan | 1.00 | 115.50 |
| | | | Bloom, Richard | 0.20 | 190.05 |
| | | | Hamernik, Kevin J | 0.25 | 182.44 |
| | | | Mejia, Antonio | 3.04 | 351.31 |
| | | | Shah, Paru | 0.17 | 99.75 |
| | Business Operations Total | | | 4.66 | 939.05 |
| | Fee/Employment Applications | | Cronin, Brendan | 0.42 | 240.63 |
| | | | Hamernik, Kevin J | 0.50 | 364.88 |
| | | | Rofman, Michael | 0.17 | 137.38 |
| | Fee/Employment Applications Total | | | 1.08 | 742.88 |
| | Statement & Schedules | | Hamernik, Kevin J | 0.33 | 243.25 |
| | | | Mejia, Antonio | 0.83 | 96.25 |
| | Statement & Schedules Total | | | 1.17 | 339.50 |
| | UST Reports & Meetings | | Angel, Juan | 0.50 | 57.75 |
| | | | Celis, Hilary | 1.00 | 336.00 |
| | | | Cordero, Sofia | 0.92 | 755.56 |
| | | | Shah, Paru | 0.67 | 399.00 |
| | UST Reports & Meetings Total | | | 3.08 | 1,548.31 |
| P.Judge and Sons Trucking LLC Total | | | | 9.99 | 3,569.74 |
| Port Elizabeth Terminal & Ware | Business Operations | | Angel, Juan | 4.25 | 490.88 |
| | | | Bloom, Richard | 0.20 | 190.05 |
| | | | Celis, Hilary | 1.75 | 588.00 |
| | | | Hamernik, Kevin J | 0.25 | 182.44 |
| | | | Mejia, Antonio | 3.79 | 437.94 |
| | | | Shah, Paru | 0.42 | 249.38 |
| | Business Operations Total | | | 10.66 | 2,138.68 |
| | Fee/Employment Applications | | Cronin, Brendan | 0.42 | 240.63 |
| | | | Hamernik, Kevin J | 1.00 | 729.75 |
| | | | Rofman, Michael | 0.17 | 137.38 |
| | Fee/Employment Applications Total | | | 1.58 | 1,107.75 |
| | Statement & Schedules | | Hamernik, Kevin J | 0.33 | 243.25 |
| | | | Mejia, Antonio | 0.83 | 96.25 |
| | Statement & Schedules Total | | | 1.17 | 339.50 |
| | UST Reports & Meetings | | Angel, Juan | 0.50 | 57.75 |
| | | | Celis, Hilary | 1.25 | 420.00 |
| | | | Cordero, Sofia | 1.42 | 1,167.53 |
| | | | Shah, Paru | 0.67 | 399.00 |
| | UST Reports & Meetings Total | | | 3.83 | 2,044.28 |
| Port Elizabeth Terminal & Warehouse Corp Total | | | | 17.24 | 5,630.20 |
| Grand Total | | | | 82.50 | 25,394.62 |

| Staff Name | Client Name | Service Code | Detail | Date | Hours | Bill Rate | Total Desc |
|---|---|---|---|---|---|---|---|
| Angel, Juan | Judge Organization, LLC | UST Reports & Meetings | 25.11 Operating Reports | 11/25/25 | 0.50 | 115.50 | 57.75 |
| Angel, Juan | P.Judge and Sons Trucking LLC | UST Reports & Meetings | 25.11 Operating Reports | 11/25/25 | 0.50 | 115.50 | 57.75 |
| Angel, Juan | Judge Warehousing LLC | UST Reports & Meetings | 25.11 Operating Reports | 11/25/25 | 0.50 | 115.50 | 57.75 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 25.11 Operating Reports | 11/25/25 | 0.50 | 115.50 | 57.75 |
| Angel, Juan | Amex Shipping Agent, Inc. | UST Reports & Meetings | 25.11 Operating Reports | 11/25/25 | 0.50 | 115.50 | 57.75 |
| Angel, Juan | P. Judge & Sons, Inc. | UST Reports & Meetings | 25.11 Operating Reports | 11/25/25 | 0.50 | 115.50 | 57.75 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.11 Notes payables P. Judge & Sons | 11/26/25 | 1.5 | 115.50 | 173.25 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 25.11 Notes payables Port Elizabeth Terminal | 11/26/25 | 1.25 | 115.50 | 144.38 |
| Angel, Juan | Judge Warehousing LLC | Business Operations | 25.11 Notes payables Judge Warehousing | 11/26/25 | 1.5 | 115.50 | 173.25 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 25.11 Notes payables P. Judge Organization | 11/26/25 | 1.25 | 115.50 | 144.38 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.11 Fixed Assets Rollfoward | 11/26/25 | 1.50 | 115.50 | 173.25 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.11 Leases, Notes payable, and Operating Report (Adjustments) for P. Judge & Sons | 11/27/25 | 1 | 115.50 | 115.50 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 25.11 Leases, Notes payable, and Operating Report (Adjustments) for Port Elizabet Terminal | 11/27/25 | 3 | 115.50 | 346.50 |
| Angel, Juan | Judge Warehousing LLC | Business Operations | 25.11 Leases, Notes payable, and Operating Report (Adjustments) for Judge Warehousing | 11/27/25 | 2 | 115.50 | 231.00 |
