| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>          turner.falk@saul.com<br>          maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                    Debtors.[1] | |

**NOTICE OF INCREASE OF HOURLY RATES FOR**
**SAUL EWING LLP, COUNSEL TO THE DEBTORS**

**PLEASE TAKE NOTICE** that on December 9, 2025, the Court entered the *Order Authorizing the Retention of Saul Ewing as Counsel to the Debtors Effective as of November 14, 2025* [D.I. 67] (the "**Retention Order**").

**PLEASE TAKE FURTHER NOTICE** that Saul Ewing LLP intends to increase its hourly rates for the above-captioned debtors and debtors in possession, effective as of January 1, 2026, in accordance with the attached **Exhibit A**.

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

Dated: January 9, 2026                       **SAUL EWING LLP**

                                            By:*/s/ Stephen B. Ravin*
                                                  Stephen B. Ravin, Esquire
                                                  Turner N. Falk, Esquire
                                                  One Riverfront Plaza
                                                  1037 Raymond Blvd., Suite 1520
                                                  Newark, NJ 07102-5426
                                                  Telephone: (973) 286-6714
                                                  E-mail:stephen.ravin@saul.com
                                                           turner.falk@saul.com

                                                  -and-

                                                 Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
                                                 1735 Market Street, Suite 3400
                                                 Philadelphia, PA 19103-7504
                                                 E-mail: maxwell.hanamirian@saul.com

                                                 *Counsel for Debtors and Debtors in Possession*

57029277.2

## Exhibit A

### Hourly Rate Increases

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | PREVIOUSLY HOURLY BILLING RATE | HOURLY BILLING RATE AS OF 1/1/2026 |
|---|---|---|---|---|
| Barry A. Chatz | Partner | Bankruptcy | $1,030 | $1,115 |
| Stephen B. Ravin | Partner | Bankruptcy | $860 | $930 |
| Zev M. Schechtman | Partner | Bankruptcy | $785 | $850 |
| Turner N. Falk | Associate | Bankruptcy | $485 | $545 |
| Mariam Khoudari | Associate | Bankruptcy | $440 | $505 |
| Maxwell M. Hanamirian | Associate | Bankruptcy | $325 | $380 |

57029277.2