**Fill in this information to identify the case:**

Debtor name: **Port Elizabeth Terminal & Warehouse Corp.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **25-22123-JKS**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 9, 2026**

X /s/ Patrick Wynne
Signature of individual signing on behalf of debtor

**Patrick Wynne**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Port Elizabeth Terminal & Warehouse Corp.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **25-22123-JKS**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $ **3,153,609.55**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ **3,153,609.55**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................ $ **968,098.99**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **4,520,908.84**

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                    $ **5,489,007.83**

# United States Bankruptcy Court
### District of New Jersey

In re  **Port Elizabeth Terminal & Warehouse Corp.**   Case No. **25-22123-JKS**
Debtor(s)   Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barbara Judge**<br>**434 Duce Drive**<br>**Belmar, NJ 07719** | **Member** | **N/A** | **15%** |
| **Estate of Patrick Judge III** | **Member** | **N/A** | **35%** |
| **Michael Wynne, Sr.**<br>**10 Colonial Drive**<br>**Katonah, NY 10536** | **Member** | **N/A** | **15%** |
| **Patrick J Wynne**<br>**616 Heritage Hills**<br>**Somers, NY 10589** | **Member** | **N/A** | **35%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **January 9, 2026**     Signature  **/s/ Patrick Wynne**
**Patrick Wynne**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders