**EXHIBIT B**

**JOHN S. MAIRO DECLARATION**

**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
John S. Mairo, Esq.
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
Amanda R. Simone, Esq.
E-mail: jmairo@fbtgibbons.com
          rmalone@fbtgibbons.com
          btheisen@fbtgibbons.com
          kmcevilly@fbtgibbons.com
          arsimone@fbtgibbons.com

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**DECLARATION OF JOHN S. MAIRO PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PORT ELIZABETH TERMINAL & WAREHOUSE CORP., ET AL., FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FBT GIBBONS LLP AS ITS COUNSEL, *NUNC PRO TUNC* TO <u>DECEMBER 8, 2025</u>**

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp., et al. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

I, **JOHN S. MAIRO**, of full age, under penalty of perjury, hereby declares as follows:

1.       I am an attorney at law of the State of New Jersey and a Partner at the law firm of FBT Gibbons LLP ("FBT Gibbons" or the "Firm"), which maintains offices for the practice of law at, among other places, One Gateway Center, Newark, New Jersey.  I submit this declaration (the "Mairo Declaration") in connection with, and in support of, the *Application of the Official Committee of Unsecured Creditors of Port Elizabeth Terminal & Warehouse Corp., et al., for Entry of an Order Authorizing Employment and Retention of FBT Gibbons LLP as its Counsel, nunc pro tunc to December 8, 2025* (the "Application").

2.       Subject to this Court's approval, FBT Gibbons proposes to provide legal services to the Official Committee of Unsecured Creditors (''Committee'') of the above-captioned debtors (the "Debtors"), at the rates approved by the Court, in compliance with sections 328(a), 504 and 1103 of the Bankruptcy Code, and to provide disclosure required under Rules 2014(a) and 2016(a) of the Federal Rules of Bankruptcy Procedures (the ''Bankruptcy Rules'').  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  To the extent any information disclosed herein requires amendment or modification upon FBT Gibbons' completion of further review or as additional party-in-interest information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3.       On January 1, 2026, Gibbons P.C. and Frost Brown Todd LLP combined to form FBT Gibbons.  The list of Potentially Interested Parties (defined below) list has been run in both the legacy Gibbon P.C.'s conflict system and the legacy Frost Brown Todd LLP's conflict system. This has caused some delay (as did the holiday season), but doing this Application with the combined firm's data seemed most beneficial to the estates since it was more efficient than filing

an application for Gibbons P.C. and thereafter having to do supplemental pleadings (and conflicts) to incorporate Frost Brown Todd LLP's data.

## CONFLICT CHECK PROCESS

4.      In order to prepare this Declaration, FBT Gibbons compared a list of interested parties provided by Debtors' counsel, which list included equity holders, insurers, landlords, lenders, professionals, unsecured creditors, utilities, and other interested parties (collectively, the ''Potentially Interested Parties''), with the information contained in the conflict check systems and adverse party indexes currently maintained by FBT Gibbons (collectively, the "Conflict Check System").  A list of entities searched is attached hereto as **Schedule 1**.

5.      The facts stated in this Declaration as to any connections between FBT Gibbons lawyers on one hand, and the Debtors, the Debtors' creditors, other parties in interest, the respective attorneys and accountants, the Office of the United States Trustee for Region Three (the ''U.S. Trustee''), other persons employed by the U.S. Trustee, and those persons and entities who are defined as not disinterested persons in § 101(14) of the Bankruptcy Code, on the other hand, are based primarily upon the results of the review of the Conflict Check System.

6.      The Conflict Check System is a computerized database of current and former clients and adverse and related parties that is regularly maintained and updated in the course of the Firm's business. These procedures are designed to include every matter on which the Firm is now or has been engaged, by which entity the Firm is now or has been engaged, and, in each instance, to include and record the identity of related parties and adverse parties and the attorney in the Firm who is knowledgeable about the matter.  It is FBT Gibbons' policy that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the Conflict Check System the information necessary to check such matter for

conflicts, including the identity of the prospective client, the matter and related and adverse parties.

