**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
John S. Mairo, Esq.
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
Amanda R. Simone, Esq.
E-mail: jmairo@fbtgibbons.com
　　　　rmalone@fbtgibbon.com
　　　　btheisen@fbtgibbons.com
　　　　kmcevilly@fbtgibbons.com
　　　　arsimone@fbtgibbons.com

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.,*<br><br>　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PORT ELIZABETH TERMINAL & WAREHOUSE CORP., ET AL., FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FBT GIBBONS LLP AS ITS COUNSEL, *NUNC PRO TUNC* TO DECEMBER 8, 2025**

**PLEASE TAKE NOTICE** that on January 13, 2026, the Official Committee of Unsecured Creditors filed the *Application of the Official Committee of Unsecured Creditors of Port Elizabeth Terminal & Warehouse Corp., et al., for Entry of an Order Authorizing the Employment and Retention of FBT Gibbons LLP as its Counsel, Nunc Pro Tunc to December 8,*

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*2025* (the "Application") with the United States Bankruptcy Court for the District of New Jersey, M.L. King, Jr. Federal Bldg. & Courthouse, 3rd Floor, 50 Walnut Street, Newark, New Jersey 07102 (the "Court").  Its mailing address is P.O. Box 1352, Newark, New Jersey 07101-1352.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application, if any, are to be filed on or before **January 20, 2026 at 4:00 p.m. (Eastern Time)**.  At the same time, you must serve a copy of the response or objection on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that if any responses are timely filed in accordance with this Notice, a hearing on the Application will be held on **a date to be determined, if necessary,** before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, M.L. King, Jr. Federal Bldg. & Courthouse, 3rd Floor, 50 Walnut Street, Newark, New Jersey 07102

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 13, 2026
Newark, New Jersey

**FBT GIBBONS LLP**

*/s/ John S. Mairo*
John S. Mairo
Robert K. Malone
Brett S. Theisen
Kyle P. McEvilly
Amanda R. Simone
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
E-mail: jmairo@fbtgibbons.com
         rmalone@fbtgibbons.com
         btheisen@fbtgibbons.com
         kmcevilly@fbtgibbons.com
         arsimone@fbtgibbons.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*