WWR# 042061005

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
AT NEWARK

| | |
|---|---|
| IN RE: | CASE NO. 25-22123-JKS |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP | CHAPTER 11 |
| | JUDGE JOHN K. SHERWOOD |
| DEBTOR(S) | |

## REQUEST FOR NOTICE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, FIRST CITIZENS BANK & TRUST COMPANY.

Please send all further communications, pleadings, court notices, and other documents intended for FIRST CITIZENS BANK & TRUST COMPANY to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 16th day of January, 2026 addressed to:

SAUL EWING LLP, Attorney for Debtor
turner.falk@saul.com

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

PORT ELIZABETH TERMINAL & WAREHOUSE CORP
13 MANOR RD
EAST RUTHERFORD, NJ 07073-2119

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    5990 WEST CREEK RD, SUITE 200
    INDEPENDENCE, OH 44131
    877-338-9484
    bronationalecf@weltman.com