**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:  stephen.ravin@saul.com
          turner.falk@saul.com

*Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

# CERTIFICATION OF SERVICE

1. I, <u>Stephen B. Ravin</u>:

   ☒ represent the <u>Debtors</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>January 22, 2026</u>, I sent a copy of the following to the parties listed in the chart below:

   **NOTICE OF TELEPHONIC § 341 Meeting**

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57097961.1

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>January 22, 2026</u>  /s/ *Stephen B. Ravin*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| David Gerardi<br>DOJ-Ust<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | Counsel to U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| SAUL EWING LLP<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426 | Proposed Attorneys Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Port Elizabeth Terminal & Warehouse, Corp.; P. Judge & Sons, Inc.; Amex Shipping Agent, Inc.; The Judge Organization, LLC; P. Judge & Sons Trucking, LLC; and Judge Warehousing, LLC 13 Manor Road<br>East Rutherford, NJ 07073 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| First Business Specialty Finance, LLC<br>2400 E. Devon Avenue, Suite 211<br>Des Plaines, IL 60018 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Laurie A. Martin Montplaisir<br>Krieg DeVault LLP<br>200 S. Wacker Drive Suite 600<br>Chicago, IL 60606<br>Email: lmontplaisir@kdlegal.com | Counsel to First Business Specialty Finance, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Seth Ptasiewicz<br>Kroll Heineman Ptasiewicz & Parsons, LLC<br>99 Wood Avenue South<br>Suite 307<br>Iselin, NJ 07726 | Counsel to Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ilana Volkov<br>McGrail & Bensinger LLP<br>888-C 8th Avenue #107<br>New York, NY 10019 | Counsel to Hartz Elizabeth, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Thomas Michael Walsh<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Counsel to Chiesa Shahinian & Giantomasi PC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| John S. Mairo, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Attn: David Weissman<br>F. Greek Bristol Properties, LP<br>1 Kimberly Road, Suite 105<br>East Brunswick, NJ 08816 | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Seagis East Rutherford, LLC<br>100 Front St., Suite 1100<br>Conshohocken, PA 19428<br>Attn: Steven Pron | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ryder Transportation Services<br>2333 Ponce De Leon Blvd.<br>Coral Gables, FL 33134<br>Attn: Michael Mandell, Chairperson | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| F. Greek Bristol Properties, LP<br>1 Kimberly Road, Suite 105<br>East Brunswick, NJ 08816<br>Attn: David Weissman | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| DWS<br>100 Summer St., Suite 800<br>Boston, MA 02110<br>Attn: Dave Crane | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David H. Stein<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 | Counsel to F. Greek Bristol Properties, L.P. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Robert M. Kline<br>Wright Law Group, PLLC<br>228 Park Ave S<br>Pmb 84356<br>New York, NY 10003-1502 | Counsel to Auxilior Capital Partners, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Rebecca K. McDowell<br>Thomas B. O'Connell<br>Saldutti Law Group<br>1040 Kings Highway North<br>Suite 100<br>Cherry Hill, NJ 08034 | Counsel to Eastern Lift Truck Co Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Robert Malone<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Kyle McEvilly<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Amanda R Simone<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Brett S. Theisen<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102-5310 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Weltman, Weinberg & Reis Co.<br>Attn: Garry Masterson<br>5990 West Creek Rd<br>Suite 200<br>Independence, OH 44131 | Agent to First Citizens Bank & Trust Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Express<br>PO Box 1270<br>Newark, NJ 07101 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| CAMBRIDGE FINANCIAL SERVICES<br>105 FIELDCREST AVENUE<br>SUITE 506<br>EDISON, NJ 08837 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| CIESA SHAHINIAN & GIANTOMASI PC<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07668 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| EAST COAST DOCK & DOOR<br>345 HIGHWAY 9 SOUTH<br>SUITE # 266<br>MANALAPAN, NJ 07726 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| F. GREEK BRISTOL PROPERTIES, L.P.<br>1 KIMBRELY ROAD SUITE 105<br>East Brunswick, NJ 08816 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| First Business Specialty Finance, LLC<br>2400 E DEVON AVE<br>SUITE 211<br>Des Plaines, IL 60018 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| GREENBAUM ROWE SMITH & DAVIS LLP<br>METRO CORPORATE CAMPUS ONE<br>PO BOX 5600<br>WOODBRIDGE, NJ 07095-0988 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| HARTZ ELIZABETH, INC.<br>225 BAY AVENUE<br>Elizabeth, NJ 07096-1515 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| INTEGRITY STAFFING SOLUTIONS<br>PO BOX 713870<br>PHILADELPHIA, PA 19171-3870 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| MASIS STAFFING<br>PO BOX 823473<br>Philadelphia, PA 19182 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| MURPHY SCHILLER & WILKES LLP<br>24 COMMERCE STREET 12TH FLOOR<br>Newark, NJ 07102 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| NORTH NJ TEAMSTERS BEN.PLAN<br>810 BELMONT AVE.<br>NORTH HALEDON,, NJ 07508 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| P JUDGE AND SONS<br>201 A EXPORT ST<br>PORT NEWARK, NJ 07114 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| PRIME PACKAGING CORP.<br>1290 METROPLOITAN AVENUE<br>BROOKLYN, NY 11237 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Rreef American Reit II Corp.<br>PO BOX 209254<br>Austin, TX 78720-9254 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| STARPOINT PROTECTIVE SERVICES, LLC<br>PO BOX 217<br>UNION, NJ 07083 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Seagis Est Rutherford LLC<br>One Meadowlands Plz.<br>Suite 800<br>East Rutherford, NJ 07073 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| WASTE MANAGEMENT OF N.J. INC<br>PO BOX 13648<br>WASTE MNGMT NEWARK MUNICIPAL<br>Philadelphia, PA 19101-3667 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| WASTE MANAGEMENT OF PA INC<br>WASTE MANAGEMENTNORTH<br>P.O. BOX 13648<br>PHILADELPHIA, PA 19101-3648 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |