**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
          turner.falk@saul.com
          maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

## DECLARATION OF PATRICK WYNNE
## PRESIDENT AND MEMBER OF THE DEBTORS

I, Patrick Wynne, hereby declare as follows:

1.      I am the President of the of debtors and debtors in possession Port Elizabeth
Terminal & Warehouse Corp., Amex Shipping Agent, Inc., and P. Judge & Sons, Inc. and Member
of debtors and debtors in possession Judge Organization, LLC, P. Judge & Sons Trucking, LLC

---

[1]      The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal &
Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge
Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).
The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11
Cases is 13 Manor Road, East Rutherford, NJ 07073.

and Judge Warehousing, LLC (collectively, the "Debtors").[2]  I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records.

2.      Collectively, the Debtors provide transportation, logistic, and warehouse related services.  More specifically, the Debtors offer rail boxcar services, container handling services, warehousing services, multiple shipping options (e.g., rail, truck, air, and international shipping), specialized material handling services, cross docking, handling, and packing services, beverage specialists and alcoholic beverages expertise services, and product care and protection services.

3.      Pursuant to the *Notice of Chapter 11 Bankruptcy Case* [D.I. 123] filed on January 14, 2026, the current General Bar Date is January 23, 2026 and the bar date for governmental units to file proofs of claim is May 13, 2026.

4.      The Debtors filed the *Notice of Telephonic § 341 Meeting* [D.I. 130] on January 22, 2026, which advised that the Chapter 11 § 341 meeting of creditors shall take place on February 9, 2026 via conference call commencing at 10:00 a.m. (ET).

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: January 23, 2026                                      Respectfully submitted,

                                                            /s/ *Patrick Wynne*
                                                            Patrick Wynne
                                                            President and Member

---

[2]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

57100124.2