## EXHIBIT A

Proposed Order

57100124.2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>             turner.falk@saul.com<br>             maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                                        Debtors.[1] | |

### ORDER PURSUANT TO 11 U.S.C. § 105(a), BANKRUPTCY RULES 3003(c) AND 9006(b), AND LOCAL RULE 9013-1 EXTENDING THE GENERAL BAR DATE FOR FILING PROOFS OF CLAIM

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED.**

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57100124.2

Page 2

| | |
|---|---|
| Debtors: | Port Elizabeth Terminal & Warehouse Corp., *et al.* |
| Case No. | 25-22123 (JKS) |
| Caption: | ORDER PURSUANT TO 11 U.S.C. § 105(a), BANKRUPTCY RULES 3003(c) AND 9006(b), AND LOCAL RULE 9013-1 EXTENDING THE GENERAL BAR DATE FOR FILING PROOFS OF CLAIM |

AND NOW, upon consideration of the of the Debtors' Motion (the "Motion")[2] for entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Rules 3003(c) and 9006(b) of the Bankruptcy Rules, and Rule 9013-1 of the Local Rules, extending the General Bar Date by 30 days, through and including February 23, 2026, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby ORDERED and DECREED as follows:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 105(a) of the Bankruptcy Code and Rules 3003(c) and 9006(b) of the Bankruptcy Rules, the General Bar Date is extended through and including February 23, 2026.

3. The entry of this Order is without prejudice to the Debtors' right to seek a further extension of the General Bar Date.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

57100124.2

Page 3
Debtors:    Port Elizabeth Terminal & Warehouse Corp., *et al.*
Case No.    25-22123 (JKS)
Caption:    ORDER PURSUANT TO 11 U.S.C. § 105(a), BANKRUPTCY RULES 3003(c) AND 9006(b), AND LOCAL RULE 9013-1 EXTENDING THE GENERAL BAR DATE FOR FILING PROOFS OF CLAIM

    5.    This Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.