| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>            turner.falk@saul.com<br>            maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                                Debtors.[1] | |

## SECOND MONTHLY FEE STATEMENT OF CAMBRIDGE FINANCIAL SERVICES, LLC, FINANCIAL ADVISOR TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Cambridge Financial Services, LLC ("**Cambridge**" or the "**Applicant**"), financial advisor to the debtors and debtors-in-possession (the "**Debtors**"), hereby

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57075899.2

applies to the Court for its second monthly fee statement for professional services rendered and reimbursement of actual and necessary expenses incurred for the period December 1, 2025 through December 31, 2025 (the "**Application Period**") in connection with its retention as financial advisor to the Debtors and in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71]. Cambridge requests authorization to be paid by the Debtors $34,640.00 (which is 80% of $43,300.00) and $0.00 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Cambridge Financial Services, LLC Effective as of November 14, 2025* [D.I. 68]. Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request. Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period. In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

<u>**CATEGORY 1: BUSINESS OPERATIONS.**</u>

This category includes all matters relating to the general operation of the Debtors' businesses. Cambridge spent 25.8 hours of time on the foregoing services. Said services have a value of $10,800.00 for which Cambridge is seeking compensation.

| Business Operations | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Joseph Compitello | Financial Advisor | 21.0 | $8,400.00 |
| Nicholas Jalowski | Financial Advisor | 4.8 | $2,400.00 |
| **Total** | | **25.8** | **$10,800.00** |

<u>**CATEGORY 2: CASE ADMINISTRATION.**</u>

This category includes all matters related to work regarding the administration of the case, including reviewing and commenting on administrative motions and determining case strategies. Cambridge spent 3.8 hours of time on the foregoing services. Said services have

57075899.2

a value of $1,900.00 for which Cambridge is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Nicholas Jalowski | Financial Advisor | 3.8 | $1,900..00 |
| **Total** | | **3.8** | **$1,900.00** |

### CATEGORY 3: FEE/EMPLOYMENT APPLICATIONS.

This category includes all matters related to the review and analysis and filing of retention and fee applications for Cambridge in these Chapter 11 Cases. Cambridge spent 2.0 hours of time on the foregoing services. Said services have a value of $970.00 for which Cambridge is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Joseph Compitello | Financial Advisor | 0.3 | $120.00 |
| Nicholas Jalowski | Financial Advisor | 1.7 | $850.00 |
| **Total** | | **2.0** | **$970.00** |

### CATEGORY 4: FINANCING AND CASH COLLATERAL.

This category includes all matters related to financing and cash collateral, analyzing financial projections and examining budgeting in these Chapter 11 Cases. Cambridge spent 42.5 hours of time on the foregoing services. Said services have a value of $17,140.00 for which Cambridge is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Joseph Compitello | Financial Advisor | 41.1 | $16,440.00 |
| Nicholas Jalowski | Financial Advisor | 1.4 | $700.00 |
| **Total** | | **42.5** | **$17,140.00** |

### CATEGORY 5: CREDITOR INQUIRIES.

This category includes all matters related to communicating with creditors and parties in interest regarding case status and case-related issues. Cambridge spent 3.2 hours on the foregoing services. Said services have a value of $1,280.00 for which Cambridge is seeking compensation.

| Creditor Inquiries | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Joseph Compitello | Financial Advisor | 3.2 | $1,280.00 |
| **Total** | | **3.2** | **$1,280.00** |

### CATEGORY 7: UST REPORTS, MEETINGS AND ISSUES.

This category includes time related to the preparation of operating reports and other information required by the UST or the Court. Time in this category includes corresponding with the UST and addressing the UST's comments with respect to various orders and preparing monthly operating reports. Cambridge spent 18.0 hours on the foregoing services. Said services have a value of $7,200.00 for which Cambridge is seeking compensation.

| UST Reports, Meetings and Issues | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Joseph Compitello | Financial Advisor | 18.0 | $7,200.00 |
| **Total** | | **18.0** | **$7,200.00** |

### CATEGORY 8: LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS.

This category includes time related to litigation. Cambridge spent 0.3 hours on the foregoing services. Said services have a value of $120.00 for which Cambridge is seeking compensation.

| Litigation: Contested Matters and Adversary Proceedings | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Joseph Compitello | Financial Advisor | 0.3 | $120.00 |
| **Total** | | **0.3** | **$120.00** |

### CATEGORY 9: COMMITTEE MATTERS.

This category includes all matters related to communicating with creditors and parties in interest regarding case status and case-related issues. Cambridge spent 3.3 hours on the foregoing services. Said services have a value of $1,370.00 for which Cambridge is seeking compensation.

| Committee Matters | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |

57075899.2

| Joseph Compitello | Financial Advisor | 2.8 | $1,120.00 |
| Nicholas Jalowski | Financial Advisor | 0.5 | $250.00 |
| **Total** | | **3.3** | **$1,370.00** |

**EXPENSES**.

Cambridge seeks $0.00 in expenses incurred during the Application Period.

**WHEREFORE**, Cambridge respectfully requests authorization to be paid by the Debtors $34,640.00 (which is 80% of $43,300.00) for financial advisor services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $0.00 in expenses incurred during the Application Period.

Dated: January 23, 2026        **SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
    Stephen B. Ravin, Esquire
    Turner N. Falk, Esquire
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6714
    E-mail: stephen.ravin@saul.com
        turner.falk@saul.com

-and-

Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
E-mail: maxwell.hanamirian@saul.com

*Counsel for Debtors and Debtors in Possession*