# **EXHIBIT C**

## **Detail Time Entries by Category**

57075899.2



# Cambridge
## Financial Services

December 31, 2025

The Judge Organization DIP
13 Manor Road                                               Invoice #   23617
East Rutherford, NJ 07073

FOR CONSULTING SERVICES DURING THE PERIOD:   12/1/2025   TO   12/31/2025

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2025 | NBJ | FINANCING & CASH COLLATERAL: prep for meeting with First Bank on reserves and DIP financing/ meeting w/First Bank and client on same | 1.40 500.00/hr | 700.00 |
| | NBJ | CASE ADMINISTRATION: conference call w/accountants/ attorneys/ client on schedules to be submitted to the Court/ conference call w/attorney on upcoming trustee call and process to submit fee application | 1.20 500.00/hr | 600.00 |
| | JC | Creditors Inquires- XTRA Lease- Payment Status; Inquires re: Seagis Rent; Status of JR Trucking Requests regarding  JR Trucking/JJ Keller Vendor status | 0.80 400.00/hr | 320.00 |
| | JC | Business Operations- Cambridge-Up date -First BusinessConference Call 12:00. First Business: Prep for Conference Call Conference Call Follow up with Owners and Cambridge Discussions with Brandon Wynne regarding the Savannah Operation. Discussions with Owners re: Operation Issues and First Business Reverse funds | 2.10 400.00/hr | 840.00 |
| | JC | Financing and Cash Collateral- Discussions  w/ Mike Wynne Jr-Payments/Cash availability Zoom Call with First Business and Owners to discuss Financing Follow up discussions with Management regarding financing moving forward Discussions re: Status of ACH's  Key Vendor Rent Payments and cash allocation. Verification of all  Direct and Committed ACH's and landlord Leases Verification of Landlord leases | 5.50 400.00/hr | 2,200.00 |
| | JC | UST Reports Meetings- Saul Ewing: Conference Call Update | 0.20 400.00/hr | 80.00 |
| 12/2/2025 | JC | Business Operations- Discussion w/ First Business re: Financial reports Verify Chase accounts post Petition and F Greek Bristol Letters of Credit | 0.80 400.00/hr | 320.00 |

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300
www.cambridgefinancialcorp.com

The Judge Organization DIP                                                                                     Page    2

