| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, Stephen B. Ravin:

   ☒ represent the Debtors in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On January 23, 2026, I sent a copy of the below via Federal Express Overnight Mail to the parties listed on the attached **Exhibit A** and via Regular Mail to the parties list on the attached **Exhibit B**:

   1. Debtors' Motion extending the deadline in which parties may file proofs of claim against the Debtors;
   2. Proposed Order ;
   3. Application to Shorten Time;

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57080405.1

    4. Signed and Entered Order Shortening Time.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>January 23, 2026</u>     <u>/s/ *Stephen B. Ravin*</u>
                                                             Signature

# EXHIBIT A

Robert Malone
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Kyle McEvilly
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Amanda R Simone
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Brett S. Theisen
Gibbons PC
One Gateway Center
Newark, NJ 07102-5310

American Express
PO Box 1270
Newark, NJ 07101

CAMBRIDGE FINANCIAL SERVICES
105 FIELDCREST AVENUE
SUITE 506
EDISON, NJ 08837

CIESA SHAHINIAN & GIANTOMASI PC
105 EISENHOWER PARKWAY
ROSELAND, NJ 07668
EAST COAST DOCK & DOOR
345 HIGHWAY 9 SOUTH
SUITE # 266
MANALAPAN, NJ 07726

F. GREEK BRISTOL PROPERTIES, L.P.
1 KIMBRELY ROAD SUITE 105
East Brunswick, NJ 08816

First Business Specialty Finance, LLC
2400 E DEVON AVE
SUITE 211
Des Plaines, IL 60018

GREENBAUM ROWE SMITH & DAVIS LLP
METRO CORPORATE CAMPUS ONE
PO BOX 5600
WOODBRIDGE, NJ 07095-0988

HARTZ ELIZABETH, INC.
225 BAY AVENUE
Elizabeth, NJ 07096-1515

INTEGRITY STAFFING SOLUTIONS
PO BOX 713870
PHILADELPHIA, PA 19171-3870

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

MASIS STAFFING
PO BOX 823473
Philadelphia, PA 19182

MURPHY SCHILLER & WILKES LLP
24 COMMERCE STREET 12TH FLOOR
Newark, NJ 07102

NORTH NJ TEAMSTERS BEN.PLAN
810 BELMONT AVE.
NORTH HALEDON,, NJ 07508

P JUDGE AND SONS
201 A EXPORT ST
PORT NEWARK, NJ 07114

PRIME PACKAGING CORP.
1290 METROPLOITAN AVENUE
BROOKLYN, NY 11237

Rreef American Reit II Corp.
PO BOX 209254
Austin, TX 78720-9254

STARPOINT PROTECTIVE SERVICES,
LLC PO BOX 217
UNION, NJ 07083

Seagis Est Rutherford LLC
One Meadowlands Plz.
Suite 800
East Rutherford, NJ 07073

WASTE MANAGEMENT OF N.J. INC
PO BOX 13648
WASTE MNGMT NEWARK MUNICIPAL
Philadelphia, PA 19101-3667

WASTE MANAGEMENT OF PA INC
WASTE MANAGEMENT NORTH
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

John S. Mairo, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102

United States Trustee
Office of the United States Trustee
for the District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102-5235

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

Laurie A. Martin Montplaisir
Krieg DeVault LLP
200 S. Wacker Drive Suite 600
Chicago, IL 60606

