**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo, Esq.
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
Amanda R. Simone, Esq.
E-mail: jmairo@fbtgibbons.com
        rmalone@fbtgibbon.com
        btheisen@fbtgibbons.com
        kmcevilly@fbtgibbons.com
        arsimone@fbtgibbons.com

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,[1] | Case No. 25-22123 (JKS) |
| | (Jointly Administered) |
| Debtors | **Objection Deadline: February 2, 2026** |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PORT ELIZABETH TERMINAL & WAREHOUSE CORP., ET AL., FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, <u>EFFECTIVE AS OF DECEMBER 11, 2025</u>**

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**PLEASE TAKE NOTICE** that on January 26, 2026, the Official Committee of Unsecured Creditors filed the *Application of the Official Committee of Unsecured Creditors of Port Elizabeth Terminal & Warehouse Corp., et al. for Entry of an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor, Effective as of December 11, 2025* (the "Application") with the United States Bankruptcy Court for the District of New Jersey, M.L. King, Jr. Federal Bldg. & Courthouse, 3rd Floor, 50 Walnut Street, Newark, New Jersey 07102 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application, if any, are to be filed on or before **February 2, 2026**. At the same time, you must serve a copy of the response or objection on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that if any responses are timely filed in accordance with this Notice, a hearing on the Application will be held on **a date to be determined, if necessary,** before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, M.L. King, Jr. Federal Bldg. & Courthouse, 3rd Floor, 50 Walnut Street, Newark, New Jersey 07102.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: January 26, 2026<br>Newark, New Jersey | **FBT GIBBONS LLP**<br><br>*/s/ John S. Mairo*<br>John S. Mairo<br>Robert K. Malone<br>Brett S. Theisen<br>Kyle P. McEvilly<br>Amanda R. Simone |

One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
E-mail: jmairo@fbtgibbons.com
      rmalone@fbtgibbons.com
      btheisen@fbtgibbons.com
      kmcevilly@fbtgibbons.com
      arsimone@fbtgibbons.com

*Counsel for the Official*
*Committee of Unsecured Creditors*

3