**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
John S. Mairo, Esq.
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
Amanda R. Simone, Esq.
E-mail: jmairo@fbtgibbons.com
           rmalone@fbtgibbon.com
           btheisen@fbtgibbons.com
           kmcevilly@fbtgibbons.com
           arsimone@fbtgibbons.com

*Counsel for the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al*.,[1] | Case No. 25-22123 (JKS) |
| | (Jointly Administered) |
| Debtors | **Objection Deadline: February 2, 2026** |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF PORT ELIZABETH TERMINAL & WAREHOUSE CORP.,
ET AL., FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING
THE EMPLOYMENT AND RETENTION OF DUNDON ADVISERS LLC AS
<u>FINANCIAL ADVISOR, EFFECTIVE AS OF DECEMBER 11, 2025</u>**

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

3377842.1 119121-114792

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors") hereby submits its application (the "Application") for entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing and approving the employment and retention of Dundon Advisers LLC ("Dundon") as financial advisor to the Committee, effective as of December 11, 2025, pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"). In support of the Application, the Committee submits the *Declaration of Rick Wright* (the "Wright Declaration"), attached hereto as **Exhibit B**, and respectfully states as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1.

### Background

3. On November 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

4. On December 5, 2025, the Office of the United States Trustee for the District of

2

New Jersey (the "U.S. Trustee") appointed the Committee. The Committee selected FBT Gibbons LLP as its counsel on December 8, 2025 and Dundon Advisers, LLC as its financial advisor on December 11, 2025 (the "Retention Date").

## Relief Requested

5.     By this Application, the Committee seeks to retain and employ Dundon Advisers pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code to perform financial advisory services for the Committee in these chapter 11 cases, effective as of December 11, 2025.

## The Retention of Dundon Advisers is Warranted

6.     The Committee is familiar with the professional standing and reputation of Dundon Advisers. The Committee understands and recognizes that Dundon has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of debtors and creditors throughout the United States.

7.     The services of Dundon are necessary to enable the Committee to assess and monitor the efforts of the Debtors and their professional advisors to maximize the value of their estates and to reorganize successfully.  Further, Dundon is well-qualified and able to represent the Committee in a cost-effective, efficient, and timely manner.

1.     Dundon Advisers or its affiliate IslandDundon LLC acts or acted as financial advisor to: Official Committees of Unsecured Creditors of *1 Global* (SD FL), *Acorda Therapeutics* (SDNY), *Agera Energy* (SDNY), *Aequor Management* (ED TX), *Aerofarms* (Delaware), *AFM Mattress* (Delaware), *AfterShock Comics* (CD CA), *Alamo Drafthouse* (Delaware), *All American Oil and Gas* (WD TX), *Allegiance Coal* (Delaware), *Alpha Entertainment* (Delaware), *Alpha Media* (ED VA), *America's Gardening Resource* (Delaware), *American Virtual Cloud*

