# **EXHIBIT** B

**Wright Declaration**

13

**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
John S. Mairo, Esq.
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
Amanda R. Simone, Esq.
E-mail: jmairo@fbtgibbons.com
          rmalone@fbtgibbon.com
          btheisen@fbtgibbons.com
          kmcevilly@fbtgibbons.com
          arsimone@fbtgibbons.com

*Counsel for the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al*.,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**DECLARATION OF RICK WRIGHT IN SUPPORT OF APPLICATION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
PORT ELIZABETH TERMINAL & WAREHOUSE CORP., ET AL., FOR ENTRY
OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND
RETENTION OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR,
<u>EFFECTIVE AS OF DECEMBER 11, 2025</u>**

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**RICK WRIGHT**, of full age, under penalty of perjury, hereby declares as follows:

2.      I am a Managing Director with Dundon Advisers LLC ("Dundon"), which is a financial advisory firm with its principal office located at Ten Bank Street, Suite 1100, White Plains, New York 10606. I submit this declaration (this "Declaration") in connection with, and in support of, the *Application of the Official Committee of Unsecured Creditors of Port Elizabeth Terminal & Warehouse Corp., et al., for Entry of an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor, Effective as of December 11, 2025* (the "Application")

3.      Subject to this Court's approval, Dundon proposes to provide financial services to the Official Committee of Unsecured Creditors (the ''Committee'') of the above-captioned debtors (the "Debtors"), at the rates approved by the Court, in compliance with sections 328(a) and 1103 of the Bankruptcy Code, and to provide disclosure required under Rules 2014(a) and 2016(a) of the Federal Rules of Bankruptcy Procedures (the ''Bankruptcy Rules'').  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

4.      Dundon is well qualified and able to represent the Committee in a cost effective and efficient manner.  Among the reasons Dundon was selected as financial advisor includes our extensive experience advising committees in the largest and most complex chapter 11 cases.  Dundon's restructuring team is focused, first and foremost, on official committee engagements in chapter 11 cases.

5.      Immediately upon the selection of Dundon as financial advisor to the Committee on the Retention Date, Dundon turned its attention to urgent matters including, but not limited to, addressing a variety of issues relating to the debtors proposed debtor in possession financing.  This has caused some delay (as did the holiday season) in filing this Application.  Dundon submits that under the circumstances, retroactive approval of retention to December 11, 2025, is warranted.

6.     Dundon has successfully advised official committees of creditors and equity security holders and debtors in many prominent and complex bankruptcy cases throughout the country.

7.     Dundon is a financial advisory firm whose professionals' experience with distressed assets and the bankruptcy process goes back to the 1990s. Dundon Advisers or its affiliate IslandDundon LLC acts or acted as financial advisor to: Official Committees of Unsecured Creditors of *1 Global* (SD FL), *Acorda Therapeutics* (SDNY), *Agera Energy* (SDNY), *Aequor Management* (ED TX), *Aerofarms* (Delaware), *AFM Mattress* (Delaware), *AfterShock Comics* (CD CA), *Alamo Drafthouse* (Delaware), *All American Oil and Gas* (WD TX), *Allegiance Coal* (Delaware), *Alpha Entertainment* (Delaware), *Alpha Media* (ED VA), *America's Gardening Resource* (Delaware), *American Virtual Cloud Technologies* (Delaware), *Ample* (Southern District of Texas), *AmeriFirst* (Delaware), *AmeriMark* (Delaware), *Apple Tree Life Sciences* (Delaware), *Aralez Pharmaceuticals* (SDNY), *Automated Trucking* (MD FL), *Avant Gardner* (Delaware), *Aztec Shaeffer* (WD TX), *BeavEx* (Delaware), *Bela Flor* (ND TX), *Better Nutritionals* (CD CA), *Big Village* (Delaware), *Biolase* (Delaware), *BGP / Peltz Shoes* (MD FL), *Catona [CTN]* (Delaware), *Celadon* (Delaware), *Blink Fitness* (Delaware), *Car Toys* (WD WA), *Coach* (Delaware), *Comcar* (Delaware), *Danimer* (Delaware), *DCA Outdoor* (WD MO), *DMK Pharmaceuticals* (Delaware), *Dormify* (Delaware), *Eco-Stim* (SD TX), *Elite Equipment / Reliable Crane* (Montana), *Elite Limousine* (ED NY), *Endo International* (SDNY), *Excell* (ED NY), *FCI Sand* (ND TX), *First Mode* (Delaware), *Flagship Resorts* (New Jersey), *Fluid Market* (Delaware), *Food52* (Delaware), *Franks Theatres* (New Jersey), *Front Sight Management* (Nevada), *F-Start* (SD TX), *Fulcrum Sierra* (Delaware), *Fuse Media* (Delaware), *García Grain Trading* (SD TX), *Global Concessions* (ND GA), *Glostation USA* (CD CA), *Gold's Gym* (ND TX), *Goodrich Quality*

