# **EXHIBIT A**

## **Retention Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
Proposed Counsel to the Debtors and Debtors in Possession

Order Filed on December 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,
               Debtors.

Case No.: 25-22123-JKS

Chapter: 11

Judge: John K. Sherwood

ORDER AUTHORIZING RETENTION OF

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. EFFECTIVE AS OF NOVEMBER 14, 2025

The relief set forth on the following page is **ORDERED**.

DATED: December 9, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>Scopelitis, Garvin, Light, Hanson & Feary, P.C.</u>
as <u>      Special Counsel to the Debtors      </u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: <u>30 West Monroe Street, Suite 1600</u>
   <u>Chicago, IL 60603</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is November 14, 2025.

*rev.8/1/15*

2