# **EXHIBIT C**

## **Detail Time Entries by Category**

57066690.3

# Scopelitis
### Garvin Light Hanson & Feary

Please reference
INVOICE #
with remittance.

Accounting Office
10 West Market Street, Suite 1400
Indianapolis, IN  46204
Phone: (317) 492-9350

**Port Elizabeth Terminal & Warehouse**
**Mariam Khoudari**
**13 Manor Road**
**East Rutherford, NJ 07073**

January 9, 2026
Invoice #:  584957
Client Code:  CH0409
Matter Code:  00010
Billed Through:  12/31/25

_Matter_    00010    **Special Counsel Advice - Employee Benefits and Pensions**

## _PROFESSIONAL SERVICES_

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/25 | DJV | Review and analysis of list of arbitrators for grievance brought by union; e-mail to NJ Dept. of Labor ranking approved arbitrators. | 1.50 @ | $625.00/hr | $937.50 |
| 12/04/25 | DJV | Review and analysis of demand from Fund counsel, including initial Pay Order from Bankruptcy Court; confer with counsel and client. | 1.20 @ | $625.00/hr | $750.00 |
| 12/05/25 | DJV | Exchange correspondence with Union/Fund counsel regarding CBA discussions. | 0.20 @ | $625.00/hr | $125.00 |
| 12/08/25 | DJV | Preparation for and participation in calls with bankruptcy counsel and union/fund counsel regarding contract, monies owed and other issues; telephone conference with client representatives. | 1.30 @ | $625.00/hr | $812.50 |
| 12/09/25 | DJV | Review and analysis of monthly remittance reports; telephone conference with client, representatives; correspondence to Fund counsel. | 0.50 @ | $625.00/hr | $312.50 |
| 12/12/25 | DJV | Receive and review correspondence from M. Wynne forwarding newest grievance from union; review CBA and information request from Union. | 0.40 @ | $625.00/hr | $250.00 |
| 12/14/25 | DJV | Review planned payment to union and benefit funds; conference call with bankruptcy team to align strategy moving forward. | 0.60 @ | $625.00/hr | $375.00 |
| 12/15/25 | DJV | Numerous telephone conferences regarding payments to Welfare Fund, Pension and Union; receive and review e-mail from opposing counsel outlining issues to be addressed; gather information and respond to opposing counsel. | 2.30 @ | $625.00/hr | $1,437.50 |
| 12/16/25 | DJV | Further exchange of correspondence regarding payments to Benefit Funds and Union; receive | 0.40 @ | $625.00/hr | $250.00 |

| | Port Elizabeth Terminal & Warehouse | | | | Page: 2 |
|---|---|---|---|---|---|
| | Invoice #: 584957 | | | | Client #: CH0409 |

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and review payment advice. | | | |
| 12/18/25 | DJV | Telephone conference with M. Wynne regarding various union issues; exchange e-mail correspondence. | 0.30 @ | $625.00/hr | $187.50 |
| 12/23/25 | DJV | Numerous telephone calls with client representatives regarding latest union issues; receive latest grievance and resolve issue. | 0.40 @ | $625.00/hr | $250.00 |
| 12/29/25 | DJV | Receive and review witness statements regarding workplace threats; conference with client representatives regarding course of action to take. | 0.60 @ | $625.00/hr | $375.00 |
| 12/30/25 | DJV | Exchange correspondence regarding insurance reimbursement; briefly review CBA. | 0.30 @ | $625.00/hr | $187.50 |
| | | **Total Professional Services** | | | **$6,250.00** |

*TIMEKEEPER SUMMARY FOR THIS MATTER*

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Vogel, Donald J. | 10.00 @ | $625.00/hr | $6,250.00 |
| | **Total Professional Services** | | **$6,250.00** |

Matter Credit Balance Total:         $5,370.41

*INVOICE SUMMARY*

| | | |
|---|---|---|
| Total Professional Services | $ | 6,250.00 |
| **Total of New Charges for this Invoice** | **$** | **6,250.00** |

**Port Elizabeth Terminal & Warehouse**  **Page: 3**
**Invoice #:  584957**  **Client #: CH0409**

<u>**OUTSTANDING INVOICE DETAIL AS OF:  01/09/26**</u>

| **Invoice** | **Date** | **Original Amount** | **Payments/Credits** | **Amount Due** |
|---|---|---|---|---|
| 583816 | 12/11/25 | 2,125.00 | 0.00 | $2,125.00 |
|  | **TOTALS** | **2,125.00** | **0.00** | **$2,125.00** |

| | |
|---|---|
| **TOTAL PRIOR DUE BALANCE** | $2,125.00 |
| **TOTAL CURRENT INVOICE** | $6,250.00 |
| **TOTAL AMOUNT DUE** | $ 8,375.00 |

Services In California Provided By Scopelitis, Garvin, Light, Hanson & Feary, LLP
Services In Michigan Provided By Scopelitis, Garvin, Light, Hanson & Feary, PLLC
All Other Services Provided By Scopelitis, Garvin, Light, Hanson & Feary, PC

**PAYMENT IS DUE UPON RECEIPT IN U.S. DOLLARS.  A FINANCE CHARGE WILL BE ASSESSED AT THE RATE OF 1.0% PER MONTH (APR 12%) ON ANY BALANCE UNPAID AFTER 30 DAYS.YOU MAY REMIT PAYMENT ONLINE AT WWW.SCOPELITIS.COM/PAYMENTS**