## EXHIBIT B

## Declaration of Charles J. Wilkes

57066715.2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:  stephen.ravin@saul.com <br>          turner.falk@saul.com <br>          maxwell.hanamirian@saul.com <br><br> *Counsel to the Debtors and Debtors in Possession* | |
| In re: <br><br> PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, <br><br> Debtors.<sup>1</sup> | Chapter 11 <br><br> Case No. 25-22123 (JKS) <br><br> (Jointly Administered) |

## DECLARATION OF CHARLES J. WILKES

1. I am a Partner in the firm of Murphy Schiller & Wilkes LLP ("**Murphy**"), which serves as special counsel to the debtors and debtors-in-possession (the "**Debtors**").

2. I have read the foregoing second monthly fee statement of Murphy for allowance of compensation and reimbursement of expenses for the period from December 1, 2025 through December 31, 2025 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57066715.2

3. There is no agreement or understanding between Murphy and any other person for a division of compensation as Debtors' counsel and no previous compensation has been shared by Murphy.

4. No division prohibited by the Bankruptcy Code will be made by Murphy.

5. No agreement prohibited by Title 18, Section 155 has been made.

Dated: January 27, 2026

/s/ Charles J. Wilkes
CHARLES J. WILKES

2

57066715.2