## **EXHIBIT C**

## **Detail Time Entries by Category**

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 12/31/2025
**Invoice #:** 17406
**Matter:** US One Trucking Inc.
**File #:** 3711

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 01/09/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2025 | SCC | B110-B110-Case Administration<br>Communicate with counsel for tenant regarding discovery needed and timing for exchange of written responses and depositions. | 0.50 | $450.00 | $225.00 |
| 12/03/2025 | BF | B250-Real Estate<br>Call with US 1's attorney re discovery and depositions. | 0.20 | $450.00 | $90.00 |
| 12/04/2025 | JNC | B250-Real Estate<br>Reviewing and indexing discovery to be produced and drafting interrogatories | 6.30 | $350.00 | $2,205.00 |
| 12/05/2025 | JNC | B250-Real Estate<br>Additional review for response to interrogatories | 0.50 | $350.00 | $175.00 |
| 12/10/2025 | CJW | B110-Case Administration<br>Review case status; provide update to accountants. | 0.50 | $450.00 | $225.00 |
| 12/15/2025 | JNC | L310-Written Discovery<br>Review and edit draft responses to interrogatories for partner's review | 4.00 | $350.00 | $1,400.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/26/2025 | SRM | Reviewed discovery end date notice and prepared calendar invite for same. | 0.20 | $175.00 | $35.00 |
| 12/29/2025 | JNC | Editing and finalizing responses to interrogatories | 0.20 | $350.00 | $70.00 |
| 12/30/2025 | JNC | Editing and finalizing responses to interrogatories | 0.70 | $350.00 | $245.00 |

|  | | |
|---|---|---|
| **For professional services rendered** | **13.10** | **$4,670.00** |

|  |  |
|---|---|
| **Invoice Amount** | **$4,670.00** |
| **Remaining Balance** | **$4,670.00** |
| **Retainer Balance (as of 01/09/2026)** | **$0.00** |

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Brant Forrest | 0.20 | $450.00 | $90.00 |
| Charles Wilkes | 0.50 | $450.00 | $225.00 |
| Jacqueline Candella | 11.70 | $350.00 | $4,095.00 |
| Sean Callahan | 0.50 | $450.00 | $225.00 |
| Stephanie McLeish | 0.20 | $175.00 | $35.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 12/31/2025
**Invoice #:** 17409
**Matter:** Pride Express, Inc.
**File #:** 00728

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 01/09/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2025 | CJW | B110-Case Administration<br>Review case status; provide update to accountants. | 0.50 | $425.00 | $212.50 |
| | | **For professional services rendered** | **0.50** | | **$212.50** |

| | |
|---|---|
| **Invoice Amount** | **$212.50** |
| **Remaining Balance** | **$212.50** |

|  | Retainer Balance (as of 01/09/2026) | $0.00 |
|---|---|---|

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 0.50 | $425.00 | $212.50 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 12/31/2025
**Invoice #:** 17408
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 01/09/2026 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2025 | CJW | B110-Case Administration<br>Review case status; provide update to accountants. | 0.50 | $450.00 | $225.00 |
| 12/10/2025 | SCC | B110-B110-Case Administration<br>Communicate with proposed mediator and counsel for tenant regarding setting matter for formal mediation as well as consideration of alternate mediators; research availability of same. | 1.20 | $450.00 | $540.00 |
| 12/19/2025 | SCC | L120-Analysis/Strategy<br>Communicate with tenant's counsel regarding initiating settlement discussions; review pleadings, invoices, contract, arbitration awards and prior correspondence to establish settlement range. | 2.30 | $450.00 | $1,035.00 |
| 12/23/2025 | SCC | B110-B110-Case Administration<br>Communicate with proposed mediator regarding January dates. | 0.40 | $450.00 | $180.00 |
| 12/23/2025 | SCC | B110-B110-Case Administration<br>Communicate with counsel for former tenant regarding | 0.30 | $450.00 | $135.00 |

possibility of informal resolution just between parties.

|  | | |
|---|---|---|
| **For professional services rendered** | 4.70 | $2,115.00 |
| **Invoice Amount** | | $2,115.00 |
| **Remaining Balance** | | $2,115.00 |
| **Retainer Balance (as of 01/09/2026)** | | $0.00 |

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 0.50 | $450.00 | $225.00 |
| Sean Callahan | 4.20 | $450.00 | $1,890.00 |