**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
John S. Mairo, Esq.
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
Amanda R. Simone, Esq.
E-mail: jmairo@fbtgibbons.com
         rmalone@fbtgibbons.com
         btheisen@fbtgibbons.com
         kmcevilly@fbtgibbons.com
         arsimone@fbtgibbons.com

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF SERVICE**

      I, **JOHN S. MAIRO**, of full age, under penalty of perjury, hereby certifies as follows:

      1.    I am an attorney-at-law of the State of New Jersey and a Partner at the law firm of FBT Gibbons LLP ("FBT Gibbons"), counsel to the Official Committee of Unsecured Creditors, in the above-captioned Bankruptcy Cases.

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

2. On January 26, 2026, a true and correct copy of the *Application of the Official Committee of Unsecured Creditors of Port Elizabeth Terminal & Warehouse Corp., et al. for Entry of an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor, Effective as of December 11, 2025* [ECF No. 139] (the "Application") was served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings.

3. On January 27, 2026, I caused the foregoing documents to be served upon the parties listed on **Exhibit A** via Electronic Mail.

4. Also, on January 27, 2026, a true and correct copy of the Application was served upon the party listed on **Exhibit B** via Regular First-Class Mail.

I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 27, 2026
Newark, New Jersey

/s/ John S. Mairo
John S. Mairo
**FBT Gibbons LLP**

## EXHIBIT A

Turner Falk
**Saul Ewing LLP**
1735 Market Street
34th Floor
Philadelphia, PA 19103
215-972-8415
Email: turner.falk@saul.com

Stephen B. Ravin
**Saul Ewing LLP**
One Riverfront Plaza
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
973-286-6714
Fax : 973-286-6800
Email: sravin@saul.com

*Counsel to the Debtors*

David Gerardi
DOJ-Ust
U.S. Department of Justice
**Office of the U.S. Trustee**
One Newark Center, Ste 2100
Newark, NJ 07102
973-645-3014
Email: david.gerardi@usdoj.gov

Fran B. Steele
U.S. Department of Justice
**Office of the US Trustee**
One Newark Center
Suite 2100
Newark, NJ 07102-5504
(973) 645-3014
Fax : (973) 645-5993
Email: Fran.B.Steele@usdoj.gov

*U.S. Trustee*

## EXHIBIT B

| | |
|---|---|
| Maxwell M. Hanamirian<br>**Saul Ewing LLP**<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186 | **Amex Shipping Agent, Inc.**<br>**P. Judge & Sons, Inc.**<br>13 Manor Road<br>East Rutherford, NJ 07073 |
| **Murphy Schiller & Wilkes LLP**<br>One Gateway Center<br>Suite 4200<br>Newark, NJ 07102 | **Judge Warehousing, LLC**<br>**The Judge Organization, LLC**<br>**P. Judge & Sons Trucking, LLC**<br>400 Expansion Blvd<br>Port Wentworth, GA 31407 |
| *Counsel to the Debtors* | *Debtors* |