| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esq.<br>Turner N. Falk, Esq.<br>Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br>            maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Order Filed on January 28, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                          Debtors.[1] | |

## ORDER GRANTING DEBTORS' MOTION TO REDACT CUSTOMER INFORMATION IN THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, MONTHLY OPERATING REPORTS, AND ANY OTHER APPLICABLE FILINGS

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: January 28, 2026

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

Page 2
Debtors:   Port Elizabeth Terminal & Warehouse Corp., *et al.*
Case No.   25-22123 (JKS)
Caption:   ORDER GRANTING DEBTORS' MOTION TO REDACT CUSTOMER INFORMATION IN THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, MONTHLY OPERATING REPORTS, AND ANY OTHER APPLICABLE FILINGS

AND NOW, upon consideration of the Debtors' Motion (the "**Motion**")[2] for entry of an order (this "**Order**") (a) authorizing the Debtors to redact the Customer Information in the Debtors' schedules and statements of financial affairs, the Debtors' monthly operating statements, and any filings with the Court or made publicly available in these chapter 11 cases *nunc pro tunc* to the date of the filing of the original chapter 11 petitions, (b) directing that the Customer Information remain redacted and confidential and not be made available to anyone, until otherwise directed by the Court, and (c) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that sufficient cause exists for the relief set forth herein; and this Court having found that the Debtor's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor it is hereby ORDERED and DECREED as follows:

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

56955197.5

Page 3

| | |
|---|---|
| Debtors: | Port Elizabeth Terminal & Warehouse Corp., *et al.* |
| Case No. | 25-22123 (JKS) |
| Caption: | ORDER GRANTING DEBTORS' MOTION TO REDACT CUSTOMER INFORMATION IN THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, MONTHLY OPERATING REPORTS, AND ANY OTHER APPLICABLE FILINGS |

☐   ORDERED that Debtors are authorized, on an interim basis, pursuant to section 107(b) of the Bankruptcy Code, to redact the names, addresses, and email addresses of their customers from any filings with the Court or made publicly available in these chapter 11 cases *nunc pro tunc* to the date of the filing of the original chapter 11 petitions; provided, however, that the U.S. Trustee reserves all rights with respect to such redactions at a hearing regarding confirmation of a chapter 11 plan, or thereafter, or in connection with a conversion of the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code or a dismissal of the chapter 11 cases.

56955197.5