# EXHIBIT B

## Declaration of Sofia Cordero

57118334.1

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:  stephen.ravin@saul.com <br>             turner.falk@saul.com <br>             maxwell.hanamirian@saul.com <br><br> *Counsel to the Debtors and Debtors in Possession* | Chapter 11 <br><br> Case No. 25-22123 (JKS) <br><br> (Jointly Administered) |
| In re: <br><br> PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, <br><br>                           Debtors.[1] | |

## DECLARATION OF SOFIA CORDERO

1.     I am a partner in the firm of Forvis Mazars, LLP ("**Mazars**"), which serves as account to the debtors and debtors-in-possession (the "**Debtors**").

2.     I have read the foregoing second monthly fee statement of Mazars for allowance of compensation and reimbursement of expenses for the period from December 1, 2025 through December 31, 2025 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

---

[1]     The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57118334.1

3.   There is no agreement or understanding between Mazars and any other person for a division of compensation as Debtors' accountant and no previous compensation has been shared by Mazars.

4.   No division prohibited by the Bankruptcy Code will be made by Mazars.

5.   No agreement prohibited by Title 18, Section 155 has been made.

Dated: January 29, 2026

/s/ Sofia Cordero

Sofia Cordero

2

57118334.1