**THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| **In re:** Port Elizabeth Terminal & Warehouse Corp. | **Applicant**: FBT Gibbons LLP |
| **Case No.** 25-22123 (JKS) | **Client**: Official Committee of Unsecured Trade Creditors |
| **Chapter** 11 | **Case Filed**: November 14, 2025 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

RETENTION ORDER ATTACHED

**FIRST MONTHLY FEE STATEMENT OF FBT GIBBONS LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD OF DECEMBER 8, 2025 THROUGH DECEMBER 31, 2025**

**SECTION 1 — FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | N/A | N/A |
| TOTAL FEE ALLOWED TO DATE | N/A | N/A |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL HOLDBACK (IF APPLICABLE) | N/A | N/A |
| TOTAL RECEIVED BY FBT GIBBONS LLP | N/A | N/A |

| NAME | TITLE | YEAR OF FIRST ADMISSION | HOURS BILLED | RATE | FEES BILLED |
|---|---|---|---|---|---|
| John S. Mairo | Partner | 1994 | 21.9 | $1,025.00 | $22,4447.50 |
| Brett Theisen | Partner | 2011 | 4.7 | $850.00 | $3,995.00 |
| Kyle P. McEvilly | Sr. Associate | 2021 | 19.9 | $525.00 | $10,447.00 |
| Amanda R. Simone | Associate | 2024 | 6.3 | $425.00 | $2,677.50 |
| Edna N. Munera | Paralegal | N/A | 5.1 | $340.00 | $1,734.00 |
| | | **TOTALS:** | **57.90** | | **$41,301.50** |

| | |
|---|---|
| **Fee Totals:** | $41,301.50 |
| **Disbursement Total:** | $43.90 |
| **Total Fee Application:** | $41,345.40 |
| **Minus Holdback (20% of Fees)** | $8,260.30 |
| **Total Amount Sought in Monthly Fee Statement:** | **$33,085.10** |

## SECTION II — SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **a)  Asset Analysis and Recovery**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 2.5 | $1,862.50 |
| **b)  Asset Disposition**<br>Sales, leases, abandonment and related transaction work related to asset disposition. | | |
| **c)  Assumption and Rejection of Leases and Contracts**<br>Analysis of leases and executory contracts and preparation of motions specifically to assume or reject. | | |
| **d)  Avoidance Action Analysis**<br>Review of potential avoiding actions under Sections 544549 of the Code to determine whether adversary proceedings are warranted. | | |
| **e)  Budgeting (Case)**<br>Preparation, negotiation, and amendment to budgets for applicant. | | |
| **f)  Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 2 | $2,050.00 |
| **g)  Case Administration**<br>Coordination and compliance activities not specifically covered by another category. | 9 | $5,644.00 |
| **h)  Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowances of claims. | 0.2 | $85.00 |
| **i)  Corporate Governance and Board Matters**<br>Preparation for and attendance at Board of Directors meetings; analysis and advice regarding corporate governance issues, including trustee, examiner, and CRO issues; review and preparation of corporate documents (e.g., articles and bylaws, etc.). | | |
| **j)  Employee Benefits and Pensions**<br>Review and preparation related to employee and retiree benefit issues, including compensation, bonuses, severance, insurance benefits, and 401K, pensions or other retirement plans. | | |
| **k)  Employment and Fee Applications**<br>Preparation of employment and fee applications for self or others; motions to establish interim procedures. | 4.9 | $1,890.00 |
| **1)  Employment and Fee Application Objections**<br>Review of and objections to the employment and fee applications of others. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **m) Fact Investigation/Development** <br> Gather, analyze, and verify facts and documents. | 1.8 | $955.00 |
| **n) Financing and Cash Collateral** <br> Matters under sections 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 22.4 | $16,882.50 |
| **o) Litigation** <br> Contested matters and adversary proceedings (not otherwise within a specific project category), each identified separately by caption and adversary number, or title of motion or application and docket number, and using the Uniform Task Based Management System ("UTBMS") Litigation Task Code Set. | | |
| **p) Meetings and Communications with Creditors** <br> Preparation for and attendance at section 341(a) meeting and any other meetings with creditors and creditors' committees. | 15.1 | $11,932.50 |
| **q) Non-Working Travel[2]** <br> Non-working travel where the court reimburses at less than full hourly rates. | | |
| **r) Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims. | | |
| **s) Real Estate** <br> Review and analysis of real estate-related matters, including purchase agreements and lease provisions (e.g., common area maintenance clauses). | | |
| **t) Relief from Stay and Adequate Protection** <br> Matters relating to termination or continuation of automatic stay under 11 U.S.C. § 362 and motions for adequate protection under 11 U.S.C. § 361. | | |
| **u) Reporting** <br> Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities; contact with the United States Trustee not included in other categories. | | |
| **v) Tax** <br> Analysis of tax issues and preparation of federal and state tax returns. | | |
| **w) Valuation** <br> Appraise or review appraisals of assets. | | |
| **SERVICES TOTAL:** | **57.9** | **$41,301.50** |

