# **EXHIBIT B**

**Invoice**



**FBT GIBBONS**
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
973-596-4500

TAX ID: 22-2366099

January 29, 2026

Ryder Transportation Services
Attn:   Mike S. Mandell, Chairperson for Official Committee
2333 Ponce De Leon Boulevard
Coral Gables, FL 33134

- to-

FBT GIBBONS

RE:   PORT ELIZABETH OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
Port Elizabeth Terminal & Warehouse Corp., et al.
Invoice Number: 1580973

| | | |
|---|---|---|
| FOR: | Professional Services Rendered Through December 31, 2025<br>As Per Attached Description of Services | $41,301.50 |
| | Net Services Rendered | $41,301.50 |
| | Disbursements Through December 31, 2025<br>As Per Attached Description | $43.90 |
| | Total Services and Disbursements: | $41,345.40 |

All amounts are in USD
Please send remittance information to **AccountsReceivable@FBT Gibbons.com**
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

1

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
                    Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 12/08/25 | [B110] Review and analyze first day pleadings and orders. | KPM | 2.00 | $1050.00 |
| 12/09/25 | [B110] Review docket and consider pending matters for internal agenda. | JSM | 1.00 | $1025.00 |
| 12/09/25 | [B110] Circulate internal task list and review additions to list. | JSM | 0.50 | $512.50 |
| 12/10/25 | [B110] Review of docket and calendared deadlines. | ENM | 0.30 | $102.00 |
| 12/10/25 | [B110] Draft of Notice of Appearance, sent to J.Mairo for review. | ENM | 0.50 | $170.00 |
| 12/10/25 | [B110] Emails with UST regarding Committee counsel selection. | JSM | 0.10 | $102.50 |
| 12/16/25 | [B110] Reviewing and approving NOA. | ARS | 0.10 | $42.50 |
| 12/16/25 | [B110] Final revisions to Notices of Appearance. Filed Notice of Appearance of J.Mairo and R.Malone. Sent filed copies. | ENM | 0.80 | $272.00 |
| 12/16/25 | [B110] Review notice of appearance, and email E. Munera re: same. | KPM | 0.10 | $52.50 |
| 12/17/25 | [B110] Filed Notices of Appearance of K.Mcevilly, A.Simone and B.Theisen. | ENM | 0.50 | $170.00 |
| 12/22/25 | [B110] Reviewed docket entries and updated calendar with important hearing dates and deadlines. | ENM | 0.50 | $170.00 |
| 12/23/25 | [B110] Meeting with B. Theisen, K. McEvilly, and J. Mairo on next steps re: insurance, liens, retention, etc. | ARS | 0.50 | $212.50 |
| 12/23/25 | [B110] Conference call with Gibbons team re: updated task list items. | BT | 0.50 | $425.00 |
| 12/23/25 | [B110] Prepare for internal conference call with Gibbons team on lien review and related investigation into lender. | BT | 0.30 | $255.00 |
| 12/23/25 | [B110] Internal emails with team regarding agenda of immediate pending matters and call. | JSM | 0.40 | $410.00 |
| 12/23/25 | [B110] Call with internal team regarding near term tasks and related issues. | JSM | 0.40 | $410.00 |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| **Date** | **Services** | **Atty** | **Hours** | **Value** |
|---|---|---|---|---|
| 12/23/25 | [B110] Call with Gibbons team re: next steps, including lien review and retention agreement. | KPM | 0.50 | $262.50 |
| | **(B110) Task Total: Case Administration** | | **9.00** | **$5,644.00** |
| 12/10/25 | [B120] Review and revise document request letter for debtors. | JSM | 0.30 | $307.50 |
| 12/10/25 | [B120] Draft document requests from debtors. | KPM | 1.20 | $630.00 |
| 12/11/25 | [B120] Review and revise document/information requests. | KPM | 0.10 | $52.50 |
| 12/11/25 | [B120] Email Gibbons team re: document/information requests. | KPM | 0.10 | $52.50 |
| 12/12/25 | [B120] Emails with debtor counsel with additional requests from committee financial advisor. | JSM | 0.20 | $205.00 |
