UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:  stephen.ravin@saul.com
           turner.falk@saul.com

*Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, | Case No. 25-22123 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

# CERTIFICATION OF SERVICE

1. I, <u>Stephen B. Ravin</u>:

   ☒ represent the <u>Debtors</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>January 28, 2026</u>, I sent a copy via Regular Mail of the following to the parties on the attached list:

   **1. NOTICE OF TELEPHONIC § 341 MEETING**

   **2. SIGNED ORDER PURSUANT TO 11 U.S.C. § 105(a), BANKRUPTCY RULES 3003(c) AND 9006(b), AND LOCAL RULE 9013-1 EXTENDING THE GENERAL BAR DATE FOR FILING PROOFS OF CLAIM**

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>February 2, 2026</u>                           <u>/s/ *Stephen B. Ravin*</u>
                                                                                             Signature

Robert Malone
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Kyle McEvilly
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Amanda R Simone
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Brett S. Theisen
Gibbons PC
One Gateway Center
Newark, NJ 07102-5310

American Express
PO Box 1270
Newark, NJ 07101

CAMBRIDGE FINANCIAL SERVICES
105 FIELDCREST AVENUE
SUITE 506
EDISON, NJ 08837

CIESA SHAHINIAN & GIANTOMASI PC
105 EISENHOWER PARKWAY
ROSELAND, NJ 07668
EAST COAST DOCK & DOOR
345 HIGHWAY 9 SOUTH
SUITE # 266
MANALAPAN, NJ 07726

F. GREEK BRISTOL PROPERTIES, L.P.
1 KIMBRELY ROAD SUITE 105
East Brunswick, NJ 08816

First Business Specialty Finance, LLC
2400 E DEVON AVE
SUITE 211
Des Plaines, IL 60018

GREENBAUM ROWE SMITH & DAVIS LLP
METRO CORPORATE CAMPUS ONE
PO BOX 5600
WOODBRIDGE, NJ 07095-0988

HARTZ ELIZABETH, INC.
225 BAY AVENUE
Elizabeth, NJ 07096-1515

INTEGRITY STAFFING SOLUTIONS
PO BOX 713870
PHILADELPHIA, PA 19171-3870

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

MASIS STAFFING
PO BOX 823473
Philadelphia, PA 19182

MURPHY SCHILLER & WILKES LLP
24 COMMERCE STREET 12TH FLOOR
Newark, NJ 07102

NORTH NJ TEAMSTERS BEN.PLAN
810 BELMONT AVE.
NORTH HALEDON,, NJ 07508

P JUDGE AND SONS
201 A EXPORT ST
PORT NEWARK, NJ 07114

PRIME PACKAGING CORP.
1290 METROPLOITAN AVENUE
BROOKLYN, NY 11237

Rreef American Reit II Corp.
PO BOX 209254
Austin, TX 78720-9254

STARPOINT PROTECTIVE SERVICES,
LLC PO BOX 217
UNION, NJ 07083

Seagis Est Rutherford LLC
One Meadowlands Plz.
Suite 800
East Rutherford, NJ 07073

WASTE MANAGEMENT OF N.J. INC
PO BOX 13648
WASTE MNGMT NEWARK MUNICIPAL
Philadelphia, PA 19101-3667

WASTE MANAGEMENT OF PA INC
WASTE MANAGEMENT NORTH
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

John S. Mairo, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102

United States Trustee
Office of the United States Trustee
for the District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102-5235

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

Laurie A. Martin Montplaisir
Krieg DeVault LLP
200 S. Wacker Drive Suite 600
Chicago, IL 60606

WILLIAMS SCOTSMAN, INC.
P.O. BOX 91975
CHICAGO, IL 60693-1975

WASTE MANAGEMENT OF PA INC
WASTE MANAGEMENTNORTH
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

WASTE MANAGEMENT OF N.J. INC
PO BOX 13648
WASTE MNGMT NEWARK MUNICIPAL
Philadelphia, PA 19101-3667


VERIZON WIRELESS
P.O. BOX 489
NEWARK, NJ 07101-0489

VERIZON
PO BOX 660748
DALLAS, TX 75266-0748

Veola Water NJ
PAYMENT CENTER PO BOX 371804
Linwood, MA 01525-0000


UNIFIRST
3499 RIDER TRAIL SOUTH
EARTH CITY, MO 63045-0000

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

TOSHIBA FINANCIAL SERVICES
PO BOX 790448
ST LOUIS, MO 63179-0448


TEAMSTERS NATIONAL 401(K) SAVINGS PLAN
GEM GROUP FUND ADMINISTRATIO
1200 THREE GATEWAY CENTER
PITTSBURGH, PA 15222-0000

TEAMSTERS LOCAL 11 PENSION FUND
810 BELMONT AVENUE
SUITE 100
NORTH  HALEDON, NJ 07508-2396

T-MOBILE
PO BOX 742596
CINCINNATI, OH 45274-2596


SUNBELT RENTALS, INC.
PO BOX 409211
Atlanta, GA 30384-9211

SUBURBAN PROPANE
PO BOX J
WHIPPANY, NJ 07981-0000

STARPOINT PROTECTIVE SERVICES, LLC
PO BOX 217
UNION, NJ 07083-0000


STAPLES BUSINESS ADVANTAGE
PO BOX 70242
PHILADELPHIA, PA 19176-0242

SHRED-IT USA
28883 Network Place
Chicago, IL 60673-1288

Seagis Est Rutherford LLC
One Meadowlands Plz.
Suite 800
East Rutherford, NJ 07073-0000


