| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Steven B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>          turner.falk@saul.com<br>          maxwell.hanamirian@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINATION &<br>WAREHOUSE CORP., *et al*.<br><br>                    Debtors.[1] | HEARING DATE:<br><br>**February 24, 2026 at 10:00 a.m. (ET)**<br><br>OBJECTION DEADLINE:<br><br>**February 17, 2026** |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER
EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE
A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

**PLEASE TAKE NOTICE** that on **February 24, 2026 at 10:00 a.m.** (Eastern Time), or as soon thereafter as counsel may be heard, the above-captioned debtors (the "Debtors"), by and through their undersigned counsel, will move before the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, Courtroom 3D, for entry of an order, substantially in the form

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

57099131.2

submitted herewith, extending the Debtors' exclusive periods to file a chapter 11 plan and solicit votes thereon pursuant to 11 U.S.C. §§ 105(a) and 1121(d) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Debtors shall rely upon the Motion submitted concurrently herewith and the declaration and exhibit thereto. The Debtors submit that no separate memorandum of law is necessary because the applicable law is adequately set forth in the supporting Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-2 by **February 17, 2026**.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely objection is received.

[*Remainder of page left intentionally blank*]

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is submitted herewith and made part of the Motion herein.

Dated: February 3, 2026                  **SAUL EWING LLP**

                                           By: */s/ Stephen B. Ravin*
                                           Stephen B. Ravin, Esquire
                                           Turner N. Falk, Esquire
                                           One Riverfront Plaza
                                           1037 Raymond Blvd., Suite 1520
                                           Newark, NJ 07102-5426
                                           Telephone: (973) 286-6714
                                           E-mail:stephen.ravin@saul.com
                                                           turner.falk@saul.com

                                           -and-

                                           Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
                                           1735 Market Street, Suite 3400
                                           Philadelphia, PA 19103-7504
                                           E-mail: maxwell.hanamirian@saul.com

                                           *Counsel for Debtors and Debtors in Possession*