## **EXHIBIT A**

Proposed Order

57099131.2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)*** | |
| **SAUL EWING LLP** | |
| Steven B. Ravin, Esquire | |
| Turner N. Falk, Esquire | |
| Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) | |
| One Riverfront Plaza | Chapter 11 |
| 1037 Raymond Blvd., Suite 1520 | |
| Newark, NJ 07102-5426 | Case No. 25-22123 (JKS) |
| Telephone: (973) 286-6714 | |
| E-mail:stephen.ravin@saul.com | (Jointly Administered) |
| turner.falk@saul.com | |
| maxwell.hanamirian@saul.com | |
| *Counsel to the Debtors and Debtors in Possession* | |
| | HEARING DATE: |
| In re: | |
| | **February 24, 2026 at 10:00 a.m. (ET)** |
| PORT ELIZABETH TERMINATION & WAREHOUSE CORP., *et al.* | |
| | OBJECTION DEADLINE: |
| Debtors.[1] | |
| | **February 17, 2026** |

## ORDER PURSUANT TO 11 U.S.C. § 1121 EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED**.

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

Page 2
Debtors:      Port Elizabeth Termination & Warehouse Corp., *et al.*
Case No.:     25-22123 (JKS)
Caption:      ORDER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME
              OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL
              PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

AND NOW, upon consideration of the of the Debtors' Motion (the "Motion")[2] for entry

of an order, pursuant to section 1121(d) of the Bankruptcy Code, (a) extending the Debtors'

Exclusive Filing Period by 120 days, through and including July 13, 2026, and (b) extending the

Debtors' Exclusive Solicitation Period by 120 days through and including September 10, 2026,

and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this

Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court

being able to issue a final order consistent with Article III of the United States Constitution; and

this Court having found that venue of this proceeding and the is proper before this Court pursuant

to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided

under the particular circumstances, and it appearing that no other or further notice need be

provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

ORDERED and DECREED as follows:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the

Debtors have the exclusive right to file a chapter 11 plan or plans is extended through and including

July 13, 2026.

---

[2]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

57099131.2

Page 3
Debtors:        Port Elizabeth Termination & Warehouse Corp., *et al.*
Case No.:       25-22123 (JKS)
Caption:        ORDER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME
                OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL
                PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the
Debtors have the exclusive right to solicit acceptances of a chapter 11 plan is extended through
and including September 10, 2026.

4.      The entry of this Order is without prejudice to the Debtors' right to seek a further
extension of the Exclusive Periods under section 1121 of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief
granted pursuant to this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or relating to
the interpretation or implementation of this Order.

57099131.2