# UNITED STATES BANKRUPTCY COURT

_____  DISTRICT OF   NEW JERSEY _____

_____

In Re. P. Judge & Sons Trucking, LLC,                §                    Case No.   25-22131 _____
                                                     §
_____            §                    Lead Case No.   25-22123 _____
                         Debtor(s)                   §
                                                     §                    ☒ Jointly Administered

## Monthly Operating Report                                                             Chapter 11

Reporting Period Ended: 12/31/2025 _____            Petition Date: 11/14/2025 _____

Months Pending: 2 _____            Industry Classification: | 4 | 4 | 8 | 4 |

Reporting Method:            Accrual Basis  ◉            Cash Basis  ○

Debtor's Full-Time Employees (current):                    16 _____

Debtor's Full-Time Employees (as of date of order for relief):                    17 _____

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☐    Statement of capital assets
☒    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Patrick J. Wynne                                        Patrick J. Wynne
_____            _____
Signature of Responsible Party                              Printed Name of Responsible Party
02/09/2026
_____
Date

                                                           10 Colonial Drive, Katonah, New York 10536
                                                           _____
                                                           Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

Debtor's Name  P. Judge & Sons Trucking, LLC,                                      Case No.  25-22131

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $5,215 | |
| b. | Total receipts (net of transfers between accounts) | $406,723 | $55,175 |
| c. | Total disbursements (net of transfers between accounts) | $347,970 | $509,779 |
| d. | Cash balance end of month (a+b-c) | $63,968 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $347,970 | $509,779 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $637,086 | |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $-115,936 | |
| c. | Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 | |
| d | Total current assets | $715,464 | |
| e. | Total assets | $716,181 | |
| f. | Postpetition payables (excluding taxes) | $692,530 | |
| g. | Postpetition payables past due (excluding taxes) | $0 | |
| h. | Postpetition taxes payable | $0 | |
| i. | Postpetition taxes past due | $0 | |
| j. | Total postpetition debt (f+h) | $692,530 | |
| k. | Prepetition secured debt | $138,921 | |
| l. | Prepetition priority debt | $0 | |
| m. | Prepetition unsecured debt | $8,771,294 | |
| n. | Total liabilities (debt) (j+k+l+m) | $9,602,745 | |
| o. | Ending equity/net worth (e-n) | $-8,886,564 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $298,472 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $392,097 | |
| c. | Gross profit (a-b) | $-93,625 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $772,223 | |
| f. | Other expenses | $2,817 | |
| g. | Depreciation and/or amortization (not included in 4b) | $213 | |
| h. | Interest | $3,080 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-871,958 | $-909,846 |

UST Form 11-MOR (12/01/2021)                        2

Debtor's Name  P. Judge & Sons Trucking, LLC,                                     Case No.  25-22131

## Part 5: Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  | $8,036 | $8,036 | $6,428 | $6,428 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
|  | i | Saul Ewing LLP | Lead Counsel | $8,036 | $8,036 | $6,428 | $6,428 |
|  | ii |  |  |  |  |  |  |
|  | iii |  |  |  |  |  |  |
|  | iv |  |  |  |  |  |  |
|  | v |  |  |  |  |  |  |
|  | vi |  |  |  |  |  |  |
|  | vii |  |  |  |  |  |  |
|  | viii |  |  |  |  |  |  |
|  | ix |  |  |  |  |  |  |
|  | x |  |  |  |  |  |  |
|  | xi |  |  |  |  |  |  |
|  | xii |  |  |  |  |  |  |
|  | xiii |  |  |  |  |  |  |
|  | xiv |  |  |  |  |  |  |
|  | xv |  |  |  |  |  |  |
|  | xvi |  |  |  |  |  |  |
|  | xvii |  |  |  |  |  |  |
|  | xviii |  |  |  |  |  |  |
|  | xix |  |  |  |  |  |  |
|  | xx |  |  |  |  |  |  |
|  | xxi |  |  |  |  |  |  |
|  | xxii |  |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |  |
|  | xxv |  |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |  |
|  | xxix |  |  |  |  |  |  |
|  | xxx |  |  |  |  |  |  |
|  | xxxi |  |  |  |  |  |  |
|  | xxxii |  |  |  |  |  |  |
|  | xxxiii |  |  |  |  |  |  |
|  | xxxiv |  |  |  |  |  |  |
|  | xxxv |  |  |  |  |  |  |
|  | xxxvi |  |  |  |  |  |  |

