# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   NEW JERSEY

In Re.  Judge Warehousing, LLC,                                    §                Case No.   25-22132
                                                                                    §
_____                                    §                Lead Case No.   25-22123
                        Debtor(s)                                  §
                                                                   §                ☒ Jointly Administered

## Monthly Operating Report                                                              Chapter 11

Reporting Period Ended: 12/31/2025                            Petition Date: 11/14/2025

Months Pending: 2                                            Industry Classification:  | 4 | 8 | 4 | 1 |

Reporting Method:                 Accrual Basis  ◉          Cash Basis  ○

Debtor's Full-Time Employees (current):                      33

Debtor's Full-Time Employees (as of date of order for relief):   32

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Patrick J. Wynne                                         Patrick J. Wynne
Signature of Responsible Party                               Printed Name of Responsible Party

02/09/2026
Date

                                                             10 Colonial Drive, Katonah, New York 10536
                                                             Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

Debtor's Name Judge Warehousing, LLC,                                      Case No. 25-22132

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $212,669 | |
| b. | Total receipts (net of transfers between accounts) | $402,126 | $534,503 |
| c. | Total disbursements (net of transfers between accounts) | $361,276 | $406,459 |
| d. | Cash balance end of month (a+b-c) | $253,518 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $361,276 | $406,459 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $790,807 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $-84,323 |
| c. | Inventory    (Book ○   Market ○   Other ●   (attach explanation)) | $0 |
| d | Total current assets | $1,054,833 |
| e. | Total assets | $12,462,386 |
| f. | Postpetition payables (excluding taxes) | $736,284 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $736,284 |
| k. | Prepetition secured debt | $2,878,022 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $1,416,182 |
| n. | Total liabilities (debt) (j+k+l+m) | $5,030,488 |
| o. | Ending equity/net worth (e-n) | $7,431,898 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $526,146 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $220,627 | |
| c. | Gross profit (a-b) | $305,519 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $436,296 | |
| f. | Other expenses | $1,549 | |
| g. | Depreciation and/or amortization (not included in 4b) | $11,892 | |
| h. | Interest | $2,653 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-146,871 | $-107,002 |

Debtor's Name Judge Warehousing, LLC,                                    Case No.  25-22132

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $8,036 | $8,036 | $6,428 | $6,428 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Saul Ewing | Lead Counsel | $8,036 | $8,036 | $6,428 | $6,428 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Judge Warehousing, LLC,                                          Case No.  25-22132

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name Judge Warehousing, LLC,                                      Case No.  25-22132

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name Judge Warehousing, LLC,                                    Case No.  25-22132

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Judge Warehousing, LLC,                                        Case No.  25-22132

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Judge Warehousing, LLC,                                   Case No.  25-22132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $27,262 | $49,765 |
| e.   Postpetition property taxes paid | $35,758 | $71,516 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)      Yes ⦿   No ◯

b.   Were any payments made outside the ordinary course of business      Yes ◯   No ⦿
without court approval?  (if yes, see Instructions)

c.   Were any payments made to or on behalf of insiders?      Yes ◯   No ⦿

d.   Are you current on postpetition tax return filings?      Yes ⦿   No ◯

e.   Are you current on postpetition estimated tax payments?      Yes ⦿   No ◯

f.   Were all trust fund taxes remitted on a current basis?      Yes ⦿   No ◯

g.   Was there any postpetition borrowing, other than trade credit?      Yes ⦿   No ◯
(if yes, see Instructions)

h.   Were all payments made to or on behalf of professionals approved by      Yes ⦿   No ◯   N/A ◯
the court?

i.   Do you have:         Worker's compensation insurance?      Yes ⦿   No ◯

            If yes, are your premiums current?      Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

            Casualty/property insurance?      Yes ⦿   No ◯

            If yes, are your premiums current?      Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

            General liability insurance?      Yes ⦿   No ◯

            If yes, are your premiums current?      Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?      Yes ◯   No ⦿

k.   Has a disclosure statement been filed with the court?      Yes ◯   No ⦿

l.   Are you current with quarterly U.S. Trustee fees as      Yes ⦿   No ◯
set forth under 28 U.S.C. § 1930?

