# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   NEW JERSEY

In Re. AMEX SHIPPING AGENT, INC., §
§
§
§

_____ Debtor(s)

Case No.  25-22129

Lead Case No.   25-22123

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2025

Petition Date: 11/14/2025

Months Pending: 2

Industry Classification: | 4 | 8 | 4 | 1 |

Reporting Method:        Accrual Basis ⦿        Cash Basis ◯

Debtor's Full-Time Employees (current):                    1

Debtor's Full-Time Employees (as of date of order for relief):      1

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Patrick J. Wynne
Signature of Responsible Party

02/09/2026
Date

Patrick J. Wynne
Printed Name of Responsible Party

10 Colonial Drive, Katonah, New York 10536
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name AMEX SHIPPING AGENT, INC.,                                    Case No.  25-22129

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $13,472 | |
| b. Total receipts (net of transfers between accounts) | $52,257 | $63,016 |
| c. Total disbursements (net of transfers between accounts) | $55,001 | $57,692 |
| d. Cash balance end of month (a+b-c) | $10,728 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $55,001 | $57,692 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $16,865 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $1,566 |
| c. Inventory    (Book ◯   Market ◉   Other ◯   (attach explanation)) | $0 |
| d Total current assets | $576,975 |
| e. Total assets | $576,975 |
| f. Postpetition payables (excluding taxes) | $19,950 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $19,950 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $528,053 |
| n. Total liabilities (debt) (j+k+l+m) | $548,003 |
| o. Ending equity/net worth (e-n) | $28,972 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $9,010 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $109,305 | |
| c. Gross profit (a-b) | $-100,295 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $33,566 | |
| f. Other expenses | $7,325 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-141,186 | $-511,040 |

Debtor's Name AMEX SHIPPING AGENT, INC.,                                    Case No.  25-22129

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $5,672 | $5,672 | $4,538 | $4,538 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Saul Ewing LLP | Lead Counsel | $5,672 | $5,672 | $4,538 | $4,538 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name AMEX SHIPPING AGENT, INC.,                               Case No.  25-22129

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name AMEX SHIPPING AGENT, INC.,                                    Case No. 25-22129

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name AMEX SHIPPING AGENT, INC.,                                      Case No.  25-22129

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name AMEX SHIPPING AGENT, INC.,                                    Case No.  25-22129

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                                    7

Debtor's Name AMEX SHIPPING AGENT, INC.,                                    Case No.  25-22129

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $2,434 | $4,033 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◯  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ◯  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ◯ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿  No ◯  N/A ◯ |
| i. | Do you have:        Worker's compensation insurance? | Yes ⦿  No ◯ |
| | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ◯ |
| | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ◯ |
| | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ◯ |

Debtor's Name AMEX SHIPPING AGENT, INC.,                                Case No. 25-22129

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


/s/ Patrick J. Wynne
_____
Signature of Responsible Party

President
_____
Title

Patrick J. Wynne
_____
Printed Name of Responsible

Party 02/09/2026
_____
Date

Debtor's Name AMEX SHIPPING AGENT, INC.,

Case No.  25-22129



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name AMEX SHIPPING AGENT, INC.,                                    Case No.  25-22129

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name AMEX SHIPPING AGENT, INC.,                          Case No.  25-22129



PageThree



PageFour

**Explanations**

**Amex Shipping Agent, Inc.**

**Part 1**

Line B.

All transfers to/from affiliated debtors within the jointly administered group are reported net in Receipts. Gross transfers in and out were $52,257.44 and $0, respectively.

**Part 7**

Question G.

Amex Shipping Agent, Inc. secured DIP financing during bankruptcy with its pre-bankruptcy lender, First Business.  First Business is a factor and is buying certain accounts receivables. As the Debtor made new sales post-petition, it sold certain receivables to First Business and received cash immediately.

