UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
COLLINS, VELLA & CASELLO, LLC
2430 Highway 34, Suite B12
Manasquan, NJ 08736
(732)751-1766
Joseph M. Casello, Esquire
Attorney for Yancey Bros. Co.

In Re:
Yancey Bros. Co.

Case No.: 25-22123
Chapter: 11
Judge: John K. Sherwood

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Yancey Bros. Co.___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Joseph M. Casello, Esquire
Collins, Vella & Casello, LLC
2430 Highway 34, Suite B12
Manasquan, NJ 08736

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 2/10/26

Signature: _____

*new.8/1/15*