| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* | |
| SAUL EWING LLP | |
| Stephen B. Ravin, Esq. | |
| Turner N. Falk, Esq. | |
| Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*) | |
| One Riverfront Plaza | |
| 1037 Raymond Blvd., Suite 1520 | Chapter 11 |
| Newark, NJ 07102-5426 | |
| Telephone: (973) 286-6714 | Case No. 25-22123 (JKS) |
| E-mail: stephen.ravin@saul.com | |
| turner.falk@saul.com | (Jointly Administered) |
| maxwell.hanamirian@saul.com | |
| | **Re: Doc. No. 141** |
| *Counsel to the Debtors and Debtors in Possession* | |
| In re: | |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, | |
| Debtors.[1] | |

# CERTIFICATION OF NO OBJECTION TO SECOND MONTHLY FEE STATEMENT OF MURPHY SCHILLER & WILKES LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby certifies that:

1.  On January 27, 2026, the *Second Monthly Fee Statement of Murphy Schiller & Wilkes LLP, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement*

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57226343.1

*of Expenses for the Period from December 1, 2025 through December 31, 2025* (the "**Application**") [Docket No. 141] was filed with the Court.

2. Pursuant to the Notice of Application [Docket No. 141], objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on February 16, 2026 (the "**Objection Deadline**").

3. The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Pursuant to the Court's *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71], Murphy Schiller & Wilkes LLP may be paid 80% of the fees ($5,608.00, which is 80% of the $7,010.00 in total fees requested) and 100% of the expenses ($0.00) requested.

Dated: February 17, 2026                **SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
    Stephen B. Ravin, Esquire
    Turner N. Falk, Esquire
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6714
    E-mail: stephen.ravin@saul.com
            turner.falk@saul.com

    -and-

    Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
    1735 Market Street, Suite 3400
    Philadelphia, PA 19103-7504
    E-mail: maxwell.hanamirian@saul.com

    *Counsel for Debtors and Debtors in Possession*