| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esq. <br> Turner N. Falk, Esq. <br> Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*) <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:   stephen.ravin@saul.com <br>             turner.falk@saul.com <br>             maxwell.hanamirian@saul.com <br><br> *Counsel to the Debtors and Debtors in Possession* | Chapter 11 <br><br> Case No. 25-22123 (JKS) <br><br> (Jointly Administered) <br><br> **Re: Doc. No. 150** |
| In re: <br><br> PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, <br><br>                             Debtors.[1] | |

# CERTIFICATION OF NO OBJECTION TO SECOND MONTHLY FEE STATEMENT OF FORVIS MAZARS, LLP, ACCOUNTANT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby certifies that:

    1. On January 29, 2026, the *Second Monthly Fee Statement of Forvis Mazars, LLP, Accountant to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for*

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*the Period from December 1, 2025 through December 31, 2025* (the "**Application**") [Docket No. 150] was filed with the Court.

2. Pursuant to the Notice of Application [Docket No. 150], objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on February 18, 2026 (the "**Objection Deadline**").

3. The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Pursuant to the Court's *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71], Forvis Mazars, LLP may be paid 80% of the fees ($87,011.40, which is 80% of the $108,764.27 in total fees requested) and 100% of the expenses ($0.00) requested.

Dated: February 19, 2026                    **SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
   Stephen B. Ravin, Esquire
   Turner N. Falk, Esquire
   One Riverfront Plaza
   1037 Raymond Blvd., Suite 1520
   Newark, NJ 07102-5426
   Telephone: (973) 286-6714
   E-mail: stephen.ravin@saul.com
            turner.falk@saul.com

   -and-

   Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
   1735 Market Street, Suite 3400
   Philadelphia, PA 19103-7504
   E-mail: maxwell.hanamirian@saul.com

   *Counsel for Debtors and Debtors in Possession*

57290327.1                            2