| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:    stephen.ravin@saul.com<br>          turner.falk@saul.com<br>          maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE<br>CORP., *et al.*,<br><br>                    Debtors.[1] |

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**THIRD MONTHLY FEE STATEMENT OF SAUL EWING LLP,**
**COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM JANUARY 1, 2026 THROUGH JANUARY 31, 2026**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and

Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District

of New Jersey (the "**Local Rules**"), Saul Ewing LLP ("**Saul Ewing**" or the "**Applicant**"), proposed

counsel to the debtors and debtors-in-possession (the "**Debtors**"), hereby applies to the Court for its

---

[1]    The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

third monthly fee statement for professional services rendered and reimbursement of actual and necessary expenses incurred for the period January 1, 2026 through January 31, 2026 (the "**Application Period**") in connection with its retention as counsel to the Debtors and in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order").  Saul Ewing requests authorization to be paid by the Debtors $47,368.00 (which is 80% of $59,210.00) and $6,027.40 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Saul Ewing LLP as Counsel to the Debtors Effective as of November 14, 2025* [D.I. 67].  Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request.  Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period.  In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

## CATEGORY 1: ASSET DISPOSITION.

This category includes all matters relating to the disposition, and other post-petition uses of, property of the estate.  Time in this category includes examining potential transactions regarding estate assets.  Saul Ewing spent 12.9 hours of attorney time on the foregoing services.  Said services have a value of $7,187.50 for which Saul Ewing is seeking compensation.

| Professionals | Position | Hours | Compensation |
|---|---|---|---|
| Stephen B. Ravin | Partner | 1.3 | $1,209.00 |
| Turner N. Falk | Associate | 7.7 | $4,196.50 |
| Mariam Khoudari | Associate | 2.4 | $1,212.00 |
| Maxwell Hanamirian | Associate | 1.5 | $570.00 |
| **Total** | | **12.9** | **$7,187.50** |

## CATEGORY 2: BUSINESS OPERATIONS.

This category includes all matters relating to the general operation of the Debtors' businesses. Saul Ewing spent 3.4 hours of attorney time on the foregoing services. Said services have a value of $2,276.50 for which Saul Ewing is seeking compensation.

| Business Operations | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 1.1 | $1,023.00 |
| Turner N. Falk | Associate | 2.3 | $1,253.50 |
| **Total** | | **3.4** | **$2,276.50** |

## CATEGORY 3: CASE ADMINISTRATION.

This category includes all matters related to work regarding the administration of the case, including preparing and revising administrative pleadings and determining case strategies. Saul Ewing spent 15.1 hours of attorney time on the foregoing services. Said services have a value of $7,978.50 for which Saul Ewing is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 2.5 | $2,325.00 |
| Turner N. Falk | Associate | 0.7 | $381.50 |
| Mariam Khoudari | Associate | 6.0 | $3,030.00 |
| Maxwell Hanamirian | Associate | 5.9 | $2,242.00 |
| **Total** | | **15.1** | **$7,978.50** |

## CATEGORY 4: CLAIMS ANALYSIS, OBJECTIONS, PROOFS OF CLAIM.

This category includes all time spent in connection with claim and bar date issues. Saul

3

Ewing spent 4.4 hours of attorney time on the foregoing services. Said services have a value of $2,497.00 for which Saul Ewing is seeking compensation.

| Claims Analysis, Objections, Proofs of Claim and Bar Date | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 1.5 | $1,395.00 |
| Maxwell Hanamirian | Associate | 2.9 | $1,102.00 |
| **Total** | | **4.4** | **$2,497.00** |

## CATEGORY 5: COMMITTEE MATTERS.

This category includes all matters related to communicating with creditors and parties in interest regarding case status and case-related issues. Saul Ewing spent 5.3 hours of attorney time on the foregoing services. Said services have a value of $2,931.50 for which Saul Ewing is seeking compensation.

| Committee Matters | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 1.3 | $1,209.00 |
| Turner N. Falk | Associate | 1.0 | $545.00 |
| Mariam Khoudari | Associate | 0.3 | $151.50 |
| Maxwell Hanamirian | Associate | 2.7 | $1,026.00 |
| **Total** | | **5.3** | **$2,931.50** |

## CATEGORY 6: CREDITOR INQUIRIES.

This category includes all matters related to communicating with creditors and parties in interest regarding case status and case-related issues. Saul Ewing spent 1.4 hours of attorney time on the foregoing services. Said services have a value of $752.00 for which Saul Ewing is seeking compensation.

| Creditor Inquiries | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 0.1 | $93.00 |
| Turner N. Falk | Associate | 1.0 | $545.00 |
| Maxwell Hanamirian | Associate | 0.3 | $114.00 |
| **Total** | | **1.4** | **$752.00** |

## CATEGORY 7: EXECUTORY CONTRACTS & UNEXPIRED LEASES.

57261751.3

This category includes all matters related to executory contracts and unexpired leases. Time in this category includes analyzing leases and examining lease-related issues. Saul Ewing spent 2.6 hours of attorney time on the foregoing services. Said services have a value $1,593.00 for which Saul Ewing is seeking compensation.

| Executory Contracts | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 1.1 | $1,023.00 |
| Maxwell Hanamirian | Associate | 1.5 | $570.00 |
| Total | | 2.6 | $1,593.00 |

## CATEGORY 8: FEE/EMPLOYMENT APPLICATIONS (SAUL EWING).

This category includes all matters related to the review and preparation of a retention application and fee applications for Saul Ewing. Saul Ewing spent 8.7 hours of attorney time on the foregoing services. Said services have a value of $3,988.50 for which Saul Ewing is seeking compensation.

| Fee/Employment Applications (Saul Ewing) | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 0.4 | $372.00 |
| Mariam Khoudari | Associate | 3.7 | $1,868.50 |
| Maxwell Hanamirian | Associate | 4.6 | $1,748.00 |
| Total | | 8.7 | $3,988.50 |

## CATEGORY 9: FEE/EMPLOYMENT APPLICATIONS (OTHER PROFESSIONALS).

This category includes all matters related to the review and analysis and filing of retention and fee applications for other professionals in these Chapter 11 Cases. Saul Ewing spent 24.3 hours of attorney time on the foregoing services. Said services have a value of $12,196.00 for which Saul Ewing is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 1.5 | $1,395.00 |
| Turner N. Falk | Associate | 0.3 | $163.50 |
| Mariam Khoudari | Associate | 16.7 | $8,433.50 |
| Maxwell Hanamirian | Associate | 5.8 | $2,204.00 |
| Total | | 24.3 | $12,196.00 |

## CATEGORY 10: FINANCING AND CASH COLLATERAL.

This category includes all matters related to financing and cash collateral, analyzing financial projections and examining budgeting in these Chapter 11 Cases.  Saul Ewing spent 14.0 hours of attorney time on the foregoing services.  Said services have a value of $9,076.50 for which Saul Ewing is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 3.8 | $3,534.00 |
| Turner N. Falk | Associate | 10.1 | $5,504.50 |
| Maxwell Hanamirian | Associate | 0.1 | $38.00 |
| **Total** | | **14.0** | **$9,076.50** |

## CATEGORY 11: PLAN AND DISCLOSURE STATEMENT.

This category includes time related to plan and disclosure statement issues.  Saul Ewing spent 3.0 hours of attorney time on the foregoing services.  Said services have a value of $1,777.50 for which Saul Ewing is seeking compensation.

| Plan and Disclosure Statement | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 1.0 | $930.00 |
| Mariam Khoudari | Associate | 0.7 | $353.50 |
| Maxwell Hanamirian | Associate | 1.3 | $494.00 |
| **Total** | | **3.0** | **$1,777.50** |

## CATEGORY 12: PREPARATION FOR AND ATTENDANCE AT HEARINGS.

This category includes all matters related to preparation for and attendance at hearings.  Saul Ewing spent 5.7 hours of attorney time on the foregoing services.  Said services have a value of $2,844.00 for which Saul Ewing is seeking compensation.

| Preparation for and Attendance at Hearings | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Turner N. Falk | Associate | 3.2 | $1,744.00 |
| Mariam Khoudari | Associate | 1.2 | $606.00 |
| Maxwell Hanamirian | Associate | 1.3 | $494.00 |
| **Total** | | **5.7** | **$2,844.00** |

57261751.3

## CATEGORY 13: STATEMENTS AND SCHEDULES.

This category includes time related to statements and schedules. Saul Ewing spent 4.1 hours of attorney time on the foregoing services. Said services have a value of $2,253.50 for which Saul Ewing is seeking compensation.

| Statements and Schedules | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 0.5 | $465.00 |
| Turner N. Falk | Associate | 0.2 | $109.00 |
| Mariam Khoudari | Associate | 3.1 | $1,565.50 |
| Maxwell Hanamirian | Associate | 0.3 | $114.00 |
| **Total** | | **4.1** | **$2,253.50** |

## CATEGORY 14: UST REPORTS, MEETINGS AND ISSUES.

This category includes time related to the preparation of operating reports and other information required by the UST or the Court. Time in this category includes corresponding with the UST and addressing the UST's comments with respect to various orders and preparing monthly operating reports. Saul Ewing spent 3.1 hours of attorney time on the foregoing services. Said services have a value of $1,858.00 for which Saul Ewing is seeking compensation.

| UST Reports, Meetings and Issues | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 0.7 | $651.00 |
| Turner N. Falk | Associate | 0.5 | $272.50 |
| Mariam Khoudari | Associate | 1.7 | $858.50 |
| Maxwell Hanamirian | Associate | 0.2 | $76.00 |
| **Total** | | **3.1** | **$1,858.00** |

## EXPENSES

Saul Ewing seeks $6,121.60 in expenses incurred during the Application Period. Expenses included in this Application Period include printing and reproduction charges ($5,355.00), Federal Express ($675.66). postage ($74.74), and Westlaw legal research ($16.20). For legal research,

Saul Ewing maintains flat fee contracts with Westlaw. As a general matter, and in the present case, Saul Ewing charges all clients (bankruptcy and non-bankruptcy) on whose behalf legal research is undertaken the amounts that Westlaw charge to regular users (i.e., users that do not maintain flat fee contracts) on a basis that is tied to the actual length of usage for each research session; however, Saul Ewing then applies a 50% discount to the amounts charged to its clients.  In applying such discounted charges to its clients, Saul Ewing passes the benefits of the flat fee arrangement on to its clients while also maintaining a revenue neutral arrangement under its contract with Westlaw; specifically, Saul Ewing does not derive a profit from such legal charges.

**WHEREFORE**, Saul Ewing respectfully requests authorization to be paid by the Debtors $47,368.00 (which is 80% of $59,210.00) for legal services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $6,121.60 in expenses incurred during the Application Period.

Dated: February 23, 2026                    **SAUL EWING LLP**

By:*/s/ Stephen B. Ravin*
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
          turner.falk@saul.com

-and-

Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
E-mail: maxwell.hanamirian@saul.com

*Counsel for Debtors and Debtors in Possession*

57261751.3