## EXHIBIT C

## Detail Time Entries by Category

57228584.1

# Scopelitis
### Garvin Light Hanson & Feary

Accounting Office
10 West Market Street, Suite 1400
Indianapolis, IN  46204
Phone: (317) 492-9350

**Please reference INVOICE # with remittance.**

---

**Port Elizabeth Terminal & Warehouse**  
**Mariam Khoudari**  
**13 Manor Road**  
**East Rutherford, NJ  07073**

February 10, 2026  
Invoice #:  586830  
Client Code:  CH0409  
Matter Code:  00010  
Billed Through:  01/31/26

---

_Matter_    00010    **Special Counsel Advice - Employee Benefits and Pensions**

### _PROFESSIONAL SERVICES_

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/26 | DJV | Receive and review e-mail from Fund counsel seeking to confirm monies owed; review payment and work history reports; respond to counsel. | 0.40 @ | $625.00/hr | $250.00 |
| 01/05/26 | DJV | Exchange e-mail correspondence regarding payment of Welfare Contributions after expiration of FMLA benefits; review CBA; briefly review NJ law; telephone conference. | 1.20 @ | $625.00/hr | $750.00 |
| 01/06/26 | DJV | Exchange e-mail correspondence regarding FMLA leave and other issues. | 0.40 @ | $625.00/hr | $250.00 |
| 01/07/26 | DJV | Exchange correspondence regarding payment of Welfare contribution for laid off employees; review CBA. | 0.30 @ | $625.00/hr | $187.50 |
| 01/09/26 | DJV | Receive and review e-mail regarding early retirement proposal; exchange e-mail with bankruptcy counsel. | 0.20 @ | $625.00/hr | $125.00 |
| 01/11/26 | DJV | Review Fund counsel e-mail seeking confirmation of amounts outstanding; pull remittance reports and payments; prepare response; circulate to client representatives. | 0.70 @ | $625.00/hr | $437.50 |
| 01/21/26 | DJV | Conference with client representatives regarding operations and other issues; provide information. | 0.70 @ | $625.00/hr | $437.50 |
| 01/22/26 | DJV | Exchange correspondence regarding contributions for employee after expiration of FMLA; discussion. | 0.30 @ | $625.00/hr | $187.50 |
| 01/23/26 | DJV | Further exchange of correspondence regarding layoff of employees and union objection. | 0.10 @ | $625.00/hr | $62.50 |
| 01/27/26 | DJV | Exchange e-mail correspondence regarding layoffs and other issues; conference with client representatives; revise e-mail to union. | 0.80 @ | $625.00/hr | $500.00 |

**Total Professional Services**     **$3,187.50**

**Port Elizabeth Terminal & Warehouse**     **Page: 2**
**Invoice #: 586830**     **Client #: CH0409**

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Vogel, Donald J. | 5.10 @ | $625.00/hr | $3,187.50 |
| | | **Total Professional Services** | **$3,187.50** |

Matter Credit Balance Total:     $5,370.41

### INVOICE SUMMARY

Total Professional Services    $    3,187.50

**Total of New Charges for this Invoice**    **$**    **3,187.50**

**Port Elizabeth Terminal & Warehouse**          **Page: 3**
**Invoice #: 586830**          **Client #: CH0409**

### OUTSTANDING INVOICE DETAIL AS OF: 02/10/26

| Invoice | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| 583816 | 12/11/25 | 2,125.00 | 1,700.00 | $425.00 |
| 584957 | 01/09/26 | 6,250.00 | 0.00 | $6,250.00 |
| | **TOTALS** | **8,375.00** | **1,700.00** | **$6,675.00** |

**TOTAL PRIOR DUE BALANCE**      $6,675.00

**TOTAL CURRENT INVOICE**      $3,187.50

**TOTAL AMOUNT DUE**      $ 9,862.50

Services In California Provided By Scopelitis, Garvin, Light, Hanson & Feary, LLP
Services In Michigan Provided By Scopelitis, Garvin, Light, Hanson & Feary, PLLC
All Other Services Provided By Scopelitis, Garvin, Light, Hanson & Feary, PC

**PAYMENT IS DUE UPON RECEIPT IN U.S. DOLLARS. A FINANCE CHARGE WILL BE ASSESSED AT THE RATE OF 1.0% PER MONTH (APR 12%) ON ANY BALANCE UNPAID AFTER 30 DAYS. YOU MAY REMIT PAYMENT ONLINE AT WWW.SCOPELITIS.COM/PAYMENTS**