## **EXHIBIT B**

## **Declaration of Nicholas Jalowski**

57210255.2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** *Caption in Compliance with D.N.J. LBR 9004-1(b)* **SAUL EWING LLP** Stephen B. Ravin, Esquire Turner N. Falk, Esquire Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) One Riverfront Plaza 1037 Raymond Blvd., Suite 1520 Newark, NJ 07102-5426 Telephone: (973) 286-6714 E-mail:   stephen.ravin@saul.com              turner.falk@saul.com              maxwell.hanamirian@saul.com *Counsel to the Debtors and Debtors in Possession* | Chapter 11 Case No. 25-22123 (JKS) (Jointly Administered) |
| In re: PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,                               Debtors.[1] | |

# DECLARATION OF NICHOLAS JALOWSKI

1.I am a Principal in the firm of Cambridge Financial Services, LLC ("**Cambridge**"), which serves as financial advisor to the debtors and debtors-in-possession (the "**Debtors**").

2.I have read the foregoing third monthly fee statement of Cambridge for allowance of compensation and reimbursement of expenses for the period from January 1, 2026 through January 31, 2026 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

---

[1]The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57210255.2

3. There is no agreement or understanding between Cambridge and any other person for a division of compensation as Debtors' financial advisor and no previous compensation has been shared by Cambridge.

4. No division prohibited by the Bankruptcy Code will be made by Cambridge.

5. No agreement prohibited by Title 18, Section 155 has been made.

Dated: February 23, 2026

                                    */s/ Nicholas Jalowksi*
                                    Nicholas Jalowski

2

57210255.2