# EXHIBIT C

## Detail Time Entries by Category

57210255.2



# Cambridge
### Financial Services

January 31, 2026

The Judge Organization DIP
13 Manor Road                                    Invoice #   23629
East Rutherford, NJ 07073

FOR CONSULTING SERVICES DURING THE PERIOD:    1/1/2026   TO    1/31/2026

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/2/2026 | JC | UST Reports Meetings- Review November YTD financials. Create accurate monthly actuals Identify variances re: Mazars vs submitted Operational reports. | 1.80 400.00/hr | 720.00 |
| | JC | Business Operations- Verify receipt of CBI-Odyessey rent payment. Confirm all rents paid, | 1.80 400.00/hr | 720.00 |
| | JC | Financing and Cash Collatera- Verify adequate cash to submit 135k Insurance payment Review current status of cash and vendor commitments, Discuss preliminary | 0.50 400.00/hr | 200.00 |
| 1/5/2026 | NBJ | FEE APPLICATION: review billing time | 0.50 500.00/hr | 250.00 |
| | JC | UCC Credit Committee - Review list of documents requested from UCC. Discuss with Mazars setting portal specific to UCC. Establish process to review data and edit accordingly. | 1.00 400.00/hr | 400.00 |
| | JC | Business Operations- Review with management additional reports ; First Business -Sept consolidated report; Forecast 2026; Variance report Actual vs Forecast; Vendor 12/1-12/31for each entity. | 2.10 400.00/hr | 840.00 |
| | JC | Financing and Cash Collateral- Discuss with First Business status of purchases and available reserves Request detail on purchases and deposits 12/1-12/31 | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- Review data submitted for period 11/15-11/30; Analyze variances actual results vs forecast for the period. | 0.90 400.00/hr | 360.00 |
| | JC | Financing and Cash Collateral- Review current status of cash and vendor commitments, Discuss preliminary payment plan | 0.50 400.00/hr | 200.00 |
| 1/6/2026 | NBJ | CREDIT COMMITTEE ADMINISTRATION: review correspondences and UCC requests/ draft responses/ conference on accounting | 1.30 500.00/hr | 650.00 |
| | JC | UCC Credit Committee- Confirm setup of portal for transfer of data directed to UCC. Review edit of existing data w/ Mazars and Cambridge. Review data request and identify what items still open.-assign and establish delivery date. Review and confirm Cambridge deliverables | 3.10 400.00/hr | 1,240.00 |

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300
www.cambridgefinancialcorp.com

The Judge Organization DIP                                                                      Page    2

|            |     |                                                                                                                                                                                                                                                                                         | Hrs/Rate          | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
|            |     | re: Bank meetings/data; 2026 Forecast' ; Meetings w/ alternative lenders                                                                                                                                                                                                                                |                   |          |
| 1/6/2026   | JC  | Business Operations- Business activity and expense reports/data Discuss and review Savannah Warehouse and Trucking operating reports November YTD. Identify major variances; suggested corrective action; Updated 2026 1st qtr Forecast for both Savannah entities                                      | 2.20<br>400.00/hr | 880.00   |
|            | JC  | Financing and Cash CollateralReview current status of cash and vendor commitments, Discuss preliminary payment plan                                                                                                                                                                                     | 0.50<br>400.00/hr | 200.00   |
| 1/7/2026   | NBJ | CREDIT COMMITTEE ADMINISTRATION: conference on requests, review correspondences/ draft responses/ conference w/accountants on same                                                                                                                                                                      | 1.40<br>500.00/hr | 700.00   |
|            | JC  | UCC Credit Committee- Review and identify loan and lease payments not paid in December per UCC request. Notify internal management to implement in January                                                                                                                                              | 2.90<br>400.00/hr | 1,160.00 |
|            | JC  | Business Operations- Review General Ledge and AP reports for 12/31. Identify payments missed. Identify critical venders-XTRA Lease; Ryder; Insurance; Equipment LeasesDiscuss with Savannah critical vendors for repair and chassis services Establish out vendor Debit card to handle day to day expenses for drivers | 1.90<br>400.00/hr | 760.00   |
|            | JC  | Financing and Cash Collateral- Review current status of cash and vendor commitments, Discuss preliminary payment plan                                                                                                                                                                                   | 0.50<br>400.00/hr | 200.00   |
| 1/8/2026   | JC  | Statements and Schedules- Review additional data submittals; Coordinates review and signature by ownership                                                                                                                                                                                              | 1.00<br>400.00/hr | 400.00   |
|            | JC  | Creditors Inquiry review- Demand letter form First Insurance re: missed payment Financial Vendor for Insurance Company - 35,7997.92 immediate payment Suggest payment plan over term of loan-9 months                                                                                                   | 0.80<br>400.00/hr | 320.00   |
|            | JC  | UCC Credit Committee- Review outstanding data requests. Work on forecast and variance report                                                                                                                                                                                                            | 2.00<br>400.00/hr | 800.00   |
| 1/9/2026   | NBJ | FEE APPLICATION: analysis and conversion of time                                                                                                                                                                                                                                                        | 0.50<br>500.00/hr | 250.00   |



The Judge Organization DIP                                                                                   Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/9/2026 | JC | Business Operations- Review revised forecast for Savanah Warehousing and Trucking Entities. Create and discuss trend analysis with mgmt. Discuss immediate corrective action steps Finalize first quarter forecast including adjustments to Savannah financials | 3.10 400.00/hr | 1,240.00 |
|  | JC | Financing and Cash Collateral- Review current status of cash and vendor commitments, Discuss preliminary payment plan | 0.50 400.00/hr | 200.00 |
| 1/12/2026 | NBJ | CREDIT COMMITTEE ADMINISTRATION: review correspondences/ convert files to transmit/ draft correspondences to accountants | 1.60 500.00/hr | 800.00 |
|  | JC | UCC Credit Committee- Review and confirm completed reports to be placed in UCC portal | 0.80 400.00/hr | 320.00 |
|  | JC | Financing and Cash Collateral- Discuss with First Business adjusted forecast; 1st qtr cash flow forecast; Status of deposits and access to reserve pre and post petition | 1.50 400.00/hr | 600.00 |
|  | JC | UST Reports Meetings- Review Chase bank statements; reconciliation reports for vendor payment data to be included in MOR due 1/20. Request payroll and owner operator payments for each week for all entities | 2.50 400.00/hr | 1,000.00 |
|  | JC | Financing and Cash Collateral- Review current status of cash and vendor commitments, Discuss preliminary payments to critical vendors. | 0.50 400.00/hr | 200.00 |
| 1/13/2026 | NBJ | CREDIT COMMITTEE ADMINISTRATION: review files to send to UCC upon request/ draft correspondences to accountants | 1.00 500.00/hr | 500.00 |
|  | JC | UST Reports Meetings- Review Payroll; owner operator and vendor payments for the period 12/1-12/31 Request and review purchases and deposits for period 12/1-1/02 Prepare data for submittal to the UST | 2.70 400.00/hr | 1,080.00 |
|  | JC | Financing and Cash Collateral- Review current status of cash and vendor commitments, Discuss preliminary payment plan | 0.50 400.00/hr | 200.00 |
| 1/14/2026 | NBJ | BUSINESS OPERATIONS: review draft 13 week cash flow/ financial analysis | 1.10 500.00/hr | 550.00 |
|  | JC | Financing and Cash Collateral- Review current status of cash and vendor commitments, Discuss preliminary payments to critical vendors. Discuss payments missed in December Update Cash Flow forecast reference in data in General Ledger and AP reports | 1.00 400.00/hr | 400.00 |



The Judge Organization DIP                                                                                               Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/14/2026 | JC | Business Operations- Discuss options regarding Savannah Warehouse Prologis lease. Possible alternative to negotiate new lease with 980-982. Schedule dates to address missed payments with Ryder; XTRA; Equipment Leases | 1.40 400.00/hr | 560.00 |
|  | JC | Financing and Cash Collateral- Continue to discuss w/ First Business re: Reserves. Discuss inability to cover operational debt and forecasted professional fees base on current cash receipts | 0.50 400.00/hr | 200.00 |
|  | JC | UST Reports Meetings- Continue to collect payment data to submit with MOR 1/20 Review data request; Work on missing reports; Confirm UCC Portal | 1.50 400.00/hr | 600.00 |
| 1/15/2026 | JC | UCC Credit Committee- Prepare updated cash Forecast -4/04/26 Prepare and attend Conference call w/ UCC financial Advisors: Dondon Discuss requirement for escrow account at 25k/ month for UCC projected fees | 2.00 400.00/hr | 800.00 |
|  | JC | UST Reports Meetings- Prepare and submit data MOR report. Reconcile Chase bank accounts; reconciliation reports | 2.20 400.00/hr | 880.00 |
|  | JC | Business Operations- Discuss with Saul Ewing impact of potential professional fees on cash flow. Current forecast indicates -400k in available cash 4/04 after paying/ accruing 1.3 million in professional fees for the period. | 0.80 400.00/hr | 320.00 |
|  | JC | Financing and Cash Collateral- Review current status of cash and vendor commitments, Discuss payments to payments missed in December. | 0.50 400.00/hr | 200.00 |
| 1/16/2026 | NBJ | CREDIT COMMITTEE ADMINISTRATION review cash flow/ review correspondences on changes for UCC/ convert and send for UCC portal | 1.30 500.00/hr | 650.00 |
|  | JC | UST Reports Meetings- Prepare data for MOR report due 1/20 Vendor Payments 12/01-12/31 Financial P&L Financial P&L Nov15 YTD | 2.00 400.00/hr | 800.00 |
|  | JC | UCC Credit Committee - Variance Report 11/15-1/02 Up Date Cash Flow Report | 1.30 400.00/hr | 520.00 |
|  | JC | Business Operations- Identify Vendor ach's not processed in December Update Budget Confirm cash receipts-Payment schedule | 1.00 400.00/hr | 400.00 |
| 1/19/2026 | NBJ | BUSINESS OPERATIONS: review cash flows/ variance reports/ conference w/consultant on same/ follow up to cover needs | 1.00 500.00/hr | 500.00 |



Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP

Page 5

| Date | Prof | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/19/2026 | JC | UST Reports Meetings- Corporate Renewal Program- Distressed Management UST Fees .008 x Payables,. Update Cash Flow reports/ AP Aging Vendor Payments 12/1-12/31 | 1.20 400.00/hr | 480.00 |
| | JC | Business Operations- Incorporate missed December Vendor Payments in Disbursement schedule Ryder Trucks; S&S Insurance; Equipment Leases; CCM-Crtical Vendor Identified and included in Vendor PaymentsReview and Edit Debt Schedule 2025-2026 2025 P&L for each Company re: Mazars Monthly reports Review -Up date 2026 Forecast for First Business First Business: Status of Bank Reserves | 2.60 400.00/hr | 1,040.00 |
| | JC | UCC Credit Committee -Variance Report 12/01-12/31 Cash Flow extended thru 4/4/26- w/ all fees/ missed Dec Vendor payments | 0.50 400.00/hr | 200.00 |
| 1/20/2026 | NBJ | BUSINESS OPERATIONS: conference on potential sale of business/ review correspondences/ review / financial analysis variance report/ forecast | 1.70 500.00/hr | 850.00 |
| | NBJ | CREDIT COMMITTEE ADMINISTRATION: conference w/attorneys on response to requests from UCC/ draft correspondences on same | 0.70 500.00/hr | 350.00 |
| | JC | Business Operations-Discussions with First Business Reserves: Pre-Petition/Post Petition Review cash Flow-Update priorities | 1.40 400.00/hr | 560.00 |
| | JC | UST Reports Meetings- Confirm status of MOR report. Review P&L Discuss Vendor Payments : Critical vendor payments | 2.00 400.00/hr | 800.00 |
| 1/21/2026 | JC | Business Operations- Ryder: Confirm 1/09 payment. Review prepetition invoice dated 11/3. Review and edit allocation of services pre and Post petition invoices. Review missed equipment loan payments scheduled payment dates | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee - Establish/confirm UCC segregated professional fee account Process post petition reserves initial deposit of 100k into UCC account | 1.30 400.00/hr | 520.00 |
| 1/22/2026 | NBJ | FINANCING & CASH COLLATERAL: Copy reports for meeting w/First Bank/ meeting w/bankers First Bank | 2.50 500.00/hr | 1,250.00 |
| | NBJ | COMMITTEE ADMINISTRATION: prepare 13 week cash flow for portal/ draft correspondence on same | 0.90 500.00/hr | 450.00 |
| | JC | Business Operations- First Business Meeting with Bill Elliott, President Review current performance; Update on Chapter 11 process; Discuss amount of pre and post petition reserves; Confirm process with Court re: Pre-Petition release of funds Share current Cash Flow | 3.10 400.00/hr | 1,240.00 |

Cambridge
Financial Services

The Judge Organization DIP                                                                                    Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | through 4/4; Impact of UST fees; Agree Monthly MORs acceptable for monthly reports to the Bank Up- date on possible 363 Sale Confirm Appt w/ Ryder to discuss pre-petition invoice allocation |  |  |
| 1/22/2026 | JC | UCC Credit Committee- Review with Counsel legal write up on UCC set aside account for professional fees East Coast Warehouse; Confirm call for 1/27 Schedule appt to discuss with UCC FA Variance report/ set aside account Review submitted variance report/ comments | 0.90 400.00/hr | 360.00 |
| 1/23/2026 | NBJ | BUSINESS OPERATIONS: multiple conferences on cash flow and payments/ review correspondences on potential suitors for the business | 2.00 500.00/hr | 1,000.00 |
|  | JC | UCC Credit Committee- Review and prepare variance report and UCC account for Conference call with UCC FA. Beginning week of 12/22, weekly deposits into segregated account for future approved professional fees. Fees to be submitted to Court for approval- payment from account upon notification by the Court | 1.50 400.00/hr | 600.00 |
|  | JC | UST Reports Meetings- Review projected professional fee scheduled to be paid 1-2 week of February Review Cash Flow-available reserves necessary. | 1.10 400.00/hr | 440.00 |
|  | JC | Business Operations- Prepare data / updates for Conference call with Attorneys and Owners. Update on Filing Status; Potential Sale Process; UCC discussions. Prepare data and Confirm meeting w/ UCC 1/26 and East Coast 1/27 Review and Payments Confirm Cash Flow availability | 2.10 400.00/hr | 840.00 |
| 1/26/2026 | NBJ | COMMITTEE ADMINISTRATION: Review cash flow forecast/ conference w/RW UCC on several issues of interest | 1.40 500.00/hr | 700.00 |
|  | JC | UCC Credit Committee -Confirm and forward confirmation of 100k into UCC segregated account Discuss w/ counsel weekly deposit amounts and impact on Cash Flow availability Discuss reporting requirements: variance report schedulingCash Collections every two week/s; full report monthly Estimated Professional fees for December. | 1.00 400.00/hr | 400.00 |
|  | JC | Business Operations- respond to inquiry from Capital Business Solutions re: 363 Sale Call with Ryder discuss pre-petition invoice and post petition allocation. Discuss with attorneys discussions with UCC regarding set aside account and initial deposit amount and weekly payments Discuss sale process ; confirm process moving forward Set up data room for sale process; edit data available December MOR reports due date extended 10 days; Discussion with Mazars December financials and yearend report due First Business Discussions with Owners | 3.00 400.00/hr | 1,200.00 |



The Judge Organization DIP                                                                                      Page    7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | regarding possible family purchase of business; projected costs and ROI Discuss current facility leases; Bristol renewal-monthly extension. | | |
| 1/27/2026 | NBJ | BUSINESS OPERATIONS: multiple conferences on cash flow and payments/ analyze revisions to cash flow | 1.10 500.00/hr | 550.00 |
| | NBJ | COMMITTEE ADMINISTRATION: Review cash flow forecast/ review correspondences between attorneys / conference w/debtor attorneys on same | 0.90 500.00/hr | 450.00 |
| | JC | UST Reports Meetings- Prepared and attend Court Hearing | 1.30 400.00/hr | 520.00 |
| | JC | UCC Credit Committee- Affirm demand to increase initial deposit of 110k to 150k into segmented account . Weekly deposits raised to 20k per week beginning 2/1/ 26Discuss with Counsel decision and impact on cash availability | 0.80 400.00/hr | 320.00 |
| | JC | Business Operations- Review data and attend Conference call with East Coast Warehouse. Discuss company structure and ownership. ; Confirm Equity Group purchase Post call discuss with owners possible synergies and possible outcomes with Confirm need for NDA preparation and signing. Review current cash flow and availability | 2.20 400.00/hr | 880.00 |
| 1/28/2026 | NBJ | COMMITTEE ADMINISTRATION: review correspondences on cash flow update/ draft responses on same/ conference on format | 0.70 500.00/hr | 350.00 |
| | JC | Business Operations- Review impact of shutdown of pier due to storm. Lost revenue as rescheduling of vessels and deliveries. Significant impact on outbound shipments and multiple customers rescheduled deliveries Review Savannah Warehouse and Trucking Operations. Impact on trucking with new IP contract. Discuss pending Prolgis Lease and options moving forward. Discuss with First Business availability of PrePetition Reserves and approval of the Court to release funds | 3.20 400.00/hr | 1,280.00 |
| 1/29/2026 | NBJ | BUSINESS OPERATIONS: review correspondences on potential business buyers/ conferences with M&A interested buyer/ review data room setups | 1.00 500.00/hr | 500.00 |
| | JC | UST Reports Meetings- Review submitted MOR and financial reports | 0.50 400.00/hr | 200.00 |
| | JC | UCC Credit Committee- Request and review data for Variance report for the period 1/01-1/31 Review and edit data weekly reports for all revenue and distributions for each Company for the seinated period. Confirm segmented account balance and forward to Counsel for review | 1.30 400.00/hr | 520.00 |
| | JC | Business Operations- Review and confirm current available cash ; schedule month end payments Confirm cash receipts for 2/1 vendor commitments | 0.80 400.00/hr | 320.00 |
| 1/30/2026 | NBJ | BUSINESS OPERATIONS: review correspondences on payments/ draft correspondence on updates | 0.70 500.00/hr | 350.00 |



The Judge Organization DIP                                                                                    Page    8

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/30/2026 | JC | UCC Credit Committee- Update month end Cash Flow forecast Review and edit data for variance report Review and confirm cash availability for weekly deposits | 1.30<br>400.00/hr | 520.00 |
| | JC | Business Operations- Prepare and attend weekly update with Owners and Counsel Confirm cash receipts; Confirm month end payments to committed vendors | 2.10<br>400.00/hr | 840.00 |

For professional services rendered           111.50           $46,930.00

Additional Charges :

| | | | | |
|---|---|---|---|---|
| NBJ | Mileage | | | 28.80 |
| | Total costs | | | $28.80 |
| | Total amount of this bill | | | $46,958.80 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512 -9200 * Fax (732) 512 - 9300 * www.cambridgefinancialcorp.com

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Case Administration | 0 | $0 |
| 2. | Financing and Cash Flow | 10.30 | $4,370.00 |
| 3. | Business Operations | 45.80 | $19,180.00 |
| 4. | Fee Application | 1.00 | $500.00 |
| 5. | Creditors Inquires | .80 | $320.00 |
| 6. | UST Reports Meetings | 19.70 | $7,880.00 |
| 7. | Litigation | 0. | $0 |
| 8. | Statements & Schedules | 1.0 | $400.00 |
| 9. | Credit Committee Administration | 32.90 | $14,280.00 |
| 10. | Mileage | 40 | $28.80 |
| | Total: | | |
| | | Grand Total | $46,958.80 |
| | | 80% of Total Compensation | $37,567.04 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512 -9200 * Fax (732) 512 - 9300 * www.cambridgefinancialcorp.com