| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>           turner.falk@saul.com<br>           maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                                   Debtors.[1] | |

# THIRD MONTHLY FEE STATEMENT COVER SHEET
# FOR THE PERIOD OF JANUARY 1, 2026 THROUGH JANUARY 31, 2026

| | |
|---|---|
| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Forvis Mazars, LLP |
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

[*Remainder of page left intentionally blank*]

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57281453.1

**RETENTION ORDER ATTACHED.**

                                              By: */s/ Sofia Cordero*        *February 23, 2026*

                                                       Sofia Cordero

57281453.1

# SECTION I
# FEE SUMMARY

__X__  Monthly Fee Statement No. __3__  or  ____  Final Fee Application

|  | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | $134,158.89 | $0.00 |
| Total Fees Allowed to Date: | $107,327.10 | $0.00 |
| Total Holdback (If Applicable) | $26,831.79 | $0.00 |
| Total Received by Applicant | $107,327.10 | $0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Juan Angel, Associate | 1 | 6.0 | $115.50 | $693.00 |
| Hilary Celis, Senior | 4 | 23.0 | $336.00 | $7,728.00 |
| Sofia Cordero, Partner | 13 | 33.3 | $824.25 | $27,406.31 |
| Brendan Cronin, Senior Manager | 15 | 28.3 | $577.50 | $16,320.15 |
| Kevin Hamernik, Partner | 33 | 11.00 | $729.75 | $8,027.25 |
| Antonio Mejia, Senior | 3 | 42.2 | $115.50 | $4,879.88 |
| Christopher Lee, Senior Accountant | 10 | 8.0 | $346.50 | $2,772.00 |
| Paru Shah, Senior Manager | 19 | 24.0 | $598.50 | $14,364.00 |
| Edward Unkles, Manager | 10 | 5.5 | $488.25 | $2,685.38 |
| **TOTALS** |  | 181.3 |  | $84,791.44 |
| **Fee Totals** | $84,791.44 | | | |
| **Minus 50% for Non-Working Travel** | $0.00 | | | |
| **Grand Fee Total** | $84,791.44 | | | |
| **80% of Fees** | $67,833.15 | | | |
| **Expense Totals** | $0.00 | | | |
| **Total Monthly Fee Statement** | $67,833.15 | | | |

3

57281453.1

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 109.3 | $45,318.00 |
| 2. | Committee Matters | 4.0 | $3,297.00 |
| 3. | Fee/Employment Applications (Other Professionals) | 14.0 | $8,910.56 |
| 4. | UST Reports, Meetings and Issues | 54.0 | $27,265.88 |
| | Total: | 181.3 | **$84,791.44** |
| | | **Grand Total** | **$84,791.44** |
| | | **80% of Total Compensation** | **$67,833.15** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| N/A | $0.00 |
| **Total:** | $0.00 |

[*Remainder of page left intentionally blank*]

4

57281453.1

# SECTION IV
# CASE HISTORY

| | |
|---|---|
| **Date case filed:** | November 14, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:** | *See Order Authorizing Retention of Forvis Mazars, LLP Effective as of November 14, 2025* [D.I. 69] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:**[2] | *See* narrative portion of the fee application. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 71 | 11/14/25-11/30/25 | $25,394.62 | $0.00 | $20,315.70 | $0.00 | $5,078.92 |
| 150 | 12/1/25-12/30/25 | $108,764.27 | $0.00 | $0.00 | $0.00 | $108,764.27 |
| **Totals:** | | $134,158.89 | $0.00 | $20,315.70 | N/A | $113,843.19 |

[*Remainder of page left intentionally blank*]

---

[2] The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Mazars as accountant to the Debtors.

5

57281453.1