## EXHIBIT C

**Detail Time Entries by Category**

57281453.1

| Client Name | Category | Staff Name | Hours- | Total- |
|---|---|---|---|---|
| **Amex Shipping Agent Inc.** | | | | |
| | **Business Operations** | | | |
| | | Celis, Hilary | 2.25 | 756.00 |
| | | Cordero, Sofia | 4.75 | 3,915.19 |
| | | Lee, Christopher | 1 | 346.50 |
| | | Mejia, Antonio | 0.75 | 86.63 |
| | | Shah, Paru | 1.5 | 897.75 |
| | **Business Operations Total** | | **10.25** | **6,002.06** |
| | **Committee Matters** | | | |
| | | Cordero, Sofia | 0.25 | 206.06 |
| | **Committee Matters Total** | | **0.25** | **206.06** |
| | **Fee/Employment Applications (Other Professionals)** | | | |
| | | Cronin, Brendan | 0.5 | 288.75 |
| | | Hamernik, Kevin J | 0.5 | 364.88 |
| | **Fee/Employment Applications (Other Professionals)** | | **1** | **653.63** |
| | **UST Reports & Meetings** | | | |
| | | Celis, Hilary | 0.25 | 84.00 |
| | | Cordero, Sofia | 1 | 824.25 |
| | | Mejia, Antonio | 0.5 | 57.75 |
| | **UST Reports & Meetings Total** | | **1.75** | **966.00** |
| **Amex Shipping Agent Inc. Total** | | | **13.25** | **7,827.75** |
| **Judge Organization, LLC** | | | | |
| | **Business Operations** | | | |
| | | Celis, Hilary | 0.5 | 168.00 |
| | | Cronin, Brendan | 0.25 | 144.38 |
| | | Lee, Christopher | 1 | 346.50 |
| | **Business Operations Total** | | **1.75** | **658.88** |
| | **Committee Matters** | | | |
| | | Cordero, Sofia | 0.25 | 206.06 |
| | **Committee Matters Total** | | **0.25** | **206.06** |
| | **Fee/Employment Applications (Other Professionals)** | | | |
| | | Cordero, Sofia | 0.5 | 412.13 |
| | | Cronin, Brendan | 1 | 577.50 |
| | | Hamernik, Kevin J | 0.5 | 364.88 |
| | **Fee/Employment Applications (Other Professionals)** | | **2** | **1,354.50** |
| | **UST Reports & Meetings** | | | |
| | | Celis, Hilary | 0.25 | 84.00 |
| | | Cordero, Sofia | 1 | 824.25 |
| | | Cronin, Brendan | 1.5 | 866.25 |
| | | Hamernik, Kevin J | 0.25 | 182.44 |
| | | Mejia, Antonio | 1.25 | 144.38 |
| | **UST Reports & Meetings Total** | | **4.25** | **2,101.31** |
| **Judge Organization, LLC Total** | | | **8.25** | **4,320.75** |
| **Judge Warehousing, LLC** | | | | |
| | **Business Operations** | | | |
| | | Celis, Hilary | 3.25 | 1,092.00 |
| | | Cordero, Sofia | 2.25 | 1,854.56 |
| | | Hamernik, Kevin J | 0.5 | 364.88 |
| | | Lee, Christopher | 2 | 693.00 |
| | | Shah, Paru | 3.25 | 1,945.13 |
| | | Unkles, Edward | 2.5 | 1,220.63 |
| | **Business Operations Total** | | **13.75** | **7,170.19** |
| | **Committee Matters** | | | |
| | | Cordero, Sofia | 0.5 | 412.13 |
| | **Committee Matters Total** | | **0.5** | **412.13** |
| | **Fee/Employment Applications (Other Professionals)** | | | |
| | | Cordero, Sofia | 0.75 | 618.19 |
| | | Cronin, Brendan | 1.5 | 813.75 |
| | **Fee/Employment Applications (Other Professionals)** | | **2.25** | **1,431.94** |
| | **UST Reports & Meetings** | | | |
| | | Celis, Hilary | 2.25 | 756.00 |
| | | Cordero, Sofia | 2 | 1,648.50 |
| | | Cronin, Brendan | 3.5 | 2,021.25 |
| | | Mejia, Antonio | 3 | 346.50 |
| | **UST Reports & Meetings Total** | | **10.75** | **4,772.25** |
| **Judge Warehousing, LLC Total** | | | **27.25** | **13,786.50** |

| | | | | |
|---|---|---|---|---|
| **P. Judge & Sons, Inc.** | | | | |
| | **Business Operations** | | | |
| | | Angel, Juan | 6 | 693.00 |
| | | Celis, Hilary | 5.25 | 1,764.00 |
| | | Cordero, Sofia | 3.25 | 2,678.81 |
| | | Cronin, Brendan | 0.5 | 288.75 |
| | | Lee, Christopher | 1 | 346.50 |
| | | Mejia, Antonio | 13.5 | 1,559.25 |
| | | Shah, Paru | 8.5 | 5,087.25 |
| | | Unkles, Edward | 1.5 | 732.38 |
| | **Business Operations Total** | | **39.5** | **13,149.94** |
| | **Committee Matters** | | | |
| | | Cordero, Sofia | 1 | 824.25 |
| | **Committee Matters Total** | | **1** | **824.25** |
| | **Fee/Employment Applications (Other Professionals)** | | | |
| | | Cordero, Sofia | 0.75 | 618.19 |
| | | Cronin, Brendan | 2.38 | 1,371.56 |
| | **Fee/Employment Applications (Other Professionals)** | | **3.13** | **1,989.75** |
| | **UST Reports & Meetings** | | | |
| | | Celis, Hilary | 0.5 | 168.00 |
| | | Cordero, Sofia | 3 | 2,472.75 |
| | | Cronin, Brendan | 3.5 | 2,021.25 |
| | | Hamernik, Kevin J | 3.5 | 2,554.13 |
| | | Mejia, Antonio | 4.25 | 490.88 |
| | **UST Reports & Meetings Total** | | **14.75** | **7,707.00** |
| **P. Judge & Sons, Inc. Total** | | | **58.38** | **23,670.94** |
| **P. Judge and Sons Trucking, LLC** | | | | |
| | **Business Operations** | | | |
| | | Celis, Hilary | 2 | 698.25 |
| | | Cordero, Sofia | 2.25 | 1,854.56 |
| | | Hamernik, Kevin J | 0.5 | 364.88 |
| | | Lee, Christopher | 2 | 693.00 |
| | | Mejia, Antonio | 1 | 115.50 |
| | | Shah, Paru | 3 | 1,795.50 |
| | | Unkles, Edward | 0.5 | 244.13 |
| | **Business Operations Total** | | **11.25** | **5,765.81** |
| | **Committee Matters** | | | |
| | | Cordero, Sofia | 1 | 824.25 |
| | **Committee Matters Total** | | **1** | **824.25** |
| | **Fee/Employment Applications (Other Professionals)** | | | |
| | | Cordero, Sofia | 0.25 | 206.06 |
| | | Cronin, Brendan | 2 | 1,102.50 |
| | | Hamernik, Kevin J | 0.25 | 182.44 |
| | **Fee/Employment Applications (Other Professionals)** | | **2.5** | **1,491.00** |
| | **UST Reports & Meetings** | | | |
| | | Cordero, Sofia | 0.5 | 412.13 |
| | | Cronin, Brendan | 5 | 2,887.50 |
| | | Mejia, Antonio | 0.75 | 86.63 |
| | **UST Reports & Meetings Total** | | **6.25** | **3,386.25** |
| **P. Judge and Sons Trucking, LLC Total** | | | **21** | **11,467.31** |
| **Port Elizabeth Terminal & Warehouse Corp** | | | | |
| | **Business Operations** | | | |
| | | Celis, Hilary | 6 | 2,016.00 |
| | | Cordero, Sofia | 3.75 | 3,090.94 |
| | | Hamernik, Kevin J | 0.75 | 547.31 |
| | | Lee, Christopher | 1 | 346.50 |
| | | Mejia, Antonio | 12.5 | 1,443.75 |
| | | Shah, Paru | 7.75 | 4,638.38 |
| | | Unkles, Edward | 1 | 488.25 |
| | **Business Operations Total** | | **32.75** | **12,571.13** |
| | **Committee Matters** | | | |
| | | Cordero, Sofia | 1 | 824.25 |
| | **Committee Matters Total** | | **1** | **824.25** |
| | **Fee/Employment Applications (Other Professionals)** | | | |
| | | Cordero, Sofia | 0.75 | 618.19 |
| | | Cronin, Brendan | 2.38 | 1,371.56 |
| | **Fee/Employment Applications (Other Professionals)** | | **3.13** | **1,989.75** |
| | **UST Reports & Meetings** | | | |
| | | Celis, Hilary | 0.5 | 168.00 |
| | | Cordero, Sofia | 2.5 | 2,060.63 |
| | | Cronin, Brendan | 4.25 | 2,454.38 |
| | | Hamernik, Kevin J | 4.25 | 3,101.44 |
| | | Mejia, Antonio | 4.75 | 548.63 |
| | **UST Reports & Meetings Total** | | **16.25** | **8,333.06** |
| **Port Elizabeth Terminal & Warehouse Corp Total** | | | **53.13** | **23,718.19** |
| **Grand Total** | | | **181.26** | **84,791.44** |

|  | Total- | Hours- |
|---|---:|---:|
| **Business Operations** | | |
| Angel, Juan | 693.00 | 6.00 |
| Celis, Hilary | 6,494.25 | 19.25 |
| Cordero, Sofia | 13,394.06 | 16.25 |
| Cronin, Brendan | 433.13 | 0.75 |
| Hamernik, Kevin J | 1,277.06 | 1.75 |
| Lee, Christopher | 2,772.00 | 8.00 |
| Mejia, Antonio | 3,205.13 | 27.75 |
| Shah, Paru | 14,364.00 | 24.00 |
| Unkles, Edward | 2,685.38 | 5.50 |
| **Business Operations Total** | **45,318.00** | **109.25** |
| **Committee Matters** | | |
| Cordero, Sofia | 3,297.00 | 4.00 |
| **Committee Matters Total** | **3,297.00** | **4.00** |
| **Fee/Employment Applications (Other Professionals)** | | |
| Cordero, Sofia | 2,472.75 | 3.00 |
| Cronin, Brendan | 5,525.63 | 9.76 |
| Hamernik, Kevin J | 912.19 | 1.25 |
| **Fee/Employment Applications (Other Professionals) Total** | **8,910.56** | **14.01** |
| **UST Reports & Meetings** | | |
| Celis, Hilary | 1,260.00 | 3.75 |
| Cordero, Sofia | 8,242.50 | 10.00 |
| Cronin, Brendan | 10,250.63 | 17.75 |
| Hamernik, Kevin J | 5,838.00 | 8.00 |
| Mejia, Antonio | 1,674.75 | 14.50 |
| **UST Reports & Meetings Total** | **27,265.88** | **54.00** |
| **Grand Total** | **84,791.44** | **181.26** |

Case 25-22123-JKS    Doc 176-5    Filed 02/23/26    Entered 02/23/26 14:07:15    Desc
Exhibit C - Detailed Time Entry by Category    Page 5 of 7

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.12 December Accounts Payable and Accrued expenses AP & AR Receivables | 1/5/26 | 2.00 | 231.00 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.12 Delete the TB and adjustments | 1/5/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.12 Update the Binder | 1/6/26 | 1.00 | 115.50 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 25.12 Bank Reconciliation and combine PDF | 1/6/26 | 1.00 | 115.50 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.01 Templates P. Judge. PET, AMEX, Judge Ware | 1/22/26 | 1.50 | 173.25 | 115.5 |
| Celis, Hilary | Amex Shipping Agent Inc. | UST Reports & Meetings | Redacted bank statements on 12/22 for court request | 1/8/26 | 0.25 | 84.00 | 336 |
| Celis, Hilary | Amex Shipping Agent Inc. | Business Operations | 1099s filing | 1/26/26 | 0.25 | 84.00 | 336 |
| Celis, Hilary | Amex Shipping Agent Inc. | Business Operations | Potential Sale - Gathered documentation | 1/29/26 | 0.50 | 168.00 | 336 |
| Celis, Hilary | Amex Shipping Agent Inc. | Business Operations | Potential Sale - Gathered documentation | 1/30/26 | 1.50 | 504.00 | 336 |
| Celis, Hilary | Judge Organization, LLC | UST Reports & Meetings | Redacted bank statements and other docs on 12/22 for court request | 1/8/26 | 0.25 | 84.00 | 336 |
| Celis, Hilary | Judge Warehousing, LLC | UST Reports & Meetings | Warehouse trucking - December closing Leases WPs | 1/21/26 | 2.25 | 756.00 | 336 |
| Celis, Hilary | Judge Warehousing, LLC | Business Operations | 1099s filing for Judge Warehousing and Judge trucking | 1/26/26 | 1.75 | 588.00 | 336 |
| Celis, Hilary | P. Judge and Sons Trucking, LLC | Business Operations | inted next year's federal and GA state depreciation report for Paru, ran issues with state sc | 1/26/26 | 0.50 | 194.25 | 388.5 |
| Celis, Hilary | Judge Warehousing, LLC | Business Operations | updated Judge WHS leases, adjustment and Operating reports. Printed separate FS | 1/27/26 | 0.75 | 252.00 | 336 |
| Celis, Hilary | P. Judge and Sons Trucking, LLC | Business Operations | updated Judge WHS leases, adjustment and Operating reports. Printed separate FS | 1/27/26 | 0.75 | 252.00 | 336 |
| Celis, Hilary | Judge Organization, LLC | Business Operations | Potential Sale - Gathered documentation | 1/29/26 | 0.50 | 168.00 | 336 |
| Celis, Hilary | Judge Warehousing, LLC | Business Operations | Potential Sale - Gathered documentation | 1/30/26 | 0.75 | 252.00 | 336 |
| Celis, Hilary | P. Judge and Sons Trucking, LLC | Business Operations | Potential Sale - Gathered documentation | 1/30/26 | 0.75 | 252.00 | 336 |
| Celis, Hilary | P. Judge & Sons, Inc. | UST Reports & Meetings | Redacted bank statements on 12/22 for court request | 1/8/26 | 0.50 | 168.00 | 336 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | December closing - Debt & Leases | 1/21/26 | 1.25 | 420.00 | 336 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | updated 1099s templates, amelio task & engagement code setup, submitted for filing | 1/26/26 | 1.75 | 588.00 | 336 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Potential Sale - Gathered documentation | 1/29/26 | 0.50 | 168.00 | 336 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Potential Sale - Gathered documentation | 1/30/26 | 1.75 | 588.00 | 336 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Redacted bank statements on 12/22 for court request | 1/8/26 | 0.50 | 168.00 | 336 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | December closing - Debt & Leases | 1/21/26 | 2.25 | 756.00 | 336 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | updated 1099s templates, amelio task & engagement code setup, submitted for filing | 1/26/26 | 1.50 | 504.00 | 336 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Potential Sale - Gathered documentation | 1/29/26 | 0.50 | 168.00 | 336 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Potential Sale - Gathered documentation | 1/30/26 | 1.75 | 588.00 | 336 |
| Cordero, Sofia | Amex Shipping Agent Inc. | UST Reports & Meetings | all with Joe on requests for the UCC and other matters related to the MOR and reconciliatio | 1/5/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | Committee Matters | UCC questions and request lists | 1/6/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | Business Operations | question on open leases and call with management | 1/8/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | Business Operations | management call - controller issues | 1/9/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | Business Operations | Client call with shareholders for reporting and missing information | 1/13/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | UST Reports & Meetings | bankruptcy related reporting for December | 1/15/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | Business Operations | questions for Chase for all entities and revenues | 1/19/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | Business Operations | 1099s for year-end | 1/20/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | Business Operations | December closing and questions to client | 1/21/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | Business Operations | Closing adjustments and follow ups with client | 1/23/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | Business Operations | December closing review and adjustments to submit information for MOR | 1/27/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent Inc. | UST Reports & Meetings | Meeting weekly with attorneys and management on status of case | 1/30/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Organization, LLC | Committee Matters | UCC requests and calls with Joe | 1/5/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Committee Matters | UCC questions and request lists - Judge Warehousing | 1/6/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Committee Matters | UCC questions and request lists - Judge Trucking | 1/7/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | ee/Employment Applications (Other Professionals | Billing for bankruptcy - Judge Warehousing | 1/8/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | ee/Employment Applications (Other Professionals | Billing for bankruptcy - Judge Trucking | 1/9/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | cashflow information and bank reconciliations for consultants - Judge Warehousing | 1/12/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Organization, LLC | UST Reports & Meetings | Call with shareholders on matters for reporting and MOR | 1/14/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | cashflow information and bank reconciliations for consultants - Judge Warehousing | 1/14/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | bankruptcy related reporting for December - JudgeTrucking | 1/15/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | ee/Employment Applications (Other Professionals | Billing - Judge Warehousing | 1/19/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | December closing and questions to client- Judge Trucking | 1/21/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | December closing and questions to client- Judge Warehousing | 1/22/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Judge Organization, LLC | ee/Employment Applications (Other Professionals | Billing - Judge Organization | 1/23/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Organization, LLC | UST Reports & Meetings | ecember closing review and adjustments to submit information for MOR - Judge Organizatio | 1/26/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Closing December and adjustments to finalize year-end - Judge Warehousing | 1/26/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Closing December and adjustments to finalize year-end - Judge Trucking | 1/27/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Committee Matters | nation for MOR for professional fees and receivables and accruals breakdown - Judge Tru | 1/28/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Information for data room with Hilary to discuss list - Judge Trucking | 1/28/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | tion for MOR for professional fees and receivables and accruals breakdown - Judge Wareh | 1/29/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Information for data room with Hilary to discuss list - Judge Warehousing | 1/29/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | Meeting weekly with attorneys and management on status of case- Judge Warehousing | 1/30/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | Meeting weekly with attorneys and management on status of case | 1/30/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Committee Matters | all with Joe on requests for the UCC and other matters related to the MOR and reconciliatio | 1/5/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Committee Matters | UCC questions and request lists | 1/6/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | ee/Employment Applications (Other Professionals | Billing for bankruptcy | 1/7/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | question on open leases and call with management | 1/8/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | management call - controller issues | 1/9/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | meeting with shareholders on matters related to reporting for January | 1/12/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | bankruptcy related reporting for December | 1/15/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | questions for Chase for all entities and revenues | 1/19/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | 1099s for year-end | 1/20/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | December closing and questions to client | 1/22/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | ee/Employment Applications (Other Professionals | Billing for December | 1/23/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | December closing review and adjustments to submit information for MOR | 1/26/26 | 1.50 | 1,236.38 | 824.25 |

| Name | Entity | Category | Description | Date | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | Meeting weekly with attorneys and management on status of case | 1/26/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | 1099s and follow ups with client | 1/27/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | ecember closing review and adjustments to submit information for MOR - Judge Warehousi | 1/27/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Committee Matters | all with Joe on requests for the UCC and other matters related to the MOR and reconciliatio | 1/5/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Committee Matters | UCC questions and request lists | 1/6/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | ee/Employment Applications (Other Professionals | Billing for bankruptcy | 1/7/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | question on open leases and call with management | 1/8/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | management call - controller issues | 1/9/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | bankruptcy related reporting for December | 1/15/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | ee/Employment Applications (Other Professionals | Billing changes with team for December invoice | 1/16/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | questions for Chase for all entities and revenues | 1/19/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 1099s for year-end | 1/20/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | December closing and questions to client | 1/22/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Closing and adjustments for year-end with Paru and follow ups with client | 1/23/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 1099s and follow ups with client | 1/26/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Meeting weekly with attorneys and management on status of case | 1/26/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | December closing review and adjustments to submit information for MOR | 1/27/26 | 1.50 | 1,236.38 | 824.25 |
| Cronin, Brendan | Judge Organization, LLC | ee/Employment Applications (Other Professionals | Correspondence and Call with Mariam and document prep for fee application. | 1/7/26 | 0.50 | 288.75 | 577.5 |
| Cronin, Brendan | Judge Organization, LLC | Business Operations | l with Turner, Mariam, Paru and Kevin regarding possible data room options for business s | 1/8/26 | 0.25 | 144.38 | 577.5 |
| Cronin, Brendan | Judge Organization, LLC | ee/Employment Applications (Other Professionals | Review billing data for December. | 1/8/26 | 0.50 | 288.75 | 577.5 |
| Cronin, Brendan | Judge Organization, LLC | UST Reports & Meetings | Judge Weekly update and strategy call. | 1/9/26 | 0.50 | 288.75 | 577.5 |
| Cronin, Brendan | Judge Organization, LLC | UST Reports & Meetings | December MOR research and correspondence with Sofia | 1/15/26 | 1.00 | 577.50 | 577.5 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | weekly status meeting. | 1/16/26 | 1.00 | 577.50 | 577.5 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | ee/Employment Applications (Other Professionals | Billing Analysis and call with Sofia. | 1/21/26 | 1.38 | 794.06 | 577.5 |
| Cronin, Brendan | P. Judge & Sons, Inc. | ee/Employment Applications (Other Professionals | Billing Analysis and call with Sofia. | 1/21/26 | 1.38 | 794.06 | 577.5 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | ee/Employment Applications (Other Professionals | Billing Analysis and bill development. | 1/22/26 | 1.50 | 866.25 | 577.5 |
| Cronin, Brendan | Judge Warehousing, LLC | ee/Employment Applications (Other Professionals | wioth Sofia and Malin regarding Billing. BIlling analysis to separate billing for various entit | 1/23/26 | 1.00 | 577.50 | 577.5 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | ee/Employment Applications (Other Professionals | wioth Sofia and Malin regarding Billing. BIlling analysis to separate billing for various entit | 1/23/26 | 1.00 | 577.50 | 577.5 |
| Cronin, Brendan | P. Judge & Sons, Inc. | ee/Employment Applications (Other Professionals | wioth SOfia and Malin regarding Billing. BIlling analysis to separate billing for various entit | 1/23/26 | 1.00 | 577.50 | 577.5 |
| Cronin, Brendan | Amex Shipping Agent Inc. | ee/Employment Applications (Other Professionals | Finalize documents for fee application. | 1/24/26 | 0.50 | 288.75 | 577.5 |
| Cronin, Brendan | P. Judge & Sons, Inc. | UST Reports & Meetings | Prep and Weekly Status call. | 1/26/26 | 1.00 | 577.50 | 577.5 |
| Cronin, Brendan | Judge Warehousing, LLC | ee/Employment Applications (Other Professionals | December bill prep. Call with Mariam regarding December invoice. | 1/26/26 | 0.50 | 236.25 | 577.5 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | ee/Employment Applications (Other Professionals | December bill prep. Call with Mariam regarding December invoice. | 1/26/26 | 0.50 | 236.25 | 577.5 |
| Cronin, Brendan | Judge Warehousing, LLC | UST Reports & Meetings | Prepare MOR's for December. Bank account analysis. Review P & L's | 1/27/26 | 3.50 | 2,021.25 | 577.5 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | v financial statements for MOR. Drafting December MORS. Call with Sofia regarding fina | 1/28/26 | 3.00 | 1,732.50 | 577.5 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | l statements for MOR. Drafting December MORS for PJS and PET. Call with Sofia regar | 1/29/26 | 1.50 | 866.25 | 577.5 |
| Cronin, Brendan | P. Judge & Sons, Inc. | UST Reports & Meetings | l statements for MOR. Drafting December MORS for PJS and PET. Call with Sofia regar | 1/29/26 | 1.50 | 866.25 | 577.5 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | search schedules for each entity pre petition debt amounts. Assist with Data room reques | 1/29/26 | 1.00 | 577.50 | 577.5 |
| Cronin, Brendan | P. Judge & Sons, Inc. | UST Reports & Meetings | search schedules for each entity pre petition debt amounts. Assist with Data room reques | 1/29/26 | 1.00 | 577.50 | 577.5 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Port Elizbeth Balance sheet analysis for pre petition and post petition debts. MOR . | 1/30/26 | 1.25 | 721.88 | 577.5 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Call with Sofia regarding MOR for PET. | 1/30/26 | 0.50 | 288.75 | 577.5 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Research and Weekly Status Call. | 1/30/26 | 1.00 | 577.50 | 577.5 |
| Cronin, Brendan | P. Judge & Sons, Inc. | Business Operations | Data room document production | 1/30/26 | 0.50 | 288.75 | 577.5 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | ee/Employment Applications (Other Professionals | Internal comms re billing isues and addressing request for December fees. | 1/6/26 | 0.25 | 182.44 | 729.75 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Business Operations | Sales discusion about data portal with counsel | 1/8/26 | 0.50 | 364.88 | 729.75 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | Weekly standing call | 1/9/26 | 0.75 | 547.31 | 729.75 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | R/r Joe updated files | 1/18/26 | 0.50 | 364.88 | 729.75 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Business Operations | Call with FCM/Jason Corson e virtual data vault | 1/19/26 | 0.50 | 364.88 | 729.75 |
| Hamernik, Kevin J | Amex Shipping Agent Inc. | ee/Employment Applications (Other Professionals | R/r billing information from BC | 1/21/26 | 0.25 | 182.44 | 729.75 |
| Hamernik, Kevin J | Judge Organization, LLC | ee/Employment Applications (Other Professionals | R/review of bill details for December. | 1/22/26 | 0.50 | 364.88 | 729.75 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Review of Cambridge cash flow files; circulated comments. | 1/23/26 | 1.25 | 912.19 | 729.75 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | Analysis of Cambridge updated projection; comments returned. | 1/24/26 | 1.00 | 729.75 | 729.75 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | tanding call 1.0. Emails and review re billing (0.5); emails re status of MORs, now ready 0.2 | 1/26/26 | 1.75 | 1,277.06 | 729.75 |
| Hamernik, Kevin J | Judge Organization, LLC | UST Reports & Meetings | Comms re MORs and issues to address. | 1/27/26 | 0.25 | 182.44 | 729.75 |
| Hamernik, Kevin J | Amex Shipping Agent Inc. | ee/Employment Applications (Other Professionals | iam re fee notice for December. 0.25Responsive to Turner re virtual data room; follow up i | 1/28/26 | 0.25 | 182.44 | 729.75 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Business Operations | om collaboration and set up.R/r budgeted hours for F/M for future months, comments to S | 1/29/26 | 0.75 | 547.31 | 729.75 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | es for Nov. .5 Meeting with Sofia and BC re projected fees for FM. 0.5 Support to Ed on vi | 1/30/26 | 1.25 | 912.19 | 729.75 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | es for Nov. .5 Meeting with Sofia and BC re projected fees for FM. 0.5 Support to Ed on vi | 1/30/26 | 1.25 | 912.19 | 729.75 |
| Lee, Christopher | Judge Warehousing, LLC | Business Operations | Microsoft GP and posting client entries/run reports | 1/15/26 | 1.00 | 346.50 | 346.5 |
| Lee, Christopher | P. Judge and Sons Trucking, LLC | Business Operations | Microsoft GP and posting client entries/run reports | 1/15/26 | 1.00 | 346.50 | 346.5 |
| Lee, Christopher | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Microsoft GP and posting client entries/run reports | 1/15/26 | 1.00 | 346.50 | 346.5 |
| Lee, Christopher | P. Judge & Sons, Inc. | Business Operations | Microsoft GP and posting client entries/run reports | 1/16/26 | 1.00 | 346.50 | 346.5 |
| Lee, Christopher | P. Judge and Sons Trucking, LLC | Business Operations | Microsoft GP and posting client entries/run reports | 1/16/26 | 1.00 | 346.50 | 346.5 |
| Lee, Christopher | Judge Warehousing, LLC | Business Operations | Microsoft GP and posting client entries/run reports | 1/16/26 | 1.00 | 346.50 | 346.5 |
| Lee, Christopher | Amex Shipping Agent Inc. | Business Operations | enter adjusting journal entries | 1/19/26 | 1.00 | 346.50 | 346.5 |
| Lee, Christopher | Judge Organization, LLC | Business Operations | enter adjusting journal entries | 1/19/26 | 1.00 | 346.50 | 346.5 |
| Mejia, Antonio | Amex Shipping Agent Inc. | UST Reports & Meetings | 26.01 I worked on the MORs for Amex | 1/27/26 | 0.25 | 28.88 | 115.5 |
| Mejia, Antonio | Judge Organization, LLC | UST Reports & Meetings | 26.01 I worked on the items related to the next MORs | 1/6/26 | 0.75 | 86.63 | 115.5 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | 26.01 I worked on the AR and bank statements related to MORs for TRK | 1/27/26 | 0.75 | 86.63 | 115.5 |
| Mejia, Antonio | Judge Warehousing, LLC | UST Reports & Meetings | 26.01 I worked on the AR and bank statements related to MORs for WHS | 1/27/26 | 0.75 | 86.63 | 115.5 |
| Mejia, Antonio | Judge Organization, LLC | UST Reports & Meetings | 26.01 I worked on the AR and bank statements related to MORs for ORG | 1/27/26 | 0.50 | 57.75 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.01 I worked on the leases and the debt schedule for December closing | 1/5/26 | 2.75 | 317.63 | 115.5 |
| Mejia, Antonio | Judge Warehousing, LLC | UST Reports & Meetings | 26.01 I worked on the items related to the next MORs | 1/6/26 | 2.25 | 259.88 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.01 Call with Sofia to respond attorney's questions | 1/6/26 | 1.00 | 115.50 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 I saved information in engage | 1/7/26 | 1.25 | 144.38 | 115.5 |
| Mejia, Antonio | Amex Shipping Agent Inc. | Business Operations | 26.01 I helped Chris with the JE and questions that he had | 1/16/26 | 0.75 | 86.63 | 115.5 |

| Timekeeper | Client | Category | Description | Date | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 I saved information in the binder | 1/19/26 | 0.25 | 28.88 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 I continue working on the Q4 closing from bank to insurance sections | 1/20/26 | 6.75 | 779.63 | 115.5 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.01 I emailed the client qith some questions related to the TB | 1/20/26 | 1.00 | 115.50 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.01 I continue working on the Q4 closing | 1/21/26 | 8.25 | 952.88 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 I wrapped up the Q4 closing from Judge | 1/22/26 | 4.50 | 519.75 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.01 I made changes to the operating statements | 1/23/26 | 2.50 | 288.75 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 Planning of my activities for the next day | 1/26/26 | 0.25 | 28.88 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.01 I worked on the AR and bank statements related to MORs | 1/27/26 | 1.50 | 173.25 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 I saved information in the binder | 1/29/26 | 0.25 | 28.88 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 I tried to login into the ADP site | 1/30/26 | 0.25 | 28.88 | 115.5 |
| Mejia, Antonio | Amex Shipping Agent Inc. | UST Reports & Meetings | 26.01 I reviewed the notices from the MORs | 1/31/26 | 0.25 | 28.88 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.01 I worked on the items related to the next MORs | 1/6/26 | 3.00 | 346.50 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.01 I saved information in engage | 1/7/26 | 0.50 | 57.75 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.01 I saved information in engage | 1/12/26 | 0.25 | 28.88 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.01 I saved information in engage | 1/13/26 | 0.25 | 28.88 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.01 I saved information in engage | 1/16/26 | 0.50 | 57.75 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.01 I saved information in engage | 1/22/26 | 0.25 | 28.88 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.01 I worked on the AR and bank statements related to MORs | 1/27/26 | 0.75 | 86.63 | 115.5 |
| Shah, Paru | Amex Shipping Agent Inc. | Business Operations | December closing. Meet with Sofia. Additional adjustments. | 1/23/26 | 0.75 | 448.88 | 598.5 |
| Shah, Paru | Amex Shipping Agent Inc. | Business Operations | Tax accrual / extension worksheet | 1/26/26 | 0.75 | 448.88 | 598.5 |
| Shah, Paru | Judge Warehousing, LLC | Business Operations | Start review December file | 1/21/26 | 0.50 | 299.25 | 598.5 |
| Shah, Paru | P. Judge and Sons Trucking, LLC | Business Operations | Start review December file | 1/21/26 | 0.50 | 299.25 | 598.5 |
| Shah, Paru | Judge Warehousing, LLC | Business Operations | iew. Meet with Sofia. Update TB per discussion. Emails from Rich on open items. - 1.25 W | 1/22/26 | 1.25 | 748.13 | 598.5 |
| Shah, Paru | P. Judge and Sons Trucking, LLC | Business Operations | iew. Meet with Sofia. Update TB per discussion. Emails from Rich on open items. - 1.25 W | 1/22/26 | 1.25 | 748.13 | 598.5 |
| Shah, Paru | Judge Warehousing, LLC | Business Operations | December closing. Meet with Sofia. Additional adjustments. | 1/23/26 | 0.75 | 448.88 | 598.5 |
| Shah, Paru | P. Judge and Sons Trucking, LLC | Business Operations | December closing. Meet with Sofia. Additional adjustments. | 1/23/26 | 0.75 | 448.88 | 598.5 |
| Shah, Paru | Judge Warehousing, LLC | Business Operations | Tax accrual / extension worksheet | 1/26/26 | 0.75 | 448.88 | 598.5 |
| Shah, Paru | P. Judge and Sons Trucking, LLC | Business Operations | Update tax accrual worksheet. | 1/27/26 | 0.50 | 299.25 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Weekly strategy meeting. Summary to Sofia. | 1/9/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Weekly strategy meeting | 1/9/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Emails. Call with Sofia on Rich, Chris Lee and Dec closing | 1/16/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Emails and chat on Dec closing | 1/20/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Start review of December file | 1/21/26 | 1.50 | 897.75 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | ember file review. Meet with Sofia. Update TB per discussion. Emails from Rich on open ite | 1/22/26 | 2.50 | 1,496.25 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | December closing. Meet with Sofia. Additional adjustments. | 1/23/26 | 1.50 | 897.75 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | December closing | 1/26/26 | 0.50 | 299.25 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Tax accrual / extension worksheet | 1/26/26 | 1.00 | 598.50 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Emails / chats - Dec closing | 1/27/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Meet with Hilary to go over insurance policies. | 1/30/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Emails and chats | 1/6/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Meet with Sofia for updates and things to do. | 1/7/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Meeting with lawyer re. Data room. | 1/8/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Weekly strategy meeting. | 1/9/26 | 0.25 | 149.63 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Start review of December file | 1/21/26 | 1.50 | 897.75 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | ember file review. Meet with Sofia. Update TB per discussion. Emails from Rich on open ite | 1/22/26 | 2.50 | 1,496.25 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | December closing. Meet with Sofia. Additional adjustments. | 1/23/26 | 1.50 | 897.75 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Tax accrual / extension worksheet | 1/26/26 | 0.75 | 448.88 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Update tax accrual worksheet for new finance leases. | 1/27/26 | 0.50 | 299.25 | 598.5 |
| Unkles, Edward | Judge Warehousing, LLC | Business Operations | Judge | Deal room set up and file upload | 1/29/26 | 2.50 | 1,220.63 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Business Operations | Judge | Call w BC re data room and billing codes | 1/29/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Business Operations | Judge | Deal room uploads and set up users | 1/30/26 | 1.50 | 732.38 | 488.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Judge | IDeal Room files, updating and uploading employee files | 1/31/26 | 1.00 | 488.25 | 488.25 |
| | | | | | | **84,791.44** | |