| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>          turner.falk@saul.com<br>          maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                    Debtors.[1] | |

# THIRD MONTHLY FEE STATEMENT OF MURPHY SCHILLER & WILKES LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH JANUARY 31, 2026

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Murphy Schiller & Wilkes LLP ("**Murphy**" or the "**Applicant**"), special counsel to the debtors and debtors-in-possession (the "**Debtors**"), hereby

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57240301.2

applies to the Court for its third monthly fee statement for professional services rendered and reimbursement of actual and necessary expenses incurred for the period January 1, 2026 through January 31, 2026 (the "**Application Period**") in connection with its retention as counsel to the Debtors and in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order").  Murphy requests authorization to be paid by the Debtors $5,456.00 (which is 80% of $6,820.00) and $0.00 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Murphy Schiller & Wilkes LLP Effective as of November 14, 2025* [D.I. 82].  Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request.  Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period.  In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

### CATEGORY 1: REAL ESTATE.

This category includes all matters relating to the Debtors' real estate.  Time in this category includes addressing lease issues, and handling landlord-tenant litigation.  Murphy spent 15.2 hours of attorney time on the foregoing services.  Said services have a value of $6,820.00 for which Murphy is seeking compensation.

| Real Estate | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Charles J. Wilkes | Partner | 4.3 | $1,935.00 |
| Sean Callahan | Partner | 10.7 | $4,815.00 |
| Jacqueline N. Candella | Associate | 0.2 | $70.00 |
| **Total** | | **15.2** | **$6,820.00** |

57240301.2

**EXPENSES**.

Murphy seeks $0.00 in expenses incurred during the Application Period.

*[Remainder of page left intentionally blank]*

3

57240301.2

**WHEREFORE**, Murphy respectfully requests authorization to be paid by the Debtors $5,456.00 (which is 80% of $6,820.00) for legal services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $0.00 in expenses incurred during the Application Period.

Dated: February 23, 2026                    **SAUL EWING LLP**

                By: */s/ Stephen B. Ravin*
                    Stephen B. Ravin, Esquire
                    Turner N. Falk, Esquire
                    One Riverfront Plaza
                    1037 Raymond Blvd., Suite 1520
                    Newark, NJ 07102-5426
                    Telephone: (973) 286-6714
                    E-mail: stephen.ravin@saul.com
                          turner.falk@saul.com

                    -and-

                    Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
                    1735 Market Street, Suite 3400
                    Philadelphia, PA 19103-7504
                    E-mail: maxwell.hanamirian@saul.com

                    *Counsel for Debtors and Debtors in Possession*