# EXHIBIT C

## Detail Time Entries by Category

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 01/31/2026
**Invoice #:** 17952
**Matter:** F. Greek Bristol Properties, L.P.
**File #:** 00855

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 02/09/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/08/2026 | CJW | B250-Real Estate<br>Phone conference with J. Compitello re: lease extension; emails to/from M. Wynne re: lease termination. | 1.00 | $450.00 | $450.00 |
| 01/22/2026 | CJW | Phone conferences with J. Compitello and M. Wynne re: Bristol lease extension; review Lease Agreement re: same; emails to/from C. Hopkins re: original Lease Agreement. | 2.00 | $450.00 | $900.00 |
| | | **For professional services rendered** | **3.00** | | **$1,350.00** |
| | | | | **Invoice Amount** | **$1,350.00** |

|  | **Remaining Balance** | $1,350.00 |
|---|---|---|

| **Retainer Balance (as of 02/09/2026)** | $0.00 |
|---|---|

| **Name** | **Time Spent** | **Rate** | **Amount** |
|---|---|---|---|
| Charles Wilkes | 3.00 | $450.00 | $1,350.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 01/31/2026
**Invoice #:** 17953
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 02/09/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/2026 | SCC | B110-B110-Case Administration<br>Communicate with tenant's counsel regarding initiating settlement discussions; review court docket. | 0.70 | $450.00 | $315.00 |
| 01/07/2026 | SCC | B110-B110-Case Administration<br>Communicate with client via email and phone conference regarding latest settlement offer; prepare for call by reviewing prior correspondence on settlement and arbitration awards. | 0.90 | $450.00 | $405.00 |
| 01/08/2026 | CJW | B110-Case Administration<br>Emails to/from S. Callahan re: case status and attempts to settle same. | 0.60 | $450.00 | $270.00 |
| 01/09/2026 | SCC | B110-B110-Case Administration<br>Communicate with client vial emails and phone conference to discuss pending offer and settlement strategy. | 0.60 | $450.00 | $270.00 |
| 01/11/2026 | SCC | B110-B110-Case Administration<br>Draft and revise correspondence to counsel for tenant | 0.20 | $450.00 | $90.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding settlement. | | | |
| 01/11/2026 | SCC | B110-B110-Case Administration<br>Review and analyze discovery Orders, motions to extend discovery, adjournment requests, Court's denials of discovery motions as part of pushing settlement discussions. | 1.00 | $450.00 | $450.00 |
| 01/11/2026 | SCC | B110-B110-Case Administration<br>Analyze and draft damages summary for client. | 1.00 | $450.00 | $450.00 |
| 01/12/2026 | SCC | B110-B110-Case Administration<br>Outline resolution framework and settlement milestones given trial date and past arbitration awards; phone conference with counsel for tenant on settlement offer; email exchange with client regarding same. | 1.20 | $450.00 | $540.00 |
| 01/14/2026 | SCC | B110-B110-Case Administration<br>Communicate with counsel for tenant via emails and phone conferences regarding ideas for payment of settlement and settlement amount. | 0.80 | $450.00 | $360.00 |
| 01/14/2026 | SCC | B110-B110-Case Administration<br>Communicate with client via email report on ideas for settlement and payment of same. | 0.40 | $450.00 | $180.00 |
| 01/19/2026 | SCC | B110-B110-Case Administration<br>Communicate with counsel via email exchanges and phone conference for tenant regarding further settlement offers; communicate with insured regarding same. | 0.60 | $450.00 | $270.00 |
| 01/28/2026 | SCC | B110-B110-Case Administration<br>Communicate with counsel for tenant regarding additional settlement discussions; analyze and evaluate the leverage created in negotiations with asset search and address timing of sharing results of same given upcoming trial date. | 0.80 | $450.00 | $360.00 |
| 01/28/2026 | SCC | B110-B110-Case Administration<br>Prepare for and communicate with client via emails and phone conference regarding update on settlement efforts; research into personal guarantor. | 0.90 | $450.00 | $405.00 |
| 01/29/2026 | SCC | B110-B110-Case Administration<br>Review file materials to determine information needed for asset search of guarantor and entity; research regarding entity as a going concern; communicate with M. Wynne regarding information in credit application like social security number usable for asset search. | 0.90 | $450.00 | $405.00 |
| 01/30/2026 | SCC | B110-B110-Case Administration<br>Communicate with counsel for tenant regarding status of settlement negotiations; address issues with running an asset search on entity and personal guarantor. | 0.50 | $450.00 | $225.00 |

|  |  |  |
|---|---:|---:|
| **For professional services rendered** | **11.10** | **$4,995.00** |
| **Invoice Amount** | | **$4,995.00** |
| **Remaining Balance** | | **$4,995.00** |
| **Retainer Balance (as of 02/09/2026)** | | **$0.00** |

| Name | Time Spent | Rate | Amount |
|---|---:|---:|---:|
| Charles Wilkes | 0.60 | $450.00 | $270.00 |
| Sean Callahan | 10.50 | $450.00 | $4,725.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 01/31/2026
**Invoice #:** 17954
**Matter:** Pride Express, Inc.
**File #:** 00728

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 02/09/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/2026 | CJW | B110-Case Administration<br>Review case status re: judgment against Paracha; emails to/from B. Forrest and S. Callahan re: enforcement of default judgment. | 0.70 | $425.00 | $297.50 |
| | | **For professional services rendered** | **0.70** | | **$297.50** |
| | | **Invoice Amount** | | | **$297.50** |
| | | **Remaining Balance** | | | **$297.50** |

**Retainer Balance (as of 02/09/2026)**     **$0.00**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 0.70 | $425.00 | $297.50 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 01/31/2026
**Invoice #:** 17955
**Matter:** US One Trucking Inc.
**File #:** 3711

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 02/09/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/08/2026 | JNC | Analyze file regarding draft interrogatories | 0.20 | $350.00 | $70.00 |
| 01/15/2026 | SCC | B110-B110-Case Administration Communicate with client via email exchanges regarding execution and completion of discovery responses. | 0.20 | $450.00 | $90.00 |
| | | **For professional services rendered** | **0.40** | | **$160.00** |
| | | **Invoice Amount** | | | **$160.00** |
| | | **Remaining Balance** | | | **$160.00** |

**Retainer Balance (as of 02/09/2026)**      **$0.00**

| Name | Time Spent | Rate | Amount | |
|---|---|---|---|---|
| Jacqueline Candella | | 0.20 | $350.00 | $70.00 |
| Sean Callahan | | 0.20 | $450.00 | $90.00 |