**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Joseph M. Casello,  Esq.
jcasello@cvclaw.net
COLLINS, VELLA & CASELLO, LLC
 2430 Highway 34, B12
Manasquan, NJ 08736
Telephone: (732) 751-1766
 Email: jcasello@cvclaw.net

*Counsel for Yancey Bros. Co.*

| | |
|---|---|
| In Re:<br><br>**PORT ELIZABETH TERMINAL &**<br>**WAREHOUSE CORP. et al.,**<br><br><div align="center">Debtors-in-Possession.</div> | Case No. 25-22123 (JKS)<br>(Jointly Administrered)<br><br>Chapter 11<br>Hon. John K. Sherwood |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF THOMAS T. MCCLENDON, ESQ.

The undersigned, an attorney admitted to practice and in good standing in the federal and state courts of New Jersey, hereby seeks an Order pursuant to D.N.J. LBR 2090-1 and D.N.J.L. Civ. R. 101.1(c) admitting Thomas T. McClendon (the "Applicant") of the law firm of Jones & Walden LLC as counsel *pro hac vice* for Yancey Bros. Co. in the above-captioned matter.

This application is accompanied by a declaration from Applicant attesting to his good standing in the courts in which he is admitted and setting forth his willingness to abide by the Local Rules required by this Court.

Unless requested by other parties, no oral argument is requested.  It is respectfully submitted that no additional papers are necessary because this Application does not raise any complex legal issues.  A proposed form of Order is attached.

Dated:  February 25, 2026          **COLLINS, VELLA & CASELLO, LLC**


By: /s/ Joseph M. Casello

Joseph M. Casello
New Jersey Bar No. 005631994
2430 Highway 34, B12
Manasquan, NJ 08736
(732) 751-1766
jcasello@cvclaw.net

*Counsel for Yancey Bros. Co.*