UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph M. Casello
jcasello@cvclaw.net
COLLINS, VELLA & CASELLO, LLC
2430 Highway 34, B12
Manasquan, NJ 08736
Telephone: (732) 751-1766
Email: jcasello@cvclaw.net

*Counsel for Yancey Bros. Co.*

In Re:

**PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,**

Debtors-in-Possession.

Case No. 25-22123 (JKS)
Chapter 11
Hon. John K. Sherwood

## DECLARATION OF THOMAS T. MCCLENDON IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

**THOMAS T. MCCLENDON,** of full age, hereby declares as follows:

1. I am a partner at Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, Georgia 30308. I submit this Declaration in support of the Application for my admission *pro hac vice* to the United States Bankruptcy Court for the District of New Jersey to appear as an attorney of record in the above-captioned matter.

2. I am admitted to the Bar of the State of Georgia. I have been admitted to practice before the following Courts: U.S. District Court for the Northern District of Georgia (admitted October 13, 2014), Middle District of Georgia (admitted September 19, 2014), and Southern District of Georgia (admitted June 5, 2015) and the Eleventh Circuit Court of Appeals (admitted March 26, 2015). I am in good standing in all courts to which I have been admitted and no disciplinary or grievance proceedings have been filed against

me.

3. Yancey Bros. Co., creditor in the above-captioned matter, has requested that I be permitted to represent them in this matter because of my expertise in commercial litigation and

bankruptcy law.

4. If this Application is granted, I understand that I will be subject to the disciplinary rules of this Court, and I agree to abide by the Local Bankruptcy Rules and the Local Rules for the District Court of New Jersey including, but not limited to, those regarding the payment of fees to the Clerk of this Court and to the New Jersey Lawyers' Fund for Client Protection.

5. I hereby certify that the foregoing statements made by me are true. I understand that if any of the above statements are willfully false I am subject to punishment.

/s/ Thomas T. McClendon
Thomas T. McClendon

Dated: February 13, 2026