**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Steven B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
          turner.falk@saul.com
          maxwell.hanamirian@saul.com
*Counsel to the Debtors and Debtors in Possession*

Order Filed on February 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

In re:

PORT ELIZABETH TERMINATION &
WAREHOUSE CORP., *et al.*

Debtors.[1]

HEARING DATE:

**February 24, 2026 at 10:00 a.m. (ET)**

OBJECTION DEADLINE:

**February 17, 2026**

## ORDER PURSUANT TO 11 U.S.C. § 1121 EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: February 25, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

Page 2
Debtors:        Port Elizabeth Termination & Warehouse Corp., *et al*.
Case No.:       25-22123 (JKS)
Caption:        ORDER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME
                OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL
                PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

AND NOW, upon consideration of the of the Debtors' Motion (the "Motion")[2] for entry of an order, pursuant to section 1121(d) of the Bankruptcy Code, (a) extending the Debtors' Exclusive Filing Period by 120 days, through and including July 13, 2026, and (b) extending the Debtors' Exclusive Solicitation Period by 120 days through and including September 10, 2026, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby ORDERED and DECREED as follows:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to file a chapter 11 plan or plans is extended through and including July 13, 2026.

---

[2]     Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

57099131.2

Page 3
Debtors:       Port Elizabeth Termination & Warehouse Corp., *et al.*
Case No.:      25-22123 (JKS)
Caption:       ORDER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME
               OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL
               PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the

Debtors have the exclusive right to solicit acceptances of a chapter 11 plan is extended through

and including September 10, 2026.

4.      The entry of this Order is without prejudice to the Debtors' right to seek a further

extension of the Exclusive Periods under section 1121 of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or relating to

the interpretation or implementation of this Order.