| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>COLLINS, VELLA & CASELLO, LLC<br>2430 Highway 34, Suite B12<br>Manasquan, NJ 08736<br>(732)751-1766<br>Joseph M. Casello, Esquire<br>Attorney for Creditor, Yancey Bros. Co. | Case No.: 25-22123-JKS<br>Chapter: 11 |
| In Re:<br>Port Elizabeth Terminal & Warehouse Corp. and Amex Shipping Agent, Inc. | Adv. No.:<br>Hearing Date:<br>Judge: John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, __Joseph M. Casello__ :

   ☒ represent __Yancey Bros. Co.__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __February 26, 2026__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Application for Attorney Thomas T. McClendon, Esquire to Appear Pro Hac Vice, Declaration of Thomas T. McCLendon, Esquire and Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/26/26

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| All parties on attached service list. | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

United States Trustee
Office of the United States Trustee for the District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102-5235

David Gerardi, Esq.
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426

Laurie A. Martin Montplaisir, Esq.
Krieg DeVault LLP
200 S. Wacker Drive Suite 600
Chicago, IL 60606
Counsel to First Business Specialty Finance, LLC

Seth Ptasiewicz, Esq.
Kroll Heineman Ptasiewicz & Parsons, LLC
99 Wood Avenue South, Suite 307
Iselin, NJ 07726
Attorney for Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan

Ilana Volkov, Esq.
McGrail & Bensinger LLP
888-C 8th Avenue #107
New York, NY 10019
Attorney for Hartz Elizabeth, Inc

Thomas Michael Walsh, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
Attorney for Chiesa, Shahinian & Giantomasi, P.C.

John S. Mairo, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
Counsel to Official Committee of Unsecured Creditors

David H. Stein, Esq.
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
Attorney for F. Greek Bristol Properties, L.P.

Robert M. Kline, Esq.
Wright Law Group, PLLC
228 Park Ave S
Pmb 84356
New York, NY 10003-1502
Attorney for Auxilior Capital Partners, Inc

Rebecca K. McDowell, Esq.
Thomas B. O'Connell, Esq.
Saldutti Law Group
1040 Kings Highway North Suite 100
Cherry Hill, NJ 08034
Counsel to Eastern Lift Truck, Co.

Weltman, Weinberg & Reis Co.
Attn: Garry Masterson, Esq.
5990 West Creek Rd Suite 200
Independence, OH 44131
Attorney for First Citizens Bank & Trust Company

City of Philadelphia Law Department
Tax Litigation & Collections Unit
1401 JFK Blvd., 5th Floor, Room 580
Philadelphia, PA 19102-1595

Pamela Elchert Thurmond, Esq.
City of Philadelphia
1401 John F. Kennedy Blvd. Room 580
Philadelphia, PA 19102
Attorney for the City of Philadelphia

Dundon Advisers LLC
Ten Bank Street Suite 1100
White Plains, NY 10606