# **EXHIBIT B**

**Invoice**

# FBT Gibbons

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**  Fed # 61-0722001
**Attn:  Mike S. Mandell, Chairperson for Official**  February 26, 2026
**Committee**  Invoice # 210634857
**2333 Ponce De Leon Boulevard**  Account # G119121.G114792
**Coral Gables, FL  33134**

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---:|
| For Professional Services Rendered Through January 31, 2026 | 64,766.50 |
| Expenses Through January 31, 2026 | 2,878.00 |
| **TOTAL THIS INVOICE:** | **67,644.50** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/02/26 | (B200)(B230)(A103)Call with S. Ravin regarding status of operations and post petition payments. | JSM | 0.20 | 220.00 |
| 01/02/26 | (B200)(B230)(A103)Emails with S. Ravin regarding post petition payments (.2) . | JSM | 0.20 | 220.00 |
| 01/04/26 | (B200)(B230)(A103)Emails with debtor counsel to schedule call to discuss case direction. | JSM | 0.10 | 110.00 |
| 01/05/26 | (B100)(B120)(A105)Call with J. Mairo to discuss Retention Application and Collateral Review. | ARS | 0.20 | 90.00 |
| 01/05/26 | (B100)(B120)(A103)Drafting letter to DIP Lender on document requests. | ARS | 1.00 | 450.00 |
| 01/05/26 | (B100)(B120)(A104)Reviewing DIP Lender's liens and UCC-1 filings. | ARS | 1.00 | 450.00 |
| 01/05/26 | (B100)(B120)(A102)Researching sales vs. financing. | ARS | 0.70 | 315.00 |
| 01/05/26 | (B200)(B230)(A103)Call with debtor counsel regarding potential path going forward; . | JSM | 0.40 | 440.00 |
| 01/05/26 | (B200)(B230)(A103)Emails with committee chair and debtors' counsel regarding post petition payment status;. | JSM | 0.30 | 330.00 |
| 01/05/26 | (B100)(B120)(A103)Call with A. Simone regarding status of financing analysis. | JSM | 0.30 | 330.00 |
| 01/05/26 | (B100)(B160)(A103)Review and revise retention application pleadings; . | JSM | 0.50 | 550.00 |
| 01/06/26 | (B100)(B160)(A101)Review conflict check searches for Gibbons retention application. | KPM | 0.30 | 168.00 |
| 01/06/26 | (B100)(B160)(A101)Confer with J. Mairo re: Gibbons retention application. | KPM | 0.10 | 56.00 |
| 01/06/26 | (B100)(B120)(A101)Call with A. Simone re: lien review. | KPM | 0.40 | 224.00 |
| 01/06/26 | (B100)(B120)(A105)Call with K. McEvilly on lien review memo. | ARS | 0.50 | 225.00 |
| 01/06/26 | (B100)(B120)(A105)Call with J. Mairo on lien review memo. | ARS | 0.50 | 225.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/06/26 | (B100)(B120)(A103)Drafting memo on liens, priority, and recovery. | ARS | 2.20 | 990.00 |
| 01/06/26 | (B100)(B120)(A102)Researching financing and true sale standards. | ARS | 1.00 | 450.00 |
| 01/06/26 | (B100)(B120)(A104)Reviewing Second Interim Order. | ARS | 0.40 | 180.00 |
| 01/06/26 | (B100)(B120)(A104)Reviewing DIP Lender's UCC-1 liens and charts. | ARS | 1.00 | 450.00 |
| 01/06/26 | (B100)(B120)(A104)Comparing Lender's UCC search chart to our UCC search results. | ARS | 0.80 | 360.00 |
| 01/06/26 | (B100)(B120)(A103)Call with A. Simone regarding status of analysis and discuss ways to organize analysis. | JSM | 0.40 | 440.00 |
| 01/06/26 | (B200)(B230)(A103)Emails with committee regarding debtor complying with post petition obligations. | JSM | 0.40 | 440.00 |
| 01/06/26 | (B200)(B230)(A103)Call with R. Wright regarding analysis of schedules and providing report to committee, including potential sale pathway. | JSM | 0.40 | 440.00 |
| 01/06/26 | (B100)(B120)(A103)Briefly review schedules and statement of financial affair filings. | JSM | 0.50 | 550.00 |
| 01/07/26 | (B100)(B160)(A101)Review conflicts reports for retention application disclosures. | KPM | 1.10 | 616.00 |
| 01/07/26 | (B100)(B150)(A101)Call with committee members, Dundon and Gibbons re: case update and next steps. | KPM | 0.50 | 280.00 |
| 01/07/26 | (B100)(B120)(A102)Researching UCC attachment and perfection requirements for collateral under NJ, GA, and PA UCC statutes. | ARS | 2.20 | 990.00 |
| 01/07/26 | (B100)(B120)(A103)Drafting memo on liens, assets, and recovery. | ARS | 2.00 | 900.00 |
| 01/07/26 | (B100)(B150)(A106)Weekly Committee meeting. | ARS | 0.50 | 225.00 |
| 01/07/26 | (B100)(B120)(A101)Creating timeline of UCC filings and other lien docs provided by Debtors. | ARS | 0.40 | 180.00 |
| 01/07/26 | (B200)(B230)(A103)Review financial advisor analysis of schedules. | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/07/26 | (B100)(B150)(A103)In preparation for committee meeting, circulate draft agenda to internal group. | JSM | 0.30 | 330.00 |
| 01/07/26 | (B200)(B210)(A103)Review motion to redact customer names from operating reports and schedules. | JSM | 0.30 | 330.00 |
| 01/07/26 | (B100)(B150)(A103)Email agenda to committee members to address pending matters and status. | JSM | 0.20 | 220.00 |
| 01/07/26 | (B100)(B150)(A103)Prepare for and attend call with committee to discuss pending matters and financial report. | JSM | 0.50 | 550.00 |
| 01/08/26 | (B100)(B160)(A101)Review conflict search reports and prepare disclosures for retention application. | KPM | 1.50 | 840.00 |
| 01/08/26 | (B100)(B120)(A103)Drafting lien review memo. | ARS | 3.00 | 1,350.00 |
| 01/08/26 | (B200)(B230)(A103)Review and respond to R. Malone regarding case status and US Trustee communication. | JSM | 0.40 | 440.00 |
| 01/08/26 | (B100)(B160)(A103)Confer with K. McEvilly regarding status of conflict check work; . | JSM | 0.20 | 220.00 |
| 01/09/26 | (B100)(B160)(A101)Review and revise retention application and declaration in support. | KPM | 0.40 | 224.00 |
| 01/09/26 | (B100)(B160)(A101)Emails to J. Mairo re: retention application and declaration. | KPM | 0.10 | 56.00 |
| 01/09/26 | (B100)(B120)(A101)Call with A. Simone re: lien review and challenge issues. | KPM | 0.40 | 224.00 |
| 01/09/26 | (B100)(B120)(A105)Call with K. McEvilly to ask questions on DIP Factoring Agreement. | ARS | 0.40 | 180.00 |
| 01/09/26 | (B100)(B120)(A103)Drafting memo on liens, assets, and recovery. | ARS | 2.00 | 900.00 |
| 01/09/26 | (B100)(B160)(A103)Review and revise retention application and circulate revised documents. | JSM | 0.90 | 990.00 |
| 01/09/26 | (B100)(B160)(A103)Emails with K. McEvilly regarding retention application; . | JSM | 0.20 | 220.00 |
| 01/12/26 | (B100)(B120)(A104)Review and revise memo re: lien investigation. | KPM | 0.60 | 336.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/12/26 | (B100)(B120)(A103)Drafting memo on liens, assets, and recovery. | ARS | 2.00 | 900.00 |
| 01/12/26 | (B100)(B120)(A102)Researching true sale vs. financing standards and case law. | ARS | 1.60 | 720.00 |
| 01/12/26 | (B100)(B160)(A103)Revision to Mairo declaration and Retention Application re professional hourly rates. | ENM | 0.30 | 115.50 |
| 01/12/26 | (B100)(B160)(A103)Review and revise retention pleadings, including declaration in support;. | JSM | 0.50 | 550.00 |
| 01/12/26 | (B100)(B150)(A103)Email retention pleadings to committee chair for approval, copying other committee members. | JSM | 0.20 | 220.00 |
| 01/13/26 | (B400)(B410)(A103)Editing and revising memorandum re: liens, priorities, and security interests. | ARS | 0.70 | 315.00 |
| 01/13/26 | (B100)(B110)(A103)Drafting Application to Retain Dundon Advisers LLC as financial advisor to the Committee. | ARS | 2.70 | 1,215.00 |
| 01/13/26 | (B100)(B160)(A103)Revisions to FBT Gibbons retention application. | ENM | 0.70 | 269.50 |
| 01/13/26 | (B100)(B120)(A105)Call with K. McEvilly to discuss memo on liens, priority and recovery. | ARS | 0.70 | 315.00 |
| 01/13/26 | (B100)(B110)(A103)Revising and editing FBT Gibbons' Retention Application. | ARS | 1.10 | 495.00 |
| 01/13/26 | (B100)(B120)(A104)Calls with A. Simone re: line perfection memo (o.5); review and revise memo re: same (0.5). | KPM | 1.00 | 560.00 |
| 01/13/26 | (B100)(B160)(A104)Calls with J. Mairo re: retention application (0.1); review and revise retention application (0.2); email and call with E. Munera re: retention application (0.1); email Dundon team re: retention application (0.1). | KPM | 0.40 | 224.00 |
| 01/13/26 | (B100)(B150)(A103)Review creditor inquiry email and forward to K. McEvilly; . | JSM | 0.20 | 220.00 |
| 01/13/26 | (B100)(B160)(A103)Emails and call with K. McEvilly and | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | E. Munera regarding finalizing retention application for filing; . | | | |
| 01/13/26 | (B100)(B160)(A103)Email R. Wright regarding retention application. | JSM | 0.10 | 110.00 |
| 01/14/26 | (B100)(B160)(A111)Final revisions to FBT Gibbons Retention Application. Assembled of documents and filing to the court. Sent service email to Debtor's, Debtor's Counsel and Trustee via e-mail and regular first class mail. | ENM | 1.20 | 462.00 |
| 01/14/26 | (B100)(B110)(A104)Review of docket and Notice of Bankruptcy Case. Calendar important deadlines such as Meeting of Creditors and deadlines to file proof of claims. | ENM | 0.40 | 154.00 |
| 01/14/26 | (B100)(B150)(A103)Draft and circulate proposed agenda for committee call. | JSM | 0.40 | 440.00 |
| 01/14/26 | (B100)(B150)(A103)Emails with committee member regarding bylaws; . | JSM | 0.20 | 220.00 |
| 01/14/26 | (B200)(B230)(A103)Calls with R. Wright regarding financial report for committee call. | JSM | 0.40 | 440.00 |
| 01/14/26 | (B100)(B150)(A103)Prepare for and have committee call to discuss pending issues and next steps. | JSM | 0.60 | 660.00 |
| 01/14/26 | (B200)(B230)(A103)Follow up meeting with K. McEvilly and A. Simone regarding tasks with letter to debtors and continuing work relating to financing order;. | JSM | 0.30 | 330.00 |
| 01/14/26 | (B200)(B230)(A103)Email debtors counsel for financial order and making revisions. | JSM | 0.10 | 110.00 |
| 01/14/26 | (B100)(B150)(A103)Email committee members agenda for call and executed bylaws. | JSM | 0.20 | 220.00 |
| 01/14/26 | (B200)(B230)(A103)Call with R. Wright, K. McEvilly and A. Simone regarding factoring arrangement. | JSM | 0.20 | 220.00 |
| 01/14/26 | (B100)(B120)(A103)Emails with A. Simone regarding letter to lenders and perfection documents; . | JSM | 0.30 | 330.00 |
| 01/14/26 | (B100)(B130)(A103)Emails with committee member and prospective purchaser counsel regarding communications with debtors about interest in assets; . | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/14/26 | (B200)(B230)(A103)Emails with B. Theisen regarding debtors' strategy and committee communications; . | JSM | 0.20 | 220.00 |
| 01/14/26 | (B100)(B150)(A102)Call with committee, counsel and financial advisor re: case status and updates. | KPM | 0.20 | 112.00 |
| 01/14/26 | (B100)(B110)(A102)Call with J. Mairo and A. Simone and financial advisor re: DIP financing and debtor's financial performance. | KPM | 0.20 | 112.00 |
| 01/14/26 | (B100)(B120)(A101)Review and revise memo re: lien review and related documents. | KPM | 0.70 | 392.00 |
| 01/14/26 | (B100)(B130)(A105)Call with J. Mairo, K. McEvilly, and Rick Wright on necessary information regarding Debtors' assets. | ARS | 0.90 | 405.00 |
| 01/14/26 | (B100)(B150)(A106)Weekly call with UCC. | ARS | 0.30 | 135.00 |
| 01/14/26 | (B100)(B110)(A103)Updating draft letter to lender requesting lien documents. | ARS | 0.20 | 90.00 |
| 01/15/26 | (B100)(B190)(A108)Review email correspondence from Rick Wright, Dundon Advisors, and confer with J. Mairo re: same. | BT | 0.20 | 181.00 |
| 01/15/26 | (B200)(B230)(A103)Calls with R. Wright regarding status and next steps with budget and financing order. | JSM | 0.40 | 440.00 |
| 01/15/26 | (B200)(B230)(A103)Confer with K. McEvilly regarding DIP Order letter . | JSM | 0.20 | 220.00 |
| 01/15/26 | (B200)(B230)(A103)Emails with B. Theisen regarding financial report and next steps. | JSM | 0.20 | 220.00 |
| 01/15/26 | (B100)(B150)(A102)Call with Yancy Bros counsel re: case status. | KPM | 0.20 | 112.00 |
| 01/15/26 | (B100)(B190)(A102)Draft letter to debtors re: DIP order defaults. | KPM | 0.50 | 280.00 |
| 01/15/26 | (B100)(B110)(A103)Drafting language for letter to Debtors. | ARS | 0.30 | 135.00 |
| 01/16/26 | (B100)(B120)(A104)Review and revise letter for lender regarding collateral review and confer with A. Simone regarding same; . | JSM | 0.50 | 550.00 |

| Date | Narrative | Tmkr | Hours | Amount |
| --- | --- | --- | --- | --- |
| 01/16/26 | (B100)(B160)(A104)Emails with R. Faro regarding revenue figures in response to UST request; . | JSM | 0.30 | 330.00 |
| 01/16/26 | (B100)(B150)(A103)Email to committee attaching certain case information documents; . | JSM | 0.40 | 440.00 |
| 01/16/26 | (B300)(B310)(A103)Emails and call with A. Simone regarding case filing notice and bar date; . | JSM | 0.30 | 330.00 |
| 01/16/26 | (B200)(B230)(A103)Review and revise letter to debtors counsel regarding financing order issues and next steps. | JSM | 0.50 | 550.00 |
| 01/16/26 | (B200)(B230)(A103)Confer with K. McEvilly regarding letter to debtors' counsel. | JSM | 0.20 | 220.00 |
| 01/16/26 | (B100)(B160)(A103)Emails and call with A. Simone regarding UST revisions to retention order and submission to Court; . | JSM | 0.20 | 220.00 |
| 01/16/26 | (B200)(B230)(A103)Email financial advisors the letter to debtors' counsel regarding financing order and next steps. | JSM | 0.10 | 110.00 |
| 01/16/26 | (B100)(B190)(A104)Draft and revise letter to debtors re: DIP order defaults. | KPM | 0.50 | 280.00 |
| 01/16/26 | (B100)(B110)(A104)Reviewing draft letter to Debtors. | ARS | 0.20 | 90.00 |
| 01/16/26 | (B100)(B120)(A103)Revising letter to DIP Lender requesting lien documents. | ARS | 0.40 | 180.00 |
| 01/16/26 | (B100)(B120)(A108)Preparing email to DIP Lender counsel with letter requesting lien documents. | ARS | 0.20 | 90.00 |
| 01/16/26 | (B400)(B410)(A105)Call with J. Mairo regarding local rules on claims bar date. | ARS | 0.10 | 45.00 |
| 01/16/26 | (B400)(B410)(A102)Researching local bankruptcy rules on establishing a claims bar date. | ARS | 0.10 | 45.00 |
| 01/16/26 | (B100)(B110)(A105)Call with K. McEvilly regarding letters to DIP Lender and Debtors. | ARS | 0.30 | 135.00 |
| 01/16/26 | (B100)(B160)(A103)Revising proposed order for retention application to incorporate US Trustee's revisions and saving redline PDF versions and creating a PDF compare document. | ARS | 1.50 | 675.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/16/26 | (B100)(B160)(A105)Call with J. Mairo regarding retention application, revised proposed order changes, and markups. | ARS | 0.20 | 90.00 |
| 01/17/26 | (B100)(B160)(A104)Email R. Faro regarding revenue information for current clients on unrelated matters. | JSM | 0.10 | 110.00 |
| 01/19/26 | (B200)(B230)(A103)Emails with K. McEvilly regarding revised financing order; . | JSM | 0.20 | 220.00 |
| 01/19/26 | (B200)(B230)(A103)Review and revise financing order and email K. McEvilly regarding certain points; . | JSM | 0.60 | 660.00 |
| 01/19/26 | (B100)(B190)(A104)Review and revise third interim DIP order. | KPM | 0.50 | 280.00 |
| 01/19/26 | (B100)(B190)(A104)Call with J. Mairo re: third interim DIP order. | KPM | 0.20 | 112.00 |
| 01/19/26 | (B100)(B190)(A104)Further review and revise third interim DIP order. | KPM | 0.40 | 224.00 |
| 01/19/26 | (B100)(B160)(A104)Email Jordan Olsen re: Dundon's retention application. | KPM | 0.10 | 56.00 |
| 01/19/26 | (B200)(B230)(A103)Emails and call to debtors counsel regarding financing order, budget, and letter regarding same. | JSM | 0.50 | 550.00 |
| 01/19/26 | (B200)(B230)(A103)Email financial advisors regarding financing order revisions, budget, and reporting. | JSM | 0.30 | 330.00 |
| 01/20/26 | (B100)(B160)(A103)Creating a track changes version comparing the Proposed Retention Order before and after inclusion of US Trustee's comments. | ARS | 0.70 | 315.00 |
| 01/20/26 | (B100)(B160)(A104)Call with J. Mairo re: comments from UST and revised proposed retention order. | KPM | 0.10 | 56.00 |
| 01/20/26 | (B100)(B160)(A103)Revisions to the Proposed Order of the retention applications. | ENM | 0.50 | 192.50 |
| 01/20/26 | (B100)(B160)(A103)Call and emails with US Trustee regarding retention application and order; . | JSM | 0.30 | 330.00 |
| 01/20/26 | (B100)(B160)(A103)Review K. McEvilly email to financial advisor regarding retention application. | JSM | 0.10 | 110.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/20/26 | (B200)(B230)(A103)Emails and call with debtors regarding financing order and reporting. | JSM | 0.50 | 550.00 |
| 01/20/26 | (B100)(B160)(A101)Finalize retention order. | KPM | 0.10 | 56.00 |
| 01/20/26 | (B100)(B160)(A104)Call with A. Simone re: final retention order. | KPM | 0.10 | 56.00 |
| 01/20/26 | (B100)(B190)(A104)Call with J. Mairo and debtors' counsel re: DIP and case update. | KPM | 0.30 | 168.00 |
| 01/20/26 | (B100)(B160)(A101)Email Dundon re: retention application. | KPM | 0.10 | 56.00 |
| 01/20/26 | (B100)(B190)(A104)Review revisions to final DIP order. | BT | 0.30 | 271.50 |
| 01/20/26 | (B100)(B190)(A108)Email correspondence with J. Mairo and Fran Steele re: revisions to Gibbons retention order. | BT | 0.10 | 90.50 |
| 01/20/26 | (B100)(B190)(A108)Email correspondence with J. Mairo and R. Wright re: revisions to final DIP order. | BT | 0.10 | 90.50 |
| 01/21/26 | (B100)(B160)(A104)Email court re: revised proposed retention order and informal comments from UST. | KPM | 0.20 | 112.00 |
| 01/21/26 | (B100)(B110)(A104)Call with J. Mairo re: DIP and next steps. | KPM | 0.30 | 168.00 |
| 01/21/26 | (B100)(B110)(A104)Email R. Malone and B. Theisen re: sale process. | KPM | 0.10 | 56.00 |
| 01/21/26 | (B100)(B150)(A104)Call with committee, FBT Gibbons and Dundon re: case update and next steps. | KPM | 0.40 | 224.00 |
| 01/21/26 | (B100)(B110)(A106)Email correspondence with Committee member re: post-petition issues. | BT | 0.10 | 90.50 |
| 01/21/26 | (B100)(B110)(A106)Attend weekly committee update meeting. | BT | 0.40 | 362.00 |
| 01/21/26 | (B100)(B150)(A103)Draft email with agenda for UCC call and circulate to team (.3). | JSM | 0.30 | 330.00 |
| 01/21/26 | (B100)(B150)(A103)Attend meeting with UCC to discuss pending matters. | JSM | 0.40 | 440.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/21/26 | (B100)(B120)(A103)Emails with team discussing sale process and next steps. | JSM | 0.40 | 440.00 |
| 01/21/26 | (B100)(B160)(A104)Review entered order approving retention. | JSM | 0.10 | 110.00 |
| 01/21/26 | (B200)(B230)(A103)Emails and call with UCC member regarding post petition operations of debtors. | JSM | 0.30 | 330.00 |
| 01/21/26 | (B200)(B230)(A103)Calls with K. McEvilly regarding limited objection to financing order. | JSM | 0.30 | 330.00 |
| 01/21/26 | (B200)(B230)(A103)Calls with UCC financial advisor regarding pending items, including debtors financial performance. | JSM | 0.30 | 330.00 |
| 01/22/26 | (B100)(B160)(A103)Reviewing Dundon Retention App and adding revisions. | ARS | 0.30 | 135.00 |
| 01/22/26 | (B400)(B410)(A107)Call with creditor's counsel regarding notice of claims bar date. | ARS | 0.10 | 45.00 |
| 01/22/26 | (B100)(B160)(A104)Review, revise and draft Dundon retention application, order and declaration. | KPM | 1.50 | 840.00 |
| 01/22/26 | (B100)(B190)(A104)Draft statement and reservation of rights re: DIP motion. | KPM | 3.50 | 1,960.00 |
| 01/22/26 | (B100)(B110)(A101)E-mails with S.Laing re invoice for the month of December to prepare FBT Gibbons First Monthly Fee Application . | ENM | 0.10 | 38.50 |
| 01/22/26 | (B200)(B230)(A103)Emails with K. McEvilly regarding limited objection to financing pleading. | JSM | 0.20 | 220.00 |
| 01/22/26 | (B200)(B230)(A103)Email T. Falk regarding outstanding issues with financing order; . | JSM | 0.30 | 330.00 |
| 01/22/26 | (B100)(B160)(A103)Review Dundon retention applicaiton. | JSM | 0.20 | 220.00 |
| 01/23/26 | (B100)(B160)(A104)Email committee chair re: Dundon retention application. | KPM | 0.10 | 56.00 |
| 01/23/26 | (B100)(B190)(A101)Review and revise statement and reservation of rights re: DIP motion. | KPM | 0.20 | 112.00 |
| 01/23/26 | (B100)(B110)(A104)Review of docket and entry of Motion | ENM | 0.20 | 77.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | to Extend Bar Date deadline. Update calendar entry . | | | |
| 01/23/26 | (B100)(B160)(A101)Start draft copy of FBT Gibbons first Monthly Fee Application. | ENM | 0.90 | 346.50 |
| 01/23/26 | (B100)(B190)(A105)Confer with Rick Wright and J. Mairo re: current objections to DIP. | BT | 0.20 | 181.00 |
| 01/23/26 | (B200)(B230)(A103)Review and revise UCC statement regarding financing order and emails with K. McEvilly regarding same. | JSM | 0.50 | 550.00 |
| 01/23/26 | (B300)(B310)(A103)Review claims motion extending bar date and email with K. McEvilly regarding same; . | JSM | 0.30 | 330.00 |
| 01/23/26 | (B100)(B150)(A103)Email UCC member summary of last UCC call. | JSM | 0.20 | 220.00 |
| 01/23/26 | (B200)(B230)(A103)Email debtors counsel to schedule call to discuss financing order status. | JSM | 0.10 | 110.00 |
| 01/23/26 | (B200)(B230)(A103)Emails with UCC financial advisor regarding information to obtain in connection with financing order and budget. | JSM | 0.30 | 330.00 |
| 01/24/26 | (B200)(B230)(A103)Call with debtor counsel to discuss financing order and budget, and next steps. | JSM | 0.40 | 440.00 |
| 01/24/26 | (B100)(B190)(A104)Call with Turner Falk and J. Mairo re: third interim DIP order. | KPM | 1.00 | 560.00 |
| 01/24/26 | (B200)(B230)(A104)Emails with K. McEvilly regarding revisions to financing order and strategy. | JSM | 0.30 | 330.00 |
| 01/24/26 | (B200)(B230)(A103)Email debtor counsel emails between financial advisor regarding segregated account. | JSM | 0.20 | 220.00 |
| 01/25/26 | (B100)(B130)(A104)Emails with UCC member regarding sale process and potential person to oversee process; . | JSM | 0.20 | 220.00 |
| 01/26/26 | (B100)(B190)(A105)Email correspondence with J. Mairo re: DIP issues. | BT | 0.20 | 181.00 |
| 01/26/26 | (B100)(B190)(A104)Call with J. Mairo re: third interim DIP order (0.1); review and revise statement re: DIP order and third interim DIP order (0.8); call with J. Mairo re: third interim order and statement (0.5); call with J. Mairo | KPM | 3.10 | 1,736.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | and Turner Falk and Dundon (1.0); further review and revise third interim DIP order (0.5); email Gibbons and Dundon teams re: revised interim DIP order; email chambers re: statement re: DIP (0.1); email Turner Falk re: third interim DIP order (0.1). | | | |
| 01/26/26 | (B100)(B160)(A101)Review and revise Dundon retention application re: disclosures (0.3); email Dundon team re: same (0.1); email committee chair re: same (0.1); Emails to E. Munera re: finalizing and filing same (0.2). | KPM | 0.70 | 392.00 |
| 01/26/26 | (B100)(B160)(A101)Assemble of Dundon's Retention Application. Draft Certificate of Service and file to the Court Dundon's Retention Application. Send Service e-mail . | ENM | 0.80 | 308.00 |
| 01/26/26 | (B100)(B110)(A101)Assemble and file to the Court DIP Statement. Send service e-mail . | ENM | 0.50 | 192.50 |
| 01/26/26 | (B200)(B230)(A103)Emails and call with debtors counsel regarding outstanding issues with financing order. | JSM | 0.50 | 550.00 |
| 01/26/26 | (B200)(B230)(A103)Review and confer with K. McEvilly regarding UCC statement and reservation of rights relating to financing order. | JSM | 0.30 | 330.00 |
| 01/26/26 | (B100)(B150)(A103)Emails with creditor counsel to schedule call to discuss status. | JSM | 0.10 | 110.00 |
| 01/26/26 | (B100)(B130)(A103)Call with potential sales agent about status and potential role. | JSM | 0.50 | 550.00 |
| 01/27/26 | (L400)(L450)(A104)Attend hearing re: third interim DIP hearing. | KPM | 1.10 | 616.00 |
| 01/27/26 | (B100)(B160)(A111)Draft of Certificate of Service of Dundon Advisers LLC Retention Application. File to the Court Certificate of Service. Send Service Copy via E-mail. Assemble of filed copy and send via First Class Regular Mail. | ENM | 0.80 | 308.00 |
| 01/27/26 | (B100)(B190)(A104)Review final proposed third interim DIP order and budget (0.1); email J. Mairo re: same (0.1). | KPM | 0.20 | 112.00 |
| 01/27/26 | (B100)(B110)(A101)Email J. Mairo re: same process (0.1); research sale process structures (0.1). | KPM | 0.20 | 112.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/27/26 | (B100)(B110)(A111)Review of docket and update to the calendar extended bar date. | ENM | 0.20 | 77.00 |
| 01/27/26 | (B100)(B110)(A103)Review docket and prepare for hearing on claims bar extension, customer redaction, and financing motions. | JSM | 0.50 | 550.00 |
| 01/27/26 | (B200)(B230)(A103)Attend hearings, including financing approval, and put settlement on record. | JSM | 1.00 | 1,100.00 |
| 01/27/26 | (B200)(B230)(A103)Confer with K. McEvilly regarding revised financing order and budget. | JSM | 0.20 | 220.00 |
| 01/28/26 | (B100)(B150)(A101)Call with committee, Dundon and Gibbons re: case update and next steps. | KPM | 0.30 | 168.00 |
| 01/28/26 | (B100)(B150)(A106)Weekly meeting with committee. | ARS | 0.30 | 135.00 |
| 01/28/26 | (B200)(B230)(A103)Emails with UCC financial advisor regarding financial presentation to UCC . | JSM | 0.40 | 440.00 |
| 01/28/26 | (B100)(B150)(A103)Prepare agenda and attachments for UCC meeting and circulate same to UCC . | JSM | 0.50 | 550.00 |
| 01/28/26 | (B100)(B150)(A103)Call with UCC regarding pending matters, financial analysis, and hearing results. | JSM | 0.40 | 440.00 |
| 01/29/26 | (B100)(B160)(A101)Continue to draft FBT Gibbons 1st Monthly Fee Application, after review of invoice. E-mail to K.McEvilly and A.Simone for review and comments. | ENM | 0.80 | 308.00 |
| 01/29/26 | (B100)(B160)(A103)Final revisions to FBT Gibbons 1st Monthly Fee Application. | ENM | 0.10 | 38.50 |
| 01/29/26 | (B100)(B160)(A104)Review, revise and draft first monthly fee statement. | KPM | 0.50 | 280.00 |
| 01/29/26 | (B100)(B150)(A103)Call with creditor counsel regarding case status . | JSM | 0.40 | 440.00 |
| 01/29/26 | (B100)(B120)(A103)Emails with K. McEvilly regarding lease analysis. | JSM | 0.20 | 220.00 |
| 01/30/26 | (B100)(B160)(A104)Review of US Trustee Guidelines for Applications for Compensation and compare to FTB Gibbons Fee Application, to ensure compliance as stipulated on FBT Gibbons LLP Retention Order. | ENM | 0.50 | 192.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 01/30/26 | (B100)(B160)(A103)File to the Court FBT Gibbons 1st monthly fee application. Send service email and assemble filed copies for mail service. Calendared objection deadline. | ENM | 0.70 | 269.50 |
| 01/30/26 | (B100)(B150)(A103)Emaill UCC member regarding sale progress status. | JSM | 0.20 | 220.00 |
| | | Total: | 97.30 | $64,766.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Tkpr | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| JSM | John S. Mairo | 27.90 | 1,100.00 | 30,690.00 |
| KPM | Kyle P. McEvilly | 24.40 | 560.00 | 13,664.00 |
| ENM | Edna N. Munera | 8.70 | 385.00 | 3,349.50 |
| ARS | Amanda R. Simone | 34.70 | 450.00 | 15,615.00 |
| BT | Brett Theisen | 1.60 | 905.00 | 1,448.00 |
| | | 97.30 | | 64,766.50 |

## ITEMIZED DISBURSEMENTS

| Date | Description | | Amount |
|---|---|---|---|
| 01/05/26 | Search | CSC; INVOICE#: 86119633181; 1/5/2026 - Lien/Litigation work in Union, NJ, Department of Treasury Commercial Recording, UCC Search State. | 2,878.00 |
| | TOTAL | | $2,878.00 |

## PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|---|---|---|---|---|
| B100 | B110 | Case Administration | 8.00 | 4,149.50 |
| B100 | B120 | Asset Analysis and Recovery | 29.90 | 15,486.00 |
| B100 | B130 | Asset Disposition | 1.90 | 1,505.00 |
| B100 | B150 | Meetings of and Communications with Creditors | 8.40 | 7,661.00 |
| B100 | B160 | Fee/Employment Applications | 21.40 | 12,569.50 |

| | | | | |
|---|---|---|---:|---:|
| B100 | B190 | Other Contested Matters (excluding assumption/rejection motions) | 11.50 | 6,819.50 |
| | | **SUB-TOTAL** | **81.10** | **48,190.50** |
| B200 | B210 | Business Operations | 0.30 | 330.00 |
| B200 | B230 | Financing/Cash Collections | 13.20 | 14,520.00 |
| | | **SUB-TOTAL** | **13.50** | **14,850.00** |
| B300 | B310 | Claims Administration and Objections | 0.60 | 660.00 |
| | | **SUB-TOTAL** | **0.60** | **660.00** |
| B400 | B410 | General Bankruptcy Advice/Opinions | 1.00 | 450.00 |
| | | **SUB-TOTAL** | **1.00** | **450.00** |
| L400 | L450 | Trial and Hearing Attendance | 1.10 | 616.00 |
| | | **SUB-TOTAL** | **1.10** | **616.00** |
| | | **TOTAL** | **97.30** | **64,766.50** |