# EXHIBIT A

## Time Detail

| User | Entry Date | Client | Activity | Description | Billable Time | Total Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|---|
| Jordan Olsen | 12/11/2025 | Port Elizabeth | Business Analysis | Request for information doc draft | 1.60 | 1.60 | $495.00/hr | $792.00 |
| Jordan Olsen | 12/15/2025 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Meeting with Debtor FA | 1.10 | 1.10 | $495.00/hr | $544.50 |
| Jordan Olsen | 12/15/2025 | Port Elizabeth | Case Administration | Retention apps for NJ | 2.20 | 2.20 | $495.00/hr | $1,089.00 |
| Jordan Olsen | 12/16/2025 | Port Elizabeth | Case Administration | Data room setup | 0.20 | 0.20 | $495.00/hr | $99.00 |
| Jordan Olsen | 12/16/2025 | Port Elizabeth | Business Analysis | Budget analysis | 0.80 | 0.80 | $495.00/hr | $396.00 |
| Jordan Olsen | 12/17/2025 | Port Elizabeth | Committee Member/Professional Meetings & Communications | UCC meeting | 0.30 | 0.30 | $495.00/hr | $148.50 |
| Jordan Olsen | 12/22/2025 | Port Elizabeth | Business Analysis | New budget review | 1.20 | 1.20 | $495.00/hr | $594.00 |
| Jordan Olsen | 12/22/2025 | Port Elizabeth | Business Analysis | Data room check | 0.10 | 0.10 | $495.00/hr | $49.50 |
| Jordan Olsen | 01/05/2026 | Port Elizabeth | Business Analysis | Monthly operating report analysis | 1.70 | 1.70 | $495.00/hr | $841.50 |
| Jordan Olsen | 01/06/2026 | Port Elizabeth | Business Analysis | Gathering data room files for sofa | 0.60 | 0.60 | $495.00/hr | $297.00 |
| Jordan Olsen | 01/06/2026 | Port Elizabeth | Business Analysis | Sofa analysis and presentation draft v1 | 1.40 | 1.40 | $495.00/hr | $693.00 |
| Jordan Olsen | 01/06/2026 | Port Elizabeth | Business Analysis | Sofa analysis and presentation draft v2 | 0.90 | 0.90 | $495.00/hr | $445.50 |
| Jordan Olsen | 01/06/2026 | Port Elizabeth | Business Analysis | Sofa presentation draft v3 | 1.10 | 1.10 | $495.00/hr | $544.50 |
| Jordan Olsen | 01/07/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | UCC meeting | 0.50 | 0.50 | $495.00/hr | $247.50 |
| Jordan Olsen | 01/07/2026 | Port Elizabeth | Business Analysis | Finalizing UCC presentation | 1.20 | 1.20 | $495.00/hr | $594.00 |
| Jordan Olsen | 01/07/2026 | Port Elizabeth | Business Analysis | Researching debtor listed amounts to creditors | 0.70 | 0.70 | $495.00/hr | $346.50 |
| Jordan Olsen | 01/07/2026 | Port Elizabeth | Retention and Fee Applications | NJ template drafts for retention apps | 0.20 | 0.20 | $495.00/hr | $99.00 |
| Jordan Olsen | 01/09/2026 | Port Elizabeth | Business Analysis | New data room files review (Sofa excels) | 1.20 | 1.20 | $495.00/hr | $594.00 |
| Jordan Olsen | 01/14/2026 | Port Elizabeth | Business Analysis | Sofa and soal anlysis | 1.60 | 1.60 | $495.00/hr | $792.00 |
| Jordan Olsen | 01/14/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | UCC meeting | 0.40 | 0.40 | $495.00/hr | $198.00 |
| Jordan Olsen | 01/15/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Meeting with Debtors professionals | 0.70 | 0.70 | $495.00/hr | $346.50 |
| Jordan Olsen | 01/20/2026 | Port Elizabeth | Case Administration | Downloading new files from the data room and review | 0.60 | 0.60 | $495.00/hr | $297.00 |
| Jordan Olsen | 01/21/2026 | Port Elizabeth | Retention and Fee Applications | Retention app NJ format drafting | 2.10 | 2.10 | $495.00/hr | $1,039.50 |
| Jordan Olsen | 01/21/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | UCC meeting | 0.40 | 0.40 | $495.00/hr | $198.00 |
| Jordan Olsen | 01/22/2026 | Port Elizabeth | Business Analysis | Variance Review excel | 1.20 | 1.20 | $495.00/hr | $594.00 |
| Jordan Olsen | 01/23/2026 | Port Elizabeth | Business Analysis | Variance Report Draft | 1.90 | 1.90 | $495.00/hr | $940.50 |
| Jordan Olsen | 01/26/2026 | Port Elizabeth | Business Analysis | Variance Report edits | 0.80 | 0.80 | $495.00/hr | $396.00 |
| Jordan Olsen | 01/26/2026 | Port Elizabeth | Business Analysis | Cash Flow Forecast review | 0.70 | 0.70 | $495.00/hr | $346.50 |
| **Totals For Jordan Olsen** | | | | | **27.40** | **27.40** | | **$13,563.00** |
| Joshua Nahas | 12/15/2025 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Call with J Mairo on DIP budget | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Joshua Nahas | 12/15/2025 | Port Elizabeth | Business Analysis | Review draft of 2nd interim DIP motion | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Joshua Nahas | 12/16/2025 | Port Elizabeth | Business Analysis | Review revised DIP budget forecast with UCC line item at agreed amount | 0.20 | 0.20 | $960.00/hr | $192.00 |
| **Totals For Joshua Nahas** | | | | | **0.60** | **0.60** | | **$576.00** |

| Rick Wright | 12/11/2025 | Port Elizabeth | Business Analysis | Reviewed case docs. | 0.70 | 0.70 | $960.00/hr | $672.00 |
|---|---|---|---|---|---|---|---|---|
| Rick Wright | 12/12/2025 | Port Elizabeth | Business Analysis | Reviewed case docs. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 12/12/2025 | Port Elizabeth | Debtor Professional and Client Meeting | Calll with Nick J of Cambridge re case overview. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 12/15/2025 | Port Elizabeth | Business Analysis | Reviewed DIP order markup. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 12/15/2025 | Port Elizabeth | Business Analysis | Participated in a call with Cambridge. | 1.00 | 1.00 | $960.00/hr | $960.00 |
| Rick Wright | 12/15/2025 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Updated counsel re call with debtors advisors. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 12/16/2025 | Port Elizabeth | Debtor Professional and Client Meeting | Participated in a call with Cambridge. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 12/16/2025 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Corresponded with counsel re updated cash flow forecast | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 12/16/2025 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Reviewed updated cash flow forecast. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 12/17/2025 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in a call with the committee. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 12/17/2025 | Port Elizabeth | Business Analysis | Sensitized the debtors updated CF forecast re DIP interim hearing. | 0.90 | 0.90 | $960.00/hr | $864.00 |
| Rick Wright | 12/18/2025 | Port Elizabeth | Business Analysis | DIP hearing update. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 12/19/2025 | Port Elizabeth | Business Analysis | Correspondence with the debtors re data requests. | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 12/19/2025 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Correspondence with counsel re DIP hearing. | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 12/22/2025 | Port Elizabeth | Business Analysis | Review of DIP budget re insurance. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 12/22/2025 | Port Elizabeth | Debtor/Lender Professional and Staff Meetings | Correspondence with counsel regarding insurance. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 12/22/2025 | Port Elizabeth | Debtor/Lender Professional and Staff Meetings | Coorespondance with debtor professionals. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 12/22/2025 | Port Elizabeth | Business Analysis | Reviewed insurance order. | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 12/23/2025 | Port Elizabeth | Business Analysis | Correspondence with counsel regarding priority requests. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 12/29/2025 | Port Elizabeth | Business Analysis | Reviewed MOR | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 12/29/2025 | Port Elizabeth | Debtor/Lender Professional and Staff Meetings | Followed up on UCC requests. | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 01/05/2026 | Port Elizabeth | Business Analysis | Reviewed SOFAs and SOALs | 0.80 | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 01/06/2026 | Port Elizabeth | Business Analysis | Reviewed SOFAs and SOALs | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 01/06/2026 | Port Elizabeth | Business Analysis | Prepared a presentation for the committee re SOFAs and SOALs | 0.80 | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 01/06/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Cooresponded with committee counsel re cash flow forecast. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 01/06/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Participated in a call with the debtors FA (Joe Compitello) re cash reporting. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 01/07/2026 | Port Elizabeth | Business Analysis | Prepared a presentation for the UCC re SOFAs and SOALs | 0.80 | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 01/07/2026 | Port Elizabeth | Business Analysis | Participated in a call with the UCC re SOFAs and SOALs | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 01/07/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Corresponded with Cambridge re requested docs. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/09/2026 | Port Elizabeth | Business Analysis | Reviewed SOFA | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/13/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Cooresponded with the debtors re requests. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/14/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Cooresponded with the debtors re requests. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 01/14/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Call with counsel (J. Mauro) re liquidity. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/14/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Call with counsel (J. Mauro) re DIP extension. | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 01/14/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Call with the UCC re: status update. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/14/2026 | Port Elizabeth | Business Analysis | Reviewed new data room documents. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/15/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Call with Cambridge (N. Janikowski) re next steps. | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 01/15/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Call with Cambridge (N. Janikowski) to discuss cash forecast update. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 01/15/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Correspondence with counsel regarding CF update | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 01/15/2026 | Port Elizabeth | Business Analysis | Reviewed updated cf forecast. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 01/19/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Correspondence with counsel (J Mauro). | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/20/2026 | Port Elizabeth | DIP, Exit and Other Financing | Analysis of cash flow forecast | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/21/2026 | Port Elizabeth | DIP, Exit and Other Financing | Analysis of cash flow forecast | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 01/21/2026 | Port Elizabeth | DIP, Exit and Other Financing | Analysis of cash flow variance through 1/4/26 | 0.80 | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 01/21/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Call with coursel (J. Mauro). | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 01/21/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | UCC call | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/21/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | prep for UCC call | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 01/21/2026 | Port Elizabeth | Retention and Fee Applications | Drafting retention application. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 01/22/2026 | Port Elizabeth | DIP, Exit and Other Financing | Analysis of cash flow forecast | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 01/22/2026 | Port Elizabeth | DIP, Exit and Other Financing | Analysis of cash flow variance through 1/4/26 | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 01/23/2026 | Port Elizabeth | DIP, Exit and Other Financing | Analysis of cash flow forecast | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/23/2026 | Port Elizabeth | DIP, Exit and Other Financing | Analysis of cash flow variance through 1/4/26 | 0.70 | 0.70 | $960.00/hr | $672.00 |
| Rick Wright | 01/23/2026 | Port Elizabeth | Retention and Fee Applications | Drafting retention application. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/24/2026 | Port Elizabeth | Business Analysis | Correspondence with counsel (J Mauro). | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 01/24/2026 | Port Elizabeth | DIP, Exit and Other Financing | Review of cash variance report | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 01/26/2026 | Port Elizabeth | Business Analysis | Preparation of a deck for the Committee re cash flow variance. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 01/26/2026 | Port Elizabeth | Business Analysis | Preparation of a deck for the Committee re updated DIP forecast. | 0.70 | 0.70 | $960.00/hr | $672.00 |
| Rick Wright | 01/26/2026 | Port Elizabeth | Business Analysis | Evaluated updated cash flow model. | 0.90 | 0.90 | $960.00/hr | $864.00 |
| Rick Wright | 01/26/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Call with Cambridge (J. Compitello) re updated cash flow model. | 0.80 | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 01/26/2026 | Port Elizabeth | Business Analysis | Updated interim order reporting language. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 01/27/2026 | Port Elizabeth | Business Analysis | Preparation of a deck for the Committee re cash flow variance. | 1.20 | 1.20 | $960.00/hr | $1,152.00 |
| Rick Wright | 01/27/2026 | Port Elizabeth | Business Analysis | Preparation of a deck for the Committee re updated DIP forecast. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 01/27/2026 | Port Elizabeth | Business Analysis | Evaluated updated cash flow model. | 1.00 | 1.00 | $960.00/hr | $960.00 |
| Rick Wright | 01/28/2026 | Port Elizabeth | Business Analysis | Preparation of a deck for the Committee re cash flow variance. | 0.80 | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 01/28/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in a call with the committee re liquidity. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| **Totals For Rick Wright** | | | | | **31.10** | **31.10** | | **$29,856.00** |