## UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NEW JERSEY

| | | |
|---|---|---|
| In Re. P. Judge & Sons Trucking, LLC, | § | Case No.  25-22131 |
| | § | |
| | § | Lead Case No.  25-22123 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2026      Petition Date: 11/14/2025

Months Pending: 3      Industry Classification: 4 4 8 4

Reporting Method:      Accrual Basis ⦿      Cash Basis ○

Debtor's Full-Time Employees (current):      16

Debtor's Full-Time Employees (as of date of order for relief):      17

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Patrick J. Wynne
Signature of Responsible Party

03/05/2026
Date

Patrick J. Wynne
Printed Name of Responsible Party

10 Colonial Drive, Katonah, New York 10536
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $63,968 | |
| b. Total receipts (net of transfers between accounts) | $461,000 | $1,019,175 |
| c. Total disbursements (net of transfers between accounts) | $483,877 | $993,656 |
| d. Cash balance end of month (a+b-c) | $41,091 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $483,877 | $993,656 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $913,553 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $-108,821 |
| c. Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d  Total current assets | $942,727 |
| e. Total assets | $943,406 |
| f. Postpetition payables (excluding taxes) | $1,080,943 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $1,080,943 |
| k. Prepetition secured debt | $118,737 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $8,768,707 |
| n. Total liabilities (debt) (j+k+l+m) | $9,968,387 |
| o. Ending equity/net worth (e-n) | $-9,024,981 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $339,724 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $363,564 | |
| c. Gross profit (a-b) | $-23,840 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $110,740 | |
| f. Other expenses | $135 | |
| g. Depreciation and/or amortization (not included in 4b) | $39 | |
| h. Interest | $3,142 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-137,896 | $-909,846 |

Debtor's Name P. Judge & Sons Trucking, LLC,                                          Case No. 25-22131

| Part 5: | Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $9,127 | $17,163 | $4,423 | $10,852 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Saul Ewing LLP | Lead Counsel | $0 | $8,036 | $0 | $6,428 |
| ii | Murphy Schiller and Wilkes, LL | Special Counsel | $574 | $574 | $459 | $459 |
| iii | Forvis Mazars, LLP | Financial Professional | $3,598 | $3,598 | $0 | $0 |
| iv | Cambridge | Financial Professional | $4,956 | $4,956 | $3,964 | $3,964 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  P. Judge & Sons Trucking, LLC,                    Case No.  25-22131

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name  P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name  P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  P. Judge & Sons Trucking, LLC,                    Case No.  25-22131

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name P. Judge & Sons Trucking, LLC,          Case No. 25-22131

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $1,346 | $1,346 |
| d. Postpetition employer payroll taxes paid | $28,425 | $71,642 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions) — Yes ●  No ○
b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) — Yes ○  No ●
c. Were any payments made to or on behalf of insiders? — Yes ○  No ●
d. Are you current on postpetition tax return filings? — Yes ●  No ○
e. Are you current on postpetition estimated tax payments? — Yes ●  No ○
f. Were all trust fund taxes remitted on a current basis? — Yes ●  No ○
g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ●  No ○
h. Were all payments made to or on behalf of professionals approved by the court? — Yes ●  No ○  N/A ○
i. Do you have:   Worker's compensation insurance? — Yes ●  No ○
   If yes, are your premiums current? — Yes ●  No ○  N/A ○  (if no, see Instructions)
   Casualty/property insurance? — Yes ●  No ○
   If yes, are your premiums current? — Yes ●  No ○  N/A ○  (if no, see Instructions)
   General liability insurance? — Yes ●  No ○
   If yes, are your premiums current? — Yes ●  No ○  N/A ○  (if no, see Instructions)
j. Has a plan of reorganization been filed with the court? — Yes ○  No ●
k. Has a disclosure statement been filed with the court? — Yes ○  No ●
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ●  No ○

Debtor's Name  P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

<u>**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**</u>

/s/ Patrick J. Wynne
_____
Signature of Responsible Party

President
_____
Title

Patrick J. Wynne
_____
Printed Name of Responsible Party

03/05/2026
_____
Date

Debtor's Name P. Judge & Sons Trucking, LLC,                                          Case No.  25-22131

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  P. Judge & Sons Trucking, LLC,                                    Case No.  25-22131


PageThree


PageFour

## Explanations

## P. Judge & Sons Trucking, LLC

**Part 1**

Line B.

All transfers to/from affiliated debtors within the jointly administered group are reported net in Receipts. Gross transfers in and out were $285,000.00 and $157,515.00, respectively.

**Part 7**

Question A.

| Entity | Lender | Type | Date | Pre-Petition Balance as of 12/31/24 | Payments in January | Pre-Petition ending balance | Notes |
|---|---|---|---|---|---|---|---|
| P. Judge and Sons Trucking, LLC | RYDER TRANSPORTATION SERVICES | Truck Leases | 1/28/2026 | 12,320.83 | 3,109.19 | 9,211.64 | |

Question G.

P. Judge & Sons Trucking, LLC secured DIP financing during bankruptcy with its pre-bankruptcy lender, First Business.  First Business is a factor and is buying certain accounts receivables. As the Debtor made new sales post-petition, it sold certain receivables to First Business and received cash immediately.

**Balance Sheet**
**January 31, 2026**
NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS

|  | P. Judge and Sons Trucking, LLC |
|---|---|
| **Assets** | |
| Current assets | |
| Cash | $        28,719 |
| Accounts receivable | (169,509) |
| Allowance for doubtful accounts | (122,237) |
| Due from factor | 1,205,299 |
| Other current assets | 455 |
| Total current assets | 942,727 |
| | |
| Property and equipment, net | 429 |
| | |
| Other assets | |
| Security deposits | 250 |
| Total other assets | 250 |
| | |
| Total assets | $      943,406 |

Management Use Only

**Balance Sheet**
**January 31, 2026**
**NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS**

|  | P. Judge and Sons Trucking, LLC |
|---|---|
| **Liabilities and Accumulated Deficit** | |
| Current liabilities | |
| Due to factor, net of reserves | $ 996,568 |
| Accounts payable and accrued expenses | 917,264 |
| Due to related parties | 8,054,555 |
| Total current liabilities | 9,968,387 |
| | |
| Members' deficit | (9,024,981) |
| Total deficit | (9,024,981) |
| Total liabilities and members deficiency | $ 943,406 |

Management Use Only

# P. JUDGE AND SONS TRUCKING, LLC

PROFIT AND LOSS

|  | January 2026 |
|---|---:|
| SHUTTLE TRUCKING (WEYERHAUSER) | $38,130 |
| WHSE CONTAINERS TRUCKING | 330,978 |
| WHSE CHASIS | 2,196 |
| FUEL SURCHARGE | 9,237 |
| MILESTONE CHASSIS | (488) |
| NACPC CHASSIS | (2,248) |
| CHASSIS CONSOLIDATED CHASSIS IP | (38,081) |
| TOTAL REVENUE | 339,724 |
|  |  |
| SUBCONTRACTING & TRUCKING EXP. |  |
| OPERATION SALARIES | 12,250 |
| DISPATCHER SALARIES | 11,492 |
| SWITCHERS WAGES | 16,534 |
| TOTAL OPERATION SALARIES | 40,276 |
|  |  |
|  | 64.72% |
| SUBCONTRACTOR & OUTSIDE EXP. |  |
| SUB-CONTRACTORS | 219,864 |
| COMPANY DRIVERS (SAVANNAH) | 47,998 |
| WAREHOUSE SUPPERVISORY | 1,139 |
| SPOTTER TRUCKS | 378 |
| EQUIP.LEASE TRCTR(W/O DRIVER) | 6,451 |
| TOTAL SUB-CONTRACTOR & OUTSIDE EXP. | 275,830 |
|  |  |
| RENT EXPENSES |  |
| RENT | 20,000 |
| TOTAL RENT EXPENSES | 20,000 |
|  |  |
| TRUCKING EQUIPMENT |  |
| TRUCKING EQUIP RENTAL/LEASE | 11,495 |
| TRACTOR REPAIRS | 138 |
| TRUCKING SUPPLIES | 993 |
| TIRE PURCHASE & REPAIRS | 297 |
| TOTAL TRUCKING EQUIP/REPAIRS | 12,923 |
|  |  |
| TRUCKING EQUIPMENT |  |
| FUEL & OIL EXP. | 12,210 |
| REGISTRATION EXP. | 964 |
| FREIGHT EXP. | 71 |
| TOWING EXPENSE | 700 |
| MISC. TRUCKING EXP. | 590 |
| TOTAL OTHER TRUCKING EXP. | 14,535 |
| TOTAL SUB-CONTRACTOR & TRKNG EXP. | 363,564 |
|  |  |
| GENERAL & ADMINISTRATIVE EXP. |  |
| G & A SALARIES & BENEFITS |  |
| ADMINISTRATIVE EXPENSES | 12,500 |
| ADMINISTRATIVE EXPENSES | 2,980 |
| TOTAL G & A SALARIES & BENEFITS | 15,480 |

**PROFESSIONAL FEES**

| | |
|---|---:|
| ACCOUNTING FEES | 12,011 |
| LEGAL FEES | 14,909 |
| CONSULTING FEES | 6,927 |
| **TOTAL PROFESSIONAL FEES** | 33,847 |

**INSURANCE**

| | |
|---|---:|
| TRUCKER'S INSURANCE        2015/2016 | 31,379 |
| OCCUPATIONAL ACCIDENT INSURANCE | 3,478 |
| REIMBURSTMENT OCCUPATIONAL INS. | (3,738) |
| INLAND/CARGO | 1,431 |
| TRAILER/PHYSICAL | 4,049 |
| GENERAL LIABILITY INS     2015/2016 | 416 |
| UMBRELLA INSURANCE       2015/2016 | 108 |
| EMPLOYEES HEALTH INSURANC | 9,646 |
| REIMBURSEMENT EMPLOYEES HEALT INS. | (4,581) |
| WORKER'S COMP. (COMPANY DRIVERS) | 1,750 |
| **TOTAL INSURANCE EXPENSES** | 43,938 |

**COMPUTER EXPENSE**

| | |
|---|---:|
| SOFTWARE MAINT & PROGRAM | 1,199 |
| **TOTAL COMPUTER EXPENSES** | 1,199 |

**PAYROLL TAXES EXPENSES**

| | |
|---|---:|
| SOCIAL SECURITY (FICA) | 6,119 |
| FED. MEDICARE | 1,481 |
| GA. SUI/DIS | 1,327 |
| FUTA (940) | 579 |
| **TOTAL P/R TAXES EXPENSES** | 9,506 |

**OTHER MISC. TAXES**

| | |
|---|---:|
| SALES AND USE TAX (SAVANNAH GA) | 3,605 |
| **TOTAL OTHER TAXES** | 3,605 |

**MISC G & A EXPENSES**

| | |
|---|---:|
| BAD DEBTS EXPENSES | 3,000 |
| MISC. REGULATORY AGENCIES | 165 |
| **TOTAL MISC. G & A EXPENSES** | 3,165 |
| **TOTAL GEN'L & ADM. EXPENSES** | 110,740 |
| **TOTAL INCOME (LOSS)** | (134,580) |

**OTHER (INCOME) & EXPENSES**

| | | |
|---|---:|---:|
| DEPRECIATION EXPENSE | | 39 |
| FIRST BUSINESS INTEREST EXPENSE | | 3,142 |
| FEES EARNED 1ST BANK | | 135 |
| **TOTAL MISC. (INCOME) & EXPENSES** | | 3,316 |
| **NET INCOME (LOSS) BEFORE TAXES** | $ | (137,896) |

# SUMMARY HISTORICAL AGED TRIAL BALANCE

```
Ranges:
  Customer ID:       First - Last              User-Defined 1:    First - Last           State:             First - Last
  Customer Class:    First - Last              Short Name:        First - Last           Telephone:         First - Last
  Salesperson ID:    First - Last              Customer Name:     First - Last           Posting Date:      First - 1/31/2026
  Sales Territory:   First - Last              ZIP Code:          First - Last

Account Type:   All
Aging Date:     1/31/2026
Exclude:        Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
Sorted:         by Customer ID
```

| Customer: ▮ | Name: ▮ | Account Type: | Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1 | Salesperson: | | | | | | | |
| Contact: | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | Totals: | $16,626.00 | $52,815.00 | $0.00 | $780.00 | $0.00 | $0.00 | $70,221.00 |

| Customer: ▮ | Name: ▮ | Account Type: | Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1 | Salesperson: | | | | | | | |
| Contact: | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $60.00 | $60.00 |

| Customer: ▮ | Name: ▮ | Account Type: | Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1 | Salesperson: | | | | | | | |
| Contact: | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 |

| Customer: ▮ | Name: ▮ | Account Type: | Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1 | Salesperson: | | | | | | | |
| Contact: | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | Totals: | $261,466.30 | $384,068.48 | $304,841.76 | $0.00 | $0.00 | $0.00 | $950,376.54 |

| Customer: ▮ | Name: ▮ | Account Type: | Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1 | Salesperson: | | | | | | | |
| Contact: | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | Totals: | -$8,775.00 | -$10,800.00 | -$2,000.00 | $0.00 | $0.00 | $0.00 | -$21,575.00 |

| Customer: ▮ | Name: ▮ | Account Type: | Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1 | Salesperson: | | | | | | | |
| Contact: | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | Totals: | $0.00 | -$3,507.01 | -$3,602.12 | $46,806.60 | -$13,626.67 | -$23,916.08 | $2,154.72 |

| Customer: ▮ | Name: ▮ | Account Type: | Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1 | Salesperson: | | | | | | | |
| Contact: | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,650.00 | $1,650.00 |

| Customer: ▮ | Name: ▮ | Account Type: | Open Item | | | | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1 | Salesperson: | | | | | | | |
| Contact: | Territory: | | | | | | | |
| Phone: ( ) - Ext. | | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
| Credit: Unlimited | Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,187.20 | $1,187.20 |

System: 2/11/2026   8:03:18 PM
User Date: 2/11/2026

**SUMMARY HISTORICAL AGED TRIAL BALANCE**

Page: 2
User ID: gprbrogan

Page 19 of 34

Case 25-22123-JKS   Doc 188 - Filed 03/05/26   Entered 03/05/26 11:43:49   Desc Main
Document

| | Customer(s) | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|---|
| **Grand Totals:** | 8 | $269,317.30 | $422,576.47 | $299,239.64 | $47,586.60 | -$13,626.67 | -$20,543.88 | $1,004,549.46 |

System:        2/11/2026        8:06:09 PM
User Date:     2/11/2026

Page:        1
User ID:     gprbrogan

Case 25-22123-JKS   Doc 188   Filed 03/05/26 Entered 03/05/26 11:43:49   Desc Main
Document   Page 20 of 34

# HISTORICAL AGED TRIAL BALANCE

Ranges:
| | | | |
|---|---|---|---|
| Vendor ID: | First - Last | User-Defined 1: | First - Last |
| Class ID: | First - Last | Posting Date: | First - 1/31/2026 |
| Payment Priority: | First - Last | Document Number: | First - Last |
| Vendor Name: | First - Last | | |

| | | |
|---|---|---|
| Print Option: | SUMMARY | Exclude: Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info |
| Aged By: | Document Date | Sorted By: Vendor ID |
| Aging Date: | 1/31/2026 | Due Date |

| Vendor ID: ▉ | Name: ▉ | | Class ID: TRADE A/P | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 10 | Aged Totals: | $55,976.62 | $5,756.19 | $50,118.10 | $102.33 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: TRADE A/P | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $14,167.87 | $0.00 | $14,167.87 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $2,180.50 | $2,180.50 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $1,008.00 | $1,008.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $1,765.50 | $1,765.50 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $658.00 | $658.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $1,618.00 | $1,618.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $1,770.50 | $1,770.50 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $2,948.00 | $2,948.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $2,643.00 | $2,643.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉. | | Class ID: TRADE A/P | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $12,299.65 | $12,299.65 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $1,688.00 | $1,688.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $3,043.00 | $3,043.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: TRADE A/P | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $327.00 | $0.00 | $327.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: TRADE A/P | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 7 | Aged Totals: | $993.00 | $993.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: OWNERSOPS | User-Defined 1: | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $2,533.00 | $2,533.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▉ | Name: ▉ | | Class ID: TRADE A/P | User-Defined 1: | | |
|---|---|---|---|---|---|---|

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | -$850.00 | -$850.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: OWNERSOPS | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $1,725.50 | $1,725.50 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: TRADE A/P | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 3 | Aged Totals: | $1,549.43 | $0.00 | $522.09 | $1,027.34 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: TRADE A/P | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $4,422.50 | $0.00 | $4,422.50 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: OWNERSOPS | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $1,750.50 | $1,750.50 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: TRADE A/P | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $467.94 | $275.26 | $192.68 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: TRADE A/P | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 3 | Aged Totals: | $700.00 | $700.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: OWNERSOPS | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $2,675.50 | $2,675.50 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: OWNERSOPS | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $2,140.50 | $2,140.50 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: OWNERSOPS | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $3,233.00 | $3,233.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: TRADE A/P | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $314.27 | $314.27 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: TRADE A/P | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $275.00 | $275.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: TRADE A/P | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $4,649.45 | $4,649.45 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: OWNERSOPS | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $2,695.50 | $2,695.50 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: OWNERSOPS | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $2,643.00 | $2,643.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▮ | Name: ▮ | Class ID: OWNERSOPS | User-Defined 1: | | | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $2,160.50 | $2,160.50 | $0.00 | $0.00 | $0.00 |

| | Vendors | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| **Vendor Totals:** | 32 | $136,172.23 | $65,292.32 | $69,750.24 | $1,129.67 | $0.00 |

**JUDGE ORGANIZATION GROUP**
Professional fees paid
1/31/2026

| | Type | Name: | Amount Approved | Paid Current Month | Payment Method | Date of Payment | Paid Cumulative | Applied against retainer paid pre-petition | Balance Remaining | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov invoice 11-15 to 11-30 | Legal Fees | Murphy Schiller and Wilkes, LLP | 4,050.00 | 3,240.00 | Cash | 1/15/2026 | 3,240.00 | | 810.00 | 1/20/2026 APPROVAL |
| | | | | | Taken from Reserves | | - | | | |
| | | | 4,050.00 | 3,240.00 | | | 3,240.00 | - | 810.00 | |

| | Type | Name: | Amount Approved | Paid Current Month | Payment Method | Date of Payment | Paid Cumulative | Applied against retainer paid pre-petition | Balance Remaining | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov invoice 11-15 to 11-30 | Accounting Fees | Forvis Mazars, LLP | 25,394.62 | - | Cash | | - | | | 1/28/2026 APPROVAL |
| | | | | | Taken from Reserves | | - | | | |
| | | | 25,394.62 | - | | | - | - | - | |

| | Type | Name: | Amount Approved | Paid Current Month | Payment Method | Date of Payment | Paid Cumulative | Applied against retainer paid pre-petition | Balance Remaining | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov invoice 11-15 to 11-30 | Consulting Fees | Cambridge | 34,980.00 | - | Cash | | - | 27,984.00 | 6,996.00 | 1/2/2026 APPROVAL |
| | | | | | Taken from Reserves | 1/15/2026 | - | | | |
| | | | 34,980.00 | - | | | - | 27,984.00 | 6,996.00 | |

Allocations

| Approved | Invoices | PET | PJS | SAV WHS | SAV TRK | Amex | SAV Org |
|---|---|---|---|---|---|---|---|
| Murphy Schiller and Wilkes, LLP | 4,050.00 | 1,147.50 | 1,147.50 | 573.75 | 573.75 | 405.00 | 202.50 |
| Forvis Mazars, LLP | 25,394.62 | 7,195.14 | 7,195.14 | 3,597.57 | 3,597.57 | 2,539.46 | 1,269.73 |
| Cambridge | 34,980.00 | 9,911.00 | 9,911.00 | 4,955.50 | 4,955.50 | 3,498.00 | 1,749.00 |

| Paid | Invoices | PET | PJS | SAV WHS | SAV TRK | Amex | SAV Org |
|---|---|---|---|---|---|---|---|
| Murphy Schiller and Wilkes, LLP | 3,240.00 | 918.00 | 918.00 | 459.00 | 459.00 | 324.00 | 162.00 |
| Forvis Mazars, LLP | - | | | | | | |
| Cambridge | 27,984.00 | 7,928.80 | 7,928.80 | 3,964.40 | 3,964.40 | 2,798.40 | 1,399.20 |

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2026 through January 30, 2026

**Account Number** ▮▮▮▮▮▮▮▮

## Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

P. JUDGE & SONS TRUCKING, LLC
DEBTOR IN POSSESSION
980 BOURNE AVE
SAVANNAH GA 31408-9752

## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $55,110.09 |  |
| Deposits and Credits | 20 | $532,721.22 |  |
| Withdrawals and Debits | 106 | $538,547.11 |  |
| Checks Paid | 4 | $15,622.29 |  |
| **Ending Ledger Balance** |  | **$33,661.91** |  |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 01/02 | Fb Specialty Finance Trn: 0021710641Tc | $82,962.83 |
| 01/05 | Fb Specialty Finance Trn: 0054640393Tc | 6,994.23 |
| 01/08 | Fb Specialty Finance Trn: 0083079523Tc | 35,254.85 |
| 01/09 | Fb Specialty Finance Trn: 0091639807Tc | 11,679.12 |
| 01/09 |  | 10,000.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no
change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.



January 01, 2026 through January 30, 2026

**Account Number:**

## Deposits and Credits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 01/13 | Fb Specialty Finance Trn: 0133615171Tc | 8,651.20 |
| 01/14 | Fb Specialty Finance Trn: 0140948890Tc | 20,762.88 |
| 01/16 | Fb Specialty Finance Trn: 0163557173Tc | 9,083.76 |
| 01/20 | | 20,000.00 |
| 01/21 | Ind ID:A24066          Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 0215897313Tc | 44,117.27 |
| 01/21 | Fb Specialty Finance Trn: 0215897314Tc | 20,104.03 |
| 01/22 | | 40,000.00 |
| 01/22 | Ind ID:A24079          Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 0222270774Tc | 15,996.58 |
| 01/23 | Truckin Trn: 0230760064Tc | 37,515.00 |
| 01/26 | Fb Specialty Finance Trn: 0265332514Tc | 14,267.22 |
| 01/26 | Fb Specialty Finance Trn: 0265332515Tc | 11,457.01 |
| 01/27 | | 40,000.00 |
| 01/27 | Ind ID:A24170          Ind Name:Jg P Judge Trucking Ll<br>Fb Specialty Finance Trn: 0275892168Tc | 13,837.74 |
| 01/29 | Fb Specialty Finance Trn: 0297703972Tc | 64,406.55 |
| 01/30 | Fb Specialty Finance Trn: 0301491536Tc | 25,630.95 |
| **Total** | | **$532,721.22** |



## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989310 | $3,665.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989177 | 3,565.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989178 | 3,440.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989176 | 3,430.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989310 | 3,370.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989171 | 3,138.00 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989177 | 3,013.00 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989324 | 2,590.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989321 | 2,508.00 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989324 | 2,445.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989324 | 2,293.00 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989325 | 2,285.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989323 | 2,160.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989325 | 1,710.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989324 | 1,423.00 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989325 | 1,110.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989323 | 685.50 |
| 01/02 | Same-Day ACH Payment<br>YOUR REF: 4931989325 | 235.50 |
| 01/02 | Online Transfer To Chk .. | 60,000.00 |
| 01/02 | Online Transfer To Chk . | 30,000.00 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945153648 | 2,698.00 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945154452 | 2,465.50 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945153775 | 2,390.50 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945154452 | 2,013.00 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945153467 | 2,005.50 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945153467 | 1,983.00 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945154430 | 1,605.50 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945194030 | 1,325.50 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945195036 | 645.50 |



## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945157721 | 3,050.50 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945153775 | 2,688.00 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945201577 | 2,418.00 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945153799 | 2,005.50 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945194863 | 1,878.00 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945154620 | 1,325.50 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945153467 | 1,183.00 |
| 01/08 | Online ACH Payment 112<br>YOUR REF: 4945153800 | 2,745.50 |
| 01/09 | Online ACH Payment 112<br>YOUR REF: 4947411715 | 1,806.94 |
| 01/09 | Online ACH Payment 112<br>YOUR REF: 4947427618 | 404.46 |
| 01/09 | Online ACH Payment 112<br>YOUR REF: 4947422644 | 6,224.40 |
| 01/09 | Online ACH Payment 112<br>YOUR REF: 4947427571 | 8,456.63 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439405 | 3,590.50 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439148 | 4,143.00 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439796 | 3,885.50 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439294 | 3,333.00 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439404 | 3,248.00 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439137 | 2,825.50 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439138 | 2,755.50 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439405 | 2,725.50 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439405 | 2,405.50 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439404 | 2,135.50 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439405 | 1,508.00 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439148 | 2,970.50 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439131 | 2,693.00 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439131 | 3,998.00 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439148 | 3,958.00 |
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439405 | 2,168.00 |



## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 01/16 | Same-Day ACH Payment<br>YOUR REF: 4958439406 | 2,650.50 |
| 01/20 | Online ACH Payment 112<br>YOUR REF: 4966504692 | 2,433.03 |
| 01/20 | Online ACH Payment 112<br>YOUR REF: 4966529306 | 707.32 |
| 01/21 | Online Transfer To Chk .. | 20,000.00 |
| 01/22 | Online Transfer To Chk .. | 40,000.00 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970099961 | 4,953.00 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970111284 | 4,328.00 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970103747 | 4,098.00 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970084880 | 3,640.50 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970111819 | 3,490.50 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970093234 | 3,280.50 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970112663 | 2,551.75 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970098901 | 706.75 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970117992 | 4,735.50 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970111991 | 4,040.50 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970117993 | 2,553.00 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970111999 | 1,500.50 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970130932 | 505.50 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970085200 | 4,423.00 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970084481 | 2,598.00 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970118447 | 2,150.50 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970111614 | 3,976.75 |
| 01/22 | Online ACH Payment 112<br>YOUR REF: 4970103743 | 3,418.00 |
| 01/23 | Online ACH Payment 112<br>YOUR REF: 4972577761 | 3,045.14 |
| 01/23 | Online ACH Payment 112<br>YOUR REF: 4972557084 | 165.00 |
| 01/27 | Online Transfer To Chk .. | 37,515.00 |
| 01/28 | Online Transfer To Chk .. | 20,000.00 |
| 01/28 | Online ACH Payment 112<br>YOUR REF: 4980348452 | 9,560.48 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982420003 | 4,328.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982441863█ | 4,258.00 |



**Account Number:** ████████████

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982422612 | 3,925.50 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982444902 | 3,760.50 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982431532 | 3,628.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982429890 | 3,490.50 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982448209 | 3,358.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982444782 | 3,228.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982446161 | 3,218.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982409765 | 3,213.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982423119 | 2,948.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982443906 | 2,945.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982434386 | 2,943.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982430237 | 2,665.50 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982414600 | 2,135.50 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982439501 | 1,855.50 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982461686 | 1,038.00 |
| 01/29 | Online ACH Payment 112<br>YOUR REF: 4982444120 | 1,023.00 |
| 01/29 | Online Transfer To Chk .. | 40,000.00 |
| 01/30 | Online ACH Payment 112<br>YOUR REF: 4985129054 | 2,295.00 |
| 01/30 | Online ACH Payment 112<br>YOUR REF: 4985123038 | 16,531.46 |
| **Total** | | **$538,547.11** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 2037 | 01/26 | $455.63 | 2047 | 01/22 | $1,213.01 | 2048 | 01/14 | $1,186.00 |
| 2046* | 01/21 | $12,767.65 | | | | | | |

**Total**   **4 check(s)**   **$15,622.29**

* indicates gap in sequence



January 01, 2026 through January 30, 2026

**Account Number:** 00

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------|------|---------------|
| 01/02 | $5,001.42 | 01/21 | $52,242.83 |
| 01/05 | $11,995.65 | 01/22 | $10,076.15 |
| 01/08 | $12,824.50 | 01/23 | $44,381.01 |
| 01/09 | $17,611.19 | 01/26 | $69,649.61 |
| 01/13 | $26,262.39 | 01/27 | $85,972.35 |
| 01/14 | $45,839.27 | 01/28 | $56,411.87 |
| 01/16 | $3,929.53 | 01/29 | $26,857.42 |
| 01/20 | $20,789.18 | 01/30 | $33,661.91 |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank

# CHASE ◉

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2026 through January 30, 2026

**Account Number**

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

P. JUDGE & SONS TRUCKING, LLC
DEBTOR IN POSSESSION
980 BOURNE AVE
SAVANNAH GA 31408-9752

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $8,858.19 | |
| Deposits and Credits | 5 | $85,793.74 | |
| Withdrawals and Debits | 16 | $87,222.25 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$7,429.68** | |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 01/05 | | $793.74 |
| 01/06 | | 20,000.00 |
| 01/13 | | 25,000.00 |
| 01/21 | | 20,000.00 |
| 01/28 | | 20,000.00 |
| **Total** | | **$85,793.74** |

### Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 01/05 | Orig CO Name:ADP 401K          Orig ID:1223006057 Desc Date:260105 | $35.00 |
| | CO Entry Descr:ADP 401K Sec:CCD    Trace#:021000021859088 | |
| | Eed:260105  Ind ID:Aaqxi 010201V01          Ind Name:Judge Trucking LLC | |
| | Aa Trn: 0051859088Tc | |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no
change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.



## Withdrawals and Debits (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 01/08 | LLC Jud                        323298036<br>Trn: 0083478612Tc | 16,561.84 |
| 01/08 | ▲\| Trn: 0083478616Tc | 5,522.50 |
| 01/08 | Name:Judge Trucking LLC Jud<br>323298036 Trn: 0083478614Tc | 190.56 |
| 01/12 | Aa Trn: 0128670941Tc | 35.00 |
| 01/15 | LLC Jud                        323298036<br>Trn: 0159301265Tc | 15,798.13 |
| 01/15 | Name:Judge Trucking LLC Jud<br>323298036 Trn: 0159301267Tc | 190.56 |
| 01/15 | Km Trn: 0153784983Tc | 5,326.45 |
| 01/20 | Aa Trn: 0201147812Tc | 35.00 |
| 01/22 | LLC Jud                        323298036<br>Trn: 0223461941Tc | 15,875.67 |
| 01/22 | Name:Judge Trucking LLC Jud<br>323298036 Trn: 0223461943Tc | 190.56 |
| 01/22 | Led.266122  Ind ID:Aaqxr012304x01   Ind Name:Judge Trucking LLC<br>Kb Trn: 0227250252Tc | 5,334.90 |
| 01/26 | Led.266123  Ind ID:Aaqxr012304v01   Ind Name:Judge Trucking LLC<br>Aa Trn: 0264169349Tc | 35.00 |



**Account Number**

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 01/29 |  LLC Jud Trn: 0297663030Tc | 16,069.27 |
| 01/29 | Name:Judge Trucking LLC Jud 323298036 Trn: 0297663032Tc | 190.56 |
| 01/29 | Ld Trn: 0291958099Tc | 5,831.25 |
| **Total** | | **$87,222.25** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 01/05 | $9,616.93 | 01/20 | $10,956.89 |
| 01/06 | $29,616.93 | 01/21 | $30,956.89 |
| 01/08 | $7,342.03 | 01/22 | $9,555.76 |
| 01/12 | $7,307.03 | 01/26 | $9,520.76 |
| 01/13 | $32,307.03 | 01/28 | $29,520.76 |
| 01/15 | $10,991.89 | 01/29 | $7,429.68 |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank