## EXHIBIT B

### Summary by Timekeeper

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Barry A. Chatz | 1987 | 3.4 | 2025: $1,030<br>2026: $1,115 | $3,502.00 |
| Stephen B. Ravin | 1979 | 53.1 | 2025: $860<br>2026: $930 | $46,842.00 |
| Zev M. Shechtman | 2009 | 6.3 | 2025: $785<br>2026: $850 | $4,945.50 |
| Turner N. Falk | 2014 | 91.7 | 2025: $485<br>2026: $545 | $46,094.50 |
| Mariam Khoudari | 2021 | 123.1 | 2025: $440<br>2026: $505 | $56,491.00 |
| Maxwell M. Hanamirian | 2024 | 91.1 | 2025: $325<br>2026: $380 | $31,169.50 |
| **TOTALS** | | **368.7** | | **$189,044.50** |

57314777.3