## EXHIBIT C

### Summary of Blended Rate

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* (**2025**) | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 3 | $736.00 | $880.41 |
| Junior Partners | 0 | $625.00 | N/A |
| Counsel | 0 | $619.00 | N/A |
| Senior Associates | 2 | $461.00 | $477.59 |
| Junior Associates | 1 | $367.00 | $342.15 |
| Paraprofessional | 0 | $320.00 | N/A |
| Other (Litigation, Support, Clerical) | 0 | $302.00 | N/A |
| **Aggregated:** | | **$597.00** | **$512.73** |

57314777.3