## EXHIBIT D

**Summary of Compensation Requested by Project Category**

**For the Period from November 14, 2025 through January 31, 2026**

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Asset Disposition | 17.0 | $9,288.50 |
| 2. | Business Operations | 14.4 | $8,118.50 |
| 3. | Case Administration | 63.6 | $30,774.50 |
| 4. | Claims Analysis, Objections, Proofs of Claim | 12.8 | $9,981.00 |
| 5. | Committee Matters | 12.1 | $7,646.00 |
| 6. | Creditor Inquiries | 2.9 | $1,988.50 |
| 7. | Employee Benefits and Pensions | 5.8 | $2,622.50 |
| 8. | Executory Contracts & Unexpired Leases | 15.4 | $9,674.50 |
| 9. | Fee/Employment Applications (Saul Ewing) | 32.4 | $13,989.50 |
| 10. | Fee/Employment Applications (Other Professionals) | 54.7 | $24,693.00 |
| 11. | Financing and Cash Collateral | 39.1 | $22,847.00 |
| 12. | Litigation: Contested Matters and Adversary Proceedings | 0.2 | $97.00 |
| 13. | Plan and Disclosure Statement | 8.6 | $4,756.00 |
| 14. | Preparation for and Attendance at Hearing | 23.6 | $10,986.50 |
| 15. | Statement & Schedules | 41.8 | $19,265.50 |
| 16. | UST Reports, Meetings and Issues | 23.3 | $11,888.00 |
| 17. | Utilities | 1.0 | $428.00 |
| | **Total:** | **368.7** | **$189,044.50** |

57314777.3