## EXHIBIT E

**Summary of Expense Reimbursement Requested by Category**

**For the Period from November 14, 2025 through January 31, 2026**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Court Costs | $250.00 |
| Federal Express | $3,453.79 |
| Filing Fees | $10,428.00 |
| Mileage | $5.60 |
| Parking | $21.00 |
| Postage | $262.23 |
| Printing and Reproduction Charges | $5,355.00 |
| Westlaw Legal Research | $4,589.46 |
| **Total:** | $24,365.08 |

57314777.3