**EXHIBIT F**

**Saul Ewing Budget and Staffing Plans for
November 14, 2025 through January 31, 2026**

**November 2025**

- Budgeted amount: $35,000.00 (actual fees were $56,719.50)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 3 | $545 per hour to $1,185 per hour |
| Counsel | 0 | $550 per hour to $1,080 per hour |
| Associate | 3 | $325 per hour to $585 per hour |
| Paraprofessional | 0 | $240 per hour to $445 per hour |
| Other (Litigation, Support, Clerical) | 0 | $160 per hour to $400 per hour |

**December 2025**

- Budgeted amount: $75,000.00 (actual fees were $73,115.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 3 | $545 per hour to $1,185 per hour |
| Counsel | 0 | $550 per hour to $1,080 per hour |
| Associate | 3 | $325 per hour to $585 per hour |
| Paraprofessional | 0 | $240 per hour to $445 per hour |
| Other (Litigation, Support, Clerical) | 0 | $160 per hour to $400 per hour |

**January 2026**

- Budgeted amount: $75,000.00 (actual fees were $59,210.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 1 | $595 per hour to $1,285 per hour |

57314777.3

| | | |
|---|---|---|
| Counsel | 0 | $595 per hour to $1,170 per hour |
| Associate | 3 | $325 per hour to $690 per hour |
| Paraprofessional | 0 | $265 per hour to $450 per hour |
| Other (Litigation, Support, Clerical) | 0 | $180 per hour to $425 per hour |

57314777.3