# EXHIBIT A

## Retention Order

57412342.2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
 turner.falk@saul.com
Proposed Counsel to the Debtors and Debtors in
Possession



Order Filed on December 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 25-22123-JKS |
|---|---|---|
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al., | Chapter: | 11 |
| Debtors. | Judge: | John K. Sherwood |

---

## ORDER AUTHORIZING RETENTION OF

## CAMBRIDGE FINANCIAL SERVICES, LLC EFFECTIVE AS OF NOVEMBER 14, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: December 9, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Cambridge Financial Services, LLC___

as _____Financial Advisor_____, it is hereby ORDERED:

1.     The applicant is authorized to retain the above party in the professional capacity noted.
       The professional's address is:    Raritan Plaza III, 105 Fieldcrest Ave.
                                         Suite 506
                                         Edison, NJ 08837

2.     Compensation will be paid in such amounts as may be allowed by the Court on proper
       application(s).

3.     If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

       ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

       ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
       13 case. Payment to the professional may only be made after satisfactory completion of
       services.

4.     The effective date of retention is November 14, 2025.

*rev.8/1/15*

2