## EXHIBIT B

### Summary by Timekeeper

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Joseph Compitello, Financial Advisor | 10 years | 257.5 | $400.00 | $103,020.00 |
| Nicholas Jalowski, Financial Advisor | 40 years | 44.2 | $500.00 | $22,100.00 |
| **TOTALS** | | 301.7 | | $125,120.00 |

57412342.2