## <u>EXHIBIT C</u>

**Summary of Compensation Requested by Project Category**

**For the Period from November 14, 2025 through January 31, 2026**

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 127.7 | $52,420.00 |
| 2. | Case Administration | 15.4 | $6,900.00 |
| 3. | Fee/Employment Applications | 5.5 | $2,720.00 |
| 4. | Financing and Cash Collateral | 67.6 | $27,710.00 |
| 5. | Creditor Inquiries | 4 | $1,600.00 |
| 6. | UST Reports, Meetings and Issues | 37.7 | $15,080.00 |
| 7. | Litigation: Contested Matters and Adversary Proceedings | 0.3 | $120.00 |
| 8. | Statements and Schedules | 7.3 | $2,920.00 |
| 9. | Committee Matters | 36.2 | $15,650.00 |
|  | **Total:** | **301.7** | **$125,120.00** |

57412342.2