## EXHIBIT D

**Summary of Expense Reimbursement Requested by Category**

**For the Period from November 14, 2025 through January 31, 2026**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Mileage | $28.80 |
| **Total:** | **$28.80** |

57412342.2