## EXHIBIT B

### Summary by Timekeeper

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Juan Angel, Associate | 1 | 62.1 | $115.50 | $7,161.01 |
| Richard Bloom, Partner | 20 | 1.0 | $950.25 | $950.25 |
| Hilary Celis, Senior | 4 | 61.3 | $336.00 | $20,606.24 |
| Sofia Cordero, Partner | 13 | 69.8 | $824.25 | $57,507.93 |
| Brendan Cronin, Senior Manager | 15 | 71.25 | $577.50 | $40,995.67 |
| Samantha Doyle, Senior Tax Associate | 3 | 1.0 | $388.50 | $388.50 |
| Kevin Hamernik, Partner | 33 | 34.5 | $729.75 | $25,161.78 |
| Christopher Lee, Senior Accountant | 10 | 8.0 | $346.50 | $2,772.00 |
| Antonio Mejia, Senior | 3 | 175.3 | $115.50 | $20,216.74 |
| Michael Rofman, Partner | 25 | 1.0 | $824.25 | $840.74 |
| Nahomi Rosas, Associate | 3 | 7.0 | $115.50 | $808.50 |
| Coleen Reinknecht, Administrative Assistant | 20 | 3.0 | $225.75 | $677.25 |
| Paru Shah, Senior Manager | 19 | 63.75 | $598.50 | $38,178.32 |
| Edward Unkles, Manager | 10 | 5.5 | $488.25 | $2,685.38 |
| **TOTALS** | | 564.5 | | $218,950.31 |

57427008.1