## EXHIBIT C

**Summary of Compensation Requested by Project Category**

**For the Period from November 14, 2025 through January 31, 2026**

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 184.85 | $67,574.06 |
| 2. | Committee Matters | 4.0 | $3,297.00 |
| 3. | Fee/Employment Applications (Other Professionals) | 28.65 | $17,389.32 |
| 4. | Statements and Schedules | 199.5 | $55,181.43 |
| 5. | UST Reports, Meetings and Issues | 146.95 | $75,219.75 |
| 6. | Financing and Cash Collateral | 0.5 | $288.75 |
| | **Total:** | **564.45** | **$218,950.31** |

57427008.1