## EXHIBIT B

### Summary by Timekeeper

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Charles J. Wilkes | 2011 | 7.6 | $450.00 | $3,420.00 |
| R. Brant Forrest | 2013 | 4.5 | $450.00 | $2,025.00 |
| Sean Callahan | 2005 | 18.3 | $450.00 | $8,235.00 |
| Jacqueline N. Candella | 2023 | 11.9 | $350.00 | $4,165.00 |
| Stephanie McLeish | N/A | 0.2 | $175.00 | $35.00 |
| **TOTAL** | | 42.5 | | $17,880.00 |

57389594.1