**<u>EXHIBIT C</u>**

**Summary of Blended Rate**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *This Application* |
|---|---|---|
| Senior Partners | 3 | $450.00 |
| Junior Partners | 0 | N/A |
| Counsel | 0 | N/A |
| Senior Associates | 0 | N/A |
| Junior Associates | 1 | $350.00 |
| Paraprofessional | 1 | $175.00 |
| Other (Litigation, Support, Clerical) | 0 | N/A |
| **Aggregated:** | | **$420.71** |

57389594.1