## EXHIBIT D

**Summary of Compensation Requested by Project Category**

**For the Period from November 14, 2025 through January 31, 2026**

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Real Estate | 42.5 | $17,880.00 |
| | **Total:** | **42.5** | **$17,880.00** |

57389594.1