## EXHIBIT F

### Murphy Budget and Staffing Plans for
### November 14, 2025 through January 31, 2026

### November 2025

- Budgeted amount: $4,500.00 (actual fees were $4,050.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 3 | $450 per hour to $650 per hour |
| Counsel | 0 | $350 per hour to $450 per hour |
| Associate | 0 | $250 per hour to $350 per hour |
| Paraprofessional | 0 | $125 per hour to $250 per hour |

### December 2025

- Budgeted amount: $6,500.00 (actual fees were $7,010.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 3 | $450 per hour to $650 per hour |
| Counsel | 0 | $350 per hour to $450 per hour |
| Associate | 1 | $250 per hour to $350 per hour |
| Paraprofessional | 1 | $125 per hour to $250 per hour |

### January 2026

- Budgeted amount: $6,500.00 (actual fees were $6,820.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 2 | $450 per hour to $650 per hour |
| Counsel | 0 | $350 per hour to $450 per hour |
| Associate | 1 | $250 per hour to $350 per hour |
| Paraprofessional | 0 | $125 per hour to $250 per hour |

57389594.1