## EXHIBIT B

### Summary by Timekeeper

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Donald J. Vogel, Attorney | 1985 | 18.5 | $625.00 | $11,562.50 |
| TOTAL | | | | $11,562.50 |

57384510.1