## **EXHIBIT C**

### **Summary of Blended Rate**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *This Application* |
|---|---|---|
| Senior Partners | 1 | $625.00 |
| Junior Partners | 0 | N/A |
| Counsel | 0 | N/A |
| Senior Associates | 0 | N/A |
| Junior Associates | 0 | N/A |
| Paraprofessional | 0 | N/A |
| Other (Litigation, Support, Clerical) | 0 | N/A |
| **Aggregated:** | | **$625.00** |

57384510.1