## <u>EXHIBIT D</u>

**Summary of Compensation Requested by Project Category**

**For the Period from November 14, 2025 through January 31, 2026**

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|-----|------------------|--------------------|--------------------|
| 1. | Employee Benefits and Pensions | 18.5 | $11,562.50 |
| | **Total:** | **18.5** | **$11,562.50** |

57384510.1