## EXHIBIT E

**Summary of Expense Reimbursement Requested by Category**

**For the Period from November 14, 2025 through January 31, 2026**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| N/A | $0.00 |
| **Total:** | $0.00 |

57384510.1