## EXHIBIT F

### Scopelitis Budget and Staffing Plans for
### November 14, 2025 through January 31, 2026

### November 2025

- Budgeted amount: $2,500.00 (actual fees were $2,125.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 1 | $325 per hour to $675 per hour |
| Counsel | 0 | N/A |
| Associate | 0 | $245 per hour to $425 per hour |
| Paraprofessional | 0 | $125 per hour to $175 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |

### December 2025

- Budgeted amount: $7,500.00 (actual fees were $6,250.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 1 | $325 per hour to $675 per hour |
| Counsel | 0 | N/A |
| Associate | 0 | $245 per hour to $425 per hour |
| Paraprofessional | 0 | $125 per hour to $175 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |

### January 2026

- Budgeted amount: $5,000.00 (actual fees were $3,187.50)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 1 | $325 per hour to $695 per hour |
| Counsel | 0 | N/A |
| Associate | 0 | $265 per hour to $495 per hour |

57384510.1

| | | |
|---|---|---|
| Paraprofessional | 0 | $125 per hour to $180 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |

57384510.1