| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esq.<br>Turner N. Falk, Esq.<br>Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>          turner.falk@saul.com<br>          maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Doc. No. 175** |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE<br>CORP., *et al.*,<br><br>                    Debtors.[1] | |

## CERTIFICATION OF NO OBJECTION TO THIRD MONTHLY FEE STATEMENT OF CAMBRIDGE FINANCIAL SERVICES, LLC, FINANCIAL ADVISOR TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH JANUARY 31, 2026

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby certifies that:

1.     On February 23, 2026, the *Third Monthly Fee Statement of Cambridge Financial Services, LLC* ("**Cambridge**")*, Financial Advisor to the Debtors, for Allowance of Compensation*

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*and Reimbursement of Expenses for the Period from January 1, 2026 through January 31, 2026*

(the "**Application**") [Docket No. 175] was filed with the Court.

2.      Pursuant to the Notice of Application [Docket No. 175], objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on March 16, 2026 (the "**Objection Deadline**").

3.      The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      Pursuant to the Court's *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71], Cambridge may be paid 80% of the fees ($37,544.00, which is 80% of the $46,930.00 in total fees requested) and 100% of the expenses ($28.80) requested.

Dated: March 17, 2026                          **SAUL EWING LLP**


By:*/s/ Stephen B. Ravin*
         Stephen B. Ravin, Esquire
         Turner N. Falk, Esquire
         One Riverfront Plaza
         1037 Raymond Blvd., Suite 1520
         Newark, NJ 07102-5426
         Telephone: (973) 286-6714
         E-mail:stephen.ravin@saul.com
                  turner.falk@saul.com

         -and-

         Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
         1735 Market Street, Suite 3400
         Philadelphia, PA 19103-7504
         E-mail: maxwell.hanamirian@saul.com

         *Counsel for Debtors and Debtors in Possession*

57509635.1                          2