**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In Re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.,* | Case No. 25-22123 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | Related Docket No.: **185** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY FEE APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>DECEMBER 11, 2025 THROUGH JANUARY 31, 2026</u>**

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *First Monthly Fee Application of Dundon Advisers LLC, Financial Adviser to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 11, 2025 through January 31, 2026* [**D.I. 185**] (the "<u>Application</u>"), filed by Dundon Advisers LLC ("<u>Dundon</u>''), financial advisors to the Official Committee of Unsecured Creditors, on February 26, 2026. The deadline to object to the Application was March 18, 2026.

---

1 The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

As of the date hereof, the undersigned further certifies that a review of the Court's docket in this case indicates that no objections or responses to the Application have been filed.

Pursuant to the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* entered on December 9, 2026 [**D.I. 71**] (the ''<u>Administrative Order</u>''), the Debtors are authorized and directed to pay Dundon **$35,196.00** in fees (80% of $43,995.00) and one hundred percent (100%) of its expenses, in the amount of **$0.00**, for a total amount of **$35,196.00.**

Dated: March 19, 2026

**FBT GIBBONS LLP**

By: *<u>/s/ John S. Mairo</u>*
    John S. Mairo
    One Gateway Center
    Newark, New Jersey 07102
    Telephone: (973) 596-4500
    Facsimile: (973) 596-0545
    E-mail: jmairo@fbtgibbons.com

    *Counsel to the Official Committee of*
    *Unsecured Creditors*