*Scott D. Sherman, Esq.*
**MINION & SHERMAN**
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com
Attorneys for Creditor Coastal Industrial Equipment, LLC

---------------------------------------------------------------------------------------------------------------

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., | Chapter 11 |
| Debtors, ** | Case #25-22123-JKS |
| (Jointly Administered) | **NOTICE OF MOTION TO VACATE AUTOMATIC STAY** |
| **Motion related to P. Judge & Sons Trucking, LLC Case#25-22131 | **Returnable:  4/14/2026 @10:00 a.m.** |

---------------------------------------------------------------------------------------------------------------

TO: **Turner Falk, Esq.**, **Attorney for Debtors;**

**Fran B. Steele, Esq.**  **– Office of United States Trustee**

**John S. Mairo, Esq. – Attorney for Official Committee of Unsecured Creditors**

**Kyle McEvilly, Esq.  - Attorney for Official Committee of Unsecured Creditors**

PLEASE TAKE NOTICE that on   April 14, 2026 at 10:00 a.m., or as soon as the matter may be heard, the undersigned, attorneys for Creditor Coastal Industrial Equipment, LLC, will move before the Honorable John K. Sherwood of the United States Bankruptcy Court, MLK Federal Building, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 for the entry of an Order vacating the Automatic Stay with respect to the property known as:

| S1381 | 2020 | OttawaT2 | 4x2 | yard spotter | 355754 serial number |
|---|---|---|---|---|---|

| S1716 | 2020 | OttawaT2 | 6x4 | yard spotter | 11VK815B4LA000010 |
|---|---|---|---|---|---|

| S1717 | 2020 | OttawaT2 | 6x4 | yard spotter | 11VK815B6LA000011 |
| S1718 | 2020 | OttawaT2 | 6x4 | yard spotter | 11VK815AXLA000004 |

and allowing Creditor to take any and all action necessary under State or any non-bankruptcy law to enforce their rights under the lease for the reason of the Debtor's failure to make regular monthly payments.

Creditor further moves for an Order waiving the 14-day stay described by Bankruptcy Rule 4001(a)(4).

Dated:  3/19/2026                                  MINION & SHERMAN
                                                   Attorneys for Creditor

                                                   By___/s/ Scott D. Sherman___
                                                      SCOTT D. SHERMAN, ESQUIRE