*Scott D. Sherman, Esq.*
**MINION & SHERMAN**
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com
Attorneys for Creditor Coastal Industrial Equipment, LLC

---------------------------------------------------------------------------------------------------------------

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., | Chapter 11 |
| Debtors, ** | Case #25-22123-JKS |
| (Jointly Administered) | **CERTIFICATION IN SUPPORT OF MOTION TO VACATE AUTOMATIC STAY** |
| **Motion related to P. Judge & Sons Trucking, LLC Case#25-22131** | **Returnable:  4/14/2026 @10:00 a.m.** |

---------------------------------------------------------------------------------------------------------------

I, Scott D. Sherman, do hereby certify as follows:

1.    I am an attorney at law licensed to practice in the State of New Jersey and I am the attorney for Coastal Industrial Equipment, LLC ("Secured Creditor") a creditor in this Chapter 11 Case.

2.    Secured Creditor is the Lessor of certain property that Debtor is leasing described as follows (See Lease attached as **Exhibit "A"** and Schedule to Lease Attached as **Exhibit "B"**):

| S1381 | 2020 | OttawaT2 | 4x2 | yard spotter | 355754 serial number | |
|---|---|---|---|---|---|---|
| S1716 | 2020 | | OttawaT2 | 6x4 | yard spotter | 11VK815B4LA000010 |
| S1717 | 2020 | | OttawaT2 | 6x4 | yard spotter | 11VK815B6LA000011 |
| S1718 | 2020 | | OttawaT2 | 6x4 | yard spotter | 11VK815AXLA000004 |

3.     Debtors are in default under their obligations under the lease agreement by failing to make certain payments due under the lease agreement.

4.     Debtor's monthly lease obligation is $14,168.94 and four payments have come due since Debtor filed for Chapter 11 (12/13/2025 – 3/20/2026 payment) for a total of $56,671.48.  As of 3/5/2026 Secured Creditor has received a total of $21,252.34 leaving a post-petition amount due of $35,419.14 through and including the March 2026 payment (See Certification of Elizabeth Brannon attached as **Exhibit "C"**).

5.     Secured Creditor, through information and belief, alleges that its security will be significantly jeopardized and/or destroyed absent the vacation of the automatic stay.

6.     I make this certification in support of Secured Creditor's motion to vacate the automatic stay for cause with the cause being Debtor's failure to make lease payments to the Secured Creditor.

7.     I certify that the foregoing statements made by me are true and that I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 3/20/2026                                MINION & SHERMAN
                                                Attorneys for Creditor

                                                By____*/s/ Scott D. Sherman*____
                                                   SCOTT D. SHERMAN, ESQUIRE