This Agreement is made as of 10/1/2025 between Coastal Industrial Equipment (CIE) and P. Judge & Sons Trucking LLC.

## 1. Vehicles Covered and Term

Coastal Industrial Equipment (CIE) agrees to lease to Customer and Customer agrees to lease from CIE yard spotters [hereinafter "Vehicle(s)"] on any Schedule A executed by Customer and CIE, and made part of this agreement. Execution of Schedule A shall constitute Customer authorization to CIE to acquire the Vehicle(s). The Agreement shall become effective with respect to each Vehicle when it is tendered by CIE to Customer, or 48 hours after the date notifies Customer that the Vehicle is available for use, whichever occurs first, and shall continue for the term specified on the applicable Schedule A unless terminated earlier as provided hereafter.

## 2. Customer's Acceptance after Delivery

Acceptance of a Vehicle by Customer shall constitute Customer's acknowledgement that the Vehicle complies with the agreed upon specifications, unless Customer gives CIE notice of noncompliance immediately (no more than 24 hours) after obtaining physical possession. Any subsequent additions to or improvements in a Vehicle made thereafter at request of Customer and approved by CIE shall be at the cost and expense of Customer and shall not be removed without the prior written approval of CIE.

## 3. Charges

### A. General Payment Terms

Customer agrees to pay CIE all rental and other charges set forth in the applicable Schedule A covering such Vehicle(s) without deduction or set-off (unless allowed specifically under other paragraphs of this Agreement). Unless Customer notifies CIE within ninety (90) days of the date of any invoice that any charge is incorrect, that invoice will be conclusively presumed to be correct. All fixed charges shall be invoiced by CIE in advance and mileage and other charges provided herein in arrears. All payments shall be mailed to CIE address set out below, or at such other address as may be designated in writing from time to time. All rental and other charges shall be paid within thirty (30) days from the invoice date. Customer agrees to pay a late charge of 1-1/2 percent per month or the maximum legally permissible amount on each billing not to exceed 1-1/2 percent per month.

### B. Hourly Charges

Hours shall be determined from hour meter readings. If the hour meter fails to function, which failure Customer shall immediately report to CIE in writing, the hours for the period during which the failure existed may be determined at CIE's option from Customer historical operational usage.

### C. Adjustments to Charges

Charges provided for in this Agreement are based on CIE current cost of labor, parts and supplies, and Customer agrees that the fixed charge and hourly charge for each Vehicle may be adjusted as of January 1 of each calendar year as follows: For each rise or fall of one percent (1%) in the U.S. Bureau of Labor Statistics Consumer Price Index (or such similar index as may be selected by CIE and advised to Customer) during a time period which will be no less than the prior six months or no more than the prior eighteen months, each Vehicle fixed charge shall be adjusted by 0.5 percent and each Vehicle hourly charge shall be adjusted by 0.75 percent.

## 4. Licenses, Permits and Related Fees and Taxes

### A. Vehicle Licenses

In accordance with Schedule A, CIE will pay for the state motor vehicle license fees for each Vehicle for the licensed weight for the state in which it is domiciled. Charges for taxes and license fees paid by CIE that are in excess of amounts stipulated on Schedule A will be billed to the Customer.

### B. Depreciation Deductions

Customer recognizes that either CIE, or other third party lender, whichever is designated on Schedule A, is the owner of the Vehicle(s) for Federal income tax purposes and the party so designated on Schedule A intends to take the depreciation deductions as provided by the Internal Revenue Code.

### C. Adjustments for Changes in Fees

Any increases in existing license fees over the amounts of such fees in effect on the In-Service Date of any Vehicle leased hereunder, or any new federal, state, or local taxes, or license fees relating to any Vehicle leased hereunder shall also be paid by Customer to CIE as incurred by CIE unless otherwise specified herein. Any decreases in such amounts shall be credited by CIE to Customer as the decreases become effective.

Customer's indemnities and liabilities under this Section 4 shall continue in full force and effect notwithstanding the expiration or termination of this Agreement.

## 5. Maintenance and Repairs

### A. CIE Responsibilities

## Vehicle Lease and Service Agreement

CIE shall provide oil, lubricants, grease, antifreeze, tires (excluding replacement tires for tire damage resulting from road hazards or under inflation), and all other operating supplies (excluding diesel exhaust fluid (DEF)) and accessories necessary for the practical and efficient operation of Vehicle(s). CIE shall maintain the leased Vehicle(s) in good repair, shall furnish all labor and parts which may be required to keep the Vehicle(s) in good operating condition.

Additional Vehicles

CIE will use its best efforts to furnish additional Vehicle(s) during peak periods or whenever requested by Customer as availability permits. The rate charged for the rental of all additional Vehicle(s) not covered by this Agreement will be fifteen percent (15%) below CIE current short-term rental rates then applicable to the type of Vehicle rented.

## 6. Vehicle Operation and Driver Abuse

A. Vehicle Operation

Customer agrees to cause each Vehicle to be operated solely in the normal and ordinary course of Customer's business, in a safe and careful manner and in compliance with all applicable laws by a fully licensed driver employed by Customer. Customer's drivers shall at all times comply with the rules and regulations reasonably adopted by CIE and shall also complete and sign all records required by CIE. Customer shall indemnify and hold CIE harmless from and against any and all fines, forfeiture, seizures, confiscations, penalties or damages (and reasonable attorneys' fees related thereto) arising out of Customer's possession, use and operation of the Vehicle(s) in violation of any law, regulation, ordinance or rule. The Vehicle(s) shall not be used contrary to any applicable insurance coverage specified herein. Customer also agrees that whenever any Vehicle is operated or used with equipment not subject to this Agreement, such equipment will be in good operating condition.

B. Driver Abuse

Customer, upon receipt of a written complaint from CIE specifying any reckless, careless, or abusive handling of the Vehicle(s), other incompetence or noncompliance with requirements by any driver, shall take corrective action up to and including removal of such driver and substitution of a competent driver. Customer shall, notwithstanding any other remedies of CIE, reimburse CIE in full for any loss and expense as a result of the operation of the Vehicle(s) by such individual, including any loss or expense arising prior to receipt of a written complaint from CIE. Customer agrees to reimburse CIE for damage to any Vehicle resulting from but not limited to: operating Vehicle with insufficient coolant or oil; driving Vehicle in areas of insufficient width; miring in mud, snow or sand, including towing expense; operating off a paved surface; overloading beyond the load capacity shown on Schedule A; pushing or towing any Vehicle; glass damage; operating any Vehicle on a flat tire or a tire which does not contain sufficient air pressure; operation of any Vehicle by a driver who is in possession of or under the influence of alcohol or any drug that might impair the driver's ability; or operating any Vehicle in areas disrupted by mob or strike violence.

C. Driver Safety

Upon request from Customer, CIE will forward video links as to the prescribed operating procedures.

## 7. Insurance and Indemnification

A. Liability Insurance and Indemnification

A standard policy of automobile liability insurance (hereinafter "Liability Insurance") with limits specified on each Schedule A shall be furnished and maintained by the party designated on Schedule A. If CIE is so designated, charges to Customer attributable to Liability Insurance shall be set forth on Schedule A. The insurance coverage will be written by a company approved by CIE covering CIE, Customer and CIE as insureds for the ownership, maintenance, use or operation of the Vehicle(s) and any Vehicle being provided as a substitute therefore or as an extra Vehicle. Such policy shall provide that the coverage is primary and not additional or excess coverage over insurance otherwise available to either party. The party designated shall furnish to the other party and any other insured which so requests a certificate of insurance confirming compliance with this paragraph and confirming that coverage cannot be canceled or materially altered without thirty (30) days prior written notice to all parties.

(1) If Customer fails to maintain Liability Insurance, or fails to furnish CIE the required certificate of insurance, Customer shall indemnify and hold CIE harmless from and against any claims or causes of action for death or injury to persons or loss or damage to property arising out of or caused by the ownership, maintenance, use or operation of any Vehicle, whether or not due in whole or in part to any act, omission or negligence of CIE or any of its agents, representatives or employees, including Driver(s) or Other Personnel.

In addition to any other agreements to indemnify set forth in this Agreement, Customer agrees to indemnify and hold CIE harmless from and against any and all claims, causes of action, damages, demands, liabilities and expenses of any kind (including without limitation reasonable attorneys' fees, fines and penalties) relating to or arising out of the ownership, maintenance, possession, use, operation, control or storage of any Vehicle(s). The provisions of this paragraph shall survive expiration or termination of this Agreement. Nothing contained in Sections 7 (Vehicle Operation and Driver Abuse), or 7.E (Cargo Insurance and Losses) shall be construed to limit the provisions of this paragraph. Customer further agrees to indemnify and hold harmless CIE for death or injury to Customer, Customer's employees, drivers or agents, arising out of the ownership, maintenance, use or operation of any Vehicle or substitute Vehicle.

B. Physical Damage Insurance

Customer shall obtain physical damage insurance and shall pay for loss or damage to any Vehicle in accordance with the provisions of this Paragraph B.

## Vehicle Lease and Service Agreement

(1) Customer agrees to obtain physical damage insurance acceptable to CIE with CIE as loss payees. Such policy must have a deductible amount not to exceed the amount specified on Schedule A. Customer further agrees to furnish CIE with a certificate of insurance confirming compliance with this paragraph, and providing that coverage cannot be canceled or materially altered without thirty (30) days prior notice to all parties.

If Customer fails to maintain physical damage insurance, or fails to furnish CIE the required insurance certificate, Customer, notwithstanding, if applicable, Section 2A-219(1) of the Uniform Commercial Code, agrees to assume the risk of loss or damage to any Vehicle and to reimburse CIE for all its losses (including theft), costs and expenses resulting from loss or damage to Vehicles, any Vehicle being used as a substitute therefor and any extra or additional Vehicle whether or not due in whole or in part to any act, omission or negligence of CIE.
Any Vehicle shall not exceed the amount set out In Section 8 of this Agreement

C. Use and Operation of Vehicles

CIE do not, by being named as additional insureds under Liability and Property Damage Insurance obtained by Customer, incur any liability or responsibility for, or assume any dominion or control over, the use and operation of Vehicles leased hereunder. Customer agrees to notify each and every person driving the Vehicle(s) that none are operated under the direction and control of CIE and that the driver is not an employee of CIE. Customer further agrees that if Customer subleases or in any way loses exclusive possession of, and control over, any Vehicle provided under this Agreement, any insurance provided by CIE shall become null and void for that Vehicle.

D. Accident Reporting

Customer agrees to notify CIE immediately by telephone or written notice upon the happening of any accident or collision involving a Vehicle and to cause the driver to make a detailed written report in person at the office of CIE as soon as possible and to promptly render all other assistance to CIE and the applicable insurer that is requested by either of them in investigating or defending all claims or suits.

E. Cargo Insurance and Losses

Customer shall obtain any cargo insurance that Customer requires. Customer agrees to indemnify and hold CIE harmless from any liability for loss or damage to any cargo or other property in or carried by any Vehicle, including consequential damages, and for any loss or damage to any other property of Customer, its agents or employees, left in or on a Vehicle at any time or place. The provisions of this paragraph shall survive termination or expiration of this Agreement.

## 8. Vehicle Loss, Theft or Destruction; Repair of Minor Damage

A. Loss, Destruction or Theft

In the event any Vehicle is lost, stolen, destroyed, or damaged beyond repair, Customer shall not be relieved or released from any of its obligations and liabilities for any such Vehicle under this Agreement until such time as any amounts actually received by CIE from insurance, or otherwise on Customer's behalf for such loss or damage, have been applied to eliminate or satisfy in their entirety Customer's obligations under this Agreement Customer shall be liable to CIE for any amount by which net proceeds of insurance (or other payment for such loss or damage) are less than the Early Termination Value set forth in Schedule A. If a Vehicle is lost or stolen and remains so for thirty (30) days after CIE has been so notified, Customer shall then be obligated to pay CIE the Early Termination Value as set forth in Schedule A. The lease as to that Vehicle will then terminate provided all charges for the Vehicle have been paid to that date, including without limitation all amounts due under this section. CIE has no obligation to provide a replacement Vehicle to Customer at the same lease rate set forth in the applicable Schedule A for a Vehicle that is lost, stolen, destroyed or damaged beyond repair. At Customer's request, CIE will seek to provide a replacement Vehicle in accordance with Section 6.8.

B. Customer's Responsibility for Minor Damage

In the event any Vehicle suffers minor damage, that is, damage which is less than five hundred dollars ($500) to repair and Customer fails to repair such damage within sixty (60) days of its occurrence, CIE may repair the damage and Customer shall be obligated to immediately reimburse CIE for the cost of such repairs.

## 9. Ownership Rights; Notice of Security Interest

A. Customer Payment Obligations to Owner

Title to Vehicle(s) and ownership thereof shall at all times be and remain in either CIE, or such other party as is designated on Schedule A. In the event that CIE is the owner of the Vehicle(s), CIE and Customer acknowledge that CIE is the owner of the Vehicle(s) subject to this Agreement and all of the rights and benefits of ownership pertaining to CIE under this Agreement shall inure to the benefit of CIE. Customer further agrees, upon receipt of written notice by CIE, to make all lease payments under this Agreement directly to CIE at such address as may be designated in writing by CIE from time to time provided that, so long as the Customer is not in default hereunder, Customer shall and may quietly and peacefully have, hold, enjoy and possess each Vehicle appearing on Schedule A furnished hereunder subject to and in accordance with the provisions hereof.

## 10. Emission Control Equipment and Other Required Equipment

It is recognized that state and federal laws and regulations may from time to time require emission controls and equipment, or other

## Vehicle Lease and Service Agreement

equipment to be subsequently added to Vehicle(s). Where so required, the installation and the equipment shall be at the expense of the Customer, and the charge for maintenance or service of any such item or piece of equipment shall be added to the charge made hereunder. It is understood and agreed that the Customer as the operator of the Vehicle(s) assumes responsibility for such controls and equipment or installation thereof. Customer shall determine what equipment is required by Customer under applicable law. When installed, such equipment shall become the property of CIE as the owner of the Vehicle on the applicable Schedule A.

## 11. Disclaimer of Warranty or Other Contractual Liability; Customer Rights Under Manufacturer's Warranty

Customer acknowledges that CIE is not the manufacturer, designer or vendor of any Vehicle and that CIE MAKES NO WARRANTY OR REPRESENTATION, EITHER EXPRESS OR IMPLIED, AS TO THE FITNESS, WORKMANSHIP, DESIGN OR CONDITION, THE MERCHANTABILITY OF A VEHICLE OR ITS FITNESS FOR ANY PARTICULAR PURPOSE. CIE shall not be liable for any direct, indirect, incidental or consequential damages or losses resulting from Customer's operation or use of any Vehicle. In addition, Customer agrees it will not set up any such claims as defense, counterclaim or set off against any obligations it has assumed under the terms of this Agreement. CIE shall not be responsible for any loss, damage or claim caused by or attributable to any defect or deficiency in any Vehicle arising out of a Vehicle's manufacture or design. CIE expressly warrants all repairs and maintenance service performed by it upon each Vehicle to be free from defects in workmanship during the term of this Agreement. The exclusive remedy of Customer from breach of said warranty shall be the repair of any defective workmanship by CIE.

## 12.     Early Termination

See Schedule "A" for termination terms and conditions.

## 13. Return of Vehicle(s)

Upon the expiration or termination of this Agreement with respect to any Vehicle(s), Customer shall return any such Vehicle(s) to CIE at the location designated on the applicable Schedule A.  For the time period the Vehicle is kept after expiration of the lease, rental at the CIE then current rental rate shall be charged to the Customer if return of Vehicle(s) is delayed beyond the expiration of the lease term.

## 14. Default

If Customer fails to pay promptly any rental payment or other amounts owing when due in Section 8 or if any proceeding or case is instituted by or against Customer under any provisions of the U.S. Bankruptcy Code or any state insolvency law or for the appointment of a receiver, or if Customer makes an assignment for the benefit of creditors or becomes insolvent as that term is defined in the Uniform Commercial Code, or if Customer breaches any provision of this Agreement, or if in any proceeding in which Customer is involved any execution, writ, or process is obtained whereby any Vehicle(s) may be taken or confiscated then Customer shall be in default under this Agreement. In the event of any such default, CIE shall have all remedies provided by law and in equity and, at its sole option, shall have the right at any time to exercise concurrently or separately, anyone or all of the following remedies, and Customer shall be liable for all costs and expenses incurred by CIE in pursuing such remedies, including reasonable attorney's fees:

a.    Termination of the Agreement

Without notice to Customer, CIE, at its option, may terminate this Agreement as to any Vehicle(s), and all rental payments or other amounts owing shall become immediately due and payable;

b.    Vehicle Repossession

CIE or its representative may enter the premises where any Vehicle is located, take possession of and remove it with or without legal process or notice to Customer. In the event CIE takes possession of or retains any Vehicle, and there shall at the time of such taking or retention be in, upon, or attached to, such Vehicle any other property, goods or things of value belonging to Customer or in the custody or control of Customer, CIE is authorized to take possession of and remove it with or without legal process or notice to Customer and CIE will use reasonable care in protecting such property from loss or damage;

c.    Disposition of Vehicles

Without relieving Customer from any of its obligations hereunder or waiving any of CIE rights, CIE may at its option hold, lease or sell any Vehicle(s) at such time, place and in such manner and at such price and on such other terms as CIE may deem appropriate. CIE shall have the option of requiring the Customer to purchase any Vehicle(s) (but only in the event of default by Customer) for cash at the Early Termination Value as set forth in Schedule A. In no event shall the purchase price to Customer be less than twenty percent (20%) of the Schedule A initial value of each Vehicle. In addition to the Schedule A value, Customer will pay personal property taxes, federal highway vehicle use taxes, sales, use or transfer taxes or fees and other prepaid expenses previously paid by CIE for any Vehicle, prorated to the date of sale. In the event any such Vehicle(s) are not purchased by Customer, and any such Vehicle(s) are sold to a third party, Customer shall be liable to CIE for any amount by which the net sale proceeds of such disposition are less than the Early Termination Value as set forth in Schedule A. If any such Vehicle(s) are leased to a third party,

Customer shall be liable to CIE for any reduction of rental income under the new leases.

## 15. Force Majeure

CIE shall incur no liability to Customer, except as set forth herein for failure to supply any Vehicle, repair or maintain any Vehicle, or

## Vehicle Lease and Service Agreement

### 15. Force Majeure

CIE shall incur no liability to Customer, except as set forth herein for failure to supply any Vehicle, repair or maintain any Vehicle, or provide fuel for any Vehicle, if prevented by any national emergency, war, riot, fire, labor dispute, federal, state or local law, regulation or ordinance, shortage (local or national), or fuel allocation program, or any other cause beyond CIE reasonable control whether existing now or hereafter. If Customer is required to secure any other Vehicle during such a period, CIE shall not be liable for charges to Customer for such other Vehicle. If CIE inability to perform maintenance on any Vehicle(s) under such conditions continues for more than sixty (60) days, then charges applicable to the maintenance services provided under this Agreement shall abate until CIE is able to perform such maintenance or the Customer at its option can exercise the rights set out in Section 10.B. of this Agreement.

### 16. Transfer of Vehicle(s) or Assignment of Lease

Customer shall not have the right to transfer or sublet any of the leased Vehicle(s), or to assign, transfer, pledge or grant a security interest in this agreement or Customer's interests hereunder, without CIE prior written consent, nor shall Customer's interests hereunder inure to the benefit of any trustee, receiver, creditor or successor of Customer or of its property, whether or not in bankruptcy, by operation of law, or otherwise. Customer shall promptly notify CIE in writing prior to any substantial changes in ownership or any material disposition of the assets of Customer's business. CIE shall not unreasonably withhold consent for the transfer or assigning of Vehicle(s) to affiliates or subsidiaries of Customer; provided that (i) such affiliates or subsidiaries assume all the terms and conditions of this Agreement as to the transferred or assigned Vehicle (s); and (ii) Customer remains obligated under the terms of this Agreement for such Vehicle(s).

### 17. Financial Information

Customer agrees to provide CIE with its most recent annual financial statements and other financial Information requested from time to time.

### 18. Savings Clause

if any provision of this Agreement is invalid under the laws of any state when used, such provision shall be deemed not to be a part of this Agreement in such state, but shall not invalidate any other provision hereof.

### 19. Notices

All notices provided for herein shall be in writing and mailed to CIE and Customer at the addresses given below or such other address designated in writing by either party.

### 20. Entire Agreement; Binding Effect

This Agreement contains the entire Agreement and understanding between the parties and its terms shall not be construed as altered by any verbal agreement or informal writing, nor by failure to insist upon performance or failure to exercise any right or privilege and may only be modified by written endorsement hereon or amendment hereto, or additional Schedule A's made a part hereof, duly executed by both parties. This Agreement shall be binding on the parties hereto, their successors, legal representatives and assigns.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date indicated above.

CIE
5205 Augusta Rd
Garden City GA 31408

P. Judge & Sons Trucking LLC.
400 Expansion Blvd.
Savannah, GA, 31407
(CUSTOMER)

(SIGNATURE)

(SIGNATURE)

Denny Ross. General Manager / Dealer Principal
(PRINT NAME/TITLE OF SIGNING AUTHORITY)

(PRINT NAME/TITLE OF SIGNING AUTHORITY)

Brandon Wyane

10/1/2025

(DATE SIGNED)

DATE SIGNED)