| | |
|---|---|
| Schedule No. | 04-09052025 |
| Lease Dated | 10/1/2025 |
| Location | SAV |

**COASTAL**
INDUSTRIAL EQUIPMENT

SCHEDULE A
Page 1 of 2

**SCHEDULE "A" Agreement between Coastal Industrial Equipment LLC and P. Judge & Sons Trucking LLC.**

| | VEHICLE DESCRIPTION | | SPECIFICATIONS | | | |
|---|---|---|---|---|---|---|
| QTY | YEAR | MAKE/MODEL/TYPE | On / Off Road | Engine | Transmission | Max Speed |
| 3 | 2020 | Ottawa T2 6X2 DOT/EPA | On Road | Cummins ISB | Allison | 33 mph |

| LEASE TERMS | | | | | | | ETV'S | | | LEASE SERVICES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TERMS IN MOS. | FIXED CHARGE ($) PER MONTH | CONSUMER PRICE INDEX | HOURLY RATE ($) PER HOUR | PAYMENT TIMING | Over Hours Rate | ORIGINAL VALUE ($) | MO | % | SERVICE | PARTY RESPONSIBLE | AMOUNT INCLUDED |
| 24 | $3,682 | 323.05 | $0.00 | Monthly | $3.95 | $94,800 | 12 | 90% | Substitute Vehicles | CIE | NA |
| | | | | | | | 24 | RTN CIE | Regional Sales Tax | Customer | NA |
| | | | | | | | | | Local Sales Tax | Customer | NA |
| | | | | | | | | | Vehicle Washings | Customer | NA |
| | | | | | | | | | Repainting & Relettering | Customer | NA |
| | | | | | | | | | Personal Property Tax | CIE | NA |
| | | | | | | | | | Annual Licensing Cost | CIE | NA |

Notes:
S1716     Labor rate- $150.00 per hour
S1717     First Year rate will remain frozen and shall not exceed three (3) percent for the second
S1718     Any hours exceeding the annual 6000 hours allowed will be adjusted thereafter

500 hours a month included in rate
Substutute truck rates are included in the tandem rates.

Customer Initials: _BJW_     Date: __10/1/2025__

1. It is agreed that the Schedule A Original Value, Depreciation and Fixed Charge set forth on this Schedule A are based upon manufacturer's quoted price for the Vehicle(s) as of the date of execution by Customer of this Schedule A. In the event the manufacturer's quoted price for such Vehicle(s) is increased prior to the In-Service Date of the Vehicle(s), Customer

| Schedule A Original Value | Fixed Charge Per Month | Monthly Depreciation |
|---|---|---|
| $50.00 | $1.30 | $0.65 |

2. It is agreed that the rate of interest as of the date of Customer signature of this Schedule A is 0.50 % as set forth by the two-year U.S. Treasury rate as published in the Wall Street Journal. In the event the interest rate should increase or decreases prior to the In-Service Date of the Vehicle(s), Customer agrees that for each quarter-point change (0.25%) in the interest rate, the fixed charge per month will be adjusted $11.00.

3. Insurance

Liability

| Responsibility | Customer |
|---|---|
| Combined Single Limits | $1,000,000.00 Per Occurrence |
| Excess or Umbrella | $0.00 Per Occurrence |

Physical Damage Insurance

| Responsibility | Customer |
|---|---|
| Maximum Deductible(s) | $2,500.00 Comprehensive/Collision |

4. The Vehicle(s) listed on this Schedule shall be domiciled at the following address:

5. Service and maintenance location of the Vehicle(s) listed on this Schedule

Coastal Industrial Equipment LLC

1121 Suemac Rd

Jacksonville, FL 32254

6. Customer shall provide, at its expense all diesel exhaust fluid (DEF) necessary for the practical and efficient operation of the Vehicle(s).

7. Maximum Hours: Customer agrees that each of the Vehicles described on this Schedule A will be operated a maximum of 6000 hours within each 12 month period during which it is under lease. If hours actually operated during the period are more than the hours specified above, Customer shall, upon receipt of CIE invoice, promptly pay to CIE an amount equal to the difference between the number of hours specified and the number of miles operated during the period, multiplied by the over hours rate specified below. The Over Hour rate shall be $2.75 per hour, in addition to the then current mileage rate.

8. The owner of the Vehicle(s) covered by this Schedule A is CIE. This Schedule A (including Pages 1 of 2) is hereby made a part of the certain Agreement entered into between the parties as of

9. At the time of vehicle in-service Customer will be provided an In-Service Notification that will list unit numbers, in-service date(s) and serial number(s). Execution of this schedule grants CIE the authority to order and purchase the equipment described hereon and Customer agrees to accept equipment when delivered.

**Coastal Industrial Equipment**
(Coastal Industrial Equipment)

(Signature)

**Denny Ross - President**
(Print Name & Title of Signing Authority)

10/1/2025
(Date Signed)

**P. Judge & Sons Trucking LLC**
(Customer)

(Signature)

Brondon Wyme
(Print Name & Title of Signing Authority)

10/1/2025
(Date Signed)

Case 25-22123-JKS   Doc 211-3   Filed 03/20/26   Entered 03/20/26 13:51:12   Desc
Exhibit B   Page 3 of 4

Schedule No.        04-09052025
Lease Dated        10/1/2025
Location            SAV

**COASTAL** INDUSTRIAL EQUIPMENT

SCHEDULE "A" Agreement between Coastal Industrial Equipment LLC and P. Judge & Sons Trucking LLC.

| VEHICLE DESCRIPTION | | | SPECIFICATIONS | | | |
|---|---|---|---|---|---|---|
| QTY | YEAR | MAKE/MODEL/TYPE | On / Off Road | Engine | Transmission | Max Speed |
| 1 | 2020 | Ottawa T2 4X2 | ON Road | Cummins ISB | Allison | 33 mph |

| LEASE TERMS | | | | | | | ETV'S | | | | LEASE SERVICES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TERMS IN MOS. | FIXED CHARGE ($) PER MONTH | CONSUMER PRICE INDEX | HOURLY RATE ($) PER HOUR | PAYMENT TIMING | Over Hours Rate | ORIGINAL VALUE ($) | MO | % | | SERVICE | PARTY RESPONSIBLE | AMOUNT INCLUDED |
| 24 | $2,195 | 323.05 | $0.00 | Monthly | $3.95 | $82,750 | 12 | 90% | | Substitute Vehicles | Customer | NA |
| | | | | | | | 24 | RTN CIE | | Regional Sales Tax | Customer | NA |
| | | | | | | | | | | Local Sales Tax | Customer | NA |
| | | | | | | | | | | Vehicle Washings | Customer | NA |
| | | | | | | | | | | Repainting & Relettering | Customer | NA |
| | | | | | | | | | | Personal Property Tax | CIE | NA |
| | | | | | | | | | | Annual Licensing Cost | CIE | NA |

Notes:
S1381   Labor rate- $150.00 per hour
First Year rate will remain frozen and shall not exceed three (3) percent for the second
Any hours exceeding the annual 6000 hours allowed will be adjusted thereafter

Unlimited hours included in the monthly rate

Customer Initials: _____        Date: __10/1/2025__

1. It is agreed that the Schedule A Original Value, Depreciation and Fixed Charge set forth on this Schedule A are based upon manufacturer's quoted price for the Vehicle(s) as of the date of execution by Customer of this Schedule A. In the event the manufacturer's quoted price for such Vehicle(s) is increased prior to the In-Service Date of the Vehicle(s), Customer

| Schedule A Original Value | Fixed Charge Per Month | Monthly Depreciation |
|---|---|---|
| $50.00 | $1.30 | $0.65 |

2. It is agreed that the rate of interest as of the date of Customer signature of this Schedule A is 0.50 % as set forth by the two-year U.S. Treasury rate as published in the Wall Street Journal. In the event the interest rate should increase or decreases prior to the In-Service Date of the Vehicle(s), Customer agrees that for each quarter-point change (0.25%) in the interest rate, the fixed charge per month will be adjusted $11.00.

3. Insurance

**Liability**

| Responsibility | Customer |
|---|---|
| Combined Single Limits | $1,000,000.00 Per Occurrence |
| Excess or Umbrella | $0.00 Per Occurrence |

**Physical Damage Insurance**

| Responsibility | Customer |
|---|---|
| Maximum Deductible(s) | $2,500.00 Comprehensive/Collision |

4. The Vehicle(s) listed on this Schedule shall be domiciled at the following address:

5. Service and maintenance location of the Vehicle(s) listed on this Schedule

Coastal Industrial Equipment LLC

1121 Suemac Rd

Jacksonville, FL 32254

6. Customer shall provide, at its expense all diesel exhaust fluid (DEF) necessary for the practical and efficient operation of the Vehicle(s).

7. Maximum Hours: Customer agrees that each of the Vehicles described on this Schedule A will be operated a maximum of 6000 hours within each 12 month period during which it is under lease. If hours actually operated during the period are more than the hours specified above, Customer shall, upon receipt of CIE invoice, promptly pay to CIE an amount equal to the difference between the number of hours specified and the number of miles operated during the period, multiplied by the over hours rate specified below. The Over Hour rate shall be $2.75 per hour, in addition to the then current mileage rate.

8. The owner of the Vehicle(s) covered by this Schedule A is CIE. This Schedule A (including Pages 1 of 2) is hereby made a part of the certain Agreement entered into between the parties as of

9. At the time of vehicle in-service Customer will be provided an In-Service Notification that will list unit numbers, in-service date(s) and serial number(s). Execution of this schedule grants CIE the authority to order and purchase the equipment described hereon and Customer agrees to accept equipment when delivered.

**Coastal Industrial Equipment**

(Coastl Industrial Equipment)

(Signature)

**Denny Ross - President**

(Print Name & Title of Signing Authority)

10/1/2025

(Date Signed)

**P. Judge & Sons Trucking LLC.**

(Customer)

(Signature)

Brondon Wynne

(Print Name & Title of Signing Authority)

10/1/2025

(Date Signed)