UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. 9004-1(b)**

Scott D. Sherman, Esq.
MINION & SHERMAN
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com

Attorneys for Coastal Industrial Equipment, LLC

In Re:

P. JUDGE & SONS, TRUCKING, LLC,

        DEBTOR

Case No.: _____ 25-22131 _____

Hearing Date: _____

Chapter: _____ 11 _____

Judge: _____ John K. Sherwood _____

## CERTIFICATION OF CREDITOR
## REGARDING POST PETITION PAYMENT HISTORY
## (VEHICLE LOAN/LEASE)

_Elizabeth Brannen_ , employed as _Controller_ by _Coastal Industrial Equipment, LLC_ , hereby certifies the following:

Vehicle lender/lessor: Coastal Industrial Equipment, LLC

Vehicle description: Ottawa T2 6X2 DOT/EPA & Ottawa T2 4X2

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on _____ 11/14/2025 _____)

| Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo/yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|
| * 1. 14,168.94 | 12/13/2025 | 02/23/2026 | 7,556.77 | Nov 2025 (pro rated) | MP |
| 2. 14,167.87 | 01/16/2026 | 02/23/2026 | 13,695.57 | Dec 2025 | MP |
| 3. 14,167.87 | 02/22/2026 | | | | |
| 4. 14,167.87 | 03/20/2026 | | | | |
| 5. | | | | | |
| 6. | | | | | |

\* pre-petition amount 11/1/2025 - 11/14/2025    $6,612.17
   post-petition amount 11/15/2025 - 11/30/2025    7,556.77

| Amount due | Date Payment due | Date Payment received | Amount Received | How Payment applied (mo/yr) | Type of Payment (See Legend below) |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| TOTAL: $ 0.00 | | | 21,252.34 ~~$ 0.00~~ | | |

[Continue on attached sheets if necessary]

Monthly payments past due at $_____ per month from _____ to _____ : $_____

Plus miscellaneous amounts due:

| | |
|---|---|
| Late Charges: | $ _____ |
| Repossession fees: | $ _____ |
| Extension fees: | $ _____ |
| Other: | $ _____ |

**TOTAL POST-PETITION PAST DUE**.......................... $ _____ 0.00

Pre-petition arrears: _____ to _____

(_____ months  x  $_____ per month = $ 0.00 )

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge; O = Other *specify other payments received

I certify under penalty of perjury that the above is true.

Date: 03/05/2026

Signature *Elizabeth Brannon*

rev.8/1/15

2

## VIEW TRANSACTION

| | |
|---|---|
| Transaction Date | 02/23/2026 |
| Account | COASTAL INDUSTRIAL EQUIPMENT LLC - ▮▮ 0598 |
| Transaction Type | ACH Credit Received |
| Credit/Debit | Credit |
| Amount | $ 21,252.34 |
| Bank Reference | 973522862 |
| Customer Reference | 0 |
| Description | AC-P. JUDGE & SONS -ACH PMT 11208078204 |

Thursday, March 5, 2026 3:05:29 PM - Greenshot image editor

# INVOICE

**Coastal Industrial Equipment LLC**     bethbrannen@kwjax.com
1121 Suemac Rd
Jacksonville, FL 32254-2793



**Bill to**
P. Judge and Sons Trucking
400 Expansion Blvd
Savannah, GA 31407

**Ship to**
P. Judge and Sons Trucking
400 Expansion Blvd
Savannah, GA 31407

## Invoice details

Invoice no.: 18920
Terms: Net 30
Invoice date: 11/13/2025
Due date: 12/13/2025

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Monthly Lease Billing Unit S1716 11/01/2025 – 11/30/2025 | 1 | $3,682.00 | $3,682.00 |
| Monthly Lease Billing Unit S1717 11/01/2025 – 11/30/2025 | 1 | $3,682.00 | $3,682.00 |
| Monthly Lease Billing Unit S1718 11/01/2025 – 11/30/2025 | 1 | $3,682.00 | $3,682.00 |
| Monthly Lease Billing Unit S1612 Interim Unit for S1371 11/01/2025 – 11/30/2025 | 1 | $2,196.00 | $2,196.00 |

|  |  |
|---|---|
| Subtotal | $13,242.00 |
| Sales tax | $926.94 |
| **Total** | **$14,168.94** |
| **Overdue** | 12/13/2025 |

# INVOICE

**Coastal Industrial Equipment LLC**   bethbrannen@kwjax.com
1121 Suemac Rd
Jacksonville, FL 32254-2793



**Bill to**
P. Judge and Sons Trucking
400 Expansion Blvd
Savannah, GA 31407

**Ship to**
P. Judge and Sons Trucking
400 Expansion Blvd
Savannah, GA 31407

**Invoice details**
Invoice no.: 19063
Terms: Net 30
Invoice date: 12/17/2025
Due date: 01/16/2026

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Monthly Lease Billing Unit S1716 12/01/2025 – 12/31/2025 | 1 | $3,682.00 | $3,682.00 |
| Monthly Lease Billing Unit S1717 12/01/2025 – 12/31/2025 | 1 | $3,682.00 | $3,682.00 |
| Monthly Lease Billing Unit S1718 12/01/2025 – 12/31/2025 | 1 | $3,682.00 | $3,682.00 |
| Monthly Lease Billing Unit S1612 Interim Unit For S1371 12/01/2025 – 12/31/2025 | 1 | $2,195.00 | $2,195.00 |

| | | |
|---|---|---|
| Subtotal | | $13,241.00 |
| Sales tax | | $926.87 |
| **Total** | | **$14,167.87** |

**Overdue**   01/16/2026

**COASTAL INDUSTRIAL EQUIPMENT LLC**
1121 SUEMAC ROAD
JACKSONVILLE, FL 32254

\*\*\* REPRINT \*\*\*

Invoice: 05L500062002
Date / Hour: 1/23/2026 9:18 AM
Lease Contract: 500062
Customer: 1656
Branch: 5

Total Invoice: $ 14,167.87

Page 1 of 1

**Bill To:** P. JUDGE AND SONS TRUCKING
400 EXPANSION BLVD
SAVANNAH, GA 31407

**Contract Address:** P. JUDGE AND SONS TRUCKING
400 EXPANSION BLVD
SAVANNAH, GA 31407

| Fixed Charges Billing Period: | 01/01/2026 - 01/31/2026 |
|---|---|

| Unit: S1381 | VIN/Serial: 11VJ813A4LA000787 | | | |
|---|---|---|---|---|
| Make: YARD SPOTTER | Model: YARD SPOTTER | Year: 2020 | | |
| | | | Unit Total Fixed: | $2,195.00 |
| | | | Unit Total: | $2,195.00 |

| Unit: S1716 | VIN/Serial: 11VK815B6LA000011 | | | |
|---|---|---|---|---|
| Make: OTTAWA | Model: YARD SPOTTER | Year: 2020 | | |
| | | | Unit Total Fixed: | $3,682.00 |
| | | | Unit Total: | $3,682.00 |

| Unit: S1717 | VIN/Serial: 11VK815B4LA000010 | | | |
|---|---|---|---|---|
| Make: OTTAWA | Model: YARD SPOTTER | Year: 2020 | | |
| | | | Unit Total Fixed: | $3,682.00 |
| | | | Unit Total: | $3,682.00 |

| Unit: S1718 | VIN/Serial: 11VK815AXLA00004 | | | |
|---|---|---|---|---|
| Make: OTTAWA | Model: YARD SPOTTER | Year: 2020 | | |
| | | | Unit Total Fixed: | $3,682.00 |
| | | | Unit Total: | $3,682.00 |

**Detail Tax Info:**
Sales Tax

| | | Total Fixed: | $13,241.00 |
|---|---|---|---|
| Total Tax: $926.87 | $926.87 | Total Fuel: | $0.00 |
| | | Invoice Subtotal | $13,241.00 |
| | | Total Tax: | $926.87 |
| | | **Total Invoice:** | **$14,167.87** |

**Payment Method**
Charge

**Terms**
Net 30 Days

**Due Date**
02/22/2026

Remit To:
COASTAL INDUSTRIAL EQUIPMENT LLC
1121 SUEMAC ROAD
JACKSONVILLE, FL 32254

COASTAL INDUSTRIAL EQUIPMENT LLC
1121 SUEMAC ROAD
JACKSONVILLE, FL  32254

*** REPRINT ***

| | |
|---|---|
| Invoice: | 05L500062003 |
| Date / Hour: | 2/18/2026  4:39 PM |
| Lease Contract: | 500062 |
| Customer: | 1656 |
| Branch: | 5 |
| Total Invoice: | $ 14,167.87 |
| | Page 1 of 1 |

**Bill To:** P. JUDGE AND SONS TRUCKING
400 EXPANSION BLVD
SAVANNAH , GA 31407

**Contract Address:** P. JUDGE AND SONS TRUCKING
400 EXPANSION BLVD
SAVANNAH , GA 31407

**Fixed Charges Billing Period:**   02/01/2026 - 02/28/2026

**Unit:** S1381  **VIN/Serial:** 11VJ813A4LA000787
**Make:** YARD SPOTTER  **Model:** YARD SPOTTER  **Year:** 2020

| | |
|---|---|
| Unit Total Fixed: | $2,195.00 |
| Unit Total: | $2,195.00 |

**Unit:** S1716  **VIN/Serial:** 11VK815B6LA000011
**Make:** OTTAWA  **Model:** YARD SPOTTER  **Year:** 2020

| | |
|---|---|
| Unit Total Fixed: | $3,682.00 |
| Unit Total: | $3,682.00 |

**Unit:** S1717  **VIN/Serial:** 11VK815B4LA000010
**Make:** OTTAWA  **Model:** YARD SPOTTER  **Year:** 2020

| | |
|---|---|
| Unit Total Fixed: | $3,682.00 |
| Unit Total: | $3,682.00 |

**Unit:** S1718  **VIN/Serial:** 11VK815AXLA00004
**Make:** OTTAWA  **Model:** YARD SPOTTER  **Year:** 2020

| | |
|---|---|
| Unit Total Fixed: | $3,682.00 |
| Unit Total: | $3,682.00 |

**Detail Tax Info:**

| | | |
|---|---|---|
| Sales Tax | | $926.87 |
| | Total Tax: | $926.87 |

| | |
|---|---|
| Total Fixed: | $13,241.00 |
| Total Fuel: | $0.00 |
| Invoice Subtotal: | $13,241.00 |
| Total Tax: | $926.87 |
| Total Invoice: | $14,167.87 |

**Payment Method**   **Terms**   **Due Date**
Charge   Net 30 Days   03/20/2026

Remit To:
COASTAL INDUSTRIAL EQUIPMENT LLC
1121 SUEMAC ROAD
JACKSONVILLE, FL  32254