**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
John S. Mairo, Esq.
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al.*,<br><br>             Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 15, 2026** |

**NOTICE OF THIRD MONTHLY FEE STATEMENT OF FBT GIBBONS LLP,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR**
**THE PERIOD OF FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

**PLEASE TAKE NOTICE** that FBT Gibbons LLP, counsel to the Official Committee of

Unsecured Creditors (the "Creditors' Committee") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), submits its third monthly fee statement for the period of

February 1, 2026 through and February 28, 2026 (the "Monthly Fee Statement") pursuant to the

Court's *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance*

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [Docket

No. 71] (the "Administrative Order").

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in

the Monthly Fee Statement shall: (i) be in writing; (ii) state with particularity the basis of the

objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by April 15,

2026.

Dated: March 25, 2026
Newark, New Jersey

                    **FBT GIBBONS LLP**

                    */s/ John S. Mairo*
                    John S. Mairo, Esq.
                    One Gateway Center
                    Newark, New Jersey 07102
                    Telephone: (973) 596-4500
                    E-mail: jmairo@fbtgibbons.com

                    *Counsel to the Official Committee of Unsecured Creditors*