# <u>EXHIBIT B</u>

**Invoice**

# FBT
# Gibbons

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**                                    Fed # 61-0722001
**Attn:  Mike S. Mandell, Chairperson for Official**                   March 24, 2026
**Committee**                                                   Invoice # 210644945
**2333 Ponce De Leon Boulevard**                           Account # G119121.G114792
**Coral Gables, FL  33134**

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---|
| For Professional Services Rendered Through February 28, 2026 | 25,795.00 |
| **TOTAL THIS INVOICE:** | **25,795.00** |
| Outstanding Invoices (see page 2 for details – if already paid please disregard) | 67,644.50 |
| **TOTAL AMOUNT DUE:** | **93,439.50** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

Doc ID 2-22515

## RECAP OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Balance |
|---|---|---|
| 02/28/26 | 210634857 | 67,644.50 |
| | **TOTAL** | **$67,644.50** |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 02/01/26 | (B100)(B120)(A103)Email A. Simone to review lease inquiry. | JSM | 0.20 | 220.00 |
| 02/01/26 | (B100)(B120)(A103)Attend to review and circulate analysis of financing issues. | JSM | 0.60 | 660.00 |
| 02/02/26 | (B100)(B190)(A101)Confer with J. Mairo re: factoring arrangement and review of same. | KPM | 0.50 | 280.00 |
| 02/02/26 | (B100)(B190)(A104)Review A. Simone lease/financing analysis re: lease for vehicles. | KPM | 0.20 | 112.00 |
| 02/02/26 | (B100)(B190)(A104)Email A. Simone re: lease / financing analysis. | KPM | 0.10 | 56.00 |
| 02/02/26 | (B100)(B120)(A101)Review and revise lien memorandum, including research of standards for same. | KPM | 1.60 | 896.00 |
| 02/02/26 | (B100)(B120)(A101)Call with A. Simone re: lien review memorandum. | KPM | 0.10 | 56.00 |
| 02/02/26 | (B300)(B310)(A103)Email UCC financial advisor regarding lender claim analysis. | JSM | 0.30 | 330.00 |
| 02/03/26 | (B100)(B110)(A103)Draft summary on Debtor's Motion to Extent Exclusivity Period. | ARS | 0.40 | 180.00 |
| 02/03/26 | (B100)(B190)(A104)Confer with J. Mairo re: DIP and lien review. | KPM | 0.10 | 56.00 |
| 02/03/26 | (B100)(B185)(A103)Review motion to extend time and request summary from A. Simone. | JSM | 0.30 | 330.00 |
| 02/03/26 | (B300)(B320)(A103)Review exclusivity motion and confer with A. Simone regarding summary. | JSM | 0.30 | 330.00 |
| 02/04/26 | (B100)(B150)(A103)Communications with UCC chair to cancel meeting. | JSM | 0.20 | 220.00 |
| 02/04/26 | (B100)(B150)(A103)Email UCC regarding meeting and status report. | JSM | 0.30 | 330.00 |
| 02/04/26 | (B100)(B120)(A103)Emails with debtors' counsel regarding data room for sale process. | JSM | 0.30 | 330.00 |
| 02/04/26 | (B200)(B230)(A103)Emails and call with UCC financial | JSM | 0.40 | 440.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | advisor regarding financial information, including lender data. | | | |
| 02/06/26 | (B100)(B120)(A103)Confer with A. Simone regarding analysis of lender claim and memo relating to same. | JSM | 0.20 | 220.00 |
| 02/08/26 | (B100)(B120)(A103)Review internal memo regarding lender and draft email to team regarding issues to further review; . | JSM | 1.00 | 1,100.00 |
| 02/08/26 | (B300)(B320)(A104)Review pending motions, including plan exclusivity motion, and take notes on potential strategy going forward; . | JSM | 0.40 | 440.00 |
| 02/09/26 | (B100)(B110)(A109)Attending and taking notes of the 341(a) Meeting of the Creditors. | ARS | 2.00 | 900.00 |
| 02/09/26 | (B100)(B120)(A105)Call with J. Mairo and K. McEvilly to review and discuss revisions and areas for further discussion in the collateral review memo. | ARS | 0.50 | 225.00 |
| 02/09/26 | (B100)(B120)(A102)Review and research certain collateral issues. | ARS | 1.00 | 450.00 |
| 02/09/26 | (B100)(B120)(A104)Call with K. McEvilly and A. Simone regarding lien analysis work . | JSM | 0.50 | 550.00 |
| 02/09/26 | (B200)(B230)(A104)Calls with R. Wright regarding financial issues with company. | JSM | 0.40 | 440.00 |
| 02/09/26 | (B100)(B150)(A104)Review memo from A. Simone regarding meeting of creditors; . | JSM | 0.30 | 330.00 |
| 02/10/26 | (B100)(B120)(A103)Revise collateral review memo. | ARS | 2.10 | 945.00 |
| 02/10/26 | (B100)(B130)(A104)Call with debtors counsel regarding status and next steps, including bid procedures. | JSM | 0.60 | 660.00 |
| 02/10/26 | (B200)(B230)(A104)Call with R. Wright regarding factoring arrangement and operational analysis. | JSM | 0.30 | 330.00 |
| 02/10/26 | (B100)(B130)(A104)Confer with K. McEvilly regarding debtors call and bid procedures review. | JSM | 0.30 | 330.00 |
| 02/11/26 | (B100)(B150)(A106)Weekly meeting with Official Committee of Unsecured Creditors. | ARS | 0.60 | 270.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 02/11/26 | (B100)(B110)(A101)Emails with J. Mairo re deadlines and preparation of Certificate of No Objection to FBT Gibbons 1st Monthly Fee Application. | ENM | 0.10 | 38.50 |
| 02/11/26 | (B200)(B230)(A104)Review of report regarding factoring arrangement and calls with R. Wright regarding same. | JSM | 0.50 | 550.00 |
| 02/11/26 | (B100)(B120)(A104)Attend to review of lien analysis memo; . | JSM | 0.50 | 550.00 |
| 02/11/26 | (B100)(B130)(A104)Review draft bid procedures and confer with K. McEvilly regarding same; . | JSM | 0.50 | 550.00 |
| 02/11/26 | (B100)(B120)(A104)Review draft letter regarding lien analysis. | JSM | 0.30 | 330.00 |
| 02/11/26 | (B100)(B150)(A104)Draft agenda for UCC meeting and circulate same with certain documents; . | JSM | 0.40 | 440.00 |
| 02/11/26 | (B100)(B150)(A104)Call with UCC regarding pending issues; . | JSM | 0.50 | 550.00 |
| 02/17/26 | (B100)(B130)(A104)Review and analyze draft bid procedures motion (0.4); call with J. Mairo re: same (0.1); email Turner Falk re: same and proposed order for same (0.1). | KPM | 0.60 | 336.00 |
| 02/18/26 | (B100)(B110)(A104)Review the docket for certain filings by the Debtors. | ARS | 0.40 | 180.00 |
| 02/18/26 | (B100)(B150)(A104)Email UCC regarding update and no meeting;. | JSM | 0.40 | 440.00 |
| 02/18/26 | (B100)(B150)(A104)Confer with UCC chair regarding status and potential meeting. | JSM | 0.30 | 330.00 |
| 02/19/26 | (B100)(B110)(A101)Draft of the Certificate of No Objection to FBT Gibbons 1st Monthly Fee Application. | ENM | 0.30 | 115.50 |
| 02/20/26 | (B100)(B150)(A104)Email with UCC member regarding lease extension. | JSM | 0.20 | 220.00 |
| 02/20/26 | (B100)(B185)(A104)Emails with A. Simone regarding docket review for lease status. | JSM | 0.30 | 330.00 |
| 02/23/26 | (B100)(B110)(A111)File Certificate of No Objections to FBT Gibbons 1st Monthly Fee Statement. | ENM | 0.30 | 115.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 02/23/26 | (B100)(B160)(A101)Email to S.Laing re January Invoice in preparation to FBT Gibbons 2nd Monthly Fee Statement. | ENM | 0.10 | 38.50 |
| 02/23/26 | (B100)(B130)(A104)Emails with debtor counsel regarding sale call scheduling. | JSM | 0.20 | 220.00 |
| 02/23/26 | (B100)(B160)(A104)Confer with E. Munera regarding CNO filings. | JSM | 0.10 | 110.00 |
| 02/24/26 | (B100)(B160)(A101)Start drafting second monthly fee application for FBT Gibbons. | ENM | 0.30 | 115.50 |
| 02/24/26 | (B100)(B130)(A107)Teams meeting with J. Mairo, Steve Ravin and Turner Falk concerning bid procedures motion and related matters. | CPA | 0.60 | 525.00 |
| 02/24/26 | (B200)(B230)(A104)Email UCC financial advisor regarding variance report. | JSM | 0.20 | 220.00 |
| 02/24/26 | (B100)(B130)(A104)Call with debtor counsel regarding sale status and related pleading drafts; . | JSM | 0.50 | 550.00 |
| 02/25/26 | (B100)(B160)(A103)Continue working on Second Monthly Fee Statement of FBT Gibbons. | ENM | 0.40 | 154.00 |
| 02/25/26 | (B100)(B110)(A104)Review/analyze Dundon Advisors financial report. | CPA | 0.20 | 175.00 |
| 02/25/26 | (B100)(B110)(A106)Attend Creditors' Committee meeting. | CPA | 0.50 | 437.50 |
| 02/25/26 | (B200)(B230)(A104)Emails and calls with financial advisor to discuss debtors financial performance and related analysis of same; . | JSM | 0.90 | 990.00 |
| 02/25/26 | (B100)(B130)(A104)File review of notes of discussions with debtor professionals regarding sale status in connection with UCC meeting. | JSM | 0.30 | 330.00 |
| 02/25/26 | (B100)(B130)(A104)Email with UCC member regarding sale process. | JSM | 0.20 | 220.00 |
| 02/25/26 | (B100)(B150)(A104)Draft and circulate agenda for UCC meeting. | JSM | 0.40 | 440.00 |
| 02/25/26 | (B100)(B150)(A104)Attend to call with UCC to discuss status of pending matters. | JSM | 0.50 | 550.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 02/25/26 | (B100)(B110)(A108)Emails from Rick Wright and J. Mairo re: Dundon report. | CPA | 0.10 | 87.50 |
| 02/26/26 | (B100)(B160)(A104)Review and minor revisions to Dundon's 1st Monthly Fee Application . | ENM | 0.20 | 77.00 |
| 02/26/26 | (B100)(B110)(A103)Draft of Notice of Application of Dundon Advisers LLC to their first monthly fee application . | ENM | 0.20 | 77.00 |
| 02/26/26 | (B100)(B160)(A103)Review of invoice and final revisions to FBT Gibbons LLC 2nd Monthly Fee Statement. Provide final draft to J.Mairo for final review prior to filing. | ENM | 0.70 | 269.50 |
| 02/26/26 | (B100)(B160)(A111)Final assemble and file to the court the 2nd monthly fee application of FBT Gibbons LLP and the 1st monthly fee application of Dundon Advisers LLC. Send service email . | ENM | 0.90 | 346.50 |
| 02/26/26 | (B100)(B110)(A101)Review of docket and Orders. Calendar important deadlines as per Orders to extend time . | ENM | 0.20 | 77.00 |
| 02/26/26 | (B100)(B130)(A105)Email from J. Mairo concerning bid procedures motion and related matters. | CPA | 0.10 | 87.50 |
| 02/26/26 | (B200)(B230)(A104)Emails with debtor counsel regarding financing order conversations. | JSM | 0.30 | 330.00 |
| 02/26/26 | (B100)(B130)(A104)Emails with C. Anton regarding sale motion draft. | JSM | 0.20 | 220.00 |
| 02/26/26 | (B100)(B160)(A104)Emails with Dundon and E. Munera regarding fee statement filings. | JSM | 0.20 | 220.00 |
| 02/26/26 | (B100)(B110)(A106)Emails from J. Mairo and Joanne Lipsky re: settlement. | CPA | 0.10 | 87.50 |
| 02/27/26 | (B100)(B160)(A111)Update to the Certificate of Service. File to the Court Certificate of Service, assemble and mailing of Service copy of the Fee Applications of FBT Gibbons and Dundon Advisers LLC. | ENM | 0.60 | 231.00 |
| 02/27/26 | (B200)(B230)(A104)Review and respond to debtor counsel emails regarding financing order issues. | JSM | 0.30 | 330.00 |
| 02/27/26 | (B100)(B130)(A104)Attend to review of sale motion | JSM | 1.00 | 1,100.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | documents; . | | | |
| 02/27/26 | (B100)(B110)(A106)Email from J. Mairo and Turner Falk re: bid procedures and related matters. | CPA | 0.10 | 87.50 |
| | **Total:** | | **32.30** | **$25,795.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher P. Anton | 1.70 | 875.00 | 1,487.50 |
| John S. Mairo | 16.10 | 1,100.00 | 17,710.00 |
| Kyle P. McEvilly | 3.20 | 560.00 | 1,792.00 |
| Edna N. Munera | 4.30 | 385.00 | 1,655.50 |
| Amanda R. Simone | 7.00 | 450.00 | 3,150.00 |
| | **32.30** | | **25,795.00** |

## PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|---|---|---|---|---|
| B100 | B110 | Case Administration | 4.90 | 2,558.50 |
| B100 | B120 | Asset Analysis and Recovery | 8.90 | 6,532.00 |
| B100 | B130 | Asset Disposition | 5.10 | 5,128.50 |
| B100 | B150 | Meetings of and Communications with Creditors | 4.10 | 4,120.00 |
| B100 | B160 | Fee/Employment Applications | 3.50 | 1,562.00 |
| B100 | B185 | Assumption/Rejection of Leases and Contracts | 0.60 | 660.00 |
| B100 | B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.90 | 504.00 |
| | | **SUB-TOTAL** | **28.00** | **21,065.00** |
| B200 | B230 | Financing/Cash Collections | 3.30 | 3,630.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | **SUB-TOTAL** | **3.30** | **3,630.00** |
| B300 | B310 | Claims Administration and Objections | 0.30 | 330.00 |
| B300 | B320 | Plan and Disclosure Statement (including Business Plan) | 0.70 | 770.00 |
|  |  | **SUB-TOTAL** | **1.00** | **1,100.00** |
|  |  | **TOTAL** | **32.30** | **25,795.00** |