**EXHIBIT A**

**Time Detail**

| User | Entry Date | Client | Activity | Description | Billable Time | Total Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|---|
| Jordan Olsen | 02/03/2026 | Port Elizabeth | Business Analysis | Factoring Arrangement request list | 1.20 | 1.20 | $495.00/hr | $594.00 |
| Jordan Olsen | 02/04/2026 | Port Elizabeth | Business Analysis | Variance report for meeting with committee | 1.70 | 1.70 | $495.00/hr | $841.50 |
| Jordan Olsen | 02/04/2026 | Port Elizabeth | Business Analysis | Monthly forecast review | 1.50 | 1.50 | $495.00/hr | $742.50 |
| Jordan Olsen | 02/05/2026 | Port Elizabeth | Other Professionals' Retention and Fee Applications | First fee drafting edits | 1.80 | 1.80 | $495.00/hr | $891.00 |
| Jordan Olsen | 02/05/2026 | Port Elizabeth | Other Professionals' Retention and Fee Applications | Retention Order first fee drafting | 2.40 | 2.40 | $495.00/hr | $1,188.00 |
| Jordan Olsen | 02/09/2026 | Port Elizabeth | Business Analysis | Meeting with R Wright | 0.80 | 0.80 | $495.00/hr | $396.00 |
| Jordan Olsen | 02/09/2026 | Port Elizabeth | Business Analysis | Factoring reports analysis | 3.20 | 3.20 | $495.00/hr | $1,584.00 |
| Jordan Olsen | 02/10/2026 | Port Elizabeth | Business Analysis | Factoring meeting | 0.40 | 0.40 | $495.00/hr | $198.00 |
| Jordan Olsen | 02/10/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Meeting with Debtor FA | 0.50 | 0.50 | $495.00/hr | $247.50 |
| Jordan Olsen | 02/10/2026 | Port Elizabeth | Business Analysis | Factoring presentation drafting | 2.70 | 2.70 | $495.00/hr | $1,336.50 |
| Jordan Olsen | 02/10/2026 | Port Elizabeth | Business Analysis | Variance report | 0.70 | 0.70 | $495.00/hr | $346.50 |
| Jordan Olsen | 02/11/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Meeting with committee | 0.50 | 0.50 | $495.00/hr | $247.50 |
| Jordan Olsen | 02/11/2026 | Port Elizabeth | Business Analysis | Committee Presentation edits and final comments | 1.30 | 1.30 | $495.00/hr | $643.50 |
| Jordan Olsen | 02/25/2026 | Port Elizabeth | Business Analysis | Presentation for the UCC meeting | 3.30 | 3.30 | $495.00/hr | $1,633.50 |
| Jordan Olsen | 02/25/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Committee call | 0.50 | 0.50 | $495.00/hr | $247.50 |
| Jordan Olsen | 02/25/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Call with Debtor FA | 0.40 | 0.40 | $495.00/hr | $198.00 |
| **Totals For Jordan Olsen** | | | | | **22.90** | **22.90** | | **$11,335.50** |
| | | | | | | | | |
| Rick Wright | 02/02/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Correspondence with counsel regarding data requests. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 02/03/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Prepared a request list for the debtors re factoring transactions. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 02/03/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Correspondence with Cambridge re timing. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 02/04/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Call with counsel (J. Mauro) re requests. | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 02/04/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Coorespondance with Cambridge re requests. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 02/04/2026 | Port Elizabeth | Retention and Fee Applications | Initial fee statement | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 02/05/2026 | Port Elizabeth | Business Analysis | Analyzing variance analysis prepared by the Debtors. | 0.70 | 0.70 | $960.00/hr | $672.00 |
| Rick Wright | 02/05/2026 | Port Elizabeth | Business Analysis | Preparing a slide for the UCC re variance analysis. | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 02/06/2026 | Port Elizabeth | Business Analysis | Reviewed DIP factor analysis. | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 02/09/2026 | Port Elizabeth | Business Analysis | Reviewed DIP factor analysis. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 02/09/2026 | Port Elizabeth | Business Analysis | Prepared an analysis for the UCC re: DIP factor facility. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 02/10/2026 | Port Elizabeth | Debtor/Lender Professional and Staff Meetings | Zoom call with Cambridge (J. Compitello) | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 02/10/2026 | Port Elizabeth | Debtor/Lender Professional and Staff Meetings | Call with Cambridge (J. Compitello) and DIP lender, | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 02/10/2026 | Port Elizabeth | Debtor/Lender Professional and Staff Meetings | Follow up call with DIP lender, | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 02/10/2026 | Port Elizabeth | Business Analysis | Analysis of DIP factor lending schedules. | 1.20 | 1.20 | $960.00/hr | $1,152.00 |
| Rick Wright | 02/10/2026 | Port Elizabeth | Business Analysis | Preparation. of a deck for the UCC re DIP mechanics. | 1.30 | 1.30 | $960.00/hr | $1,248.00 |
| Rick Wright | 02/11/2026 | Port Elizabeth | Business Analysis | Prepared a deck for the committee re DIP. | 0.80 | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 02/11/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in a call with the committee re DIP | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 02/11/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Analyzed CF variance report. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 02/24/2026 | Port Elizabeth | Business Analysis | Prepared a deck for the committee re cash flow variance. | 0.80 | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 02/25/2026 | Port Elizabeth | Business Analysis | Prepared a deck for the committee re cash flow variance. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 02/25/2026 | Port Elizabeth | Business Analysis | Participated in a call with Cambridge re cash forecast. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 02/25/2026 | Port Elizabeth | Business Analysis | Participated in a call with the Committee re liquidity. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| **Totals For Rick Wright** | | | | | **11.90** | **11.90** | | **$11,424.00** |