# EXHIBIT A

## Retention Order

57503146.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
 turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

---

**Order Filed on December 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PORT ELIZABETH TERMINAL &
WAREHOUSE CORP., et al.
                          Debtors.

Case No.:        25-22123(JKS)

Chapter:              11

Judge:        John K. Sherwood

---

## ORDER AUTHORIZING RETENTION OF

### SAUL EWING LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF NOVEMBER 14, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: December 9, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ Saul Ewing LLP _____

as _____ counsel to the Debtors _____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is:    One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5425

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is November 14, 2025.

*rev.8/1/15*