## EXHIBIT C

**Detail Time Entries by Category**

57503146.1



| | | | |
|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | 4496992 |
| Patrick Wynne | | Invoice Date | 03/24/26 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

**Photocopying**

| | | |
|---|---|---|
| 02/12/26 | Photocopying | 2.00 |
| 02/24/26 | Photocopying | 1,073.25 |
| | Total Photocopying | 1,075.25 |

**Postage**

| | | |
|---|---|---|
| 02/23/26 | Newark Postage Log | 22.66 |
| 02/23/26 | Newark Postage Log | 29.04 |
| 02/23/26 | Newark Postage Log | 66.00 |
| 02/23/26 | Newark Postage Log | 29.60 |
| 02/23/26 | Newark Postage Log | 57.12 |
| 02/23/26 | Newark Postage Log | 76.96 |
| 02/23/26 | Newark Postage Log | 42.23 |
| 02/23/26 | Newark Postage Log | 29.04 |
| 03/02/26 | Newark Postage Log | 25.16 |
| 03/02/26 | Newark Postage Log | 8.64 |
| | Total Postage | 386.45 |

**Photocopying - Color**

| | | |
|---|---|---|
| 02/04/26 | Photocopying - Color | 578.00 |
| 02/12/26 | Photocopying - Color | 43.00 |
| | Total Photocopying - Color | 621.00 |

**Federal Express**

| | | |
|---|---|---|
| 02/18/26 | Vendor: Federal Express; Invoice#: 917935784; Date: 2/16/2026 - Federal Express on 02/06/2026 To: Judah Gillman From: CSA | 35.89 |
| 02/18/26 | Vendor: Federal Express; Invoice#: 917935784; Date: 2/16/2026 - Federal Express on 02/11/2026 To: JUDAH GILLMAN From: RETURNS | 20.64 |
| | Total Federal Express | 56.53 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                          Invoice          4496992

00002       Expenses                                                                          Page: 2

03/24/26

                                                              CURRENT EXPENSES          2,139.23


                                                      TOTAL AMOUNT OF THIS INVOICE      2,139.23



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4496993 |
| Patrick Wynne | | | Invoice Date | 03/24/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00003 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/26 | TNF | Analysis of data room contents and accesses | 0.20 | 109.00 |
| 02/02/26 | TNF | Call with P. Wynne re: sale data room | 0.20 | 109.00 |
| 02/02/26 | TNF | Prepare NDAs and correspondence with interested party counsel re: same | 0.20 | 109.00 |
| 02/02/26 | TNF | Analysis of E. Unkes correspondence re: data room | 0.10 | 54.50 |
| 02/02/26 | MK | Review numerous emails re landlord and sale issues | 0.30 | 151.50 |
| 02/03/26 | TNF | Meeting with J. Hampton re: asset sale procedures | 0.20 | 109.00 |
| 02/03/26 | TNF | Correspondence with Mazars team, M. Khoudari re: data room contents | 0.40 | 218.00 |
| 02/03/26 | TNF | Prepare motion to sell assets | 0.30 | 163.50 |
| 02/03/26 | MH | Confer with T. Falk re: bid procedures | 0.20 | 76.00 |
| 02/03/26 | MK | Review sale data room | 0.40 | 202.00 |
| 02/03/26 | MK | Confer with T. Falk re sale | 0.20 | 101.00 |
| 02/03/26 | MK | Review numerous correspondence re sale data room | 0.20 | 101.00 |
| 02/04/26 | TNF | Prepare asset sale motion | 2.10 | 1,144.50 |
| 02/04/26 | TNF | Correspondence with data room parties re: due diligence | 0.30 | 163.50 |
| 02/04/26 | TNF | Correspondence with potential interested party | 0.10 | 54.50 |
| 02/05/26 | TNF | Call with J. Compitello re: sale strategy and marketing process | 0.60 | 327.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080  P. Judge and Sons, Inc.  Invoice  4496993
00003  Asset Disposition  Page: 2
03/24/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/05/26 | TNF | Call with MH re: asset disposition | 0.10 | 54.50 |
| 02/05/26 | TNF | Prepare bid procedures motion | 0.80 | 436.00 |
| 02/05/26 | MH | Confer with T. Falk re: sale strategy | 0.10 | 38.00 |
| 02/06/26 | TNF | Prepare bid procedures motion | 1.60 | 872.00 |
| 02/06/26 | TNF | Correspondence with MH, MK re: bid procedures | 0.20 | 109.00 |
| 02/07/26 | MH | Review correspondence from T. Falk re: bid procedures | 0.10 | 38.00 |
| 02/08/26 | MH | Revise bid procedures motion | 1.00 | 380.00 |
| 02/09/26 | TNF | Correspondence with purchasers re: data room access | 0.10 | 54.50 |
| 02/09/26 | TNF | Prepare bid procedures motion | 0.50 | 272.50 |
| 02/09/26 | MK | Review and revise bidding procedures motion | 3.10 | 1,565.50 |
| 02/10/26 | TNF | Call with J. Mairo re: bid procedures | 0.50 | 272.50 |
| 02/10/26 | TNF | Correspondence with UCC counsel re: bid procedures | 0.10 | 54.50 |
| 02/11/26 | SBR | Email with parties re due diligence matters | 0.20 | 186.00 |
| 02/11/26 | TNF | Analysis of WARN act case law and sales impact | 0.30 | 163.50 |
| 02/12/26 | MK | Correspond with prospective buyer and professionals re prospective sale | 0.30 | 151.50 |
| 02/12/26 | MK | Correspond with S. Cordero re sale items | 0.10 | 50.50 |
| 02/13/26 | SBR | Email with counsel re NDA matters | 0.10 | 93.00 |
| 02/16/26 | MK | Emails with P. Wynne and S. Cordera re sale | 0.20 | 101.00 |
| 02/17/26 | MH | Review Committee comments re: bid procedures motion | 0.10 | 38.00 |
| 02/17/26 | MK | Revise nondisclosure agreement and correspond re same | 0.40 | 202.00 |
| 02/17/26 | MK | Correspond with S. Cordero re leases for sale data room | 0.10 | 50.50 |
| 02/17/26 | MK | Call with prospective buyer representative | 0.10 | 50.50 |
| 02/18/26 | SBR | Email with parties re due diligence | 0.10 | 93.00 |
| 02/20/26 | TNF | Call with M. Khoudari re: interested purchase parties | 0.20 | 109.00 |
| 02/20/26 | TNF | Analysis of potential purchaser background and correspondence with same | 0.20 | 109.00 |
| 02/20/26 | TNF | Correspondence with Mazars re: data room access for purchasers | 0.10 | 54.50 |
| 02/20/26 | TNF | Call with P. Wynne re: asset sale process | 0.70 | 381.50 |

396080     P. Judge and Sons, Inc.                                    Invoice          4496993
00003      Asset Disposition                                                            Page: 3
03/24/26

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/20/26 | TNF | Prepare bid procedures order and notices | 1.00 | 545.00 |
| 02/20/26 | MK | Call with T. Falk re sale issues | 0.40 | 202.00 |
| 02/23/26 | SBR | Telephone call with counsel for committee re sale process | 0.10 | 93.00 |
| 02/23/26 | TNF | Call with M. Hanamirian re: bid procedures motion | 0.20 | 109.00 |
| 02/23/26 | TNF | Prepare NDAs and correspondence with potential purchasers re data room access | 0.30 | 163.50 |
| 02/24/26 | SBR | Telephone call with committee counsel re sale process | 0.30 | 279.00 |
| 02/24/26 | TNF | Correspondence with interested purchaser | 0.10 | 54.50 |
| 02/24/26 | TNF | Call with J. Mairo re: sale process and bid procedures | 0.70 | 381.50 |
| 02/25/26 | TNF | Prepare bid procedures | 3.80 | 2,071.00 |
| 02/25/26 | TNF | Call with MH re bid procedures | 0.30 | 163.50 |
| 02/25/26 | TNF | Prepare bid procedures | 0.50 | 272.50 |
| 02/25/26 | MH | Confer with T. Falk re: bid procedures | 0.20 | 76.00 |
| 02/25/26 | MH | Correspondence to T. Falk re: bid procedures | 0.10 | 38.00 |
| 02/26/26 | SBR | Email with counsel for committee re bidding procedures | 0.10 | 93.00 |
| 02/26/26 | SBR | Review comments to bidding procedures pleadings | 0.20 | 186.00 |
| 02/26/26 | TNF | Correspondence with J. Mairo re: bid procedures | 0.10 | 54.50 |
| 02/26/26 | TNF | Prepare bid procedures and correspondence with MH, J. Mairo re: same | 0.50 | 272.50 |
| 02/26/26 | TNF | Correspondence with interested purchaser potential and prepare NDA re same | 0.30 | 163.50 |
| 02/26/26 | TNF | Call with interested purchaser and correspondence with same re: asset ownership | 0.20 | 109.00 |
| 02/26/26 | TNF | Call with DIP lender counsel re: sale process and impact on factoring arrangment | 0.50 | 272.50 |
| 02/26/26 | MH | Revise proposed bid procedures order | 2.50 | 950.00 |
| 02/27/26 | TNF | Call with P. Wynne, S. Ravin, J. Compitello re: sale process | 0.50 | 272.50 |
| 02/27/26 | MK | Correspondence with prospective buyer and Mazars re sale dataroom | 0.20 | 101.00 |

|  |  | TOTAL HOURS | 30.50 |  |

396080      P. Judge and Sons, Inc.                                      Invoice        4496993

00003       Asset Disposition                                                          Page: 4

03/24/26

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 19.10 | at | 545.00 | = | 10,409.50 |
| Maxwell Hanamirian | 4.30 | at | 380.00 | = | 1,634.00 |
| Mariam Khoudari | 6.00 | at | 505.00 | = | 3,030.00 |
| Stephen B. Ravin | 1.10 | at | 930.00 | = | 1,023.00 |
| | | | CURRENT FEES | | 16,096.50 |
| | | | TOTAL AMOUNT OF THIS INVOICE | | 16,096.50 |



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4496994 |
| Patrick Wynne | | | Invoice Date | 03/24/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00004 |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/03/26 | SBR | Telephone call with client re insurance and professional fees | 0.20 | 186.00 |
| 02/11/26 | SBR | Review insurance information | 0.20 | 186.00 |
| 02/13/26 | SBR | Reviewed additional information for insurance | 0.20 | 186.00 |
| 02/19/26 | SBR | Telephone call with H. Topitz re insurance | 0.20 | 186.00 |
| 02/24/26 | SBR | Email with accountant and company re tax returns | 0.10 | 93.00 |
| | | TOTAL HOURS | 0.90 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Stephen B. Ravin | 0.90 | at | 930.00 | = | 837.00 |
| | | | | CURRENT FEES | 837.00 |

TOTAL AMOUNT OF THIS INVOICE          837.00

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



|  |  |  |  |  |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4496995 |
| Patrick Wynne | | | Invoice Date | 03/24/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00005 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/26 | MH | Confer with client re: pleadings received | 0.20 | 76.00 |
| 02/02/26 | MH | Correspondence to case team re: certificate of service | 0.10 | 38.00 |
| 02/02/26 | MH | Correspondence to J. Compitello re: invoices | 0.10 | 38.00 |
| 02/02/26 | MH | Correspondence to S. Gillman re: certificate of service | 0.20 | 76.00 |
| 02/02/26 | MH | Confer with J. Gillman re: finalizing certificate of service | 0.20 | 76.00 |
| 02/02/26 | MH | Prepare exclusivity motion for filing | 0.10 | 38.00 |
| 02/02/26 | MK | Review numerous correspondence re 365(d) motion and 341 meeting | 0.20 | 101.00 |
| 02/02/26 | MK | Review and correspond with Saul Ewing team re equipment invoices | 0.20 | 101.00 |
| 02/03/26 | MH | Revise WIP chart | 0.20 | 76.00 |
| 02/03/26 | MH | Correspondence to client re: 341 meeting | 0.10 | 38.00 |
| 02/03/26 | MH | Confer with M. Khoudari re: WIP list | 0.10 | 38.00 |
| 02/03/26 | MH | Revise WIP list | 0.10 | 38.00 |
| 02/03/26 | MH | Coordinate 341 preparation meeting | 0.10 | 38.00 |
| 02/03/26 | MH | Finalize certificate of service for filing | 0.10 | 38.00 |
| 02/03/26 | MK | Revise critical dates chart | 0.40 | 202.00 |
| 02/03/26 | MK | Confer with M. Hanamirian re upcoming deadlines | 0.20 | 101.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | | | |
|---|---|---|---|---|---|
| 396080 | P. Judge and Sons, Inc. | | | Invoice | 4496995 |
| 00005 | Case Administration | | | | Page: 2 |
| 03/24/26 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/05/26 | SBR | Email with counsel for insurance company re payment | 0.10 | 93.00 |
| 02/06/26 | SBR | Email with accountants re completing MORs | 0.10 | 93.00 |
| 02/06/26 | SBR | Email with parties re December MORs | 0.20 | 186.00 |
| 02/10/26 | MH | Correspondence to client re: insurance inquiry | 0.10 | 38.00 |
| 02/11/26 | MK | Coordinate all teams call (.1); correspond re same (.1) | 0.20 | 101.00 |
| 02/17/26 | MH | Correspondence to M. Khoudari re: CNOs | 0.10 | 38.00 |
| 02/18/26 | MH | Confer with M. Khoudari re: case strategy | 0.10 | 38.00 |
| 02/18/26 | MH | Prepare CNO for filing | 0.10 | 38.00 |
| 02/18/26 | MH | Revise WIP chart | 0.10 | 38.00 |
| 02/18/26 | MH | Prepare CNOs for filing | 0.20 | 76.00 |
| 02/18/26 | MH | Analyze subpoena inquiry | 0.10 | 38.00 |
| 02/18/26 | MH | Confer with M. Khoudari re: case strategy and next steps | 0.10 | 38.00 |
| 02/20/26 | MH | Correspondence to J. Gillman re: upcoming case filings | 0.10 | 38.00 |
| 02/20/26 | MH | Correspondence to Chambers re: CNOs | 0.40 | 152.00 |
| 02/22/26 | SBR | Email with parties re motion hearing on 2/23 | 0.10 | 93.00 |
| 02/23/26 | MH | Correspondence to case team re: 2/24 hearing | 0.10 | 38.00 |
| 02/23/26 | MH | Correspondence to Court re: orders | 0.10 | 38.00 |
| 02/23/26 | MH | Confer with T. Falk re: case strategy | 0.10 | 38.00 |
| 02/23/26 | MH | Correspondence to Court re: 2.24 hearing | 0.10 | 38.00 |
| 02/23/26 | MH | Revise WIP charts | 0.10 | 38.00 |
| 02/23/26 | MK | Review postpetition work in progress list (.1); correspond re same (.1) | 0.20 | 101.00 |
| 02/24/26 | MH | Review docket to confirm whether Court entered orders | 0.10 | 38.00 |
| 02/26/26 | MH | Analyze Court orders re: exclusivity and 365(d)(4) | 0.10 | 38.00 |
| 02/27/26 | SBR | Telephone call to client and H. Topitz re workers compensation insurance | 0.20 | 186.00 |
| 02/27/26 | SBR | Email with parties re weekly call | 0.10 | 93.00 |

|  | | |
|---|---|---|
| TOTAL HOURS | 5.90 | |

396080      P. Judge and Sons, Inc.                                                              Invoice          4496995
00005       Case Administration                                                                                   Page: 3
03/24/26


TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 3.70 | at | 380.00 | = | 1,406.00 |
| Mariam Khoudari | 1.40 | at | 505.00 | = | 707.00 |
| Stephen B. Ravin | 0.80 | at | 930.00 | = | 744.00 |
| | | | CURRENT FEES | | 2,857.00 |

TOTAL AMOUNT OF THIS INVOICE          2,857.00



| P. Judge and Sons, Inc. | Invoice Number | 4496996 |
| Patrick Wynne | Invoice Date | 03/24/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00006 |

Re:   Claims, Analysis, Objection, Proofs of Claim

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/09/26 | MH | Analyze creditor claim | 0.20 | 76.00 |
| 02/11/26 | SBR | Telephone call and email with parties re State Court matter | 0.20 | 186.00 |
| 02/18/26 | SBR | Email with parties re Union reports | 0.20 | 186.00 |
| | | TOTAL HOURS | 0.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Maxwell Hanamirian | 0.20 | at | 380.00 | = | 76.00 |
| Stephen B. Ravin | 0.40 | at | 930.00 | = | 372.00 |
| | | | | CURRENT FEES | 448.00 |

TOTAL AMOUNT OF THIS INVOICE   448.00

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4496997 |
| Patrick Wynne | | | Invoice Date | 03/24/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00008 |

Re:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/26 | MH | Respond to creditor inquiry re: 341 meeting | 0.10 | 38.00 |
| 02/02/26 | MH | Correspondence to creditor re: case inquiry | 0.10 | 38.00 |
| 02/02/26 | MH | Respond to creditor inquiry | 0.20 | 76.00 |
| 02/04/26 | TNF | Call with S. Cordero re: tax issues | 0.20 | 109.00 |
| 02/04/26 | MH | Respond to creditor inquiry re: 341 meeting | 0.10 | 38.00 |
| 02/05/26 | TNF | Call with creditor re: claim | 0.10 | 54.50 |
| 02/05/26 | MH | Correspondence to J. Compitello re: creditor inquiry | 0.10 | 38.00 |
| 02/05/26 | MH | Respond to creditor re: invoice inquiry | 0.10 | 38.00 |
| 02/09/26 | MH | Review letter from creditor | 0.10 | 38.00 |
| 02/09/26 | MH | Respond to creditor inquiry on case next steps | 0.10 | 38.00 |
| 02/09/26 | MH | Confer with creditor re: insurance inquiry | 0.30 | 114.00 |
| 02/09/26 | MH | Review correspondence from creditor re: insurance | 0.10 | 38.00 |
| 02/09/26 | MH | Confer with creditor re: 341 meeting | 0.20 | 76.00 |
| 02/09/26 | MH | Confer with M. Khoudari re: creditor inquiry | 0.10 | 38.00 |
| 02/09/26 | MH | Confer with S. Ravin re: creditor inquiry | 0.10 | 38.00 |
| 02/09/26 | MH | Correspondence to client re: responding to creditor | 0.10 | 38.00 |
| 02/09/26 | MK | Call with M. Hanamirian re creditor outreach | 0.10 | 50.50 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 396080 | P. Judge and Sons, Inc. | | Invoice | 4496997 |
| 00008 | Creditor Inquiries | | | Page: 2 |
| 03/24/26 | | | | |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/10/26 | MH | Correspondence to client re: call with creditor | 0.10 | 38.00 |
| 02/10/26 | MH | Confer with T. Falk re: creditor inquiry | 0.10 | 38.00 |
| 02/10/26 | MH | Correspondence to Mazars re: creditor insurance inquiry | 0.20 | 76.00 |
| 02/18/26 | MK | Confer with M. Hanamirian re stay violation issue | 0.20 | 101.00 |
| | | TOTAL HOURS | 2.80 | |


TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|----|-------|
| Turner N. Falk | 0.30 | at | 545.00 | = | 163.50 |
| Maxwell Hanamirian | 2.20 | at | 380.00 | = | 836.00 |
| Mariam Khoudari | 0.30 | at | 505.00 | = | 151.50 |
| | | | CURRENT FEES | | 1,151.00 |

| | | |
|---|---|---|
| | TOTAL AMOUNT OF THIS INVOICE | 1,151.00 |



| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4496998 |
| Patrick Wynne | Invoice Date | 03/24/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00010 |

Re:   Executory Contracts & Unexpired Leases

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/10/26 | SBR | Telephone call with Cambridge re lease and insurance matters | 0.20 | 186.00 |
| 02/11/26 | SBR | Conference with accountant re compensation issues | 0.20 | 186.00 |
| 02/17/26 | MH | Draft section 365(d)(4) motion CNO | 0.20 | 76.00 |
| 02/18/26 | SBR | Telephone call from client re Bristol lease | 0.10 | 93.00 |
| 02/23/26 | SBR | Email with client re Bristol lease | 0.10 | 93.00 |
| 02/24/26 | SBR | Email with counsel and client re MedOne | 0.10 | 93.00 |
| 02/25/26 | SBR | Telephone call with counsel for landlord | 0.10 | 93.00 |
| 02/25/26 | SBR | Telephone call from client re leases; secured debt; operations | 0.30 | 279.00 |
| 02/26/26 | SBR | Telephone call with counsel for Med-One | 0.20 | 186.00 |
| 02/26/26 | SBR | Telephone call with counsel for Bristol landlord and client re lease extension | 0.20 | 186.00 |

TOTAL HOURS   1.70

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 0.20 | at | 380.00 | = | 76.00 |
| Stephen B. Ravin | 1.50 | at | 930.00 | = | 1,395.00 |

CURRENT FEES   1,471.00

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080     P. Judge and Sons, Inc.                                                   Invoice        4496998

00010      Executory Contracts & Unexpired Leases                                                  Page: 2

03/24/26

                                                    TOTAL AMOUNT OF THIS INVOICE          1,471.00



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | | 4496999 |
| Patrick Wynne | | Invoice Date | | 03/24/26 |
| 13 Manor Road | | Client Number | | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | | 00011 |

Re:   Fee/Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/26 | MH | Correspondence to S. Ravin re: monthly fee application | 0.20 | 76.00 |
| 02/03/26 | MH | Draft certificate of no objection re: second monthly fee statement | 0.10 | 38.00 |
| 02/08/26 | MH | Correspondence to S. Ravin, T. Falk, and M. Khoudari re: certificate of no objection for second monthly fee app | 0.10 | 38.00 |
| 02/08/26 | MK | Revise Saul Ewing CNO | 0.20 | 101.00 |
| 02/09/26 | MH | Prepare CNO for filing re: second monthly fee application | 0.10 | 38.00 |
| 02/13/26 | MK | Draft Saul Ewing third monthly fee statement | 1.20 | 606.00 |
| 02/16/26 | MK | Draft Saul Ewing third monthly fee statement | 1.70 | 858.50 |
| 02/17/26 | MK | Numerous correspondence with M. Hanamirian re fee statements and CNOs | 0.20 | 101.00 |
| 02/17/26 | MK | Review and revise Saul Ewing exhibit A invoice (.5); correspond with M. Hanamirian re same (.2) | 0.70 | 353.50 |
| 02/17/26 | MK | Revise Saul Ewing third monthly fee statement | 0.60 | 303.00 |
| 02/18/26 | MH | Revise third monthly fee application | 0.20 | 76.00 |
| 02/18/26 | MK | Revise Saul Ewing third monthly fee statement (.4); correspond with S. Ravin and M. Hanamirian re same (.1) | 0.50 | 252.50 |
| 02/19/26 | MH | Confer with M. Khoudari re: monthly fee applications | 0.10 | 38.00 |
| 02/19/26 | MK | Call with M. Hanamirian re fee statements | 0.20 | 101.00 |
| 02/20/26 | MH | Correspondence to M. Khoudari re: second monthly fee application | 0.10 | 38.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080     P. Judge and Sons, Inc.                                                    Invoice      4496999

00011      Fee/Employment Applications (Saul Ewing)                                                Page: 2

03/24/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/20/26 | MH | Correspondence to M. Khoudari re: third monthly fee application | 0.20 | 76.00 |
| 02/20/26 | MH | Correspondence to S. Ravin re: third monthly fee application | 0.10 | 38.00 |
| 02/20/26 | MH | Confer with M. Khoudari re: third monthly fee application | 0.10 | 38.00 |
| 02/20/26 | MH | Confer with S. Ravin re: third monthly fee application | 0.20 | 76.00 |
| 02/20/26 | MH | Prepare third monthly fee application | 0.10 | 38.00 |
| 02/20/26 | MH | Confer with M. Khoudari re: revising third fee application | 0.20 | 76.00 |
| 02/20/26 | MH | Draft first interim fee application | 2.00 | 760.00 |
| 02/20/26 | MK | Correspond with S. Ravin re interim fee application | 0.30 | 151.50 |
| 02/22/26 | MH | Revise first interim fee application | 1.60 | 608.00 |
| 02/23/26 | SBR | Telephone call re administrative claim | 0.10 | 93.00 |
| 02/23/26 | SBR | Review of Saul Ewing fee statement for January, 2026 | 0.20 | 186.00 |
| 02/23/26 | MH | Confer with M. Khoudari re: third monthly fee applications | 0.10 | 38.00 |
| 02/23/26 | MH | Revise first interim fee application | 0.10 | 38.00 |
| 02/23/26 | MH | Finalize third fee application for filing | 0.30 | 114.00 |
| 02/23/26 | MH | Revise first interim fee application | 0.20 | 76.00 |
| 02/23/26 | MH | Correspondence to M. Khoudari re: first interim fee application | 0.20 | 76.00 |
| 02/23/26 | MK | Revise Saul Ewing third fee statement with S. Ravin comments | 0.30 | 151.50 |
| 02/23/26 | MK | Calls with M. Hanamirian re Saul Ewing fee statement (.2); correspond with him re same (.1) | 0.30 | 151.50 |
| 02/25/26 | MH | Correspondence to R. Warren re: first interim fee application | 0.10 | 38.00 |
| 02/25/26 | MH | Revise first interim fee application | 0.20 | 76.00 |
| 02/25/26 | MH | Confer with M. Khoudari re: first interim fee application | 0.10 | 38.00 |

TOTAL HOURS     13.20

396080     P. Judge and Sons, Inc.                                                        Invoice          4496999
00011      Fee/Employment Applications (Saul Ewing)                                                        Page: 3
03/24/26

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 6.70 | at | 380.00 | = | 2,546.00 |
| Mariam Khoudari | 6.20 | at | 505.00 | = | 3,131.00 |
| Stephen B. Ravin | 0.30 | at | 930.00 | = | 279.00 |
| | | | | CURRENT FEES | 5,956.00 |

TOTAL AMOUNT OF THIS INVOICE          5,956.00



| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4497000 |
| Patrick Wynne | Invoice Date | 03/24/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00012 |

Re:   Fee/Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/03/26 | SBR | Email with client re retention of broker | 0.10 | 93.00 |
| 02/03/26 | MH | Correspondence to Cambridge re: second monthly fee application | 0.10 | 38.00 |
| 02/03/26 | MH | Confer with J. Compitello re: fee applications | 0.40 | 152.00 |
| 02/03/26 | MH | Confer with S. Ravin re: fee applications | 0.10 | 38.00 |
| 02/03/26 | MK | Review numerous correspondence re professional fee reimbursements | 0.20 | 101.00 |
| 02/04/26 | MK | Draft tracker of invoices and payments issued to professionals to date | 0.30 | 151.50 |
| 02/05/26 | MH | Correspondence to client re: Committee first fee application | 0.10 | 38.00 |
| 02/06/26 | MH | Draft Cambridge third monthly fee application | 2.50 | 950.00 |
| 02/10/26 | MH | Draft Murphy second monthly fee application CNO | 0.20 | 76.00 |
| 02/10/26 | MH | Draft Scopelitis second monthly fee application CNO | 0.10 | 38.00 |
| 02/10/26 | MH | Correspondence to S. Ravin, T. Falk, and M. Khoudari re: second monthly fee application CNOs | 0.10 | 38.00 |
| 02/10/26 | MH | Draft Cambridge second monthly fee application CNO | 0.20 | 76.00 |
| 02/10/26 | MH | Correspondence to D. Vogel re: third monthly fee application | 0.10 | 38.00 |
| 02/10/26 | MH | Draft Scopelitis third monthly fee application | 0.30 | 114.00 |
| 02/10/26 | MK | Revise Murphy and Scopeletis CNOs | 0.30 | 151.50 |
| 02/11/26 | MH | Draft Murphy third monthly fee application | 0.50 | 190.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973)286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                             Invoice        4497000

00012      Fee/Employment Applications (Other Professionals)                              Page: 2

03/24/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/11/26 | MH | Confer with M. Khoudari re: monthly fee applications | 0.10 | 38.00 |
| 02/11/26 | MK | Call with M. Hanamirian re professional fees | 0.20 | 101.00 |
| 02/12/26 | MK | Call with B. Cornin to discuss Mazars' January invoice | 0.10 | 50.50 |
| 02/13/26 | MK | Correspond with Cambridge and Saul Ewing teams re December fees | 0.20 | 101.00 |
| 02/16/26 | SBR | Email with counsel re January invoice | 0.10 | 93.00 |
| 02/16/26 | SBR | Email with Forvis re application of retainer to fees | 0.20 | 186.00 |
| 02/16/26 | MK | Correspond with P. Wynne and R. Brogan re January fees | 0.20 | 101.00 |
| 02/16/26 | MK | Call with S. Ravin re January fees | 0.10 | 50.50 |
| 02/16/26 | MK | Revise Cambridge third monthly fee statement | 0.60 | 303.00 |
| 02/16/26 | MK | Revise Murphy third monthly fee statement | 0.50 | 252.50 |
| 02/16/26 | MK | Revise Scopelitis third monthly fee statement | 0.40 | 202.00 |
| 02/16/26 | MK | Correspond with S. Cordera re invoices | 0.20 | 101.00 |
| 02/17/26 | MH | Correspondence to M. Khoudari re: second monthly fee applications | 0.20 | 76.00 |
| 02/17/26 | MH | Revise Murphy second fee application | 0.10 | 38.00 |
| 02/17/26 | MH | Correspondence to M. Khoudari re: finalizing third monthly fee applications | 0.10 | 38.00 |
| 02/17/26 | MH | Correspondence to J. Compitello re: second monthly fee application CNOs | 0.20 | 76.00 |
| 02/17/26 | MH | Correspondence to C. Wilkes re: third monthly fee application | 0.10 | 38.00 |
| 02/17/26 | MH | Correspondence to D. Vogel re: third monthly fee application | 0.10 | 38.00 |
| 02/17/26 | MK | Correspond with S. Cordero re invoices | 0.10 | 50.50 |
| 02/17/26 | MK | Attention to Mazars January invoice and correspondence re same | 0.30 | 151.50 |
| 02/17/26 | MK | Correspond with Cambridge team re third monthly fee statement | 0.10 | 50.50 |
| 02/17/26 | MK | Correspond with B. Cronin re fee statement | 0.10 | 50.50 |
| 02/17/26 | MK | Correspond with J. Gillman re CNOs | 0.20 | 101.00 |
| 02/17/26 | MK | Draft Mazars third monthly fee statement | 1.80 | 909.00 |
| 02/18/26 | SBR | Telephone call with committee counsel | 0.10 | 93.00 |
| 02/18/26 | SBR | Telephone call with accountant re satisfaction of administrative | 0.40 | 372.00 |

396080      P. Judge and Sons, Inc.                                                    Invoice          4497000
00012       Fee/Employment Applications (Other Professionals)                                           Page: 3
03/24/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | claim | | |
| 02/18/26 | SBR | Telephone call with client re accountant's fees | 0.10 | 93.00 |
| 02/18/26 | MH | Draft Mazars second fee application CNO | 0.10 | 38.00 |
| 02/18/26 | MH | Correspondence to M. Khoudari re: CNO for second monthly fee application | 0.10 | 38.00 |
| 02/18/26 | MK | Review CNO re Mazars second fee statement | 0.20 | 101.00 |
| 02/19/26 | MH | Correspondence to C. Wilkes re: third monthly fee application | 0.10 | 38.00 |
| 02/19/26 | MH | Correspondence to J. Compitello re: fee applications | 0.10 | 38.00 |
| 02/19/26 | MK | Revise Mazars third monthly fee statement | 0.10 | 50.50 |
| 02/20/26 | MH | Correspondence to C. Wilkes re: second monthly fee application | 0.10 | 38.00 |
| 02/20/26 | MH | Correspondence to D. Vogel re: second monthly fee application | 0.10 | 38.00 |
| 02/20/26 | MK | Correspond with Mazars re fee statement | 0.30 | 151.50 |
| 02/23/26 | SBR | Review of fee statements for January 2026 | 0.10 | 93.00 |
| 02/23/26 | MH | Finalize Cambridge third monthly fee application | 0.20 | 76.00 |
| 02/23/26 | MH | Finalize Mazars fee application | 0.10 | 38.00 |
| 02/23/26 | MH | Finalize Murphy third monthly fee application | 0.10 | 38.00 |
| 02/23/26 | MH | Finalize Scopelitis third monthly fee application | 0.10 | 38.00 |
| 02/23/26 | MH | Prepare third monthly fee applications for filing | 0.40 | 152.00 |
| 02/23/26 | MH | Draft first interim fee application template for debtors professionals | 0.10 | 38.00 |
| 02/23/26 | MK | Finalize fee statements for filing | 0.50 | 252.50 |

                                                     TOTAL HOURS      15.30


TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Maxwell Hanamirian | 7.20 | at | 380.00 | = | 2,736.00 |
| Mariam Khoudari | 7.00 | at | 505.00 | = | 3,535.00 |
| Stephen B. Ravin | 1.10 | at | 930.00 | = | 1,023.00 |
| | | | CURRENT FEES | | 7,294.00 |

396080      P. Judge and Sons, Inc.                                                Invoice        4497000

00012       Fee/Employment Applications (Other Professionals)                                    Page: 4

03/24/26

TOTAL AMOUNT OF THIS INVOICE        7,294.00



| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4497001 |
| Patrick Wynne | Invoice Date | 03/24/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00013 |

Re:   Financing and Cash Collateral

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/03/26 | SBR | Telephone call with client re requests by committee | 0.10 | 93.00 |
| 02/16/26 | SBR | Telephone call with Cambridge re financing and cash flow | 0.10 | 93.00 |
| | | TOTAL HOURS | 0.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Stephen B. Ravin | 0.20 | at | 930.00 | = | 186.00 |
| | | | | CURRENT FEES | 186.00 |

TOTAL AMOUNT OF THIS INVOICE          186.00

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | 4497002 |
| Patrick Wynne | | Invoice Date | 03/24/26 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00016 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/26 | MH | Correspondence to S. Ravin and T. Falk re: exclusivity motion | 0.10 | 38.00 |
| 02/02/26 | MH | Correspondence to client re: exclusivity motion | 0.10 | 38.00 |
| 02/17/26 | MH | Draft exclusivity CNO | 0.20 | 76.00 |
| 02/18/26 | MK | Revise 365(d)(4) and exclusivity extension proposed orders | 0.40 | 202.00 |
| 02/18/26 | MK | Revise CNOs 365(d)(4) and exclusivity extension (.2); review local rules re proposed orders re same (.2) | 0.40 | 202.00 |
| | | TOTAL HOURS | 1.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 0.40 | at | 380.00 | = | 152.00 |
| Mariam Khoudari | 0.80 | at | 505.00 | = | 404.00 |
| | | | | CURRENT FEES | 556.00 |

TOTAL AMOUNT OF THIS INVOICE     556.00

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973)286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4497003 |
| Patrick Wynne | Invoice Date | 03/24/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00017 |

Re:   Preparation for and Attendance at Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/23/26 | MH | Prepare for hearing on 2.24 | 0.10 | 38.00 |
| | | TOTAL HOURS | 0.10 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 0.10 | at | 380.00 | = | 38.00 |
| | | | | CURRENT FEES | 38.00 |

TOTAL AMOUNT OF THIS INVOICE      38.00

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



**SAUL EWING**
LLP

| | |
|---|---|
| P. Judge and Sons, Inc. | |
| Patrick Wynne | |
| 13 Manor Road | |
| East Rutherford, NJ 07073 | |

| | |
|---|---|
| Invoice Number | 4497004 |
| Invoice Date | 03/24/26 |
| Client Number | 396080 |
| Matter Number | 00018 |

Re:   Relief from Stay and Adequate Protection

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/11/26 | MH | Draft stay relief violation letter | 0.80 | 304.00 |
| 02/11/26 | MH | Correspondence to S. Ravin re: stay relief letter | 0.10 | 38.00 |
| 02/11/26 | MH | Finalize stay letter | 0.30 | 114.00 |
| 02/20/26 | TNF | Call with M Hanamirian re: stay violation letters | 0.20 | 109.00 |
| 02/20/26 | TNF | Prepare stay violation letter | 0.10 | 54.50 |
| 02/20/26 | MH | Confer with T. Falk re: stay letter | 0.30 | 114.00 |
| 02/20/26 | MH | Draft stay letter | 0.50 | 190.00 |
| 02/20/26 | MH | Correspondence to T. Falk re: stay letter | 0.10 | 38.00 |
| 02/20/26 | MH | Finalize stay relief letter | 0.20 | 76.00 |
| 02/20/26 | MH | Correspondence to M. Ehalt re: automatic stay | 0.10 | 38.00 |
| | | | TOTAL HOURS   2.70 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.30 | at | 545.00 | = | 163.50 |
| Maxwell Hanamirian | 2.40 | at | 380.00 | = | 912.00 |
| | | | | CURRENT FEES | 1,075.50 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                       Invoice        4497004

00018       Relief from Stay and Adequate Protection                                     Page: 2

03/24/26

TOTAL AMOUNT OF THIS INVOICE          1,075.50



| | | | |
|---|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4497005 |
| Patrick Wynne | Invoice Date | 03/24/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00020 |

Re:   UST Reports & Meetings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/04/26 | SBR | Telephone call with client re preparation for 341 | 0.30 | 279.00 |
| 02/04/26 | SBR | Email with parties re 341 meeting | 0.10 | 93.00 |
| 02/04/26 | TNF | Call with P. Wynne, J. Compitello, legal team re: 341 meeting | 0.40 | 218.00 |
| 02/04/26 | MH | Correspondence to UST re: driver's license and passport for 341 meeting | 0.20 | 76.00 |
| 02/04/26 | MH | Prepare client for 341 meeting | 0.40 | 152.00 |
| 02/04/26 | MH | Correspondence to client re: 341 meeting | 0.20 | 76.00 |
| 02/04/26 | MH | Correspondence to client re: 341 documents | 0.10 | 38.00 |
| 02/04/26 | MK | Attend 341 meeting preparation call | 0.40 | 202.00 |
| 02/04/26 | MK | Correspond with Saul Ewing team re December MORs | 0.20 | 101.00 |
| 02/06/26 | MH | Confer with M. Khoudari re: MORs | 0.20 | 76.00 |
| 02/06/26 | MH | Analyze correspondence from UST re: 341 meeting | 0.10 | 38.00 |
| 02/06/26 | MH | Correspondence to client re: 341 meeting | 0.10 | 38.00 |
| 02/06/26 | MH | Correspondence to J. Compitello re: 341 meeting | 0.10 | 38.00 |
| 02/06/26 | MH | Confer with M. Khoudari re: monthly operating reports | 0.10 | 38.00 |
| 02/06/26 | MH | Finalize MORs | 1.40 | 532.00 |
| 02/06/26 | MK | Call with M. Hanamirian re MORs and 341 meeting | 0.20 | 101.00 |
| 02/06/26 | MK | Review and revise Debtors' December MORs | 2.40 | 1,212.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080     P. Judge and Sons, Inc.                                    Invoice          4497005

00020      UST Reports & Meetings                                                      Page: 2

03/24/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/08/26 | MH | Correspondence to client re: 341 meeting preparation | 0.10 | 38.00 |
| 02/08/26 | MH | Prepare for 341 meeting | 0.50 | 190.00 |
| 02/08/26 | MK | Revise December MORs and correspond with client re same | 0.70 | 353.50 |
| 02/09/26 | MH | Correspondence to client re: 341 meeting preparation | 0.10 | 38.00 |
| 02/09/26 | MH | Confer with S. Ravin re: 341 meeting | 0.10 | 38.00 |
| 02/09/26 | MH | Participate in 341 meeting | 1.30 | 494.00 |
| 02/09/26 | MK | Attend 341 meeting | 1.30 | 656.50 |
| 02/20/26 | MH | Analyze correspondence from S. Ravin re: UST fees | 0.10 | 38.00 |
| 02/20/26 | MH | Correspondence to J. Compitello re: UST fees | 0.30 | 114.00 |
| 02/20/26 | MH | Correspondence to J. Compitello re: UST fees follow up | 0.10 | 38.00 |

                                              TOTAL HOURS      11.50

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Turner N. Falk | 0.40 | at | 545.00 | = | 218.00 |
| Maxwell Hanamirian | 5.50 | at | 380.00 | = | 2,090.00 |
| Mariam Khoudari | 5.20 | at | 505.00 | = | 2,626.00 |
| Stephen B. Ravin | 0.40 | at | 930.00 | = | 372.00 |

                                              CURRENT FEES      5,306.00

                          TOTAL AMOUNT OF THIS INVOICE          5,306.00