## EXHIBIT C

## Detail Time Entries by Category

57512676.1



## Cambridge
### Financial Services

February 28, 2026

The Judge Organization DIP
13 Manor Road
East Rutherford, NJ 07073

Invoice #   23639

FOR CONSULTING SERVICES DURING THE PERIOD:   2/1/2026   TO   2/28/2026

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2026 | JC | UST Reports Meetings- Review data for December MOR report Vendor Payments 1/01-1/31 Finacail P&L December month/ytd | 1.00 400.00/hr | 400.00 |
| | JC | UCC Credit Committee- Variance Report 1/1-1/31 Up Date Cash Flow Report Review financials re: major variances | 2.00 400.00/hr | 800.00 |
| | JC | Business Operations- Indentify Jan Vendor Ach's - Update Budget Confirm cash receipts-Payment schedule | 1.30 400.00/hr | 520.00 |
| 2/3/2026 | JC | UST Reports Meetings- December MOR report  Mazars Status of December Month | 0.80 400.00/hr | 320.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule East Coast Warehouse access to Data Room Review data request-Identify sensitive data-competitive information-customer revenue/profitability Identify submitted professional fees for December-Cash Flow Forecast 1/31 extended thru 4/4/26 | 2.50 400.00/hr | 1,000.00 |
| 2/4/2026 | NBJ | BUSINESS OPERATIONS: review correspondences on payments/ draft correspondence on updates/ review variance reports/ edit same | 2.20 500.00/hr | 1,100.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Conference call RE: 341 Hearing Preparations Discussions with First Business Reserves: Approval to release pre-petition reserves. Request post petition monies to cover UCC and Mazars Fees Confirm receipt of Consolidated Year End Financials | 2.00 400.00/hr | 800.00 |
| | JC | UST Reports Meetings- Confirm status of MOR report. Review P&L Discuss January Vendor Payments : Critical vendor payments Discuss 341 Hearing Preparation | 1.30 400.00/hr | 520.00 |
| | JC | UCC Credit Committee- Submit Variance Report 1/01-1/31 | 1.00 400.00/hr | 400.00 |
| 2/5/2026 | NBJ | BUSINESS OPERATIONS: review variance report on cash flow/review correspondences on suitors/ draft correspondence on updates | 1.70 500.00/hr | 850.00 |

The Judge Organization DIP                                                          Page     2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2026 | JC | Business Operations- Review cash Flow-Update priorities Discuss with Mazars December month / 2025 Consolidated Report; Status of MOR, | 1.10 400.00/hr | 440.00 |
| | JC | UCC Credit Committee- Review and Submit UCC Bank details for period 11/15-1/31 Discuss with First Business data requested-extent-timing Respond to inquires re: variance report-Loss revenue Ending Cash end of period | 2.80 400.00/hr | 1,120.00 |
| 2/6/2026 | JC | Business Operations- Review cash Flow-Update priorities Review with First Business UCC Data request Confirm data for all entities Review Outstanding invoices per Wells Fargo-Identify pre-post petition invoices-validate | 2.00 400.00/hr | 800.00 |
| | JC | UCC Credit Committee- Quantitate December invoices paid in January re: Variance Report | 2.10 400.00/hr | 840.00 |
| | JC | UST Reports Meetings- Prepare Vendor Payment Report 1/1-1/31 /by Business Entity due with January MOR | 1.50 400.00/hr | 600.00 |
| 2/9/2026 | JC | Business Operations- Review cash Flow-Update priorities Review data for 341 Conference call w/ Trustees and creditors Current status of business; projected Cash Flow; Reporting review of Statements and Schedules | 1.30 400.00/hr | 520.00 |
| | JC | UCC Credit Committee- Review DIP Financing w/ First Business Variance report Jan. actual vs Forecast | 1.30 400.00/hr | 520.00 |
| | JC | UST Reports Meetings- Prepare and participate in 341 Conference call w/ trustee owners/creditors | 2.20 400.00/hr | 880.00 |
| 2/10/2026 | NBJ | CREDIT COMMITTEE ADMINISTRATION: review inquiries of DIP financing by UCC/ review bank reports / conference w/UCC on same | 1.50 500.00/hr | 750.00 |
| | JC | Business Operations Review- cash Flow-Update priorities Review January results and impact on operations. Variance against forecast . Vendor payments missed post petition: Equipment leases rentals; Analyze revenue shortfall in January. Weather related vs seasonal impact on cash flow forecast. | 2.00 400.00/hr | 800.00 |
| | JC | UCC Credit Committee - Respond to inquires re: First Business DIP financing Review cash flow/ fees/reserves | 1.40 400.00/hr | 560.00 |
| | JC | UST Reports Meetings- Review Zoom call w/ Trustee re 341 | 1.00 400.00/hr | 400.00 |
| 2/11/2026 | JC | Business Operations- Review cash Flow-Update priorities Communicate with Pre-Post petition vendor claims. Review fees/ expenses/ committed leases/ loans Categorize expenses by category/ by vendor- Great American workers Comp policy expiration 3/15. Alternative bids/ expected down payment required. | 2.30 400.00/hr | 920.00 |

Cambridge
Financial Services

The Judge Organization DIP                                              Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2026 | JC | UCC Credit Committee- Conference call w/ First Business reviewing detailed reports re: purchases/funding/fees/reserves w/ DIP Resubmit cash flow : Reserves | 1.10 400.00/hr | 440.00 |
| | JC | UST Reports Meetings- Review and forward for each entity Vendor payments Jan 1-31. Highlight December payments included. | 1.40 400.00/hr | 560.00 |
| 2/12/2026 | JC | Business Operations- Review cash Flow-Update priorities Confirm and review projected professional fees to be paid 2/13-2/20. Impact on cash flow. Critical vendors re: Insurance Bristol Lease extension: proposed terms | 1.90 400.00/hr | 760.00 |
| | JC | UCC Credit Committee- Review additional requests for data from First Business Up data/ discuss with First Business management | 1.50 400.00/hr | 600.00 |
| | JC | UST Reports Meetings- Confirm approval of submitted Professional fees for month of December. | 1.40 400.00/hr | 560.00 |
| 2/13/2026 | JC | Business Operations- Review cash Flow-Update priorities Identify Equipment Leases/ Rentals by category by CompanyEquipment leases purchase vs rental | 1.60 400.00/hr | 640.00 |
| | JC | UCC Credit Committee-Up date consolidated cash flow: Week of 1/04-1/10 570,000 non factored. Reserve withdrawal of 125,000 | 1.30 400.00/hr | 520.00 |
| | JC | UST Reports Meetings- Approval Cambridge December fees. Authorize payment after allocation of remaining available retainer monies. | 1.30 400.00/hr | 520.00 |
| 2/16/2026 | JC | Business Operations- Review cash Flow-Update priorities Identify Equipment Leases/ Rentals by category by Company Workers Comp contract expiration 3/15. Alternative bid-loss Run data-Claims- current policy | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Variance report : Action Collections 2/15 MTD  vs forecast | 1.00 400.00/hr | 400.00 |
| | JC | UST Reports Meetings- Mazars professional fee payment: utilization of Retainer Review approved Professional fees to be paid | 1.40 400.00/hr | 560.00 |
| 2/17/2026 | JC | Business Operations- Review cash Flow-Update priorities List of undocumented expense claims, Savannah operating Leases not included in the payment process. Delinquent payments +20k. | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee - Review variance report re: cash collections. Utilization ofReserves- Pre and Post to meet cash requirements. Revenue reductions in Savannah- Loss of WH clients-Reductions in IP trucking | 1.60 400.00/hr | 640.00 |
| | JC | UST Reports Meetings- December professional fees approved and to be paid. Mazar utilization of 75K retainer for current fees to be reviewed by attorneys. | 0.90 400.00/hr | 360.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP

Page    4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/18/2026 | JC | Business Operations- Review cash Flow-Update priorities Review and confirm weekly payrolls and O/O fees Due Diligence request list from East Coast Warehouse Confirm data requested and expected response date Follow-up call Friday 2/7 11. AM Outstanding issues regarding Bristol Lease extension Workers Comp Contract renewal- data retention; Loss Run Report; Current collector retention Meet w/ XTRA Leasing : Regional Manager/VP | 2.70 400.00/hr | 1,080.00 |
| | JC | UCC Credit Committee -Follow-up re: Variance report collections vs forecast Utilization of Reserve funds | 1.30 400.00/hr | 520.00 |
| | JC | UST Reports-Meetings MOR Report due 2/20 | 0.60 400.00/hr | 240.00 |
| 2/19/2026 | JC | Business Operations- Review cash Flow-Update priorities Unscheduled payments: Savannah Equipment Confirm meeting requirements for First Business call 3/3 Decisions utilize reserve funds each week to maintain available cash Conference call w/ owners re: Bristol Lease extension. Decision to utilize attorneys to : 234K security deposit General ledger payments through 2/14 Discuss w/ Owners terms for Bristol and  Savannah financials Research/prepare response to East Coast Due Diligence list | 2.80 400.00/hr | 1,120.00 |
| | JC | UCC Credit Committee - Confirm 20K payment to UCC account | 0.60 400.00/hr | 240.00 |
| | JC | UST Reports Meetings- MOR Report/ Co Mazars outlining 50/75 of retainer for current expenses Retain 25 until termination of filing | 0.80 400.00/hr | 320.00 |
| 2/20/2026 | JC | Business Operations- Review cash Flow-Update priorities Collect/Review and present data to complete Due Diligence Request for East Coast Warehouse Complete presentation / response: forward to East Coast end of day Discuss with Savannah results and immediate forecast Feb-March | 2.10 400.00/hr | 840.00 |
| | JC | UCC Credit Committee- Review weekly revenue vs forecast Impact of billing revenue shortfall | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- Review weekly General Ledger-Vendor payments | 5.70 400.00/hr | 2,280.00 |
| 2/23/2026 | JC | Business Operations-Review cash Flow-Update priorities-snow emergency Update actual Feb Month cash Flow w/ updated funding data First Business Receipts/Disbursements Confirm major issue w./ Savannah Trucking First Business Purchases : 2/10 mtd General Ledger MTD | 2.20 400.00/hr | 880.00 |
| | JC | UCC Credit Committee- Variance report actual vs forecast for month of February Complete through 2/20 | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- Vendor Payments through General Ledger through 2/20 | 0.60 400.00/hr | 240.00 |



Cambridge
Financial Services

The Judge Organization DIP

Page   5

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/24/2026 | JC | Business Operations- Review cash Flow-Update priorities East Coast Due Diligence follow-up. Impact of Port Closing due to Snow Emergency Access reserves due to anticipated cash shortfall | 2.30 400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Discuss negative revenue variance for period 2/1-2/14 Review options to meet cash flow demand. | 1.00 400.00/hr | 400.00 |
| | JC | UST Reports Meetings- Confirm Professional fees approved. Review and authorize payments by 2/27. Research Trustees fees for 12/31 | 0.60 400.00/hr | 240.00 |
| 2/25/2026 | NBJ | COMMITTEE ADMINISTRATION: review correspondences on cash flow update/ review revise cash flow/ conference on format/ conference w/UCC | 1.30 500.00/hr | 650.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Review payroll payments for week ending 2/27. Identify key vendors payment plans. Discuss impact of total Healthcare monthly payments Review process for Workers Comp. Insurance renewal 3/15 | 1.90 400.00/hr | 760.00 |
| | JC | UCC Credit Committee- Discuss current and projected reserve accounts- Pre and Post petition. Verify with First Business disbursements/ fees process for releasing reserve funds | 1.10 400.00/hr | 440.00 |
| | JC | UST Reports Meetings- Update Feb Vendor Payment detail by Business Unit | 0.70 400.00/hr | 280.00 |
| 2/26/2026 | JC | Business Operations- Review cash Flow-Update priorities Discuss with Reliance Insurance status of Workers Comp solicitation process. Balance due Great American 2025-26. Discuss cash demands for renewal-down payment-collateral. Discuss Carolina Insurance Liability Insurance and accruals held against past claims. Discuss outstanding balance 2023-24. Review loss time / payroll/ current claims open . Review requirement-data  for competitive bids Prepare for call w/ East Coast Warehouse Review Feb financials re: net loss | 3.30 400.00/hr | 1,320.00 |
| | JC | UCC Credit Committee- Up date status of cash flow; sale process; utilization of reserves | 0.80 400.00/hr | 320.00 |
| 2/27/2026 | NBJ | BUSINESS OPERATIONS: prep for East Coast call/ conference w/East Coast /client | 1.60 500.00/hr | 800.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Review and participate in call with East Coast Warehouse Discuss facilities/personnel/ customers/ potential synergies Schedule follow-up re: Due Diligence-Site visits Discuss with HB Insurance details re: Workers Comp Renewal proposal. Share all data and discuss current status of Company/Bankruptcy Identify additional data needed to complete proposal Discuss with First Business Feb results. Schedule call with Mazars recognition of Professional Fees. Review initial monthly results for each companyReview Professional fees submitted and approved | 3.50 400.00/hr | 1,400.00 |

**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                       Page   6

|              |    | | Hrs/Rate | Amount |
|--------------|----|--------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|              |    | Post Petition. Confirm payment date. Review status of Retainers Discuss w/ Mazars status of Jan MOR due to Court on the 20Th Schedule follow-up with First Business re: financials |          |        |
| 2/27/2026    | JC | UST Reports Meetings- Request and review month end General Ledger for Vendor Payments 2/1-2/28 | 0.30 400.00/hr | 120.00 |
|              |    | For professional services rendered | 98.90 | $40,390.00 |



Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Case Administration | 0 | $0 |
| 2. | Financing and Cash Flow | 0 | $0 |
| 3. | Business Operations | 49.10 | $20,190.00 |
| 4. | Fee Application | 0 | $0 |
| 5. | Creditors Inquires | 0 | $0 |
| 6. | UST Reports Meetings | 23.50 | $9,400.00 |
| 7. | Litigation | 0 | $0 |
| 8. | Statements & Schedules | 0 | $0 |
| 9. | Credit Committee Administration | 26.30 | $10,800.00 |
| 10. | Mileage | 0 | $0 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total: |  |  |
|  |  | Grand Total | $40,390.00 |
|  |  | 80% of Total Compensation | $32,312.00 |
|  |  |  |  |



Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com