| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> ***Caption in Compliance with D.N.J. LBR 9004-1(b)*** <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:  stephen.ravin@saul.com <br> turner.falk@saul.com <br> maxwell.hanamirian@saul.com <br><br> *Counsel to the Debtors and Debtors in Possession* | Chapter 11 <br><br> Case No. 25-22123 (JKS) <br><br> (Jointly Administered) |
| In re: <br><br> PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, <br><br>            Debtors.[1] | OBJECTION DEADLINE: <br><br> **April 14, 2026** |

**NOTICE OF FOURTH MONTHLY FEE STATEMENT
OF MURPHY SCHILLER & WILKES LLP, SPECIAL
COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026</u>**

**PLEASE TAKE NOTICE** that in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "<u>Interim Compensation Order</u>"), Murphy Schiller & Wilkes LLP ("<u>Murphy</u>"), special counsel to the above-captioned debtors (the

---

[1]    The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57545078.1

"Debtors"), has filed the attached monthly fee statement (the "Monthly Fee Statement") for the period from February 1, 2026 through February 28, 2026 with the United States Bankruptcy Court for the District of New Jersey.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Monthly Fee Statement shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by **April 14, 2026**.

Dated: March 25, 2026                     **SAUL EWING LLP**

                                          By: */s/ Stephen B. Ravin*
                                          Stephen B. Ravin, Esquire
                                          Turner N. Falk, Esquire
                                          One Riverfront Plaza
                                          1037 Raymond Blvd., Suite 1520
                                          Newark, NJ 07102-5426
                                          Telephone: (973) 286-6714
                                          E-mail:stephen.ravin@saul.com
                                                  turner.falk@saul.com

                                          -and-

                                          Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
                                          1735 Market Street, Suite 3400
                                          Philadelphia, PA 19103-7504
                                          E-mail: maxwell.hanamirian@saul.com

                                          *Counsel for Debtors and Debtors in Possession*

57545078.1