**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
           turner.falk@saul.com
           maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**FOURTH MONTHLY FEE STATEMENT OF MURPHY SCHILLER & WILKES LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Murphy Schiller & Wilkes LLP ("**Murphy**" or the "**Applicant**"), special counsel to the debtors and debtors-in-possession (the "**Debtors**"), hereby

---

[1]     The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57545078.1

applies to the Court for its fourth monthly fee statement for professional services rendered and reimbursement of actual and necessary expenses incurred for the period February 1, 2026 through February 28, 2026 (the "**Application Period**") in connection with its retention as counsel to the Debtors and in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order").  Murphy requests authorization to be paid by the Debtors $7,176.00 (which is 80% of $8,970.00) and $2,800.00 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Murphy Schiller & Wilkes LLP Effective as of November 14, 2025* [D.I. 82].  Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request.  Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period.  In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

## CATEGORY 1: REAL ESTATE.

This category includes all matters relating to the Debtors' real estate.  Time in this category includes addressing lease issues, and handling landlord-tenant litigation.  Murphy spent 21.3 hours of attorney time on the foregoing services.  Said services have a value of $8,970.00 for which Murphy is seeking compensation.

| Real Estate | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Charles J. Wilkes | Partner | 1.5 | $675.00 |
| Sean Callahan | Partner | 15.7 | $7,065.00 |
| Jacqueline N. Candella | Associate | 4.1 | $1,230.00 |
| **Total** | | **21.3** | **$8,970.00** |

57545078.1

**<u>EXPENSES</u>**.

Murphy seeks $2,800.00 in expenses incurred during the Application Period for an asset search.

[*Remainder of page left intentionally blank*]

57545078.1

**WHEREFORE**, Murphy respectfully requests authorization to be paid by the Debtors $7,176.00 (which is 80% of $8,970.00) for legal services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $2,800.00 in expenses incurred during the Application Period.

Dated: March 25, 2026 **SAUL EWING LLP**

By:*/s/ Stephen B. Ravin*
    Stephen B. Ravin, Esquire
    Turner N. Falk, Esquire
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6714
    E-mail:stephen.ravin@saul.com
        turner.falk@saul.com

    -and-

    Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
    1735 Market Street, Suite 3400
    Philadelphia, PA 19103-7504
    E-mail: maxwell.hanamirian@saul.com

    *Counsel for Debtors and Debtors in Possession*

4