## EXHIBIT C

## Detail Time Entries by Category

57545078.1

**Murphy Schiller & Wilkes LLP**
One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

# INVOICE

**Date:** 02/28/2026
**Invoice #:** 18470
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 03/09/2026 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|------|------|---------|-------|------|--------|
| 02/11/2026 | SCC | B110-B110-Case Administration<br>Research regarding Paracha Brothers and Guarantor for identifying information including business type, registered agent, corporate status, EIN, website and phone numbers, emails and social security information for asset search company. | 1.20 | $450.00 | $540.00 |
| 02/11/2026 | SCC | B110-B110-Case Administration<br>Draft and revise litigation status update to client. | 0.20 | $450.00 | $90.00 |
| 02/12/2026 | SCC | B110-B110-Case Administration<br>Review and analysis of Pleadings, Motion Practice, Arbitration Awards, Lease Materials and correspondence to outline witnesses and trial preparation required in advance of 2/25 trial setting; evaluate settlement potential given offers with extended payback periods. | 2.90 | $450.00 | $1,305.00 |
| 02/12/2026 | SCC | B110-B110-Case Administration<br>Phone conference with Asset Search company and review fee schedules and retainer agreement . | 1.00 | $450.00 | $450.00 |
| 02/14/2026 | SCC | B110-B110-Case Administration<br>Review and analysis of email from asset search company regarding any recorded judgements and communicate with same after review of docket for arbitration awards and explanation regarding no recorded judgments. | 0.60 | $450.00 | $270.00 |

| 02/16/2026 | SCC | B110-B110-Case Administration | 1.80 | $450.00 | $810.00 |
|---|---|---|---|---|---|

Communicate with asset search company regarding information from pending litigation involving Paracha (company or individual) generally or recently disposed of litigation involving same.

| 02/17/2026 | SCC | B110-B110-Case Administration | 0.50 | $450.00 | $225.00 |
|---|---|---|---|---|---|

Communicate with counsel for tenant regarding court requirement for support for adjournment and new dates to propose for rescheduled date.

| 02/18/2026 | SCC | B110-B110-Case Administration | 1.10 | $450.00 | $495.00 |
|---|---|---|---|---|---|

Address issues with adjournment of trial date; phone conference with counsel for tenant regarding same; email and phone conference with client regarding witness availability in an effort to secure adjournment.

| 02/20/2026 | SCC | B110-B110-Case Administration | 0.40 | $450.00 | $180.00 |
|---|---|---|---|---|---|

Communicate with tenant's counsel via email and phone conferences regarding settlement negotiations and adjournment of trial.

| 02/26/2026 | SCC | B110-B110-Case Administration | 0.30 | $450.00 | $135.00 |
|---|---|---|---|---|---|

Communicate with asset search company via email and phone call on results.

| 02/27/2026 | SCC | B110-B110-Case Administration | 0.60 | $450.00 | $270.00 |
|---|---|---|---|---|---|

Communicate with tenant's counsel via emails and phone conference on continuing settlement talks.

| 02/27/2026 | SCC | B110-B110-Case Administration | 0.60 | $450.00 | $270.00 |
|---|---|---|---|---|---|

Communicate with asset search company via email exchanges and phone conference regarding results of search.

| **For professional services rendered** | **11.20** | | **$5,040.00** |
|---|---|---|---|

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/2026 | KM | E124-Other<br>Fee for asset search | 1 | $2800.00 | $2,800.00 |

| **Total additional charges** | **$2,800.00** |
|---|---|

| **Invoice Amount** | **$7,840.00** |
|---|---|

| **Remaining Balance** | **$7,840.00** |
|---|---|

| **Retainer Balance (as of 03/09/2026)** | **$0.00** |
|---|---|

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Sean Callahan | 11.20 | $450.00 | $5,040.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 02/28/2026
**Invoice #:** 18471

**Matter:** Pride Express, Inc.
**File #:** 00728

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 03/23/2026 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/2026 | CJW | Confer with S. Callahan re: status; email to S. Callahan and B. Forrest re: information subpoena. | 0.50 | $450.00 | $225.00 |
| 02/10/2026 | AJP | L250-Other Written Motions and Submissions Reviewed prior court submissions and orders to identify necessary information for drafting writ of execution for seizure of debtor's property | 0.90 | $300.00 | $270.00 |
| 02/10/2026 | AJP | L250-Other Written Motions and Submissions Researched New Jersey Court Rules regarding procedural requirements and post-judgment interest calculations in preparation for drafting a writ of execution to seize debtor's property. | 0.70 | $300.00 | $210.00 |
| 02/10/2026 | AJP | L250-Other Written Motions and Submissions Drafted writ of execution to seize debtor's property and corresponding certification of interest calculation. | 1.70 | $300.00 | $510.00 |
| 02/11/2026 | SCC | B110-B110-Case Administration Draft and revise Writ of Execution. | 0.60 | $450.00 | $270.00 |

| 02/20/2026 | AJP | L310-Written Discovery | 0.40 | $300.00 | $120.00 |
| | | Drafted information subpoena to Pride Express, Inc. | | | |
| 02/20/2026 | AJP | L310-Written Discovery | 0.40 | $300.00 | $120.00 |
| | | Drafted information subpoena to Gustavo Viera. | | | |
| 02/23/2026 | SCC | B110-B110-Case Administration | 0.80 | $450.00 | $360.00 |
| | | Draft and revise information subpoenas. | | | |

**For professional services rendered**          **6.00**          **$2,085.00**

**Invoice Amount**          **$2,085.00**

**Remaining Balance**          **$2,085.00**

**Retainer Balance (as of 03/23/2026)**          **$0.00**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Anthony Passela | 4.10 | $300.00 | $1,230.00 |
| Charles Wilkes | 0.50 | $450.00 | $225.00 |
| Sean Callahan | 1.40 | $450.00 | $630.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 02/28/2026
**Invoice #:** 18472
**Matter:** US One Trucking Inc.
**File #:** 3711

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 03/09/2026 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|------|---|---------|-------|------|--------|
| 02/09/2026 | CJW | Confer with S. Callahan re: status and next steps; review motion to dismiss filed by US One. | 1.00 | $450.00 | $450.00 |
| 02/10/2026 | SCC | B110-B110-Case Administration Phone conference with client regarding designated deponent. | 0.50 | $450.00 | $225.00 |
| 02/12/2026 | SCC | B110-B110-Case Administration Communicate with tenant's counsel via email and phone conference regarding scheduling depositions. | 0.40 | $450.00 | $180.00 |
| 02/17/2026 | SCC | B110-B110-Case Administration Communicate with counsel for tenants via email exchange regarding deposition confirmation. | 0.20 | $450.00 | $90.00 |
| 02/17/2026 | SCC | B110-B110-Case Administration Communicate with client via email exchanges regarding deponent and scheduling; review and analysis of outstanding A/R. | 0.40 | $450.00 | $180.00 |
| 02/18/2026 | SCC | B110-B110-Case Administration Review discovery exchanged between parties for identification of necessary witnesses on both side for deposition; emails and phone conference with counsel for tenant to set deposition deadlines. | 1.60 | $450.00 | $720.00 |

| | | **For professional services rendered** | **4.10** | | **$1,845.00** |

**Invoice Amount**                                               **$1,845.00**

**Remaining Balance Due**                                        **$1,845.00**

_____

_____

**Retainer Balance (as of 03/09/2026)**                            **$0.00**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 1.00 | $450.00 | $450.00 |
| Sean Callahan | 3.10 | $450.00 | $1,395.00 |