## EXHIBIT C

### Detail Time Entries by Category

57545075.1

# Scopelitis
### Garvin Light Hanson & Feary

Please reference
INVOICE #
with remittance.

Accounting Office
10 West Market Street, Suite 1400
Indianapolis, IN  46204
Phone: (317) 492-9350

| | |
|---|---|
| **Port Elizabeth Terminal & Warehouse** | **March 11, 2026** |
| **Mariam Khoudari** | **Invoice #:  589173** |
| **13 Manor Road** | **Client Code:  CH0409** |
| **East Rutherford, NJ  07073** | **Matter Code:  00010** |
| | **Billed Through:  02/28/26** |

---

***Matter***   **00010**          **Special Counsel Advice - Employee Benefits and Pensions**

## *PROFESSIONAL SERVICES*

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/26 | DJV | Telephone conference with M. Wynne regarding layoffs; review and revise draft e-mail to union; receive and initial review of Trust Agreement. | 0.40 @ | $625.00/hr | $250.00 |
| 02/02/26 | DJV | Exchange correspondence with Arbitrator and bankruptcy counsel regarding arbitration hearing. | 0.30 @ | $625.00/hr | $187.50 |
| 02/20/26 | DJV | Receive and review correspondence regarding latest union grievance over contributions for two employees. | 0.20 @ | $625.00/hr | $125.00 |
| 02/23/26 | DJV | Review and analysis of interchange agreement; provide comments to client representatives. | 0.80 @ | $625.00/hr | $500.00 |
| | | **Total Professional Services** | | | **$1,062.50** |

## *TIMEKEEPER SUMMARY FOR THIS MATTER*

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Vogel, Donald J. | 1.70 @ | $625.00/hr | $1,062.50 |
| **Total Professional Services** | | | **$1,062.50** |

Matter Credit Balance Total:          $5,370.41

**Port Elizabeth Terminal & Warehouse**                                                                 **Page: 2**
**Invoice #:  589173**                                                                                  **Client #: CH0409**

### *INVOICE SUMMARY*

| | | |
|---|---|---|
| Total Professional Services | $ | 1,062.50 |
| **Total of New Charges for this Invoice** | **$** | **1,062.50** |

**Port Elizabeth Terminal & Warehouse**                                                                **Page: 3**
**Invoice #:  589173**                                                                                     **Client #: CH0409**

---

OUTSTANDING INVOICE DETAIL AS OF:  03/11/26

| Invoice | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| 583816 | 12/11/25 | 2,125.00 | 1,700.00 | $425.00 |
| 584957 | 01/09/26 | 6,250.00 | 5,000.00 | $1,250.00 |
| 586830 | 02/10/26 | 3,187.50 | 0.00 | $3,187.50 |
| | **TOTALS** | **11,562.50** | **6,700.00** | **$4,862.50** |

**TOTAL PRIOR DUE BALANCE**                                                            **$4,862.50**

**TOTAL CURRENT INVOICE**                                                              **$1,062.50**

**TOTAL AMOUNT DUE**                                                                   **$ 5,925.00**

Services In California Provided By Scopelitis, Garvin, Light, Hanson & Feary, LLP
Services In Michigan Provided By Scopelitis, Garvin, Light, Hanson & Feary, PLLC
All Other Services Provided By Scopelitis, Garvin, Light, Hanson & Feary, PC

**PAYMENT IS DUE UPON RECEIPT IN U.S. DOLLARS.  A FINANCE CHARGE WILL BE ASSESSED AT THE RATE OF 1.0% PER MONTH (APR 12%) ON ANY BALANCE UNPAID AFTER 30 DAYS.YOU MAY REMIT PAYMENT ONLINE AT WWW.SCOPELITIS.COM/PAYMENTS**