## **EXHIBIT C**

## **Detail Time Entries by Category**

57546670.1

**forv/s mazars**

Judge Organization, LLC et. al.
Attn: Richard Brogan
13 Manor Road
East Rutherford NJ 07073

| | |
|---|---|
| Date: | 3/10/2026 |
| Page: | 1 |
| Client No: | 2621202 |
| Invoice No: | 2828226 |

| | |
|---|---|
| For professional services rendered February 1st - February 28th<br>• Amex Shipping Agent | $ 12,365.06 |
| For professional services rendered February 1st - February 28th<br>• Judge Organization, LLC | 7,917.26 |
| For professional services rendered February 1st - February 28th<br>• Judge Warehousing, LLC | 16,343.78 |
| For professional services rendered February 1st - February 28th<br>• P. Judge & Sons, Inc. | 19,345.46 |
| For professional services rendered February 1st - February 28th<br>• P. Judge and Sons Trucking, LLC | 12,808.69 |
| For professional services rendered February 1st - February 28th<br>• Port Elizabeth Terminal & Warehouse Corp | 18,786.08 |
| | 1,500.00 |
| >> Fees related to dataroom access through February 2026 $500 per month | |
| Invoice Total | $ 89,066.33 |

P. Judge & Sons, Inc.

Invoice No:  2828226

Page:  2

| 0-30 | 31-60 | 61-90 | Over 90 | Balance |
|---|---|---|---|---|
| 173,857.77 | 0.00 | 0.00 | 0.00 | 173,857.77 |

Invoices are due upon receipt and assessed a finance charge after 32 days past due unless detailed in engagement letter.
Payment options are included below. Please reference the client and invoice number with your payment.

**Through Client Payment Portal at:**
https://www.e-billexpress.com/ebpp/ForvisMazars/Login/Index

**Forvis Mazars LLP**
**By ACH or WIRE to either account:**
Bank: Wells Fargo ABA: 121000248
Account: 2000019793733
**OR**
Bank: Wells Fargo ABA: 121000248
Account: 4556643740

By mail to either of the following addresses:
Forvis Mazars LLP
PO Box 602828
Charlotte, NC 28260-2828
**OR**
Forvis Mazars LLP
PO Box 200870
Dallas, TX 75320-0870

Summary of Fees - By Entity and Category

| Client Name | Category | Staff Name | Sum of Hours | Sum of Amount Final |
|---|---|---|---|---|
| | | | Data | |
| Amex Shipping Age | Business Operations | Celis, Hilary | 2.75 | 924.00 |
| | | Cordero, Sofia | 2.00 | 1,648.50 |
| | | Kiriella, Maduka | 9.00 | 3,402.00 |
| | | Shah, Paru | 1.25 | 770.44 |
| | | Sheridan, William M | 5.50 | 2,829.75 |
| | Business Operations Total | | 20.50 | 9,574.69 |
| | UST Reports & Meetings | Celis, Hilary | 0.50 | 168.00 |
| | | Cronin, Brendan | 2.33 | 1,345.58 |
| | | Hamernik, Kevin J | 0.60 | 437.85 |
| | | Mejia, Antonio | 0.50 | 57.75 |
| | | Unkles, Edward | 0.60 | 292.95 |
| | UST Reports & Meetings Total | | 4.53 | 2,302.13 |
| | Asset Disposition | Unkles, Edward | 1.00 | 488.25 |
| | Asset Disposition Total | | 1.00 | 488.25 |
| Amex Shipping Agent, Inc. Total | | | 26.03 | 12,365.06 |
| Judge Organization | Business Operations | Cordero, Sofia | 1.00 | 824.25 |
| | | Hamernik, Kevin J | 0.50 | 364.88 |
| | | Kiriella, Maduka | 2.50 | 945.00 |
| | | Shah, Paru | 5.00 | 2,992.50 |
| | | Sheridan, William M | 3.00 | 1,543.50 |
| | Business Operations Total | | 12.00 | 6,670.13 |
| | UST Reports & Meetings | Celis, Hilary | 0.50 | 168.00 |
| | | Cronin, Brendan | 1.25 | 721.88 |
| | | Hamernik, Kevin J | 0.45 | 328.39 |
| | | Mejia, Antonio | 0.25 | 28.88 |
| | UST Reports & Meetings Total | | 2.45 | 1,247.14 |
| Judge Organization, LLC Total | | | 14.45 | 7,917.26 |
| Judge Warehousing | Business Operations | Celis, Hilary | 4.25 | 1,428.00 |
| | | Cordero, Sofia | 3.50 | 2,884.88 |
| | | Kiriella, Maduka | 9.75 | 3,685.50 |
| | | Shah, Paru | 0.50 | 299.25 |
| | | Sheridan, William M | 5.25 | 2,701.13 |
| | Business Operations Total | | 23.25 | 10,998.75 |
| | Fee/Employment Applications (Other Professionals) | Cronin, Brendan | 0.58 | 334.95 |
| | | Hamernik, Kevin J | 0.25 | 182.44 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.83 | 517.39 |
| | UST Reports & Meetings | Cronin, Brendan | 4.53 | 2,616.08 |
| | | Hamernik, Kevin J | 2.55 | 1,860.86 |
| | | Mejia, Antonio | 0.50 | 57.75 |
| | | Unkles, Edward | 0.60 | 292.95 |
| | UST Reports & Meetings Total | | 8.18 | 4,827.64 |
| Judge Warehousing, LLC  Total | | | 32.26 | 16,343.78 |
| P. Judge & Sons, Ir | Business Operations | Angel, Juan | 11.00 | 1,270.50 |
| | | Celis, Hilary | 5.50 | 1,848.00 |
| | | Cordero, Sofia | 2.00 | 1,648.50 |
| | | Cronin, Brendan | 1.50 | 866.25 |
| | | Hamernik, Kevin J | 0.50 | 364.88 |
| | | Lendrum, Andrew | 0.50 | 301.88 |
| | | Mejia, Antonio | 30.25 | 3,493.88 |
| | | Shah, Paru | 4.00 | 2,394.00 |
| | Business Operations Total | | 55.25 | 12,187.88 |
| | Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 0.50 | 412.13 |
| | | Cronin, Brendan | 0.58 | 334.95 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.08 | 747.08 |
| | UST Reports & Meetings | Angel, Juan | 2.00 | 231.00 |
| | | Celis, Hilary | 0.50 | 168.00 |
| | | Cordero, Sofia | 0.50 | 475.13 |
| | | Cronin, Brendan | 4.43 | 2,558.33 |
| | | Hamernik, Kevin J | 1.05 | 766.24 |
| | | Mejia, Antonio | 8.50 | 981.75 |
| | | Shah, Paru | 0.75 | 448.88 |

| | | | | |
|---|---|---|---|---|
| P. Judge & Sons, In | UST Reports & Meetings | Unkles, Edward | 0.60 | 292.95 |
| | UST Reports & Meetings Total | | 18.33 | 5,922.26 |
| | Asset Disposition | Unkles, Edward | 1.00 | 488.25 |
| | Asset Disposition Total | | 1.00 | 488.25 |
| P. Judge & Sons, Inc. Total | | | 75.66 | 19,345.46 |
| P. Judge and Sons | Business Operations | Celis, Hilary | 3.25 | 1,092.00 |
| | | Cordero, Sofia | 2.50 | 2,060.63 |
| | | Cronin, Brendan | 1.25 | 721.88 |
| | | Kiriella, Maduka | 7.75 | 2,929.50 |
| | | Shah, Paru | 0.50 | 321.56 |
| | | Sheridan, William M | 3.25 | 1,672.13 |
| | Business Operations Total | | 18.50 | 8,797.69 |
| | UST Reports & Meetings | Cronin, Brendan | 3.85 | 2,223.38 |
| | | Hamernik, Kevin J | 1.30 | 948.68 |
| | | Mejia, Antonio | 0.50 | 57.75 |
| | | Unkles, Edward | 0.60 | 292.95 |
| | UST Reports & Meetings Total | | 6.25 | 3,522.75 |
| | Asset Disposition | Unkles, Edward | 1.00 | 488.25 |
| | Asset Disposition Total | | 1.00 | 488.25 |
| P. Judge and Sons Trucking, LLC  Total | | | 25.75 | 12,808.69 |
| Port Elizabeth Term | Business Operations | Celis, Hilary | 7.00 | 2,352.00 |
| | | Cordero, Sofia | 2.50 | 2,123.63 |
| | | Hamernik, Kevin J | 2.75 | 2,006.81 |
| | | Mejia, Antonio | 20.75 | 2,396.63 |
| | | Shah, Paru | 4.25 | 2,543.63 |
| | Business Operations Total | | 37.25 | 11,422.69 |
| | Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 0.50 | 412.13 |
| | | Cronin, Brendan | 1.58 | 912.45 |
| | | Hamernik, Kevin J | 0.75 | 547.31 |
| | Fee/Employment Applications (Other Professionals) Total | | 2.83 | 1,871.89 |
| | UST Reports & Meetings | Celis, Hilary | 0.50 | 168.00 |
| | | Cronin, Brendan | 4.35 | 2,512.13 |
| | | Hamernik, Kevin J | 1.55 | 1,131.11 |
| | | Mejia, Antonio | 0.50 | 57.75 |
| | | Shah, Paru | 1.00 | 598.50 |
| | | Unkles, Edward | 0.60 | 292.95 |
| | UST Reports & Meetings Total | | 8.50 | 4,760.44 |
| | Asset Disposition | Hamernik, Kevin J | 0.50 | 364.88 |
| | | Unkles, Edward | 0.75 | 366.19 |
| | Asset Disposition Total | | 1.25 | 731.06 |
| Port Elizabeth Terminal & Warehouse Corp Total | | | 49.83 | 18,786.08 |
| Grand Total | | | 223.98 | 87,566.33 |

Summary of Fees - By Category

| Category | Staff Name | Data | |
| --- | --- | --- | --- |
| | | Sum of Hours | Sum of Amount Final |
| Business Operations | Angel, Juan | 11.00 | 1,270.50 |
| | Celis, Hilary | 22.75 | 7,644.00 |
| | Cordero, Sofia | 13.50 | 11,190.38 |
| | Cronin, Brendan | 2.75 | 1,588.13 |
| | Hamernik, Kevin J | 3.75 | 2,736.56 |
| | Kiriella, Maduka | 29.00 | 10,962.00 |
| | Lendrum, Andrew | 0.50 | 301.88 |
| | Mejia, Antonio | 51.00 | 5,890.50 |
| | Shah, Paru | 15.50 | 9,321.38 |
| | Sheridan, William M | 17.00 | 8,746.50 |
| Business Operations Total | | 166.75 | 59,651.81 |
| Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 1.00 | 824.25 |
| | Cronin, Brendan | 2.74 | 1,582.35 |
| | Hamernik, Kevin J | 1.00 | 729.75 |
| Fee/Employment Applications (Other Professionals) Total | | 4.74 | 3,136.35 |
| UST Reports & Meetings | Angel, Juan | 2.00 | 231.00 |
| | Celis, Hilary | 2.00 | 672.00 |
| | Cordero, Sofia | 0.50 | 475.13 |
| | Cronin, Brendan | 20.74 | 11,977.35 |
| | Hamernik, Kevin J | 7.50 | 5,473.13 |
| | Mejia, Antonio | 10.75 | 1,241.63 |
| | Shah, Paru | 1.75 | 1,047.38 |
| | Unkles, Edward | 3.00 | 1,464.75 |
| UST Reports & Meetings Total | | 48.24 | 22,582.35 |
| Asset Disposition | Hamernik, Kevin J | 0.50 | 364.88 |
| | Unkles, Edward | 3.75 | 1,830.94 |
| Asset Disposition Total | | 4.25 | 2,195.81 |
| Grand Total | | 223.98 | 87,566.33 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|
| Shah, Paru | Amex Shipping Agent, Inc. | Business Operations | 2025 combined FS | 2/1/26 | 0.50 | 299.25 | 599 |
| Celis, Hilary | Amex Shipping Agent, Inc. | UST Reports & Meetings | Payroll taxes reports for MORs Dec reports | 2/6/26 | 0.50 | 168.00 | 336 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Call with audit go items to be done for Judge closing for January 2026 | 2/12/26 | 0.50 | 412.13 | 824 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | UST Reports & Meetings | 26.02 I worked on the MORs | 2/18/26 | 0.50 | 57.75 | 116 |
| Celis, Hilary | Amex Shipping Agent, Inc. | Business Operations | January closing | 2/20/26 | 2.75 | 924.00 | 336 |
| Shah, Paru | Amex Shipping Agent, Inc. | Business Operations | January closing | 2/17/26 | 0.25 | 149.63 | 599 |
| Shah, Paru | Amex Shipping Agent, Inc. | Business Operations | January closing. | 2/18/26 | 0.25 | 149.63 | 599 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | January closing and review for monthly reporting | 2/20/26 | 0.50 | 412.13 | 824 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | wrap up Jan closing and changes | 2/23/26 | 0.50 | 412.13 | 824 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | update call with attorneys | 2/27/26 | 0.50 | 412.13 | 824 |
| Kiriella, Maduka | Amex Shipping Agent, Inc. | Business Operations | Prepare and review Work papers and tax return. | 2/4/26 | 6.25 | 2,362.50 | 378 |
| Shah, Paru | Amex Shipping Agent, Inc. | Business Operations | Assigning return. With Maduka on TB question. | 2/4/26 | 0.25 | 171.94 | 688 |
| Sheridan, William M | Amex Shipping Agent, Inc. | Business Operations | tax return | 2/10/26 | 2.00 | 1,029.00 | 515 |
| Sheridan, William M | Amex Shipping Agent, Inc. | Business Operations | tax return | 2/11/26 | 2.00 | 1,029.00 | 515 |
| Kiriella, Maduka | Amex Shipping Agent, Inc. | Business Operations | Cleared review points. | 2/13/26 | 0.75 | 283.50 | 378 |
| Kiriella, Maduka | Amex Shipping Agent, Inc. | Business Operations | Clearing Review points. | 2/19/26 | 1.50 | 567.00 | 378 |
| Sheridan, William M | Amex Shipping Agent, Inc. | Business Operations | tax return | 2/20/26 | 1.50 | 771.75 | 515 |
| Kiriella, Maduka | Amex Shipping Agent, Inc. | Business Operations | clearing review points | 2/23/26 | 0.50 | 189.00 | 378 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | PET MOR drafting and call with Sofia. | 2/2/26 | 1.00 | 577.50 | 578 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Warehousing MOR drafting and call with Sofia. | 2/2/26 | 1.00 | 577.50 | 578 |
| Cronin, Brendan | P. Judge & Sons, Inc. | UST Reports & Meetings | Trucking MOR drafting and call with Sofia. | 2/2/26 | 1.00 | 577.50 | 578 |
| Cronin, Brendan | Judge Warehousing, LLC | UST Reports & Meetings | Amex MOR drafting and call with Sofia. | 2/2/26 | 0.50 | 288.75 | 578 |
| Cronin, Brendan | Judge Warehousing, LLC | UST Reports & Meetings | Org MOR drafting | 2/2/26 | 1.25 | 721.88 | 578 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | PJS MOR drafting | 2/2/26 | 1.50 | 866.25 | 578 |
| Cronin, Brendan | Judge Organization, LLC | UST Reports & Meetings | Continued drafting MOR for Trucking, Warehousing and PET | 2/2/26 | 0.60 | 346.50 | 578 |
| Cronin, Brendan | P. Judge & Sons, Inc. | UST Reports & Meetings | Continued drafting MOR for Amex, Org and PJS | 2/2/26 | 0.58 | 334.95 | 578 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge | Deal room management. NDAs ad adding participants | 2/2/26 | 0.50 | 244.13 | 488 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Business Operations | Monitor emails re data room; response to Ed re same. 0.25 Call from Steve 0.25 | 2/2/26 | 0.50 | 364.88 | 730 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Review December MOR | 2/3/26 | 1.00 | 577.50 | 578 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge | Deal room management | 2/3/26 | 0.75 | 366.19 | 488 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Asset Disposition | Judge | Deal room management | 2/4/26 | 0.50 | 244.13 | 488 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Internal comms with Sofia and BC on open items, status of MORs and payment on fees 0.25 Response to Steve Ravin 0.25 | 2/4/26 | 0.25 | 182.44 | 730 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Internal comms with Sofia and BC on open items, status of MORs and payment on fees 0.25 Response to Steve Ravin 0.25 | 2/4/26 | 0.25 | 182.44 | 730 |
| Cronin, Brendan | Judge Warehousing, LLC | UST Reports & Meetings | Continued drafting MOR for Trucking, Warehousing and PET | 2/2/26 | 0.60 | 346.50 | 578 |
| Cronin, Brendan | P. Judge & Sons, Inc. | UST Reports & Meetings | Continued drafting MOR for Trucking, Warehousing and PET | 2/2/26 | 0.60 | 346.50 | 578 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Continued drafting MOR for Trucking, Warehousing and PET | 2/2/26 | 0.60 | 346.50 | 578 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Continued drafting MOR for Trucking, Warehousing and PET | 2/2/26 | 0.60 | 346.50 | 578 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | UST Reports & Meetings | Review of MORs. Meeting with Ed and Brendan to review (1.5). Comms with Sofia and BC. | 2/5/26 | 0.60 | 437.85 | 730 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | Review of MORs. Meeting with Ed and Brendan to review (1.5). Comms with Sofia and BC. | 2/5/26 | 0.60 | 437.85 | 730 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | Review of MORs. Meeting with Ed and Brendan to review (1.5). Comms with Sofia and BC. | 2/5/26 | 0.60 | 437.85 | 730 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Review of MORs. Meeting with Ed and Brendan to review (1.5). Comms with Sofia and BC. | 2/5/26 | 0.60 | 437.85 | 730 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Review of MORs. Meeting with Ed and Brendan to review (1.5). Comms with Sofia and BC. | 2/5/26 | 0.60 | 437.85 | 730 |
| Hamernik, Kevin J | Judge Organization, LLC | UST Reports & Meetings | Completion of review of MORs. Confer with Brendan re same. R/review of files on Factor from Sophia; analysis of same. R/r notices of extension of deadline for filing proofs of claims and notice of 341 hearing. | 2/6/26 | 0.45 | 328.39 | 730 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge | Data room | 2/9/26 | 0.50 | 244.13 | 488 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 341 hearing (1.25) Call with Sofia to discuss First Business factor reports (0.25). | 2/9/26 | 1.50 | 1,094.63 | 730 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | Completion of review of MORs. Confer with Brendan re same. R/review of files on Factor from Sophia; analysis of same. R/r notices of extension of deadline for filing proofs of claims and notice of 341 hearing. | 2/6/26 | 0.45 | 328.39 | 730 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | Completion of review of MORs. Confer with Brendan re same. R/review of files on Factor from Sophia; analysis of same. R/r notices of extension of deadline for filing proofs of claims and notice of 341 hearing. | 2/6/26 | 0.45 | 328.39 | 730 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Completion of review of MORs. Confer with Brendan re same. R/review of files on Factor from Sophia; analysis of same. R/r notices of extension of deadline for filing proofs of claims and notice of 341 hearing. | 2/6/26 | 0.45 | 328.39 | 730 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Completion of review of MORs. Confer with Brendan re same. R/review of files on Factor from Sophia; analysis of same. R/r notices of extension of deadline for filing proofs of claims and notice of 341 hearing. | 2/6/26 | 0.45 | 328.39 | 730 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| Prep MOR tracker for the 6 entities across Nov and Dec 25 | 2/10/26 | 0.60 | 292.95 | 488 |
| Cronin, Brendan | Amex Shipping Agent, Inc. | UST Reports & Meetings | MOR review | 2/11/26 | 0.50 | 288.75 | 578 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Meeting with Steve Ravin re payments and terms. Confer with Ed and BC re MOR tracker and analysis prepared by Ed. R/r summary on fee applications and payments prepared by Brendan. | 2/11/26 | 0.25 | 182.44 | 730 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | Meeting with Steve Ravin re payments and terms. Confer with Ed and BC re MOR tracker and analysis prepared by Ed. R/r summary on fee applications and payments prepared by Brendan. | 2/11/26 | 0.50 | 364.88 | 730 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Prep MOR tracker for the 6 entities across Nov and Dec 25 | 2/10/26 | 0.60 | 292.95 | 488 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Prep MOR tracker for the 6 entities across Nov and Dec 25 | 2/10/26 | 0.60 | 292.95 | 488 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| Prep MOR tracker for the 6 entities across Nov and Dec 25 | 2/10/26 | 0.60 | 292.95 | 488 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge \| Prep MOR tracker for the 6 entities across Nov and Dec 25 | 2/10/26 | 0.60 | 292.95 | 488 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Data room file uploads and participants | 2/12/26 | 0.50 | 244.13 | 488 |
| Cronin, Brendan | Judge Warehousing, LLC | UST Reports & Meetings | Continued drafting MOR for Amex, Org and PJS | 2/2/26 | 0.58 | 334.95 | 578 |
| Cronin, Brendan | Amex Shipping Agent, Inc. | UST Reports & Meetings | Continued drafting MOR for Amex, Org and PJS | 2/2/26 | 0.58 | 334.95 | 578 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Drafting Bill and call with Sofia. | 2/12/26 | 0.58 | 334.95 | 578 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Internal comms re payments to prof and analysis of data; emails with Stephen R re same. | 2/16/26 | 0.50 | 364.88 | 730 |
| Cronin, Brendan | P. Judge & Sons, Inc. | Business Operations | Weekly status call.  Review and respond to correspondence. | 2/17/26 | 0.75 | 433.13 | 578 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Asset Disposition | Judge \| Data room updates | 2/17/26 | 0.50 | 244.13 | 488 |
| Hamernik, Kevin J | Judge Organization, LLC | Business Operations | Weekly standing call | 2/17/26 | 0.50 | 364.88 | 730 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Call with Stephen re prof fees and payments and tax return prep timing and payment. Confer with Sofia on same and tax return issues. | 2/18/26 | 0.75 | 547.31 | 730 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | Internal correspondence with Sofia on timing and planning for MORs and tax work. R/R Jan fee application; comments to group and ask for corrections and BC to do further work. | 2/19/26 | 0.50 | 364.88 | 730 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge \| Data room uploads and participant access | 2/20/26 | 0.50 | 244.13 | 488 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | Internal comms on MORs and tax returns. Response to Stephen re TRs and application of retainer. | 2/20/26 | 0.50 | 364.88 | 730 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Review fee application history and respond to correspondence. | 2/20/26 | 1.00 | 577.50 | 578 |
| Cronin, Brendan | P. Judge & Sons, Inc. | UST Reports & Meetings | Drafting MOR reports for Amex, Trucking, Warehousing and PJS | 2/24/26 | 1.00 | 577.50 | 578 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | Business Operations | Bank recon for PET, Org and Amex | 2/24/26 | 1.25 | 721.88 | 578 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Emails with Sophia and Brendan re MORs. Emails with Sofia re fees. Coordination and staffing for future MORs. | 2/24/26 | 0.25 | 182.44 | 730 |
| Cronin, Brendan | Judge Warehousing, LLC | UST Reports & Meetings | Judge MOR file review with Ed. | 2/25/26 | 1.00 | 577.50 | 578 |
| Cronin, Brendan | Amex Shipping Agent, Inc. | UST Reports & Meetings | Drafting MOR reports for PET, Org and Amex | 2/26/26 | 0.60 | 346.50 | 578 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Call with prospective suitor, forward to Turner (0.5). | 2/26/26 | 0.50 | 364.88 | 730 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Call with Sofia on MORs. | 2/26/26 | 0.25 | 182.44 | 730 |
| Cronin, Brendan | Judge Warehousing, LLC | UST Reports & Meetings | Drafting MOR reports for PET, Org and Amex | 2/26/26 | 0.60 | 346.50 | 578 |
| Cronin, Brendan | P. Judge & Sons, Inc. | UST Reports & Meetings | Drafting MOR reports for PET, Org and Amex | 2/26/26 | 0.60 | 346.50 | 578 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Drafting MOR reports for PET, Org and Amex | 2/26/26 | 0.60 | 346.50 | 578 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Drafting MOR reports for PET, Org and Amex | 2/26/26 | 0.60 | 346.50 | 578 |
| Cronin, Brendan | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Drafting Bill and call with Sofia. | 2/12/26 | 0.58 | 334.95 | 578 |
| Cronin, Brendan | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Drafting Bill and call with Sofia. | 2/12/26 | 0.58 | 334.95 | 578 |
| Cronin, Brendan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Drafting MOR reports and call with Sofia. | 2/27/26 | 0.65 | 375.375 | 578 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|
| Cronin, Brendan | P. Judge & Sons, Inc. | Business Operations | Weekly Status call | 2/27/26 | 0.75 | 433.125 | 578 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Standing weekly call | 2/27/26 | 0.50 | 364.875 | 730 |
| Shah, Paru | Judge Organization, LLC | Business Operations | 2025 combined FS | 2/1/26 | 0.75 | 448.875 | 599 |
| Shah, Paru | Judge Organization, LLC | Business Operations | Look into cash flow differences. Email draft to Sofia. In office with Sofia going over draft and changes. | 2/2/26 | 0.25 | 149.625 | 599 |
| Shah, Paru | P. Judge and Sons Trucking, LLC | Business Operations | Update FS and email copy. | 2/3/26 | 0.25 | 149.625 | 599 |
| Shah, Paru | Judge Organization, LLC | Business Operations | Call with Sofia. SAV standalone FS. | 2/4/26 | 1.50 | 897.75 | 599 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Combined SAV report reviewed to submit to the client and the bank - Judge Warehousing | 2/4/26 | 0.50 | 412.125 | 824 |
| Shah, Paru | Judge Organization, LLC | Business Operations | Updating stand alone FS and email copy to everyone. | 2/5/26 | 0.50 | 299.25 | 599 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Combined SAV report reviewed to submit to the client and the bank - Judge Trucking | 2/5/26 | 1.00 | 824.25 | 824 |
| Celis, Hilary | Judge Organization, LLC | UST Reports & Meetings | Payroll taxes reports for MORs Dec reports | 2/6/26 | 0.50 | 168 | 336 |
| Cordero, Sofia | Judge Organization, LLC | Business Operations | Closing for January | 2/9/26 | 0.50 | 412.125 | 824 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | information request from attorney for East Coast related to open leases and discussed with Hilary - Judge Warehousing | 2/10/26 | 0.50 | 412.125 | 824 |
| Celis, Hilary | Judge Warehousing, LLC | Business Operations | Judge Warehousing - Assisted Juan with questions on closing | 2/13/26 | 0.25 | 84 | 336 |
| Mejia, Antonio | Judge Warehousing, LLC | UST Reports & Meetings | 26.02 I worked on the MORs (WHS) | 2/18/26 | 0.50 | 57.75 | 116 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | 26.02 I worked on the MORs (TRK) | 2/18/26 | 0.50 | 57.75 | 116 |
| Mejia, Antonio | Judge Organization, LLC | UST Reports & Meetings | 26.02 I worked on the MORs (org) | 2/18/26 | 0.25 | 28.875 | 116 |
| Celis, Hilary | Judge Warehousing, LLC | Business Operations | 3.25 Judge Warehousing - January closing 3.25 Judge Trucking - January closing | 2/20/26 | 3.25 | 1092 | 336 |
| Shah, Paru | Judge Warehousing, LLC | Business Operations | Meeting with Hilary ad Sofia to go over Jan closing. | 2/16/26 | 0.50 | 299.25 | 599 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Call with attorneys for weekly check in- Judge Warehousing | 2/17/26 | 0.25 | 206.0625 | 824 |
| Shah, Paru | Judge Organization, LLC | Business Operations | January closing - .50 PJT .50 WHS | 2/17/26 | 1.00 | 598.5 | 599 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Call with attorneys for weekly check in- Judge Trucking | 2/17/26 | 0.25 | 206.0625 | 824 |
| Shah, Paru | Judge Organization, LLC | Business Operations | January closing | 2/18/26 | 1.00 | 598.5 | 599 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | questions on leases and union contract for potential buyer - Judge Warehousing | 2/19/26 | 0.50 | 412.125 | 824 |
| Cordero, Sofia | Judge Organization, LLC | Business Operations | Closing for Jan and questions to client and team | 2/19/26 | 0.50 | 412.125 | 824 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | January closing and review for monthly reporting - Judge Warehousing | 2/20/26 | 1.00 | 824.25 | 824 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | January closing and review for monthly reporting - Judge Trucking | 2/20/26 | 1.00 | 824.25 | 824 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | wrap up Jan closing and changes | 2/23/26 | 0.25 | 206.0625 | 824 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | wrap up Jan closing and changes | 2/23/26 | 0.25 | 206.0625 | 824 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Update with attorneys and progress - Judge Warehousing | 2/27/26 | 0.25 | 206.0625 | 824 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Update with attorneys and progress - Judge Trucking | 2/27/26 | 0.25 | 206.0625 | 824 |
| Kiriella, Maduka | Judge Organization, LLC | Business Operations | Prepare and review tax work papers and return | 2/6/26 | 1.25 | 472.5 | 378 |
| Celis, Hilary | P. Judge and Sons Trucking, LLC | Business Operations | 3.25 Judge Warehousing - January closing 3.25 Judge Trucking - January closing | 2/20/26 | 3.25 | 1092 | 336 |
| Celis, Hilary | Judge Warehousing, LLC | Business Operations | Call with Maduka regarding Judge Org TB exporting issues and went over finance leases for SAV WHS | 2/6/26 | 0.75 | 252 | 336 |
| Shah, Paru | P. Judge and Sons Trucking, LLC | Business Operations | Questions from Maduka | 2/9/26 | 0.25 | 171.9375 | 688 |
| Kiriella, Maduka | Judge Warehousing, LLC | Business Operations | Prepare and review tax work papers and return | 2/6/26 | 4.50 | 1701 | 378 |
| Kiriella, Maduka | P. Judge and Sons Trucking, LLC | Business Operations | Prepare and review tax work papers and return | 2/6/26 | 4.50 | 1701 | 378 |
| Kiriella, Maduka | Judge Warehousing, LLC | Business Operations | Update the return and TB presentation. Py grouping was not correctly linking to Tax return and BTR work paper. | 2/9/26 | 2.50 | 945 | 378 |
| Sheridan, William M | P. Judge and Sons Trucking, LLC | Business Operations | tax return | 2/13/26 | 1.25 | 643.125 | 515 |
| Sheridan, William M | Judge Warehousing, LLC | Business Operations | tax return | 2/13/26 | 1.25 | 643.125 | 515 |
| Sheridan, William M | Judge Warehousing, LLC | Business Operations | fixing cy and py workpapers for future years/ reviewing tax return | 2/17/26 | 4.00 | 2058 | 515 |
| Kiriella, Maduka | Judge Warehousing, LLC | Business Operations | Clearing review points for federal return Spend time on fixing M-1 overwrites from PY in return and work paper | 2/19/26 | 2.75 | 1039.5 | 378 |
| Sheridan, William M | P. Judge and Sons Trucking, LLC | Business Operations | tax return - going over incorrect workpapers from prior year with staff | 2/19/26 | 2.00 | 1029 | 515 |
| Sheridan, William M | Judge Organization, LLC | Business Operations | tax return | 2/20/26 | 2.00 | 1029 | 515 |
| Kiriella, Maduka | P. Judge and Sons Trucking, LLC | Business Operations | Clearing review points for federal return Spend time on fixing M-1 overwrites from PY in return and work paper | 2/19/26 | 2.75 | 1039.5 | 378 |
| Kiriella, Maduka | Judge Organization, LLC | Business Operations | clearing review points for states | 2/23/26 | 1.25 | 472.5 | 378 |
| Kiriella, Maduka | P. Judge and Sons Trucking, LLC | Business Operations | clearing review points | 2/24/26 | 0.50 | 189 | 378 |
| Sheridan, William M | Judge Organization, LLC | Business Operations | tax return | 2/24/26 | 1.00 | 514.5 | 515 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.01 TB PJS, PET, JW, PJT, AMEX... | 2/12/26 | 2.75 | 317.625 | 116 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.01 Update the binder (sing off) | 2/27/26 | (1.00) | -115.5 | 116 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | 2025 combined FS | 2/1/26 | 0.75 | 448.875 | 599 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.01 Create a new Binder (JAN-2025) | 2/2/26 | 0.25 | 28.875 | 116 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.01 Update the binder Information | 2/2/26 | 0.75 | 86.625 | 116 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Look into cash flow differences. Email draft to Sofia. In office with Sofia going over draft and changes. | 2/2/26 | 0.25 | 149.625 | 599 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 I made good day with the gl froward and also I had a call with him | 2/2/26 | 0.75 | 86.625 | 116 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.01 Update the binder (sing off) | 2/3/26 | 1.00 | 115.5 | 116 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Update FS and email copy. | 2/3/26 | 0.25 | 149.625 | 599 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 I HELPED BRENDAN WITH THE BANK STAMENTS | 2/3/26 | 0.75 | 86.625 | 116 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Updating combined FS and re-sending | 2/5/26 | 0.25 | 149.625 | 599 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.01 I saved information rlated to the MORs | 2/5/26 | 0.75 | 86.625 | 116 |
| Celis, Hilary | P. Judge & Sons, Inc. | UST Reports & Meetings | Payroll taxes reports for MORs Dec reports | 2/6/26 | 0.50 | 168 | 336 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.01 Call with Sofia and also I print the BS | 2/6/26 | 0.50 | 57.75 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I saved information in the binder | 2/9/26 | 0.25 | 28.875 | 116 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | information request from attorney for East Coast related to open leases and discussed with Hilary | 2/10/26 | 0.50 | 412.125 | 824 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I organized my emails from Rich | 2/11/26 | 0.50 | 57.75 | 116 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Call with Brendan on billing for bankruptcy and wrap up | 2/12/26 | 0.50 | 412.125 | 824 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 Helped Juan with the TB | 2/12/26 | 0.25 | 28.875 | 116 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Emails on Jan closing. Discuss with Sofia on plan to close Jan | 2/12/26 | 0.25 | 149.625 | 599 |
| Angel, Juan | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.01 Operating reports | 2/13/26 | 2.00 | 231 | 116 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.01 AP Agings , AR, Credits, Accrued Expenses | 2/13/26 | 6.00 | 693 | 116 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Assisted Juan with questions on closing | 2/13/26 | 0.50 | 168 | 336 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 Call with Juan related to some questions on the Jan closing | 2/13/26 | 0.75 | 86.625 | 116 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | January Closing | 2/16/26 | 4.50 | 1512 | 336 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I started working on th Jan closing | 2/16/26 | 2.75 | 317.625 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I started working on th Jan closing | 2/16/26 | 2.50 | 288.75 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I started working on th Jan closing | 2/16/26 | 0.25 | 28.875 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 Call with Sofia related to items to work on the client | 2/17/26 | 1.75 | 202.125 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I started working on th interco accounts | 2/17/26 | 1.25 | 144.375 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I worked on the Jn closing | 2/17/26 | 8.00 | 924 | 116 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.01 Help Antonio AP and AR | 2/18/26 | 3.25 | 375.375 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.02 I worked on the MORs | 2/18/26 | 1.25 | 144.375 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I worked on the Jan closing (interco) | 2/18/26 | 4.75 | 548.625 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I worked on the insurance schedules for workers comp | 2/18/26 | 2.25 | 259.875 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.02 I worked on the FS, operating reports, and also on the interco section | 2/19/26 | 6.50 | 750.75 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I sent the information to Sofia related to WC policies | 2/19/26 | 0.25 | 28.875 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 Call with Sofia | 2/20/26 | 1.00 | 115.5 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I fixed the JE for the interco | 2/21/26 | 0.50 | 57.75 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I saved informaiton in the binder | 2/23/26 | 0.25 | 28.875 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I made changes to the binder | 2/23/26 | 0.25 | 28.875 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I sent the JE reports to Rich | 2/23/26 | 0.25 | 28.875 | 116 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.02 I entered information into the binder | 2/25/26 | 0.50 | 57.75 | 116 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.01 AP Agings , AR, Credits, Accrued Expenses | 2/27/26 | (2.00) | -231 | 116 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Meeting with Hilary ad Sofia to go over Jan closing. Questions from Antonio. emails. | 2/16/26 | 0.50 | 299.25 | 599 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Call with attorneys for weekly check in | 2/17/26 | 0.25 | 206.0625 | 824 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | January closing | 2/17/26 | 0.75 | 448.875 | 599 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | January closing | 2/18/26 | 0.50 | 299.25 | 599 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Meet with Hilary and Antonio to go over questions. Continue review. | 2/19/26 | 0.50 | 299.25 | 599 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | January closing and review for monthly reporting | 2/20/26 | 1.00 | 824.25 | 824 |
| Shah, Paru | P. Judge & Sons, Inc. | UST Reports & Meetings | Review more WP. | 2/20/26 | 0.25 | 149.625 | 599 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | wrap up Jan closing and changes | 2/23/26 | 0.25 | 206.0625 | 824 |
| Shah, Paru | P. Judge & Sons, Inc. | UST Reports & Meetings | Formatting and sending out Jan operating report. | 2/23/26 | 0.50 | 299.25 | 599 |
| Lendrum, Andrew | P. Judge & Sons, Inc. | Business Operations | PJS and PET - E-mails and review IRS notice. | 2/2/26 | 0.25 | 150.9375 | 604 |
| Lendrum, Andrew | P. Judge & Sons, Inc. | Business Operations | P Judge and Sons/Port Elizabeth Terminal - Call re IRS Notice. | 2/4/26 | 0.25 | 150.9375 | 604 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | Notices - called Turner and talked to Controversy for next steps for resolution | 2/4/26 | 0.50 | 475.125 | 950 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Rolled forward tax binder, prep open items list and sent to client | 2/26/26 | 0.50 | 168 | 336 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 2025 combined FS | 2/1/26 | 0.75 | 448.875 | 599 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Look into cash flow differences. Email draft to Sofia. In office with Sofia going over draft and changes. | 2/2/26 | 0.25 | 149.625 | 599 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Update FS and email copy. | 2/3/26 | 0.25 | 149.625 | 599 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Payroll taxes reports for MORs Dec reports | 2/6/26 | 0.50 | 168 | 336 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 I saved information in the binder | 2/6/26 | 0.50 | 57.75 | 116 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | information for potential buyer with team and correspondence with attorney | 2/9/26 | 0.25 | 206.0625 | 824 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Call with Brendan on billing by bankruptcy and wrap up | 2/12/26 | 0.50 | 412.125 | 824 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Gathered copies of leases requested by Mariam. | 2/12/26 | 1.75 | 588 | 336 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Assisted Juan with questions on closing | 2/13/26 | 0.50 | 168 | 336 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | January Closing | 2/16/26 | 4.50 | 1512 | 336 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.02 I worked on the MORs | 2/18/26 | 0.50 | 57.75 | 116 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | wrap up Jan closing and changes | 2/23/26 | 0.25 | 206.0625 | 824 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | With Hilary on questions on leases | 2/16/26 | 0.25 | 149.625 | 599 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Meeting with Hilary ad Sofia to go over Jan closing. | 2/16/26 | 0.50 | 299.25 | 599 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Call with attorneys for weekly check in | 2/17/26 | 0.25 | 206.0625 | 824 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | January closing | 2/17/26 | 0.75 | 448.875 | 599 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | January closing | 2/18/26 | 0.75 | 448.875 | 599 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | questions on leases and union contract for potential buyer | 2/19/26 | 0.25 | 206.0625 | 824 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Meet with Hilary and Antonio to go over questions. Review additional WP | 2/19/26 | 0.50 | 299.25 | 599 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Review more WP. With Hilary on differences in couple of WP. I/C. | 2/20/26 | 0.50 | 299.25 | 599 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | January closing and review for monthly reporting | 2/20/26 | 1.00 | 824.25 | 824 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Questions from Antonio and Hilary. Emails. | 2/20/26 | 0.25 | 149.625 | 599 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | January operating reports. Emails. | 2/23/26 | 0.50 | 299.25 | 599 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Notices - called Turner and talked to Controversy for next steps for resolution | 2/4/26 | 0.50 | 475.125 | 950 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 I started working on the TR | 2/23/26 | 5.75 | 664.125 | 116 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Sent open items for 2025 tax return | 2/23/26 | 0.25 | 84 | 336 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 I worked on the TR prep | 2/24/26 | 8.50 | 981.75 | 116 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 I worked on the TR prep | 2/24/26 | 1.25 | 144.375 | 116 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 I wrapped up the TR for 2025 | 2/25/26 | 4.25 | 490.875 | 116 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 I made changes to the Amelio | 2/25/26 | 0.50 | 57.75 | 116 |
| Cronin, Brendan | P. Judge & Sons, Inc. | UST Reports & Meetings | Drafting MOR reports and call with Sofia. | 2/27/26 | 0.65 | 375.375 | 578 |
| Cronin, Brendan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Drafting MOR reports and call with Sofia. | 2/27/26 | 0.65 | 375.375 | 578 |
| Cronin, Brendan | Amex Shipping Agent, Inc. | UST Reports & Meetings | Drafting MOR reports and call with Sofia. | 2/27/26 | 0.65 | 375.375 | 578 |
| Cronin, Brendan | Judge Organization, LLC | UST Reports & Meetings | Drafting MOR reports and call with Sofia. | 2/27/26 | 0.65 | 375.375 | 578 |

**87,566.33**