**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
              turner.falk@saul.com
              maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**DECLARATION OF PATRICK WYNNE**
**PRESIDENT AND MEMBER OF THE DEBTORS**

I, Patrick Wynne, hereby declare as follows:

1.       I am the President of the of debtors and debtors in possession Port Elizabeth Terminal & Warehouse Corp., Amex Shipping Agent, Inc., and P. Judge & Sons, Inc. and Member of debtors and debtors in possession Judge Organization, LLC, P. Judge & Sons Trucking, LLC and Judge Warehousing, LLC (collectively, the "Debtors").[2]  I am generally familiar with the

---

[1]      The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

[2]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

57472052.4

Debtors' day-to-day operations, business and financial affairs, and books and records.

2.    Collectively, the Debtors provide transportation, logistic, and warehouse related services.  More specifically, the Debtors offer rail boxcar services, container handling services, warehousing services, multiple shipping options (e.g., rail, truck, air, and international shipping), specialized material handling services, cross docking, handling, and packing services, beverage specialists and alcoholic beverages expertise services, and product care and protection services.

3.    F. Greek Bristol Properties, L.P. (the "Landlord") and Debtors Port Elizabeth Terminal & Warehouse Corp. and the Judge Organization, LLC entered into that certain lease agreement dated October 30, 2003 (together with any amendments, the "Lease Agreement"). Under the Lease Agreement, the Landlord rents building space located at 30 Runway Road, Levittown, Pennsylvania 19057 (the "Premises") to the Debtors.

4.    The Premises are vital to the Debtors' businesses and operations because it supports the Debtors' business relationship with its largest customer, Constellation Brands.  Debtor Port Elizabeth Terminal & Warehouse Corp. and Constellation Brands are parties to that certain Warehousing Agreement dated January 1, 2024 (collectively with any amendments, the "Warehousing Agreement").   Under the Warehousing Agreement, Constellation Brands uses 100% of the Premises.  Constellation Brands, who also uses 100% of the Debtors' facility located in Jersey City, New Jersey, produces approximately $18 million in revenue per year for the Debtors.  Expiration of the Lease Agreement would likely substantially harm the Debtors' business relationship with Constellation Brands and render the Debtors insolvent immediately.

5.    The Lease Agreement is set to expire on March 31, 2026.  The Landlord and the Debtors mutually seek to extend the Lease Agreement, in accordance with the Lease Extension Agreement.

57472052.4

3

6.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: March 26, 2026                                        Respectfully submitted,

                                                            /s/ *Patrick Wynne*
                                                            Patrick Wynne
                                                            President and Member

57472052.4