# **EXHIBIT 1**

Lease Extension Agreement

57472052.4

<u>**NINTH AMENDMENT TO LEASE**</u>

This **NINTH AMENDMENT TO LEASE** ("**Ninth Amendment**") is entered into this ____ day of _____, 2026 by and between **F. GREEK BRISTOL PROPERTIES, L.P.,** having an office c/o F. Greek Development, Inc. at 1 Kimberly Road, Suite 105, East Brunswick, New Jersey 08816 ("**Landlord**") and **PORT ELIZABETH TERMINAL & WAREHOUSE CORP. AND THE JUDGE ORGANIZATION,** jointly and severally, having an office at 30 Runway Road, Suite B, Levittown, Pennsylvania (collectively, the "**Tenant**").

<u>**WITNESSETH**</u>

**WHEREAS,** Landlord and Tenant entered into a certain lease dated October 30, 2003 (as amended by a certain First Amendment to Lease dated May 9, 2008, Second Amendment to Lease dated April 18, 2013, Third Amendment to Lease dated March 20, 2014, Fourth Amendment to Lease dated December 2, 2016, Fifth Amendment to Lease dated March 23, 2018, Sixth Amendment to Lease dated July 17, 2019, Seventh Amendment to Lease dated June 17, 2021 and Eighth Amendment to Lease Date December 29, 2023) (collectively, the "**Lease**") for the leasing of approximately 100,800 square feet of warehouse and office space in the premises known as Suite B (the "**Leased Premises**") located within the building designated as 30 Runway Road, Levittown, Pennsylvania (the "**Building**");

**WHEREAS,** Tenant now desires to further extend the term of the Lease on the following mutually agreeable terms and conditions which lease extension is hereby confirmed between the parties hereto;

**NOW THEREFORE** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Terms used in this Ninth Amendment as capitalized defined terms shall have the meanings ascribed to such terms in the Lease unless otherwise expressly defined herein to the contrary.

2. <u>**Term**</u>. Tenant hereby agrees to extend its Lease Term for an additional one (1) year commencing on April 1, 2026 ("**Renewal Term Commencement Date**") and ending on March 31, 2027 (the "**Extended Renewal Term**").

3. <u>**Termination Right**</u>. On or after May 1, 2026, Landlord or Tenant may terminate the Lease upon not less than ninety (90) days' prior written notice to the other party for any or no reason whatsoever. In the event of such termination, the Lease shall terminate as of the termination date specified in the notice ("**Termination Date**"); provided, however, that Tenant, and any successor or assignee of Tenant, shall remain liable for all Rent and Additional Rent accruing through the Termination Date, including, without limitation, any reconciliations of Operating Expenses or Common Area Maintenance charges, any surrender obligations and any obligations that expressly survive the expiration or earlier termination of the Lease.

4. <u>**Court Approval**</u>. The parties acknowledge and agree that this Ninth Amendment shall not become effective, nor shall either party have any rights or obligations hereunder, unless and until Court approval is obtained in the consolidated case of <u>Port Elizabeth Terminal & Warehouse Corp.</u>, pending in the United States Bankruptcy Court for the District of New Jersey (Newark), Case No.: 25-22123-JKS  by entry of  a final, non-appealable order approving Tenant's execution, delivery, and performance of this Ninth Amendment (the "**Court Approval**"). Tenant shall, within three (3) business days following the execution of this Ninth Amendment, file a motion to obtain the Court Approval. The effectiveness of this Ninth Amendment is expressly conditioned upon entry of the Court Approval.

#95915361.3

5. **Rent**. Base Rent and Additional Rent during the Extended Renewal Term shall be as follows, payable as provided in the Lease:

| Period<br>(4/01/2026 to 3/31/2027) | Rate PSF | Annual Base Rent | Monthly Base Rent |
|---|---|---|---|
| **Base Rent** | **$11.44** | **$1,153,152.00** | **$96,096.00** |
| Common Area Maintenance | $0.62 | $62,724.36 | $5,227.03 |
| Insurance | $0.08 | $8,481.72 | $706.81 |
| Management Fee | $0.41 | $40,916.88 | $3,409.74 |
| Real Estate Taxes | $1.08 | $108,908.64 | $9,075.72 |
| Roof Maintenance | $0.30 | $30,630.60 | $2,552.55 |
| **Additional Rent** | **$2.50** | **$251,662.20** | **$20,971.85** |
| | | | |
| **Gross Rent** | **$13.94** | **$1,404,814.20** | **$117,067.85** |

6. **Security Deposit**.   The Security Deposit for the Extended Renewal Term shall be payable to Landlords as follows:

| Month | Security Deposit | |
|---|---|---|
| | Period | Cumulative |
| April | $10,000.00 | $10,000.00 |
| May | $10,000.00 | $20,000.00 |
| June | $10,000.00 | $30,000.00 |
| July | $68,045.00 | $98,045.00 |
| August | $68,045.00 | $166,090.00 |
| September | $68,045.00 | $234,136.00 |
| October | $0.00 | $234,136.00 |

7. **Condition of Leased Premises**. Tenant hereby accepts the Leased Premises for the Extended Renewal Term in its present **"AS IS", WHERE-IS"** condition with no obligation on Landlord's part to make any repairs or replacements whatsoever.

8. **Landlord Access**. In addition to any access rights granted to Landlord under the Lease, Tenant hereby grants to Landlord and Landlord's agents the right to access the Leased Premises, upon reasonable prior notice to Tenant, for the purpose of showing the Leased Premises to prospective tenants.

9. **Legal Fees**. Tenant shall reimburse Landlord, as Additional Rent, for the reasonable actual, out-of-pocket costs and expenses of Landlord paid to third parties in reviewing, negotiating, preparing and approving this Ninth Amendment, including, without limitation, Landlord's reasonable counsel fees, all in an aggregate amount not to exceed Ten Thousand and 00/100 ($10,000.00) Dollars.

10. **Brokers**. Tenant and Landlord mutually represent to each other that it has not dealt with any brokers other than Greek Real Estate Partners in connection with this Ninth Amendment to Lease and Tenant hereby agrees to indemnify and hold Landlord and its agent harmless from any claims, damages, costs and expenses incurred by Landlord and/or its agent as a result of a breach of the foregoing representation.

#95915361.3

**11.** **Continued Effect**. Except as modified herein, all of the terms, covenants and conditions contained in the Lease shall remain in full force and effect.

**12.** **Counterparts**. This Ninth Amendment may be executed in any number of counterparts, each of which shall be deemed an original and all of which shall be deemed to be one and the same instrument. This Ninth Amendment may be signed by the respective parties on separate pages and when the signatures of all parties are attached this Ninth Amendment will be deemed fully executed. Signatures may be delivered by facsimile or other electronic transmission and any signatures so delivered shall be deemed original signatures for all purposes by any party examining this Ninth Amendment and any court.

**13.** **Digital Signatures**. Notwithstanding anything to the contrary in this Ninth Amendment, if this Ninth Amendment is executed using an electronic signature, the electronic signature must be a digital signature with a public key infrastructure. If a party is unable to provide a digital signature, then the Amendment cannot be signed electronically, i.e. the Amendment must be signed on paper.

**[Signatures on Following Page]**

#95915361.3

**IN WITNESS WHEREOF,** the parties have executed this Ninth Amendment to Lease on the day and year first above written.

**LANDLORD:**

**F. GREEK BRISTOL PROPERTIES, L.P**.
a New Jersey limited partnership

**By:  Principal Real Estate Portfolio, Inc.**
      a Delaware corporation, General Partner
      By:  Principal. Real Estate Investors, LLC**,**
          a Delaware limited liability company,
          its authorized signatory

          By: _____
          Name: _____
          Title: _____

          By: _____
          Name: _____
          Title: _____

**By:  Tices Bristol Associates II, L.L.C.**,
      a New Jersey limited liability company, General Partner

   By: _____
      David S. Weissman, Authorized Signatory

**TENANT:**

**PORT ELIZABETH TERMINAL & WAREHOUSE CORP.**

      By: _____
      Name: _____
      Title: _____

**THE JUDGE ORGANIZATION**

      By: _____
      Name: _____
      Title: _____

#95915361.3