## EXHIBIT A

Proposed Order

57472052.4

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
              turner.falk@saul.com
              maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

</td><td>

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

</td></tr>
<tr><td>

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                                  Debtors.[1]

</td><td></td></tr>
</table>

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
APPROVING THE EXTENSION OF DEBTORS' REAL
PROPERTY LEASE WITH F. GREEK BRISTOL PROPERTIES, L.P.
AS AMENDED BY THE LEASE EXTENSION AGREEMENT**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57472052.4

Page 2
Debtors:    Port Elizabeth Terminal & Warehouse Corp., *et al.*
Case No.    25-22123 (JKS)
Caption:    ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
APPROVING THE EXTENSION OF DEBTORS' REAL PROPERTY LEASE
WITH F. GREEK BRISTOL PROPERTIES, L.P. AS AMENDED BY THE LEASE
EXTENSION AGREEMENT

AND NOW, upon consideration of the of the Debtors' Motion (the "Motion")[2] for entry

of an order, pursuant to sections 105(a), 363(b), and 365(a) of the Bankruptcy Code, and Rules

6004-1 and 9013-1 of the Local Rules, authorizing the Debtors to enter into the Lease Extension

Agreement, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

and this Court being able to issue a final order consistent with Article III of the United States

Constitution; and this Court having found that venue of this proceeding and the is proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having

been provided under the particular circumstances, and it appearing that no other or further notice

need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

ORDERED and DECREED as follows:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a), 363(b), and 365(a) of the Bankruptcy Code, the

Debtors are authorized to enter into the Lease Extension Agreement attached hereto as **Exhibit 1**.

3.      The respective rights of the Debtors and the Landlord as to any prepetition amount

in connection to the Lease Agreement are hereby reserved.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

---

[2]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

57472052.4

Page 3
Debtors:      Port Elizabeth Terminal & Warehouse Corp., *et al.*
Case No.      25-22123 (JKS)
Caption:      ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
APPROVING THE EXTENSION OF DEBTORS' REAL PROPERTY LEASE
WITH F. GREEK BRISTOL PROPERTIES, L.P. AS AMENDED BY THE LEASE
EXTENSION AGREEMENT

5.      This Court retains jurisdiction with respect to all matters arising from or relating to

the interpretation or implementation of this Order.

57472052.4