UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:          _____

Chapter:           _____

Hearing Date:      _____

Judge:             _____

### APPLICATION FOR ORDER SHORTENING TIME

The applicant _____, on behalf of

_____ requests that the time period to/for

_hear the Debtors' lease extension motion_ as required by _____ be shortened

pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1.      A shortened time hearing is requested because:

2.      A hearing is requested on or before:

3.      Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: _____          _____
                                     Signature

*rev.5/19/2025*