UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
Counsel to the Debtors and Debtors in Possession

**Order Filed on March 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PORT ELIZABETH TERMINAL &
WAREHOUSE  CORP. et al.,
                              Debtors.

Case No.:      _____25-22123-JKS_____

Chapter:      _____11_____

Judge:      _____John K. Sherwood____

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: March 27, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of _____ the Debtors _____ for a reduction of

time for a hearing on _the Debtors' Motion for Entry of an Order Approving Extension of Debtors' Real Property Lease_

_with F. Greek Bristol Properties, L.P. as amended by the Lease Extension Agreement_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ March 31, 2026 _____ at 10:00 A.M.  in

the United States Bankruptcy Court, via Zoom (see paragraph 9)

Courtroom No. 3D_____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Counsel to First Business Specialty Finance, the Office of the United States Trustee for the District of New Jersey, Counsel to the

Official Committee of Unsecured Creditors, the Top 20 Creditors and F. Greek Bristol Properties, L.P.'s counsel. and all

by ❏ each, ☒ any of the following methods selected by the Court:                Notice Parties.

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ❏ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

❏ is not required

☒ must be provided to  all directly impacted parties. _____

☒ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*