<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
            turner.falk@saul.com


*Counsel to the Debtors and Debtors in Possession*

</td></tr>
<tr><td>

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                      Debtors.[1]

</td><td>

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

</td></tr>
</table>

## CERTIFICATION OF SERVICE

1.      I, <u>Stephen B. Ravin</u>:

☒    represent the <u>Debtors</u> in this matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in this matter.

☐ am the _____ in this case and am representing myself.

2.      On <u>March 27, 2026</u>, I sent a copy of the following to the parties listed in the chart below

1.   Debtors' Motion for Entry of an Order Approving Extension of Debtors' Real Property Lease with F. Greek Bristol Properties, L.P. as amended by the Lease Extension Agreement, Declaration, Exhibit and Proposed Order;

2.   Application to Shorten Time;

3.   Signed and Entered Order Shortening Time.

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57332304.1

3.	I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: <u>March 27, 2026</u>	<u>/s/ *Stephen B. Ravin*</u>
	Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| United States Trustee<br>Office of the United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| David Gerardi<br>DOJ-Ust<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | Counsel to U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Laurie A. Martin Montplaisir<br>Krieg DeVault LLP<br>200 S. Wacker Drive Suite 600<br>Chicago, IL 60606<br>Email: lmontplaisir@kdlegal.com | Counsel to First Business Specialty Finance, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Seth Ptasiewicz<br>Kroll Heineman Ptasiewicz & Parsons, LLC<br>99 Wood Avenue South<br>Suite 307<br>Iselin, NJ 07726 | Counsel to Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ilana Volkov<br>McGrail & Bensinger LLP<br>888-C 8th Avenue #107<br>New York, NY 10019 | Counsel to Hartz Elizabeth, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Thomas Michael Walsh<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Counsel to Chiesa Shahinian & Giantomasi PC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| John S. Mairo, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| David H. Stein<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 | Counsel to F. Greek Bristol Properties, L.P. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail and Telephone</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| --- | --- | --- |
| Christopher D. Hopkins, Esq.<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 | Counsel to F. Greek Bristol Properties, L.P. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail and Telephone</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Robert M. Kline<br>Wright Law Group, PLLC<br>228 Park Ave S<br>Pmb 84356<br>New York, NY 10003-1502 | Counsel to Auxilior Capital Partners, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Rebecca K. McDowell<br>Thomas B. O'Connell<br>Saldutti Law Group<br>1040 Kings Highway North<br>Suite 100<br>Cherry Hill, NJ 08034 | Counsel to Eastern Lift Truck Co Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Kyle McEvilly<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Amanda R Simone<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Brett S. Theisen<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102-5310 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Weltman, Weinberg & Reis Co.<br>Attn: Garry Masterson<br>5990 West Creek Rd<br>Suite 200<br>Independence, OH 44131 | Counsel to Coastal Industrial Equipment, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |

| | | |
|---|---|---|
| Scott D. Sherman<br>MINION & SHERMAN<br>33 Clinton Road<br>Suite 105<br>West Caldwell, NJ 07006 | Agent to First Citizens Bank & Trust Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| City of Philadelphia Law Department<br>Tax Litigation & Collections Unit<br>1401 JFK Blvd., 5th Floor, Room 580<br>Philadelphia, PA 19102-1595 | Taxing Authority | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Dundon Advisers LLC<br>Ten Bank Street<br>Suite 1100<br>White Plains, NY 10606 | Other Professional | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Thomas T. McClendon<br>Jones & Walden LLC<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308 | Counsel to Yancey Bros., Co. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Joseph Casello<br>Collins, Vella & Casello<br>2430 Route 34 B12<br>Manasquan, NJ 08736 | Counsel to Yancey Bros., Co. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Pamela Elchert Thurmond<br>City of Philadelphia<br>1401 John F. Kennedy Blvd.<br>Room 580<br>Philadelphia, PA 19102 | Counsel to The City of Philadelphia | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail__</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| CAMBRIDGE FINANCIAL SERVICES<br>105 FIELDCREST AVENUE<br>SUITE 506<br>EDISON, NJ 08837 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| CIESA SHAHINIAN & GIANTOMASI PC<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07668 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |

5

| | | |
|---|---|---|
| EAST COAST DOCK & DOOR<br>345 HIGHWAY 9 SOUTH<br>SUITE # 266<br>MANALAPAN, NJ 07726 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| F. GREEK BRISTOL PROPERTIES, L.P.<br>1 KIMBERLY ROAD SUITE 105<br>East Brunswick, NJ 08816 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| First Business Specialty Finance, LLC<br>2400 E DEVON AVE<br>SUITE 211<br>Des Plaines, IL 60018 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| GREENBAUM ROWE SMITH & DAVIS LLP<br>METRO CORPORATE CAMPUS ONE<br>PO BOX 5600<br>WOODBRIDGE, NJ 07095-0988 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| HARTZ ELIZABETH, INC.<br>225 BAY AVENUE<br>Elizabeth, NJ 07096-1515 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| INTEGRITY STAFFING SOLUTIONS<br>PO BOX 713870<br>PHILADELPHIA, PA 19171-3870 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail__<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| MASIS STAFFING<br>PO BOX 823473<br>Philadelphia, PA 19182 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| | | |
|---|---|---|
| MURPHY SCHILLER & WILKES LLP<br>24 COMMERCE STREET 12TH FLOOR<br>Newark, NJ 07102 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| NORTH NJ TEAMSTERS BEN.PLAN<br>810 BELMONT AVE.<br>NORTH HALEDON,, NJ 07508 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| P JUDGE AND SONS<br>201 A EXPORT ST<br>PORT NEWARK, NJ 07114 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| PRIME PACKAGING CORP.<br>1290 METROPLOITAN AVENUE<br>BROOKLYN, NY 11237 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Rreef American Reit II Corp.<br>PO BOX 209254<br>Austin, TX 78720-9254 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| STARPOINT PROTECTIVE SERVICES, LLC<br>PO BOX 217<br>UNION, NJ 07083 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail__</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Seagis Est Rutherford LLC<br>One Meadowlands Plz.<br>Suite 800<br>East Rutherford, NJ 07073 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail__</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| WASTE MANAGEMENT OF N.J. INC<br>PO BOX 13648<br>WASTE MNGMT NEWARK MUNICIPAL<br>Philadelphia, PA 19101-3667 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail__</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |

| WASTE MANAGEMENT OF PA INC<br>WASTE MANAGEMENT NORTH<br>P.O. BOX 13648<br>PHILADELPHIA, PA 19101-3648 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail___<br>(As authorized by the Court or by rule. Cite rule if applicable) |
|---|---|---|
| American Express<br>PO Box 1270<br>Newark, NJ 07101 | Creditor Holding 20 Largest Unsecured Clam | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail___<br>(As authorized by the Court or by rule. Cite rule if applicable) |