**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*

NIXON PEABODY LLP
Eric M. Ferrante (NJ Bar No. 140542014)
211 High Point Drive, Suite 110
Victor, NY 14564
Telephone: (585) 263-1000
eferrante@nixonpeabody.com
Richard C. Pedone (*pro hac vice* forthcoming)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
rpedone@nixonpeabody.com
Daniel P. McMonagle (*pro hac vice* forthcoming)
55 West 46th Street
New York, NY 10036
Telephone: (212) 940-3000
dmcmonagle@nixonpeabody.com

*Counsel to Constellation Brands, Inc.*

|  |  |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Constellation Brands, Inc. hereby appears in the above-

captioned chapter 11 cases, by and through its undersigned counsel, pursuant to section 1109(b)

of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

4898-1347-1365.1

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon:

| NIXON PEABODY LLP | NIXON PEABODY LLP | NIXON PEABODY LLP |
|---|---|---|
| Eric M. Ferrante | Richard C. Pedone | Daniel P. McMonagle |
| 211 High Point Drive, Suite 110 | Exchange Place | 55 West 46th Street |
| Victor, NY 14564 | 53 State Street | New York, NY 10036 |
| Telephone: (585) 263-1000 | Boston, MA 02109 | Telephone: (212) 940-3000 |
| eferrante@nixonpeabody.com | Telephone: (617) 345-1000 | dmcmonagle@nixonpeabody.com |
|  | rpedone@nixonpeabody.com |  |

**PLEASE TAKE FURTHER NOTICE THAT** this request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise which effect or seek to effect the above case.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance and Request for Notices and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) to have the reference of this

4898-1347-1365.1

matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: March 31, 2026

CONSTELLATION BRANDS, INC.

By: */s/Eric M. Ferrante*
NIXON PEABODY LLP
Eric M. Ferrante (NJ Bar No. 140542014)
211 High Point Drive, Suite 110
Victor, NY 14564
Telephone: (585) 263-1000
eferrante@nixonpeabody.com

-and-

Richard C. Pedone
(*pro hac vice* forthcoming)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
rpedone@nixonpeabody.com

-and-

Daniel P. McMonagle
(*pro hac vice* forthcoming)
55 West 46th Street
New York, NY 10036
Telephone: (212) 940-3000
dmcmonagle@nixonpeabody.com

*Counsel to Constellation Brands, Inc.*