# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NEW JERSEY

|  |  |
|---|---|
| In Re. AMEX SHIPPING AGENT, INC., | § |
| | § |
| _____ | § |
| Debtor(s) | § |

Case No.   25-22129

Lead Case No.   25-22123

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2026       Petition Date: 11/14/2025

Months Pending: 4       Industry Classification: | 4 | 8 | 4 | 1 |

Reporting Method:       Accrual Basis ⦿       Cash Basis ◯

Debtor's Full-Time Employees (current):       1

Debtor's Full-Time Employees (as of date of order for relief):       1

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Patrick J. Wynne
Signature of Responsible Party

04/02/2026
Date

Patrick J. Wynne
Printed Name of Responsible Party

10 Colonial Drive, Katonah, New York 10536
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)       1

Debtor's Name AMEX SHIPPING AGENT, INC.,                                      Case No.  25-22129

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $12,049 | |
| b. Total receipts (net of transfers between accounts) | $25,000 | $119,441 |
| c. Total disbursements (net of transfers between accounts) | $35,258 | $123,054 |
| d. Cash balance end of month (a+b-c) | $1,791 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $35,258 | $123,054 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $17,455 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $15,710 |
| c. Inventory     (Book ◯    Market ⦿    Other ◯    (attach explanation)) | $0 |
| d. Total current assets | $416,132 |
| e. Total assets | $416,312 |
| f. Postpetition payables (excluding taxes) | $49,030 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $49,030 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $528,054 |
| n. Total liabilities (debt) (j+k+l+m) | $577,084 |
| o. Ending equity/net worth (e-n) | $-160,772 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $591 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $45,440 | |
| c. Gross profit (a-b) | $-44,849 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $56,415 | |
| f. Other expenses | $-2,500 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $98,764 | $-349,618 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name  AMEX SHIPPING AGENT, INC.,                                        Case No.  25-22129

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $32,760 | $44,875 | $16,564 | $24,224 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Saul Ewing LLP | Lead Counsel | $10,004 | $15,676 | $8,003 | $12,541 |
| ii | Murphy Schiller and Wilkes, LL | Special Counsel | $0 | $405 | $0 | $324 |
| iii | Forvis Mazars, LLP | Financial Professional | $14,377 | $16,917 | $6,144 | $6,144 |
| iv | Cambridge | Financial Professional | $8,379 | $11,877 | $2,417 | $5,215 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name AMEX SHIPPING AGENT, INC.,                                      Case No. 25-22129

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                4

Debtor's Name  AMEX SHIPPING AGENT, INC.,                                                  Case No.  25-22129

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name AMEX SHIPPING AGENT, INC.,                                                    Case No.  25-22129

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name AMEX SHIPPING AGENT, INC.,                                    Case No.  25-22129

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name AMEX SHIPPING AGENT, INC.,                                              Case No.  25-22129

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $99 | $200 |
| d.  Postpetition employer payroll taxes paid | $1,909 | $10,570 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ◯  No ⦿

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ◯  No ⦿

c.  Were any payments made to or on behalf of insiders?  Yes ◯  No ⦿

d.  Are you current on postpetition tax return filings?  Yes ⦿  No ◯

e.  Are you current on postpetition estimated tax payments?  Yes ⦿  No ◯

f.  Were all trust fund taxes remitted on a current basis?  Yes ⦿  No ◯

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ◯  No ⦿

h.  Were all payments made to or on behalf of professionals approved by the court?  Yes ⦿  No ◯  N/A ◯

i.  Do you have:    Worker's compensation insurance?  Yes ⦿  No ◯

   If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

   Casualty/property insurance?  Yes ⦿  No ◯

   If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

   General liability insurance?  Yes ⦿  No ◯

   If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?  Yes ◯  No ⦿

k.  Has a disclosure statement been filed with the court?  Yes ◯  No ⦿

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ◯

UST Form 11-MOR (12/01/2021)                              8

Debtor's Name AMEX SHIPPING AGENT, INC.,                                    Case No. 25-22129

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Patrick J. Wynne                                 Patrick J. Wynne

Signature of Responsible Party                       Printed Name of Responsible Party

President                                            04/02/2026

Title                                                Date

Debtor's Name AMEX SHIPPING AGENT, INC.,                                           Case No.  25-22129



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                                    10

Debtor's Name AMEX SHIPPING AGENT, INC.,                              Case No.  25-22129



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name AMEX SHIPPING AGENT, INC.,                                      Case No. 25-22129



PageThree



PageFour

**Balance Sheet**
**November 30, 2025**
**NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS**

|  | Amex Shipping Agent, Inc. |
|---|---|
| **Assets** | |
| Current assets | |
| Cash and cash equivalents | $ 13,340 |
| Accounts receivable | 27,387 |
| Allowance for doubtful accounts | (1,566) |
| Due from related parties | 643,844 |
| Other current assets | 3,500 |
| Total current assets | 686,505 |
| | |
| Total assets | $ 686,505 |
| | |
| **Liabilities and (Deficit) Equity** | |
| Current liabilities | |
| Accounts payable and accrued expenses | $ 567,229 |
| Total current liabilities | 567,229 |
| | |
| Equity | |
| Common stock | 2,000 |
| Retained earnings | 117,276 |
| Total equity | 119,276 |
| | |
| Total liabilities and equity | $ 686,505 |

Management Use Only

**AMEX SHIPPING AGENT INC.**
PROFIT AND LOSS

| | 1st to 14th November 2025 | 15th to 30th November 2025 | FULL MONTH November 2025 | YTD |
|---|---|---|---|---|
| LINE HAUL REVENUE | 11,906 | 1,800 | 13,706 | 199,548 |
| FUEL SURCHARGE (CUSTOMER) | - | - | - | 1,007 |
| TOTAL REVENUE | 11,906 | 1,800 | 13,706 | 200,555 |
| | | | | |
| COST OF SERVICE SOLD | | | | |
| COST OF LINE HAUL | 42,284 | 1,425 | 43,709 | 177,715 |
| DETENTION | | - | - | - |
| COST OF SERVICE SOLD | 42,284 | 1,425 | 43,709 | 177,715 |
| GROSS REVENUE | (30,378) | 375 | (30,003) | 22,840 |
| | | | | 11% |
| GENERAL & ADMINISTRTATIVE EXP. | | | | |
| G & A SALARIES & BENEFITS | | | | |
| OUTSIDE LABOR | | | | |
| ADMINISTRATIVE SALARIES | 3,054 | 3,212 | 6,266 | 80,807 |
| EXECUTIVE EXPENSE | 12,500 | 12,500 | 25,000 | 275,000 |
| TOTAL G & A EXPENSES | 15,554 | 15,712 | 31,266 | 355,807 |
| | | | | |
| PROFESSIONAL FEES | | | | |
| ACCOUNTING FEES | 2,500 | 2,500 | 5,000 | 55,000 |
| TOTAL PROFESSIONAL EXPENSES | 2,500 | 2,500 | 5,000 | 55,000 |
| | | | | |
| INSURANCE | | | | |
| TRUCKER'S LIABILITIES INS. EXP. | - | - | - | 333 |
| CARGO/PROPERTY | - | 333 | 333 | 3,330 |
| CUSTOM BOND EXP. | - | - | - | 4,688 |
| HEALTH INSURANCE | - | 1,758 | 1,758 | 19,338 |
| HEALTH INSURANCE REIMBURSMENT | (354) | (354) | (708) | (8,404) |
| OFFICER'S LIFE INSURANCE | - | - | - | 3,105 |
| TOTAL INSURANCE EXPENSES | (354) | 1,737 | 1,383 | 22,390 |
| | | | | |
| COMMUNICATIONS | | | | |
| TELEPHONE | - | - | - | 2,139 |
| TOTAL COMMUNICATION EXPENSES | - | - | - | 2,139 |
| | | | | |
| OFFICE EQUIPMENT & SUPPLIES | | | | |
| OFFICE SUPPLIES | - | - | - | - |
| AUTO FUEL | 250 | - | 250 | 2,750 |
| TOTAL OFFICE EQUIP. & SUPPLIES | 250 | - | 250 | 2,750 |
| | | | | |
| PAYROLL TAXES EXPENSE | | | | |
| SOCIAL SECURITY (FICA) | 161 | 155 | 316 | 4,341 |
| FED. MEDICARE | 38 | 33 | 71 | 1,015 |
| NJ SUI/DIS EMPLOYER EXP. | - | - | - | 484 |
| FUTA (940) | - | - | - | 38 |
| TOTAL P/R TAXES EXPENSES | 199 | 188 | 387 | 5,878 |
| | | | | |
| OTHER TAXES | | | | |
| MISC. TAXES | - | - | - | 4,500 |
| TOTAL OTHER TAXES | - | - | - | 4,500 |
| | | | | |
| OTHER G & A EXPENSE | | | | |
| PAYROLL SERVICE EXPENSE | - | - | - | 3,017 |
| TOTAL OTHER G & A EXPENSES | - | - | - | 3,017 |
| | | | | |
| OTHER (INCOME) & EXPENSE | | | | |
| RENT INCOME | (1,250) | (1,250) | (2,500) | (27,500) |
| INTEREST EXPENSE | - | - | - | 1,081 |
| TOTAL MISC. (INCOME) & EXPENSES | (1,250) | (1,250) | (2,500) | (26,419) |
| | | | | - |
| NET INCOME (LOSS) | (47,277) | (18,512) | (65,789) | (402,222) |

Case 25-22123-JKS    Doc 228    Filed 04/02/26    Entered 04/02/26 17:04:16    Desc Main
Document    Page 15 of 26

**Ranges:**

| | | | | | |
|---|---|---|---|---|---|
| Customer ID: | First - Last | User-Defined 1: | First - Last | State: | First - Last |
| Customer Class: | First - Last | Short Name: | First - Last | Telephone: | First - Last |
| Salesperson ID: | First - Last | Customer Name: | First - Last | Posting Date: | First - 11/30/2025 |
| Sales Territory: | First - Last | ZIP Code: | First - Last | | |

**Account Type:** All
**Aging Date:** 11/30/2025
**Exclude:** Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
**Sorted:** by Customer ID

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | -$4,328.80 | $0.00 | $0.00 | -$4,328.80 |
| Totals: | $0.00 | $0.00 | $0.00 | $1,470.00 | $0.00 | $0.00 | $1,470.00 |
| Totals: | $7,215.31 | $26.31 | $0.00 | -$964.12 | $0.00 | $0.00 | $6,277.50 |
| Totals: | $0.00 | $0.00 | $0.00 | -$1,000.00 | $0.00 | $0.00 | -$1,000.00 |
| Totals: | $0.00 | $0.00 | $0.00 | $4,640.30 | $0.00 | $0.00 | $4,640.30 |
| Totals: | $0.00 | $0.00 | $0.00 | $15,075.00 | $0.00 | $0.00 | $15,075.00 |
| Totals: | $0.00 | $0.00 | $0.00 | -$21.76 | $0.00 | $0.00 | -$21.76 |
| Totals: | $0.00 | $0.00 | $0.00 | $1,250.00 | $0.00 | $0.00 | $1,250.00 |

User-Defined 1
Contact:
Phone: (00 ) - Ext.
Credit: Unlimited

Salesperson: NONE
Territory: NONE

| System: | 12/22/2025 | 3:23:58 PM | | | | | **Page:** | 2 |
| User Date: | 12/22/2025 | | | | | | **User ID:** | gpbjudge |

**SUMMARY HISTORICAL AGED TRIAL BALANCE**

Case 25-22123-JKS    Doc 228    Filed 04/02/26    Entered 04/02/26 17:04:16    Desc Main
Document    Page 16 of 26

**Phone:** ▮▮▮▮▮▮▮

**Credit:** Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $1,105.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,105.88 |

**User-Defined 1**
**Contact:**
**Phone:** (00 )  -  Ext.
**Credit:** Unlimited

**Salesperson:** NONE
**Territory:** NONE

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $1,800.00 | $0.00 | $0.00 | $489.81 | $0.00 | $0.00 | $2,289.81 |

**User-Defined 1**
**Contact:**
**Phone:** (00 )  -  Ext.
**Credit:** Unlimited

**Salesperson:** NONE
**Territory:** NONE

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $629.10 | $0.00 | $0.00 | $629.10 |

| | Customer(s) | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|---|
| **Grand Totals:** | 11 | $10,121.19 | $26.31 | $0.00 | $17,239.53 | $0.00 | $0.00 | $27,387.03 |

Case 25-22123-JKS    Doc 228    Filed 04/02/26    Entered 04/02/26 17:04:16    Desc Main
Document    Page 17 of 26

**Ranges:**

| | | | |
|---|---|---|---|
| Vendor ID: | First - Last | User-Defined 1: | First - Last | Print Option: | DETAIL |
| Class ID: | First - Last | Posting Date: | First - 11/30/2025 | Aged By: | Document Date |
| Payment Priority: | First - Last | Document Number: | First - Last | Aging Date: | 11/30/2025 |
| Vendor Name: | First - Last | | | | |

**Exclude:**   Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
**Sorted By:**   Vendor ID
             Due Date

\* - Indicates an unposted credit document that has been applied.

| Vendor ID:   LOTSA | | | Name:   LOGISTICS ONE TRANSPORT, INC | | | Class ID:   CARRIERS | | User-Defined 1: | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Voucher/<br>Payment No. | Doc Number | Type | Doc Date | Due Date | Doc Amount | Disc Date | Disc Avail | Writeoff<br>Amount | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
| 00000000000066440 | AMX61337 | INV | 12/3/2025 | 1/2/2026 | $1,425.00 | | | | $1,425.00 | | | |

| | | Due | | | | |
|---|---|---|---|---|---|---|
| **Voucher(s):   1** | **Aged Totals:** | **$1,425.00** | **$1,425.00** | **$0.00** | **$0.00** | **$0.00** |

| | Vendors | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| **Vendor Totals:** | 1 | $1,425.00 | $1,425.00 | $0.00 | $0.00 | $0.00 |

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2025 through November 28, 2025

**Account Number:** ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

AMEX SHIPPING AGENT GROUP, INC.
201 BAY AVE
ELIZABETH NJ 07201-4904

## Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $2,499.16 | |
| Deposits and Credits | 7 | $52,157.66 | |
| Withdrawals and Debits | 14 | $41,185.25 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$13,471.57** | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 11/12 | Online Transfer From Chk ...5279 Transaction#: 26925453845 | $18,662.00 |
| 11/12 | Online Transfer From Chk ...5279 Transaction#: 26925488807 | 3,000.00 |
| 11/13 | Online Transfer From Chk ...5279 Transaction#: 26943458320 | 3,590.28 |
| 11/19 | Online Transfer From Chk ...5279 Transaction#: 27018554495 | 3,590.28 |
| 11/20 | Online Transfer From Chk ...5279 Transaction#: 27027799443 | 1,791.23 |
| 11/21 | Online Transfer From Chk ...5279 Transaction#: 27042095378 | 3,582.46 |
| 11/24 | Online Transfer From Chk ...5279 Transaction#: 27075167168 | 17,941.41 |
| **Total** | | **$52,157.66** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 11/03 | Orig CO Name:▮▮▮▮    Orig ID:1223006057 Desc Date:251103 CO Entry Descr▮▮▮▮    Sec:CCD   Trace#:021000024677413 Eed:251103   Ind ID:Aaymi 103144V01    Ind Name:Amex Shipping Agent IN      Aa Trn:  3074677413Tc | $134.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

# CHASE ⬡

November 01, 2025 through November 28, 2025

**Account Number:** ███████████████

## Withdrawals and Debits (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 11/06 | Orig CO Name: ███████████ Orig ID:9333006057 Desc Date:251106 CO Entry Descr ███████CCD Trace#:021000024744576 Eed:251106 Ind ID:745076618999Ymi Ind Name:Amex Shipping Agent IN 323298036 Trn: 3104744576Tc | 866.55 |
| 11/06 | Orig CO Name ███████ Orig ID:1223006057 Desc Date:251106 CO Entry Desc ███████Sec:CCD Trace#:021000024744578 Eed:251106 Ind ID:Aaymi 110745A01 Ind Name:Amex Shipping Agent IN Km Trn: 3104744578Tc | 420.11 |
| 11/10 | Orig CO Name: ██████ Orig ID:1223006057 Desc Date:251110 CO Entry Descr ███████Sec:CCD Trace#:021000024629711 Eed:251110 Ind ID:Aaymi 110745V01 Ind Name:Amex Shipping Agent IN Aa Trn: 3144629711Tc | 134.00 |
| 11/12 | Same-Day ACH Payment 11195211544 To ███████████ YOUR REF: 48335987155 | 19,553.00 |
| 11/13 | Orig CO Name: ██████████ Orig ID:9333006057 Desc Date:251113 CO Entry Descr ██████████CCD Trace#:021000028016130 Eed:251113 Ind ID:694108239022Ymi Ind Name:Amex Shipping Agent IN 323298036 Trn: 3178016130Tc | 839.09 |
| 11/13 | Orig CO Name ███████ Orig ID:1223006057 Desc Date:251113 CO Entry Desc ███████Sec:CCD Trace#:021000028016132 Eed:251113 Ind ID:Aaymi 111446A01 Ind Name:Amex Shipping Agent IN Kj Trn: 3178016132Tc | 400.57 |
| 11/18 | Orig CO Name: ██████ Orig ID:1223006057 Desc Date:251117 CO Entry Desc ██████Sec:CCD Trace#:021000021466704 Eed:251117 Ind ID:Aaymi 111446V01 Ind Name:Amex Shipping Agent IN | 134.00 |
| 11/20 | Orig CO Name: ███████████ Orig ID:9333006057 Desc Date:251120 CO Entry Desc ███████:CCD Trace#:021000023825878 Eed:251120 Ind ID:601074552153Ymi Ind Name:Amex Shipping Agent IN 323298036 Trn: 3243825878Tc | 872.05 |
| 11/20 | Orig CO Name: ██████████ Orig ID:1223006057 Desc Date:251120 CO Entry Desc ███████Sec:CCD Trace#:021000023825880 Eed:251120 Ind ID:Aaymi 112147A01 Ind Name:Amex Shipping Agent IN Km Trn: 3243825880Tc | 424.01 |
| 11/24 | Online Transfer To Chk ...5279 Transaction#: 27075224008 | 16,147.00 |
| 11/24 | Orig CO Name: ███████ Orig ID:1223006057 Desc Date:251124 CO Entry Descr ███████Sec:CCD Trace#:021000021398043 Eed:251124 Ind ID:Aaymi 112147V01 Ind Name:Amex Shipping Agent IN Aa Trn: 3281398043Tc | 134.00 |
| 11/28 | Orig CO Name: ███████████ Orig ID:9333006057 Desc Date:251126 CO Entry Descr ███████CCD Trace#:021000027029983 Eed:251126 Ind ID:742065349357Ymi Ind Name:Amex Shipping Agent IN | 772.23 |
| 11/28 | Orig CO Name ████████ Orig ID:1223006057 Desc Date:251126 CO Entry Desc ███████Sec:CCD Trace#:021000027029981 Eed:251126 Ind ID:Aaymi 112848A01 Ind Name:Amex Shipping Agent IN | 354.64 |
| **Total** | | **$41,185.25** |

**CHASE** ⬡

November 01, 2025 through November 28, 2025

**Account Number:** ██████████

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------:|------|---------------:|
| 11/03 | $2,365.16 | 11/19 | $8,860.40 |
| 11/06 | $1,078.50 | 11/20 | $9,355.57 |
| 11/10 | $944.50 | 11/21 | $12,938.03 |
| 11/12 | $3,053.50 | 11/24 | $14,598.44 |
| 11/13 | $5,404.12 | 11/28 | $13,471.57 |
| 11/18 | $5,270.12 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank

System: 3/1/2026 2:52:47 PM **HISTORICAL AGED TRIAL BALANCE** Page: 1
User Date: 3/1/2026 User ID: gprbrogan

Case 25-22123-JKS    Doc 228    Filed 04/02/26    Entered 04/02/26 17:04:16    Desc Main
Fleet Shipping Agent    Document    Payment Management    Page 22 of 26

**Ranges:**

| | | | | |
|---|---|---|---|---|
| Vendor ID: | First - Last | | User-Defined 1: | First - Last |
| Class ID: | First - Last | | Posting Date: | First - 2/28/2026 |
| Payment Priority: | First - Last | | Document Number: | First - Last |
| Vendor Name: | First - Last | | | |

| | | | |
|---|---|---|---|
| **Print Option:** | SUMMARY | **Exclude:** | Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info |
| **Aged By:** | Document Date | **Sorted By:** | Vendor ID |
| **Aging Date:** | 2/28/2026 | | Due Date |

| Vendor ID: ▓ | Name: ▓▓▓▓▓ | | Class ID: TRADE | User-Defined 1: | |
|---|---|---|---|---|---|
| | | **Due** | **Current Period** | **31-60 Days** | **61-90 Days** | **91 and Over** |
| Voucher(s): 2 | **Aged Totals:** | $749.03 | $389.03 | $360.00 | $0.00 | $0.00 |

| Vendor ID: ▓ | Name: ▓▓▓▓▓ | | Class ID: TRADE | User-Defined 1: | |
|---|---|---|---|---|---|
| | | **Due** | **Current Period** | **31-60 Days** | **61-90 Days** | **91 and Over** |
| Voucher(s): 2 | **Aged Totals:** | $3,600.00 | $3,600.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▓ | Name: ▓▓▓▓▓ | | Class ID: TRADE | User-Defined 1: | |
|---|---|---|---|---|---|
| | | **Due** | **Current Period** | **31-60 Days** | **61-90 Days** | **91 and Over** |
| Voucher(s): 1 | **Aged Totals:** | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 |

| Vendor ID: ▓ | Name: ▓▓▓▓▓ | | Class ID: CARRIERS | User-Defined 1: | |
|---|---|---|---|---|---|
| | | **Due** | **Current Period** | **31-60 Days** | **61-90 Days** | **91 and Over** |
| Voucher(s): 1 | **Aged Totals:** | $590.41 | $0.00 | $0.00 | $590.41 | $0.00 |

| | **Vendors** | **Due** | **Current Period** | **31-60 Days** | **61-90 Days** | **91 and Over** |
|---|---|---|---|---|---|---|
| **Vendor Totals:** | 4 | $5,189.44 | $4,239.03 | $360.00 | $590.41 | $0.00 |

**Ranges:**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Customer ID:** | First - Last | **User-Defined 1:** | First - Last | **State:** | First - Last |
| **Customer Class:** | First - Last | **Short Name:** | First - Last | **Telephone:** | First - Last |
| **Salesperson ID:** | First - Last | **Customer Name:** | First - Last | **Posting Date:** | First - 2/28/2026 |
| **Sales Territory:** | First - Last | **ZIP Code:** | First - Last | | |

**Account Type:** All
**Aging Date:** 2/28/2026
**Exclude:** Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
**Sorted:** by Customer ID

---

**Customer:** ███  **Name:** ████████  **Account Type:** Open Item

**User-Defined 1**  **Salesperson:** NONE
**Contact:**  **Territory:** NONE
**Phone:** (00 ) - Ext.
**Credit:** Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | -$4,328.80 | $0.00 | $0.00 | -$4,328.80 |

---

**Customer:** ███  **Name:** ████████  **Account Type:** Open Item

**User-Defined 1**  **Salesperson:** NONE
**Contact:** ████████  **Territory:** NONE
**Phone:** (00 ) - Ext.
**Credit:** Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $1,470.00 | $0.00 | $0.00 | $1,470.00 |

---

**Customer:** ███  **Name:** ████████  **Account Type:** Open Item

**User-Defined 1**  **Salesperson:**
**Contact:** ████████  **Territory:**
**Phone:** ████████

**Credit:** Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | -$1,804.16 | $53.39 | -$928.09 | $0.00 | $0.00 | -$2,678.86 |

---

**Customer:** ███  **Name:** ████████  **Account Type:** Open Item

**User-Defined 1**  **Salesperson:** NONE
**Contact:** ████████  **Territory:** NONE
**Phone:** ████████

**Credit:** Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | -$1,000.00 | $0.00 | $0.00 | -$1,000.00 |

---

**Customer:** ███  **Name:** ████████  **Account Type:** Open Item

**User-Defined 1**  **Salesperson:** NONE
**Contact:**  **Territory:** NONE
**Phone:** (00 ) - Ext.
**Credit:** Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $4,640.30 | $0.00 | $0.00 | $4,640.30 |

---

**Customer:** ███  **Name:** ████████  **Account Type:** Open Item

**User-Defined 1**  **Salesperson:** NONE
**Contact:**  **Territory:** NONE
**Phone:** (00 ) - Ext.
**Credit:** Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $15,075.00 | $0.00 | $0.00 | $15,075.00 |

---

**Customer:** ███  **Name:** ████████  **Account Type:** Open Item

**User-Defined 1**  **Salesperson:** NONE
**Contact:** ████████  **Territory:** NONE
**Phone:** (00 ) - Ext.
**Credit:** Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | -$21.76 | $0.00 | $0.00 | -$21.76 |

---

**Customer:** ███  **Name:** ████████  **Account Type:** Open Item

**User-Defined 1**  **Salesperson:** NONE
**Contact:** ████████  **Territory:** NONE
**Phone:** (00 ) - Ext.
**Credit:** Unlimited

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $1,250.00 | $0.00 | $0.00 | $1,250.00 |

---

**Customer:** ███  **Name:** ████████  **Account Type:** Open Item

**User-Defined 1**  **Salesperson:**
**Contact:**  **Territory:**

# SUMMARY HISTORICAL AGED TRIAL BALANCE

| | | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Phone:** | ( ) - Ext. | | | | | | | | | |
| **Credit:** | Unlimited | **Totals:** | $0.00 | $0.00 | $590.54 | $0.00 | $0.00 | $0.00 | | $590.54 |

| **Customer:** | ▇▇▇▇ | **Name:** | ▇▇▇▇▇▇ | | **Account Type:** | Open Item | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | | **Salesperson:** | | | | | | | | |
| **Contact:** | | **Territory:** | | | | | | | | |
| **Phone:** | ▇▇▇▇▇▇▇ | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | | Balance |
| **Credit:** | Unlimited | **Totals:** | $0.00 | $0.00 | $1,105.88 | $0.00 | $0.00 | $0.00 | | $1,105.88 |

| **Customer:** | ▇▇▇▇ | **Name:** | ▇▇▇▇▇▇ | | **Account Type:** | Open Item | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | | **Salesperson:** | NONE | | | | | | | |
| **Contact:** | | **Territory:** | NONE | | | | | | | |
| **Phone:** | (00 ) - Ext. | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | | Balance |
| **Credit:** | Unlimited | **Totals:** | $0.00 | $0.00 | $1,800.00 | $489.81 | $0.00 | $0.00 | | $2,289.81 |

| **Customer:** | ▇▇▇ | **Name:** | ▇▇▇▇▇▇▇▇ | | **Account Type:** | Open Item | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **User-Defined 1** | | **Salesperson:** | NONE | | | | | | | |
| **Contact:** | | **Territory:** | NONE | | | | | | | |
| **Phone:** | (00 ) - Ext. | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | | Balance |
| **Credit:** | Unlimited | **Totals:** | $0.00 | $0.00 | $0.00 | $629.10 | $0.00 | $0.00 | | $629.10 |

| | **Customer(s)** | **Current** | **31 - 60 Days** | **61 - 90 Days** | **91 and Over** | | | **Balance** |
|---|---|---|---|---|---|---|---|---|
| **Grand Totals:** | 12 | $0.00 | -$1,804.16 | $3,549.81 | $17,275.56 | $0.00 | $0.00 | $19,021.21 |

**Balance Sheet**
**February 28, 2026**
**NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS**

|  | Amex Shipping Agent, Inc. |
|---|---:|
| **Assets** | |
| Current assets | |
| Cash and cash equivalents | $ 1,653 |
| Accounts receivable | 19,021 |
| Allowance for doubtful accounts | (1,566) |
| Refundable income taxes | 1,500 |
| Due from related parties | 395,524 |
| Total current assets | 416,132 |
| | |
| Total assets | $ 416,132 |
| | |
| **Liabilities and Deficit** | |
| Current liabilities | |
| Accounts payable and accrued expenses | 577,084 |
| Total current liabilities | 577,084 |
| | |
| Deficit | |
| Common stock | 2,000 |
| Accumulated deficit | (162,952) |
| Total deficit | (160,952) |
| | |
| Total liabilities and deficit | $ 416,132 |

Management Use Only

**AMEX SHIPPING AGENT INC.**
Summary of all Units
For Two Months Ending February 28, 2026

| | February 2026 | February 2026 | YTD |
|---|---:|---:|---:|
| **LINE HAUL REVENUE** | $591 | $591 | $591 |
| **TOTAL REVENUE** | 591 | 591 | 591 |
| | | | |
| **COST OF SERVICE SOLD** | | | |
| **COST OF LINE HAUL** | 590 | 590 | 590 |
| **DETENTION** | | | |
| **DRAYAGE OUTSIDE CARRIER LINE HAUL** | 44,850 | 44,850 | 80,780 |
| **COST OF SERVICE SOLD** | 45,440 | 45,440 | 81,370 |
| **GROSS REVENUE** | (44,849) | (44,849) | (80,779) |
| | | | |
| **GENERAL & ADMINISTRTATIVE EXP.** | | | |
| **G & A SALARIES & BENEFITS** | | | |
| **OUTSIDE LABOR** | | | |
| **ADMINISTRATIVE SALARIES** | 6,624 | 6,624 | 13,484 |
| **EXECUTIVE EXPENSE** | 25,000 | 25,000 | 50,000 |
| **TOTAL G & A EXPENSES** | 31,624 | 31,624 | 63,484 |
| | | | |
| **PROFESSIONAL FEES** | | | |
| **ACCOUNTING FEES** | (8,479) | 12,515 | 20,994 |
| **LEGAL FEES** | (6,563) | 5,717 | 16,241 |
| **CONSULTING FEES** | (4,696) | 4,039 | 8,735 |
| **TOTAL PROFESSIONAL EXPENSES** | (19,738) | 22,271 | 45,970 |
| | | | |
| **INSURANCE** | | | |
| **CARGO/PROPERTY** | 333 | 333 | 666 |
| **HEALTH INSURANCE** | 1,879 | 1,879 | 3,758 |
| **HEALTH INSURANCE REIMBURSMENT** | (792) | (792) | (1,761) |
| **TOTAL INSURANCE EXPENSES** | 1,420 | 1,420 | 2,663 |
| | | | |
| **OFFICE EQUIPMENT & SUPPLIES** | | | |
| **AUTO FUEL** | 250 | 250 | 500 |
| **TOTAL OFFICE EQUIP. & SUPPLIES** | 250 | 250 | 500 |
| | | | |
| **PAYROLL TAXES EXPENSE** | | | |
| **SOCIAL SECURITY (FICA)** | 373 | 349 | 811 |
| **FED. MEDICARE** | 82 | 82 | 177 |
| **NJ SUI/DIS EMPLOYER EXP.** | 66 | 66 | 144 |
| **FUTA (940)** | 2 | 2 | 41 |
| **TOTAL P/R TAXES EXPENSES** | 523 | 499 | 1,173 |
| | | | |
| **OTHER G & A EXPENSE** | | | |
| **PAYROLL SERVICE EXPENSE** | 351 | 351 | 351 |
| **TOTAL OTHER G & A EXPENSES** | 351 | 351 | 351 |
| | | | |
| **OTHER (INCOME) & EXPENSE** | | | |
| **RENT INCOME** | (2,500) | (2,500) | (5,000) |
| **TOTAL MISC. (INCOME) & EXPENSES** | (2,500) | (2,500) | (5,000) |
| | | | |
| **NET INCOME (LOSS)** | (56,779) | (98,764) | (189,920) |