UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scott D. Sherman, Esq.
MINION & SHERMAN
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com
www.minionsherman.com
Attorneys for Coastal Industrial Equipment, LLC

| | |
|---|---|
| In Re: | Case No.: ___25-22123___ |
| | Adv. Pro. No.: _____ |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., | Chapter: ___11___ |
| DEBTORS** | Subchapter V:   ❏ Yes  ☒ No |
| (Jointly Administered) | Hearing Date: ___4/14/2026___ |
| | Judge: ___Sherwood___ |

## ADJOURNMENT REQUEST

1.   I, _____Scott D. Sherman_____ ,

   ☒  am the attorney for: _____Coastal Industrial Equipment, LLC_____ ,

   ❏  am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _Motion for Relief From Stay (Document #211 on case  docket)_

   Current hearing date and time: _4/14/2026@ 10:00 a.m._

   New date requested: _5/19/2026 @ 10:00 a.m._

   Reason for adjournment request: _Counsel have been communicating with each other_

   _re: Debtor's post-petition obligations to Movant and would like time to resolve MFR_

2.   Consent to adjournment:

   ☒  I have the consent of all parties.   ❏  I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 4/3/2026                                    /s/ Scott D. Sherman
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date:  5/19/2026 @ 10:00 AM        ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____        ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties**
**who are not electronic filers of the new hearing date.**

*rev.10/2021*

2