**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*

| In Re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.,* | Case No. 25-22123 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Related Docket No.: **213** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SECOND MONTHLY FEE APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026</u>**

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *Second Monthly Fee Application of Dundon Advisers LLC, Financial Adviser to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2026 through February 28, 2026* [**D.I. 213**] (the "<u>Application</u>"), filed by Dundon Advisers LLC ("<u>Dundon</u>''), financial advisors to the Official Committee of Unsecured Creditors, on March 25, 2026. The deadline to object to the Application was April 15, 2026.

---

1 The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

As of the date hereof, the undersigned further certifies that a review of the Court's docket in this case indicates that no objections or responses to the Application have been filed.

Pursuant to the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* entered on December 9, 2026 [**D.I. 71**] (the ''Administrative Order''), the Debtors are authorized and directed to pay Dundon **$18,207.60** in fees (80% of $22,759.50) and one hundred percent (100%) of its expenses, in the amount of **$0.00**, for a total amount of **$18,207.60.**

Dated: April 16, 2026

**FBT GIBBONS LLP**

By: */s/ John S. Mairo*
John S. Mairo
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of
Unsecured Creditors*

2