<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
</td></tr>
<tr><td>

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
         turner.falk@saul.com
         maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*
</td><td>

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**Re: Doc. No. 217**
</td></tr>
<tr><td>

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                  Debtors.[1]
</td><td></td></tr>
</table>

**CERTIFICATION OF NO OBJECTION TO FOURTH MONTHLY**
**FEE STATEMENT OF MURPHY SCHILLER & WILKES LLP, SPECIAL**
**COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby

certifies that:

1.      On March 25, 2026, the *Fourth Monthly Fee Statement of Murphy Schiller &*

*Wilkes LLP, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement*

---

[1]    The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal &
Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge
Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The
location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is
13 Manor Road, East Rutherford, NJ 07073.

*of Expenses for the Period from February 1, 2026 through February 28, 2026* (the "**Application**")
[Docket No. 217] was filed with the Court.

2.      Pursuant to the Notice of Application [Docket No. 217], objections, if any, to the
Application were required to be filed with the Court and served on the undersigned so as to be
received on or before 4:00 p.m. on April 14, 2026 (the "**Objection Deadline**").

3.      The Objection Deadline has passed, and no formal objections or responses were
served upon the undersigned counsel or entered on the Court's docket.

4.      Pursuant to the Court's *Administrative Order Granting Debtors' Motion to
Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement
of Expenses of Professionals* [D.I. 71], Murphy Schiller & Wilkes LLP may be paid 80% of the
fees ($7,176.00, which is 80% of the $8,970.00 in total fees requested) and 100% of the expenses
($2,800.00) requested.

Dated: April 17, 2026                                  **SAUL EWING LLP**


By:*/s/ Stephen B. Ravin*
       Stephen B. Ravin, Esquire
       Turner N. Falk, Esquire
       One Riverfront Plaza
       1037 Raymond Blvd., Suite 1520
       Newark, NJ 07102-5426
       Telephone: (973) 286-6714
       E-mail:stephen.ravin@saul.com
          turner.falk@saul.com

       -and-

       Maxwell M. Hanamirian, Esquire (admitted *pro hac
vice*)
       1735 Market Street, Suite 3400
       Philadelphia, PA 19103-7504
       E-mail: maxwell.hanamirian@saul.com

       *Counsel for Debtors and Debtors in Possession*