| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Case No. 25-22123 (JKS) |
| *Caption in Compliance with D.N.J. LBR 9004(1)(b)* | **(Jointly Administered)** |
| **LAVERY, SELVAGGI & COHEN, P.C.** | **Chapter 11** |
| James F. Moscagiuri, Esq. | |
| 1001 Route 517 | **Hearing Date:** May 12, 2026, at 10:00am |
| Hackettstown, New Jersey 07840 | |
| Tel: (908) 852-2600 | **Judge:** Hon. John K. Sherwood, U.S.B.J. |
| E-mail: jmoscagiuri@lsaclaw.com | |
| *Counsel for Movants, Andy M. Castillo, Julio Andres Matos Angomas, and Kristal Marie Soto* | |

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., et al.,

Debtors.[1]

## NOTICE OF MOTION FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO PURSUE INSURANCE PROCEEDS ONLY

TO:  **Hon. John K. Sherwood, U.S.B.J.**
**United States Bankruptcy Court**
**Martin Luther King, Jr. Federal Building**
**50 Walnut Street, 3rd Floor**
**Newark, New Jersey 07102**

**All Parties as Set Forth in Attached Certification of Service**

Andy M. Castillo, Julio Andres Matos Angomas, and Kristal Marie Soto have filed papers

with the court seeking entry of an order granting them relief from the automatic stay to pursue

insurance proceeds only.

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.).**

If you do not want the court to enter an order granting the movants relief from the automatic stay to pursue insurance proceeds only, or if you want the court to consider your views on the motion, then on or before <u>May 5, 2026</u>, you or your attorney must file with the court a written request for hearing and a response, explaining your position at:

> **United States Bankruptcy Court**
> **Martin Luther King, Jr. Federal Building**
> **50 Walnut Street**
> **Newark, NJ 07102**

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also send a copy to:

> **James F. Moscagiuri, Esq.**
> **LAVERY, SELVAGGI & COHEN, P.C.**
> **1001 Route 517**
> **Hackettstown, New Jersey 07840**

> **All Parties as Set Forth in Attached Certification of Service**

Attend the hearing scheduled to be held on May 5, 2026, at 10:00am in Courtroom 3D of the United States Bankruptcy Court located at the Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

LAVERY, SELVAGGI & COHEN, P.C.

By: /s/ James F. Moscagiuri, Esq.

DATED: April 17, 2026                    James F. Moscagiuri, Esq.