| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004(1)(b)*<br><br>**LAVERY, SELVAGGI & COHEN, P.C.**<br>James F. Moscagiuri, Esq.<br>1001 Route 517<br>Hackettstown, New Jersey 07840<br>Tel: (908) 852-2600<br>E-mail: jmoscagiuri@lsaclaw.com<br><br>*Counsel for Movants, Andy M. Castillo,*<br>*Julio Andres Matos Angomas, and*<br>*Kristal Marie Soto* | Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**Hearing Date:** May 12, 2026, at 10:00am<br><br>**Judge:** Hon. John K. Sherwood, U.S.B.J. |
| In Re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., et al.,<br><br>                    Debtors. | |

**CERTIFICATION IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER
GRANTING RELIEF FROM AUTOMATIC STAY
TO PURSUE INSURANCE PROCEEDS ONLY**

James F. Moscagiuri, Esq., of full age, hereby certifies the following:

1.       I am an attorney-at-law of the State of New Jersey and a partner of the law firm Lavery, Selvaggi & Cohen, P.C., counsel for movants, Andy M. Castillo, Julio Andres Matos Angomas, and Kristal Marie Soto ("Movants"). As such, I have personal knowledge of the facts stated herein.

2.       The law firm of Krentsel Guzman Herbert, LLP ("Krentzel Firm"), located at 40 Wall Street, 45th Floor, New York, New York 10005, represents the Movants in a personal injury lawsuit currently pending in the Supreme Court of the State of New York, County of Queens, captioned *Andy M. Castillo, Julio Andres Matos Angomas, and Kristal Marie Soto v. P. Judge &*

*Sons, Inc., LI Hauling, Inc., and Luis A. Constante*, bearing Index No. 707452/2024 (the "Castillo Lawsuit").

3.      The Verified Complaint in the Castillo Lawsuit pleads that on or about September 28, 2023, the Movants suffered catastrophic injuries in a motor vehicle accident caused by the negligent operation of a 2007 Freightliner Motor Vehicle owned and operated by the Co-Debtor, P. Judge & Sons, Inc.  A true and accurate copy of the Verified Complaint filed in the Castillo Lawsuit is annexed as Exhibit A.

4.      On December 19, 2025, counsel for defendants in the Castillo Lawsuit filed a request to stay the civil proceedings because of the automatic bankruptcy stay entered herein. A true and accurate copy of this correspondence is annexed as Exhibit B.

5.      The Krentsel Firm thereafter retained this law firm as local counsel on behalf of the Movants to pursue relief in this forum from the automatic bankruptcy stay as to insurance proceeds only.

6.      According to counsel for defendants in the Castillo Lawsuit, on the date of accident there was a valid liability insurance policy in place in the amount of $2,000.000.00 and additional umbrella coverage in the amount of $1,000.000.00.  A true and accurate copy of an e-mail correspondence from Felice Cotignola, Esq., counsel for defendants in the Castillo Lawsuit, is annexed as Exhibit C.

7.      Movants seek relief from the automatic stay to proceed against said insurance coverage only, including any interest and costs payable under such policies.

I certify under penalty of perjury that the above is true.

_____
DATED: April 17, 2026                                  James F. Moscagiuri, Esq.

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
ANDY M CASTILLO, JULIO ANDRES MATOS
ANGOMAS and KRISTAL MARIE SOTO,

                                Plaintiff(s),

      -against-

P. JUDGE & SONS, INC., LI HAULING INC
and LUIS A CONSTANTE,

                            Defendant(s)
-----------------------------------------------------------------X

**Index No.:**
Purchased:

**SUMMONS**
Plaintiffs designate Queens
County as the Place of trial.

The basis of venue:
Accident occurred in
the County of Queens.

To the above-named Defendants:

      **You are hereby summoned** to appear in the Supreme Court of the State of New York, County of Queens, at the courthouse thereof at 88-11 Sutphin Boulevard, Jamaica, New York in the County of Queens, within the time provided by law as noted below and to file your Answer to the annexed Complaint with the Clerk of the Court; and upon your failure to Answer, judgment will be taken against you, with interest thereon, together with the costs and disbursements of the action, and for such other and further relief as to the court may seem just and proper.

      **Please take notice** that the law provides: (a) If this Summons is served by its delivery to you personally within the State of New York, you must appear and answer within TWENTY (20) DAYS after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the State of New York, or by publication, or by any means other than personal delivery to you within the State of New York, you are allotted THRITY (30) DAYS after proof of service thereof is filed with the Clerk of the Court within which to appear and answer.

Plaintiff' Castillo address is 451 Mechanic St, Pert Amboy, NJ 08861.
Plaintiffs Matos address is 1810 Weeks Avenue, Apt 5C, Bronx, NY 10457.
Plaintiffs Soto address is 441 Ashford Street, Apt 1, Brooklyn, NY 11207.

Dated: Bayside, New York
     April 8, 2024

                                Yours truly,

                             _____
                             **LOCKAMY & ASSOCIATES, P.C.,**
                             *By: Joshua Lockamy, Esq.*
                             *Attorney for Plaintiff(s)*
                             **ANDY M CASTILLO,**
                             **JULIO ANDRES MATOS ANGOMAS**

1

and **KRISTAL MARIE SOTO**
214-08 41st Avenue, 2nd Floor
Bayside, New York 11361
Office:          (718) 423-5625
Facsimile:      (718) 732-2256

To:

**P. JUDGE & SONS, INC.**
201A Export St
Port Newark, NJ 07114

**P. JUDGE & SONS, INC.**
117 Metropolitan Avenue
Brooklyn, NY 11211

**LI HAULING INC**
10A Evergreen Avenue
Brentwood, NY 11717

**LUIS A CONSTANTE**
75 Lincoln Blvd
Hauppauge, NY 11788

2

INDEX NO. 707452/2024

RECEIVED NYSCEF: 04/08/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
ANDY M CASTILLO, JULIO ANDRES MATOS
ANGOMAS and KRISTAL MARIE SOTO,

                            Plaintiff(s),

-against-

P. JUDGE & SONS, INC., LI HAULING INC
and LUIS A CONSTANTE,

                           Defendant(s)
-----------------------------------------------------------------X

Index No.:
Purchased:

**<u>VERIFIED COMPLAINT</u>**

Plaintiff(s) ANDY M CASTILLO, JULIO ANDRES MATOS and KRISTAL MARIE

SOTO, by their attorney, LOCKAMY & ASSOCIATES, P.C., complaining of the

Defendants, respectfully allege, upon information and belief, as follows:

1. At all times hereinafter mentioned, Plaintiff ANDY M CASTILLO (hereinafter

   referred to as "CASTILLO") was and still is a natural person residing in the County

   of Northeastern Middlesex, State of New Jersey.

2. At all times hereinafter mentioned CASTILLO was and still is a natural person

   residing at 451 Mechanic St, Pert Amboy, NJ 08861.

3. At all times hereinafter mentioned, Plaintiff JULIO ANDRES MATOS ANGOMAS

   (hereinafter referred to as "MATOS") was and still is a natural person residing in the

   County of Bronx, State of New York.

4. At all times hereinafter mentioned MATOS was and still is a natural person residing

   at 1810 Weeks Avenue, Apt 5C, Bronx, NY 10457.

5. At all times hereinafter mentioned, Plaintiff KRISTAL MARIE SOTO (hereinafter

   referred to as "SOTO") was and still is a natural person residing in the County of

   King, State of New York.

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM

NYSCEF DOC. NO. 1

INDEX NO. 707452/2024

RECEIVED NYSCEF: 04/08/2024

6. At all times hereinafter mentioned SOTO was and still is a natural person residing at 441 Ashford Street, Apt 1, Brooklyn, NY 11207.

7. At all times hereinafter mentioned, Defendant LUIS A CONSTANTE was and still is a natural person residing in the County of Suffolk, State of New York.

8. At all times hereinafter mentioned, LUIS A CONSTANTE was and still is a natural person residing at 75 Lincoln Blvd, Hauppauge, NY 11788.

9. At all times hereinafter mentioned, upon information and belief, Defendant P. JUDGE & SONS, INC., was and still is a duly foreign business entity duly formed and organized under the laws of the State of New York, with an address of 201A Export Street, Port Newark, NJ 07114.

10. At all times hereinafter mentioned, upon information and belief, Defendant LI HAULING INC, was and still is a duly foreign business entity duly formed and organized under the laws of the State of New York, with an address of 10A Evergreen Avenue, Brentwood, NY 11717.

11. At all times hereinafter mentioned, Plaintiff ANDY M CASTILLO operated and controlled the 2008 Honda Motor Vehicle, bearing New Jersey license plate number J77NDE.

12. At all times hereinafter mentioned, Plaintiff JULIO ANDRES MATOS ANGOMAS was a passenger in the aforementioned motor vehicle bearing license plate number J77NDE operated by CASTILLO.

13. At all times hereinafter mentioned, Plaintiff KRISTAL MARIE SOTO was a passenger in the aforementioned motor vehicle bearing license plate number J77NDE operated by CASTILLO.

4

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM          INDEX NO. 707452/2024

NYSCEF DOC. NO. 1                                         RECEIVED NYSCEF: 04/08/2024

14. At all times hereinafter mentioned, Defendants LI HAULING INC and P. JUDGE & SONS, INC., were the registered owners of a 2007 Freightliner Motor Vehicle, bearing New York State license plate number 35605PF.

15. At all times hereinafter mentioned, Defendant LUIS A CONSTANTE operated the 2007 Freightliner Motor Vehicle, bearing New York State license plate number 35605PF, owned by Defendant LI HAULING INC and P. JUDGE & SONS, INC, and with the knowledge, permission, and consent of the Defendant LI HAULING INC and P. JUDGE & SONS, INC.

16. At all times hereinafter mentioned, 495I W/B Long Island Expressway, in the County of Queens, City and State of New York were and still are public roadways used by the public in general.

17. That on or about September 28, 2023, on 495I W/B Long Island Expressway, in the County of Queens, City and State of New York, Defendant LUIS A CONSTANTE was operating the aforementioned motor vehicle bearing New York State license plate number 35605PF.

18. That on or about September 28, 2023, Defendant LUIS A CONSTANTE while operating the aforementioned motor so as to cause or allow the aforementioned vehicle to come into contact with the vehicle operated by ANDY M CASTILLO and occupied by JULIO ANDRES MATOS ANGOMAS and KRISTAL MARIE SOTO.

**AS AND FOR A FIRST CAUSE OF ACTION OF NEGLIGENCE ON BEHALF OF ANDY M CASTILLO AGAINST DEFENDANT LUIS A CONSTANTE**

19. The Plaintiffs repeat and re-allege each and every allegation set forth above at paragraphs "1" through "18" as though fully set forth hereat.

20. That the injuries sustained by Plaintiff ANDY M CASTILLO were caused by the negligence of the Defendants without negligence on the part of the Plaintiff contributing thereto.

5

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM   INDEX NO. 707452/2024
NYSCEF DOC. NO. 1   RECEIVED NYSCEF: 04/08/2024

21. That the Defendant LUIS A CONSTANTE was negligent, careless and remiss in the operation, maintenance, care and control of the aforesaid motor vehicle in failing to properly navigate the roadway; without colliding / rear door / side swiped into the Plaintiff's vehicle operated by ANDY M CASTILLO; in failing to avoid coming into contact with the Plaintiff; in failing to yield the right of way to the Plaintiff; in failing to stop; in failing to maintain proper lookout; in failing to apply the brake devices within the motor vehicle; in traveling at too rapid, excessive and dangerous rate of speed under the law and surrounding circumstances; failing to maintain proper distance between their vehicle and the Plaintiff; in failing to observe and/or obey the traffic and weather conditions, rules, signals, warnings, statutes and or ordinances existing at, near and/or about the aforementioned location; and, in general, failing to use any degree of care and caution warranted under all of the surrounding circumstances.

22. That the limited liability provisions of CPLR article 16 do not apply to this matter and this action falls within one or more of the expectations set forth in CPLR 1602.

23. That at all times mentioned herein, Plaintiff ANDY M CASTILLO aforesaid accident and personal injury was wholly and solely caused by the negligence, carelessness and/or recklessness of the Defendant, be it individually or jointly, by and through the conduct of its/their employees.

24. That by reason of the foregoing, the Plaintiff ANDY M CASTILLO was caused to sustain grave, protracted personal injury; has been and will be caused to needlessly suffer injury, pain, discomfort, stress, mental, emotional and psychological upset; has and continues to experience a diminished ability to freely engage and participate in the normal, customary and everyday pursuits and pleasures of life; has been and verily believes to have sustained a permanent limitation; has incurred and will incur future

6

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM    INDEX NO. 707452/2024
NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 04/08/2024

expenses for necessary hospital, medical and health care attention; all to the Plaintiff's damage, detriment and loss representing fair and adequate compensatory damages for the losses sustained herein in an amount which is reasonably expected to substantially exceed the maximum jurisdictional limits of the lower Civil Courts of and for Queens County, State of New York.

25. That Plaintiff ANDY M CASTILLO has sustained a "Serious Injury" as the term is defined in subsection (d) of section 5102 of the Insurance Law of the State of New York.

26. That by the reason of the foregoing and negligence of the Defendants, Plaintiff ANDY M CASTILLO, is informed and believes their aforesaid injuries are permanent and she will permanently suffer from the effects of their injuries and will be caused to suffer permanent embarrassment and continuous pain and inconvenience.

27. That by reason of the foregoing, Plaintiff ANDY M CASTILLO has been unable to attend to their usual occupation and avocation in the manner required.

28. That by reason of the foregoing Plaintiff ANDY M CASTILLO seeks monetary damages in this action against Defendants LUIS A CONSTANTE, LI HAULING INC and P. JUDGE & SONS, INC., in an amount in excess of the monetary jurisdictional limits of all Courts of inferior jurisdiction, together with interests and cost of suit, and disbursement as taxed by the Clerk of the Court.

## AS AND FOR A SECOND CAUSE OF ACTION OF NEGLIGENCE ON BEHALF OF JULIO ANDRES MATOS ANGOMAS AGAINST DEFENDANT LUIS A CONSTANTE

29. The Plaintiffs repeat and re-allege each and every allegation set forth above at the paragraphs "1" through "28" as fully set forth hereat.

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM
NYSCEF DOC. NO. 1

INDEX NO. 707452/2024
RECEIVED NYSCEF: 04/08/2024

30. That the injuries sustained by Plaintiff JULIO ANDRES MATOS ANGOMAS were caused by the negligence of the Defendants without negligence on the part of the Plaintiff contributing thereto.

31. That the Defendant LUIS A CONSTANTE was negligent, careless and remiss in the operation, maintenance, care and control of the aforesaid motor vehicle in failing to properly navigate the roadway; without colliding / rear door / side swiped into the vehicle occupied by Plaintiff JULIO ANDRES MATOS ANGOMAS; in failing to avoid coming into contact with the Plaintiff; in failing to yield the right of way to the Plaintiff; in failing to stop; in failing to maintain proper lookout; in failing to apply the brake devices within the motor vehicle; in traveling at too rapid, excessive and dangerous rate of speed under the law and surrounding circumstances; failing to maintain proper distance between their vehicle and the Plaintiff; in failing to observe and/or obey the traffic and weather conditions, rules, signals, warnings, statutes and or ordinances existing at, near and/or about the aforementioned location; and, in general, failing to use any degree of care and caution warranted under all of the surrounding circumstances.

32. That the limited liability provisions of CPLR article 16 do not apply to this matter and this action falls within one or more of the expectations set forth in CPLR 1602.

33. That at all times mentioned herein, Plaintiff JULIO ANDRES MATOS ANGOMAS aforesaid accident and personal injury was wholly and solely caused by the negligence, carelessness and/or recklessness of the Defendant, be it individually or jointly, by and through the conduct of its/their employees.

34. That by reason of the foregoing, the Plaintiff JULIO ANDRES MATOS ANGOMAS was caused to sustain grave, protracted personal injury; has been and will be caused to needlessly suffer injury, pain, discomfort, stress, mental, emotional and psychological

8

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM          INDEX NO. 707452/2024
NYSCEF DOC. NO. 1                                       RECEIVED NYSCEF: 04/08/2024

upset; has and continues to experience a diminished ability to freely engage and participate in the normal, customary and everyday pursuits and pleasures of life; has been and verily believes to have sustained a permanent limitation; has incurred and will incur future expenses for necessary hospital, medical and health care attention; all to the Plaintiff's damage, detriment and loss representing fair and adequate compensatory damages for the losses sustained herein in an amount which is reasonably expected to substantially exceed the maximum jurisdictional limits of the lower Civil Courts of and for Queens County, State of New York.

35. That Plaintiff JULIO ANDRES MATOS ANGOMAS has sustained a "Serious Injury" as the term is defined in subsection (d) of section 5102 of the Insurance Law of the State of New York.

36. That by the reason of the foregoing and negligence of the Defendants, Plaintiff JULIO ANDRES MATOS ANGOMAS, is informed and believes their aforesaid injuries are permanent and she will permanently suffer from the effects of their injuries and will be caused to suffer permanent embarrassment and continuous pain and inconvenience.

37. That by reason of the foregoing, Plaintiff JULIO ANDRES MATOS ANGOMAS has been unable to attend to their usual occupation and avocation in the manner required.

38. That by reason of the foregoing Plaintiff JULIO ANDRES MATOS ANGOMAS seeks monetary damages in this action against Defendants LUIS A CONSTANTE, LI HAULING INC and P. JUDGE & SONS, INC., in an amount in excess of the monetary jurisdictional limits of all Courts of inferior jurisdiction, together with interests and cost of suit, and disbursement as taxed by the Clerk of the Court.

**AS AND FOR A THIRD CAUSE OF ACTION OF NEGLIGENCE ON BEHALF OF KRISTAL MARIE SOTO AGAINST DEFENDANT LUIS A CONSTANTE**

39. The Plaintiffs repeat and re-allege each and every allegation set forth above at the paragraphs "1" through "38" as fully set forth hereat.

9

40. That the injuries sustained by Plaintiff KRISTAL MARIE SOTO were caused by the negligence of the Defendants without negligence on the part of the Plaintiff contributing thereto.

41. That the Defendant LUIS A CONSTANTE was negligent, careless and remiss in the operation, maintenance, care and control of the aforesaid motor vehicle in failing to properly navigate the roadway; without colliding / rear door / side swiped into the vehicle occupied by Plaintiff KRISTAL MARIE SOTO; in failing to avoid coming into contact with the Plaintiff; in failing to yield the right of way to the Plaintiff; in failing to stop; in failing to maintain proper lookout; in failing to apply the brake devices within the motor vehicle; in traveling at too rapid, excessive and dangerous rate of speed under the law and surrounding circumstances; failing to maintain proper distance between their vehicle and the Plaintiff; in failing to observe and/or obey the traffic and weather conditions, rules, signals, warnings, statutes and or ordinances existing at, near and/or about the aforementioned location; and, in general, failing to use any degree of care and caution warranted under all of the surrounding circumstances.

42. That the limited liability provisions of CPLR article 16 do not apply to this matter and this action falls within one or more of the expectations set forth in CPLR 1602.

43. That at all times mentioned herein, Plaintiff KRISTAL MARIE SOTO aforesaid accident and personal injury was wholly and solely caused by the negligence, carelessness and/or recklessness of the Defendant, be it individually or jointly, by and through the conduct of its/their employees.

44. That by reason of the foregoing, the Plaintiff KRISTAL MARIE SOTO was caused to sustain grave, protracted personal injury; has been and will be caused to needlessly suffer injury, pain, discomfort, stress, mental, emotional and psychological upset; has

10

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM   INDEX NO. 707452/2024
NYSCEF DOC. NO. 1   RECEIVED NYSCEF: 04/08/2024

and continues to experience a diminished ability to freely engage and participate in the normal, customary and everyday pursuits and pleasures of life; has been and verily believes to have sustained a permanent limitation; has incurred and will incur future expenses for necessary hospital, medical and health care attention; all to the Plaintiff's damage, detriment and loss representing fair and adequate compensatory damages for the losses sustained herein in an amount which is reasonably expected to substantially exceed the maximum jurisdictional limits of the lower Civil Courts of and for Queens County, State of New York.

45. That Plaintiff KRISTAL MARIE SOTO has sustained a "Serious Injury" as the term is defined in subsection (d) of section 5102 of the Insurance Law of the State of New York.

46. That by the reason of the foregoing and negligence of the Defendants, Plaintiff KRISTAL MARIE SOTO, is informed and believes their aforesaid injuries are permanent and she will permanently suffer from the effects of their injuries and will be caused to suffer permanent embarrassment and continuous pain and inconvenience.

47. That by reason of the foregoing, Plaintiff KRISTAL MARIE SOTO has been unable to attend to their usual occupation and avocation in the manner required.

48. That by reason of the foregoing Plaintiff KRISTAL MARIE SOTO seeks monetary damages in this action against Defendants LUIS A CONSTANTE, LI HAULING INC and P. JUDGE & SONS, INC., in an amount in excess of the monetary jurisdictional limits of all Courts of inferior jurisdiction, together with interests and cost of suit, and disbursement as taxed by the Clerk of the Court.

**AS AND FOR A FOURTH CAUSE OF ACTION FOR VICARIOUS LIABILITY
AGAINST THE DEFENDANT LI HAULING INC**

49. The Plaintiffs repeat and re-allege each and every allegation set forth above at paragraphs "1" through "48" as though fully set forth hereat.

50. Pursuant to New York State Law, Defendant LI HAULING INC, as the registered owner of the subject Motor Vehicle is vicariously liable for the negligence, carelessness and recklessness of Defendant LUIS A CONSTANTE, pursuant to Vehicle and Traffic Law Section 388, et seq.

51. At all times herein, Defendant LUIS A CONSTANTE has been operating the aforesaid Motor Vehicle with the consent of the Defendant LI HAULING INC.

52. As a result of the negligence, carelessness and recklessness of Defendant LUIS A CONSTANTE, the Plaintiff(s) ANDY M CASTILLO, JULIO ANDRES MATOS and KRISTAL MARIE SOTO, were caused to suffer and continue to suffer severe and permanent injuries to their person, including their body and mind, and where caused to become sick, sore and lame, and to incur medical expense for their treatment, loss of earnings, out of pocket expenses and pain and suffering, and will continue to incur such medical expenses for their treatment.

53. The Plaintiff(s) ANDY M CASTILLO, JULIO ANDRES MATOS and KRISTAL MARIE SOTO seek damages in an amount in excess of the monetary jurisdictional limits of all Courts of inferior jurisdiction, together with interests and cost of suit, and disbursement as taxed by the Clerk of the Court.

54. That the Plaintiff reserves the right to amend/supplement the instant Complaint up to and including through the time of trial.

## AS AND FOR A FIFTH CAUSE OF ACTION FOR VICARIOUS LIABILITY AGAINST THE DEFENDANT P. JUDGE & SONS, INC

55. The Plaintiffs repeat and re-allege each and every allegation set forth above at paragraphs "1" through "54" as though fully set forth hereat.

12

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM          INDEX NO. 707452/2024
NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 04/08/2024

56. Pursuant to New York State Law, Defendant P. JUDGE & SONS, INC, is believed to be the registered owner of the subject Motor Vehicle is vicariously liable for the negligence, carelessness, and recklessness of Defendant LUIS A CONSTANTE, pursuant to Vehicle and Traffic Law Section 388, et seq.

57. At all times herein, Defendant LUIS A CONSTANTE has been operating the aforesaid Motor Vehicle with the consent of the Defendants P. JUDGE & SONS.

58. As a result of the negligence, carelessness and recklessness of Defendant LUIS A CONSTANTE, the Plaintiff(s) ANDY M CASTILLO, JULIO ANDRES MATOS and KRISTAL MARIE SOTO, were caused to suffer and continue to suffer severe and permanent injuries to their person, including their body and mind, and where caused to become sick, sore and lame, and to incur medical expense for their treatment, loss of earnings, out of pocket expenses and pain and suffering, and will continue to incur such medical expenses for their treatment.

59. The Plaintiff(s) ANDY M CASTILLO, JULIO ANDRES MATOS and KRISTAL MARIE SOTO seek damages in an amount in excess of the monetary jurisdictional limits of all Courts of inferior jurisdiction, together with interests and cost of suit, and disbursement as taxed by the Clerk of the Court.

60. That the Plaintiff reserves the right to amend/supplement the instant Complaint up to and including through the time of trial.

**WHEREFORE,** the Plaintiff(s) ANDY M CASTILLO, JULIO ANDRES MATOS and KRISTAL MARIE SOTO, demand judgement against the named Defendants, jointly and severally, and each of them, in an amount to be determined upon the trial of this action which would exceed the monetary jurisdictional limits all lower courts which would have otherwise have jurisdiction together with the cost and disbursements in this action.

Dated: Bayside, New York
    April 8, 2024

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM          INDEX NO. 707452/2024
NYSCEF DOC. NO. 1                                         RECEIVED NYSCEF: 04/08/2024

Yours truly,

_____

**LOCKAMY & ASSOCIATES, P.C.,**
*By: Joshua Lockamy, Esq.*
*Attorney for Plaintiff(s)*
**ANDY M CASTILLO,**
**JULIO ANDRES MATOS ANGOMAS**
**and KRISTAL MARIE SOTO**
214-08 41st Avenue, 2nd Floor
Bayside, New York 11361
Office:          (718) 423-5625
Facsimile:     (718) 732-2256

To:

**P. JUDGE & SONS, INC.**
201A Export St
Port Newark, NJ 07114

**P. JUDGE & SONS, INC.**
117 Metropolitan Avenue
Brooklyn, NY 11211

**LI HAULING INC**
10A Evergreen Avenue
Brentwood, NY 11717

**LUIS A CONSTANTE**
75 Lincoln Blvd
Hauppauge, NY 11788

14

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM          INDEX NO. 707452/2024
NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 04/08/2024

## VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF QUEENS     )


I,    ANDY M CASTILLO_____, have read the annexed _____SUMMONS and

VERIFIED COMPLAINT___,   know the contents thereof and the same are true to my

knowledge, except those matters therein stated to be alleged upon information and belief, and

as to those matters, I believe them to be true.


Dated: Bayside, New York
       April 8, 2024

_____
ANDY M CASTILLO


Sworn to before me on this
April 8, 2024


_____
NOTARY PUBLIC

JOSHUA M. LOCKAMY
NOTARY PUBLIC. STATE OF NEW YORK
Registration No. 02LO0002731
Qualified in Queens County
Commission Expires March 10, 2027

## VERIFICATION

STATE OF NEW YORK    )
                      ) ss.:

COUNTY OF QUEENS    )

I,    JULIO ANDRES MATOS ANGOMAS    , have read the annexed

   SUMMONS and VERIFIED COMPLAINT    , know the contents thereof and the

same are true to my knowledge, except those matters therein stated to be alleged upon

information and belief, and as to those matters, I believe them to be true.

Dated: Bayside, New York
       April 8, 2024

*Julio A. Matos*
JULIO ANDRES MATOS ANGOMAS

Sworn to before me on this
April 8, 2024

_____
NOTARY PUBLIC

JOSHUA M. LOCKAMY
NOTARY PUBLIC. STATE OF NEW YORK
Registration No. 02LO0002731
Qualified in Queens County
Commission Expires March 10, 2027

16

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM    INDEX NO. 707452/2024
NYSCEF DOC. NO. 1                                   RECEIVED NYSCEF: 04/08/2024

## VERIFICATION

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF QUEENS       )

I,    KRISTAL MARIE SOTO        , have read the annexed      SUMMONS and

VERIFIED COMPLAINT    ,   know the contents thereof and the same are true to my

knowledge, except those matters therein stated to be alleged upon information and belief, and

as to those matters, I believe them to be true.

Dated: Bayside, New York
       April 8, 2024

_Kristal Soto_
KRISTAL MARIE SOTO

Sworn to before me on this
April 8, 2024

_____
NOTARY PUBLIC

JOSHUA M. LOCKAMY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02LO0002731
Qualified in Queens County
Commission Expires March 10, 2027

17

FILED: QUEENS COUNTY CLERK 04/08/2024 11:56 AM          INDEX NO. 707452/2024
NYSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 04/08/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS                                   Index No.:
-------------------------------------------------------------------X  Purchased:
ANDY M CASTILLO, JULIO ANDRES MATOS
ANGOMAS and KRISTAL MARIE SOTO,

                                    Plaintiff(s),

                    -against-


P. JUDGE & SONS, INC., LI HAULING INC
and LUIS A CONSTANTE,

                                    Defendant(s)
-------------------------------------------------------------------X

---

## SUMMONS AND VERIFIED COMPLAINT

---


**LOCKAMY & ASSOCIATES, P.C.,**
By: Joshua Lockamy, Esq.
*Attorneys for Plaintiff*
**ANDY M CASTILLO,**
**JULIO ANDRES MATOS ANGOMAS**
**and KRISTAL MARIE SOTO**
214-08 41st Avenue, 2nd Floor
Bayside, New York 11361
Office: (718) 423-5625
Facsimile: (718) 732-2256

18

# EXHIBIT B

FILED: QUEENS COUNTY CLERK 12/19/2025 03:16 PM INDEX NO. 707452/2024

NYSCEF DOC. NO. 86 RECEIVED NYSCEF: 12/19/2025



**CAPEHART SCATCHARD**

ATTORNEYS AT LAW

Amos Brunson, Jr.
856.607.5172
abrunson@capehart.com
Fax: 856.235.2786

December 19, 2025

**NYSCEF filing**
Supreme Court State of New York
County of Queens
89-17 Sutphin Blvd
Jamaica, NY 11734

Re: P Judge & Sons, Inc. et al ads Castillo, Andy M.
Index No. 707452/2024
Claim No. S26838
DOA 9/28/2023
Our File No. 10545-64020

Dear Honorable Court:

The law offices of Capehart & Scatchard PA are currently the attorneys of record on the above-mentioned matter. However, our offices are in the middle of a transfer to Morrison Mahoney LLP. Annexed hereto is the Order dated November 18, 2025, from the U.S. Bankruptcy Court District of New Jersey signed by the Honorable John K. Sherwood. As this Court is aware, pursuant to CPLR §2201, all matters involving bankruptcy proceedings of a party can automatically stay a civil proceeding, with Court's discretion, until the resolution of such bankruptcy is resolved.

As such, it is respectfully requested that an automatic stay be granted in this matter based on the Chapter 11 bankruptcy proceedings currently pending.

Thank you for your time and courtesy.

Respectfully,

CAPEHART & SCATCHARD, P.A.

*/s/ Amos Brunson, Jr.*

Amos Brunson, Jr., Esq.

AB/alr
Enclosure
15440266
cc: Lockamy & Associates, P.C.
Krentsel Guzman Herbert LLP

Capehart & Scatchard, P.A. 8000 Midlantic Drive, Ste. 300S P.O. Box 5016 Mount Laurel, New Jersey 08054-5016
856.234.6800 Main Fax 856.235.2786 WC Fax 856.439.3168 www.capehart.com

1 of 6

# EXHIBIT C

| From: | Cotignola, Felice |
|---|---|
| To: | Joshua Lockamy; Michael Simon |
| Subject: | RE: Castillo, Matos and Soto |
| Date: | Friday, December 5, 2025 9:56:00 AM |

Coverage available is 2 million primary and 1 million umbrella.

**Felice Cotignola**
Partner

MORRISON MAHONEY LLP
Wall Street Plaza
88 Pine Street, Suite 1900, New York, NY  10005
T (212) 428-2481 | F (212) 804-7630 | C (973) 214-0344
FCotignola@morrisonmahoney.com | www.morrisonmahoney.com

Connecticut | Massachusetts | New Hampshire | New Jersey | New York | Rhode Island | United Kingdom

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Joshua Lockamy <joshua@lockamyandassociates.com>
**Sent:** Wednesday, December 3, 2025 2:16 PM
**To:** Cotignola, Felice <FCotignola@morrisonmahoney.com>; Michael Simon <MSimon@kglawteam.com>
**Subject:** Re: Castillo, Matos and Soto

> **External Email from Joshua Lockamy <joshua@lockamyandassociates.com>. Do not click on links, open attachments, or reply before confirming this is a valid email.**

I'm happy to try and resolve.  But, I have no policy disclosures or excess/umbrella disclosures.  I am aware of a 1 million initial policy, but that will not be close to sufficient to settle these claims.

If we can get a statement of what the full coverage available is, then we can provide demands.

*Joshua Lockamy. Esq.*
**LOCKAMY & ASSOCIATES, P.C.**
60 Broad Street, Suite 3002
New York, New York 10004
P: (718) 423-5625
F: (718) 732- 2256

Confidentiality Notice: This e-mail and any attachments may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate the enclosed information. Please notify the sender immediately that the e-mail was sent to you in error and then delete the e-mail and its attachment. Thank you.

**From:** Cotignola, Felice <FCotignola@morrisonmahoney.com>
**Sent:** Wednesday, December 3, 2025 12:34 PM