**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004(1)(b)*

**LAVERY, SELVAGGI & COHEN, P.C.**
James F. Moscagiuri, Esq.
1001 Route 517
Hackettstown, New Jersey 07840
Tel: (908) 852-2600
E-mail: jmoscagiuri@lsaclaw.com

*Counsel for Movants, Andy M. Castillo,*
*Julio Andres Matos Angomas, and*
*Kristal Marie Soto*

In Re:

PORT ELIZABETH TERMINAL &
WAREHOUSE CORP., et al.,

                              Debtors.

**Case No. 25-22123 (JKS)**

**(Jointly Administered)**

**Chapter 11**

**Hearing Date:** May 12, 2026, at 10:00am

**Judge:** Hon. John K. Sherwood, U.S.B.J.

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**TO PURSUE INSURANCE PROCEEDS ONLY**

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

**THIS MATTER** having been brought before the United States Bankruptcy Court by Andy M. Castillo, Julio Andres Matos Angomas, and Kristal Marie Soto, by and through their attorneys, Lavery, Selvaggi & Cohen, P.C., James F. Moscagiuri, Esq., appearing, upon motion for relief from the automatic stay, and good service having been made, and for good cause shown;

**IT IS HEREBY ORDERED:**

1) The Motion for Relief from Automatic Stay to Pursue Insurance Proceeds Only is granted.

2) The automatic stay imposed by 11 U.S.C. § 362 is hereby modified to allow Bryant Fisher to continue prosecution of the civil action captioned *Andy M. Castillo, Julio Andres Matos Angomas, and Kristal Marie Soto v. P. Judge & Sons, Inc., LI Hauling, Inc., and Luis A. Constante*, bearing Index No. 707452/2024, pending in the Supreme Court of the State of New York, County of Queens, but solely for the purpose of pursuing recovery from any applicable insurance coverage maintained by or on behalf of the Debtor, P. Judge & Sons, Inc.

3) The Debtor may remain as parties to the lawsuit as allowed pursuant to New York law.

4) This Order does not authorize any action to recover from the debtor personally or from the Bankruptcy Estate.