UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAVERY, SELVAGGI & COHEN, P.C.
James F. Moscagiuri, Esq.
1001 Route 517
Hackettstown, New Jersey 07840
Tel: (908) 852-2600
E-mail: jmoscagiuri@lsaclaw.com

In Re:

PORT ELIZABETH TERMINAL &
WAREHOUSE CORP.,
                    Debtors**
(Jointly Administered)

**Motion related to P. Judge & Sons, Inc.

| | |
|---|---|
| Case No.: | 25-22123 (JKS) |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | May 12, 2026 |
| Judge: | John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, JAMES F. MOSCAGIURI, ESQ. :

    ☑ represent the _____MOVANTS_____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the
    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On _____04/17/2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Notice of Motion for Relief From Automatic Stay To Pursue Insurance Proceeds Only, and Supporting Documents

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __04/17/2026_____          /s/ James F. Moscagiuri, Esq._____
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Turner Falk, Esq.<br>Saul Ewing LLP<br>1735 Market Street<br>34th Floor<br>Philadelphia, PA 19103 | Attorney for Debtor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| David Gerardi, Esq.<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100 | interested party | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Fran B. Steele, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504 | interested party | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| P. Judge & Sons Trucking, LLC<br>400 Expansion Blvd<br>Port Wentworth, GA 31407 | Debtor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John S. Mairo, Esq.<br>FBT Gibbons LLP<br>One Gateway Center<br>Newark, NJ 07102 | Attorney for Official Committee of Unsecured Creditors | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>     (as authorized by the court *) |
| Kyle McEvilly, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068 | Attorney for Official Committee of Unsecured Creditors | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>     (as authorized by the court *) |
| P. Judge & Sons, Inc.<br>13 Manor Road<br>East Rutherford, NJ 07073 | Debtor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>     (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>     (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br> (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br> (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br> (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br> (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*