**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:    stephen.ravin@saul.com
           turner.falk@saul.com
           maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                                    Debtors.[1]

---

Order Filed on April 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**Re: Doc. No. 197**

---

**ORDER GRANTING FIRST INTERIM FEE
APPLICATION OF CAMBRIDGE FINANCIAL SERVICES, LLC, FINANCIAL
ADVISOR TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
NOVEMBER 14, 2025 THROUGH JANUARY 31, 2026**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: April 20, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1]    The last four digits of each Debtor Warehouse, Corp. (6485), P. Judge & Sons, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57637310.1

Page 2
Debtor:              Port Elizabeth Terminal & Warehouse Corp., et. al.
Case No:             Case No. 25-22123 (JKS)
Caption of Order:    Order Granting First Interim Fee Application of Cambridge Financial
                     Services, LLC, Financial Advisor to the Debtors, for Allowance of
                     Compensation and Reimbursement of Expenses for the Period from
                     November 14, 2025 Through January 31, 2026

AND NOW, upon consideration of *First Interim Fee Application of Cambridge Financial Services, LLC* ("**Cambridge**"), *Financial Advisor to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 14, 2025 Through January 31, 2026* (the "**First Interim Fee Application**")[2] [Docket No. 197] and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby ORDERED:

1.      The First Interim Fee Application is APPROVED as set forth herein.

2.      Cambridge is allowed and awarded compensation of $125,120.00 for services rendered to the Debtors during the Application Period.

3.      Cambridge is allowed and awarded reimbursement of actual and necessary expenses of $28.80 incurred during the Application Period.

4.      The Debtors are hereby authorized to remit payment to Cambridge of all allowed and amounts of fees and expenses approved by this Order, less any amounts already paid pursuant to the Interim Compensation Order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

---

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Interim Fee Application.

57637310.1