MICHAEL B. LAVERY
MICHAEL S. SELVAGGI
LAWRENCE P. COHEN
KATHERINE E. INGRASSIA˙
JAMES F. MOSCAGIURI
RICHARD W. WENNER°
WILLIAM H. PANDOS°
PAUL D. MITCHELL
WADE T. BALDWIN
IGOR V. BYKOV
JOSEPH D. GREER
NICHOLAS C. DeFURIA
CHRISTINA N. BENITO
--------------------
°MEMBER OF NJ AND PA BAR
˙MEMBER OF NJ AND NY BAR

LAW OFFICES

# LAVERY, SELVAGGI & COHEN

A PROFESSIONAL CORPORATION

1001 ROUTE 517

HACKETTSTOWN, NEW JERSEY 07840

(908) 852-2600

FAX (908) 852-8225

WWW.LSACLAW.COM

23 CATTANO AVENUE
AT CHANCERY SQUARE
MORRISTOWN, NJ 07960
Telephone (973) 285-1281
Facsimile (973) 285-0271
———

OF COUNSEL:

JAMES A. COURTER
JOEL A. KOBERT

SENDER'S DIRECT EMAIL
JMOSCAGIURI@LSACLAW.COM

April 23, 2026

**Via Electronic Filing**
The Honorable John K. Sherwood, U.S.B.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Third Floor
Newark, New Jersey 07102

> **Re:**   **In Re: Port Elizabeth Terminal & Warehouse Corp., et al.,**
> **Case No. 2:25-bk-22123**

Dear Judge Sherwood:

This office represents Andy M. Castillo, Julio Andres Matos Angomas, and Kristal Marie Soto, in connection with the above-referenced matter.  On April 17, 2026, this office filed a Notice of Motion for Entry of an Order Granting Relief.  In that filing, we inadvertently filed the Proposed Order containing a typo.  I have enclosed the Amended Proposed Order herein.

Should you have any questions or concerns, please do not hesitate to contact me.

Thank you for Your Honor's courtesy and attention to the foregoing.

Respectfully submitted,

/s/ *James F. Moscagiuri*

James F. Moscagiuri

JFM/hh
Enclosure