**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo, Esq.
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of
Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, | Case No. 25-22123 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Objection Deadline: May 14, 2026** |

**NOTICE OF FOURTH MONTHLY FEE STATEMENT OF FBT GIBBONS LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
THE PERIOD OF MARCH 1, 2026 THROUGH MARCH 31, 2026**

**PLEASE TAKE NOTICE** that FBT Gibbons LLP, counsel to the Official Committee of

Unsecured Creditors (the "Creditors' Committee") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), submits its fourth monthly fee statement for the period

of March 1, 2026 through and March 31, 2026 (the "Monthly Fee Statement") pursuant to the

Court's *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance*

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [Docket

No. 71] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in

the Monthly Fee Statement shall: (i) be in writing; (ii) state with particularity the basis of the

objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by May 14,

2026.

Dated: April 23, 2026
Newark, New Jersey

**FBT GIBBONS LLP**

*/s/ John S. Mairo*
John S. Mairo, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*