# EXHIBIT B

**Invoice**

# FBT
# Gibbons

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**
**Attn:  Mike S. Mandell, Chairperson for Official**
**Committee**
**2333 Ponce De Leon Boulevard**
**Coral Gables, FL  33134**

Fed # 61-0722001
April 20, 2026
Invoice # 210654024
Account # G119121.G114792

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---:|
| For Professional Services Rendered Through March 31, 2026 | 47,911.00 |
| **TOTAL THIS INVOICE:** | **47,911.00** |
| Outstanding Invoices (see page 2 for details – if already paid please disregard) | 12,953.30 |
| **TOTAL AMOUNT DUE:** | **60,864.30** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

Doc ID 2-22515

## RECAP OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Balance |
|---|---|---|
| 02/28/26 | 210634857 | 12,953.30 |
| | **TOTAL** | **$12,953.30** |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 03/02/26 | (B200)(B230)(A104)Emails with debtors counsel regarding financing order. | JSM | 0.30 | 330.00 |
| 03/02/26 | (B200)(B230)(A104)Emails with Dundon regarding budget and related issues. | JSM | 0.30 | 330.00 |
| 03/02/26 | (B100)(B110)(A104)Review Dundon Advisers monthly fee application and related correspondence. | CPA | 0.10 | 87.50 |
| 03/02/26 | (B100)(B110)(A108)Review emails to from T. Falk and J. Mairo re: final DIP order. | CPA | 0.10 | 87.50 |
| 03/02/26 | (B100)(B110)(A108)Review emails to/from R. Wright and J. Mairo re: debtor's budget. | CPA | 0.10 | 87.50 |
| 03/02/26 | (B100)(B110)(A104)Review cash flow reporting. | CPA | 0.10 | 87.50 |
| 03/03/26 | (B100)(B130)(A104)Emails and call with potential sales agent regarding process. | JSM | 0.70 | 770.00 |
| 03/03/26 | (B200)(B230)(A104)Emails and review of financing order revisions. | JSM | 1.00 | 1,100.00 |
| 03/03/26 | (B200)(B230)(A104)Calls with Dundon regarding financing order. | JSM | 0.30 | 330.00 |
| 03/03/26 | (B100)(B110)(A108)Email from T. Falk re: DIP order. | CPA | 0.10 | 87.50 |
| 03/03/26 | (B100)(B110)(A104)Review draft DIP order. | CPA | 0.20 | 175.00 |
| 03/03/26 | (B100)(B110)(A108)Review emails to/from J. Mairo, T. Falk and Dundon team re: DIP order. | CPA | 0.10 | 87.50 |
| 03/03/26 | (B100)(B110)(A108)Review emails to/from R. Wright and E. Munera re: fee applications. | CPA | 0.10 | 87.50 |
| 03/03/26 | (B100)(B130)(A108)Email from R. Wright re: sale process. | CPA | 0.10 | 87.50 |
| 03/04/26 | (C000)(C100)(A104)Confer with J.Mairo re review of Documents and reports shared by Counsel on the Project Judge data drive. | ENM | 0.20 | 77.00 |
| 03/04/26 | (B100)(B130)(A104)Confer with debtors' counsel regarding sale process and scheduling call. | JSM | 0.40 | 440.00 |
| 03/04/26 | (B100)(B130)(A104)Confer with C. Anton regarding sale | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | status and related issues. | | | |
| 03/04/26 | (B100)(B130)(A104)File review in connection with potential sale agent call. | JSM | 0.30 | 330.00 |
| 03/04/26 | (B100)(B130)(A104)Calls with Dundon regarding sale process and status. | JSM | 0.40 | 440.00 |
| 03/04/26 | (B100)(B130)(A104)Call with potential sales agent and Dundon regarding various issues. | JSM | 0.50 | 550.00 |
| 03/04/26 | (B100)(B150)(A104)Calls with UCC chair regarding meeting and sale conversations. | JSM | 0.30 | 330.00 |
| 03/04/26 | (B100)(B150)(A104)Email UCC regarding status and meeting. | JSM | 0.30 | 330.00 |
| 03/04/26 | (B100)(B110)(A104)Review debtor's revision to DIP order. | CPA | 0.10 | 87.50 |
| 03/04/26 | (B100)(B110)(A107)Emails to/from T. Falk, S. Ravin and J. Mairo re: final DIP order and sale process. | CPA | 0.10 | 87.50 |
| 03/05/26 | (B100)(B110)(A111)Download and assemble for review the filed Monthly operating Reports of Port Elizabeth for the Month of January. Email J.Mairo regarding the same. | ENM | 0.20 | 77.00 |
| 03/05/26 | (B200)(B230)(A104)Review monthly operating reports. | JSM | 0.40 | 440.00 |
| 03/05/26 | (B200)(B210)(A104)Review debtors' monthly operating reports. | CPA | 0.20 | 175.00 |
| 03/05/26 | (B200)(B210)(A104)Review revised DIP order. | CPA | 0.10 | 87.50 |
| 03/05/26 | (B200)(B210)(A107)Email from T. Falk re: DIP order. | CPA | 0.10 | 87.50 |
| 03/05/26 | (B200)(B210)(A108)Email from R. Wright (Dundon) re: MORs. | CPA | 0.10 | 87.50 |
| 03/06/26 | (B100)(B110)(A111)E-mail to J.Mairo of copy of CNO to FBT Gibbons 1st Monthly fee application and Fee Applications Report. | ENM | 0.10 | 38.50 |
| 03/06/26 | (B100)(B130)(A104)File review in preparation for call with group to discuss sale process and next steps. | JSM | 0.50 | 550.00 |
| 03/06/26 | (B100)(B130)(A104)Call with debtor representatives to discuss sale status and next steps. | JSM | 0.90 | 990.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 03/06/26 | (B200)(B230)(A104)Emails with debtor counsel regarding financing order revisions. | JSM | 0.30 | 330.00 |
| 03/06/26 | (B100)(B130)(A104)Email to prospective purchaser counsel to schedule call. | JSM | 0.20 | 220.00 |
| 03/06/26 | (B200)(B210)(A107)Review emails to/from T. Falk and J. Mairo re: final DIP order. | CPA | 0.10 | 87.50 |
| 03/06/26 | (B100)(B130)(A107)Review email from J. Mairo to S. Kulka re: potential buyer's due diligence. | CPA | 0.10 | 87.50 |
| 03/06/26 | (B100)(B130)(A107)Teams meeting with S. Ravin, T. Falk, R. Wright, J. Compitello, J. Olsen, J. Mairo, et al. re: sale process issues. | CPA | 0.90 | 787.50 |
| 03/07/26 | (B100)(B130)(A104)Attend to emails regarding scheduling call to discuss sale status and progress. | JSM | 0.30 | 330.00 |
| 03/07/26 | (B100)(B130)(A107)Emails from M. Thaler, T. Falk, S. Kulka and J. Mairo re: potential buyer's due diligence. | CPA | 0.10 | 87.50 |
| 03/08/26 | (B100)(B130)(A104)Emails to schedule meeting with potential purchaser counsel. | JSM | 0.20 | 220.00 |
| 03/08/26 | (B200)(B230)(A104)Emails with UCC financial advisor regarding company business news. | JSM | 0.30 | 330.00 |
| 03/08/26 | (B100)(B110)(A108)Review email correspondence from R. Wright re: pricing/business developments. | CPA | 0.10 | 87.50 |
| 03/09/26 | (B300)(B310)(A104)Attend to payment of administrative claim. | JSM | 0.40 | 440.00 |
| 03/09/26 | (B100)(B130)(A104)Emails debtors regarding sale documents and interested party list. | JSM | 0.40 | 440.00 |
| 03/09/26 | (B100)(B130)(A104)Email financial advisor regarding communications with debtor representatives regarding sale documents. | JSM | 0.20 | 220.00 |
| 03/09/26 | (B100)(B110)(A101)E-mail to J.Mairo regarding December Invoice and FBT's w9 form. | ENM | 0.10 | 38.50 |
| 03/09/26 | (B100)(B130)(A107)Review email from J. Mairo to S. Ravin, T. Falk and Dundon team re: sale teaser and | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | interested party list. | | | |
| 03/09/26 | (B200)(B210)(A104)Review final DIP order. | CPA | 0.10 | 87.50 |
| 03/09/26 | (B200)(B210)(A107)Review emails to/from T. Falk and Court re: final DIP order. | CPA | 0.10 | 87.50 |
| 03/10/26 | (B200)(B230)(A104)File review in preparation for financing hearing. | JSM | 0.40 | 440.00 |
| 03/10/26 | (B200)(B230)(A104)Attend to financing hearing for entry of order and status report. | JSM | 0.60 | 660.00 |
| 03/10/26 | (B100)(B130)(A104)Attend to call with prospective buyer counsel. | JSM | 0.60 | 660.00 |
| 03/10/26 | (B100)(B130)(A104)Attend to sale documents and interested party list with financial advisor. | JSM | 0.60 | 660.00 |
| 03/10/26 | (B100)(B130)(A104)Review due diligence list of prospective buyer. | JSM | 0.20 | 220.00 |
| 03/10/26 | (B100)(B130)(A104)Review/revise sale teaser and review list of potential interested parties. | CPA | 0.30 | 262.50 |
| 03/10/26 | (B100)(B130)(A107)Teams meeting with S. Kulka, J. Mairo, et al. re: potential purchaser's due diligence. | CPA | 0.30 | 262.50 |
| 03/10/26 | (B100)(B130)(A108)Review emails between J. Mairo and R. Wright re: Teams meeting with S. Kulka and M. Thaler to discuss potential bidder. | CPA | 0.10 | 87.50 |
| 03/11/26 | (B100)(B130)(A104)Emails with financial advisor regarding sale process and financials. | JSM | 0.40 | 440.00 |
| 03/11/26 | (B100)(B150)(A104)File review and prepare agenda for UCC call. | JSM | 0.40 | 440.00 |
| 03/11/26 | (B100)(B150)(A104)Review and circulate to committee sale documents. | JSM | 0.30 | 330.00 |
| 03/11/26 | (B100)(B130)(A104)Email and call to potential sales agent regarding status. | JSM | 0.20 | 220.00 |
| 03/11/26 | (B100)(B130)(A104)Emails with debtor representatives regarding sale status call. | JSM | 0.20 | 220.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 03/11/26 | (B100)(B130)(A104)Emails with financial advisor regarding proposed revisions to sale documents. | JSM | 0.50 | 550.00 |
| 03/11/26 | (B100)(B110)(A108)Review emails to/from J. Mairo and R. Wright re: Committee call and sale issues. | CPA | 0.10 | 87.50 |
| 03/11/26 | (B100)(B110)(A104)Review agenda for committee call. | CPA | 0.10 | 87.50 |
| 03/11/26 | (B100)(B110)(A106)Prepare for/attend Teams meeting with Creditors' Committee re: sale process and other case developments. | CPA | 0.70 | 612.50 |
| 03/12/26 | (B100)(B130)(A104)Review and revise sales document, circulate to debtors' representatives. | JSM | 0.50 | 550.00 |
| 03/12/26 | (B100)(B110)(A107)Email from S. Ravin re: motion to approve premium financing arrangement. | CPA | 0.10 | 87.50 |
| 03/13/26 | (B100)(B130)(A104)File review in advance of sale process call with debtors' advisors and attend to call. | JSM | 0.80 | 880.00 |
| 03/13/26 | (B100)(B130)(A104)Confer with C. Anton regarding sale call and teaser. | JSM | 0.20 | 220.00 |
| 03/13/26 | (B100)(B130)(A104)Review and revise sale document and circulate to debtors. | JSM | 0.50 | 550.00 |
| 03/13/26 | (B100)(B150)(A104)Email with committee regarding sale process. | JSM | 0.30 | 330.00 |
| 03/13/26 | (B100)(B130)(A104)Review/revise sale teaser. | CPA | 0.30 | 262.50 |
| 03/13/26 | (B100)(B130)(A107)Emails from T. Falk and J. Mairo re: sale teaser. | CPA | 0.10 | 87.50 |
| 03/13/26 | (B100)(B130)(A108)Review email from J. Mairo to Committee members re: sale/teaser. | CPA | 0.10 | 87.50 |
| 03/13/26 | (B100)(B130)(A108)Teams meeting with S. Ravin, T. Falk, R. Wright and J. Mairo re: sale process issues. | CPA | 0.40 | 350.00 |
| 03/16/26 | (B100)(B160)(A101)Attention to gathering invoice data for preparation of the monthly fee application for the month of February. | ENM | 0.10 | 38.50 |
| 03/16/26 | (B100)(B130)(A108)Email from R. Wright re: receipt of request for NDA. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 03/17/26 | (B100)(B160)(A103)Draft of CNO regarding the 2nd Monthly Fee Statement of FBT Gibbons for the period of January 1, 2026 through January 31, 2026. | ENM | 0.20 | 77.00 |
| 03/17/26 | (B100)(B160)(A103)Draft of CNO regarding 1st monthly fee Application of Dundon Advisers LLC for the period of December 11, 2025 through January 31, 2026. | ENM | 0.20 | 77.00 |
| 03/17/26 | (B100)(B130)(A104)Emails from debtor representatives regarding documents placed in data room. | JSM | 0.30 | 330.00 |
| 03/17/26 | (B100)(B130)(A104)Call with prospective bidder's counsel regarding status and next steps. | JSM | 0.60 | 660.00 |
| 03/17/26 | (B100)(B130)(A104)Emails with debtor representatives and UCC financial advisor regarding data room and prospective purchaser. | JSM | 0.50 | 550.00 |
| 03/17/26 | (B100)(B130)(A104)Review NDAs and related correspondence re: asset sale. | CPA | 0.20 | 175.00 |
| 03/17/26 | (B100)(B130)(A107)Teams meeting with S. Kulka, M. Thaler, T. Falk and J. Mairo re: potential purchaser's due diligence and related matters. | CPA | 0.50 | 437.50 |
| 03/17/26 | (B100)(B130)(A107)Emails from Turner Falk, Joe Compitello and J. Mairo re: additions to data room. | CPA | 0.20 | 175.00 |
| 03/18/26 | (B100)(B110)(A111)Review of docket to confirm if any objections to the fee applications of FBT Gibbons and Dundon Advisers have been filed with the Court. | ENM | 0.20 | 77.00 |
| 03/18/26 | (B100)(B110)(A111)E-mail to Dundon Advisers to confirm if any informal objections have been received regarding Dundon Advisers 1st Monthly Fee Application. | ENM | 0.10 | 38.50 |
| 03/18/26 | (B100)(B150)(A104)Call with UCC chair regarding status and communication to UCC. | JSM | 0.30 | 330.00 |
| 03/18/26 | (B100)(B150)(A104)Call with R. Wright regarding UCC communications. | JSM | 0.30 | 330.00 |
| 03/18/26 | (B100)(B150)(A104)Email to UCC regarding meeting and update on certain matters. | JSM | 0.60 | 660.00 |
| 03/18/26 | (B100)(B130)(A104)Review message from prospective | JSM | 0.10 | 110.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | purchaser counsel. | | | |
| 03/18/26 | (B100)(B150)(A104)Review and respond to UCC member regarding data room. | JSM | 0.30 | 330.00 |
| 03/18/26 | (B100)(B130)(A106)Review email correspondence to/from J. Mairo and Committee members re: sale process and other updates. | CPA | 0.10 | 87.50 |
| 03/19/26 | (B100)(B110)(A101)Email to Dundon Advisers LLC requesting 2nd monthly fee application and advising deadline to file. | ENM | 0.10 | 38.50 |
| 03/19/26 | (B100)(B110)(A103)Final revisions to the CNO's of FBT Gibbons and Dundon Advisers regarding fee applications. | ENM | 0.20 | 77.00 |
| 03/19/26 | (B100)(B160)(A111)File with the court the Certificates of No Objection regarding FBT Gibbons 2nd monthly fee application and Dundon Advisers LLC 1st monthly fee application. Email Dundon filed copy. | ENM | 0.40 | 154.00 |
| 03/19/26 | (B100)(B130)(A104)Review debtor information regarding data room updates. | JSM | 0.30 | 330.00 |
| 03/19/26 | (B100)(B130)(A104)Call with prospective bidder counsel about status. | JSM | 0.30 | 330.00 |
| 03/19/26 | (B100)(B110)(A104)Review Dundon Advisers monthly fee statement. | CPA | 0.10 | 87.50 |
| 03/19/26 | (B100)(B110)(A108)Review emails to/from R. Wright and E. Munera re: Dundon fee application. | CPA | 1.00 | 875.00 |
| 03/20/26 | (B100)(B130)(A104)Review email from bidder counsel regarding contracts needed to review. | JSM | 0.20 | 220.00 |
| 03/20/26 | (B100)(B130)(A104)Call with C. Anton regarding sale issues. | JSM | 0.30 | 330.00 |
| 03/20/26 | (B100)(B130)(A104)Call with debtor representatives regarding status of process. | JSM | 0.50 | 550.00 |
| 03/20/26 | (B100)(B140)(A104)Review stay relief notice filing. | JSM | 0.10 | 110.00 |
| 03/20/26 | (B100)(B130)(A107)Email from M. Thaler re: due diligence follow-up,. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 03/20/26 | (B100)(B130)(A105)Confer with J. Mairo re: sale process/due diligence issues. | CPA | 0.10 | 87.50 |
| 03/20/26 | (B100)(B130)(A107)Prepare for and attend Teams meeting with S. Kulka, M. Thaler, T. Falk and J. Mairo re: sale process/due diligence. | CPA | 0.50 | 437.50 |
| 03/22/26 | (B100)(B140)(A104)Review stay relief notice and email D. Gharkhany to summarize motion. | JSM | 0.20 | 220.00 |
| 03/22/26 | (B100)(B140)(A104)Review Court notice re: Coastal Industrial Equipment stay relief motion. | CPA | 0.10 | 87.50 |
| 03/23/26 | (B300)(B310)(A103)Review of bankruptcy docket; summarize and draft report of pertinent fee applications and Coastal Industrial Equipment motion for relief; send report to J. Mairo and C. Anton. | DG | 3.50 | 1,417.50 |
| 03/23/26 | (B100)(B130)(A104)Calls with prospective purchaser counsel regarding status and next steps. | JSM | 0.40 | 440.00 |
| 03/23/26 | (B100)(B110)(A104)Review email and documents from D. Gharkhany re: recent pleadings/case developments. | CPA | 0.20 | 175.00 |
| 03/23/26 | (B100)(B140)(A104)Review Coastal Industrial Equipment stay relief motion. | CPA | 0.10 | 87.50 |
| 03/24/26 | (B100)(B110)(A104)Review of Invoice and comparison with prebills. | ENM | 0.50 | 192.50 |
| 03/24/26 | (B100)(B160)(A103)Draft of 3rd Monthly Fee Statement of FBT Gibbons for the period of February 1, 2026 through February 28, 2026. Send via e-mail the draft copy to J.Mairo for review. | ENM | 1.00 | 385.00 |
| 03/24/26 | (B100)(B160)(A104)Review and Revisions to Dundon's 2nd Monthly Fee Application. Draft Notice of Dundon's Application. | ENM | 0.40 | 154.00 |
| 03/24/26 | (B100)(B130)(A104)Emails with UCC financial advisor regarding interested bidder information. | JSM | 0.50 | 550.00 |
| 03/24/26 | (B100)(B130)(A104)Call with prospective buyer counsel regarding status of due diligence and submitting bid. | JSM | 0.50 | 550.00 |
| 03/24/26 | (B100)(B130)(A104)Review debtor counsel email with draft asset purchase agreement.   . | JSM | 0.20 | 220.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 03/24/26 | (B100)(B130)(A104)Review and respond to emails with prospective bidder counsel. | JSM | 0.50 | 550.00 |
| 03/24/26 | (B100)(B130)(A108)Review emails to/from M. Thaler, R. Wright and J. Mairo re: potential buyer's due diligence. | CPA | 0.10 | 87.50 |
| 03/24/26 | (B100)(B130)(A104)Review due diligence checklist. | CPA | 0.10 | 87.50 |
| 03/24/26 | (B100)(B130)(A107)Teams meeting with T. Falk, S. Kulka, M. Thaler and J. Mairo re: sale process/due diligence. | CPA | 0.30 | 262.50 |
| 03/24/26 | (B100)(B130)(A107)TEams meeting with J. Mairo and T. Falk re: sale process issues. | CPA | 0.20 | 175.00 |
| 03/24/26 | (B100)(B130)(A107)Email from T. Falk re: draft APA. | CPA | 0.10 | 87.50 |
| 03/24/26 | (B100)(B130)(A104)Review template asset purchase agreement. | CPA | 0.30 | 262.50 |
| 03/25/26 | (B100)(B160)(A103)Review of J.Mairo comments to his review of FBT Gibbons 3rd Monthly Fee Application. Made final revisions. | ENM | 0.20 | 77.00 |
| 03/25/26 | (B100)(B160)(A101)Final Assemble of FBT Gibbons 3rd Monthly Fee Application and corresponding exhibits. | ENM | 0.20 | 77.00 |
| 03/25/26 | (B100)(B160)(A101)Final Assemble of Dundon Advisers LLC 2nd Monthly Fee Application and corresponding exhibits. | ENM | 0.20 | 77.00 |
| 03/25/26 | (B100)(B160)(A111)File to the Court, FBT Gibbons 3rd Monthly Fee Application and Dundon Advisers 2nd Monthly Fee Application. Send Service E-mail and calendar objection deadline and Certification of No Objection filing. | ENM | 0.80 | 308.00 |
| 03/25/26 | (B100)(B110)(A111)E-mail to Dundon Advisers, filed copy of their 2nd monthly fee application and notifying of deadlines. | ENM | 0.10 | 38.50 |
| 03/25/26 | (B100)(B160)(A111)File to the Court, the Certificate of Service to FBT Gibbons 3rd Monthly Fee Statement and Dundon Advisers 2nd Monthly Fee Application. | ENM | 0.20 | 77.00 |
| 03/25/26 | (B100)(B110)(A101)Update Application Fee Report to | ENM | 0.20 | 77.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | incorporate recently filed fee applications to ensure accurate records in preparation for a future interim fee application. | | | |
| 03/25/26 | (B100)(B110)(A111)Print, assemble of service mail of FBT Gibbons 3rd Monthly Fee Statement [D.I. 212] and Dundon Advisers 2nd Monthly Fee Application [D.I. 213] for Mail Service. | ENM | 0.40 | 154.00 |
| 03/25/26 | (B100)(B130)(A106)Review email from J. Mairo to Committee re: sale process issues. | CPA | 0.10 | 87.50 |
| 03/25/26 | (B100)(B150)(A104)Calls with UCC chair and UCC financial advisor regarding status and meeting. | JSM | 0.40 | 440.00 |
| 03/25/26 | (B100)(B150)(A104)Email with UCC regarding case status and meeting. | JSM | 0.30 | 330.00 |
| 03/26/26 | (B100)(B130)(A107)Emails from M. Thaler and T. Falk re: due diligence matters. | CPA | 0.10 | 87.50 |
| 03/26/26 | (B100)(B185)(A104)Review/analyze debtor's motion to extend lease with F. Greek Bristol Properties. | CPA | 0.30 | 262.50 |
| 03/26/26 | (B100)(B130)(A104)Call with potential sale agent regarding sale process status. | JSM | 0.30 | 330.00 |
| 03/27/26 | (B100)(B140)(A104)Review Coastal Industrial Equipment stay relief motion. | CPA | 0.10 | 87.50 |
| 03/27/26 | (B100)(B130)(A105)Conference with J.Mairo regarding sale process and motion to extend Bristol lease. | CPA | 0.10 | 87.50 |
| 03/27/26 | (B100)(B185)(A103)Draft email to Committee re: debtor's lease extension motion. | CPA | 0.20 | 175.00 |
| 03/27/26 | (B100)(B185)(A106)Review emails to/from Committee members and J.Mairo re: lease extension motion. | CPA | 0.40 | 350.00 |
| 03/27/26 | (B100)(B130)(A107)Teams meeting with S. Ravin, T. Falk, J. Compitello, J. Mairo, et al. re: sale updates/issues. | CPA | 0.30 | 262.50 |
| 03/27/26 | (B100)(B130)(A104)File review and call with debtor representatives regarding sale status and related issues. | JSM | 0.70 | 770.00 |
| 03/27/26 | (B100)(B185)(A104)Review lease extension motion and communicate with C. Anton regarding summary of same. | JSM | 0.90 | 990.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 03/27/26 | (B100)(B150)(A104)Communications with UCC regarding lease extension motion. | JSM | 0.30 | 330.00 |
| 03/29/26 | (B100)(B185)(A108)Emails from J. Mairo to R. Wright re: Constellation contract. | CPA | 0.10 | 87.50 |
| 03/29/26 | (B100)(B185)(A106)Email from J. Mairo to Committee members re: lease extension and related matters. | CPA | 0.10 | 87.50 |
| 03/29/26 | (B100)(B185)(A104)Emails with debtors' counsel and financial advisor regarding documents relevant to lease extension. | JSM | 0.50 | 550.00 |
| 03/29/26 | (B100)(B150)(A104)Emails with UCC members regarding lease extension motion and related issues. | JSM | 0.40 | 440.00 |
| 03/30/26 | (B100)(B150)(A104)Emails with UCC members regarding lease extension motion. | JSM | 0.40 | 440.00 |
| 03/30/26 | (B100)(B185)(A106)Emails from Committee members re: motion for lease extension. | CPA | 0.10 | 87.50 |
| 03/31/26 | (B100)(B110)(A103)Draft Notice of Appearance of C. Anton. Send draft copy via email for review and approval. | ENM | 0.30 | 115.50 |
| 03/31/26 | (B100)(B185)(A105)Confer with J. Mairo re: hearing on debtor's motion to extend lease. | CPA | 0.10 | 87.50 |
| 03/31/26 | (B100)(B185)(A101)Prepare for hearing on lease extension motion. | CPA | 0.10 | 87.50 |
| 03/31/26 | (B100)(B185)(A109)Attend hearing on lease extension (via Zoom). | CPA | 0.50 | 437.50 |
| 03/31/26 | (B100)(B185)(A105)Emails to/from J. Mairo re: hearing. | CPA | 0.10 | 87.50 |
| 03/31/26 | (B100)(B130)(A107)Teams meeting with counsel for debtor and potential purchaser regarding due diligence and indication of interest. | CPA | 0.40 | 350.00 |
| 03/31/26 | (B100)(B130)(A107)Teams meeting with J. Mairo, S. Ravin and T. Falk re: sale issues. | CPA | 0.20 | 175.00 |
| 03/31/26 | (B100)(B130)(A104)Review indication of interest. | CPA | 0.20 | 175.00 |
| 03/31/26 | (B100)(B130)(A105)Conference with J. Mairo re: | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | indication of intent. | | | |
| 03/31/26 | (B100)(B130)(A104)Review and analyze term sheet from prospective purchaser. | JSM | 0.80 | 880.00 |
| 03/31/26 | (B100)(B130)(A104)Call with debtors and prospective purchaser counsel regarding status and next steps. | JSM | 0.60 | 660.00 |
| 03/31/26 | (B100)(B185)(A104)Emails and conference with C. Anton regarding hearing on lease amendment. | JSM | 0.40 | 440.00 |
| | | **Total:** | **52.90** | **$47,911.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Tkpr | Name | Hours | Rate | Amount |
|------|------|-------|------|--------|
| CPA | Christopher P. Anton | 13.90 | 875.00 | 12,162.50 |
| DG | David  Gharkhany | 3.50 | 405.00 | 1,417.50 |
| JSM | John S. Mairo | 28.90 | 1,100.00 | 31,790.00 |
| ENM | Edna N. Munera | 6.60 | 385.00 | 2,541.00 |
| | | **52.90** | | **47,911.00** |

### PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|-------|------|-------------|-------|--------|
| B100 | B110 | Case Administration | 6.00 | 4,025.00 |
| B100 | B130 | Asset Disposition | 24.90 | 25,747.50 |
| B100 | B140 | Relief from Stay/Adequate Protection Proceedings | 0.60 | 592.50 |
| B100 | B150 | Meetings of and Communications with Creditors | 4.90 | 5,390.00 |
| B100 | B160 | Fee/Employment Applications | 3.90 | 1,501.50 |
| B100 | B185 | Assumption/Rejection of Leases and Contracts | 3.80 | 3,730.00 |
| | | **SUB-TOTAL** | **44.10** | **40,986.50** |

| | | | | |
|---|---|---|---|---|
| B200 | B210 | Business Operations | 0.80 | 700.00 |
| B200 | B230 | Financing/Cash Collections | 3.90 | 4,290.00 |
| | | **SUB-TOTAL** | **4.70** | **4,990.00** |
| B300 | B310 | Claims Administration and Objections | 3.90 | 1,857.50 |
| | | **SUB-TOTAL** | **3.90** | **1,857.50** |
| C000 | C100 | Fact Gathering | 0.20 | 77.00 |
| | | **SUB-TOTAL** | **0.20** | **77.00** |
| | | **TOTAL** | **52.90** | **47,911.00** |