**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo, Esq.
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: May 14, 2026** |

**NOTICE OF THIRD MONTHLY FEE APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>MARCH 1, 2026 THROUGH MARCH 31, 2026</u>**

**PLEASE TAKE NOTICE** that Dundon Advisers LLC, financial advisor to the Official

Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>") of the above-captioned debtors

and debtors in possession (collectively, the "<u>Debtors</u>"), submits its third monthly fee application

for the period of March 1, 2026 through and March 31, 2026 (the "<u>Monthly Fee Statement</u>")

pursuant to the Court's *Administrative Order Granting Debtors' Motion to Establish Procedures*

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 71] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Monthly Fee Statement shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by May 14, 2026.

Dated: April 23, 2026  
Newark, New Jersey

/s/ John S. Mairo  
John S. Mairo, Esq.  
**FBT GIBBONS LLP**  
One Gateway Center  
Newark, New Jersey 07102  
Telephone: (973) 596-4500  
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*