# EXHIBIT A

## Time Detail

| User | Entry Date | Client | Activity | Description | Billable Time | Total Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|---|
| Jordan Olsen | 03/02/2026 | Port Elizabeth | Business Analysis | Variance and forcast analysis | 1.40 | 1.40 | $495.00/hr | $693.00 |
| Jordan Olsen | 03/03/2026 | Port Elizabeth | Business Analysis | Variance and forcast analysis | 1.30 | 1.30 | $495.00/hr | $643.50 |
| Jordan Olsen | 03/03/2026 | Port Elizabeth | Other Professionals' Retention and Fee Applications | Second month fee app drafting | 2.80 | 2.80 | $495.00/hr | $1,386.00 |
| Jordan Olsen | 03/05/2026 | Port Elizabeth | Business Analysis | Monthly operating report analysis | 2.30 | 2.30 | $495.00/hr | $1,138.50 |
| Jordan Olsen | 03/06/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Sale Process meeting | 0.90 | 0.90 | $495.00/hr | $445.50 |
| Jordan Olsen | 03/10/2026 | Port Elizabeth | Business Analysis | Variance and forcast analysis | 1.60 | 1.60 | $495.00/hr | $792.00 |
| Jordan Olsen | 03/11/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Meeting with UCC | 0.50 | 0.50 | $495.00/hr | $247.50 |
| Jordan Olsen | 03/11/2026 | Port Elizabeth | Business Analysis | Monthly operating report analysis | 1.10 | 1.10 | $495.00/hr | $544.50 |
| Jordan Olsen | 03/11/2026 | Port Elizabeth | Sales Process | Data room review | 0.80 | 0.80 | $495.00/hr | $396.00 |
| Jordan Olsen | 03/13/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Sale Process meeting | 0.50 | 0.50 | $495.00/hr | $247.50 |
| **Totals For Jordan Olsen** | | | | | **13.20** | **13.20** | | **$6,534.00** |
| Rick Wright | 03/03/2026 | Port Elizabeth | Retention and Fee Applications | 2nd monthly | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 03/04/2026 | Port Elizabeth | Sales Process | Call with counsel (J. Mauro) re sale process. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 03/04/2026 | Port Elizabeth | Sales Process | Call with sale consultant and counsel (J. Mauro) re sale process. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 03/04/2026 | Port Elizabeth | Sales Process | Reviewed draft bid procedures. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 03/06/2026 | Port Elizabeth | Business Analysis | Feb variance analysis. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 03/10/2026 | Port Elizabeth | Business Analysis | Analysis of debtors variance report. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 03/10/2026 | Port Elizabeth | Business Analysis | Analysis of debtors updated forecast. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 03/11/2026 | Port Elizabeth | Business Analysis | Analysis of debtors variance report. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 03/11/2026 | Port Elizabeth | Sales Process | Coorespondance with counsel re sales process. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 03/11/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in UCC call re sale process. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 03/13/2026 | Port Elizabeth | Sales Process | Reviewed teaser | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 03/13/2026 | Port Elizabeth | Sales Process | Call with Debtors re sales process. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 03/13/2026 | Port Elizabeth | Sales Process | Reviewed data room. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 03/18/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Prepared an email update to the UCC re liquidity. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 03/19/2026 | Port Elizabeth | Retention and Fee Applications | Fee statement | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 03/20/2026 | Port Elizabeth | Sales Process | Call with Debtors to discuss sale process. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 03/27/2026 | Port Elizabeth | Sales Process | Call with the debtors re sale process | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 03/29/2026 | Port Elizabeth | Business Analysis | Correspondence with creditors re PA lease extension. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| **Totals For Rick Wright** | | | | | **7.00** | **7.00** | | **$6,720.00** |
| **Grand Total** | **20.20** | | | | **20.20** | | **$13,254.00** | |