UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
 turner.falk@saul.com
Counsel to the Debtors and Debtors in Possession

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP. et al.,
                    Debtors.

Case No.: __25-22123-JKS__

Adv. Pro. No.: _____

Chapter: _____11_____

Subchapter V:    ❑ Yes  ☒ No

Hearing Date: __5/12/2026__

Judge: _____Sherwood_____

**ADJOURNMENT REQUEST**

1.      I, __Stephen B. Ravin (Saul Ewing LLP)__ ,

   ☒  am the attorney for: _____the Debtors and Debtors in Possession_____ ,

   ❑  am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Motion for Relief from the Automatic Stay [Docket No. 248] (the "Motion")__

   Current hearing date and time: __May 12, 2026 at 10:00 A.M.__

   New date requested: __May 19, 2026 at 10:00 A.M.__

   Reason for adjournment request: __The parties are in communication to potentially__
   __resolve the Motion.__

2.      Consent to adjournment:

   ☒  I have the consent of all parties.   ❑  I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.


Date: ___4/28/2026_____          Stephen B. Ravin
                                             _____
                                             Signature




**COURT USE ONLY:** _____


The request for adjournment is:

☒  Granted          New hearing date: __May 19, 2026 @ 10:00___      ❑ Peremptory

❑  Granted over objection(s)   New hearing date: _____      ❑ Peremptory

❑  Denied


   **IMPORTANT: If your request is granted, you must notify interested parties**

   **who are not electronic filers of the new hearing date.**

*rev.10/2021*

2