<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
        turner.falk@saul.com
        maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

</td><td>

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

</td></tr>
<tr><td colspan="2">

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                   Debtors.[1]

</td></tr>
</table>

**FIFTH ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
FOR THE PERIOD OF MARCH 1, 2026 THROUGH MARCH 31, 2026**

| | |
|---|---|
| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Saul Ewing LLP |
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

[*Remainder of page left intentionally blank*]

**RETENTION ORDER ATTACHED.**

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57693882.2

By:*/s/ Stephen B. Ravin*          *April 29, 2026*
Stephen B. Ravin, Esquire

57693882.2

## SECTION I
## FEE SUMMARY

  **X**  **Monthly Fee Statement No.  5   or  ___  Final Fee Application**

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested | $232,316.50 | $26,504.31 |
| Total Fees Allowed to Date: | $232,316.50 | $26,504.31 |
| Total Holdback (If Applicable) | $46,463.30 | $0.00 |
| Total Received by Applicant | $151,235.60 | $26,504.31 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Stephen B. Ravin | 1979 | 13.0 | $930.00 | $12,090.00 |
| Turner N. Falk | 2014 | 26.1 | $545.00 | $14,224.50 |
| Mariam Khoudari | 2021 | 15.1 | $505.00 | $7,625.50 |
| Maxwell M. Hanamirian | 2024 | 42.4 | $380.00 | $16,112.00 |
| **TOTALS** | | 96.6 | | $50,052.00 |

| | |
|---|---|
| **Fee Totals** | **$50,052.00** |
| **Minus 50% for Non-Working Travel** | **$0.00** |
| **Grand Fee Total** | **$50,052.00** |
| **80% of Fees** | **$40,041.60** |
| **Expense Totals** | **$2,046.59** |
| **Total Monthly Fee Statement** | **$42,088.19** |

[*Remainder of page left intentionally blank*]

3

57693882.2

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Asset Disposition | 22.4 | $14,093.50 |
| 2. | Business Operations | 1.8 | $1,520.00 |
| 3. | Case Administration | 3.3 | $1,914.00 |
| 4. | Claims Analysis, Objections, Proofs of Claim | 0.2 | $147.50 |
| 5. | Committee Matters | 0.1 | $93.00 |
| 6. | Creditor Inquiries | 1.6 | $822.50 |
| 7. | Executory Contracts & Unexpired Leases | 21.5 | $10,395.50 |
| 8. | Fee/Employment Applications (Saul Ewing) | 7.1 | $3,473.00 |
| 9. | Fee/Employment Applications (Other Professionals) | 20.4 | $9,102.00 |
| 10. | Financing and Cash Collateral | 3.3 | $1,798.50 |
| 11. | Litigation: Contested Matters and Adversary Proceedings | 0.2 | $76.00 |
| 12. | Preparation for and Attendance at Hearing | 2.5 | $1,098.50 |
| 13. | Relief from Stay and Adequate Protection | 7.5 | $3,389.50 |
| 14. | UST Reports, Meetings and Issues | 4.7 | $2,128.50 |
| | **Total:** | **96.6** | **$50,052.00** |
| | | **Grand Total** | **$50,052.00** |
| | | **80% of Total Compensation** | **$40,041.60** |
| | | | |
| | | | |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Federal Express | $28.71 |
| Printing and Reproduction Charges | $1,095.12 |
| Postage | $199.16 |
| Westlaw Legal Research | $723.60 |

4

57693882.2

| Total: | $2,046.59[2] |
|---|---|

*[Remainder of page left intentionally blank]*

---

[2]     Saul Ewing will apply the remainder of the $10,428.00 expense retainer advanced by the Debtors to cover the Expenses and future monthly expenses.

5

57693882.2

**SECTION IV**
**CASE HISTORY**

| Date case filed: | November 14, 2025 |
|---|---|
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:[3]** | *See Order Authorizing Retention of Saul Ewing LLP as Counsel to the Debtors Effective as of November 14, 2025* [D.I. 67] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:[4]** | *See* narrative portion of the fee application. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 63 | 11/14/2025-11/30/2025 | $56,719.50 | $5.15 | $45,375.60 | $5.15 | $11,343.90 |
| 126 | 12/1/2025-12/31/2025 | $73,115.00 | $18,238.33 | $58,492.00 | $18,238.33 | $14,623.00 |
| 173 | 1/1/2026-1/31/2026 | $59,210.00 | $6,121.60 | $47,368.00 | $6,121.60 | $11,842.00 |
| 214 | 2/1/2026-2/28/2026 | $43,272.00 | $2,139.23 | $0.00 | $2,139.23 | $8,654.40 |
| **Totals:** | | $232,316.50 | $26,504.31 | $151,235.60 | $26,504.31 | $46,463.30 |

[*Remainder of page left intentionally blank*]

---

[3]     On December 9, 2025, the Court entered the *Order Authorizing Retention of Saul Ewing LLP as Counsel to the Debtors Effective as of November 14, 2025* [D.I. 67].

[4]     The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Saul Ewing as counsel to the Debtors.

57693882.2