## EXHIBIT C

**Detail Time Entries by Category**

57693882.2



| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4503006 |
| Patrick Wynne | Invoice Date | 04/14/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

**Photocopying**

| Date | Description | Amount | |
|---|---|---|---|
| 03/09/26 | Photocopying | 0.50 | |
| 03/30/26 | Photocopying | 0.50 | |
| 03/30/26 | Photocopying | 143.00 | |
| 03/30/26 | Photocopying | 88.00 | |
| | Total Photocopying | | 232.00 |

**Postage**

| Date | Description | Amount | |
|---|---|---|---|
| 04/01/26 | March Newark Postage | 7.12 | |
| 03/18/26 | Postage | 131.04 | |
| 04/01/26 | March Newark Postage | 61.00 | |
| | Total Postage | | 199.16 |

**Photocopying - Color**

| Date | Description | Amount | |
|---|---|---|---|
| 03/09/26 | Photocopying - Color | 43.00 | |
| 03/30/26 | Photocopying - Color | 754.00 | |
| | Total Photocopying - Color | | 797.00 |

**Copies**

| Date | Description | Amount | |
|---|---|---|---|
| 03/26/26 | Vendor: IST Innovative Service Technology; Invoice#: FM031238; Date: 11/28/2025 - Desc - Princeton Office Facilities Management - Overtime - Copying for Newark Office - 11/17/25 | 66.12 | |
| | Total Copies | | 66.12 |

**Certified Mail**

| Date | Description | Amount | |
|---|---|---|---|
| 03/26/26 | Vendor: IST Innovative Service Technology; Invoice#: FM032318; Date: 1/28/2026 - Desc - Princeton Office Facilities Management - Overtime - Assisting Newark Office re Mailing - 1/23/26 | 28.71 | |
| | Total Certified Mail | | 28.71 |

**Westlaw Legal Research**

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 396080 | P. Judge and Sons, llc. | | Invoice | 4503006 |
|---|---|---|---|---|
| 00002 | Expenses | | | Page: 2 |
| 04/14/26 | | | | |

| 03/13/26 | Westlaw Research | 186.30 |
|---|---|---|
| 03/25/26 | Westlaw Research | 5.40 |
| 03/30/26 | Westlaw Research | 175.50 |
| 03/30/26 | Westlaw Research | 356.40 |

Total Westlaw Legal Research  723.60

CURRENT EXPENSES  2,046.59

TOTAL AMOUNT OF THIS INVOICE  2,046.59



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4503007 |
| Patrick Wynne | | | Invoice Date | 04/14/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00003 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/26 | TNF | Meeting with M. Hanamirian re: sale process | 0.20 | 109.00 |
| 03/03/26 | MH | Confer with T. Falk re: potential sale transactions | 0.20 | 76.00 |
| 03/04/26 | SBR | Email with parties re sale process | 0.10 | 93.00 |
| 03/04/26 | SBR | Email with parties re use of sales agent | 0.10 | 93.00 |
| 03/04/26 | TNF | Correspondence with J. Compitello re: sale process | 0.10 | 54.50 |
| 03/04/26 | TNF | Correspondence with J. Mairo re: sale process | 0.10 | 54.50 |
| 03/04/26 | TNF | Call with P. Wynne re sale process | 0.10 | 54.50 |
| 03/04/26 | TNF | Correspondence with M. Wynne Jr. re data room access parties | 0.10 | 54.50 |
| 03/05/26 | TNF | Prepare NDa for interested party, correspondence with same | 0.30 | 163.50 |
| 03/05/26 | TNF | Call with P. Wynne, R. Arensaft re potential purchaser questions | 0.50 | 272.50 |
| 03/05/26 | TNF | Call with MH re: sale process | 0.20 | 109.00 |
| 03/05/26 | TNF | Prepare interested party NDA | 0.10 | 54.50 |
| 03/05/26 | MH | Confer with T. Falk re: potential sale transactions | 0.20 | 76.00 |
| 03/06/26 | SBR | Attend conference call with committee re sale process | 0.70 | 651.00 |
| 03/06/26 | SBR | Email with client re formulation of teaser | 0.10 | 93.00 |
| 03/06/26 | TNF | Correspondence with J. Compitello re: sale participants | 0.10 | 54.50 |
| 03/06/26 | TNF | Correspondence with P Wynne re NDA | 0.10 | 54.50 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, llc.                                                        Invoice        4503007

00003       Asset Disposition                                                                             Page: 2

04/14/26

| Date | Tkpr | Description | Hours | Value |
|------|------|------------|-------|-------|
| 03/06/26 | TNF | Correspondence with purchaser party re NDA | 0.10 | 54.50 |
| 03/06/26 | TNF | Correspondence with purchaser party re sale | 0.10 | 54.50 |
| 03/06/26 | TNF | Call with J. Mairo re: sale process and progress | 0.80 | 436.00 |
| 03/06/26 | TNF | Analysis of J. Mairo correspondence re: purchaser outreach | 0.10 | 54.50 |
| 03/08/26 | TNF | Analysis of J. Mairo, S. Kulka correspondence re purchaser due diligence | 0.10 | 54.50 |
| 03/09/26 | SBR | Email with client re teaser | 0.10 | 93.00 |
| 03/10/26 | SBR | Review teaser and list of recipients and telephone call with N. Jalowski | 0.20 | 186.00 |
| 03/10/26 | TNF | Analysis of teaser documents and interested party list | 0.20 | 109.00 |
| 03/10/26 | TNF | Call from creditor counsel re: asset disposition | 0.10 | 54.50 |
| 03/10/26 | TNF | Call with interested purchaser counsel re: remaining items | 0.30 | 163.50 |
| 03/10/26 | TNF | Call with J. Mairo re: discussion with interested purchaser | 0.20 | 109.00 |
| 03/11/26 | SBR | Telephone call with client re customer information in data room | 0.10 | 93.00 |
| 03/11/26 | TNF | Correspondence with S. Ravin re: sale teaser | 0.10 | 54.50 |
| 03/13/26 | SBR | Review teaser | 0.10 | 93.00 |
| 03/13/26 | SBR | Telephone call with counsel and others re sale efforts | 0.30 | 279.00 |
| 03/13/26 | TNF | Analysis of sale teaser revisions | 0.10 | 54.50 |
| 03/13/26 | TNF | Analysis of R. Arensaft correspondence re: purchaser due diligence | 0.20 | 109.00 |
| 03/13/26 | TNF | Call with R. Marciondo are sale contacts | 0.20 | 109.00 |
| 03/13/26 | TNF | Call with chassis creditor re payments | 0.10 | 54.50 |
| 03/13/26 | TNF | Call with S. Ravin, P. Wynne, J. Compitello re: sale process | 0.40 | 218.00 |
| 03/13/26 | TNF | Call with R. Marchiondo re: purchaser contacts | 0.10 | 54.50 |
| 03/13/26 | TNF | Prepare sale teaser and email to interested parties | 0.40 | 218.00 |
| 03/13/26 | TNF | Call and correspondence with interested potential purchasers | 0.30 | 163.50 |
| 03/16/26 | SBR | Telephone call with client re sale issues and lease matters | 0.30 | 279.00 |
| 03/16/26 | TNF | Call with interested party re sale process | 0.20 | 109.00 |
| 03/17/26 | SBR | Email with counsel re teaser | 0.10 | 93.00 |

396080      P. Judge and Sons, llc.                                                    Invoice            4503007

00003       Asset Disposition                                                                            Page: 3

04/14/26

| Date | Tkpr | Description | Hours | Value |
|------|------|------------|-------|-------|
| 03/17/26 | SBR | Email with financial poise re teaser publication | 0.10 | 93.00 |
| 03/17/26 | SBR | Email with parties re interest in purchase | 0.10 | 93.00 |
| 03/17/26 | SBR | Email with parties re East Coast request | 0.10 | 93.00 |
| 03/17/26 | SBR | Telephone call with client re purchaser matters | 0.10 | 93.00 |
| 03/17/26 | TNF | Correspondence with R. Marchiondo re: NDAs | 0.10 | 54.50 |
| 03/17/26 | TNF | Call with J. Compitello re: sale process | 0.60 | 327.00 |
| 03/17/26 | TNF | Call with interested purchaser counsel re: due diligence | 0.30 | 163.50 |
| 03/17/26 | TNF | Call with J. Mairo re: sale process | 0.30 | 163.50 |
| 03/17/26 | TNF | Correspondence with J. Compitello re: due diligence documents | 0.10 | 54.50 |
| 03/17/26 | TNF | Correspondence with K. Hamernick re: teaser parties | 0.10 | 54.50 |
| 03/17/26 | TNF | Prepare NDAs and data room accesses for interested parties | 0.20 | 109.00 |
| 03/17/26 | TNF | Prepare NDAs and data room accesses for interested parties | 0.20 | 109.00 |
| 03/17/26 | MH | Confer with T. Falk re: sale prospects | 0.10 | 38.00 |
| 03/17/26 | MK | Confer with T. Falk re sale process | 0.20 | 101.00 |
| 03/17/26 | MK | Confer with T. Falk re sale | 0.10 | 50.50 |
| 03/18/26 | SBR | Email with parties re data room | 0.20 | 186.00 |
| 03/18/26 | SBR | Email with parties re various contracts | 0.10 | 93.00 |
| 03/18/26 | SBR | Telephone call with client (2x) re teaser | 0.20 | 186.00 |
| 03/18/26 | TNF | Correspondence with E. Unkles re: data room access | 0.10 | 54.50 |
| 03/18/26 | TNF | Call with MH re: sale status | 0.20 | 109.00 |
| 03/18/26 | TNF | Call with J. Compitello re: sale process and due diligence documents | 0.20 | 109.00 |
| 03/18/26 | MH | Confer with T. Falk re: sale process | 0.30 | 114.00 |
| 03/19/26 | SBR | Email with telephone call with client re public notice of sale | 0.20 | 186.00 |
| 03/19/26 | SBR | Email with parties re data room | 0.10 | 93.00 |
| 03/19/26 | TNF | Call with N. Jalowski re: sale process update | 0.40 | 218.00 |
| 03/20/26 | SBR | Email with parties and telephone call with client re sale matters | 0.20 | 186.00 |
| 03/20/26 | TNF | Analysis of interested party document requests re: sale due diligence | 0.10 | 54.50 |

396080      P. Judge and Sons, llc.                                          Invoice        4503007

00003       Asset Disposition                                                               Page: 4

04/14/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/20/26 | TNF | Call with committee counsel re: sale process | 0.50 | 272.50 |
| 03/20/26 | TNF | Call with company management re: sale process | 0.50 | 272.50 |
| 03/20/26 | MH | Participate in sale status call with committee | 0.50 | 190.00 |
| 03/23/26 | SBR | Telephone call from J. Compitello re disclosure of information | 0.10 | 93.00 |
| 03/23/26 | SBR | Email with Daily Dac re Notice of Sale | 0.30 | 279.00 |
| 03/23/26 | TNF | Call with P. Wynne re: sale process | 0.20 | 109.00 |
| 03/23/26 | TNF | Call and correspondence with interested purchaser | 0.20 | 109.00 |
| 03/23/26 | TNF | Call with P. Wynne re sale process | 0.20 | 109.00 |
| 03/24/26 | SBR | Email with counsel re sale matter | 0.10 | 93.00 |
| 03/24/26 | TNF | Correspondence with K. Hamernick re sale diligence documents | 0.10 | 54.50 |
| 03/24/26 | TNF | Correspondence with interested party re: sale | 0.10 | 54.50 |
| 03/24/26 | TNF | Call with interested purchaser, J. Mairo, C. Anton re: sale process | 0.50 | 272.50 |
| 03/24/26 | TNF | Analysis of template APAs and correspondence with J. Mairo re same | 0.20 | 109.00 |
| 03/25/26 | SBR | Email with Daily Dac re notice of sale | 0.10 | 93.00 |
| 03/26/26 | SBR | Email with parties re turn-over of contracts | 0.10 | 93.00 |
| 03/26/26 | TNF | Correspondence with interested purchaser, J. Compitello re: due diligence contracts | 0.10 | 54.50 |
| 03/27/26 | SBR | Conference call with committee counsel re sale matters | 0.50 | 465.00 |
| 03/27/26 | TNF | Analysis of major customer contracts re: sale due diligence | 0.10 | 54.50 |
| 03/27/26 | TNF | Correspondence with interested purchaser counsel re: sale process and data room access | 0.20 | 109.00 |
| 03/27/26 | TNF | Call with interested purchaser counsel | 0.30 | 163.50 |
| 03/27/26 | TNF | Call with committee counsel re: sale process | 0.50 | 272.50 |
| 03/27/26 | TNF | Call with J. Compitello re: sale parties and due diligence progress | 0.20 | 109.00 |
| 03/27/26 | MH | Participate in sale evaluation call with Committee | 0.50 | 190.00 |
| 03/30/26 | TNF | Correspondence with S. Murphy re: settlement structure and court approval | 0.20 | 109.00 |
| 03/30/26 | TNF | Call with P. Wynne re: sale process update | 0.20 | 109.00 |

| 396080 | P. Judge and Sons, llc. | | | Invoice | 4503007 |
| 00003 | Asset Disposition | | | | Page: 5 |
| 04/14/26 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/30/26 | TNF | Call with S. Callahan re: collections settlement structure | 0.10 | 54.50 |
| 03/31/26 | SBR | Conference with N. Jalowski re sale issues | 0.10 | 93.00 |
| 03/31/26 | SBR | Telephone call with counsel re LOI and purchase | 0.40 | 372.00 |
| 03/31/26 | SBR | Telephone call to client re LOI and sale issue | 0.20 | 186.00 |
| 03/31/26 | SBR | Review LOI from East Coast and email with client | 0.20 | 186.00 |
| 03/31/26 | TNF | Call with interested purchaser counsel, committee counsel re potential stalking horse terms | 0.50 | 272.50 |
| 03/31/26 | TNF | Analysis of purchaser LOI and future negotiation points | 0.40 | 218.00 |
| 03/31/26 | TNF | Analysis of purchaser LOI and future negotiation points | 0.40 | 218.00 |

TOTAL HOURS    22.40

## TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Turner N. Falk | 14.60 | at | 545.00 | = | 7,957.00 |
| Maxwell Hanamirian | 1.80 | at | 380.00 | = | 684.00 |
| Mariam Khoudari | 0.30 | at | 505.00 | = | 151.50 |
| Stephen B. Ravin | 5.70 | at | 930.00 | = | 5,301.00 |

CURRENT FEES    14,093.50

TOTAL AMOUNT OF THIS INVOICE    14,093.50



| | | | |
|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | 4503005 |
| Patrick Wynne | | Invoice Date | 04/14/26 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00004 |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/05/26 | SBR | Review workers compensation insurance information from H. Topitz | 0.20 | 186.00 |
| 03/09/26 | TNF | Call with P. Wynne re sublease claims | 0.20 | 109.00 |
| 03/11/26 | SBR | Email with parties re insurance issues | 0.10 | 93.00 |
| 03/11/26 | TNF | Analysis of workers' comp and premium finance arrangment, correspondence with P. Wynne re same | 0.20 | 109.00 |
| 03/13/26 | SBR | Email with client and telephone call with counsel re WC insurance | 0.20 | 186.00 |
| 03/13/26 | SBR | Conference with H. Topitz re WC insurance | 0.10 | 93.00 |
| 03/13/26 | SBR | Telephone call from client re WC insurance | 0.30 | 279.00 |
| 03/13/26 | SBR | Review of workers compensation policy | 0.30 | 279.00 |
| 03/13/26 | SBR | Email with client re state of domicile | 0.10 | 93.00 |
| 03/16/26 | SBR | Email with counsel for Constellation | 0.10 | 93.00 |

TOTAL HOURS    1.80

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                    Invoice        4503005
00004       Business Operations                                                       Page: 2
04/14/26

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.40 | at | 545.00 | = | 218.00 |
| Stephen B. Ravin | 1.40 | at | 930.00 | = | 1,302.00 |
| | | | | CURRENT FEES | 1,520.00 |

TOTAL AMOUNT OF THIS INVOICE        1,520.00



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4503008 |
| Patrick Wynne | | | Invoice Date | 04/14/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00005 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/02/26 | MH | Correspondence to Cambridge re: financial forecasts | 0.20 | 76.00 |
| 03/04/26 | MH | Review correspondence from S. Ravin re: lease | 0.10 | 38.00 |
| 03/06/26 | SBR | Telephone call with client re Bristol lease; sales; operational matters | 0.40 | 372.00 |
| 03/06/26 | SBR | Email with counsel re weekly telephone call | 0.10 | 93.00 |
| 03/12/26 | SBR | Email with parties re WC insurance | 0.20 | 186.00 |
| 03/12/26 | SBR | Telephone call with H. Topitz re WC insurance | 0.10 | 93.00 |
| 03/12/26 | SBR | Telephone call with client re WC insurance | 0.10 | 93.00 |
| 03/12/26 | SBR | Telephone call with client and email with committee re insurance | 0.20 | 186.00 |
| 03/12/26 | MH | Confer with S. Ravin re: premium finance agreement | 0.10 | 38.00 |
| 03/13/26 | MH | Correspondence to chambers re: emergency hearing | 0.20 | 76.00 |
| 03/13/26 | MH | Confer with S. Ravin re: insurance | 0.10 | 38.00 |
| 03/17/26 | MH | Correspondence to S. Ravin re: notice of withdrawal | 0.10 | 38.00 |
| 03/19/26 | MH | Review correspondence from Chambers re: emergency hearing date | 0.10 | 38.00 |
| 03/23/26 | SBR | Telephone call from client re conversation with constellation brands | 0.10 | 93.00 |
| 03/24/26 | MH | Correspondence to client re: subpoena | 0.10 | 38.00 |
| 03/26/26 | MH | Confer with J. Gillman re: filing lease extension motion | 0.10 | 38.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                     Invoice        4503008
00005       Case Administration                                                        Page: 2
04/14/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/26/26 | MH | Confer with S. Ravin re: service of motion | 0.10 | 38.00 |
| 03/26/26 | MH | Serve motion to extend lease | 0.10 | 38.00 |
| 03/27/26 | MH | Analyze docket re: application for order shortening time | 0.10 | 38.00 |
| 03/27/26 | MH | Contact D. Stein re: lease extension motion filing | 0.10 | 38.00 |
| 03/27/26 | MH | Prepare certificate of service re: motion to extend lease | 0.10 | 38.00 |
| 03/27/26 | MH | Serve counsel with motion to extend lease and as-entered order | 0.10 | 38.00 |
| 03/30/26 | MH | Revise WIP list | 0.20 | 76.00 |
| 03/31/26 | MH | Correspondence to case team re: service of order | 0.10 | 38.00 |
| 03/31/26 | MH | Correspondence to J. Gillman re: service of order | 0.10 | 38.00 |

TOTAL HOURS      3.30

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Maxwell Hanamirian | 2.10 | at | 380.00 | = | 798.00 |
| Stephen B. Ravin | 1.20 | at | 930.00 | = | 1,116.00 |

CURRENT FEES      1,914.00

TOTAL AMOUNT OF THIS INVOICE      1,914.00



| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4503009 |
| Patrick Wynne | Invoice Date | 04/14/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00006 |

Re:   Claims, Analysis, Objection, Proofs of Claim

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/26 | TNF | Correspondence with S. Ravin re: union claims payment | 0.10 | 54.50 |
| 03/05/26 | SBR | Email with client re invoice for searches | 0.10 | 93.00 |
| | | TOTAL HOURS | 0.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.10 | at | 545.00 | = | 54.50 |
| Stephen B. Ravin | 0.10 | at | 930.00 | = | 93.00 |
| | | | | CURRENT FEES | 147.50 |

TOTAL AMOUNT OF THIS INVOICE          147.50

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



| P. Judge and Sons, Inc. | | Invoice Number | 4503010 |
|---|---|---|---|
| Patrick Wynne | | Invoice Date | 04/14/26 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00007 |

Re:   Committee Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/30/26 | SBR | Email with client counsel re documents for committee | 0.10 | 93.00 |
| | | TOTAL HOURS | 0.10 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Stephen B. Ravin | 0.10 | at | 930.00 | = | 93.00 |
| | | | | CURRENT FEES | 93.00 |

TOTAL AMOUNT OF THIS INVOICE        93.00

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



| P. Judge and Sons, Inc. | | Invoice Number | 4503011 |
| Patrick Wynne | | Invoice Date | 04/14/26 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00008 |

Re:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/05/26 | TNF | Call with chassis creditor counsel re: sale process | 0.20 | 109.00 |
| 03/06/26 | SBR | Telephone call with client re creditor inquiry | 0.10 | 93.00 |
| 03/06/26 | MH | Respond to creditor inquiry re: proof of claim form | 0.10 | 38.00 |
| 03/10/26 | SBR | Telephone call from creditor re status of payment | 0.20 | 186.00 |
| 03/11/26 | MH | Draft response to creditor re: bar date | 0.10 | 38.00 |
| 03/11/26 | MH | Confer with S. Ravin re: creditor inquiry | 0.10 | 38.00 |
| 03/11/26 | MH | Respond to creditor re: bar date inquiry | 0.10 | 38.00 |
| 03/11/26 | MH | Correspondence to S. Ravin re: creditor inquiry | 0.60 | 228.00 |
| 03/18/26 | TNF | Correspondence with Trend counsel re: chassis issues | 0.10 | 54.50 |

TOTAL HOURS   1.60

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Turner N. Falk | 0.30 | at | 545.00 | = | 163.50 |
| Maxwell Hanamirian | 1.00 | at | 380.00 | = | 380.00 |
| Stephen B. Ravin | 0.30 | at | 930.00 | = | 279.00 |

CURRENT FEES   822.50

TOTAL AMOUNT OF THIS INVOICE   822.50

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080     P. Judge and Sons, Inc.                                              Invoice          4503011
00008      Creditor Inquiries                                                                    Page: 2
04/14/26



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | | 4503012 |
| Patrick Wynne | | Invoice Date | | 04/14/26 |
| 13 Manor Road | | Client Number | | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | | 00010 |

Re:   Executory Contracts & Unexpired Leases

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/02/26 | SBR | Email with counsel for landlord re extension | 0.10 | 93.00 |
| 03/04/26 | SBR | Email with counsel for Bristol landlord | 0.20 | 186.00 |
| 03/05/26 | SBR | Telephone call from counsel for landlord re lease | 0.10 | 93.00 |
| 03/06/26 | SBR | Email with Bristol landlord re negotiation | 0.10 | 93.00 |
| 03/09/26 | SBR | Telephone call with client re Bristol landlord | 0.10 | 93.00 |
| 03/09/26 | SBR | Email with parties re Bristol landlord | 0.10 | 93.00 |
| 03/10/26 | MH | Confer with parties re: Bristol lease | 0.30 | 114.00 |
| 03/10/26 | MH | Correspondence to S. Ravin re: Bristol lease extension | 0.10 | 38.00 |
| 03/10/26 | MH | Analyze Bristol lease | 0.10 | 38.00 |
| 03/10/26 | MH | Draft lease extension motion | 0.30 | 114.00 |
| 03/11/26 | SBR | Telephone call with counsel re extension of Bristol lease | 0.10 | 93.00 |
| 03/11/26 | SBR | Email and telephone call with counsel for landlord re lease | 0.10 | 93.00 |
| 03/11/26 | TNF | Meeting with MH re: lease extension | 0.20 | 109.00 |
| 03/11/26 | MH | Confer with T. Falk re: lease extension motion | 0.20 | 76.00 |
| 03/11/26 | MH | Correspondence to J. Compitello re: lease extension motion | 0.10 | 38.00 |
| 03/11/26 | MH | Draft lease extension motion | 1.10 | 418.00 |
| 03/12/26 | MH | Confer with J. Compitello re: lease amendment motion | 0.20 | 76.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973)286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                                 Invoice            4503012

00010       Executory Contracts & Unexpired Leases                                                      Page: 2

04/14/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/12/26 | MH | Revise lease extension motion | 0.60 | 228.00 |
| 03/12/26 | MH | Draft premium finance motion | 1.90 | 722.00 |
| 03/13/26 | SBR | Telephone call with counsel for landlord re amendment | 0.10 | 93.00 |
| 03/13/26 | MH | Analyze correspondence from J. Compitello re: premium finance agreement | 0.20 | 76.00 |
| 03/13/26 | MH | Confer with S. Ravin re: premium finance agreement motion | 0.20 | 76.00 |
| 03/13/26 | MH | Revise premium finance agreement motion | 0.30 | 114.00 |
| 03/13/26 | MH | Confer with S. Ravin re: insurance motion | 0.10 | 38.00 |
| 03/14/26 | MH | Confer with S. Ravin re: lease amendment | 0.10 | 38.00 |
| 03/16/26 | SBR | Review of lease amendment and email with counsel and client | 0.20 | 186.00 |
| 03/16/26 | SBR | Review of changes amendment | 0.10 | 93.00 |
| 03/16/26 | MH | Analyze proposed lease amendment | 0.50 | 190.00 |
| 03/16/26 | MH | Confer with T. Falk re: lease extension motion | 0.10 | 38.00 |
| 03/18/26 | SBR | Email with counsel for Wells Fargo re leases | 0.10 | 93.00 |
| 03/18/26 | SBR | Email with counsel for landlord re Amendment | 0.10 | 93.00 |
| 03/19/26 | SBR | Review pleadings re lease extension | 0.10 | 93.00 |
| 03/19/26 | SBR | Email with counsel for Bristol landlord re assumption of lease | 0.10 | 93.00 |
| 03/19/26 | MH | Revise lease extension motion | 0.30 | 114.00 |
| 03/19/26 | MH | Confer with M. Khoudari re: motion to extend lease | 0.10 | 38.00 |
| 03/19/26 | MH | Correspondence to counsel re: lease extension motion | 0.20 | 76.00 |
| 03/19/26 | MH | Correspondence to Chambers re: lease extension motion | 0.10 | 38.00 |
| 03/19/26 | MH | Analyze correspondence from landlord counsel re: motion to extend lease | 0.40 | 152.00 |
| 03/19/26 | MK | Call with M. Hanamirian re Motion for Approval of Lease Extension | 0.10 | 50.50 |
| 03/19/26 | MK | Revise Motion for Approval of Lease Extension | 0.50 | 252.50 |
| 03/20/26 | SBR | Telephone call with counsel for Bristol landlord re pleadings | 0.10 | 93.00 |
| 03/20/26 | TNF | Correspondence with SR and MH re: lease extension | 0.20 | 109.00 |
| 03/20/26 | TNF | Correspondence with N. Jalowski re: sale messaging | 0.10 | 54.50 |

396080   P. Judge and Sons, Inc.                                    Invoice        4503012

00010    Executory Contracts & Unexpired Leases                                    Page: 3

04/14/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/20/26 | MH | Analyze correspondence from S. Ravin re: lease motion | 0.10 | 38.00 |
| 03/23/26 | TNF | Call with MH re: lease extension | 0.20 | 109.00 |
| 03/23/26 | TNF | Call to landlord counsel re: extension | 0.10 | 54.50 |
| 03/23/26 | TNF | Call with D. Stein re lease extension | 0.20 | 109.00 |
| 03/23/26 | TNF | Correspondence with S. Ravin, M. Hanamirian re lease extension | 0.10 | 54.50 |
| 03/23/26 | MH | Confer with T. Falk re: lease extension motion | 0.10 | 38.00 |
| 03/23/26 | MH | Analyze correspondence from T. Falk re: lease extension motion | 0.10 | 38.00 |
| 03/23/26 | MH | Correspondence to T. Falk re: lease motion next steps | 0.10 | 38.00 |
| 03/23/26 | MH | Revise motion to extend lease | 0.80 | 304.00 |
| 03/24/26 | TNF | Meeting with P. Judge | 0.30 | 163.50 |
| 03/24/26 | TNF | Meeting with MH re lease extension issues | 0.40 | 218.00 |
| 03/24/26 | TNF | Research re assumption of lease extension agreement | 0.70 | 381.50 |
| 03/24/26 | MH | Confer with T. Falk re: lease extension motion | 0.50 | 190.00 |
| 03/24/26 | MH | Correspondence to J. Compitello re: lease extension | 0.10 | 38.00 |
| 03/24/26 | MH | Revise lease extension motion | 0.10 | 38.00 |
| 03/25/26 | SBR | Telephone call and email with client re Bristol lease | 0.10 | 93.00 |
| 03/25/26 | SBR | Review Bristol lease pleadings | 0.10 | 93.00 |
| 03/25/26 | TNF | Call with MH, SR re: lease extension motion | 0.30 | 163.50 |
| 03/25/26 | TNF | Prepare lease extension motion | 0.20 | 109.00 |
| 03/25/26 | TNF | Correspondence with Trend counsel re: chassis | 0.10 | 54.50 |
| 03/25/26 | TNF | Meeting with MH re: lease extension motion | 0.20 | 109.00 |
| 03/25/26 | MH | Correspondence to J. Compitello re: lease extension motion | 0.10 | 38.00 |
| 03/25/26 | MH | Confer with S. Ravin and T. Falk re: lease extension motion | 0.20 | 76.00 |
| 03/25/26 | MH | Revise motion to extend lease agreement | 0.40 | 152.00 |
| 03/25/26 | MH | Analyze T. Falk revisions to lease extension motion | 0.10 | 38.00 |
| 03/25/26 | MH | Revise lease extension motion | 0.20 | 76.00 |
| 03/25/26 | MH | Confer with counsel re: subpoena | 0.10 | 38.00 |

396080      P. Judge and Sons, Inc.                                          Invoice          4503012

00010       Executory Contracts & Unexpired Leases                                        Page: 4

04/14/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/25/26 | MH | Review correspondence from S. Ravin re: lease extension motion | 0.10 | 38.00 |
| 03/26/26 | SBR | Email with parties re Bristol lease | 0.10 | 93.00 |
| 03/26/26 | TNF | Analysis of chassis issues and correspondence with J. Compitello re same | 0.30 | 163.50 |
| 03/26/26 | TNF | Call with MH re lease and contract termination and extension issues | 0.30 | 163.50 |
| 03/26/26 | TNF | Correspondence with company and creditor re chassis payments | 0.20 | 109.00 |
| 03/26/26 | TNF | Correspondence with chassis creditor, M. Wynne re payments | 0.20 | 109.00 |
| 03/26/26 | MH | Correspondence to client re: lease extension motion | 0.20 | 76.00 |
| 03/26/26 | MH | Contact client re: lease extension motion | 0.10 | 38.00 |
| 03/26/26 | MH | Prepare lease extension motion for filing | 0.30 | 114.00 |
| 03/26/26 | MH | Confer with client re: lease extension | 0.10 | 38.00 |
| 03/26/26 | MH | Confer with S. Ravin re: lease extension motion | 0.10 | 38.00 |
| 03/26/26 | MH | Prepare lease extension motion for filing | 0.10 | 38.00 |
| 03/26/26 | MH | Correspondence to case team re: lease extension motion | 0.10 | 38.00 |
| 03/26/26 | MH | Correspondence to chambers re: lease extension motion and application to shorten time | 0.10 | 38.00 |
| 03/27/26 | SBR | Review and revise Certificate of Service | 0.10 | 93.00 |
| 03/29/26 | MH | Correspondence to T. Falk re: lease extension motion | 0.10 | 38.00 |
| 03/29/26 | MH | Correspondence to Committee counsel re: motion to extend lease | 0.20 | 76.00 |
| 03/30/26 | TNF | Analysis of MH correspondence with committee re: lease extension, major customer contracts | 0.10 | 54.50 |
| 03/30/26 | TNF | Analysis of Coastal stay relief motion and response strategy | 0.30 | 163.50 |
| 03/30/26 | TNF | Call with MH re: lease extension hearing | 0.40 | 218.00 |
| 03/30/26 | TNF | Call with M. Khoudari re: motion for relief from stay | 0.10 | 54.50 |
| 03/30/26 | MH | Prepare lease extension amendment | 0.10 | 38.00 |
| 03/31/26 | TNF | Call with MH re: hearing outcome | 0.10 | 54.50 |
| 03/31/26 | TNF | Analysis of union and CBA issues | 0.20 | 109.00 |
| 03/31/26 | TNF | Correspondence with D. Vogel re: CBA treatment | 0.20 | 109.00 |
| 03/31/26 | MH | Confer with T. Falk re: lease extension | 0.20 | 76.00 |

396080   P. Judge and Sons, Inc.                                    Invoice        4503012
00010    Executory Contracts & Unexpired Leases                                    Page: 5
04/14/26

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/31/26 | MH | Correspondence to client re: lease extension | 0.10 | 38.00 |
| 03/31/26 | MH | Confer with client re: signing lease amendment | 0.10 | 38.00 |
| 03/31/26 | MH | Review executed amendment from client | 0.10 | 38.00 |
| 03/31/26 | MH | Correspondence to landlord re: lease execution | 0.20 | 76.00 |
| 03/31/26 | MH | Correspondence re: as-entered lease extension order | 0.20 | 76.00 |

TOTAL HOURS   21.50

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 5.70 | at | 545.00 | = | 3,106.50 |
| Maxwell Hanamirian | 13.00 | at | 380.00 | = | 4,940.00 |
| Mariam Khoudari | 0.60 | at | 505.00 | = | 303.00 |
| Stephen B. Ravin | 2.20 | at | 930.00 | = | 2,046.00 |

CURRENT FEES   10,395.50

TOTAL AMOUNT OF THIS INVOICE   10,395.50



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4503013 |
| Patrick Wynne | | | Invoice Date | 04/14/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00011 |

Re:   Fee/Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/02/26 | SBR | Telephone call and email with client and counsel re March fees | 0.30 | 279.00 |
| 03/02/26 | MH | Confer with M. Khoudari re: first interim fee application | 0.10 | 38.00 |
| 03/02/26 | MH | Review M. Khoudari comments to first interim fee application | 0.10 | 38.00 |
| 03/02/26 | MH | Confer with M. Khoudari re: first interim fee application | 0.30 | 114.00 |
| 03/02/26 | MH | Correspondence to S. Ravin re: first interim fee application | 0.10 | 38.00 |
| 03/02/26 | MH | Revise Saul Ewing first interim fee application | 0.30 | 114.00 |
| 03/02/26 | MK | Revise Saul Ewing first interim fee application (1.0); correspond with M. Hanamirian re same (.1) | 1.10 | 555.50 |
| 03/02/26 | MK | Call with M. Hanamirian to discuss first fee application | 0.30 | 151.50 |
| 03/04/26 | MH | Prepare LEDEs files re: first interim fee application | 0.20 | 76.00 |
| 03/09/26 | MH | Correspondence to V. Marchiondo re: LEDEs files | 0.20 | 76.00 |
| 03/09/26 | MH | Correspondence to S. Ravin re: first interim fee application | 0.10 | 38.00 |
| 03/09/26 | MH | Revise first interim fee application | 0.20 | 76.00 |
| 03/10/26 | MH | Correspondence to S. Ravin re: third monthly fee application | 0.10 | 38.00 |
| 03/13/26 | MH | Prepare LEDEs invoices | 0.10 | 38.00 |
| 03/16/26 | MH | Confer with S. Ravin re: Saul Ewing first interim fee application | 0.40 | 152.00 |
| 03/16/26 | MH | Prepare 4th monthly fee application | 0.10 | 38.00 |
| 03/16/26 | MH | Analyze docket to confirm no objections to third monthly fee | 0.10 | 38.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080   P. Judge and Sons, Inc.                                      Invoice        4503013
00011    Fee/Employment Applications (Saul Ewing)                                    Page: 2
04/14/26

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | applications | | |
| 03/16/26 | MK | Draft Saul Ewing fourth monthly fee statement | 1.70 | 858.50 |
| 03/17/26 | SBR | Review and modify fee application | 0.20 | 186.00 |
| 03/17/26 | MH | Draft CNO re: third monthly fee application | 0.10 | 38.00 |
| 03/17/26 | MK | Revise CNOs for all third monthly fee statements | 0.20 | 101.00 |
| 03/24/26 | MH | Prepare Saul Ewing 4th monthly fee application | 0.10 | 38.00 |
| 03/24/26 | MK | Revise Saul Ewing fourth monthly fee statement | 0.30 | 151.50 |
| 03/25/26 | MK | Finalize fourth fee statements for filing | 0.40 | 202.00 |

TOTAL HOURS   7.10

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 2.60 | at | 380.00 | = | 988.00 |
| Mariam Khoudari | 4.00 | at | 505.00 | = | 2,020.00 |
| Stephen B. Ravin | 0.50 | at | 930.00 | = | 465.00 |

CURRENT FEES   3,473.00

TOTAL AMOUNT OF THIS INVOICE   3,473.00



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | 4503014 | |
| Patrick Wynne | | Invoice Date | 04/14/26 | |
| 13 Manor Road | | Client Number | 396080 | |
| East Rutherford, NJ 07073 | | Matter Number | 00012 | |

Re:   Fee/Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/26 | MH | First interim fee application | 0.60 | 228.00 |
| 03/02/26 | MH | Draft Murphy first interim fee application | 1.10 | 418.00 |
| 03/02/26 | MH | Confer with S. Ravin re: Wilkes fee applications | 0.10 | 38.00 |
| 03/02/26 | MH | Confer with C. Wilkes re: first interim fee application | 0.10 | 38.00 |
| 03/02/26 | MH | Revise Murphy first interim fee application | 0.70 | 266.00 |
| 03/03/26 | MH | Analyze correspondence from client re: Cambridge third fee application | 0.10 | 38.00 |
| 03/03/26 | MH | Correspondence to client re: third monthly fee application | 0.10 | 38.00 |
| 03/03/26 | MH | Confer with M. Wynne re: Cambridge third fee application | 0.10 | 38.00 |
| 03/03/26 | MK | Emails regarding Cambridge fees | 0.20 | 101.00 |
| 03/04/26 | SBR | Email with accountant re fees | 0.10 | 93.00 |
| 03/04/26 | MH | Draft Cambridge first interim fee application | 0.60 | 228.00 |
| 03/04/26 | MH | Correspondence to D. Vogel re: first interim fee application | 0.20 | 76.00 |
| 03/04/26 | MH | Correspondence to D. Vogel re: first interim fee application | 0.20 | 76.00 |
| 03/04/26 | MH | Correspondence to C. Wilkes re: first interim fee application | 0.10 | 38.00 |
| 03/04/26 | MH | Revise Cambridge first interim fee application | 0.60 | 228.00 |
| 03/04/26 | MH | Correspondence to M. Khoudari re: first interim fee application | 0.10 | 38.00 |
| 03/05/26 | MH | Confer with M. Khoudari re: first interim fee applications | 0.10 | 38.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973)286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | | |
|---|---|---|---|---|
| 396080 | P. Judge and Sons, Inc. | | Invoice | 4503014 |
| 00012 | Fee/Employment Applications (Other Professionals) | | | Page: 2 |
| 04/14/26 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/05/26 | MH | Prepare Mazars first interim fee application | 0.50 | 190.00 |
| 03/05/26 | MH | Draft Mazars first interim fee application | 1.40 | 532.00 |
| 03/05/26 | MH | Confer with M. Khoudari re: Mazars first interim fee application | 0.20 | 76.00 |
| 03/05/26 | MH | Revise Mazars interim fee application | 0.50 | 190.00 |
| 03/05/26 | MK | Call with M. Hanamirian re interim fee applications | 0.10 | 50.50 |
| 03/05/26 | MK | Call with M. Hanamirian re first interim fee applications | 0.20 | 101.00 |
| 03/05/26 | MK | Revise Cambridge first interim fee application | 1.10 | 555.50 |
| 03/05/26 | MK | Call with M. Hanamirian re Mazars first interim fee application | 0.10 | 50.50 |
| 03/09/26 | SBR | Email with parties re comp to committee counsel | 0.10 | 93.00 |
| 03/09/26 | MH | Correspondence to C. Wilkes and D. Vogel re: first interim fee application | 0.10 | 38.00 |
| 03/09/26 | MH | Revise Murphy first interim fee application | 0.20 | 76.00 |
| 03/09/26 | MH | Revise Scopelitis first interim fee application | 0.20 | 76.00 |
| 03/11/26 | MH | Correspondence to C. Wilkes re: first interim fee application | 0.10 | 38.00 |
| 03/11/26 | MH | Correspondence to D. Vogel re: first interim fee application | 0.10 | 38.00 |
| 03/12/26 | MH | Revise Murphy first interim fee application | 0.20 | 76.00 |
| 03/12/26 | MH | Correspondence to S. Ravin and T. Falk re: interim fee applications | 0.10 | 38.00 |
| 03/13/26 | MH | Correspondence to C. Wilkes re: monthly fee application | 0.10 | 38.00 |
| 03/13/26 | MH | Correspondence to D. Vogel re: first interim fee application | 0.10 | 38.00 |
| 03/13/26 | MH | Correspondence to case professionals re: first interim fee applications | 0.30 | 114.00 |
| 03/13/26 | MH | Revise Murphy first interim fee application | 0.40 | 152.00 |
| 03/16/26 | MH | Correspondence to C. Wilkes re: first interim fee application | 0.10 | 38.00 |
| 03/16/26 | MH | Prepare first interim fee applications for filing | 0.40 | 152.00 |
| 03/17/26 | SBR | Review and modify fee app of other professionals | 0.20 | 186.00 |
| 03/17/26 | MH | Prepare first interim fee applications for filing | 0.20 | 76.00 |
| 03/17/26 | MH | Draft CNO re: Murphy third fee application | 0.10 | 38.00 |
| 03/17/26 | MH | Draft CNO re: Scopelitis third fee application | 0.10 | 38.00 |

396080    P. Judge and Sons, Inc.    Invoice    4503014

00012    Fee/Employment Applications (Other Professionals)    Page: 3

04/14/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/17/26 | MH | Draft CNO re: third monthly fee application for Cambridge | 0.10 | 38.00 |
| 03/17/26 | MH | Draft Mazars third fee application CNO | 0.10 | 38.00 |
| 03/17/26 | MH | Correspondence to M. Khoudari re: third fee application CNOs | 0.10 | 38.00 |
| 03/17/26 | MK | Draft Cambridge fourth monthly fee statement | 1.70 | 858.50 |
| 03/18/26 | SBR | Review CNO's re monthly fee statement | 0.10 | 93.00 |
| 03/18/26 | SBR | Email with client re payment | 0.10 | 93.00 |
| 03/18/26 | MK | Correspond with Saul Ewing, Cambridge and Mazars teams re fees | 0.30 | 151.50 |
| 03/19/26 | SBR | Email with counsel re LEDE format for fee apps | 0.10 | 93.00 |
| 03/20/26 | MH | Correspondence to D. Vogel re: 4th monthly fee application | 0.10 | 38.00 |
| 03/20/26 | MH | Correspondence to C. Wilkes re: fee applications | 0.10 | 38.00 |
| 03/22/26 | MH | Draft Scopelitis 4th fee application | 0.20 | 76.00 |
| 03/22/26 | MH | Draft Murphy fourth fee application | 0.70 | 266.00 |
| 03/23/26 | MH | Revise Scopelitis 4th monthly fee application | 0.10 | 38.00 |
| 03/23/26 | MH | Correspondence to case team re: 4th monthly fee application for Scopelitis | 0.10 | 38.00 |
| 03/23/26 | MH | Revise Murphy 4th fee application | 0.20 | 76.00 |
| 03/24/26 | SBR | Email with real estate counsel re application for compensation | 0.10 | 93.00 |
| 03/24/26 | MH | Confer with M. Khoudari re: 4th fee applications | 0.10 | 38.00 |
| 03/24/26 | MH | Correspondence to D. Vogel re: 4th fee application | 0.10 | 38.00 |
| 03/24/26 | MH | Correspondence to C. Wilkes re: 4th fee application | 0.10 | 38.00 |
| 03/24/26 | MK | Draft Mazars fourth fee statement | 2.10 | 1,060.50 |
| 03/25/26 | SBR | Review committee professional fees and email with client | 0.20 | 186.00 |
| 03/25/26 | MH | Revise Murphy 4th fee application | 0.10 | 38.00 |
| 03/25/26 | MH | Revise Murphy 4th fee application | 0.10 | 38.00 |
| 03/25/26 | MH | Finalize 4th fee applications | 0.10 | 38.00 |
| 03/25/26 | MH | Correspondence to M. Khoudari re: 4th fee applications | 0.10 | 38.00 |
| 03/25/26 | MH | Prepare 4th fee applications for service | 0.10 | 38.00 |
| 03/25/26 | MH | Review COS for 4th monthly fee applications | 0.10 | 38.00 |

| 396080 | P. Judge and Sons, Inc. | | Invoice | 4503014 |
| 00012 | Fee/Employment Applications (Other Professionals) | | | Page: 4 |
| 04/14/26 | | | | |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/25/26 | MK | Correspond with Saul Ewing and Mazars teams re fourth fee statements | 0.20 | 101.00 |
| 03/25/26 | MK | Finalize Mazars fee statement (.2); correspond with J. Gillman re same (.1) | 0.30 | 151.50 |
| 03/26/26 | MK | Correspond with J. Gillman re filing Mazars fourth monthly fee statement | 0.10 | 50.50 |
| 03/30/26 | MH | Analyze Committee first interim fee application | 0.10 | 38.00 |
| | | TOTAL HOURS | 20.40 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Maxwell Hanamirian | 13.00 | at | 380.00 | = | 4,940.00 |
| Mariam Khoudari | 6.40 | at | 505.00 | = | 3,232.00 |
| Stephen B. Ravin | 1.00 | at | 930.00 | = | 930.00 |
| | | | CURRENT FEES | | 9,102.00 |

TOTAL AMOUNT OF THIS INVOICE          9,102.00



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4503015 |
| Patrick Wynne | | | Invoice Date | 04/14/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00013 |

Re:   Financing and Cash Collateral

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/02/26 | TNF | Correspondence with J. Mairo re: final DIP | 0.10 | 54.50 |
| 03/03/26 | TNF | Prepare final DIP order, correspondece with J. Compitello re budget, J. Mairo re: order terms, L. Montplasir re: order | 1.10 | 599.50 |
| 03/03/26 | TNF | Analysis of UCC changes re final DIP order | 0.20 | 109.00 |
| 03/03/26 | TNF | Correspondence with J. Compitello re: budget | 0.10 | 54.50 |
| 03/04/26 | TNF | Prepare final DIP order and correspondence with J. Mairo, DIP lender re: same | 0.40 | 218.00 |
| 03/05/26 | TNF | Analysis of L. Montpaisir correspondence re: final DIP order | 0.10 | 54.50 |
| 03/05/26 | TNF | Analysis of lender changes re: final DIP order, correspondence with lender and committee counsel re same | 0.30 | 163.50 |
| 03/06/26 | TNF | Correspondence with J. Mairo re: final DIP order | 0.10 | 54.50 |
| 03/09/26 | TNF | Analysis of DIP timeline, prepare for hearing re: final DIP | 0.20 | 109.00 |
| 03/09/26 | TNF | Prepare final DIP order and correspondence with Court, UST re same | 0.50 | 272.50 |
| 03/09/26 | TNF | Call with J. Mairo re DIP terms | 0.10 | 54.50 |
| 03/14/26 | TNF | Correspondence with DIP lender counsel re: entered DIP order | 0.10 | 54.50 |

TOTAL HOURS   3.30

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.
00013       Financing and Cash Collateral
04/14/26

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 3.30 | at | 545.00 | = | 1,798.50 |

|  | CURRENT FEES | 1,798.50 |
|---|---|---|

|  | TOTAL AMOUNT OF THIS INVOICE | 1,798.50 |
|---|---|---|



| P. Judge and Sons, Inc. | | Invoice Number | 4503016 |
|---|---|---|---|
| Patrick Wynne | | Invoice Date | 04/14/26 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00014 |

Re:   Litigation: Contested Matters and Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/20/26 | MH | Analyze subpoena request | 0.20 | 76.00 |
| | | TOTAL HOURS | 0.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 0.20 | at | 380.00 | = | 76.00 |
| | | | | CURRENT FEES | 76.00 |

TOTAL AMOUNT OF THIS INVOICE          76.00

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4503017 |
| Patrick Wynne | | | Invoice Date | 04/14/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00017 |

Re:   Preparation for and Attendance at Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/10/26 | TNF | Prepare for and attend final DIP hearing | 0.60 | 327.00 |
| 03/30/26 | MH | Prepare for lease extension motion hearing | 0.30 | 114.00 |
| 03/30/26 | MH | Confer with T. Falk re: preparation for lease extension motion | 0.50 | 190.00 |
| 03/31/26 | TNF | Attend hearing on motion to extend lease | 0.30 | 163.50 |
| 03/31/26 | MH | Prepare for hearing re: lease extension motion | 0.40 | 152.00 |
| 03/31/26 | MH | Participate in hearing re: sale motion | 0.40 | 152.00 |
| | | TOTAL HOURS | 2.50 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.90 | at | 545.00 | = | 490.50 |
| Maxwell Hanamirian | 1.60 | at | 380.00 | = | 608.00 |
| | | | CURRENT FEES | | 1,098.50 |

TOTAL AMOUNT OF THIS INVOICE          1,098.50

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4503018 |
| Patrick Wynne | | | Invoice Date | 04/14/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00018 |

Re:   Relief from Stay and Adequate Protection

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/02/26 | TNF | Meeting with M. Hanamirian re: litigations violating the stay | 0.20 | 109.00 |
| 03/03/26 | MH | Correspondence to client re: Burlington | 0.10 | 38.00 |
| 03/03/26 | MH | Draft Burlington Insurance stay relief violation letter | 0.30 | 114.00 |
| 03/03/26 | MH | Confer with T. Falk re: stay relief violation letter | 0.10 | 38.00 |
| 03/03/26 | MH | Correspondence to client re: stay violation | 0.10 | 38.00 |
| 03/05/26 | SBR | Review correspondence re relief from stay | 0.10 | 93.00 |
| 03/05/26 | TNF | Correspondence with MH re: stay-violating lawsuits | 0.10 | 54.50 |
| 03/05/26 | MH | Correspondence to client re: complaint | 0.10 | 38.00 |
| 03/05/26 | MH | Correspondence to T. Falk re: stay relief letter | 0.20 | 76.00 |
| 03/05/26 | MH | Finalize stay letter | 0.10 | 38.00 |
| 03/05/26 | MH | Contact Burlington counsel re: automatic stay | 0.10 | 38.00 |
| 03/05/26 | MH | Correspondence to J. Gillman re: mailing stay violation letter | 0.10 | 38.00 |
| 03/06/26 | MH | Correspondence to counsel re: automatic stay | 0.10 | 38.00 |
| 03/10/26 | MH | Analyze letter from Hartz counsel re: stay motion | 0.10 | 38.00 |
| 03/10/26 | MH | Correspondence to client re: Hartz letter | 0.20 | 76.00 |
| 03/20/26 | TNF | Analysis of subpoena re outside litigation and stay issues | 0.20 | 109.00 |
| 03/20/26 | TNF | Finalize bid procedures pleadings | 0.30 | 163.50 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 396080 | P. Judge and Sons, Inc. | Invoice | 4503018 |
| 00018 | Relief from Stay and Adequate Protection | | Page: 2 |
| 04/14/26 | | | |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/20/26 | MH | Analyze stay motion and update team calendar | 0.30 | 114.00 |
| 03/20/26 | MH | Correspondence to client re: subpoena received | 0.30 | 114.00 |
| 03/20/26 | MH | Confer with M. Khoudari re: stay relief strategy | 0.10 | 38.00 |
| 03/20/26 | MK | Review stay relief motion and attachments (.3); correspond with J. Compitello re same (.1) | 0.40 | 202.00 |
| 03/20/26 | MK | Review subpoena letter and order (.3); communicate with M. Hanamirian re same (.2) | 0.50 | 252.50 |
| 03/21/26 | MH | Conduct case law research re: subpoena responses | 0.80 | 304.00 |
| 03/23/26 | MH | Conduct case law research re: subpoena | 0.90 | 342.00 |
| 03/23/26 | MH | Review correspondence from M. Khoudari re: subpoena | 0.10 | 38.00 |
| 03/23/26 | MH | Correspondence to S. Ravin, T. Falk, and M. Khoudari re: subpoena and stay issue | 0.10 | 38.00 |
| 03/23/26 | MH | Correspondence to client re: responding to subpoena | 0.10 | 38.00 |
| 03/23/26 | MK | Call with M. Hanamirian re subpoena (.1); correspond with M. Hanamirian re same (.1) | 0.20 | 101.00 |
| 03/25/26 | MH | Contact counsel re: subpoena | 0.10 | 38.00 |
| 03/25/26 | MH | Correspondence to client re: information for subpoena | 0.10 | 38.00 |
| 03/25/26 | MH | Correspondence to case team re: subpoena | 0.10 | 38.00 |
| 03/26/26 | MH | Confer with T. Falk re: stay violation issue | 0.20 | 76.00 |
| 03/30/26 | SBR | Email with parties re debt to Coastal | 0.10 | 93.00 |
| 03/30/26 | MK | Call attorney to Coastal re stay relief motion | 0.10 | 50.50 |
| 03/31/26 | SBR | Email with counsel re Coastal motion | 0.10 | 93.00 |
| 03/31/26 | SBR | Telephone call with counsel re Coastal motion | 0.10 | 93.00 |
| 03/31/26 | MK | Call with counsel to Coastal re stay relief motion | 0.10 | 50.50 |
| 03/31/26 | MK | Call with S. Ravin re Coastal relief from stay motion (.1); correspondence with S. Ravin re same (.1) | 0.20 | 101.00 |

|  |  |  | TOTAL HOURS | 7.50 |

396080    P. Judge and Sons, Inc.                                              Invoice         4503018

00018    Relief from Stay and Adequate Protection                                              Page: 3

04/14/26

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.80 | at | 545.00 | = | 436.00 |
| Maxwell Hanamirian | 4.80 | at | 380.00 | = | 1,824.00 |
| Mariam Khoudari | 1.50 | at | 505.00 | = | 757.50 |
| Stephen B. Ravin | 0.40 | at | 930.00 | = | 372.00 |

CURRENT FEES          3,389.50

TOTAL AMOUNT OF THIS INVOICE          3,389.50



| | | | | |
|---|---|---|---|---|
| P. Judge and Sons, Inc. | | | Invoice Number | 4503019 |
| Patrick Wynne | | | Invoice Date | 04/14/26 |
| 13 Manor Road | | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | | Matter Number | 00020 |

Re:   UST Reports & Meetings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/04/26 | MH | Correspondence to M. Khoudari re: monthly operating reports | 0.10 | 38.00 |
| 03/04/26 | MH | Revise monthly operating reports | 0.80 | 304.00 |
| 03/04/26 | MK | Coordinate finalizing MORs | 0.20 | 101.00 |
| 03/05/26 | MK | Draft January monthly operating reports | 2.10 | 1,060.50 |
| 03/13/26 | MH | Correspondence to S. Cordero re: January MORs | 0.10 | 38.00 |
| 03/16/26 | MH | Correspondence to Mazars re: monthly operating reports | 0.10 | 38.00 |
| 03/17/26 | MH | Correspondence to Mazars re: MORs | 0.10 | 38.00 |
| 03/18/26 | SBR | Email with parties re Feb MORs | 0.10 | 93.00 |
| 03/18/26 | MH | Correspondence to UST re: LEDEs files | 0.10 | 38.00 |
| 03/18/26 | MH | Prepare LEDEs files for UST | 0.10 | 38.00 |
| 03/19/26 | MH | Correspondence to case team re: LEDEs files for UST | 0.20 | 76.00 |
| 03/20/26 | MH | Confer with UST re: LEDEs files | 0.10 | 38.00 |
| 03/20/26 | MH | Correspondence to case team re: LEDEs files | 0.10 | 38.00 |
| 03/23/26 | MH | Correspondence to UST re: Scopelitis LEDEs files | 0.20 | 76.00 |
| 03/23/26 | MH | Correspondence to case team re: LEDEs files | 0.10 | 38.00 |
| 03/23/26 | MH | Correspondence to C. Wilkes re: LEDEs files | 0.10 | 38.00 |
| 03/26/26 | MH | Correspondence to UST re: Murphy LEDEs files | 0.10 | 38.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080    P. Judge and Sons, Inc.                                                    Invoice              4503019
00020     UST Reports & Meetings                                                                          Page: 2
04/14/26

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|

TOTAL HOURS    4.70

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 2.30 | at | 380.00 | = | 874.00 |
| Mariam Khoudari | 2.30 | at | 505.00 | = | 1,161.50 |
| Stephen B. Ravin | 0.10 | at | 930.00 | = | 93.00 |

CURRENT FEES    2,128.50

TOTAL AMOUNT OF THIS INVOICE    2,128.50
