| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>          turner.falk@saul.com<br>          maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                    Debtors.[1] | |

### FIFTH MONTHLY FEE STATEMENT OF FORVIS MAZARS, LLP, ACCOUNTANT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2026 THROUGH MARCH 31, 2026

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Forvis Mazars, LLP ("**Mazars**" or the "**Applicant**"), accountant to the debtors and debtors-in-possession (the "**Debtors**"), hereby applies to the Court for its fifth

---

[1]     The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57739219.1

monthly fee statement for professional services rendered and reimbursement of actual and necessary expenses incurred for the period March 1, 2026 through March 31, 2026 (the "**Application Period**") in connection with its retention as accountant to the Debtors and in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order").   Mazars requests authorization to be paid by the Debtors $65,998.80 (which is 80% of $82,498.50) and $580.20 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Forvis Mazars, LLP Effective as of November 14, 2025* [D.I. 69].   Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request.   Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period.   In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

## CATEGORY 1: BUSINESS OPERATIONS.

This category includes all matters relating to the general operation of the Debtors' businesses. Mazars spent  127.0 hours on the foregoing services.  Said services have a value of $41,555.06 for which Mazars is seeking compensation.

| Business Operations | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Juan Angel | Associate | 18.5 | $2,136.75 |
| Hilary Celis | Senior | 3.8 | $1,273.11 |
| Sofia Cordero | Partner | 24.2 | $20,492.06 |
| Kevin Hamernik | Partner | 0.3 | $182.44 |
| Maduka Kiriella | Senior | 5.2 | $1,984.50 |
| Antonio Mejia | Senior | 43.4 | $5,024.25 |
| Paru Shah | Senior Manager | 6.7 | $4,039.88 |
| William M. | Tax Manager | 8.5 | $4,373.25 |

57739219.1

| Regine Alexis | Tax Processing Specialist | 0.5 | $112.88 |
|---|---|---|---|
| Barbara Keegan | Tax Processing Specialist | 0.3 | $56.44 |
| Nahomi Rosas | Associate | 15.0 | $1,732.50 |
| Stephanie Dietz | Tax Processing Manager | 0.3 | $90.56 |
| Coleen Reinknecht | Administrative Assistant | 0.3 | $56.44 |
| **Total** | | **127.0** | **$41,555.06** |

## CATEGORY 2: FEE/EMPLOYMENT APPLICATIONS (OTHER PROFESSIONALS).

This category includes all matters related to the review and analysis and filing of retention and fee applications for other professionals in these Chapter 11 Cases.  Mazars spent 7.7 hours on the foregoing services.  Said services have a value of $4,503.19 for which Mazars is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Edward Unkles | Manager | 3.5 | $1,708.88 |
| Juan Angel | Associate | 0.5 | $57.75 |
| Kevin Hamernik | Partner | 3.7 | $2,736.56 |
| **Total** | | **7.7** | **$4,503.19** |

## CATEGORY 3: UST REPORTS, MEETINGS AND ISSUES.

This category includes time related to the preparation of operating reports and other information required by the UST or the Court.  Time in this category includes corresponding with the UST and addressing the UST's comments with respect to various orders.  Mazars spent 59.3 hours on the foregoing services.  Said services have a value of $28,451.06 for which Mazars is seeking compensation.

| UST Reports, Meetings and Issues | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Juan Angel | Associate | 14.8 | $1,703.63 |
| Hilary Celis | Senior | 1.7 | $588.00 |
| Sofia Cordero | Partner | 8.0 | $6,594.00 |
| Brendan Cronin | Senior Manager | 9.5 | $5,486.25 |

3

| | | | |
|---|---|---|---|
| Kevin Hamernik | Partner | 7.3 | $5,290.68 |
| Edward Unkles | Manager | 18.0 | $8,788.50 |
| **Total** | | **59.3** | **$28,451.06** |

## CATEGORY 3: ASSET DISPOSITION.

This category includes all matters relating to the disposition, and other post-petition uses of, property of the estates  Time in this category includes examining potential transactions regarding estate assets.  Mazars spent 12.3 hours on the foregoing services.  Said services have a value of $7,989.19 for which Mazars is seeking compensation.

| UST Reports, Meetings and Issues | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Kevin Hamernik | Partner | 2.8 | $2,006.81 |
| Sofia Cordero | Partner | 4.0 | $3,297.00 |
| Edward Unkles | Manager | 5.5 | $2,685.38 |
| **Total** | | **12.3** | **$7,989.19** |

## EXPENSES.

Mazars seeks $580.20 in expenses incurred during the Application Period.

[*Remainder of page left intentionally blank*]

4

57739219.1

**WHEREFORE**, Mazars respectfully requests authorization to be paid by the Debtors $65,998.80 (which is 80% of $82,498.50) for accounting services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $580.20 in expenses incurred during the Application Period.

Dated: April 29, 2026

**SAUL EWING LLP**

By:*/s/ Stephen B. Ravin*

    Stephen B. Ravin, Esquire
    Turner N. Falk, Esquire
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6714
    E-mail:stephen.ravin@saul.com
        turner.falk@saul.com

    -and-

    Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
    1735 Market Street, Suite 3400
    Philadelphia, PA 19103-7504
    E-mail: maxwell.hanamirian@saul.com

    *Counsel for Debtors and Debtors in Possession*

57739219.1