| Angel, Juan | P.Judge and Sons Trucking LLC | Business Operations | 25.11 Leases, Notes payable, and Operating Report (Adjustments) for Judge Trucking LLC | 11/27/25 | 1 | 115.50 | 115.50 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 25.11 Leases, Notes payable, and Operating Report (Adjustments) for Amex Shipping | 11/27/25 | 1 | 115.50 | 115.50 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.11 PET SALARIES, MISC INCOME 2598 AEC GAP CAPITAL and 1620 - COPIES INVOICES and 1980 & 4110 ALL ENTITIES | 11/28/25 | 0.50 | 115.50 | 57.75 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.11 Opening Reports P. Judge | 11/28/25 | 0.25 | 115.50 | 28.88 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.11 Update the TB in the new binder | 11/28/25 | 2.00 | 115.50 | 231.00 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.11 Call with Sofia, Tony and Hilary | 11/28/25 | 1.50 | 115.50 | 173.25 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.11 Call with Hilary | 11/28/25 | 0.25 | 115.50 | 28.88 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.11 Call with Antonio | 11/28/25 | 0.25 | 115.50 | 28.88 |
| Bloom, Richard | P.Judge and Sons Trucking LLC | Business Operations | Matters related to insider payments | 11/20/25 | 0.20 | 950.25 | 190.05 |
| Bloom, Richard | Judge Warehousing LLC | Business Operations | Matters related to insider payments | 11/20/25 | 0.20 | 950.25 | 190.05 |
| Bloom, Richard | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Matters related to insider payments | 11/20/25 | 0.20 | 950.25 | 190.05 |
| Bloom, Richard | Amex Shipping Agent, Inc. | Business Operations | Matters related to insider payments | 11/20/25 | 0.20 | 950.25 | 190.05 |
| Bloom, Richard | P. Judge & Sons, Inc. | Business Operations | Matters related to insider payments | 11/20/25 | 0.20 | 950.25 | 190.05 |
| Celis, Hilary | Amex Shipping Agent, Inc. | UST Reports & Meetings | Client meeting & Gathering documents for the Court | 11/26/25 | 1.25 | 336.00 | 420.00 |
| Celis, Hilary | Judge Warehousing LLC | Business Operations | Judge Warehousing - October Closing Leases WPs | 11/25/25 | 1.50 | 336.00 | 504.00 |
| Celis, Hilary | P.Judge and Sons Trucking LLC | UST Reports & Meetings | 1h Judge Trucking - Client meeting & Gathering documents for the Court | 11/26/25 | 1.00 | 336.00 | 336.00 |
| Celis, Hilary | Judge Warehousing LLC | UST Reports & Meetings | 1h Judge Warehousing - Client meeting & Gathering documents for the Court | 11/26/25 | 1.00 | 336.00 | 336.00 |
| Celis, Hilary | Judge Organization, LLC | UST Reports & Meetings | 1h Judge organizations - Client meeting & Gathering documents for the Court | 11/26/25 | 1.00 | 336.00 | 336.00 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Sent AJEs report to client | 11/20/25 | 0.25 | 336.00 | 84.00 |
| Celis, Hilary | P. Judge & Sons, Inc. | UST Reports & Meetings | Client meeting & Gathering documents for the Court | 11/26/25 | 1.25 | 336.00 | 420.00 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | October Closing Leases WPs | 11/25/25 | 1.75 | 336.00 | 588.00 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Client meeting & Gathering documents for the Court | 11/26/25 | 1.25 | 336.00 | 420.00 |
| Cordero, Sofia | P.Judge and Sons Trucking LLC | UST Reports & Meetings | Meeting with shareholders and consultants for checklist and items needed for bankruptcy - Judge Trucking | 11/24/25 | 0.25 | 824.25 | 206.06 |
| Cordero, Sofia | Judge Warehousing LLC | UST Reports & Meetings | Meeting with shareholders and consultants for checklist and items needed for bankruptcy - Judge Warehousing | 11/24/25 | 0.25 | 824.25 | 206.06 |
| Cordero, Sofia | Judge Warehousing LLC | UST Reports & Meetings | Meeting with Rich Brogan to go over items related to bankruptcy reporting needed 12.8 and12.20 and information uploaded to the portal for counsel - Judge Warehousing | 11/26/25 | 0.50 | 824.25 | 412.13 |
| Cordero, Sofia | P.Judge and Sons Trucking LLC | UST Reports & Meetings | Meeting with Rich Brogan to go over items related to bankruptcy reporting needed 12.8 and12.20 and information uploaded to the portal for counsel - JudgeTrucking | 11/26/25 | 0.50 | 824.25 | 412.13 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Fee/Employment Applications | Retainer contract and changes - call with attorney for retention and other changes and follow up with internal legal | 11/19/25 | 0.50 | 824.25 | 412.13 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | Call with Joe on items related to court filing and follow ups on financial information for bank reporting for September and October | 11/20/25 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | Discussion with Joe from Cambridge for items needed post filing and call with Barbara Judge and Rich Brogan for changes to the accounting set up and accounting for transactions after filing | 11/21/25 | 0.50 | 824.25 | 412.13 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | Meeting with shareholders and consultants for checklist and items needed for bankruptcy | 11/24/25 | 0.25 | 824.25 | 206.06 |
| Cordero, Sofia | Judge Organization, LLC | UST Reports & Meetings | Meeting with Rich Brogan to go over items related to bankruptcy reporting needed 12.8 and12.20 and information uploaded to the portal for counsel | 11/26/25 | 0.17 | 824.25 | 137.38 |
| Cordero, Sofia | P.Judge and Sons Trucking LLC | UST Reports & Meetings | Meeting with Rich Brogan to go over items related to bankruptcy reporting needed 12.8 and12.20 and information uploaded to the portal for counsel | 11/26/25 | 0.17 | 824.25 | 137.38 |
| Cordero, Sofia | Judge Warehousing LLC | UST Reports & Meetings | Meeting with Rich Brogan to go over items related to bankruptcy reporting needed 12.8 and12.20 and information uploaded to the portal for counsel | 11/26/25 | 0.17 | 824.25 | 137.38 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Meeting with Rich Brogan to go over items related to bankruptcy reporting needed 12.8 and12.20 and information uploaded to the portal for counsel | 11/26/25 | 0.17 | 824.25 | 137.38 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | UST Reports & Meetings | Meeting with Rich Brogan to go over items related to bankruptcy reporting needed 12.8 and12.20 and information uploaded to the portal for counsel | 11/26/25 | 0.17 | 824.25 | 137.38 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | Meeting with Rich Brogan to go over items related to bankruptcy reporting needed 12.8 and12.20 and information uploaded to the portal for counsel | 11/26/25 | 0.17 | 824.25 | 137.38 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Meeting with shareholders and consultants for checklist and items needed for bankruptcy | 11/24/25 | 0.25 | 824.25 | 205.90 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Meeting with Rich Brogan to go over items related to bankruptcy reporting needed 12.8 and12.20 and information uploaded to the portal for counsel | 11/26/25 | 1.00 | 824.25 | 824.25 |
| Cronin, Brendan | Judge Organization, LLC | Fee/Employment Applications | Judge org. EL drafting and we check. Call with Kevin, Michael and Sofia. Separate call with Sofia. | 11/18/25 | 0.25 | 577.50 | 144.38 |
| Cronin, Brendan | P.Judge and Sons Trucking LLC | Fee/Employment Applications | Judge org. EL drafting and we check. Call with Kevin, Michael and Sofia. Separate call with Sofia. | 11/18/25 | 0.25 | 577.50 | 144.38 |
| Cronin, Brendan | Judge Warehousing LLC | Fee/Employment Applications | Judge org. EL drafting and we check. Call with Kevin, Michael and Sofia. Separate call with Sofia. | 11/18/25 | 0.25 | 577.50 | 144.38 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications | Judge org. EL drafting and we check. Call with Kevin, Michael and Sofia. Separate call with Sofia. | 11/18/25 | 0.25 | 577.50 | 144.38 |
| Cronin, Brendan | Amex Shipping Agent, Inc. | Fee/Employment Applications | Judge org. EL drafting and we check. Call with Kevin, Michael and Sofia. Separate call with Sofia. | 11/18/25 | 0.25 | 577.50 | 144.38 |
| Cronin, Brendan | P. Judge & Sons, Inc. | Fee/Employment Applications | Judge org. EL drafting and we check. Call with Kevin, Michael and Sofia. Separate call with Sofia. | 11/18/25 | 0.25 | 577.50 | 144.38 |
| Cronin, Brendan | Judge Organization, LLC | Fee/Employment Applications | Drafting engagement letter and Call with Kevin, Sofia, Michael and Stephen regarding Engagement letter | 11/19/25 | 0.17 | 577.50 | 96.25 |
| Cronin, Brendan | P.Judge and Sons Trucking LLC | Fee/Employment Applications | Drafting engagement letter and Call with Kevin, Sofia, Michael and Stephen regarding Engagement letter | 11/19/25 | 0.17 | 577.50 | 96.25 |
| Cronin, Brendan | Judge Warehousing LLC | Fee/Employment Applications | Drafting engagement letter and Call with Kevin, Sofia, Michael and Stephen regarding Engagement letter | 11/19/25 | 0.17 | 577.50 | 96.25 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications | Drafting engagement letter and Call with Kevin, Sofia, Michael and Stephen regarding Engagement letter | 11/19/25 | 0.17 | 577.50 | 96.25 |
| Cronin, Brendan | Amex Shipping Agent, Inc. | Fee/Employment Applications | Drafting engagement letter and Call with Kevin, Sofia, Michael and Stephen regarding Engagement letter | 11/19/25 | 0.17 | 577.50 | 96.25 |
| Cronin, Brendan | P. Judge & Sons, Inc. | Fee/Employment Applications | Drafting engagement letter and Call with Kevin, Sofia, Michael and Stephen regarding Engagement letter | 11/19/25 | 0.17 | 577.50 | 96.25 |
| Cronin, Brendan | Judge Organization, LLC | UST Reports & Meetings | Review and respond to correspondence regarding schedules and financial records needed for the UST. | 11/21/25 | 0.50 | 577.50 | 288.75 |
| Cronin, Brendan | Judge Organization, LLC | UST Reports & Meetings | Review and respond to correspondence and MOR research. | 11/25/25 | 0.25 | 577.50 | 144.38 |
| Doyle, Samantha | P. Judge & Sons, Inc. | UST Reports & Meetings | call with Rich and Sofia | 11/20/25 | 1.00 | 388.50 | 388.50 |
| Hamernik, Kevin J | Judge Warehousing LLC | Fee/Employment Applications | Work on EL. | 11/18/25 | 0.50 | 729.75 | 364.88 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications | Review and comment on the the EL, collaboration with internal team; call with Stephen. | 11/19/25 | 1.00 | 729.75 | 729.75 |
| Hamernik, Kevin J | P.Judge and Sons Trucking LLC | Fee/Employment Applications | Emails re case administration and EL; email from UST. | 11/21/25 | 0.50 | 729.75 | 364.88 |
| Hamernik, Kevin J | Judge Organization, LLC | Statement & Schedules | Call with working group on debtor's required filings, SOFAs and Schedules. 1.5 R/comment on application and order. | 11/24/25 | 0.33 | 729.75 | 243.25 |
| Hamernik, Kevin J | P.Judge and Sons Trucking LLC | Statement & Schedules | Call with working group on debtor's required filings, SOFAs and Schedules. 1.5 R/comment on application and order. | 11/24/25 | 0.33 | 729.75 | 243.25 |
| Hamernik, Kevin J | Judge Warehousing LLC | Statement & Schedules | Call with working group on debtor's required filings, SOFAs and Schedules. 1.5 R/comment on application and order. | 11/24/25 | 0.33 | 729.75 | 243.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Statement & Schedules | Call with working group on debtor's required filings, SOFAs and Schedules. 1.5 R/comment on application and order. | 11/24/25 | 0.33 | 729.75 | 243.25 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | Statement & Schedules | Call with working group on debtor's required filings, SOFAs and Schedules. 1.5 R/comment on application and order. | 11/24/25 | 0.33 | 729.75 | 243.25 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Statement & Schedules | Call with working group on debtor's required filings, SOFAs and Schedules. 1.5 R/comment on application and order. | 11/24/25 | 0.33 | 729.75 | 243.25 |
| Hamernik, Kevin J | Judge Organization, LLC | Business Operations | Case admin issues and internal response to team on allocations, workstreams and issues to be addressed. | 11/25/25 | 0.25 | 729.75 | 182.44 |
| Hamernik, Kevin J | P.Judge and Sons Trucking LLC | Business Operations | Case admin issues and internal response to team on allocations, workstreams and issues to be addressed. | 11/25/25 | 0.25 | 729.75 | 182.44 |

| Professional | Entity | Category | Description | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Hamernik, Kevin J | Judge Warehousing LLC | Business Operations | Case admin issues and internal response to team on allocations, workstreams and issues to be addressed. | 11/25/25 | 0.25 | 729.75 | 182.44 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Case admin issues and internal response to team on allocations, workstreams and issues to be addressed. | 11/25/25 | 0.25 | 729.75 | 182.44 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | Business Operations | Case admin issues and internal response to team on allocations, workstreams and issues to be addressed. | 11/25/25 | 0.25 | 729.75 | 182.44 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Business Operations | Case admin issues and internal response to team on allocations, workstreams and issues to be addressed. | 11/25/25 | 0.25 | 729.75 | 182.44 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Statement & Schedules | 25.11 I uploaded the TR and FS for the bankrupcy | 11/25/25 | 0.50 | 115.50 | 57.75 |
| Mejia, Antonio | Judge Organization, LLC | Statement & Schedules | 25.11 I uploaded the TR and FS for the bankrupcy | 11/25/25 | 1.50 | 115.50 | 173.25 |
| Mejia, Antonio | Judge Organization, LLC | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.50 | 115.50 | 57.75 |
| Mejia, Antonio | P.Judge and Sons Trucking LLC | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.50 | 115.50 | 57.75 |
| Mejia, Antonio | Judge Warehousing LLC | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.50 | 115.50 | 57.75 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.50 | 115.50 | 57.75 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.50 | 115.50 | 57.75 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.50 | 115.50 | 57.75 |
| Mejia, Antonio | Judge Organization, LLC | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.33 | 115.50 | 38.50 |
| Mejia, Antonio | P.Judge and Sons Trucking LLC | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.33 | 115.50 | 38.50 |
| Mejia, Antonio | Judge Warehousing LLC | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.33 | 115.50 | 38.50 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.33 | 115.50 | 38.50 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.33 | 115.50 | 38.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Statement & Schedules | SOFA support documentation of P. Judge and Sons (90 days credits section) | 11/27/25 | 0.33 | 115.50 | 38.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 25.11 I uploaded new info in the binder | 11/20/25 | 0.25 | 115.50 | 28.88 |
| Mejia, Antonio | Judge Organization, LLC | Business Operations | 25.11 Call with Sofia and started uploading the TBs for the oct closing | 11/25/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | P.Judge and Sons Trucking LLC | Business Operations | 25.11 Call with Sofia and started uploading the TBs for the oct closing | 11/25/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | Judge Warehousing LLC | Business Operations | 25.11 Call with Sofia and started uploading the TBs for the oct closing | 11/25/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 25.11 Call with Sofia and started uploading the TBs for the oct closing | 11/25/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 25.11 Call with Sofia and started uploading the TBs for the oct closing | 11/25/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 25.11 Call with Sofia and started uploading the TBs for the oct closing | 11/25/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | Judge Organization, LLC | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | P.Judge and Sons Trucking LLC | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | Judge Warehousing LLC | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.58 | 115.50 | 67.38 |
| Mejia, Antonio | Judge Organization, LLC | Business Operations | 25.11 I continue working on the October closing | 11/28/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | P.Judge and Sons Trucking LLC | Business Operations | 25.11 I continue working on the October closing | 11/28/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Judge Warehousing LLC | Business Operations | 25.11 I continue working on the October closing | 11/28/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 25.11 I continue working on the October closing | 11/28/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 25.11 I continue working on the October closing | 11/28/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 25.11 I continue working on the October closing | 11/28/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 25.11 I started uploading the TR and FS for the bankrupcy | 11/25/25 | 0.75 | 115.50 | 86.63 |
| Mejia, Antonio | Judge Organization, LLC | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | P.Judge and Sons Trucking LLC | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Judge Warehousing LLC | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 25.11 I continue working on the October closing | 11/26/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Judge Organization, LLC | Business Operations | 25.11 I continue working on the October closing | 11/27/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | P.Judge and Sons Trucking LLC | Business Operations | 25.11 I continue working on the October closing | 11/27/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Judge Warehousing LLC | Business Operations | 25.11 I continue working on the October closing | 11/27/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 25.11 I continue working on the October closing | 11/27/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 25.11 I continue working on the October closing | 11/27/25 | 0.63 | 115.50 | 72.19 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 25.11 I continue working on the October closing | 11/27/25 | 0.63 | 115.50 | 72.19 |
| Rofman, Michael | Judge Organization, LLC | Fee/Employment Applications | review contract terms and conditions, call with team, call with Steve Raven. | 11/19/25 | 0.17 | 824.25 | 137.38 |
| Rofman, Michael | P.Judge and Sons Trucking LLC | Fee/Employment Applications | review contract terms and conditions, call with team, call with Steve Raven. | 11/19/25 | 0.17 | 824.25 | 137.38 |
| Rofman, Michael | Judge Warehousing LLC | Fee/Employment Applications | review contract terms and conditions, call with team, call with Steve Raven. | 11/19/25 | 0.17 | 824.25 | 137.38 |
| Rofman, Michael | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications | review contract terms and conditions, call with team, call with Steve Raven. | 11/19/25 | 0.17 | 824.25 | 137.38 |
| Rofman, Michael | Amex Shipping Agent, Inc. | Fee/Employment Applications | review contract terms and conditions, call with team, call with Steve Raven. | 11/19/25 | 0.17 | 824.25 | 137.38 |
| Rofman, Michael | P. Judge & Sons, Inc. | Fee/Employment Applications | review contract terms and conditions, call with team, call with Steve Raven. | 11/19/25 | 0.17 | 824.25 | 137.38 |
| Shah, Paru | Judge Organization, LLC | Business Operations | With Sofia on October closing. Go through Sept reports and prepare PDF of management reporting. | 11/24/25 | 0.25 | 598.50 | 149.63 |
| Shah, Paru | Judge Organization, LLC | UST Reports & Meetings | Meeting with team to go over reports needed per bankruptcy filings. Look into LC and security deposit. | 11/25/25 | 0.25 | 598.50 | 149.63 |
| Shah, Paru | P.Judge and Sons Trucking LLC | UST Reports & Meetings | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.50 | 598.50 | 299.25 |
| Shah, Paru | Judge Warehousing LLC | UST Reports & Meetings | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/27/25 | 0.50 | 599.55 | 299.78 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | With Sofia on October closing. Go through Sept reports and prepare PDF of management reporting. | 11/24/25 | 0.50 | 598.50 | 299.25 |
| Shah, Paru | P. Judge & Sons, Inc. | UST Reports & Meetings | Meeting with team to go over reports needed per bankruptcy filings. Look into LC and security deposit. | 11/25/25 | 0.50 | 598.50 | 299.25 |
| Shah, Paru | Judge Organization, LLC | Business Operations | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | P.Judge and Sons Trucking LLC | Business Operations | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | Judge Warehousing LLC | Business Operations | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | Amex Shipping Agent, Inc. | Business Operations | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | October closing | 11/26/25 | 0.25 | 598.50 | 149.63 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | With Sofia on October closing. Go through Sept reports and prepare PDF of management reporting. | 11/24/25 | 0.25 | 598.50 | 149.63 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Meeting with team to go over reports needed per bankruptcy filings. Look into LC and security deposit. | 11/25/25 | 0.50 | 598.50 | 299.25 |
| Shah, Paru | Judge Organization, LLC | UST Reports & Meetings | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | P.Judge and Sons Trucking LLC | UST Reports & Meetings | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | Judge Warehousing LLC | UST Reports & Meetings | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | Amex Shipping Agent, Inc. | UST Reports & Meetings | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |
| Shah, Paru | P. Judge & Sons, Inc. | UST Reports & Meetings | In office with Sofia, Rich and Hilary gathering documents as per list. | 11/26/25 | 0.17 | 598.50 | 99.75 |

**Total**    **25,394.62**