Accordingly, the database is regularly updated for every new matter undertaken by FBT Gibbons

and reflects entries that are noted in the systems at the time the information becomes known by

persons whose regular duties include recording and maintaining this information. The scope of the

system is a function of the completeness and accuracy of the information submitted by the attorney

opening a new matter. As a Partner in the Firm, I regularly send information to update the Conflict

Check System and use and rely upon the information contained in the system in the performance

of my duties at the Firm and in my practice of law.

### FBT GIBBONS' CONNECTIONS WITH PARTIES IN INTEREST IN MATTERS UNRELATED TO THE CHAPTER 11 CASES

7.      To the best of my knowledge and information after due inquiry, (i) except as

disclosed herein, FBT Gibbons has no connections, within the meaning of Bankruptcy Rule

2014(a), with the Debtors, its creditors, any other parties in interest, their respective attorneys or

accountants, the Office of the United States Trustee, or any persons employed therein; (ii) FBT

Gibbons does not hold or represent an adverse interest in connection with the case; and (iii) FBT

Gibbons is a disinterested person within the meaning of section 101(14) of the Bankruptcy Code.

8.      In order to make the above statements, the Firm reviewed reports from its

client/matter database for representations and other potential connections.

9.      No attorney at FBT Gibbons presently represents the Debtors.

10.     FBT Gibbons previously represented, currently represents, and may represent in

the future the entities set forth in the chart below (or their affiliates), who are Potentially Interested

Parties, in matters totally unrelated to the chapter 11 case.

11.     The Firm discloses the following connections as a result of its comprehensive

review, using the parties listed on Schedule 1 hereto:

| Name of Entity Searched | Name of Entity that is a FBT Gibbons Client | Relationship to FBT Gibbons |
|---|---|---|
| AIG Home-Bristol | AIG Insurance and Certain Affiliates | Current Client |
| American Express | American Express Company | Former Client |
| AT&T Mobility | AT&T | Current Client |
| C&C Maintenance | Integrated Industries | Current Client |
| Cintas #273 | Cintas Corporation | Current Client |
| Comcast Corporation | Comcast Corporation and Certain Affiliates | Current Client |
| Genworth Life and Annuity | Genworth Financial, Inc. | Former Client |
| Georgia Power | Georgia Renewable Power | Current Client |
| Greenbaum Rowe Smith & Davis LLP | Greenbaum Rowe Smith & Davis LLP | Former Client |
| JP Morgan Chase Bank, N.A. | JP Morgan Chase Bank, N.A. | Current Client |
| Prologis Logistics Real Estate Prologis Logistics Real Estate & Supply Chain Prologis, L.P. | Prologis L.P. | Current Client |
| PSE&G Co. | PSE&G and Certain Affiliates | Current Client |
| RREEF America Reit II Corp. | RREEF America Reit II Corp. | Current Client |
| Safetykleen Corp. | Clean Harbors Environmental Services, Inc. | Current Client |
| Scopelitis, Gavin, Light, Hanson & Feary P.C. | Scopelitis, Gavin, Light, Hanson & Feary P.C. | Current Client |
| Seagis East Rutherford LLC | Seagis Property Group | Current Client |
| State of New Jersey | State of New Jersey | Current Client |

| Name of Entity Searched | Name of Entity that is a FBT Gibbons Client | Relationship to FBT Gibbons |
|---|---|---|
| Suburban Propane | Suburban Propane | Former Client |
| Verizon<br>Verizon Wireless | Verizon Inc. | Current Client |
| Waste Management of N.J., Inc. | Waste Management | Current Client |

12.     In addition to the connections disclosed herein, FBT Gibbons and certain of its partners, counsel and associates may have in the past represented, may currently represent, and likely in the future will represent others of the Potentially Interested Parties in connection with matters wholly unrelated to the Debtors or their cases. Moreover, FBT Gibbons appears in many cases, proceedings, and transactions involving different attorneys, financial consultants and investment bankers, some of which may now or in the future represent the parties-in-interest in this case. FBT Gibbons may also represent in the future certain Committee members and/or their affiliates in their capacities as official committee members in other chapter 11 cases, all of which involve matters wholly unrelated to the chapter 11 cases.

13.     No attorney at FBT Gibbons represents an insider of the Debtor, any subsidiary, or other affiliate.

14.     No attorney at FBT Gibbons has been paid fees pre-petition or holds a security interest, guarantee, or other assurance of compensation for services performed and to be performed in this proceeding except as set forth herein.

15.     There is no agreement of any nature as to the sharing of any compensation to be paid to FBT Gibbons.

16.     Except as disclosed in this Declaration, no attorney at FBT Gibbons has any other connection with the Debtors, their creditors, the U.S. Trustee, or any employee of that office, or any parties in interest in this proceeding.

17.     To the best of my knowledge, no attorney at FBT Gibbons is a relative of, currently has, or previously has had any connection with the bankruptcy judge approving the employment of FBT Gibbons as the Committee's counsel that would render the employment improper.

18.     To the best of my knowledge, no attorney at FBT Gibbons has any other interest, direct or indirect, that may be affected by the proposed representation.

19.     FBT Gibbons will not, while employed by the Committee, represent any other person or entity having an adverse interest in connection with their chapter 11 cases.

## FBT GIBBONS' RATES AND BILLING PRACTICES

20.     The current hourly rates applicable to the principal attorneys and paralegals of FBT Gibbons proposed to represent the Creditors' Committee are as follows:

| Timekeeper | Title | Hourly Rate (12/8/25 – 12/31/25) | Hourly Rate (as of 1/1/26) |
|---|---|---|---|
| John S. Mairo | Partner | $1,025.00 | $1,100.00 |
| Robert K. Malone | Partner | $1,375.00 | $1,465.00 |
| Brett Theisen | Partner | $850.00 | $905.00 |
| Kyle P. McEvilly | Senior Associate | $525.00 | $560.00 |
| Amanda R. Simone | Associate | $425.00 | $450.00 |
| Edna N. Munera | Paralegal | $360.00 | $385.00 |

21.     The current hourly rates set forth above are the Firm's usual and customary hourly rates for work of this nature. The Firm's rates are set at a level designed to fairly compensate FBT Gibbons for its work and to cover fixed and routine overhead expenses. It is FBT Gibbons' policy to charge its clients in all areas of practice for certain other expenses incurred in connection with the client's matter. The expenses charged to clients include, among other things, certain facsimile

charges, mail and express mail charges, special or hand-delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial and other staff. FBT Gibbons will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges made generally to its clients.

22.    FBT Gibbons did not receive a retainer with respect to this representation.

23.    Other than as set forth above, there is no proposed arrangement to compensate FBT Gibbons in connection with its representation of the Committee.

24.    FBT Gibbons will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.

25.    FBT Gibbons has agreed to provide legal services to the Committee and recognizes that any allowance of compensation for services rendered on behalf of the Committee in connection with this proceeding and any reimbursement of disbursements made in connection therewith are subject to the prior approval and authorization by order of this Court. FBT Gibbons realizes that any application for fees must be supported by detailed contemporaneous time records. FBT Gibbons also understands that this Court's approval of its retention application is not approval of any proposed terms of compensation and that this Court may allow compensation on terms different from those proposed.

26.    FBT Gibbons will abide by the terms of any administrative order establishing professional compensation and reimbursement procedures entered in the case.

27.    The foregoing constitutes the statement of FBT Gibbons pursuant to sections

504 and 1103 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(a).

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 13, 2026

By: */s/ John S. Mairo*
John S. Mairo, Esq.
A Partner of the Firm

# SCHEDULE 1

222 HEAVY INC.

A-1 QUALITY LOGISTICAL SOLUTIONS, LLC

AA CAMPOS TRUCKING CORP

ADT SECURITY SYSTEMS INC

ADT SECURITY SYSTEMS, INC.

AIG Home-Bristol

A'Jay DeLosAngeles

Aleeya Tanksley

ALEXANDER B SMITH

ALEXANDER ROSSO

Amber Eckman

American Express

AMEX SHIPPING AGENT, INC

Amex Shipping Agent, Inc.

AMPARBENG CORPORATION

Andrew J. Castles

ANGEL'S PAVING & CONCRETE CORP.

ANTHEM PROPANE EXCHANGE, LLC

Anthony L Nixon

Anthony Pugh

Anthony Stone

Antonio Cortes

ARGOS SOFTWARE

Armando A. Molina

ATLANTIC INDUSTRIAL SUPPLY

ATLANTIC WASTE SERVICES

ATTITUDE TRUCKING LLC

AT&T MOBILITY

AVENEL TRUCK & EQUIPMENT

A WILLIAMS TRUCKING LLC

BARBARA JUDGE

BENEFIT TAX LINK

BENJAMIN AMERSON

Benjamin F Amerson

Bernardino Arbaiza

BERNARD WILLIAMS

BESTPASS, INC.

BIG DOG TRUCKING LLC

BOB KESSLER

BRANDON WYNNE

BRETON TRANSPORT LLC

Brian A. Wynne

BRIAN GRUENHAGEN

BRIAN WYNNE

BRISTOL TOWNSHIP

Bruno Marques

B'S EXPRESS TRUCKING LLC

CALI CARTING INC

CAMBRIDGE FINANCIAL SERVICES

CaRhonda Albertie

Carl F Sarlo

CARLOS BRETON

C&C MAINTENANCE

C. DENTE TOWING & TRUCKING INC.

Cedric Eady

CELTIC LOGISTICS, INC.

CENTURY BOOKKEEPING LLC

CENTURY FINANCE LLC

Charles Lamont Bostic

CHARLES OBENG

Charles R Hartman

CHIESA SHAHINIAN & GIANTOMASI PC

Christopher Cepeda

Christopher king

CIESA SHAHINIAN & GIANTOMASI PC

CINTAS #237

CLEARWAVE FIBER

COBB XPRESS LLC

Colin McKeon

COMCAST

CONSOLIDATED CHASSIS MANAGEMENT LLC

COYLE STRAPPING & SUPPLY INC.

Cristobal Mata Flores

CULLIGAN QUENCH

CUSTOM BANDAG INC.

CUSTOM BANDAG, INC.

CUTHBERT TRUCKING LLC

Daniel P. Wynne

Danilo E Martinez

DE LAGE LANDEN FINANCAIL SERVICES, INC.

DE LAGE LANDEN FINANCIAL SERVICES, INC.

DEREK S HOOD

Derwood L Grant

DeShante N Blidge

DEVION JACKSON

DIEGO TRANSPORT LLC

Dilfredo Lorente

Dionosio Hernandez

DIRECT CHASSISLINK

DIRECT CHASSISLINK INC.

DMFAT TRUCKING CORP

DONALD MCIVER

Donald P Hawkins

Dorian Edmond

DUB TRUCKING

EAST COAST DOCK & DOOR

EASTERN LIFT TRUCK CO., INC

EASTERN LIFT TRUCK CO., INC.

EDDIE BOYKIN TRUCKING, LLC

Edgar E Hempfleng

EDWINS EXPRESS LLC

ELECTRONIC FUNDS SOURCE

ELIN J RODRIGUEZ

Eliseu J Dos Santos

ELLIS PAINTER RATTERREE & ADAMS LLP

Erin E Judge

Erin L Cook

EUGENE R WASHINGTON LLC

EXPRESS EMPLOYMENT PROFESSIONALS

Fallon Grant

FARAON ENTERPRISES LLC

FEDEX

Felix Ramon Diaz

Fernando J Dias

Fernando Salinas

F. GREEK BRISTOL PROPERTIES, L.P.

Fredrick Dwayne Cobbs

Gabriel F Tavares

Gary Brown

Gary J Cooper

GENERAL FORKLIFT COMPANY, INC.

GENWORTH LIFE AND ANNUITY

GEORGIA POWER

Gerald Harmon

Geronimo Jimenez

GIL TRUCKING

GIO TRANSPORT

GIVENS LEGACY LLC

GLC Jersey City

GLC Jersey City LLC

Glenn R Gary

Greek Real Estate Properties

GREENBAUM ROWE SMITH & DAVIS LLP

Griselle Vasquez

GURMEL SINGH

GUSTAVO O ROMERO

H2 EXPRESS TRANSPORT, LLC

HALE TRAILER BRAKE & WHEEL, INC.

Hartz

Hartz-Bay Ave

HECTOR L HIDALGO

Henry E Diekman

HIGHROLLERS TRANSPORT LLC

Hill Rivkins LLP

HILL RIVLINS LLP

HIRERIGHT SOLUTIONS INC.

HYG FINANCIAL SERVICES, INC

INTEGRITY STAFFING SOLUTIONS

INTEGRITY STAFFING SOLUTIONS, INC.

INTELLASIGHT LLC

INTELLASIGHT LLC.

ISNETWORLD

Jack Callahan

Jamal C Williams

JAMES D BUGAM TRANSPORTATION LLC

Jason H Mann

JEFFREY CATANIA

Jenna L Roberts

JIMENEZ ORGANIZATION LLC

J.J.KELLER & ASSOCIATES

J.J. Keller & Associates Inc.

J.J. KELLER & ASSOCIATES, INC.

J&N TRANSPORT LLC

Joan Franov

JOHNNY ICEMAN TRUCKING

Jonathan Ortega

Jorge Cabrera

JOS. A MAJKA & SONS, INC.

Jose Antonio Benavides

Jose A. Sorto

Jose E Amaya

Jose L Lainez

Jose Martinez
Jose M Hernandez
Jose P Amaya
Joseph Casseus
Joseph Manning Rowland
JOSEPH ROWLAND
JOSE YAMUCA
JPMORGAN CHASE BANK , N.A.
JPMORGAN CHASE BANK N.A.
JR WILLIAMS EXPRESS INC
JSC TRANSPORT LLC
Juan A Estevez
Judes E Hills Jr.
Judge Logistics
Judge Logistics LLC
JUDGE WAREHOUSING, LLC
JULIAN BOXILL
Julian Escalera
JUMELLES TRUCKING LLC
JUNO TRUCKING LLC
KARAM SINGH
KCTE, LLC
KD SABOU LLC
KEY MATERIAL HANDLING
KIM TAPLEY
Kirk D Moore
KIRK MOORE
KRISHNA R. PHAGOO
LAROE, WINN, MOERMAN & DONOVAN
Laura L Chessher
Laura L Hunt
Leah R Jackson
LI HAULING INC
LOCKMAN LLC
LOGISTICS ONE TRANSPORT, INC
Louis L Reese
LOUIS RODRIGUES
Luis Miguel Rodrigues
LYNN HUNT
MANOR II ELECTRIC INC
Marcial Rosa Orellana
Marcus Allen
Marcus Robinson

MATERIAL HANDLING INC.
MATERIAL HANDLING, INC.
Max Antonio Campos Diaz
MAYA ROFMAN
MAZARS USA LLP
MAZA TRANSPORT LLC
MCCABES EAST COAST FORKLIFTS LLC
MCMANIMON, SCOTLAND & BAUMANN, LLC
MEDITERRANEAN SHIPPING COMPANY
METRO HYDRAULIC JACK CO
METRO HYDRAULIC JACK CO.
M H DAS TRUCKING LLC
Michael A Fenimore
MICHAEL D JACKSON
MICHAEL J CAHOON
MICHAEL WYNNE
MICHAEL WYNNE JR
Miguel Tamayo
Milestone Equipment
MILESTONE EQUIPMENT COMPANY
Moses B Easter
MURPHY SCHILLER & WILKES LLP
Mustafa Cuttino
NATURAL WIRELESS
NAVITAS CREDIT CORP
NAVITAS CREDIT CORP.
Nicomedes Cabrera
NJ ASAP HAULING LLC
N. JERSEY TRAILER & TRUCK
NJ E-ZPASS VIOLATION PROC. CTR
NJ EZ-PASS VIOLATION PROC. CTR
NJ MOTOR VEHICLE COMMISSION
NORFOLK SOUTHERN RAILWAY
NORTHEAST GREAT DANE
NORTH NJ TEAMSTERS BEN.PLAN
NYC DEPARTMENT OF FINANCE
OCCUPATIONAL HEALTH CENTERS OF GEORGIA
OCCUPATIONAL HEALTH CENTERS OF NEW JERSEY
ONTARIO CREDIT CORPORATION
ORKIN EXTERMINATING CO
ORKIN EXTERMINATING CO.

OUATT TRANSPORTATION LLC
OVERSEAS LOGISTICS CORPORATION
PALLETS-R-US, INC.
Pamela Shelepets
PASHMAN STEIN, PC
PATRICK JUDGE IV
Patrick M Corbo
PATRICK WYNNE
Pearly J. Whitehall
PECO ENERGY
PEGUERO EXPORT CARGO LLC
PELON TRUCKING LLC
PINTO SERVICE, INC.
P. Judge and Sons, Inc.
P JUDGE AND SONS LLC
POKEMAN TRANSPORT LLC
Port Elizabeth Terminal and Warehouse Corp.
PRIME LUBE INC
PRIME PACKAGING CORP.
PRIME TIME AUTO TRANSPORT LLC
Principal Life Insurance Co
Prologis Logistics Real Estate
Prologis Logistics Real Estate & Supply Chain
PROLOGIS, L.P.
PSE&G Co
QUICK BASE JUNKIE
Rafael H Gomez
RamQuip Solutions
RELIANCE PARTNERS
RELIANCE PARTNERS LLC
Renaissance Capital Alliance
RENAN MARQUEZ
Renan O. Marquez
Reynold Isidor
RICHARD BROGAN
Richard E Walker
Richard Prellwitz
RICHIE'S TIRE SERVICE
Rigoberto Guevara
Robert A Tighe
ROBERT KESSLER
Roberto M Orellana
Robin H Wynne

Ronald Clerge
Ronald M Marczak
Ronald S. Fourre
RON FOURRE
Rosalina Colon
Rosemarie A Smith
Rose Marie Wilson
Rreef American Reit II Corp.
RREEF AMERICA REIT CORP YYY
Rubain Desrosiers
RYDER TRANSPORTATION SERVICES
RYDER TRANSPORTATION SVCS
RZ TECH PEST CONTROL
SADDLE BROOK LIFT TRUCK LLC
SAFETYKLEEN CORP.
SANTANA JR TRANSPORT LLC
Santiago M Fregoso
Santos Guevara
SCOPELITIS, GARVIN, LIGHT & HANSON
SEAGIS EAST RUTHERFORD LLC
Seagis Est Rutherford LLC
Shelton Hills
Sherri L Lowe
SHREDIT NEWARK
Shy'Dericka Copeland
SOS Tire & Auto
SOUTHERN TIRE MART
STAPLES BUSINESS ADVANTAGE
STARPOINT PROTECTIVE SERVICES, LLC
STATE OF NEW JERSEY
Sterling Beauchamp
STEVEN BURROWS
Steven E Burrows
Steven Jackson
Stevon D Barnes
Strickland Propane Inc.
SUBURBAN PROPANE
SUPERIOR DISTRIBUTORS
Taariq Scott
TEAMSTERS LOCAL 11 PENSION FUND
TEAMSTERS NATIONAL 401(K) SAVINGS
PLAN
TEAMSTERS UNION LOCAL 11

The Judge Organization LLC
Tiffany Sicco
Timothie Conover
T-MOBILE
TNJ CONSTRUCTION SVC LLC
TOLLS BY MAIL
Torres V Berrien
TOSHIBA BUSINESS SOLUTIONS
TOSHIBA FINANCIAL SERVICES
TOSHIBA GREATAMERICA FINANCIAL SVCS
TRAC INTERMODAL
TRAC LEASE INC.
TRAILER DOCTOR SERVICES INC.
Trailer Tire Repair LLC
TRANSFORCE
TRANSPORTATION INSURANCE ADVISORS LLC
TREND INTERMODAL CHASSIS LEASING LLC
TRIANGLE CONSULTING GROUP
TROY CARRIER LLC
ULINE
UNIFIRST CORPORATION
UNIFRIST CORPORATION
UNISHIPPERS

US HAULING INC
VECTOR SECURITY
Verizon
Verizon wireless
VICTOR REYES
WALTHALL OIL COMPANY
Warehouse Rentals
WAREHOUSE REPAIR SOLUTIONS LLC
WASTE MANAGEMENT OF N.J. INC
WEISER LLP
WEISERMAZARS LLP
WELLS CARGO EXPRESS LLC
WIELLINGTON PERZ
William A Martinez
WILLIAMS SCOTSMAN, INC.
WNJ TRUCKING CORP
XCELLENT TRUCKING
Yakema Marlin
Yancey Bros. Co
YOUNG KIM
Yvonne Sharper
ZM TRUCKING LLC