| Date | Tkpr | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/2/2025 | JC | Financing and Cash Collateral Internal discussion : re Cash Flow Status; Cash availability Review ACH's paid Post Petition for November 15-30 Review First Business Schedule of accounts; Status of all Letters of Credit | 1.50 400.00/hr | 600.00 |
| | JC | UST Reports Meetings- Review bank records and AP consolidated for period 11/15-11/30 Establish Vendors paid 11/15-11/30 and data for MORs | 1.30 400.00/hr | 520.00 |
| | JC | Litigation -Contested Matters Notification from Prologus Legal Re: Back rent | 0.30 400.00/hr | 120.00 |
| | JC | Statements and Schedules- Prep data for Schedules and Statements due 12/20 | 0.30 400.00/hr | 120.00 |
| 12/3/2025 | NBJ | CASE ADMINISTRATION: review correspondences on submissions to Court/ review Court requirements on retention/ draft responses | 0.90 500.00/hr | 450.00 |
| | JC | Business Operations- Internal Business Update with Mazars Re: Financial Reports | 0.80 400.00/hr | 320.00 |
| | JC | Financing and Cash Collateral- Internal assessment of Cash availability Identify healthcare related vendors and monthly payments Post-petition Discuss with Owners cash Flow demand: cash reserves Review of Debut accounts; discuss hold all ACH's for review | 2.80 400.00/hr | 1,120.00 |
| | JC | UST Reports Meetings- Review and forward Cash Flow projection through 1/31/26 Request/review deposits and sales to First Business Post Petition | 1.00 400.00/hr | 400.00 |
| 12/4/2025 | JC | Business Operations- Internal Business update with Owners and Management Zoom call to discuss Union Obligations-Healthcare and other related costs Identify Prep Petition Union Debt and Options available to defer payments Discuss a motion to modify union agreement | 2.30 400.00/hr | 920.00 |
| | JC | Financing and Cash Collateral- Internal discussions re: current Deposits/ Cash availability Identify all vendor agreements and payment options post petition Reconciliation Chase accounts with all payments Discuss and Confirm w/ First Business 93% advanced rate | 2.30 400.00/hr | 920.00 |
| | JC | UST Reports Meetings- Prepare Financial reports for each entity pre and post petition | 0.50 400.00/hr | 200.00 |
| 12/5/2025 | JC | Financing and Cash Collateral- Internal discussions current Deposits/ cash availability Confirm/validate First Business DIP agreement: advance Rate; Reserve Funds Update data /cash flow / review | 1.50 400.00/hr | 600.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | The Judge Organization DIP | Page | 3 |
| | | payments post petition | | |
| 12/5/2025 | JC | Statements and Schedules- Work on Schedules and Statements due 12/20 | 0.50 400.00/hr | 200.00 |
| | JC | Business Operations- Internal Business Update; Status of Operating reports from Mazars Update and Download to Portal Operation completed data Zoom call with Saul Ewing/ Ownership status up | 2.00 400.00/hr | 800.00 |
| 12/8/2025 | NBJ | FEE APPLICATION:conferences on billing/ review Trustee correspondences/ draft responses related to fee application | 1.20 500.00/hr | 600.00 |
| | JC | Business Operations- Segment ACH/Vendor monthly committed payments by Entity Discuss w/ Mazars: completion date re: Financial reports due First Business Discuss with Owners Business up date-First Business | 2.50 400.00/hr | 1,000.00 |
| | JC | Financing and Cash Collateral- Internal discussions current  Deposits/ cash availability Verify Balances PET Chase accounts: Payroll/Money Mkt/Operating Acct | 1.50 400.00/hr | 600.00 |
| 12/9/2025 | JC | Business Operations- Review Status and schedule of Landlord payments Internal Business Update and review of operational issues Mazars; Financial reports status/review | 2.00 400.00/hr | 800.00 |
| | JC | Financing and Cash Collateral- Discuss release of Reserves and impact on payment plan Internal discussions  current  Deposits/ cash availability | 3.50 400.00/hr | 1,400.00 |
| 12/10/2025 | NBJ | FEE APPLICATION: review fee application/note changes | 0.50 500.00/hr | 250.00 |
| | JC | Business Operations-Resolve and discuss  Chase accounts availability post petition Review with counsel the status of the Bristol Facility Lease | 1.00 400.00/hr | 400.00 |
| | JC | Financing and Cash Collateral- Internal discussions current  Deposits/ cash availability Discuss with First Business deposits into DIP  Chase Accounts Reconciliation with respective Chase accounts Re: Payments Post Petition | 3.00 400.00/hr | 1,200.00 |



Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                                      Page    4

|            |     |                                                                                                                                                                                                                                                           | Hrs/Rate        | Amount   |
|------------|-----|-----|-----|-----|
| 12/10/2025 | JC  | UST Reports Meetings- Prepare data for MOR due 12/20 | 1.00 400.00/hr | 400.00 |
| 12/11/2025 | NBJ | CREDIT COMMITTEE ADMINISTRATION: conference w/attorney on list of information for UCC | 0.50 500.00/hr | 250.00 |
|            | JC  | Creditors Inquires- Inquire and discuss Status of Critical vendor payments; Trucking | 0.30 400.00/hr | 120.00 |
|            | JC  | Business Operations-Internal Business update with Owners and Management | 0.50 400.00/hr | 200.00 |
|            | JC  | Financing and Cash Collateral- Identify First Business Daily Purchase and Fundings for November Prepare data for each entity revenue and expenses for Post Petition Verify beginning AR for each entity on 11/17 Identify receipts from First Business for weeks ending 11/21 and 11/30 Internal discussions current Deposits/ cash availability | 2.80 400.00/hr | 1,120.00 |
|            | JC  | UST Reports Meetings- Identify payroll and Contract Owner Operator payments | 1.00 400.00/hr | 400.00 |
| 12/12/2025 | JC  | Business Operations- Internal Business update with Owners and Management Mazars: Status of Operation Financials for First Business | 1.00 400.00/hr | 400.00 |
|            | JC  | Creditors Inquires- Update on Trucking critical vendor payments | 0.50 400.00/hr | 200.00 |
|            | JC  | Financing and Cash Collateral- Internal discussions current Deposits/ cash availability for Post Petition 11/15-1130 for all entities Review cash flow projections and variances to 1/31/26 | 1.50 400.00/hr | 600.00 |
|            | JC  | UST Reports Meetings- Saul Ewing; Status Financials post petition Discuss with Counsel UST Reports and status Collect, verify and finalize detailed receipts and vendor payments | 2.50 400.00/hr | 1,000.00 |
| 12/14/2025 | JC  | Business Operations- Conference call w/ attorneys Re Union contract review obligations; 401K; Healthcare; Pension; Dues Filed Formal complaint regarding delinquent payments review current payments: Employee contributions | 1.00 400.00/hr | 400.00 |
| 12/15/2025 | NBJ | BUSINESS OPERATIONS: multiple conferences on operations w/ client/review correspondences on same | 1.50 500.00/hr | 750.00 |
|            | NBJ | BUSINESS OPERATIONS: UCC review correspondences on info requests/ draft responses/ conference w/FA UCC | 1.70 500.00/hr | 850.00 |



Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                                                                   Page    5

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/15/2025 | JC | Business Operations-Internal Business update with Owners and Management Discuss Bristol Lease status moving forward; Cost analysis; Discuss internally status of operational reports and performance | | 2.00 400.00/hr | 800.00 |
| | JC | Financing and Cash Collateral- Internal discussions current Deposits/ cash availability Review Cash Flow 11/30-1/31 | | 1.50 400.00/hr | 600.00 |
| | JC | Statements and Schedules- Prepare Schedules and Statements: D; H; E&F | | 1.00 400.00/hr | 400.00 |
| | JC | Committee Matters-Conference call with Dunbar-FA Credit Committee Set up separate data center: Mazars for UCC | | 1.00 400.00/hr | 400.00 |
| 12/16/2025 | JC | Financing and Cash Collateral- Internal discussions current Deposits/ cash availability Review First Business: Purchases-Receipts post petition Review Cash flow 12/01-1/31 | | 1.30 400.00/hr | 520.00 |
| | JC | Business Operations-Discuss with First Business: status of Reports/-Financials Internal Business update with Owners and Management Discuss with Counsel current Landlord Lease Options Confirm Union Payments: union Dues; Pension; 401K; Healthcare | | 1.50 400.00/hr | 600.00 |
| | JC | Fee -Employment Applications- Process SE Payment of 12,899.60 for 12/29 (27,150.99 against retainer) | | 0.30 400.00/hr | 120.00 |
| | JC | UST Reports Meetings-Saul Ewing Conference call: Data requests Report on Vendor Inquires and status | | 1.30 400.00/hr | 520.00 |
| | JC | Statements and Schedules-Schedules and Statements: D/ E&F | | 1.00 400.00/hr | 400.00 |
| | JC | Committee Matters-UCC requests fee budget of 175,000 1/31 in addition Conference call with UCC FA: revised Cash Flow Directed to cease loan payments : EIDL; AEC; Auxilior; Adjust Admin Fee forecast Note UST Fees: 35,951.86   .8% x Payments | | 1.30 400.00/hr | 520.00 |
| 12/17/2025 | JC | Business Operations-Internal Business update with Owners and Management | | 0.50 400.00/hr | 200.00 |
| | JC | Statements and Schedules- Discuss changes in IP Sav Contract : 50% trucking to port/WH | | 0.30 400.00/hr | 120.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                                                          Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/17/2025 | JC | Committee Matters- Schedules and Statements: D-E/F | 0.50 400.00/hr | 200.00 |
|  | JC | Financing and Cash Collateral- UCC accrual 25K/ week include in cash flow Discuss with First Business access to reserves; Pre-Post petition Internal discussions current Deposits/ cash availability Discuss Current payments Chassis contracts: Sav/ P Judge Discuss impact of Bristol -Prologus Facilities on cash flow Review all lease contracts: Landlords/Equipment/ Trailers/ Tractors/Chassis Discuss status of First Business: Reports-Reserve release | 1.80 400.00/hr | 720.00 |
|  | JC | UST Reports Meetings- Request from Assured Partners Loss Runs for Schedules Master Policy: Claim history; Policy History Saul Ewing: Status-Update on UST requests | 1.00 400.00/hr | 400.00 |
| 12/18/2025 | JC | Financing and Cash Collateral- Saul Ewing: Business status; cash Flow; UCC/ First Business Internal discussions current Deposits/ cash availability | 1.30 400.00/hr | 520.00 |
|  | JC | UST Reports Meetings- First Business: Purchases/Receipts Review MORs to be submitted to trustee 12/20 review response from Assured Partners: Loss Run for Schedule | 2.00 400.00/hr | 800.00 |
|  | JC | Statements & Schedules- Collect data to complete Schedule D Review current EIDL loan balance and terms | 0.80 400.00/hr | 320.00 |
| 12/19/2025 | JC | Creditor Inquires- AEC; Inquire on current status and payments | 0.20 400.00/hr | 80.00 |
|  | JC | Financing and Cash Collateral- First Business; Financial reports/receipts Internal discussions current Deposits/ cash availability | 0.50 400.00/hr | 200.00 |
|  | JC | Statements & Schedules Complete and Forward Schedule D | 0.50 400.00/hr | 200.00 |
|  | JC | UST Reports Meetings- Verify w/ Mazars current balances for secured lenders Review and discuss with Mazars re: MOR's adjustments | 1.80 400.00/hr | 720.00 |



Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                                                              Page    7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/20/2025 | JC | Financing and Cash Collateral- Internal discussions current Deposits/ cash availability | 0.30<br>400.00/hr | 120.00 |
|  | JC | Creditor Inquires-Confirm Seagis increase 1/1/26 CAM 7.2-13.9/mo XTRA Leasing: Status moving forward/Open invoices | 0.30<br>400.00/hr | 120.00 |
|  | JC | Statements & Schedules-Complete Schedule H and forward | 0.30<br>400.00/hr | 120.00 |
|  | JC | UST Reports Meetings- Verify current balances with secured lenders Verify vender payments 11/51-11/30 Confirm reviewed MOR's sent to Trustee Confirm updated schedule D forwarded; Schedule H; E&F Respond/coordinate w/ owners schedules required signatures | 2.30<br>400.00/hr | 920.00 |
| 12/22/2025 | NBJ | CASE ADMINISTRATION: review files on Auxilior/ multiple conferences on guarantees/ conference w/attorney on same/ draft correspondences to confirm | 1.70<br>500.00/hr | 850.00 |
| 12/23/2025 | NBJ | BUSINESS OPERATIONS: review financials on overall reorganization/ review leases Bristol, conference w/attorneys on UCC requests on plan | 1.60<br>500.00/hr | 800.00 |
|  | JC | Business Operations-Internal Business update with Owners and Management | 0.50<br>400.00/hr | 200.00 |
|  | JC | Financing and Cash Collateral- Review and discuss Mazars: Operating Financials Internal discussions current Deposits/ cash availability | 0.80<br>400.00/hr | 320.00 |
|  | JC | Creditor Inquires- Saul Ewing: First Insurance: Payments review First Insurance outstanding balance / committed payment plan | 1.00<br>400.00/hr | 400.00 |
|  | JC | Statements & Schedules- Review and Complete Schedule H : Loans/Creditors/Secured Loans | 1.40<br>400.00/hr | 560.00 |



Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                                                                Page    8

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/23/2025 | JC | UST Reports Meetings- Strategy Session with Counsel re: Business Plan moving forward Internal discussions :Conference call preparation | 1.30 400.00/hr | 520.00 |
| 12/24/2025 | JC | UST Reports Meetings- Saul Ewing: Required signature on submitted documents by Owners | 0.30 400.00/hr | 120.00 |
| | JC | Business Operations- Internal Business update with Owners and Management Discuss resolution of Bristol and Prologus facilities restructuring | 0.50 400.00/hr | 200.00 |
| | JC | Creditor Inquires- Confirm payment date RE: First Insurance 35,797.92 | 0.10 400.00/hr | 40.00 |
| | JC | Statements & Schedules-Confirm Schedules & Statements; MOR's were Reviewed and Approved by Owners | 0.20 400.00/hr | 80.00 |
| 12/29/2025 | JC | UST Reports Meetings- Coordinate required Document signatures by Owners | 0.30 400.00/hr | 120.00 |
| | JC | Financing and Cash Collateral- Internal discussions current Deposits/ cash availability | 0.20 400.00/hr | 80.00 |
| | JC | Committee Matters- Saul Ewing: Cash Flow forecast UCC anticipated payments | 0.20 400.00/hr | 80.00 |
| 12/30/2025 | JC | Financing and Cash Collateral- Internal discussions current Deposits/ cash availability Reconcile Financial Statements to First Business and include I in MOR'ss reconcile with Identify variances data by business unit by line of MOR : EDIL Interest Payments review projected cash flow re: 1/1 lease payments Verify projected billings 12/29-12/31-variances vs Cash flow forecast | 4.00 400.00/hr | 1,600.00 |
| 12/31/2025 | JC | Financing and Cash Collateral- Mike WynneJr: Projected Billings/Cash availability Correct data for each entity to reflect adjustments/ changes in monthly results; Review and confirm correct data for each entity Capture Actual / Mazars variances re: EDIL Interest | 3.50 400.00/hr | 1,400.00 |
| | | For professional services rendered | 105.20 | $43,300.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com