# EXHIBIT B

| | | |
|---|---|---|
| WILLIAMS SCOTSMAN, INC.<br>P.O. BOX 91975<br>CHICAGO, IL 60693-1975 | WASTE MANAGEMENT OF PA INC<br>WASTE MANAGEMENTNORTH<br>P.O. BOX 13648<br>PHILADELPHIA, PA 19101-3648 | WASTE MANAGEMENT OF N.J. INC<br>PO BOX 13648<br>WASTE MNGMT NEWARK MUNICIPAL<br>Philadelphia, PA 19101-3667 |
| VERIZON WIRELESS<br>P.O. BOX 489<br>NEWARK, NJ 07101-0489 | VERIZON<br>PO BOX 660748<br>DALLAS, TX 75266-0748 | Veola Water NJ<br>PAYMENT CENTER PO BOX 371804<br>Linwood, MA 01525-0000 |
| UNIFIRST<br>3499 RIDER TRAIL SOUTH<br>EARTH CITY, MO 63045-0000 | ULINE<br>PO BOX 88741<br>CHICAGO, IL 60680-1741 | TOSHIBA FINANCIAL SERVICES<br>PO BOX 790448<br>ST LOUIS, MO 63179-0448 |
| TEAMSTERS NATIONAL 401(K) SAVINGS PLAN<br>GEM GROUP FUND ADMINISTRATIO<br>1200 THREE GATEWAY CENTER<br>PITTSBURGH, PA 15222-0000 | TEAMSTERS LOCAL 11 PENSION FUND<br>810 BELMONT AVENUE<br>SUITE 100<br>NORTH HALEDON, NJ 07508-2396 | T-MOBILE<br>PO BOX 742596<br>CINCINNATI, OH 45274-2596 |
| SUNBELT RENTALS, INC.<br>PO BOX 409211<br>Atlanta, GA 30384-9211 | SUBURBAN PROPANE<br>PO BOX J<br>WHIPPANY, NJ 07981-0000 | STARPOINT PROTECTIVE SERVICES, LLC<br>PO BOX 217<br>UNION, NJ 07083-0000 |
| STAPLES BUSINESS ADVANTAGE<br>PO BOX 70242<br>PHILADELPHIA, PA 19176-0242 | SHRED-IT USA<br>28883 Network Place<br>Chicago, IL 60673-1288 | Seagis Est Rutherford LLC<br>One Meadowlands Plz.<br>Suite 800<br>East Rutherford, NJ 07073-0000 |
| SCOPELITIS, GARVIN, LIGHT & HANSON<br>10 WEST MARKET STREET<br>SUITE 1500<br>INDIANAPOLIS, IN 46204-0000 | SAFETYKLEEN CORP.<br>P.O. BOX 12349<br>COLUMBIA, SC 29211-2349 | RZ TECH PEST CONTROL<br>100 RYAN ST<br>BUILDING B SUITE 31<br>SOUTH PLAINFIELD, NJ 07080-0000 |
| Rreef American Reit II Corp.<br>PO BOX 209254<br>Austin, TX 78720-9254 | Renan Marquez<br>'1139 LOUISA ST 1ST<br>Elizabeth, NJ 07201-0000 | RENAISSANCE CAPITAL ALLIANCE<br>PO BOX 18065<br>COLUMBUS, OH 43218-0065 |
| PSE&G<br>P.O. Box 14104<br>New Brunswick, NJ 08906-4444 | PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 77202<br>MINNEAPOLIS, MN 55480-7200 | PRIME PACKAGING CORP.<br>1290 METROPLOITAN AVENUE<br>BROOKLYN, NY 11237-0000 |
| Pitney Bowes Global Financial<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | PINTO SERVICE, INC.<br>PO BOX 554744<br>DETROIT, MI 48255-4744 | PECO ENERGY<br>PO BOX 37629<br>PHILADELPHIA, PA 19101-0629 |

Pat Wynne
616 F Heritage Hills
Somers, NY 10589-0000

PASHMAN STEIN, PC
COURT PLAZA SOUTH
21 MAIN STREET, SUITE 200
HACKENSACK, NJ 07601-7054

PALLETS-R-US, INC.
555 WOODSIDE AVENUE
BELLPORT, NY 11713-0000


P JUDGE AND SONS
201 A EXPORT ST
PORT NEWARK, NJ 07114-0000

NORTH NJ TEAMSTERS BEN.PLAN
810 BELMONT AVE.
NORTH HALEDON,, NJ 07508-0000

NEWLANE FINANCE COMPANY
PO BOX 63044
NEWARK, NJ 07101-8065


NATURAL WIRELESS
60 SADDLE RIVER AVE, UNIT B
South Hackensack, NJ 07606-0000

MXMANIMON, SCOTLAND & BAUMANN, LLC
75 LIVINGSTONE AVENUE
Roseland, NJ 07068-0000

MURPHY SCHILLER & WILKES LLP
24 COMMERCE STREET 12TH FLOOR
Newark, NJ 07102-0000


Mike Morrow
316 PROSPECT AVE
Cranford, NJ 07016-0000

Michael Wynne, Jr.
'15 CHESTNUT ST
Tarrytown, NY 10591-0000

Michael Wynne
'616 F HERITAGE HILLS
Somers, NY 10589-0000


MCCABES EAST COAST FORKLIFTS LLC
221 CREEK ROAD
BELLWARW, NJ 08031-0000

MASIS STAFFING
PO BOX 823473
Philadelphia, PA 19182-0000

MARLIN LEASING CORPORATION
PO BOX 13604
PHILADELPHIA, PA 19101-3604


MANOR II ELECTRIC INC.
3 ARDSLEY COURT
Holmdel, NJ 07733-0000

LOUIS RODRIGUES
447 COLONIAL AVE
Union, NJ 07083-0000

LAROE, WINN, MOERMAN & DONOVAN
1250 CONNECTICUT AVENUE, NW
SUITE 200
WASHINGTON, DC 20036-0000


Kirk D. Moore
PO BOX 8152
Piscataway, NJ 08855-0000

KEY MATERIAL HANDLING
4606 THIRD AVENUE
BROOKLYN, NY 11220-0000

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017-0000


JOS. A MAJKA & SONS, INC.
PO BOX 783
CLIFTON, NJ 07015-0000

JOHNSON CONTROLS SECURITY SOLUTIONS
PO  BOX 371967
PITTSBURGH, PA 15250-7967

J.J. Keller & Associates Inc.
PO Box 735492
Chicago, IL 60673-5492


INTEGRITY STAFFING SOLUTIONS
PO BOX 713870
PHILADELPHIA, PA 19171-3870

HILL RIVLINS LLP
45 BROADWAY
SUITE 1500
NEW YORK, NY 10006-3793

HARTZ ELIZABETH, INC.
225 BAY AVENUE
Elizabeth, NJ 07096-1515


GREENBAUM ROWE SMITH & DAVIS LLP
METRO CORPORATE CAMPUS ONE
PO BOX 5600
WOODBRIDGE, NJ 07095-0988

GREATAMERICA FINANCIAL SVCS.
PO BOX 660831
Dallas, TX 75266-0000

FORTA, LLC
PO BOX 735324
CHICAGO, IL 60673-5324

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

F. GREEK BRISTOL PROPERTIES, L.P.
1 KIMBRELY ROAD SUITE 105
East Brunswick, NJ 08816-0000

F&S TIRE CORP., INC
58 BRUNSWICK AVENUE
EDISON, NJ 08817-0000

EASTERN LIFT TRUCK CO., INC.
P.O. BOX 307
MAPLE SHADE, NJ 08052-0000

EAST COAST DOCK & DOOR
345 HIGHWAY 9 SOUTH
SUITE # 266
MANALAPAN, NJ 07726-0000

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087-0000

CULLIGAN QUENCH
PO BOX 735777
DALLAS, TX 75373-5777

COMCAST
PO BOX 70219
PHILADELPHIA, PA 19176-0219

CIESA SHAHINIAN & GIANTOMASI PC
105 EISENHOWER PARKWAY
ROSELAND, NJ 70668-0000

CAMBRIDGE FINANCIAL SERVICES
105 FIELDCREST AVENUE
SUITE 506
EDISON, NJ 08837-0000

BRISTOL TOWNSHIP
BRISTOL TOWNSHIP BUILDING
2501 BATH ROAD
BRISTOL, PA 19007-0000

Brian A. Wynne
166 PINE HILL ROAD
Nashua, NH 03063-0000

Bob Kessler
'354 CHANTICLEER
Cherry Hill, NJ 08003-0000

BENEFIT TAX LINK
122 PARISH DRIVE
Wayne, NJ 07470-0000

BARCLAY BRAND FERDON
P.O. BOX 341
S. PLAINFIELD, NJ 07080-0000

AT&T Mobility
PO BOX 6463
Carol Stream, IL 60197-6463

ARGOS SOFTWARE
10275 W. HIGGINS ROAD
SUITE 250
ROSEMONT, IL 60018-0000

ANTHEM PROPANE EXCHANGE, LLC
PO BOX 981045
BOSTON, MA 02298-1045

ANGEL'S PAVING & CONCRETE CORP.
751 GREIR AVE
ELIZABETH, NJ 07202-0000

AMEX SHIPPING AGENT, INC
201A EXPORT STREET PORT
Newark, NJ 07114-0000

American Express
PO Box 1270
Newark, NJ 07101-0000

ADT SECURITY SYSTEMS, INC.
PO BOX 371967
PITTSBURGH, PA 15250-7967

A-1 QUALITY LOGISTICAL SOLUTIONS, LLC
3055 BLUE ROCK RD
Cincinnati, OH 45239-0000

First Business Specialty Finance, LLC
2400 E DEVON AVE
SUITE 211
Des Plaines, IL 60018-0000

Auxilior Capital Partners, Inc.
620 West Germantown Pike
Suite 450
Plymouth Meeting, PA 19462-0000

Advanced Energy Capital-Merchant
ONE METRO TECH CENTER NORTH
Brooklyn, NY 11201-0000

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S
Pmb 84356
New York, NY 10003-1502

Forvis Mazars, LLP
200 South Wood Avenue
Suite 125
Iselin, NJ 08830

Thomas Michael Walsh
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

Rebecca K. McDowell
Saldutti Law Group
1040 N. Kings Highway
Suite 100
Cherry Hill, NJ 08034

Thomas B. O'Connell
Saldutti Law Group
1040 Kings Highway N.
Suite 100
Cherry Hill, NJ 08034

David H. Stein
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 0709

Ilana Volkov
McGrail & Bensinger LLP
888-C 8th Avenue #107
New York, NY 10019

Seth Ptasiewicz
Kroll Heineman Ptasiewicz & Parsons, LLC
91 Fieldcrest Avenue
Suite 35
Edison, NJ 08837

FBT Gibbons
One Gateway Center
Newark, NJ 07102

John S. Mairo
Fbt Gibbons
One Gateway Center
Newark, NJ 07102

Robert Malone
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Kyle McEvilly
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Amanda R Simone
Gibbons P.C.
1 Gateway Center
Newark, NJ 07102

Brett S. Theisen
FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102

Fran B. Steele
U.S. Department of Justice
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102-5504