3

*Technologies* (Delaware), *Ample* (Southern District of Texas), *AmeriFirst* (Delaware), *AmeriMark* (Delaware), *Apple Tree Life Sciences* (Delaware), *Aralez Pharmaceuticals* (SDNY), *Automated Trucking* (MD FL), *Avant Gardner* (Delaware), *Aztec Shaeffer* (WD TX), *BeavEx* (Delaware), *Bela Flor* (ND TX), *Better Nutritionals* (CD CA), *Big Village* (Delaware), *Biolase* (Delaware), *BGP / Peltz Shoes* (MD FL), *Catona [CTN]* (Delaware), *Celadon* (Delaware), *Blink Fitness* (Delaware), *Car Toys* (WD WA), *Coach* (Delaware), *Comcar* (Delaware), *Danimer* (Delaware), *DCA Outdoor* (WD MO), *DMK Pharmaceuticals* (Delaware), *Dormify* (Delaware), *Eco-Stim* (SD TX), *Elite Equipment / Reliable Crane* (Montana), *Elite Limousine* (ED NY), *Endo International* (SDNY), *Excell* (ED NY), *FCI Sand* (ND TX), *First Mode* (Delaware), *Flagship Resorts* (New Jersey), *Fluid Market* (Delaware), *Food52* (Delaware), *Franks Theatres* (New Jersey), *Front Sight Management* (Nevada), *F-Start* (SD TX), *Fulcrum Sierra* (Delaware), *Fuse Media* (Delaware), *García Grain Trading* (SD TX), *Global Concessions* (ND GA), *Glostation USA* (CD CA), *Gold's Gym* (ND TX), *Goodrich Quality Theaters* (WD MI), *Ho Wan Kwok* (Connecticut), *Humanigen* (Delaware), *Hwy 55 [Little Mint]* (ED NC), (*HyreCar* (Delaware), *IG Design* (SD TX), *Impresa Aerospace* (Delaware), *In-Shape* (Delaware), *iPic* (Delaware), *iSun* (Delaware), *Ittella (Tattooed Chef)* (CD CA), *Jagged Peak/Trade Global* (Nevada), *Juno USA* (Delaware), *K&W Cafeterias* (MD NC), *KidKraft* (ND TX), *Lannett* (Delaware), *LaSalle Group* (ND TX), *LBI Media* (Delaware), *Loot Crate* (Delaware), *Lifesize* (SD TX), *Lucira Health* (Delaware), *Madison Square Boys & Girls Clubs* (SDNY), *Maines Paper & Food* (Delaware), *Mallinckrodt* (Delaware), *Matheson* (ED CA), *McClatchy* (SDNY), *MediaMath* (Delaware), *Meridian Restaurants* (Utah), *Miles Keller Trucking* (CD IL), *Mitchell Gold* (Delaware), *NewAge* (Delaware), *NG Purvis Farms* (ED VA), *Nogin* (Delaware), *Nova Shurline Wildcat* (Delaware), *Novan* (Delaware), *Omega Therapeutics* (Delaware), *Omnicare* (ND TX), *One Table* (Delaware), *Open Road Films*

4

(Delaware), *OYA Renewables* (Delaware), *Packable* (Delaware), *Pear Therapeutics* (Delaware), *Peer Street* (Delaware), *Pipeline Foods* (Delaware), *Planta [CHG US Holdings]* (Delaware), *Off Lease Only* (Delaware), *Out of the Gate* (Delaware), *Plastiq* (Delaware), *Platinum Corral* (ED NC), *Port Elizabeth* (New Jersey), *Professional Technical Security Services* (ND CA), *Proteus Heath* (Delaware), *Quanergy* (NJ), *Remnant Oil Company* (WD Texas), *Rive Gauche Television* (CD CA), *Rocking M Media* (Kansas), *Roman Catholic Diocese of Albany* (ND NY), *Rue 21 [2024]* (Delaware), *SIW Holdings* (Delaware), *Slidebelts* (ED CA), *South American Beef* (SD IA), *Structurlam* (Delaware), *Studio Movie Grill* (ND TX), *Sunergy* (ED CA), *Sungard Availability Services* (SD TX), *Supply Source* (Delaware), *Takeoff Technologies* (Delaware), *Tehum Care Services, Inc.* (SD TX), *TOMS King* (ND OH), *TPC Group* (Delaware), *Trinitas Farming* (ND CA), *UpHealth* (Delaware), *Valmiera Glass* (ND GA), *Vector Launch* (Delaware), *Video Corporation of America* (New Jersey), *Village Roadshow* (Delaware) *Volunteer Energy* (SD OH), *Wave Technologies* (ND CA), *Wellmade* (ND GA), *Wellpath* (SD TX), *Westlake Surgical* (WD TX), *Whittier Seafood* (Alaska), *Williams Industrial* (Delaware), *YogaWorks* (ND TX), *YouFit* (Delaware), *Zigi* (SDNY), and *Zynex* (SD TX), and the Ad Hoc Group of Equity Security Holders in *Clearside* (Delaware), the Ad Hoc Group of Unsecured Noteholders of Crown Capital Holdings (out of court, prior to the commencement of the issuers' Chapter 11 proceedings, in which IslandDundon LLC acts as debtor financial adviser), the Official Committee of Equity Interest Holders in *Eiger Biopharmaceuticals* (ND TX), the Ad Hoc Group of Consumer and Worker Litigation Claims in *Rite Aid* (SDNY), the Ad Hoc Group of Consumer and Worker Litigation Claimants in *Hertz* (Delaware), the Committee of Customers in *Lear Capital* (Delaware), the Official Committee of Tort Claimants in *PG&E* (ND CA), the Ad Hoc Group of Individual Victims in *Purdue* (SDNY), the Ad Hoc Group of Second Lien Bondholders in *CalPlant* (Delaware), the

5

Ad Hoc Group of Healthcare Providers in *American Physician Partners* (Delaware), the Official Committee of Unsecured Commercial Creditors of the *Roman Catholic Archdiocese of New Orleans* (ED LA), the Ad Hoc Group of Equity Security Holders in *RAIT* (Delaware), Ad Hoc Noteholder Group in *WOM* (Delaware), the Ad Hoc Noteholder Group in *Woodbridge Group of Companies* (Delaware), and the Ad Hoc Group of Equity Interest Holders in *Voyager* (SDNY). All of the foregoing are highly complex chapter 11 cases.

8. Dundon also provides direct services to debtors, individual creditors, and potential asset acquirors in many in-court and out-of-court restructuring proceedings; Dundon individual creditor clients have been appointed to scores of official committees of unsecured creditors in many districts since April 2016, and Dundon has taken an active role in the activities of many of those committees. Dundon regularly advises litigation trustees, liquidating trustees, trust administrators, and plan administrators appointed as part of the resolution of chapter 11 cases, and its senior employees regularly act as liquidating trustees, litigation trustees, trust administrators, plan administrators, members of advisory and supervisory bodies for such trustees and administrators, and independent directors or managers of corporations and companies presently or recently in financial distress. Dundon also provides financial advisory and investment management services in many non-bankruptcy contexts.

9. Leadership in these chapter 11 cases for Dundon will be provided by Managing Director, Rick Wright. The Committee's selection of Dundon as a financial advisor was based upon, among other things: (a) the Committee's need to retain a financial advisory firm to provide advice relevant to the scope of the Committee's mandate; (b) Dundon Advisers' senior professionals' extensive experience and excellent reputation in providing financial advisory services in chapter 11 cases such as these chapter 11 cases.

6

10. The Committee determined that Dundon brought a unique blend of case-specific knowledge, relevant experience, and expertise. The Committee believes that Dundon proposed compensation structure is competitive, appropriate, and reasonable in the context of these chapter 11 cases.

**Scope of Services**

11. Dundon Advisers has and, to the extent necessary, will continue to provide such financial advisory services to the Committee as the Committee deems appropriate and feasible in order to advise the Committee in the course of these chapter 11 cases, including, but not limited to, the following:

- Assist in the analysis, review, and monitoring of the restructuring process, including, but not limited to, an assessment of the unsecured claims pool and potential recoveries for unsecured creditors;

- Develop a complete understanding of the Debtors' businesses and their valuations;

- Determine whether there are viable alternative paths for the disposition of the Debtors' assets from those currently or in the future proposed by any Debtor;

- Monitor and, to the extent appropriate, assist the Debtors in efforts to develop and solicit transactions that would support unsecured creditor recovery;

- Assist the Committee in identifying, valuing, and pursuing estate causes of action, including, but not limited to, relating to prepetition transactions, control person liability, and lender liability;

- Assist the Committee to analyze, classify and address claims against the Debtors and to participate effectively in any effort in these chapter 11 cases to estimate (in any formal or informal sense) contingent, unliquidated, and disputed claims;

- Assist the Committee to identify, preserve, value, and monetize tax assets of the Debtors, if any;

- Advise the Committee in negotiations with the Debtors, certain of the Debtors' lenders, and third parties;

- Assist the Committee in reviewing the Debtors' financial reports;

- Assist the Committee in reviewing the Debtors' cost/benefit analysis with respect

7

- to the assumption or rejection of various executory contracts and leases;

- Review and provide analysis of the present and any subsequently proposed Debtor-in-Possession financing or use of cash collateral;

- Assist the Committee in evaluating and analyzing avoidance actions, including fraudulent conveyances and preferential transfers;

- Assist the Committee in investigating alleged encumbrances upon assets ;

- Review and provide analysis of any proposed disclosure statement and chapter 11 plan and, if appropriate, assist the Committee in developing an alternative chapter 11 plan;

- Attend meetings and assist in discussions with the Committee, the Debtors, the secured lenders, the U.S. Trustee and other parties in interest and professionals;

- Present at meetings of the Committee, as well as meetings with other key stakeholders and parties;

- Perform such other advisory services for the Committee as may be necessary or proper in these proceedings, subject to the aforementioned scope; and

- Provide testimony on behalf of the Committee as and when may be deemed appropriate.

## Professional Compensation

12. Section 328(a) of the Bankruptcy Code provides, in relevant part, that a committee appointed under Bankruptcy Code section 1102 "with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

13. Subject to the Court's approval, and in accordance with Bankruptcy Code section 328(a), Dundon proposes to render its services on an hourly fee basis as follows:

| Rank | Standard Hourly Rate |
|---|---|
| Principal | $1,090 |
| Managing Director and Senior Adviser | $960 |
| Senior Director | $850 |
| Director | $755 |

8

| | |
|---|---|
| Associate Director | $650 |
| Senior Associate | $495 |
| Associate: | $350 |

14. Dundon will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger, and telephone charges. Dundon will charge for these expenses at rates consistent with or discounted to charges made to other Dundon clients and subject to the guidelines of the U.S. Trustee.

15. Dundon will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services described above, in accordance with applicable rules and guidelines.

16. In light of the foregoing, the Committee believes that Dundon's fee structure is reasonable, market-based, and designed to fairly compensate Dundon for its work in these chapter 11 cases.

**Disinterestedness; Lack of Adverse Interest**

17. To the best of the Committee's knowledge and based on the Wright Declaration, the Committee submits that Dundon is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14). The Committee submits that Dundon currently neither holds nor represents any interest adverse to the Debtors' estates or the Committee, except as set forth in the Wright Declaration. Further, except as set forth in the Wright Declaration, Dundon has no connection with any Debtors, creditor, other party-in-interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

18. Dundon will not, while employed by the Committee, advise any other entity having an adverse interest in connection with these chapter 11 cases.

19. The Committee has been informed that Dundon and its members are conducting an ongoing review of their respective files to ensure that no disqualifying circumstances arise. To the extent that Dundon discovers any connection with any interested party or enters into any new relationship with any interested party, Dundon will promptly supplement its disclosure to the Court.

**Request for Approval of Retention of Dundon Advisers Effective as of the Retention Date**

20. The Committee submits that the employment of Dundon Advisers on the terms and conditions set forth herein is in the best interests of the Committee and its constituency. The Committee requests that Dundon retention be made effective as of December 11, 2025, in order to allow Dundon to be compensated for the work it performed for the Committee as of and following the date it was retained, subject to the Court's consideration and approval of this Application. Due to the size and complex nature of these chapter 11 cases, as well as the expedited schedule occasioned by the Debtors seeking relief during the early stages of these chapter 11 cases, there was an immediate need for Dundon to perform services for the Committee upon its retention and prior to the Court's consideration and approval of this Application. Immediately upon the selection of Dundon as financial advisor to the Committee on the Retention Date, Dundon turned its attention to urgent matters including, but not limited to, addressing a variety of issues relating to the debtors proposed debtor in possession financing. This has caused some delay (as did the holiday season) in filing this Application. Dundon submits that under the circumstances, retroactive approval of retention to December 11, 2025, is warranted.

**Statement Regarding U.S. Trustee Guidelines**

21. In accordance with the U.S. Trustee Guidelines, Dundon Advisers shall apply for compensation for professional services rendered and reimbursement of expenses incurred in

10

connection with these chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Dundon also intends to make every effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with this Application and the interim and final applications to be filed by Dundon in these chapter 11 cases.

## Notice

22. Copies of the within Application have been provided to counsel for the Debtors, Saul Ewing LLP, Attn: Stephen B. Ravin, Turner Falk, And Maxwell M. Hanamirian, and the Office of the United Sates Trustee for Region Three, Attn: David Gerardi and Fran B. Steele, via Electronic mail and all other parties having formally requested notice via the Count's CM/ECF system. The Committee respectfully submits that, in light of the nature of the relief requested, no further notice is necessary or required.

## No Prior Request

23. No previous application for the relief requested herein has been made to this or any other court.

**WHEREFORE**, the Committee respectfully requests entry of an order substantially in the form attached hereto as **Exhibit A**, authorizing the Committee to employ and retain Dundon Advisers as financial advisor to the Committee, effective as of December 11, 2025, and granting such other and further relief as is just and proper.

Dated: January 26, 2026

**The Official Committee of Unsecured Creditors Port Elizabeth Terminal & Warehouse Corp., et al.**

By: <u>*/s/ Mike Mandell*</u>
    solely in his capacity as Chairperson