3

*Theaters* (WD MI), *Ho Wan Kwok* (Connecticut), *Humanigen* (Delaware), *Hwy 55 [Little Mint]* (ED NC), (*HyreCar* (Delaware), *IG Design* (SD TX), *Impresa Aerospace* (Delaware), *In-Shape* (Delaware), *iPic* (Delaware), *iSun* (Delaware), *Ittella (Tattooed Chef)* (CD CA), *Jagged Peak/Trade Global* (Nevada), *Juno USA* (Delaware), *K&W Cafeterias* (MD NC), *KidKraft* (ND TX), *Lannett* (Delaware), *LaSalle Group* (ND TX), *LBI Media* (Delaware), *Loot Crate* (Delaware), *Lifesize* (SD TX), *Lucira Health* (Delaware), *Madison Square Boys & Girls Clubs* (SDNY), *Maines Paper & Food* (Delaware), *Mallinckrodt* (Delaware), *Matheson* (ED CA), *McClatchy* (SDNY), *MediaMath* (Delaware), *Meridian Restaurants* (Utah), *Miles Keller Trucking* (CD IL), *Mitchell Gold* (Delaware), *NewAge* (Delaware), *NG Purvis Farms* (ED VA), *Nogin* (Delaware), *Nova Shurline Wildcat* (Delaware), *Novan* (Delaware), *Omega Therapeutics* (Delaware), *Omnicare* (ND TX), *One Table* (Delaware), *Open Road Films* (Delaware), *OYA Renewables* (Delaware), *Packable* (Delaware), *Pear Therapeutics* (Delaware), *Peer Street* (Delaware), *Pipeline Foods* (Delaware), *Planta [CHG US Holdings]* (Delaware), *Off Lease Only* (Delaware), *Out of the Gate* (Delaware), *Plastiq* (Delaware), *Platinum Corral* (ED NC), *Port Elizabeth* (New Jersey), *Professional Technical Security Services* (ND CA), *Proteus Heath* (Delaware), *Quanergy* (NJ), *Remnant Oil Company* (WD Texas), *Rive Gauche Television* (CD CA), *Rocking M Media* (Kansas), *Roman Catholic Diocese of Albany* (ND NY), *Rue 21* [2024] (Delaware), *SIW Holdings* (Delaware), *Slidebelts* (ED CA), *South American Beef* (SD IA), *Structurlam* (Delaware), *Studio Movie Grill* (ND TX), *Sunergy* (ED CA), *Sungard Availability Services* (SD TX), *Supply Source* (Delaware), *Takeoff Technologies* (Delaware), *Tehum Care Services, Inc.* (SD TX), *TOMS King* (ND OH), *TPC Group* (Delaware), *Trinitas Farming* (ND CA), *UpHealth* (Delaware), *Valmiera Glass* (ND GA), *Vector Launch* (Delaware), *Video Corporation of America* (New Jersey), *Village Roadshow* (Delaware) *Volunteer Energy* (SD OH), *Wave Technologies* (ND CA), *Wellmade* (ND

4

GA), *Wellpath* (SD TX), *Westlake Surgical* (WD TX), *Whittier Seafood* (Alaska), *Williams Industrial* (Delaware), *YogaWorks* (ND TX), *YouFit* (Delaware), *Zigi* (SDNY), and *Zynex* (SD TX), and the Ad Hoc Group of Equity Security Holders in *Clearside* (Delaware), the Ad Hoc Group of Unsecured Noteholders of Crown Capital Holdings (out of court, prior to the commencement of the issuers' Chapter 11 proceedings, in which IslandDundon LLC acts as debtor financial adviser), the Official Committee of Equity Interest Holders in *Eiger Biopharmaceuticals* (ND TX), the Ad Hoc Group of Consumer and Worker Litigation Claims in *Rite Aid* (SDNY), the Ad Hoc Group of Consumer and Worker Litigation Claimants in *Hertz* (Delaware), the Committee of Customers in *Lear Capital* (Delaware), the Official Committee of Tort Claimants in *PG&E* (ND CA), the Ad Hoc Group of Individual Victims in *Purdue* (SDNY), the Ad Hoc Group of Second Lien Bondholders in *CalPlant* (Delaware), the Ad Hoc Group of Healthcare Providers in *American Physician Partners* (Delaware), the Official Committee of Unsecured Commercial Creditors of the *Roman Catholic Archdiocese of New Orleans* (ED LA), the Ad Hoc Group of Equity Security Holders in *RAIT* (Delaware), Ad Hoc Noteholder Group in *WOM* (Delaware), the Ad Hoc Noteholder Group in *Woodbridge Group of Companies* (Delaware), and the Ad Hoc Group of Equity Interest Holders in *Voyager* (SDNY). All of the foregoing are highly complex chapter 11 cases.

8. Dundon also provides direct services to debtors, individual creditors, and potential asset acquirors in many in-court and out-of-court restructuring proceedings; Dundon's individual creditor clients have been appointed to scores of official committees of unsecured creditors in many districts since April 2016, and Dundon has taken an active role in the activities of many of those committees. Dundon regularly advises litigation trustees, liquidating trustees, trust administrators, and plan administrators appointed as part of the resolution of chapter 11 cases, and

5

its senior employees regularly act as liquidating trustees, litigation trustees, trust administrators, plan administrators, members of advisory and supervisory bodies for such trustees and administrators, and independent directors or managers of corporations and companies presently or recently in financial distress. Dundon also provides financial advisory and investment management services in many non-bankruptcy contexts.

9. The list of interested case parties is attached hereto as **Schedule 1**. Based upon my review of the results of the connections check, to the best of my knowledge after diligent inquiry, neither Dundon, nor any member of Dundon, nor any professionals employed by Dundon, has any "connection," as such term is used in Bankruptcy Rule 2014, with the Debtors herein, their creditors, any other party-in-interest herein, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, or other parties set forth on **Schedule 1** except as follows:

    a. Dundon receives payment card and travel services from American Express in the ordinary course of their respective businesses;

    b. Dundon receives payment card services from JP Morgan Chase in the ordinary course of their respective businesses;

    c. Dundon receives courier and printing services from FedEx in the ordinary course of their respective businesses; and

    d. Dundon receives telecommunications services from T-Mobile in the ordinary course of their respective businesses.

10. If Dundon discovers any information that is contrary to or pertinent to the statements made herein, Dundon will promptly disclose such information to the Court by filing and serving a supplemental declaration.

11. For the reasons stated herein, based on the conflicts search conducted to date and described here, to the best of my knowledge Dundon is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and as used in section 328(c) of the Bankruptcy

Code, and does not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity holders of the Debtors.

12.  Subject to this Court's approval, and in accordance with section 330(a) of the Bankruptcy Code and any orders of the Court, Dundon will charge for its professional services as financial advisor to the Committee on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered, and for its actual, reasonable and necessary out-of-pocket disbursements incurred in connection therewith.

13.  Dundon's standard hourly rates are:

| Rank | Standard Hourly Rate |
| --- | --- |
| Principal | $1,090 |
| Managing Director and Senior Adviser | $960 |
| Senior Director | $850 |
| Director | $755 |
| Associate Director | $650 |
| Senior Associate | $495 |
| Associate: | $350 |

14.  The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Dundon intends to provide notice to the Debtors, the Committee, and the U.S. Trustee before implementing any increases in Dundon's rates for professionals working on the chapter 11 cases.

15.  In addition to the fees described above, Dundon will bill for all out-of-pocket expenses reasonably incurred by Dundon in connection with the matters contemplated by this Application.

16.  Dundon has not agreed to share (a) any compensation it may receive with another party or person, other than professionals of Dundon or (b) any compensation another person or party has received or may receive in connection with these Cases.

17.  Dundon has not received a retainer in connection with these Cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on : January 26, 2026                                          */s/ Rick Wright*
                                                                        Rick Wright

## **SCHEDULE 1**

**List of Potentially Interested Parties**

222 HEAVY INC.
A-1 QUALITY LOGISTICAL SOLUTIONS, LLC
AA CAMPOS TRUCKING CORP
ADT SECURITY SYSTEMS INC
ADT SECURITY SYSTEMS, INC.
AIG Home-Bristol
A'Jay DeLosAngeles
Aleeya Tanksley
ALEXANDER B SMITH
ALEXANDER ROSSO
Amber Eckman
American Express
AMEX SHIPPING AGENT, INC
Amex Shipping Agent, Inc.
AMPARBENG CORPORATION
Andrew J. Castles
ANGEL'S PAVING & CONCRETE CORP.
ANTHEM PROPANE EXCHANGE, LLC
Anthony L Nixon
Anthony Pugh
Anthony Stone
Antonio Cortes
ARGOS SOFTWARE
Armando A. Molina
ATLANTIC INDUSTRIAL SUPPLY
ATLANTIC WASTE SERVICES
ATTITUDE TRUCKING LLC
AT&T MOBILITY
AVENEL TRUCK & EQUIPMENT
A WILLIAMS TRUCKING LLC
BARBARA JUDGE
BENEFIT TAX LINK
BENJAMIN AMERSON
Benjamin F Amerson
Bernardino Arbaiza
BERNARD WILLIAMS
BESTPASS, INC.
BIG DOG TRUCKING LLC
BOB KESSLER
BRANDON WYNNE
BRETON TRANSPORT LLC
Brian A. Wynne
BRIAN GRUENHAGEN
BRIAN WYNNE
BRISTOL TOWNSHIP
Bruno Marques
B'S EXPRESS TRUCKING LLC
CALI CARTING INC
CAMBRIDGE FINANCIAL SERVICES
CaRhonda Albertie
Carl F Sarlo
CARLOS BRETON
C&C MAINTENANCE
C. DENTE TOWING & TRUCKING INC.
Cedric Eady
CELTIC LOGISTICS, INC.
CENTURY BOOKKEEPING LLC
CENTURY FINANCE LLC
Charles Lamont Bostic
CHARLES OBENG
Charles R Hartman
CHIESA SHAHINIAN & GIANTOMASI PC
Christopher Cepeda
Christopher king
CIESA SHAHINIAN & GIANTOMASI PC
CINTAS #237
CLEARWAVE FIBER
COBB XPRESS LLC
Colin McKeon
COMCAST
CONSOLIDATED CHASSIS MANAGEMENT LLC
COYLE STRAPPING & SUPPLY INC.
Cristobal Mata Flores
CULLIGAN QUENCH
CUSTOM BANDAG INC.
CUSTOM BANDAG, INC.
CUTHBERT TRUCKING LLC
Daniel P. Wynne
Danilo E Martinez
DE LAGE LANDEN FINANCAIL SERVICES, INC.
DE LAGE LANDEN FINANCIAL SERVICES, INC.
DEREK S HOOD
Derwood L Grant
DeShante N Blidge
DEVION JACKSON
DIEGO TRANSPORT LLC
Dilfredo Lorente
Dionosio Hernandez
DIRECT CHASSISLINK
DIRECT CHASSISLINK INC.
DMFAT TRUCKING CORP
DONALD MCIVER

Donald P Hawkins
Dorian Edmond
DUB TRUCKING
EAST COAST DOCK & DOOR
EASTERN LIFT TRUCK CO., INC
EASTERN LIFT TRUCK CO., INC.
EDDIE BOYKIN TRUCKING, LLC
Edgar E Hempfleng
EDWINS EXPRESS LLC
ELECTRONIC FUNDS SOURCE
ELIN J RODRIGUEZ
Eliseu J Dos Santos
ELLIS PAINTER RATTERREE & ADAMS LLP
Erin E Judge
Erin L Cook
EUGENE R WASHINGTON LLC
EXPRESS EMPLOYMENT PROFESSIONALS
Fallon Grant
FARAON ENTERPRISES LLC
FEDEX
Felix Ramon Diaz
Fernando J Dias
Fernando Salinas
F. GREEK BRISTOL PROPERTIES, L.P.
Fredrick Dwayne Cobbs
Gabriel F Tavares
Gary Brown
Gary J Cooper
GENERAL FORKLIFT COMPANY, INC.
GENWORTH LIFE AND ANNUITY
GEORGIA POWER
Gerald Harmon
Geronimo Jimenez
GIL TRUCKING
GIO TRANSPORT
GIVENS LEGACY LLC
GLC Jersey City
GLC Jersey City LLC
Glenn R Gary
Greek Real Estate Properties
GREENBAUM ROWE SMITH & DAVIS LLP
Griselle Vasquez
GURMEL SINGH
GUSTAVO O ROMERO
H2 EXPRESS TRANSPORT, LLC
HALE TRAILER BRAKE & WHEEL, INC.
Hartz
Hartz-Bay Ave
HECTOR L HIDALGO
Henry E Diekman
HIGHROLLERS TRANSPORT LLC
Hill Rivkins LLP
HILL RIVLINS LLP
HIRERIGHT SOLUTIONS INC.
HYG FINANCIAL SERVICES, INC
INTEGRITY STAFFING SOLUTIONS
INTEGRITY STAFFING SOLUTIONS, INC.
INTELLASIGHT LLC
INTELLASIGHT LLC.
ISNETWORLD
Jack Callahan
Jamal C Williams
JAMES D BUGAM TRANSPORTATION LLC
Jason H Mann
JEFFREY CATANIA
Jenna L Roberts
JIMENEZ ORGANIZATION LLC
J.J.KELLER & ASSOCIATES
J.J. Keller & Associates Inc.
J.J. KELLER & ASSOCIATES, INC.
J&N TRANSPORT LLC
Joan Franov
JOHNNY ICEMAN TRUCKING
Jonathan Ortega
Jorge Cabrera
JOS. A MAJKA & SONS, INC.
Jose Antonio Benavides
Jose A. Sorto
Jose E Amaya
Jose Martinez
Jose M Hernandez
Jose P Amaya
Joseph Casseus
Joseph Manning Rowland
JOSEPH ROWLAND
JOSE YAMUCA
JPMORGAN CHASE BANK , N.A.
JPMORGAN CHASE BANK N.A.
JR WILLIAMS EXPRESS INC
JSC TRANSPORT LLC
Juan A Estevez
Judes E Hills Jr.
Judge Logistics
Judge Logistics LLC
JUDGE WAREHOUSING, LLC

2

| | |
|---|---|
| JULIAN BOXILL | Moses B Easter |
| Julian Escalera | MURPHY SCHILLER & WILKES LLP |
| JUMELLES TRUCKING LLC | Mustafa Cuttino |
| JUNO TRUCKING LLC | NATURAL WIRELESS |
| KARAM SINGH | NAVITAS CREDIT CORP |
| KCTE, LLC | NAVITAS CREDIT CORP. |
| KD SABOU LLC | Nicomedes Cabrera |
| KEY MATERIAL HANDLING | NJ ASAP HAULING LLC |
| KIM TAPLEY | N. JERSEY TRAILER & TRUCK |
| Kirk D Moore | NJ E-ZPASS VIOLATION PROC. CTR |
| KIRK MOORE | NJ EZ-PASS VIOLATION PROC. CTR |
| KRISHNA R. PHAGOO | NJ MOTOR VEHICLE COMMISSION |
| LAROE, WINN, MOERMAN & DONOVAN | NORFOLK SOUTHERN RAILWAY |
| Laura L Chessher | NORTHEAST GREAT DANE |
| Laura L Hunt | NORTH NJ TEAMSTERS BEN.PLAN |
| Leah R Jackson | NYC DEPARTMENT OF FINANCE |
| LI HAULING INC | OCCUPATIONAL HEALTH CENTERS OF GEORGIA |
| LOCKMAN LLC | |
| LOGISTICS ONE TRANSPORT, INC | OCCUPATIONAL HEALTH CENTERS OF NEW JERSEY |
| Louis L Reese | |
| LOUIS RODRIGUES | |
| Luis Miguel Rodrigues | ONTARIO CREDIT CORPORATION |
| LYNN HUNT | ORKIN EXTERMINATING CO |
| MANOR II ELECTRIC INC | OUATT TRANSPORTATION LLC |
| Marcial Rosa Orellana | OVERSEAS LOGISTICS CORPORATION |
| Marcus Allen | PALLETS-R-US, INC. |
| Marcus Robinson | Pamela Shelepets |
| MATERIAL HANDLING INC. | PASHMAN STEIN, PC |
| MATERIAL HANDLING, INC. | PATRICK JUDGE IV |
| Max Antonio Campos Diaz | Patrick M Corbo |
| MAYA ROFMAN | PATRICK WYNNE |
| MAZARS USA LLP | Pearly J. Whitehall |
| MAZA TRANSPORT LLC | PECO ENERGY |
| MCCABES EAST COAST FORKLIFTS LLC | PEGUERO EXPORT CARGO LLC |
| MCMANIMON, SCOTLAND & BAUMANN, LLC | PELON TRUCKING LLC |
| | PINTO SERVICE, INC. |
| MEDITERRANEAN SHIPPING COMPANY | P. Judge and Sons, Inc. |
| METRO HYDRAULIC JACK CO | P JUDGE AND SONS LLC |
| METRO HYDRAULIC JACK CO. | POKEMAN TRANSPORT LLC |
| M H DAS TRUCKING LLC | Port Elizabeth Terminal and Warehouse Corp. |
| Michael A Fenimore | PRIME LUBE INC |
| MICHAEL D JACKSON | PRIME PACKAGING CORP. |
| MICHAEL J CAHOON | PRIME TIME AUTO TRANSPORT LLC |
| MICHAEL WYNNE | Principal Life Insurance Co |
| MICHAEL WYNNE JR | Prologis Logistics Real Estate |
| Miguel Tamayo | Prologis Logistics Real Estate & Supply Chain |
| Milestone Equipment | PROLOGIS, L.P. |
| MILESTONE EQUIPMENT COMPANY | PSE&G Co |

| | |
|---|---|
| QUICK BASE JUNKIE | Sterling Beauchamp |
| Rafael H Gomez | STEVEN BURROWS |
| RamQuip Solutions | Steven E Burrows |
| RELIANCE PARTNERS | Steven Jackson |
| RELIANCE PARTNERS LLC | Stevon D Barnes |
| Renaissance Capital Alliance | Strickland Propane Inc. |
| RENAN MARQUEZ | SUBURBAN PROPANE |
| Renan O. Marquez | SUPERIOR DISTRIBUTORS |
| Reynold Isidor | Taariq Scott |
| RICHARD BROGAN | TEAMSTERS LOCAL 11 PENSION FUND |
| Richard E Walker | TEAMSTERS NATIONAL 401(K |
| Richard Prellwitz | The Judge Organization LLC |
| RICHIE'S TIRE SERVICE | Tiffany Sicco |
| Rigoberto Guevara | Timothie Conover |
| Robert A Tighe | T-MOBILE |
| ROBERT KESSLER | TNJ CONSTRUCTION SVC LLC |
| Roberto M Orellana | TOLLS BY MAIL |
| Robin H Wynne | Torres V Berrien |
| Ronald Clerge | TOSHIBA BUSINESS SOLUTIONS |
| Ronald M Marczak | TOSHIBA FINANCIAL SERVICES |
| Ronald S. Fourre | TOSHIBA GREATAMERICA FINANCIAL SVCS |
| RON FOURRE | |
| Rosalina Colon | TRAC INTERMODAL |
| Rosemarie A Smith | TRAC LEASE INC. |
| Rose Marie Wilson | TRAILER DOCTOR SERVICES INC. |
| Rreef American Reit II Corp. | Trailer Tire Repair LLC |
| RREEF AMERICA REIT CORP YYY | TRANSFORCE |
| Rubain Desrosiers | TRANSPORTATION INSURANCE ADVISORS LLC |
| RYDER TRANSPORTATION SERVICES | |
| RYDER TRANSPORTATION SVCS | |
| RZ TECH PEST CONTROL | TREND INTERMODAL CHASSIS LEASING LLC |
| SADDLE BROOK LIFT TRUCK LLC | |
| SAFETYKLEEN CORP. | TRIANGLE CONSULTING GROUP |
| SANTANA JR TRANSPORT LLC | TROY CARRIER LLC |
| Santiago M Fregoso | ULINE |
| Santos Guevara | UNIFIRST CORPORATION |
| SCOPELITIS, GARVIN, LIGHT & HANSON | UNIFRIST CORPORATION |
| SEAGIS EAST RUTHERFORD LLC | UNISHIPPERS |
| Seagis Est Rutherford LLC | US HAULING INC |
| Shelton Hills | VECTOR SECURITY |
| Sherri L Lowe | Verizon |
| SHREDIT NEWARK | Verizon wireless |
| Shy'Dericka Copeland | VICTOR REYES |
| SOS Tire & Auto | WALTHALL OIL COMPANY |
| SOUTHERN TIRE MART | Warehouse Rentals |
| STAPLES BUSINESS ADVANTAGE | WAREHOUSE REPAIR SOLUTIONS LLC |
| STARPOINT PROTECTIVE SERVICES, LLC | WASTE MANAGEMENT OF N.J. INC |
| STATE OF NEW JERSEY | WEISER LLP |

4

| | |
|---|---|
| WEISERMAZARS LLP | Yancey Bros. Co |
| WELLS CARGO EXPRESS LLC | YOUNG KIM |
| WIELLINGTON PERZ | Yvonne Sharper |
| William A Martinez | ZM TRUCKING LLC |
| WILLIAMS SCOTSMAN, INC. | |
| WNJ TRUCKING CORP | |
| XCELLENT TRUCKING | |
| Yakema Marlin | |

5