---

[2] Non-working travel is billed at a 50% discount.

## SECTION III — SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **a)  Filing/Court Fees** <br> Payable to Clerk of Court. | |
| **b)  Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | |
| **c)  Legal Research - Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | $43.90 |
| **d)  Fax (with rates)** <br> No. of Pages ____ Rate per Page ____ (Max. $1.00/pg.) | |
| **e)  Case Specific Telephone / Conference Call Charges** <br> Exclusive of overhead charges. | |
| **f)  In-House Reproduction Services** <br> Exclusive of overhead charges. | |
| **g)  Outside Reproduction Services** <br> Exclusive of overhead charges. | |
| **h)  Outside Reproduction Services** <br> Including scanning services. | |
| **i)  Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| **j)  Court Reporting / Deposition Services** <br> Transcripts. | |
| **k)  Travel** <br> Mileage, rolls, airfare and parking. | |
| **l)  Courier & Express Carriers** <br> Overnight and personal delivery | |
| **m)  Postage** | |
| **n)  Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | **$43.90** |

**Monthly No.:** __1__          **Interim No.:**          **Final:**

## SECTION IV - CASE HISTORY

(1) Date Case Filed: November 14, 2025

(2) Chapter Under Which Case Commenced: Chapter 11

(3) Date of Retention: January 21, 2026, effective as of December 8, 2025.  *See* **Exhibit A**.

   If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in Brief the Benefits to the Estate and Attach Supplements as Needed:

   (a) The Applicant furthered the goals of the Creditors' Committee, by, among other things, coordinating meetings with Creditors' Committee members and professionals regarding case strategy and Creditors' Committee work streams, and attending meetings with Debtors' counsel.

   (b) The Applicant prepared for and held weekly meetings with the Creditors' Committee to keep the Creditors' Committee informed on case developments and ongoing issues. The Applicant prepared periodic email updates for the Creditors' Committee as well. The Applicant also continued to draft and negotiate the Creditors' Committee bylaws.

   (c) The Applicant prepared the retention application for FBT Gibbons LLP, including preparation of disclosures therein.

   (d) The Applicant analyzed the Debtors' request for post-petition financing, conducted and analyzed legal research regarding same, and negotiated with the Debtors and lender regarding same, including providing comments to the second interim order approving same.

   (e) The Applicant expended time on activities relating to case strategy and the day-to-day management of the Chapter 11 Cases, including monitoring critical dates and maintaining a case calendar and task lists.

   (f) The applicant rendered all other services set forth on the invoice attached hereto as **Exhibit B**.

(5) Anticipated Distribution to Creditors:

   (a) <u>Administrative Expenses</u>: Unknown at this time.

   (b) <u>Secured Creditors</u>: Unknown at this time.

   (c) <u>Priority Creditors</u>: Unknown at this time.

     (d)  <u>General Unsecured Creditors</u>: Unknown at this time.

(6) Final Disposition of Case and Percentage of Dividend Paid to Creditors (if applicable):

   Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: January 30, 2026 | <u>/s/ John S. Mairo</u><br>John S. Mairo<br>**FBT Gibbons LLP** |