| 12/23/25 | [B120] Email debtor counsel regarding status of business plan and pending document requests. | JSM | 0.20 | $205.00 |
| 12/23/25 | [B120] Emails with R. Wright regarding pending document requests and next steps. | JSM | 0.20 | $205.00 |
| 12/26/25 | [B120] Call with debtors counsel regarding status and business plan for exiting. | JSM | 0.20 | $205.00 |
| | **(B120) Task Total: Asset Analysis and Recovery** | | **2.50** | **$1,862.50** |
| 12/08/25 | [B150] Discussion with committee members regarding engagement as counsel and potential case strategies. | JSM | 0.40 | $410.00 |
| 12/08/25 | [B150] Call with committee chair regarding selection and next steps. | JSM | 0.10 | $102.50 |
| 12/09/25 | [B150] Emails and calls with prospective financial advisors. | JSM | 0.30 | $307.50 |
| 12/09/25 | [B150] Draft agenda for committee call and circulate intenally for feedback. | JSM | 0.40 | $410.00 |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 12/09/25 | [B150] Emails with committee members and C. Clavis regarding scheduling initial committee meeting. | JSM | 0.20 | $205.00 |
| 12/10/25 | [B150] Call with UCC to discuss initial matters. | ARS | 0.40 | $170.00 |
| 12/10/25 | [B150] Calls with potential financial advisors in connection with interview and pitch book circulation. | JSM | 0.20 | $205.00 |
| 12/10/25 | [B150] Emails to committee members with financial advisor pitch books. | JSM | 0.20 | $205.00 |
| 12/10/25 | [B150] Confer with K. McEvilly regarding committee meeting logistics for financial advisor interviews and communicating schedule to financial advisors. | JSM | 0.20 | $205.00 |
| 12/10/25 | [B150] Email committee chair regarding financial advisor interviews. | JSM | 0.10 | $102.50 |
| 12/10/25 | [B150] Attend to committee call and discuss pending matters. | JSM | 0.50 | $512.50 |
| 12/10/25 | [B150] Call with J. Mairo re: by-laws and committee call. | KPM | 0.10 | $52.50 |
| 12/10/25 | [B150] Call with Gibbons team and committee members re: second day hearing and next steps. | KPM | 0.40 | $210.00 |
| 12/10/25 | [B150] Draft and review and revise by laws for committee members. | KPM | 1.10 | $577.50 |
| 12/10/25 | [B150] Email committee members re: FA candidates. | KPM | 0.10 | $52.50 |
| 12/10/25 | [B150] Email FA candidates re: materials and meeting. | KPM | 0.20 | $105.00 |
| 12/11/25 | [B150] Confer with K. McEvilly and potential financial advisors for interviews with committee. | JSM | 0.40 | $410.00 |
| 12/11/25 | [B150] Review financial advisor pitch materials in advance of meeting with committee. | JSM | 0.60 | $615.00 |
| 12/11/25 | [B150] Meetings with committee and potential financial advisors. | JSM | 1.00 | $1025.00 |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
      Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 12/11/25 | [B150] Call Dundon regarding selection and request that they supplement the list of demands for debtors. | JSM | 0.20 | $205.00 |
| 12/11/25 | [B150] Call with Gibbons, committee members and FA candidates re: retention and strategy. | KPM | 1.80 | $945.00 |
| 12/16/25 | [B150] Reviewing the docket to draft weekly summary. | ARS | 0.20 | $85.00 |
| 12/16/25 | [B150] Drafting weekly summary of the bankrupty case for the weekly meeting with the UCC. | ARS | 0.60 | $255.00 |
| 12/16/25 | [B150] Review and revise bylaws; email A Simone re: same. | KPM | 0.10 | $52.50 |
| 12/16/25 | [B150] Call with committee professionals and debtor professionals re: budget for second interim DIP order. | KPM | 0.60 | $315.00 |
| 12/17/25 | [B150] Attended weekly meeting with UCC. | ARS | 0.30 | $127.50 |
| 12/17/25 | [B150] Weekly status update call with Committee. | BT | 0.30 | $255.00 |
| 12/17/25 | [B150] Review agenda with J. Mairo for weekly Committee update call. | BT | 0.10 | $85.00 |
| 12/17/25 | [B150] Review and revise committee bylaws. | JSM | 0.30 | $307.50 |
| 12/17/25 | [B150] Email committee members with agenda for meeting and bylaws. | JSM | 0.20 | $205.00 |
| 12/17/25 | [B150] Draft and circulate committee agenda internally and review responses thereto. | JSM | 0.40 | $410.00 |
| 12/17/25 | [B150] Emails with financial advisor with outline of points for upcoming committee call. | JSM | 0.40 | $410.00 |
| 12/17/25 | [B150] Call with committee to discuss pending matters. | JSM | 0.40 | $410.00 |
| 12/17/25 | [B150] Emails with committee member regarding executed bylaws. | JSM | 0.10 | $102.50 |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| **Date** | **Services** | **Atty** | **Hours** | **Value** |
|---|---|---|---|---|
| 12/18/25 | [B150] Confer with K. McEvilly regarding hearing report for committee. | JSM | 0.10 | $102.50 |
| 12/18/25 | [B150] Email committee member re: second day hearing. | KPM | 0.10 | $52.50 |
| 12/19/25 | [B150] Emails with committee members regarding pending debtor requests. | JSM | 0.50 | $512.50 |
| 12/19/25 | [B150] Review K. McEvilly report to committee about court hearing. | JSM | 0.10 | $102.50 |
| 12/19/25 | [B150] Email committee members re: second day hearing. | KPM | 0.10 | $52.50 |
| 12/22/25 | [B150] Weekly Email correspondence from insurance financer re: payment issues.call with Committee members. | BT | 0.20 | $170.00 |
| 12/23/25 | [B150] Emails with team regarding upcoming committee meeting dates, providing update, and scheduling next meeting. | JSM | 0.20 | $205.00 |
| 12/29/25 | [B150] Drafting a brief update on the case for the UCC re: insurance and Debtor's business plan. | ARS | 0.40 | $170.00 |
| 12/29/25 | [B150] Draft update email to committee members regarding pending matters. | JSM | 0.50 | $512.50 |
| | **(B150) Task Total: Meetings of and Communications with Creditors** | | **15.10** | **$11,932.50** |
| 12/10/25 | [B160] Discussing retention application with administrative staff. | ARS | 0.20 | $85.00 |
| 12/10/25 | [B160] Drafting and revising the Retention application. | ARS | 1.70 | $722.50 |
| 12/10/25 | [B160] Draft of Gibbons Retention Application - reviewed Application with A.Simone and made revisions. | ENM | 2.50 | $850.00 |
| 12/10/25 | [B160] Email C. Clavis re: matter administration and interested parties search. | KPM | 0.10 | $52.50 |
| 12/11/25 | [B160] Reviewing the COS and Notice for the Retention Application. | ARS | 0.30 | $127.50 |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| **Date** | **Services** | **Atty** | **Hours** | **Value** |
|---|---|---|---|---|
| 12/18/25 | [B160] Confer with R. Malone and J. Mairo re: retention application and disclosures. | KPM | 0.10 | $52.50 |
| | **(B160) Task Total: Fee/Employment Applications** | | **4.90** | **$1,890.00** |
| 12/17/25 | [B210] Emails with R. Wright regarding revised budget for operations. | JSM | 0.20 | $205.00 |
| 12/19/25 | [B210] Emails with debtor counsel regarding pending committee requests. | JSM | 0.20 | $205.00 |
| 12/21/25 | [B210] Review email from S. Foley regarding insurance premium payments. | JSM | 0.20 | $205.00 |
| 12/22/25 | [B210] Review debtor counsel email to insurance premium counsel about pending payments and budget. | JSM | 0.10 | $102.50 |
| 12/22/25 | [B210] Emails with R. Wright regarding insurance and budget issues, and debtors responses. | JSM | 0.30 | $307.50 |
| 12/29/25 | [B210] Review monthly operating report November filings. | JSM | 0.20 | $205.00 |
| 12/29/25 | [B210] Email A. Simone regarding circulating MORs to UCC financial advisors. | JSM | 0.10 | $102.50 |
| 12/29/25 | [B210] Review notices of filings of schedules of assets, liabilities, and statement of financial affairs. | JSM | 0.20 | $205.00 |
| 12/29/25 | [B210] Email A. Simone regarding circulating schedules and statements to UCC financial advisors. | JSM | 0.10 | $102.50 |
| 12/29/25 | [B210] Emails with committee financial advisors regarding pending document requests and related issues. | JSM | 0.20 | $205.00 |
| 12/31/25 | [B210] Review email exchange of insurance premium counsel and debtors counsel regarding status of payments. | JSM | 0.20 | $205.00 |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| **Date** | **Services** | **Atty** | **Hours** | **Value** |
|---|---|---|---|---|
|  | **(B210) Task Total: Business Operations** |  | **2.00** | **$2,050.00** |
| 12/08/25 | [B230] Review first day declaration, financing motion and entered interim order. | JSM | 0.50 | $512.50 |
| 12/09/25 | [B230] Review and analyze DIP motion, interim order and financing agreement, including research re: related standards. | KPM | 2.20 | $1155.00 |
| 12/10/25 | [B230] Email debtor counsel to schedule call for financing order discussion. | JSM | 0.10 | $102.50 |
| 12/10/25 | [B230] Call with debtor counsel regarding financing order and related budget. | JSM | 0.40 | $410.00 |
| 12/10/25 | [B230] Call with Gibbons and debtors' counsel re: introduction, case outlook, and DIP. | KPM | 0.80 | $420.00 |
| 12/12/25 | [B230] Email debtor counsel requesting WORD version of financing order. | JSM | 0.10 | $102.50 |
| 12/12/25 | [B230] Emails with B. Theisen and K. McEvilly regarding financing order and proposing revisions through a redline and clean version of order. | JSM | 0.30 | $307.50 |
| 12/12/25 | [B230] Review and revise second interim DIP order. | KPM | 1.80 | $945.00 |
| 12/13/25 | [B230] Further review and revise second interim DIP order. | KPM | 2.00 | $1050.00 |
| 12/15/25 | [B230] Emails with B. Theisen regarding status of financing order revisions. | JSM | 0.10 | $102.50 |
| 12/15/25 | [B230] Review and revise financing order and draft inserts. | JSM | 1.00 | $1025.00 |
| 12/15/25 | [B230] Emails with K. McEvilly regarding redline and clean revised financing order. | JSM | 0.20 | $205.00 |
| 12/15/25 | [B230] Email debtors and lender's counsel with redline and clean financing order. | JSM | 0.20 | $205.00 |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| **Date** | **Services** | **Atty** | **Hours** | **Value** |
|---|---|---|---|---|
| 12/15/25 | [B230] Communications with committee financial advisors regarding financing order revisions, budget changes, and overall game plan. | JSM | 0.40 | $410.00 |
| 12/15/25 | [B230] Email Gibbons team re: second interim DIP order. | KPM | 0.10 | $52.50 |
| 12/15/25 | [B230] Call with B. Theisen re: second interim DIP order. | KPM | 0.10 | $52.50 |
| 12/15/25 | [B230] Further review and revise interim DIP order and incorporate Gibbons team edits into same. | KPM | 2.80 | $1470.00 |
| 12/16/25 | [B230] Email correspondence with J. Mairo and Dundon team re: extension of DIP objection deadline and budgeting issues. | BT | 0.30 | $255.00 |
| 12/16/25 | [B230] Confer with J. Mairo re: DIP objection and objection deadline. | BT | 0.30 | $255.00 |
| 12/16/25 | [B230] Conference call with Debtors' professionals and Dundon Advisers re: DIP budget and review same. | BT | 0.80 | $680.00 |
| 12/16/25 | [B230] Confer with J. Mairo and K. McEvilly re: further edits to second interim DIP order. | BT | 0.30 | $255.00 |
| 12/16/25 | [B230] Review lender's edits to draft second interim DIP order. | BT | 0.80 | $680.00 |
| 12/16/25 | [B230] Call with debtors professionals to discuss proposed budget and expenses. | JSM | 0.50 | $512.50 |
| 12/16/25 | [B230] Review lender revisions to financing order and propose additional changes. | JSM | 0.90 | $922.50 |
| 12/16/25 | [B230] Confer with B. Theisen and K. McEvilly regarding revised financing order. | JSM | 0.30 | $307.50 |
| 12/16/25 | [B230] Emails with R. Malone regarding financing order. | JSM | 0.10 | $102.50 |
| 12/16/25 | [B230] Emails with debtors counsel regarding financing order revisions. | JSM | 0.20 | $205.00 |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 12/16/25 | [B230] Call with debtors counsel and review email confirming extension of objection deadline for financing order. | JSM | 0.30 | $307.50 |
| 12/16/25 | [B230] Emails with R. Wright regarding financing order and conferring with debtors' financial advisors regarding budget changes. | JSM | 0.20 | $205.00 |
| 12/16/25 | [B230] Call with J. Mairo re: second interim DIP order. | KPM | 0.10 | $52.50 |
| 12/16/25 | [B230] Call with J. Mairo and B. Theisen re: second interim DIP order and budget issues. | KPM | 0.40 | $210.00 |
| 12/17/25 | [B230] Email and telephone conference with J. Mairo and Dundon Advisers re: further revisions to second interim DIP order and budget. | BT | 0.30 | $255.00 |
| 12/17/25 | [B230] Email and telephone conference with J. Mairo and Dundon Advisers re: further revisions to second interim DIP order and budget. | BT | 0.20 | $170.00 |
| 12/17/25 | [B230] Emails with financial advisors regarding financing order and related budget issues. | JSM | 0.40 | $410.00 |
| 12/17/25 | [B230] Email debtors counsel with redline financing order, clean financing order, and revised budget. | JSM | 0.30 | $307.50 |
| 12/17/25 | [B230] Emails with B. Theisen and R. Malone regarding hearing attendance. | JSM | 0.10 | $102.50 |
| 12/17/25 | [B230] Review and revise second interim DIP order. | KPM | 0.30 | $157.50 |
| 12/17/25 | [B230] Email Gibbons team re: second interim DIP order. | KPM | 0.10 | $52.50 |
| 12/17/25 | [B230] Email J. Mairo re: second interim DIP order. | KPM | 0.10 | $52.50 |
| 12/18/25 | [B230] Respond to Turner Falk re: final utilies order and DIP issues. | BT | 0.30 | $255.00 |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 12/18/25 | [B230] Attend hearing on financing and utility orders | JSM | 0.50 | $512.50 |
| 12/18/25 | [B230] File review in preparation for hearing on financing and utility motions. | JSM | 0.50 | $512.50 |
| 12/18/25 | [B230] Email with R. Wright regarding hearing outcome. | JSM | 0.20 | $205.00 |
| 12/18/25 | [B230] Emails with debtor counsel regarding submission of financing order, budget and utility order to Court for entry. | JSM | 0.30 | $307.50 |
| 12/18/25 | [B230] Attend second day hearing via Zoom. | KPM | 0.20 | $105.00 |
| | **(B230) Task Total: Financing/Cash Collections** | | **22.40** | **$16,882.50** |
| 12/29/25 | [B310] Saving and circulating the Debtor entities' Schedules and SOFAs. | ARS | 0.20 | $85.00 |
| | **(B310) Task Total: Claims Administration and Objections** | | **0.20** | **$85.00** |
| 12/23/25 | [L110] Reviewing the docket and the second interim order to determine the timeline for the Challenge Period. | ARS | 0.30 | $127.50 |
| 12/23/25 | [L110] Emails and call with A. Simone regarding lien review work. | JSM | 0.30 | $307.50 |
| 12/29/25 | [L110] Performing business entity searches on each Debtor entity across New Jersey, Pennsylvania, Delaware, and Georgia. | ARS | 0.50 | $212.50 |
| 12/29/25 | [L110] Emailing K. McEvilly with questions regarding UCC-1 lien searches. | ARS | 0.10 | $42.50 |
| 12/29/25 | [L110] Emailing with K. McEvilly and C. Jonker to order UCC-1 lien searches for the Debtor entities. | ARS | 0.50 | $212.50 |
| 12/29/25 | [L110] Email A. Simone re: lien searches for review. | KPM | 0.10 | $52.50 |
| | **(L110) Task Total: Fact Investigation/Development** | | **1.80** | **$955.00** |

Ryder Transportation Services
Port Elizabeth Terminal & Warehouse Corp., et al.
Services Through December 31, 2025

File Number 119121-114792
Invoice Number 1580973

| **Date** | **Services** | **Atty** | **Hours** | **Value** |
|---|---|---|---|---|
| | Professional Services Rendered Through December 31, 2025 | | | $41,301.50 |
| | As Per Attached Description of Services | | | |
| | **Net Services Rendered** | | | $41,301.50 |

| **Date** | **Disbursements** | **Phase** | **Task** | **Value** |
|---|---|---|---|---|
| 12/29/25 | Legal Research - PACER | E100 | E106 | $43.90 |
| | **Total Disbursements** | | | **$43.90** |
| | Total Services and Disbursements | | | $41,345.40 |

| | | | | | |
|---|---|---|---|---|---|
| John S Mairo | 21.90 | hours @ | $1,025.00 | per hour | $22,447.50 |
| Brett Theisen | 4.70 | hours @ | $850.00 | per hour | $3,995.00 |
| Kyle P McEvilly | 19.90 | hours @ | $525.00 | per hour | $10,447.50 |
| Amanda R Simone | 6.30 | hours @ | $425.00 | per hour | $2,677.50 |
| Edna N Munera | 5.10 | hours @ | $340.00 | per hour | $1,734.00 |

Payments Received After January 29, 2026 Are Not Included in Balances.



**Remit To:**

**FBT GIBBONS**
ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102
973-596-4500
TAX ID: 22-2366099

**\*\*\*\*\*REMITTANCE COPY\*\*\*\*\***

| | |
|---|---|
| **Invoice Date:** | January 29, 2026 |
| **Invoice Number:** | 1580973 |

| Client/Matter Name | Client/Matter Number | Matter Total |
|---|---|---|
| Port Elizabeth Official Committee of Uns | | |
| Port Elizabeth Terminal & Warehouse Corp., et al. | 119121-114792 | $41,345.40 |
| | | $41,345.40 |

All amounts are in USD
Please send remittance information to **AccountsReceivable@FBTGibbons.com**
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

DG3TBB-1343723

## Summary of Activity by Type of Service

| Service Code | Service Description | Total Hours | Total Value |
|---|---|---|---|
| B100 | Administration | 31.50 | 21,329.00 |
| B200 | Operations | 24.40 | 18,932.50 |
| B300 | Claims And Plan | 0.20 | 85.00 |
| L100 | Case Assessment, Development and Administration | 1.80 | 955.00 |

## Analysis of Fees by Subject

| Service Code | Service Description | Total Hours | Total Value |
|---|---|---|---|
| B110 | Case Administration | 9.00 | 5,644.00 |
| B120 | Asset Analysis and Recovery | 2.50 | 1,862.50 |
| B150 | Meetings of and Communications with Creditors | 15.10 | 11,932.50 |
| B160 | Fee/Employment Applications | 4.90 | 1,890.00 |
| B210 | Business Operations | 2.00 | 2,050.00 |
| B230 | Financing/Cash Collections | 22.40 | 16,882.50 |
| B310 | Claims Administration and Objections | 0.20 | 85.00 |
| L110 | Fact Investigation/Development | 1.80 | 955.00 |

DG3TBB-1343723