SCOPELITIS, GARVIN, LIGHT & HANSON
10 WEST MARKET STREET
SUITE 1500
INDIANAPOLIS, IN 46204-0000

SAFETYKLEEN CORP.
P.O. BOX 12349
COLUMBIA, SC 29211-2349

RZ TECH PEST CONTROL
100 RYAN ST
BUILDING B SUITE 31
SOUTH PLAINFIELD, NJ 07080-0000


Rreef American Reit II Corp.
PO BOX 209254
Austin, TX 78720-9254

Renan Marquez
'1139 LOUISA ST 1ST
Elizabeth, NJ 07201-0000

RENAISSANCE CAPITAL ALLIANCE
PO BOX 18065
COLUMBUS, OH 43218-0065


PSE&G
P.O. Box 14104
New Brunswick, NJ 08906-4444

PRINCIPAL LIFE INSURANCE COMPANY
PO BOX 77202
MINNEAPOLIS, MN 55480-7200

PRIME PACKAGING CORP.
1290 METROPLOITAN AVENUE
BROOKLYN, NY 11237-0000


Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250-7887

PINTO SERVICE, INC.
PO BOX 554744
DETROIT, MI 48255-4744

PECO ENERGY
PO BOX 37629
PHILADELPHIA, PA 19101-0629

| | | |
|---|---|---|
| Pat Wynne<br>616 F Heritage Hills<br>Somers, NY 10589-0000 | PASHMAN STEIN, PC<br>COURT PLAZA SOUTH<br>21 MAIN STREET, SUITE 200<br>HACKENSACK, NJ 07601-7054 | PALLETS-R-US, INC.<br>555 WOODSIDE AVENUE<br>BELLPORT, NY 11713-0000 |
| P JUDGE AND SONS<br>201 A EXPORT ST<br>PORT NEWARK, NJ 07114-0000 | NORTH NJ TEAMSTERS BEN.PLAN<br>810 BELMONT AVE.<br>NORTH HALEDON,, NJ 07508-0000 | NEWLANE FINANCE COMPANY<br>PO BOX 63044<br>NEWARK, NJ 07101-8065 |
| NATURAL WIRELESS<br>60 SADDLE RIVER AVE, UNIT B<br>South Hackensack, NJ 07606-0000 | MXMANIMON, SCOTLAND & BAUMANN, LLC<br>75 LIVINGSTONE AVENUE<br>Roseland, NJ 07068-0000 | MURPHY SCHILLER & WILKES LLP<br>24 COMMERCE STREET 12TH FLOOR<br>Newark, NJ 07102-0000 |
| Mike Morrow<br>316 PROSPECT AVE<br>Cranford, NJ 07016-0000 | Michael Wynne, Jr.<br>'15 CHESTNUT ST<br>Tarrytown, NY 10591-0000 | Michael Wynne<br>'616 F HERITAGE HILLS<br>Somers, NY 10589-0000 |
| MCCABES EAST COAST FORKLIFTS LLC<br>221 CREEK ROAD<br>BELLWARW, NJ 08031-0000 | MASIS STAFFING<br>PO BOX 823473<br>Philadelphia, PA 19182-0000 | MARLIN LEASING CORPORATION<br>PO BOX 13604<br>PHILADELPHIA, PA 19101-3604 |
| MANOR II ELECTRIC INC.<br>3 ARDSLEY COURT<br>Holmdel, NJ 07733-0000 | LOUIS RODRIGUES<br>447 COLONIAL AVE<br>Union, NJ 07083-0000 | LAROE, WINN, MOERMAN & DONOVAN<br>1250 CONNECTICUT AVENUE, NW<br>SUITE 200<br>WASHINGTON, DC 20036-0000 |
| Kirk D. Moore<br>PO BOX 8152<br>Piscataway, NJ 08855-0000 | KEY MATERIAL HANDLING<br>4606 THIRD AVENUE<br>BROOKLYN, NY 11220-0000 | JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017-0000 |
| JOS. A MAJKA & SONS, INC.<br>PO BOX 783<br>CLIFTON, NJ 07015-0000 | JOHNSON CONTROLS SECURITY SOLUTIONS<br>PO BOX 371967<br>PITTSBURGH, PA 15250-7967 | J.J. Keller & Associates Inc.<br>PO Box 735492<br>Chicago, IL 60673-5492 |
| INTEGRITY STAFFING SOLUTIONS<br>PO BOX 713870<br>PHILADELPHIA, PA 19171-3870 | HILL RIVLINS LLP<br>45 BROADWAY<br>SUITE 1500<br>NEW YORK, NY 10006-3793 | HARTZ ELIZABETH, INC.<br>225 BAY AVENUE<br>Elizabeth, NJ 07096-1515 |
| GREENBAUM ROWE SMITH & DAVIS LLP<br>METRO CORPORATE CAMPUS ONE<br>PO BOX 5600<br>WOODBRIDGE, NJ 07095-0988 | GREATAMERICA FINANCIAL SVCS.<br>PO BOX 660831<br>Dallas, TX 75266-0000 | FORTA, LLC<br>PO BOX 735324<br>CHICAGO, IL 60673-5324 |

| | | |
|---|---|---|
| FEDEX<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 | F. GREEK BRISTOL PROPERTIES, L.P.<br>1 KIMBRELY ROAD SUITE 105<br>East Brunswick, NJ 08816-0000 | F&S TIRE CORP., INC<br>58 BRUNSWICK AVENUE<br>EDISON, NJ 08817-0000 |
| EASTERN LIFT TRUCK CO., INC.<br>P.O. BOX 307<br>MAPLE SHADE, NJ 08052-0000 | EAST COAST DOCK & DOOR<br>345 HIGHWAY 9 SOUTH<br>SUITE # 266<br>MANALAPAN, NJ 07726-0000 | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087-0000 |
| CULLIGAN QUENCH<br>PO BOX 735777<br>DALLAS, TX 75373-5777 | COMCAST<br>PO BOX 70219<br>PHILADELPHIA, PA 19176-0219 | CIESA SHAHINIAN & GIANTOMASI PC<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 70668-0000 |
| CAMBRIDGE FINANCIAL SERVICES<br>105 FIELDCREST AVENUE<br>SUITE 506<br>EDISON, NJ 08837-0000 | BRISTOL TOWNSHIP<br>BRISTOL TOWNSHIP BUILDING<br>2501 BATH ROAD<br>BRISTOL, PA 19007-0000 | Brian A. Wynne<br>166 PINE HILL ROAD<br>Nashua, NH 03063-0000 |
| Bob Kessler<br>'354 CHANTICLEER<br>Cherry Hill, NJ 08003-0000 | BENEFIT TAX LINK<br>122 PARISH DRIVE<br>Wayne, NJ 07470-0000 | BARCLAY BRAND FERDON<br>P.O. BOX 341<br>S. PLAINFIELD, NJ 07080-0000 |
| AT&T Mobility<br>PO BOX 6463<br>Carol Stream, IL 60197-6463 | ARGOS SOFTWARE<br>10275 W. HIGGINS ROAD<br>SUITE 250<br>ROSEMONT, IL 60018-0000 | ANTHEM PROPANE EXCHANGE, LLC<br>PO BOX 981045<br>BOSTON, MA 02298-1045 |
| ANGEL'S PAVING & CONCRETE CORP.<br>751 GREIR AVE<br>ELIZABETH, NJ 07202-0000 | AMEX SHIPPING AGENT, INC<br>201A EXPORT STREET PORT<br>Newark, NJ 07114-0000 | American Express<br>PO Box 1270<br>Newark, NJ 07101-0000 |
| ADT SECURITY SYSTEMS, INC.<br>PO BOX 371967<br>PITTSBURGH, PA 15250-7967 | A-1 QUALITY LOGISTICAL SOLUTIONS, LLC<br>3055 BLUE ROCK RD<br>Cincinnati, OH 45239-0000 | First Business Specialty Finance, LLC<br>2400 E DEVON AVE<br>SUITE 211<br>Des Plaines, IL 60018-0000 |
| Auxilior Capital Partners, Inc.<br>620 West Germantown Pike<br>Suite 450<br>Plymouth Meeting, PA 19462-0000 | Advanced Energy Capital-Merchant<br>ONE METRO TECH CENTER NORTH<br>Brooklyn, NY 11201-0000 | Robert M. Kline<br>Wright Law Group, PLLC<br>228 Park Ave S<br>Pmb 84356<br>New York, NY 10003-1502 |
| Forvis Mazars, LLP<br>200 South Wood Avenue<br>Suite 125<br>Iselin, NJ 08830 | Thomas Michael Walsh<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Rebecca K. McDowell<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100<br>Cherry Hill, NJ 08034 |

| | | |
|---|---|---|
| Thomas B. O'Connell<br>Saldutti Law Group<br>1040 Kings Highway N.<br>Suite 100<br>Cherry Hill, NJ 08034 | David H. Stein<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 0709 | Ilana Volkov<br>McGrail & Bensinger LLP<br>888-C 8th Avenue #107<br>New York, NY 10019 |
| Seth Ptasiewicz<br>Kroll Heineman Ptasiewicz & Parsons, LLC<br>91 Fieldcrest Avenue<br>Suite 35<br>Edison, NJ 08837 | FBT Gibbons<br>One Gateway Center<br>Newark, NJ 07102 | John S. Mairo<br>Fbt Gibbons<br>One Gateway Center<br>Newark, NJ 07102 |
| Robert Malone<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Kyle McEvilly<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Amanda R Simone<br>Gibbons P.C.<br>1 Gateway Center<br>Newark, NJ 07102 |
| Brett S. Theisen<br>FBT Gibbons LLP<br>One Gateway Center<br>Newark, NJ 07102 | Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504 | |