Debtor's Name P. Judge & Sons Trucking, LLC,                    Case No.  25-22131

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  P. Judge & Sons Trucking, LLC,                    Case No.  25-22131

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

|  | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  P. Judge & Sons Trucking, LLC,                                        Case No.  25-22131

| lvii | | | | | |
|------|--|--|--|--|--|
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                                    7

Debtor's Name  P. Judge & Sons Trucking, LLC,                    Case No.  25-22131

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $23,143 | $43,217 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ● No ○ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● No ○ N/A ○ |
| i. | Do you have:     Worker's compensation insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name  P. Judge & Sons Trucking, LLC,                                Case No.  25-22131

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Patrick J. Wynne                                          Patrick J. Wynne
Signature of Responsible Party                               Printed Name of Responsible Party

President                                                    02/09/2026
Title                                                        Date

Debtor's Name P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131



PageThree



PageFour

**Explanations**

**P. Judge & Sons Trucking, LLC**

## Part 1

Line B.

All transfers to/from affiliated debtors within the jointly administered group are reported net in Receipts. Gross transfers in and out were $175,000.00 and $137,295.00, respectively.

## Part 7

Question A.

| Entity | Lender | Payment Amount | Date | Balance pre-petition | Balance 12.31 | Type | |
|---|---|---|---|---|---|---|---|
| P. Judge and Sons Trucking, LLC | RELIANCE PARTNERS LLC | 4,995.00 | 12/17/2025 | 4,995.00 | - | Insurance | >>Included in pre-petition AP |

Question G.

P. Judge & Sons Trucking, LLC secured DIP financing during bankruptcy with its pre-bankruptcy lender, First Business.  First Business is a factor and is buying certain accounts receivables. As the Debtor made new sales post-petition, it sold certain receivables to First Business and received cash immediately.

**Balance Sheet**
**December 31, 2025**
NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS

|  | P. Judge and Sons Trucking, LLC |
|---|---|
| **Assets** | |
| Current assets | |
| Cash | $ 78,378 |
| Accounts receivable | (115,568) |
| Allowance for doubtful accounts | (119,237) |
| Due from factor | 871,891 |
| Total current assets | 715,464 |
| | |
| Property and equipment, net | 467 |
| | |
| Other assets | |
| Security deposits | 250 |
| | |
| Total assets | $ 716,181 |
| | |
| **Liabilities and Deficit** | |
| Due to factor, net of reserves | $ 629,158 |
| Accounts payable and accrued expenses | 963,782 |
| Due to related parties | 8,010,327 |
| Total current liabilities | 9,603,267 |
| | |
| Deficit | |
| Members' deficiency | (8,887,086) |
| Total deficit | (8,887,086) |
| | |
| Total liabilities and (deficit) equity | $ 716,181 |

Management Use Only

**Judge Warehousing LLC**
Profit and Loss

| | 1st to 14th November 2025 | 15th to 30th November 2025 | FULL MONTH November 2025 | December 2025 | YTD | % | Since Bk 11/15-> |
|---|---|---|---|---|---|---|---|
| **REVENUE** | 228,536 | 229,792 | 458,328 | 526,146 | 7,267,398 | 100.0% | 755,938 |
| **TOTAL REVENUE** | 228,536 | 229,792 | 458,328 | 526,146 | 6,741,252 | 100.0% | 755,938 |
| | | | | | | | |
| **WAREHOUSE EXPENSE:** | | | | | | | - |
| **WAREHOUSE SALARIES** | | | | | | | |
| SCANNERS | 3,222 | 8,280 | 11,502 | 22,954 | 201,537 | 2.6% | 31,234 |
| WAREHOUSE SUPERV. SALARIES | 12,043 | 12,419 | 24,462 | 27,921 | 292,267 | 3.9% | 40,340 |
| HI-LO OPERATOR SALARIES | 24,908 | 31,888 | 56,796 | 61,622 | 719,155 | 9.8% | 93,510 |
| OUTSIDE LABOR | 35,968 | - | 35,968 | (7,795) | 313,842 | 4.8% | (7,795) |
| OUTSIDE LABOR MANAGEMENT | - | - | - | | 28,775 | 0.4% | - |
| OUTSIDE LABOR LUMPER SERVICE | - | - | - | | 10,765 | 0.2% | - |
| TOTAL WAREHOUSE SALARIES | 76,141 | 52,587 | 128,728 | 104,702 | 1,566,341 | 21.7% | 157,289 |
| | | | | | | | |
| **WAREHOUSE RENTAL EXPENSES:** | | | | | | | - |
| WAREHOUSE RENT | 61,372 | 61,372 | 122,743 | 124,306 | 1,657,217 | 22.7% | 185,678 |
| WAREHOUSE RENT REIMB. | (5,000) | (5,000) | (10,000) | (30,000) | (240,000) | (3.1%) | (35,000) |
| TOTAL WAREHOUSE RENTAL | 56,372 | 56,372 | 112,743 | 94,306 | 1,417,217 | 19.6% | 150,678 |
| | | | | | | | |
| **UTILITIES** | | | | | | | - |
| ELECTRICITY | 1,461 | 2,232 | 3,693 | 2,258 | 42,663 | 0.6% | 4,490 |
| WATER & SEWER | - | - | - | | 641 | 0.0% | - |
| PROPANE GAS | - | 729 | 729 | 2,396 | 16,819 | 0.2% | 3,125 |
| TOTAL WHSE UTILITIES | 1,461 | 2,961 | 4,422 | 4,654 | 60,123 | 0.8% | 7,615 |
| | | | | | | | |
| **WAREHOUSE EQUIPMENT** | | | | | | | - |
| WHSE EQUIP. RENTAL/LEASE | - | (2,760) | (2,760) | 10,936 | 90,410 | 1.2% | 8,176 |
| WHSE EQUIP. REPAIR & MAINT. | 982 | - | 982 | - | 174,130 | 2.6% | - |
| TIRE PURCHASE & REPAIR | | | | | 3,589 | 0.1% | |
| TOTAL WHSE EQUIPMENT | 982 | (2,760) | (1,778) | 10,936 | 268,129 | 3.9% | 8,176 |
| | | | | | | | |
| **MISC. WAREHOUSE EXPENSES:** | | | | | | | - |
| FUEL & OIL EXP. | - | - | - | | 600 | 0.0% | - |
| WASTE REMOVAL/SNOW | - | - | - | | 12,446 | 0.2% | - |
| ALARMS & SECURITY | - | - | - | | 12,018 | 0.2% | - |
| PALLETS | - | - | - | | 15,920 | 0.2% | - |
| PEST CONTROL | 2,211 | - | 2,211 | | 8,857 | 0.1% | - |
| BUILDING REPAIRS & MAINT. | - | - | - | | 83,691 | 1.2% | - |
| FREIGHT & TRUCKING EXPENSE | 24 | - | 24 | | 233 | 0.0% | - |
| WAREHOUSE SUPPLIES | - | - | - | | 25,079 | 0.4% | - |
| SHRINK WRAP | - | - | - | | 60 | 0.0% | - |
| MISC. TRUCKING | - | - | - | | 1,467 | 0.0% | - |
| TOTAL MISC WHSE EXPENSES | 2,235 | - | 2,235 | 6,029 | 166,400 | 2.4% | 6,029 |
| **TOTAL WAREHOUSE EXPENSES** | 137,191 | 109,160 | 246,350 | 220,627 | 3,478,210 | 48.4% | 329,787 |
| | | | | | | | |
| **GENERAL & ADMINISTRATIVE EXP.** | | | | | | | - |
| **G & A SALARIES & BENEFITS** | | | | | | | |
| MANAGER/EXECUTIVE EXPENSE | 6,250 | 6,250 | 12,500 | 162,500 | 300,000 | 2.0% | 168,750 |
| CUSTOMER SERVICE SALARIES | 7,753 | 8,216 | 15,969 | 18,054 | 224,066 | 3.1% | 26,270 |
| ADMINISTRATIVE SALARIES | - | 2,980 | 2,980 | 2,980 | 35,760 | 0.5% | 5,960 |
| HOUSE KEEPING EXP | - | 450 | 450 | 650 | 10,575 | 0.1% | 1,100 |
| TOTAL G & A EXPENSES | 14,003 | 17,896 | 31,899 | 184,184 | 570,401 | 5.7% | 202,080 |
| | | | | | | | |
| **PROFESSIONAL FEES** | | | | | | | - |
| ACCOUNTING FEES | 5,000 | 5,000 | 10,000 | (26,409) | 83,591 | 1.6% | (21,409) |
| LEGAL FEES | - | - | - | | 99,950 | 99,950 | 99,950 |
| CONSULTING FEES | - | - | - | | 90,635 | 118,135 | 0.4% | 90,635 |
| TOTAL PROFESSIONAL EXPENSES | 5,000 | 5,000 | 10,000 | 164,176 | 301,676 | 2.0% | 169,176 |
| | | | | | | | |
| **INSURANCE** | | | | | | | - |
| INLAND MARINE/CARGO INS. | 921 | 921 | 1,841 | 1,507 | 25,098 | 0.3% | 2,428 |
| LEGAL LIABILITY | 2,443 | 2,443 | 4,885 | 4,384 | 57,931 | 0.8% | 6,827 |
| WHSE. GENERAL LIABILITY | 2,442 | 2,542 | 4,983 | 4,983 | 64,806 | 0.9% | 7,525 |
| UMBRELLA INSURANCE | 333 | 333 | 666 | 666 | 7,992 | 0.1% | 999 |
| HEALTH INSURANCE | 8,218 | 8,218 | 16,436 | 15,183 | 203,415 | 2.8% | 23,401 |
| REIMBURSEMENT HEALTH INS. | (2,014) | (2,014) | (4,028) | (4,028) | (52,638) | (0.7%) | (6,042) |
| WORKER'S COMPENSATION (WHSE) | 729 | 729 | 1,458 | 1,458 | 17,514 | 0.2% | 2,187 |
| TOTAL INSURANCE | 13,071 | 13,171 | 26,241 | 24,153 | 324,118 | 4.4% | 37,324 |
| | | | | | | | |
| **COMMUNICATIONS** | | | | | | | - |
| TELEPHONE | 300 | - | 300 | (3,870) | 44,693 | 0.7% | (3,870) |
| PAGERS | - | - | - | - | (411) | (0.0%) | - |
| TOTAL COMMUNICATION | 300 | - | 300 | (3,870) | 44,282 | 0.7% | (3,870) |
| | | | | | | | |
| **COMPUTER EXPENSE** | | | | | | | - |
| COMPUTER RENTAL/LEASE | 89 | 380 | 469 | 469 | 4,870 | 0.1% | 849 |
| SOFTWARE MAINT & PROGRAM | - | (1,199) | (1,199) | (1,199) | 4,078 | 0.1% | (2,398) |
| TOTAL COMPUTER EXP. | 89 | (819) | (730) | (730) | 8,948 | 0.1% | (1,549) |
| | | | | | | | |
| **OFFICE EQUIPMENT & SUPPLIES** | | | | | | | - |
| OFFICE EQUIP RENTAL/LEASE | - | - | - | - | 2,375 | 0.0% | - |
| OFFICE SUPPLIES | - | - | - | 93 | 2,703 | 0.0% | 93 |
| TOTAL OFFICE EQUP/SUPPL. | - | - | - | 93 | 5,078 | 0.1% | 93 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PAYROLL TAXES EXPENSES** | | | | | | | - |
| SOCIAL SECURITY (FICA) | 2,824 | 3,045 | 5,869 | 6,740 | 87,336 | 1.2% | 9,785 |
| FED. MEDICARE | 660 | 712 | 1,372 | 1,674 | 20,205 | 0.3% | 2,386 |
| GA. SUI/DIS | - | 1 | 1 | 4 | 186 | 0.0% | 5 |
| FUTA (940) | - | 10 | 10 | 61 | 1,612 | 0.0% | 71 |
| TOTAL P/R TAXES EXPENSES | 3,484 | 3,768 | 7,252 | 8,479 | 109,339 | 1.5% | 12,247 |
| | | | | | | | |
| **OTHER MISC. TAXES** | | | | | | | - |
| SALES USED TAX | 63 | 173 | 236 | 1,493 | 10,434 | 0.1% | 1,666 |
| REAL STATE TAXES | 17,879 | 17,879 | 35,758 | 36,079 | 324,877 | 4.0% | 53,958 |
| TOTAL OTHER TAXES | | | - | - | - | | - |
| TOTAL P/R, CORP. AND MISC. TAXES | 17,942 | 18,052 | 35,994 | 37,572 | 335,311 | 4.2% | 55,624 |
| | | | | | | | |
| **MISC G&A EXPENSES** | | | | | | | - |
| AUTO FUEL | 1,800 | - | 1,800 | 1,800 | 21,600 | 0.3% | 1,800 |
| BAD DEBTS | 2,500 | 2,500 | 5,000 | 5,000 | 214,620 | 3.1% | 7,500 |
| BANK SERVICE CHARGES | - | 30 | 30 | - | 150 | 0.0% | 30 |
| PAYROLL SERVICE EXPENSE | - | - | - | 1,239 | 12,811 | 0.2% | 1,239 |
| DUES & SUBSCRIPTIONS | - | - | - | - | 1,714 | 0.0% | - |
| MEALS & ENTERTAINMENT | - | - | - | - | 347 | 0.0% | - |
| TRAVEL | - | - | - | - | 475 | 0.0% | - |
| ADVERTISING | - | - | - | - | 1,387 | 0.0% | - |
| HOUSEKEEPING | 316 | 1,679 | 1,995 | 1,554 | 25,388 | 0.4% | 3,233 |
| OPERATING/MANAGEMENT EXP. | 6,106 | 6,106 | 12,212 | 12,212 | 169,285 | 2.3% | 18,318 |
| MISC. G & A EXPENSE | - | (9) | (9) | 434 | 3,117 | 0.0% | 426 |
| TOTAL MISC. G & A EXPENSES | 10,722 | 10,307 | 21,029 | 22,239 | 450,894 | 6.4% | 32,546 |
| TOTAL GEN'L & ADM. EXPENSES | 64,610 | 67,374 | 131,984 | 436,296 | 2,150,046 | 25.2% | 503,670 |
| TOTAL INCOME (LOSS) | 26,736 | 53,259 | 79,994 | (130,777) | 1,639,142 | 26.5% | (77,519) |
| | | | | | | | |
| **OTHER (INCOME) & EXPENSES** | | | | | | | - |
| MISC. INCOME | - | (5,000) | (5,000) | - | (119,842) | (1.8%) | (5,000) |
| DEPRECIATION EXPENSE | - | 7,763 | 7,763 | 4,381 | 72,868 | 1.0% | 12,144 |
| INTEREST EXPENSE | 969 | 2,190 | 3,159 | (662) | 58,513 | 0.9% | 1,528 |
| FEES EARNED 1ST BUSINESS | 303 | 2,360 | 2,663 | 1,549 | 35,173 | 0.5% | 3,909 |
| FIRST BUSINESS INTEREST EXPENSE | 1,527 | 1,527 | 3,053 | 2,316 | 72,655 | 1.0% | 3,843 |
| AMORTIZATION COST-FINANCE LEASE | 4,027 | 4,027 | 8,053 | 7,511 | 111,932 | 1.4% | 11,538 |
| INTERST EXPENSE- FINANCE LEASE | 523 | 523 | 1,046 | 999 | 15,680 | 0.2% | 1,522 |
| TOTAL MISC. (INCOME) & EXPENSES | 7,348 | 13,389 | 20,737 | 16,094 | 246,979 | 3.3% | 29,483 |
| **NET INCOME (LOSS)** | 19,388 | 39,870 | 59,257 | (146,871) | 1,392,163 | 23.2% | (107,002) |

**JUDGE ORGANIZATION GROUP**
Professional fees paid
12.31.2025

| Type | Name: | Amount Approved | Paid Current Month | Payment Method | Date of Payment | Paid Cumulative | Applied against retainer paid pre-petition | Balance Remaining |
|------|-------|-----------------|--------------------|----------------|-----------------|-----------------|----------------------------------------------|-------------------|
| Legal Fees | Saul Ewing LLP | 56,724.65 | 12,899.60 | Cash | 12/30/2025 | 45,375.60 | 32,476.00 | 11,349.05 |
| | | | | Taken from Reserves | 12/29/2025 | - | | |
| | | 56,724.65 | 12,899.60 | | | 45,375.60 | 32,476.00 | 11,349.05 |

**EXPENSE**

| | Allocation | | | | | | |
|--|------------|--|--|--|--|--|--|
| Invoices | PET | PJS | SAV WHS | SAV TRK | Amex | SAV Org | |
| 45,375.60 | | | | | | | |
| | 28% | 28% | 14% | 14% | 10% | 5% | |
| Paid | 45,375.60 | 12,856.42 | 12,856.42 | 6,428.21 | 6,428.21 | 4,537.56 | 2,268.78 |
| Approved | | 16,071.98 | 16,071.98 | 8,035.99 | 8,035.99 | 5,672.47 | 2,836.23 |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 29, 2025 through December 31, 2025

**Account Number:** ▮▮▮▮▮▮▮▮

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

P. JUDGE & SONS TRUCKING. LLC
980 BOURNE AVE
SAVANNAH GA 31408-9752

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | -$11,159.80 |  |
| Deposits and Credits | 24 | $418,296.40 |  |
| Withdrawals and Debits | 84 | $343,119.01 |  |
| Checks Paid | 3 | $8,907.50 |  |
| **Ending Ledger Balance** |  | **$55,110.09** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/01 | ▮▮▮▮▮▮▮▮▮▮▮▮ | $15,000.00 |
| 12/02 | Orig CO Name:▮▮▮▮▮    Orig ID:1391822293 Desc Date:Fbsf<br>CO Entry ▮▮▮▮    Trace#:075905782478646 Eed:251202<br>Ind ID:A23370    Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3362478646Tc | 36,576.90 |
| 12/03 | Orig CO Name:▮▮▮▮▮    Orig ID:1391822293 Desc Date:Fbsf<br>CO Entry    Trace#:075905781608325 Eed:251203<br>Ind ID:A23380    Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3371608325Tc | 12,740.16 |
| 12/04 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 20,000.00 |
| 12/04 | Orig CO ▮▮▮▮    Orig ID:1391822293 Desc Date:Fbsf<br>CO Entry Descr:Fbsf Adv Sec:CCD   Trace#:075905787063451 Eed:251204<br>Ind ID:A23393    Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3387063451Tc | 9,524.07 |
| 12/05 | Orig ▮▮▮▮    Orig ID:1391822293 Desc Date:Fbsf<br>CO ▮▮▮▮    Trace#:075905786333717 Eed:251205<br>Ind ID:A23418    Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3396333/1/Tc | 10,188.54 |

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



November 29, 2025 through December 31, 2025

**Account Number:** ▆▆▆▆▆▆▆

## Deposits and Credits (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 12/08 | Orig CO ▆▆▆▆▆ Orig ID:1391822293 Desc Date:Fbsl<br>CO ▆▆▆▆▆ Trace#:075905783020249 Eed:251208<br>Ind ID:A23439 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3423020249Tc | 14,175.36 |
| 12/09 | Orig ▆▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905781143102 Eed:251209<br>Ind ID:A23462 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3431143102Tc | 35,497.99 |
| 12/09 | Orig ▆▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905781143103 Eed:251209<br>Ind ID:A23463 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3431143103Tc | 10,182.33 |
| 12/10 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905788559787 Eed:251210<br>Ind ID:A23470 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3448559787Tc | 8,769.90 |
| 12/11 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905880460/1 Eed:251211<br>Ind ID:A23488 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3458046071Tc | 7,914.30 |
| 12/15 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905780631734 Eed:251215<br>Ind ID:A23524 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3490631734Tc | 11,764.50 |
| 12/15 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905780631733 Eed:251215<br>Ind ID:A23519 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3490631733Tc | 9,411.60 |
| 12/16 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905784735110 Eed:251216<br>Ind ID:A23542 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3504735110Tc | 8,688.66 |
| 12/17 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905782520750 Eed:251217<br>Ind ID:A23571 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3512520750Tc | 14,161.28 |
| 12/18 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905782607289 Eed:251218<br>Ind ID:A23601 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3522607289Tc | 59,238.63 |
| 12/19 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905784478905 Eed:251219<br>Ind ID:A23628 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3534478905Tc | 10,842.23 |
| 12/22 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905785647835 Eed:251222<br>Ind ID:A23649 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3565647835Tc | 25,888.59 |
| 12/23 | Online Transfer From Chk ...5329 Transaction#: 27437310412 | 20,000.00 |
| 12/24 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905786556283 Eed:251224<br>Ind ID:A23703 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3586556283Tc | 29,038.64 |
| 12/29 | Orig CO ▆▆▆▆▆▆▆▆▆▆<br>Trace#:075905787635263 Eed:251229<br>Ind ID:A23746 Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 3637635263Tc | 23,529.00 |



November 29, 2025 through December 31, 2025

**Account Number:** ███████████

## Deposits and Credits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 12/30 | Orig CO ████████████  ████████████ Trace#:075905782288047 Eed:251230 Ind ID:A23754    Ind Name:Jg P Judge Trucking Ll Fb Specialty Finance Trn: 3642288047Tc | 11,893.02 |
| 12/30 | ████████████████████ | 2,881.82 |
| 12/31 | Orig CO ████████████  ████████████ Trace#:075905788227504 Eed:251231 Ind ID:A23764    Ind Name:Jg P Judge Trucking Ll Fb Specialty Finance Trn: 3658227504Tc | 10,388.88 |
| **Total** | | **$418,296.40** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Online Transfe ████████ | $25,000.00 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 4,045.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 2,435.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 2,150.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 1,863.00 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 5,925.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 4,475.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 3,370.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 3,143.00 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 2,745.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 2,150.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 2,140.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 1,635.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 1,458.00 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 4,673.00 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 3,773.00 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 3,525.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 1,830.50 |
| 12/04 | Online ACH P███ YOUR REF: ████ | 4,193.00 |
| 12/09 | Online Transfe ████████ | 25,000.00 |
| 12/11 | Online ACH P███ YOUR REF: ████ | 2,963.00 |



**Account Number:** ▮▮▮▮▮▮▮▮▮▮▮

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 12/11 | Online ACH P▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ YOUR REF: 4 | 3,693.00 |
| 12/11 | Online ACH P YOUR REF: 4 | 3,363.00 |
| 12/11 | Online ACH P YOUR REF: 4 | 2,988.00 |
| 12/11 | Online ACH P YOUR REF: 4 | 2,748.00 |
| 12/11 | Online ACH P YOUR REF: 2 | 2,565.50 |
| 12/11 | Online ACH P YOUR REF: 4 | 2,563.00 |
| 12/11 | Online ACH P YOUR REF: 2 | 2,433.00 |
| 12/11 | Online ACH P YOUR REF: 2 | 2,415.50 |
| 12/11 | Online ACH P YOUR REF: 4 | 2,073.00 |
| 12/11 | Online ACH P YOUR REF: 4 | 1,035.50 |
| 12/11 | Online ACH P YOUR REF: 4 | 3,040.50 |
| 12/11 | Online ACH P YOUR REF: 4 | 2,245.50 |
| 12/11 | Online ACH P YOUR REF: 2 | 2,008.00 |
| 12/11 | Online ACH P YOUR REF: 4 | 3,983.00 |
| 12/11 | Online ACH P YOUR REF: 4 | 3,033.00 |
| 12/11 | Online ACH P YOUR REF: 4 | 2,670.50 |
| 12/11 | Online ACH P YOUR REF: 4 | 2,418.00 |
| 12/11 | Online ACH P YOUR REF: 2 | 10,508.08 |
| 12/15 | Online ACH P YOUR REF: 2 | 444.41 |
| 12/15 | Online ACH P YOUR REF: 4 | 1,531.24 |
| 12/16 | Online Transfe | 20,000.00 |
| 12/17 | Online ACH P YOUR REF: 2 | 4,995.00 |
| 12/17 | Online Transfe | 2,295.00 |
| 12/18 | Orig CO Name▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮21825 CO Entry De s▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Eed:251218▮▮▮▮▮▮▮▮▮▮▮▮ns Truckin 833-827-7526 | 964.25 |
| 12/18 | Online ACH P YOUR REF: 4 | 3,420.50 |
| 12/18 | Online ACH P YOUR REF: 4 | 2,563.00 |
| 12/18 | Online ACH P YOUR REF: 4 | 1,465.50 |
| 12/18 | Online ACH Payment▮▮▮▮▮▮▮▮▮▮▮To Glica (_▮▮▮▮▮▮▮▮▮3144) YOUR REF: 49057573802 | 843.00 |

# CHASE ⬡

November 29, 2025 through December 31, 2025

Account Number: ▮▮▮▮▮▮▮▮

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 12/18 | Online ACH P▮ YOUR REF: 4 | 3,495.50 |
| 12/18 | Online ACH P▮ YOUR REF: 2 | 3,193.00 |
| 12/18 | Online ACH P▮ YOUR REF: | 2,828.00 |
| 12/18 | Online ACH P▮ YOUR REF: 4 | 2,640.50 |
| 12/18 | Online ACH P▮ YOUR REF: 2 | 2,510.50 |
| 12/18 | Online ACH P▮ YOUR REF: 2 | 2,500.50 |
| 12/18 | Online ACH P▮ YOUR REF: 2 | 2,370.50 |
| 12/18 | Online ACH P▮ YOUR REF: 2 | 1,573.00 |
| 12/18 | Online ACH P▮ YOUR REF: 4 | 3,013.00 |
| 12/18 | Online ACH P▮ YOUR REF: 4 | 2,655.50 |
| 12/18 | Online ACH P▮ YOUR REF: | 1,598.00 |
| 12/18 | Online ACH P▮ YOUR REF: 2 | 2,368.00 |
| 12/18 | Online ACH P▮ YOUR REF: 2 | 2,140.50 |
| 12/23 | Online Transf▮ | 20,000.00 |
| 12/24 | Online ACH P▮ YOUR REF: 2 | 4,625.50 |
| 12/24 | Online ACH P▮ YOUR REF: | 4,108.00 |
| 12/24 | Online ACH P▮ YOUR REF: 2 | 4,080.50 |
| 12/24 | Online ACH P▮ YOUR REF: 4 | 3,973.00 |
| 12/24 | Online ACH P▮ YOUR REF: 2 | 3,695.50 |
| 12/24 | Online ACH P▮ YOUR REF: | 3,555.50 |
| 12/24 | Online ACH P▮ YOUR REF: 2 | 3,540.50 |
| 12/24 | Online ACH P▮ YOUR REF: 2 | 3,428.00 |
| 12/24 | Online ACH P▮ YOUR REF: 2 | 3,258.00 |
| 12/24 | Online ACH P▮ YOUR REF: 4 | 2,833.00 |
| 12/24 | Online ACH P▮ YOUR REF: 2 | 2,473.00 |
| 12/24 | Online ACH P▮ YOUR REF: 2 | 2,325.50 |
| 12/24 | Online ACH P▮ YOUR REF: 2 | 2,098.00 |
| 12/24 | Online ACH P▮ YOUR REF: | 2,055.50 |

# CHASE ⬡

November 29, 2025 through December 31, 2025

Account Number: ▮▮▮▮▮▮▮▮

## Withdrawals and Debits (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 12/24 | Online ACH P▮ YOUR REF: ▮ | 1,595.50 |
| 12/24 | Online ACH P▮ YOUR REF: ▮ | 1,355.00 |
| 12/24 | Online ACH P▮ YOUR REF: ▮ | 1,185.50 |
| 12/24 | Online ACH P▮ YOUR REF: ▮ | 1,055.50 |
| 12/24 | Online ACH P▮ YOUR REF: ▮ | 1,200.00 |
| 12/26 | Online ACH P▮ YOUR REF: ▮ | 4,935.53 |
| 12/30 | Online Transf▮ | 30,000.00 |
| **Total** | | **$343,119.01** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 2034 | 12/12 | $3,977.50 | 2035 | 12/18 | $4,080.00 | 2036 | 12/16 | $850.00 |

| Total | 3 check(s) | | | | | | | $8,907.50 |
|---|---|---|---|---|---|---|---|---|

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 12/01 | $3,840.20 | 12/16 | $8,145.28 |
| 12/02 | $40,417.10 | 12/17 | $15,016.56 |
| 12/03 | $28,157.26 | 12/18 | $28,032.44 |
| 12/04 | $2,102.33 | 12/19 | $38,874.67 |
| 12/05 | $12,290.87 | 12/22 | $64,763.26 |
| 12/08 | $26,466.23 | 12/23 | $64,763.26 |
| 12/09 | $47,146.55 | 12/24 | $41,352.90 |
| 12/10 | $55,916.45 | 12/26 | $36,417.37 |
| 12/11 | $5,083.67 | 12/29 | $59,946.37 |
| 12/12 | $1,106.17 | 12/30 | $44,721.21 |
| 12/15 | $20,306.62 | 12/31 | $55,110.09 |

Your service charges, fees and earnings credit have been calculated through account analysis.

# CHASE ⬣

November 29, 2025 through December 31, 2025

**Account Number:** ▮▮▮▮▮▮▮▮▮▮

P. Judge & Sons Trucking, LLC

## Stop Payment Renewal Notice

Account Number ▮▮▮▮▮▮▮▮                    Bank Number: ▮▮▮▮

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| —— | 0000001 | 03/17/2022 | 03/17/2026 | 1093 | $6,150.00 |
| —— | 0000009 | 03/26/2025 | 03/26/2026 | 1913 | $316.00 |

P. Judge & Sons Trucking, LLC
980 Bourne Ave
Savannah GA 31408-9752

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus  OH 43218-2051

This Page Intentionally Left Blank