Debtor's Name Judge Warehousing, LLC,                                          Case No.  25-22132

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Patrick J. Wynne                                    Patrick J. Wynne
Signature of Responsible Party                          Printed Name of Responsible Party

President                                               02/09/2026
Title                                                   Date

Debtor's Name Judge Warehousing, LLC,                                    Case No.  25-22132


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name Judge Warehousing, LLC,                                    Case No.  25-22132



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Judge Warehousing, LLC,                                      Case No.  25-22132



PageThree



PageFour

## Explanations

## Judge Warehousing LLC

**Part 1**

Line B.

All transfers to/from affiliated debtors within the jointly administered group are reported net in Receipts. Gross transfers in and out were $155,045.00 and $202,881.82, respectively.

**Part 7**

Question A.

| Entity | Lender | Payment Amount | Date | Balance pre-petition | Balance 12.31 | Type | |
|--------|--------|---------------|------|---------------------|---------------|------|---|
| Judge Warehousing, LLC | PRINCIPAL LIFE INSURANCE CO | 1,331.41 | 12/24/2025 | 1,331.41 | - | Insurance | >>Included in pre-petition AP |

Question G.

Judge Warehousing LLC secured DIP financing during bankruptcy with its pre-bankruptcy lender, First Business.  First Business is a factor and is buying certain accounts receivables. As the Debtor made new sales post-petition, it sold certain receivables to First Business and received cash immediately.

**Balance Sheet**

**December 31, 2025**

**NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS**

|  | Judge Warehousing, LLC |
|---|---|
| **Assets** | |
| Current assets | |
| Cash | $ 264,026 |
| Accounts receivable | 325,027 |
| Allowance for doubtful accounts | (297,585) |
| Due from factor | 757,212 |
| Contract asset | 6,153 |
| Due from related parties | 8,462,319 |
| Total current assets | 9,517,152 |
| | |
| Property and equipment, net | 28,359 |
| | |
| Other assets | |
| Security deposits | 111,661 |
| Right-of-use assets - operating leases | 2,654,775 |
| Right-of-use assets - finance leases | 150,439 |
| Total other assets | 2,916,875 |
| | |
| Total assets | $ 12,462,386 |
| | |
| **Liabilities and (Deficit) Equity** | |
| Current liabilities | |
| Due to factor, net of reserves | 621,781 |
| Operating lease liabilities, current | 1,358,377 |
| Finance lease liabilitites, current | 90,908 |
| Accounts payable and accrued expenses | 1,460,642 |
| Contract liabilities | 13,539 |
| Total current liabilities | 3,545,247 |
| | |
| Long-term liabilities | |
| Operating lease liabilities, net of current portion | 1,343,097 |
| Finance lease liabilities, net of current portion | 67,142 |
| Security deposit payable | 75,000 |
| Total long-term liabilities | 1,485,239 |
| | |
| Total liabilities | 5,030,486 |
| | |
| Equity | |
| Members' equity | 7,431,900 |
| Total deficit | 7,431,900 |
| | |
| Total liabilities and (deficit) equity | $ 12,462,386 |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 29, 2025 through December 31, 2025

**Account Number:** ▮▮▮▮▮▮▮

JUDGE WAREHOUSING, LLC
980 BOURNE AVE
SAVANNAH GA 31408-9752

## Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $174,102.18 | |
| Deposits and Credits | 20 | $450,007.66 | |
| Withdrawals and Debits | 14 | $400,330.31 | |
| Checks Paid | 3 | $3,647.81 | |
| **Ending Ledger Balance** | | **$220,131.72** | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/01 | ▮▮▮▮▮▮▮ On May 30, 2025, And November 04, 2025.   Your Reference Number C20251130Br9Msd,  Our Reference Number Esds251201-344, Check Number 3296. | $1,006.11 |
| 12/02 | Orig CO Name:▮▮▮▮▮        Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD    Trace#:075905782478645 Eed:251202 Ind ID:A23368            Ind Name:Jg Judge Warehouse  LI ▮▮▮▮▮▮ Tm: 3362478645Tc | 13,040.83 |
| 12/03 | ▮▮▮▮▮▮▮▮▮ France 67000 Fr Org:/Fr7630087338310003780650350 Tmt Sas Ogb: Cm - Cic Banques 6 Avenue DE Provence Ref: Mae Mae2500550/Ocmt/USD1896,/Acc/Orderres/Fr/Benefres/US Tm: 2259248335Js YOUR REF:  SWF OF 25/12/01 | 1,896.00 |
| 12/03 | ▮▮▮▮▮▮▮ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD    Trace#:075905781608324 Eed:251203 Ind ID:A23377            Ind Name:Jg Judge Warehouse  LI | 4,047.77 |
| 12/03 | ▮▮▮▮▮▮▮▮ | 45.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



November 29, 2025 through December 31, 2025

**Account Number:** ███████████

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 12/04 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905787063450 Eed:251204 Ind ID:A23394        Ind Name:Jg Judge Warehouse  Ll Tm: 3387063450Tc | 9,650.51 |
| 12/05 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905786333716 Eed:251205 Ind ID:A23420        Ind Name:Jg Judge Warehouse  Ll 3396333716Tc | 77,430.55 |
| 12/08 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905783020248 Eed:251208 Ind ID:A23434        Ind Name:Jg Judge Warehouse  Ll | 1,072.81 |
| 12/11 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905788046070 Eed:251211 Ind ID:A23487        Ind Name:Jg Judge Warehouse  Ll | 27,414.90 |
| 12/12 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905781227084 Eed:251212 Ind ID:A23501        Ind Name:Jg Judge Warehouse  Ll | 74,553.45 |
| 12/15 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905780631732 Eed:251215 Ind ID:A23520        Ind Name:Jg Judge Warehouse  Ll Finance Tm: 3490631732Tc | 2,703.35 |
| 12/17 | France 67000 Fr Org:/Fr7630087338310003780650350 Tmt Sas Ogb: Cm -Cic Banques 6 Avenue DE Provence Ref: Mae Mae2500646/Ocmt/USD1827,/Acc/Orderres/Fr/Benefres/US Tm: 2266844349Js YOUR REF:  SWF OF 25/12/15 | 1,827.00 |
| 12/17 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905782520749 Eed:251217 Ind ID:A23569        Ind Name:Jg Judge Warehouse  Ll | 265.05 |
| 12/19 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905784478904 Eed:251219 Ind ID:A23626        Ind Name:Jg Judge Warehouse  Ll | 74,553.45 |
| 12/22 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905785647834 Eed:251222 Ind ID:A23644        Ind Name:Jg Judge Warehouse  Ll | 9,425.06 |
| 12/23 | ███████████ CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905787713265 Eed:251223 Ind ID:A23691        Ind Name:Jg Judge Warehouse  Ll | 33,189.18 |
| 12/24 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905786556282 Eed:251224 Ind ID:A23701        Ind Name:Jg Judge Warehouse  Ll | 66,877.48 |
| 12/29 | ███████████ Orig ID:1391822293 Desc Date:Fbsf CO Entry Descr:Fbsf Adv  Sec:CCD   Trace#:075905787635252 Eed:251229 Ind ID:A23743        Ind Name:Jg Judge Warehouse  Ll | 651.51 |



November 29, 2025 through December 31, 2025

**Account Number:** ▇▇▇▇▇▇▇▇▇

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 12/31 | ▇▇▇▇▇▇▇    Orig ID:1391822293 Desc Date:Fbsf<br>CO Entry Descr:Fbsf Adv  Sec:CCD    Trace#:075905788227503 Eed:251231<br>Ind ID:A23765    Ind Name:Jg Judge Warehouse  LI | 31,951.08 |
| 12/31 | ▇▇▇▇▇▇▇<br>CO Entry Descr:Fbsf Adv  Sec:CCD    Trace#:075905788227502 Eed:251231<br>Ind ID: A23760    Ind Name:Jg Judge Warehouse  LI | 18,406.55 |
| **Total** | | **$450,007.66** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/01 | Online ACH ▇▇▇▇▇<br>YOUR REF: | $156,797.40 |
| 12/01 | Orig CO Nar▇▇▇<br>CO Entry De▇▇<br>Ind ID:<br>3358402156 | 3,200.00 |
| 12/03 | Online Tran▇ | 30,000.00 |
| 12/04 | Orig CO Na▇▇<br>CO Entry D▇<br>Eed:251204▇<br>Warehousin▇<br>Western Re▇ | 560.57 |
| 12/04 | Online ACH ▇<br>YOUR REF: | 4,126.43 |
| 12/09 | Online Trans▇ | 35,000.00 |
| 12/16 | Online Trans▇ | 30,000.00 |
| 12/23 | Online Trans▇ | 30,000.00 |
| 12/23 | Online Tran▇ | 20,000.00 |
| 12/23 | Online Trans▇ | 25,000.00 |
| 12/24 | Orig CO Na▇<br>Entry Descr:▇<br>Ind ID:Pact #<br>Pact Trn: 35 | 2,764.09 |
| 12/26 | Online Trans▇ | 30,000.00 |
| 12/30 | Online Trans▇ | 2,881.82 |
| 12/30 | Online Trans▇ | 30,000.00 |
| **Total** | | **$400,330.31** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3433 | 12/23 | $1,315.32 | 3449* | 12/05 | $100.00 | 3461* | 12/30 | $2,232.49 |

**Total    3 check(s)**                                                   **$3,647.81**
* indicates gap in sequence

# CHASE ⬡

**Account Number:** ▮▮▮▮▮▮▮▮

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------:|------|---------------:|
| 12/01 | $15,110.89 | 12/16 | $127,179.06 |
| 12/02 | $28,151.72 | 12/17 | $129,271.11 |
| 12/03 | $4,140.49 | 12/19 | $203,824.56 |
| 12/04 | $9,104.00 | 12/22 | $213,249.64 |
| 12/05 | $86,434.55 | 12/23 | $170,123.50 |
| 12/08 | $87,507.36 | 12/24 | $234,236.89 |
| 12/09 | $52,507.36 | 12/26 | $204,236.89 |
| 12/11 | $79,922.26 | 12/29 | $204,888.40 |
| 12/12 | $154,475.71 | 12/30 | $169,774.09 |
| 12/15 | $157,179.06 | 12/31 | $220,131.72 |

Your service charges, fees and earnings credit have been calculated through account analysis.

**CHASE** ⬡

November 29, 2025 through December 31, 2025

**Account Number:** ▮▮▮▮▮▮▮▮

Judge Warehousing, LLC

## Stop Payment Renewal Notice

Account Number ▮▮▮▮▮▮▮▮                                  Bank Number:  802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| — | 0000003 | 03/26/2025 | 03/26/2026 | 3108 | $1,012.01 |

Judge Warehousing, LLC
980 Bourne Ave
Savannah GA 31408-9752

JPMorgan Chase Bank, N.A
P O Box 182051
Columbus  OH 43218-2051

This Page Intentionally Left Blank

**JUDGE ORGANIZATION GROUP**
Professional fees paid
12.31.2025

| Type | Name: | Amount Approved | Paid Current Month | Payment Method | Date of Payment | Paid Cumulative | Applied against retainer paid pre-petition | Balance Remaining |
|------|-------|-----------------|--------------------|----------------|-----------------|-----------------|---------------------------------------------|-------------------|
| Legal Fees | Saul Ewing LLP | 56,724.65 | 12,899.60 | Cash | 12/30/2025 | 45,375.60 | 32,476.00 | 11,349.05 |
| | | | | Taken from Reserves | 12/29/2025 | - | | |
| | | 56,724.65 | 12,899.60 | | | 45,375.60 | 32,476.00 | 11,349.05 |

**EXPENSE**

| | Allocation | | | | | | |
|---|-----------|-----|---------|---------|------|---------|
| Invoices | PET | PJS | SAV WHS | SAV TRK | Amex | SAV Org |
| 45,375.60 | | | | | | |
| | 28% | 28% | 14% | 14% | 10% | 5% |
| Paid | 45,375.60 | 12,856.42 | 12,856.42 | 6,428.21 | 6,428.21 | 4,537.56 | 2,268.78 |
| Approved | | 16,071.98 | 16,071.98 | 8,035.99 | 8,035.99 | 5,672.47 | 2,836.23 |

# SUMMARY HISTORICAL AGED TRIAL BALANCE

**Ranges:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Customer ID: | First - Last | User-Defined 1: | First - Last | State: | First - Last |
| Customer Class: | First - Last | Short Name: | First - Last | Telephone: | First - Last |
| Salesperson ID: | First - Last | Customer Name: | First - Last | Posting Date: | First - 12/31/2025 |
| Sales Territory: | First - Last | ZIP Code: | First - Last | | |

**Account Type:** All
**Aging Date:** 12/31/2025
**Exclude:** Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
**Sorted:** by Customer ID

---

**Customer:** ADEMONNY   **Name:** Aden Logistics   **Account Type:** Open Item

User-Defined 1
Contact: carrierpayables@adenmoves.com   Salesperson:
Phone: ( ) - Ext.   Territory:
Credit: Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | -$15.00 |

---

**Customer:** AMELASNV   **Name:** American Flooring Corp   **Account Type:** Open Item

User-Defined 1
Contact: LU88.afc@gmail.com   Salesperson:
Phone: ( ) - Ext.   Territory:
Credit: Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $3,000.00 | $145.00 | $0.00 | $3,145.00 |

---

**Customer:** APEVANCN   **Name:** Apex Paper-Export   **Account Type:** Open Item

User-Defined 1
Contact: Rahil Budhwani   Salesperson:
Phone: (000) 000-0000 Ext. 0000   Territory:
Credit: Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $16,940.00 | $27,958.07 | $0.00 | $0.00 | $0.00 | $0.00 | $44,898.07 |

---

**Customer:** ARCFORAR1   **Name:** ArcBest Warehousing   **Account Type:** Open Item

User-Defined 1
Contact: whsinvoice@arcb.com   Salesperson:
Phone: ( ) - Ext.   Territory:
Credit: Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $10,501.00 | $9,594.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,095.00 |

---

**Customer:** BAWBIRMI   **Name:** Bawden Wesler & Associates   **Account Type:** Open Item

User-Defined 1
Contact:   Salesperson:
Phone: ( ) - Ext.   Territory:
Credit: Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 |

---

**Customer:** CANBALMD   **Name:** CANUSA CORPORATION   **Account Type:** Open Item

User-Defined 1
Contact: mforest@canusacorp.com   Salesperson:
Phone: ( ) - Ext.   Territory:
Credit: Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $1,184.58 | $0.00 | $0.00 | $762.25 | $0.00 | $129.54 | $2,076.37 |

---

**Customer:** CHAMONCN   **Name:** Chartwell Shipping   **Account Type:** Open Item

User-Defined 1
Contact: shipbrokers@chartwellshipping.ca   Salesperson:
Phone: ( ) - Ext.   Territory:
Credit: Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $945.00 | $945.00 |

---

**Customer:** DAVTYBGA   **Name:** Davis Brother Logistics LLC   **Account Type:** Open Item

User-Defined 1
Contact: jdavis@davisbrotherslogistics.com   Salesperson:
Phone: ( ) - Ext.   Territory:
Credit: Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $163,287.03 | $92,500.96 | $255,787.99 |

---

**Customer:** FMSWESPA   **Name:** FR MEYER'S SOHN NA-HEINZEL   **Account Type:** Open Item

User-Defined 1 FMS
Contact: fmsna-ap@fms-logistics.com   Salesperson:
   Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Phone:** ( ) - Ext. | | | | | | | |
| **Credit:** | | | | | | | |
| Unlimited | | | | | | | |
| **Totals:** | -$285.00 | $8,160.57 | $1,717.98 | $259.78 | $49.79 | -$413.24 | $9,489.88 |

**Customer:** GENSIGNT  **Name:** Generations Group LLC  **Account Type:** Open Item

| **User-Defined 1** | | **Salesperson:** | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** john@generations.group | | **Territory:** | | | | | |
| **Phone:** ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** | | | | | | | |
| Unlimited | | **Totals:** $2,105.50 | $2,120.50 | $0.00 | $0.00 | $0.00 | $0.00 | $4,226.00 |

**Customer:** IFPFOXMA  **Name:** INTERNATIONAL FOREST PRODUCTS CORP  **Account Type:** Open Item

| **User-Defined 1** | **Salesperson:** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** kendrac@ifpcorp.com | **Territory:** | | | | | | |
| **Phone:** (508) 698-4624 Ext. 0000 | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$0.09 | -$0.09 |

**Customer:** INTCANFL1  **Name:** INTERNATIONAL PAPER-PENSACOLA  **Account Type:** Open Item

| **User-Defined 1** | **Salesperson:** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** MATCH.PAY@IPAPER.COM | **Territory:** | | | | | | |
| **Phone:** ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,946.46 | -$1,946.46 |

**Customer:** INTCOLMS  **Name:** INTERNATIONAL PAPER COLUMBUS MODIF  **Account Type:** Open Item

| **User-Defined 1** | **Salesperson:** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** sonya.baskin@ipaper.com | **Territory:** | | | | | | |
| **Phone:** ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** Unlimited | **Totals:** | $7,929.90 | $4,486.05 | $1,469.43 | $177.88 | $0.00 | -$570.50 | $13,492.76 |

**Customer:** INTCOLMS2  **Name:** INTERNATIONAL PAPER  **Account Type:** Open Item

| **User-Defined 1** | **Salesperson:** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** SONNY BASKIN | **Territory:** | | | | | | |
| **Phone:** ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,443.79 | -$1,443.79 |

**Customer:** INTCOLMS3  **Name:** International Paper Columbus Modifiber  **Account Type:** Open Item

| **User-Defined 1** | **Salesperson:** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** match.pay@ipaper.com | **Territory:** | | | | | | |
| **Phone:** ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** Unlimited | **Totals:** | $3,135.00 | $5,130.00 | $0.00 | $0.00 | $285.00 | $0.00 | $8,550.00 |

**Customer:** INTDECGA  **Name:** Interface Consulting Services  **Account Type:** Open Item

| **User-Defined 1** | **Salesperson:** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** tony@interface-cs.com | **Territory:** | | | | | | |
| **Phone:** ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$0.54 | -$0.54 |

**Customer:** INTMEMTN19  **Name:** IP SPACE KRAFT - PO 15827977  **Account Type:** Open Item

| **User-Defined 1** | **Salesperson:** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** apinvoices@ipaper.com | **Territory:** | | | | | | |
| **Phone:** ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$0.30 | -$0.30 |

**Customer:** INTSAVGA1  **Name:** International Paper-Flint River Mill  **Account Type:** Open Item

| **User-Defined 1** | **Salesperson:** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** match.pay@ipaper.com | **Territory:** | | | | | | |
| **Phone:** ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $975.00 | $975.00 |

**Customer:** INTSAVGA3  **Name:** International Paper-Sheets  **Account Type:** Open Item

| **User-Defined 1** | **Salesperson:** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contact:** joey.workman@ipaer.com | **Territory:** | | | | | | |
| **Phone:** ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| **Credit:** Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$30.00 | -$30.00 |

System: 1/19/2026 12:27:36 PM
User Date: 1/19/2026

**SUMMARY HISTORICAL AGED TRIAL BALANCE**

Page: 3
User ID: gprbrogan

Case 25-22123-JKS   Doc 162   Filed 02/09/26   Entered 02/09/26 09:58:16   Desc Main
Document   Page 24 of 26

| Customer: LYNCHATN | Name: Lync Logistics | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: lync.payables@lynclogistics.com | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | -$110.00 | $0.00 | -$110.00 |

| Customer: NADWATON | Name: NAD LOGISTICS | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: payables@nadlogistics.com | Territory: | | | | | | | |
| Phone: (000) 000-0000 Ext. 0000 | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$3,375.93 | -$3,375.93 |

| Customer: PAGSAVGA1 | Name: Page International Inc (Itochu) | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: Chawley@page-int.com | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$330.00 | -$330.00 |

| Customer: PORWAYMN | Name: Portage Logistics | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $15.00 |

| Customer: RELGRAMI | Name: Reflex Logistics LLC | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: promise@reflexlogisticsllc.com | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,967.50 | $2,967.50 |

| Customer: SANRIDCT1 | Name: Santa Maria Paper | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: marshall@santamaria.ind.br | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | **Totals:** | $490.00 | $5.04 | $0.00 | $0.00 | $0.00 | $0.00 | $495.04 |

| Customer: SOPNORCT5 | Name: SOPORCEL NORTH AMERICA | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: JOHN.STROH@EXTTHENAVIGA | Territory: | | | | | | | |
| Phone: (203) 838-5027 Ext. 3407 | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: | **Totals:** | $63,934.99 | $0.00 | $0.00 | $0.00 | -$1,281.60 | $2,919.74 | $65,573.13 |

| Customer: SOPNORCT6 | Name: SOPORCEL NORTH AMERICA - ROLLS | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: JOHN.STROH@EXTTHENAVIGA | Territory: | | | | | | | |
| Phone: (203) 838-5027 Ext. 3407 | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: | **Totals:** | $27,874.99 | $0.00 | $0.00 | $0.00 | $0.00 | $2,524.75 | $30,399.74 |

| Customer: SOUDALTX | Name: SOTHERN FIBER INC | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: AP@SOUTHERN-FIBER.COM | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$551.98 | -$551.98 |

| Customer: STECHATN | Name: Steam Logistics | | Account Type: Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | Salesperson: | | | | | | | |
| Contact: ap@steamlogistics.com | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $888.00 | $41.20 | $929.20 |

System: 1/19/2026 12:27:36 PM
User Date: 1/19/2026

**SUMMARY HISTORICAL AGED TRIAL BALANCE**

Page: 4
User ID: gprbrogan

Case 25-22123-JKS    Doc 162    Filed 02/09/26    Entered 02/09/26 09:58:16    Desc Main
Document    Page 25 of 26

**Customer:** STOATLGA1     **Name:** Stord-980     **Account Type:** Open Item

User-Defined 1
**Contact:** accounts-payable@stord.com    Salesperson:
**Phone:** ( ) - Ext.    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$270.00 | -$270.00 |

**Customer:** STOATLGA2     **Name:** STORD-FLOORING     **Account Type:** Open Item

User-Defined 1
**Contact:** accounts-payable@stord.com    Salesperson:
**Phone:** ( ) - Ext.    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$140.00 | -$140.00 |

**Customer:** SYLMEMTN2     **Name:** Sylvamo-Export pallets     **Account Type:** Open Item

User-Defined 1
**Contact:** apinvoices@sylvamo.com    Salesperson:
**Phone:** ( ) - Ext.    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $252.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $252.00 |

**Customer:** SYLMEMTN3     **Name:** Sylvamo-Domestic Rolls     **Account Type:** Open Item

User-Defined 1
**Contact:** apinvoices@sylvamo.com    Salesperson:
**Phone:** ( ) - Ext.    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $325.80 | $47.50 | $0.00 | $0.00 | $285.00 | $0.00 | $658.30 |

**Customer:** SYLMEMTN4     **Name:** Sylvamo-Brazilian Copy Paper     **Account Type:** Open Item

User-Defined 1
**Contact:** apinvoices@sylvamo.com    Salesperson:
**Phone:** ( ) - Ext.    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $1,089.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,089.25 |

**Customer:** TMTHOUTX2     **Name:** TMT USA     **Account Type:** Open Item

User-Defined 1
**Contact:** accountspayable@group-tmtusa.c    Salesperson:
**Phone:** ( ) - Ext.    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $75.00 | $780.00 | $0.00 | $0.00 | $0.00 | $0.00 | $855.00 |

**Customer:** TMTMARF10     **Name:** TMT-Drums     **Account Type:** Open Item

User-Defined 1
**Contact:**    Salesperson:
**Phone:** ( ) - Ext.    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $800.00 | $23,300.00 | $14,215.00 | $0.00 | $0.00 | $38,315.00 |

**Customer:** TMTMARFR6     **Name:** TMT - TRANSPORT MARITIME ET TRANSIT     **Account Type:** Open Item

User-Defined 1
**Contact:** ZELIA.CUNHA@GROUP-TMT.CO    Salesperson:
**Phone:** (000) 000-0000 Ext. 0000    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $4,205.00 | $1,053.00 | $909.50 | $1,465.00 | $2,758.50 | -$1,647.02 | $8,743.98 |

**Customer:** TMTMARFR8     **Name:** TMT-Transport Maritime-Plastipak     **Account Type:** Open Item

User-Defined 1
**Contact:**    Salesperson:
**Phone:** ( ) - Ext.    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $3,019.00 | $948.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,967.00 |

**Customer:** UPMWESIL6     **Name:** UPM - SHUTTLES     **Account Type:** Open Item

User-Defined 1
**Contact:** na.invoiceing@upm.com    Salesperson:
**Phone:** ( ) - Ext.    Territory:
**Credit:** Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$0.02 | -$0.02 |

**Customer:** VGLATLGA    **Name:** VGL WORLD INC    **Account Type:** Open Item

User-Defined 1
Contact:   j.collett@vglworld.com    Salesperson:
Phone: ( ) - Ext.    Territory:
Credit:   Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,080.00 | $1,080.00 |

**Customer:** WEYFEDWA4    **Name:** INTERNATIONAL PAPER -MS EXPORTS    **Account Type:** Open Item

User-Defined 1
Contact:    Salesperson:
Phone: ( ) - Ext.    Territory:
Credit:   Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | -$0.03 | -$19.79 | -$211.27 | -$1,045.49 | -$65,443.49 | -$153.24 | -$66,873.31 |

**Customer:** WEYSAVGA    **Name:** INTERNATIONAL PAPER COMPANY    **Account Type:** Open Item

User-Defined 1
Contact:   TYLER.HOWELL@IPAPER.COM    Salesperson:
Phone: ( ) - Ext.    Territory:
Credit:   Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $344,543.83 | $263,399.00 | $0.00 | $0.00 | $0.00 | $0.00 | $607,942.83 |

**Customer:** WORDALTX    **Name:** World Wide Express    **Account Type:** Open Item

User-Defined 1
Contact:   CarrierAP.Invoices@wwex.com    Salesperson:
Phone: ( ) - Ext.    Territory:
Credit:   Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.00 | $54.00 |

| | Customer(s) | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|---|
| **Grand Totals:** | 43 | $487,320.81 | $324,461.94 | $27,185.64 | $18,834.42 | $101,163.23 | $93,264.58 | $1,052,230.62 |