**Balance Sheet**
**December 31, 2025**
**NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS**

|  | Amex Shipping Agent, Inc. |
|---|---|
| **Assets** | |
| Current assets | |
| Cash and cash equivalents | $ 12,082 |
| Accounts receivable | 18,431 |
| Allowance for doubtful accounts | (1,566) |
| Refundable income taxes | 1,500 |
| Due from related parties | 546,528 |
| Total current assets | 576,975 |
| Total assets | $ 576,975 |
| **Liabilities and Deficit** | |
| Current liabilities | |
| Accounts payable and accrued expenses | 548,004 |
| Total current liabilities | 548,004 |
| Deficit | |
| Common stock | 2,000 |
| Accumulated deficit | 26,971 |
| Total deficit | 28,971 |
| Total liabilities and deficit | $ 576,975 |

**AMEX SHIPPING AGENT INC.**
PROFIT AND LOSS

| | 1st to 14th November 2026 | 18th to 30th November 2026 | FULL MONTH November 2026 | December 2026 | YTD | % | | Since Bk 11/16-> |
|---|---|---|---|---|---|---|---|---|
| LINE HAUL REVENUE | 11,906 | 1,800 | 13,706 | 7,208 | $206,756 | 99.5% | ($7,208) | $208,556 |
| FUEL SURCHARGE (CUSTOMER) | - | - | - | 1,802 | 2,809 | 0.5% | ($1,802) | 2,809 |
| TOTAL REVENUE | 11,906 | 1,800 | 13,706 | 9,010 | 209,565 | 100.0% | ($9,010) | 211,365 |
| | | | | | | | $0 | 0 |
| COST OF SERVICE SOLD | | | | - | | | | |
| COST OF LINE HAUL | 42,284 | (24,015) | 18,269 | 26,865 | 179,140 | 75.9% | ($26,865) | 155,125 |
| OUTSIDE CARRIER LINE HAUL COST NEWARK | - | - | - | 82,440 | 82,440 | | $0 | 82,440 |
| DETENTION | - | - | - | - | 0 | | $0 | 0 |
| COST OF SERVICE SOLD | 42,284 | (24,015) | 18,269 | 109,305 | 261,580 | 75.9% | ($109,305) | 237,565 |
| GROSS REVENUE | (30,378) | 25,815 | (4,563) | (100,295) | (52,015) | 24.1% | $100,295 | (26,200) |
| | | | | | | | $0 | 0 |
| GENERAL & ADMINISTRATIVE EXP. | (3) | 14 | | (0) | (87.%) | 0.0% | $12 | 1347.% |
| G & A SALARIES & BENEFITS | | | | | | | $0 | 0 |
| OUTSIDE LABOR | | | | | | | $0 | 0 |
| ADMINISTRATIVE SALARIES | 3,054 | 3,212 | 6,266 | 8,566 | 89,373 | 40.3% | ($8,566) | 92,585 |
| EXECUTIVE EXPENSE | 12,500 | 12,500 | 25,000 | 25,000 | 300,000 | 137.1% | ($25,000) | 312,500 |
| TOTAL G & A EXPENSES | 15,554 | 15,712 | 31,266 | 33,566 | 389,373 | 177.4% | ($33,566) | 405,085 |
| | | | | | | | $0 | 0 |
| PROFESSIONAL FEES | | | | | | | $0 | 0 |
| ACCOUNTING FEES | 2,500 | 2,500 | 5,000 | (17,298) | 37,702 | 27.4% | $17,298 | 40,202 |
| LEGAL FEES | - | - | - | 16,335 | 16,335 | | $0 | 16,335 |
| CONSULTING FEES | - | - | - | 7,819 | 7,819 | | $0 | 7,819 |
| TOTAL PROFESSIONAL EXPENSES | 2,500 | 2,500 | 5,000 | 6,856 | 61,856 | 27.4% | ($6,856) | 64,356 |
| | | | | | | | $0 | 0 |
| INSURANCE | | | | | | | $0 | 0 |
| TRUCKER'S LIABILITIES INS. EXP. | - | - | - | - | 333 | 0.2% | $0 | 333 |
| CARGO/PROPERTY | - | 333 | 333 | 333 | 3,663 | 1.7% | ($333) | 3,996 |
| CUSTOM BOND EXP. | - | - | - | - | 4,688 | 2.3% | $0 | 4,688 |
| HEALTH INSURANCE | - | 1,758 | 1,758 | 1,758 | 21,096 | 9.6% | ($1,758) | 22,854 |
| HEALTH INSURANCE REIMBURSMENT | (354) | (354) | (708) | (708) | (9,112) | (4.2%) | $708 | (9,466) |
| OFFICER'S LIFE INSURANCE | - | - | - | - | 3,105 | 1.5% | $0 | 3,105 |
| TOTAL INSURANCE EXPENSES | (354) | 1,737 | 1,383 | 1,383 | 23,773 | 11.2% | ($1,383) | 25,510 |
| | | | | | | | $0 | 0 |
| COMMUNICATIONS | | | | | | | $0 | 0 |
| TELEPHONE | - | - | - | - | 2,139 | 1.1% | $0 | 2,139 |
| TOTAL COMMUNICATION EXPENSES | - | - | - | - | 2,139 | 1.1% | $0 | 2,139 |
| | | | | | | | $0 | 0 |
| OFFICE EQUIPMENT & SUPPLIES | | | | | | | $0 | 0 |
| AUTO FUEL | 250 | - | 250 | 250 | 3,000 | 1.4% | ($250) | 3,000 |
| TOTAL OFFICE EQUIP. & SUPPLIES | 250 | - | 250 | 250 | 3,000 | 1.4% | ($250) | 3,000 |
| | | | | | | | $0 | 0 |
| PAYROLL TAXES EXPENSE | | | | | | | $0 | 0 |
| SOCIAL SECURITY (FICA) | 161 | 155 | 316 | 405 | 4,746 | 2.2% | ($405) | 4,901 |
| FED. MEDICARE | 38 | 33 | 71 | 101 | 1,116 | 0.5% | ($101) | 1,149 |
| NJ SUI/DIS EMPLOYER EXP. | - | - | - | - | 484 | 0.2% | $0 | 484 |
| FUTA (940) | - | - | - | - | 38 | 0.0% | $0 | 38 |
| TOTAL P/R TAXES EXPENSES | 199 | 188 | 387 | 506 | 6,384 | 2.9% | ($506) | 6,572 |
| | | | | | | | $0 | 0 |
| OTHER TAXES | | | | | | | $0 | 0 |
| MISC. TAXES | - | - | - | (3,000) | 1,500 | 2.2% | $3,000 | 1,500 |
| TOTAL OTHER TAXES | - | - | - | (3,000) | 1,500 | 2.2% | $3,000 | 1,500 |
| | | | | | | | $0 | 0 |
| OTHER G & A EXPENSE | | | | | | | $0 | 0 |
| PAYROLL SERVICE EXPENSE | - | - | - | 3,830 | 6,847 | 1.5% | ($3,830) | 6,847 |
| TOTAL OTHER G & A EXPENSE | - | - | - | 3,830 | 6,847 | 1.5% | ($3,830) | 6,847 |
| | | | | | | | $0 | 0 |
| OTHER (INCOME) & EXPENSE | | | | | | | $0 | 0 |
| RENT INCOME | (1,250) | (1,250) | (2,500) | (2,500) | (30,000) | (13.7%) | $2,500 | (31,250) |
| INTEREST EXPENSE | - | - | - | - | 1,081 | 0.5% | $0 | 1,081 |
| TOTAL MISC. (INCOME) & EXPENSES | (1,250) | (1,250) | (2,500) | (2,500) | (28,919) | (13.2%) | $2,500 | (30,169) |
| | | | | | | | $0 | 0 |
| NET INCOME (LOSS) | (47,277) | 6,928 | (40,349) | (141,186) | (517,968) | (187.9%) | $141,186 | (511,040) |

**JUDGE ORGANIZATION GROUP**
Professional fees paid
12.31.2025

| Type | Name: | Amount Approved | Paid Current Month | Payment Method | Date of Payment | Paid Cumulative | Applied against retainer paid pre-petition | Balance Remaining |
|------|-------|-----------------|--------------------|-----------------|------------------|------------------|---------------------------------------------|--------------------|
| Legal Fees | Saul Ewing LLP | 56,724.65 | 12,899.60 | Cash | 12/30/2025 | 45,375.60 | 32,476.00 | 11,349.05 |
| | | | | Taken from Reserves | 12/29/2025 | - | | |
| | | 56,724.65 | 12,899.60 | | | 45,375.60 | 32,476.00 | 11,349.05 |

| **EXPENSE** | Allocation | | | | | |
|-------------|------|------|---------|---------|------|---------|
| Invoices | PET | PJS | SAV WHS | SAV TRK | Amex | SAV Org |
| 45,375.60 | | | | | | |
| | 28% | 28% | 14% | 14% | 10% | 5% |
| Paid | 45,375.60 | 12,856.42 | 12,856.42 | 6,428.21 | 6,428.21 | 4,537.56 | 2,268.78 |
| Approved | | 16,071.98 | 16,071.98 | 8,035.99 | 8,035.99 | 5,672.47 | 2,836.23 |

System:     1/19/2026     12:38:42 PM
User Date:  1/19/2026

**HISTORICAL AGED TRIAL BALANCE**

Page:     1
User ID:  gprbrogan

Ranges:

| | | | | |
|---|---|---|---|---|
| Vendor ID: | First - Last | | User-Defined 1: | First - Last |
| Class ID: | First - Last | | Posting Date: | First - 12/31/2025 |
| Payment Priority: | First - Last | | Document Number: | First - Last |
| Vendor Name: | First - Last | | | |

Print Option:  **SUMMARY**          Exclude:     **Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info**
Aged By:       **Document Date**    Sorted By:   Vendor ID
Aging Date:    12/31/2025                         Due Date

| Vendor ID: | FMSNA | Name: | FR. MEYER'S SOHN NORTH AMERICA LL | Class ID: | TRADE | User-Defined 1: | |
|---|---|---|---|---|---|---|---|
| | | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s):  2 | | **Aged Totals:** | $12,750.00 | $12,750.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: | JBPN | Name: | JULIAN BOXILL | Class ID: | TRADE | User-Defined 1: | |
|---|---|---|---|---|---|---|---|
| | | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s):  1 | | **Aged Totals:** | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: | LOTSA | Name: | LOGISTICS ONE TRANSPORT, INC | Class ID: | CARRIERS | User-Defined 1: | |
|---|---|---|---|---|---|---|---|
| | | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s):  2 | | **Aged Totals:** | $2,850.00 | $2,850.00 | $0.00 | $0.00 | $0.00 |

| | **Vendors** | **Due** | **Current Period** | **31-60 Days** | **61-90 Days** | **91 and Over** |
|---|---|---|---|---|---|---|
| **Vendor Totals:** | 3 | $15,850.00 | $15,850.00 | $0.00 | $0.00 | $0.00 |

System: 1/19/2026  12:36:44 PM
User Date: 1/19/2026

Page: 1
User ID: gprbrogan

Case 25-22123-JKS   Doc 164   Filed 02/09/26   Entered 02/09/26 10:00:32   Desc Main
Document   Page 18 of 23

**SUMMARY HISTORICAL AGED TRIAL BALANCE**
Aleck Quispe, Agent
Accounts Manager Inc.

**Ranges:**

| | | | | | |
|---|---|---|---|---|---|
| Customer ID: | First - Last | User-Defined 1: | First - Last | State: | First - Last |
| Customer Class: | First - Last | Short Name: | First - Last | Telephone: | First - Last |
| Salesperson ID: | First - Last | Customer Name: | First - Last | Posting Date: | First - 12/31/2025 |
| Sales Territory: | First - Last | ZIP Code: | First - Last | | |

Account Type: All
Aging Date: 12/31/2025
Exclude: Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
Sorted: by Customer ID

---

**Customer:** ▮▮▮  **Name:** ▮▮▮  **Account Type:** Open Item

User-Defined 1
Contact:  Salesperson: NONE
Phone: (00 ) - Ext.  Territory: NONE
Credit: Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | -$4,328.80 | $0.00 | $0.00 | -$4,328.80 |

---

**Customer:** ▮▮▮  **Name:** ▮▮▮  **Account Type:** Open Item

User-Defined 1
Contact: ▮▮▮SOLUTION  Salesperson: NONE
Phone: (00 ) - Ext.  Territory: NONE
Credit: Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $1,470.00 | $0.00 | $0.00 | $1,470.00 |

---

**Customer:** ▮▮▮  **Name:** ▮▮▮  **Account Type:** Open Item

User-Defined 1
Contact:  Salesperson:
Phone: ▮▮▮  Territory:
Credit: Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | -$1,750.77 | $9.72 | $26.31 | -$964.12 | $0.00 | $0.00 | -$2,678.86 |

---

**Customer:** ▮▮▮  **Name:** ▮▮▮  **Account Type:** Open Item

User-Defined 1
Contact:  Salesperson: NONE
Phone: ▮▮▮  Territory: NONE
Credit: Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | -$1,000.00 | $0.00 | $0.00 | -$1,000.00 |

---

**Customer:** ▮▮▮  **Name:** ▮▮▮  **Account Type:** Open Item

User-Defined 1
Contact:  Salesperson: NONE
Phone: (00 ) - Ext.  Territory: NONE
Credit: Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $4,640.30 | $0.00 | $0.00 | $4,640.30 |

---

**Customer:** ▮▮▮  **Name:** ▮▮▮  **Account Type:** Open Item

User-Defined 1
Contact:  Salesperson: NONE
Phone: (00 ) - Ext.  Territory: NONE
Credit: Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $15,075.00 | $0.00 | $0.00 | $15,075.00 |

---

**Customer:** ▮▮▮  **Name:** ▮▮▮  **Account Type:** Open Item

User-Defined 1
Contact:  Salesperson: NONE
Phone: (00 ) - Ext.  Territory: NONE
Credit: Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | -$21.76 | $0.00 | $0.00 | -$21.76 |

---

**Customer:** P▮▮▮  **Name:** ▮▮▮  **Account Type:** Open Item

User-Defined 1
Contact:  Salesperson: NONE
Phone: (00 ) - Ext.  Territory: NONE
Credit: Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $1,250.00 | $0.00 | $0.00 | $1,250.00 |

---

**Customer:** ▮▮▮  **Name:** P▮▮▮  **Account Type:** Open Item

User-Defined 1
Contact:

| | | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Phone:** | | | | | | | | | |
| **Credit:** Unlimited | | **Totals:** | $1,105.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,105.88 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Customer:** R▉▉ | | **Name:** ▉▉▉▉ | | **Account Type:** | Open Item | | | | | |
| **User-Defined 1** | | **Salesperson:** NONE | | | | | | | | |
| **Contact:** | | **Territory:** NONE | | | | | | | | |
| **Phone:** (00 ) - Ext. | | | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
| **Credit:** Unlimited | | **Totals:** | | $1,800.00 | $0.00 | $0.00 | $489.81 | $0.00 | $0.00 | $2,289.81 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Customer:** ▉▉▉ | | **Name:** ▉▉▉ | | **Account Type:** | Open Item | | | | | |
| **User-Defined 1** | | **Salesperson:** NONE | | | | | | | | |
| **Contact:** | | **Territory:** NONE | | | | | | | | |
| **Phone:** (00 ) - Ext. | | | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
| **Credit:** Unlimited | | **Totals:** | | $0.00 | $0.00 | $0.00 | $629.10 | $0.00 | $0.00 | $629.10 |

| | Customer(s) | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|---|
| **Grand Totals:** | 11 | $1,155.11 | $9.72 | $26.31 | $17,239.53 | $0.00 | $0.00 | $18,430.67 |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

November 29, 2025 through December 31, 2025

**Account Number:**

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

AMEX SHIPPING AGENT GROUP, INC.
201 BAY AVE
ELIZABETH NJ 07201-4904

## Commercial Checking
## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $13,471.57 | |
| Deposits and Credits | 8 | $52,257.44 | |
| Withdrawals and Debits | 18 | $55,001.34 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$10,727.67** | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/01 | Online Transfer From Chk ...5279 Transaction# 27168271542 | $1,790.44 |
| 12/01 | Online Transfer From Chk ...5279 Transaction# 27168324827 | 1,790.44 |
| 12/02 | Online Transfer From Chk ...5279 Transaction# 27176286153 | 3,580.88 |
| 12/05 | Online Transfer From Chk ...5279 Transaction# 27215950682 | 1,790.44 |
| 12/05 | Online Transfer From Chk ...5279 Transaction# 27225473145 | 1,790.44 |
| 12/23 | Online Transfer From Chk ...5279 Transaction# 27435009133 | 2,500.00 |
| 12/26 | Online Transfer From Chk ...5329 Transaction# 27477046154 | 30,000.00 |
| 12/31 | Online Transfer From Chk ...5279 Transaction# 27527807316 | 9,014.80 |
| **Total** | | **$52,257.44** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/01 | Orig CO Name: ▮▮▮▮▮    Orig ID:1223006057 Desc Date:251201 CO Entry Descr:▮▮▮▮ Sec:CCD Trace#:021000021639918 Eed:251201  Ind ID:Aaymi 112848V01    Ind Name:Amex Shipping Agent IN                      Aa Tm: 3351639918Tc | $134.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



CHASE ◆

November 29, 2025 through December 31, 2025

**Account Number:**

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 12/04 | Orig CO Name: ▮▮▮▮  Orig ID:9353006057 Desc Date:251204 CO Entry Desc:▮▮▮▮CCD  Trace#:021000028684222 Eed:251204  Ind ID:925540211598Ymi  Ind Name:Amex Shipping Agent IN  323298036 Trn: 3388684222Tc | 1,025.88 |
| 12/04 | Orig CO Name: ▮▮▮▮  Orig ID:1223006057 Desc Date:251204 CO Entry Desc:▮▮▮▮Sec:CCD  Trace#:021000028684220 Eed:251204  Ind ID:Aaymi 120549A01  Ind Name:Amex Shipping Agent IN  Kb Trn: 3388684220Tc | 533.35 |
| 12/05 | Online Transfer To Chk ...5279 Transaction#: 27225554831 | 1,790.44 |
| 12/08 | Orig CO Name:▮▮▮▮  Orig ID:1223006057 Desc Date:251208 CO Entry Desc:▮▮▮▮Sec:CCD  Trace#:021000024389650 Eed:251208  Ind ID:Aaymi 120549V01  Ind Name:Amex Shipping Agent IN  Aa Trn: 3424389850Tc | 134.00 |
| 12/10 | Same-Day ACH Payment I I1198972337 To ▮▮▮▮ YOUR REF: 48888642097 | 17,250.00 |
| 12/11 | Orig CO Name:▮▮▮▮  Orig ID:9353006057 Desc Date:251211 CO Entry Desc:▮▮▮▮CCD  Trace#:021000024919826 Eed:251211  Ind ID:679082477678Ymi  Ind Name:Amex Shipping Agent IN  323298036 Trn: 3454919826Tc | 861.05 |
| 12/11 | Orig CO Name:▮▮▮▮  Orig ID:1223006057 Desc Date:251211 CO Entry Desc:▮▮▮▮Sec:CCD  Trace#:021000024919824 Eed:251211  Ind ID:Aaymi 121250A01  Ind Name:Amex Shipping Agent IN  Km Trn: 3454919824Tc | 416.21 |
| 12/15 | Orig CO Name:▮▮▮▮  Orig ID:1223006057 Desc Date:251215 CO Entry Desc:▮▮▮▮Sec:CCD  Trace#:021000023901290 Eed:251215  Ind ID:Aaymi 121250V01  Ind Name:Amex Shipping Agent IN  Aa Trn: 3493901290Tc | 134.00 |
| 12/18 | Orig CO Name:▮▮▮▮  Orig ID:9353006057 Desc Date:251218 CO Entry Desc:▮▮▮▮CCD  Trace#:021000028934465 Eed:251218  Ind ID:455067249518Ymi  Ind Name:Amex Shipping Agent IN  323298036 Trn: 3528934465Tc | 861.05 |
| 12/18 | Orig CO Name:▮▮▮▮  Orig ID:1223006057 Desc Date:251218 CO Entry Desc:▮▮▮▮Sec:CCD  Trace#:021000028934467 Eed:251218  Ind ID:Aaymi 121951A01  Ind Name:Amex Shipping Agent IN  Le Trn: 3528934467Tc | 416.21 |
| 12/22 | Orig CO Name:▮▮▮▮  Orig ID:1223006057 Desc Date:251222 CO Entry Desc:▮▮▮▮Sec:CCD  Trace#:021000028697799 Eed:251222  Ind ID:Aaymi 121951V01  Ind Name:Amex Shipping Agent IN  Aa Trn: 3568697799Tc | 134.00 |
| 12/24 | Orig CO Name:▮▮▮▮  Orig ID:9353006057 Desc Date:251224 CO Entry Desc:▮▮▮▮CCD  Trace#:021000027160620 Eed:251224  Ind ID:630075359509Ymi  Ind Name:Amex Shipping Agent IN  323298036 Trn: 3587160620Tc | 1,750.52 |
| 12/24 | Orig CO Name:▮▮▮▮  Orig ID:1223006057 Desc Date:251224 CO Entry Desc:▮▮▮▮Sec:CCD  Trace#:021000027160618 Eed:251224  Ind ID:Aaymi 122652A01  Ind Name:Amex Shipping Agent IN  Km Trn: 3587160618Tc | 1,068.21 |



November 29, 2025 through December 31, 2025

**Account Number:** (

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 12/26 | Online ACH Payment: 1120115317 2 To ▮▮▮▮▮▮. YOUR REF: 492126181 04 | 27,000.00 |
| 12/29 | Orig CO Name: ▮▮▮▮▮▮    Orig ID:1223006057 Desc Date:251229 CO Entry Descr ▮▮▮▮▮▮ Sec:CCD    Trace#:021000023527750 Eed:251229  Ind ID:Aaymi 122652V01        Ind Name:Amex Shipping Agent IN                                          Aa Trn: 3633527750Tc | 134.00 |
| 12/31 | Orig CO Name: ▮▮▮▮▮▮        Orig ID:9333006057 Desc Date:251231 CO Entry Descr ▮▮▮▮▮▮ CCD    Trace#:021000029779435 Eed:251231  Ind ID:580063038691Ymi        Ind Name:Amex Shipping Agent IN                                          323298036 Trn: 3659779435Tc | 898.01 |
| 12/31 | Orig CO Name: ▮▮▮▮▮▮        Orig ID:1223006057 Desc Date:251231 CO Entry Descr ▮▮▮▮▮▮ Sec:CCD    Trace#:021000029779437 Eed:251231  Ind ID:Aaymi 010201A01        Ind Name:Amex Shipping Agent IN                                          Kh Trn: 3659779437Tc | 460.41 |
| Total | | $55,001.34 |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 12/01 | $16,918.45 | 12/18 | $658.02 |
| 12/02 | $20,499.33 | 12/22 | $524.02 |
| 12/04 | $18,940.10 | 12/23 | $3,024.02 |
| 12/05 | $20,730.54 | 12/24 | $205.29 |
| 12/08 | $20,596.54 | 12/26 | $3,205.29 |
| 12/10 | $3,346.54 | 12/29 | $3,071.29 |
| 12/11 | $2,069.28 | 12/31 | $10,727.67 |
| 12/15 | $1,935.28 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank