# EXHIBIT C

## Detail Time Entries by Category

57739219.1

**forv/s
mazars**

Judge Organization, LLC et. al
Attn: Richard Brogan
13 Manor Road
East Rutherford NJ 07073

| | |
|---|---|
| Date: | 4/17/2026 |
| Page: | 1 |
| Client No: | 2621202 |
| Invoice No: | 2873842 |

| | |
|---|---:|
| For professional services rendered March 1st - March 31st<br>• Amex Shipping Agent | 7,408.54 |
| For professional services rendered March 1st - March 31st<br>• Judge Organization, LLC | 4,654.13 |
| For professional services rendered March 1st - March 31st<br>• Judge Warehousing, LLC | 11,795.28 |
| For professional services rendered March 1st - March 31st<br>• P. Judge & Sons, Inc. | 24,211.16 |
| For professional services rendered March  1st - March 31st<br>• Port Elizabeth Terminal & Warehouse Corp | 23,781.98 |
| For professional services rendered March 1st - March 31st<br>• P. Judge and Sons Trucking, LLC | 10,647.41 |
| >> Fees related to dataroom access March 2026 | 500.00 |
| >> Expenses related pacer access for docket research | 80.20 |
| **Invoice Total** | **$ 83,078.70** |

Invoices are due upon receipt and assessed a finance charge after 32 days past due unless detailed in engagement letter.
Payment options are included below. Please reference the client and invoice number with your payment.

| Through Client Payment Portal at: | Forvis Mazars LLP | By mail to either of the following addresses: |
|---|---|---|
| https://www.e-billexpress.com/ebpp/ForvisMazars/Login/Index | **By ACH or WIRE to either account:**<br>Bank: Wells Fargo ABA: 121000248<br>Account: 2000019793733<br>**OR**<br>Bank: Wells Fargo ABA: 121000248<br>Account: 4556643740 | Forvis Mazars LLP<br>PO Box 602828<br>Charlotte, NC 28260-2828<br>**OR**<br>Forvis Mazars LLP<br>PO Box 200870<br>Dallas, TX 75320-0870 |

Mar-26
Summary of Fees - By Entity and Category

| Client Name | Category | Staff Name | Data | |
|---|---|---|---|---|
| | | | Sum of Hours | Sum of Total |
| Amex Shipping Agent, Inc. | Business Operations | Angel, Juan | 1.75 | 202.13 |
| | | Cordero, Sofia | 2.75 | 2,392.69 |
| | | Kiriella, Maduka | 1.25 | 472.50 |
| | | Alexis, Regine | 0.50 | 112.88 |
| | Business Operations Total | | 6.25 | 3,180.19 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 0.50 | 244.13 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.50 | 244.13 |
| | UST Reports & Meetings | Angel, Juan | 1.70 | 196.35 |
| | | Cordero, Sofia | 0.50 | 412.13 |
| | | CRONIN, BRENDAN | 0.70 | 404.25 |
| | | Hamernik, Kevin J | 1.50 | 1,094.63 |
| | | Unkles, Edward | 3.00 | 1,464.75 |
| | UST Reports & Meetings Total | | 7.40 | 3,572.10 |
| | Asset Disposition | Cordero, Sofia | 0.50 | 412.13 |
| | Asset Disposition Total | | 0.50 | 412.13 |
| **Amex Shipping Agent, Inc. Total** | | | **14.65** | **7,408.54** |
| Judge Organization, LLC | Business Operations | Angel, Juan | 1.50 | 173.25 |
| | | Cordero, Sofia | 0.75 | 618.19 |
| | | Shah, Paru | 1.50 | 897.75 |
| | | Keegan, Barbara | 0.25 | 56.44 |
| | Business Operations Total | | 4.00 | 1,745.63 |
| | UST Reports & Meetings | Celis, Hilary | 0.25 | 84.00 |
| | | CRONIN, BRENDAN | 3.20 | 1,848.00 |
| | | Unkles, Edward | 2.00 | 976.50 |
| | UST Reports & Meetings Total | | 5.45 | 2,908.50 |
| **Judge Organization, LLC Total** | | | **9.45** | **4,654.13** |
| Judge Warehousing, LLC | Business Operations | Angel, Juan | 3.50 | 404.25 |
| | | Celis, Hilary | 1.25 | 420.00 |
| | | Cordero, Sofia | 3.00 | 2,598.75 |
| | | Kiriella, Maduka | 2.25 | 850.50 |
| | Business Operations Total | | 10.00 | 4,273.50 |
| | Fee/Employment Applications (Other Professionals) | Angel, Juan | 0.50 | 57.75 |
| | | Hamernik, Kevin J | 0.88 | 642.18 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.38 | 699.93 |
| | UST Reports & Meetings | Angel, Juan | 0.70 | 80.85 |
| | | Cordero, Sofia | 2.00 | 1,648.50 |
| | | CRONIN, BRENDAN | 1.40 | 808.50 |
| | | Hamernik, Kevin J | 1.50 | 1,094.63 |
| | | Unkles, Edward | 3.50 | 1,708.88 |
| | UST Reports & Meetings Total | | 9.10 | 5,341.35 |
| | Asset Disposition | Cordero, Sofia | 1.50 | 1,236.38 |
| | | Unkles, Edward | 0.50 | 244.13 |
| | Asset Disposition Total | | 2.00 | 1,480.50 |
| **Judge Warehousing, LLC  Total** | | | **22.48** | **11,795.28** |
| P. Judge & Sons, Inc. | Business Operations | Angel, Juan | 6.00 | 693.00 |
| | | Celis, Hilary | 0.25 | 97.13 |
| | | Cordero, Sofia | 6.50 | 5,420.63 |
| | | Hamernik, Kevin J | 0.25 | 182.44 |
| | | Mejia, Antonio | 38.00 | 4,389.00 |
| | | Shah, Paru | 2.50 | 1,496.25 |
| | | Rosas, Nahomi | 15.00 | 1,732.50 |
| | | Dietz, Stephanie | 0.25 | 90.56 |
| | Business Operations Total | | 68.75 | 14,101.50 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.75 | 547.31 |
| | | Unkles, Edward | 1.00 | 488.25 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.75 | 1,035.56 |
| | UST Reports & Meetings | Angel, Juan | 4.70 | 542.85 |
| | | Celis, Hilary | 0.75 | 252.00 |
| | | Cordero, Sofia | 2.50 | 2,060.63 |
| | | CRONIN, BRENDAN | 1.40 | 808.50 |
| | | Hamernik, Kevin J | 1.50 | 1,094.63 |
| | | Unkles, Edward | 4.50 | 2,197.13 |
| | UST Reports & Meetings Total | | 15.35 | 6,955.73 |
| | Asset Disposition | Cordero, Sofia | 0.50 | 412.13 |
| | | Hamernik, Kevin J | 1.00 | 729.75 |
| | | Unkles, Edward | 2.00 | 976.50 |
| | Asset Disposition Total | | 3.50 | 2,118.38 |
| **P. Judge & Sons, Inc. Total** | | | **89.35** | **24,211.16** |
| Port Elizabeth Terminal & Warehouse Corp | Business Operations | Angel, Juan | 4.25 | 490.88 |
| | | Celis, Hilary | 2.25 | 756.00 |
| | | Cordero, Sofia | 8.25 | 6,989.06 |
| | | Mejia, Antonio | 5.50 | 635.25 |
| | | Shah, Paru | 2.75 | 1,645.88 |
| | | Sheridan, William M | 8.50 | 4,373.25 |
| | | Reinknecht, Coleen | 0.25 | 56.44 |
| | Business Operations Total | | 31.75 | 14,946.75 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 1.00 | 729.75 |

| Client Name | Category | Staff Name | Sum of Hours | Sum of Total |
|---|---|---|---|---|
| Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 2.00 | 976.50 |
| | Fee/Employment Applications (Other Professionals) Total | | 3.00 | 1,706.25 |
| | UST Reports & Meetings | Angel, Juan | 5.95 | 687.23 |
| | | Celis, Hilary | 0.75 | 252.00 |
| | | Cordero, Sofia | 1.50 | 1,236.38 |
| | | CRONIN, BRENDAN | 1.40 | 808.50 |
| | | Hamernik, Kevin J | 1.25 | 912.19 |
| | | Unkles, Edward | 3.00 | 1,464.75 |
| | UST Reports & Meetings Total | | 13.85 | 5,361.04 |
| | Asset Disposition | Hamernik, Kevin J | 0.75 | 547.31 |
| | | Unkles, Edward | 2.50 | 1,220.63 |
| | Asset Disposition Total | | 3.25 | 1,767.94 |
| Port Elizabeth Terminal & Warehouse Corp Total | | | 51.85 | 23,781.98 |
| P. Judge and Sons Trucking, LLC | Business Operations | Angel, Juan | 1.50 | 173.25 |
| | | Cordero, Sofia | 3.00 | 2,472.75 |
| | | Kiriella, Maduka | 1.75 | 661.50 |
| | Business Operations Total | | 6.25 | 3,307.50 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 1.12 | 817.32 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.12 | 817.32 |
| | UST Reports & Meetings | Angel, Juan | 1.70 | 196.35 |
| | | Cordero, Sofia | 1.50 | 1,236.38 |
| | | CRONIN, BRENDAN | 1.40 | 808.50 |
| | | Hamernik, Kevin J | 1.50 | 1,094.63 |
| | | Unkles, Edward | 2.00 | 976.50 |
| | UST Reports & Meetings Total | | 8.10 | 4,312.35 |
| | Asset Disposition | Cordero, Sofia | 1.50 | 1,236.38 |
| | | Hamernik, Kevin J | 1.00 | 729.75 |
| | | Unkles, Edward | 0.50 | 244.13 |
| | Asset Disposition Total | | 3.00 | 2,210.25 |
| P. Judge and Sons Trucking, LLC Total | | | 18.47 | 10,647.42 |
| Grand Total | | | 206.25 | 82,498.50 |

| | | |
|---|---|---|
| >>Fees related to dataroom access March 2026 | | 500.00 |
| >>Expenses related pacer access for docket research | | 80.20 |
| **Total** | | **83,078.70** |

Mar-26
Summary of Fees - By Category

| Category | Staff Name | Data | |
|---|---|---|---|
| | | Sum of Hours | Sum of Total |
| Business Operations | Angel, Juan | 18.50 | 2,136.75 |
| | Celis, Hilary | 3.75 | 1,273.13 |
| | Cordero, Sofia | 24.25 | 20,492.06 |
| | Hamernik, Kevin J | 0.25 | 182.44 |
| | Kiriella, Maduka | 5.25 | 1,984.50 |
| | Mejia, Antonio | 43.50 | 5,024.25 |
| | Shah, Paru | 6.75 | 4,039.88 |
| | Sheridan, William M | 8.50 | 4,373.25 |
| | Alexis, Regine | 0.50 | 112.88 |
| | Keegan, Barbara | 0.25 | 56.44 |
| | Rosas, Nahomi | 15.00 | 1,732.50 |
| | Dietz, Stephanie | 0.25 | 90.56 |
| | Reinknecht, Coleen | 0.25 | 56.44 |
| Business Operations Total | | 127.00 | 41,555.06 |
| Fee/Employment Applications (Other Professionals) | Angel, Juan | 0.50 | 57.75 |
| | Hamernik, Kevin J | 3.75 | 2,736.56 |
| | Unkles, Edward | 3.50 | 1,708.88 |
| Fee/Employment Applications (Other Professionals) Total | | 7.75 | 4,503.19 |
| UST Reports & Meetings | Angel, Juan | 14.75 | 1,703.63 |
| | Celis, Hilary | 1.75 | 588.00 |
| | Cordero, Sofia | 8.00 | 6,594.00 |
| | CRONIN, BRENDAN | 9.50 | 5,486.25 |
| | Hamernik, Kevin J | 7.25 | 5,290.69 |
| | Unkles, Edward | 18.00 | 8,788.50 |
| UST Reports & Meetings Total | | 59.25 | 28,451.06 |
| Asset Disposition | Cordero, Sofia | 4.00 | 3,297.00 |
| | Hamernik, Kevin J | 2.75 | 2,006.81 |
| | Unkles, Edward | 5.50 | 2,685.38 |
| Asset Disposition Total | | 12.25 | 7,989.19 |
| Grand Total | | 206.25 | **82,498.50** |

| | | |
|---|---|---|
| >>Fees related to dataroom access March 2026 | | 500.00 |
| >>Expenses related pacer access for docket research | | 80.20 |
| **Total** | | **83,078.70** |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| CRONIN, BRENDAN | Judge Organization, LLC | UST Reports & Meetings | MOR drafting. | 3/2/26 | 2.50 | 1443.75 | 577.5 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | UST Reports & Meetings | MOR review of AMEX and ORG. Comments to Brendan. | 3/2/26 | 1.00 | 729.75 | 729.75 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | reconciliation of liabilities for MOR to send to Brendan - Judge Warehousing | 3/2/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | reconciliation of liabilities for MOR to send to Brendan - Judge Trucking | 3/2/26 | 0.50 | 412.125 | 824.25 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.02 Create the new binder (FEB-26) and update the information | 3/2/26 | 1.00 | 115.5 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I saved information in the binder | 3/2/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.02 Combine bank and rec | 3/2/26 | 0.75 | 86.625 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | reconciliation of liabilities for MOR to send to Brendan | 3/2/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | reconciliation of liabilities for MOR to send to Brendan | 3/2/26 | 0.50 | 412.125 | 824.25 |
| CRONIN, BRENDAN | Amex Shipping Agent, Inc. | UST Reports & Meetings | MOR drafting. | 3/3/26 | 0.70 | 404.25 | 577.5 |
| CRONIN, BRENDAN | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | MOR drafting. | 3/3/26 | 0.70 | 404.25 | 577.5 |
| CRONIN, BRENDAN | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | MOR drafting. | 3/3/26 | 0.70 | 404.25 | 577.5 |
| CRONIN, BRENDAN | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR drafting. | 3/3/26 | 0.70 | 404.25 | 577.5 |
| CRONIN, BRENDAN | Judge Warehousing, LLC | UST Reports & Meetings | MOR drafting. | 3/3/26 | 0.70 | 404.25 | 577.5 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | MOR review and completion. | 3/3/26 | 1.00 | 729.75 | 729.75 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR review and completion. | 3/3/26 | 1.00 | 729.75 | 729.75 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | MOR review and completion. | 3/3/26 | 1.00 | 729.75 | 729.75 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | MOR review and completion. | 3/3/26 | 1.00 | 729.75 | 729.75 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.02 GA - P. Judge & Sons Trucking AP Hide | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.02 P. Judge & Son Trucking AP Hide | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 Port Elizabeth Terminal & Warehousing AP Hide | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.02 P. Judge Warehousing AP hide | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.02 P. Judge AMEX AP hide | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.02 P. Judge & Sons Trucking, LLC | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.02 PJS Bank Hide info | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.02 Port Elizabeth Terminal Bank Hide info | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.02 Judge Org Bank hide info | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.02 Judge Warehousing LLC Bank hide | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 P. Judge Org AR combine all information | 3/3/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.02 Update the workpaper Leases | 3/3/26 | 0.50 | 57.75 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I had a call with Juan about the activities to work on Judge | 3/3/26 | 0.50 | 57.75 | 115.5 |
| CRONIN, BRENDAN | Judge Organization, LLC | UST Reports & Meetings | MOR drafting and submission. | 3/4/26 | 0.70 | 404.25 | 577.5 |
| CRONIN, BRENDAN | Judge Warehousing, LLC | UST Reports & Meetings | MOR drafting and submission. | 3/4/26 | 0.70 | 404.25 | 577.5 |
| CRONIN, BRENDAN | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR drafting and submission. | 3/4/26 | 0.70 | 404.25 | 577.5 |
| CRONIN, BRENDAN | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | MOR drafting and submission. | 3/4/26 | 0.70 | 404.25 | 577.5 |
| CRONIN, BRENDAN | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | MOR drafting and submission. | 3/4/26 | 0.70 | 404.25 | 577.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.02 Operating Leases Update Workpaper | 3/4/26 | 0.25 | 28.875 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 Upload Payroll information | 3/4/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.02 First Business Bank Combine and Update the First WP | 3/4/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.02 Workpaper Bank | 3/4/26 | 0.75 | 86.625 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 Leases Update the workpaper information | 3/4/26 | 0.25 | 28.875 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 Calls with Juan about his tasks to work on Feb | 3/4/26 | 0.75 | 86.625 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I downloaded the First Business reports | 3/4/26 | 0.25 | 28.875 | 115.5 |
| Rosas, Nahomi | P. Judge & Sons, Inc. | Business Operations | 2026.03 importing the TB | 3/4/26 | 1.00 | 115.5 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.03 I filed the new checklists sent by Sofia accoring new Mazars agreements | 3/4/26 | 1.25 | 144.375 | 115.5 |
| Sheridan, William M | Port Elizabeth Terminal & Warehouse Corp | Business Operations | tax return | 3/4/26 | 0.50 | 257.25 | 514.5 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | review of return and notes to team | 3/5/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | review of return and notes to team - Judge Warehousing | 3/5/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | review of return and notes to team - Judge Trucking | 3/5/26 | 1.00 | 824.25 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I printed the FA reports for Nahomi's return | 3/5/26 | 0.50 | 57.75 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 Call with Juan about items to be done in Judge | 3/5/26 | 0.25 | 28.875 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | tax extensions | 3/5/26 | 0.50 | 412.125 | 824.25 |
| Rosas, Nahomi | P. Judge & Sons, Inc. | Business Operations | 2025.12 Preparing tax return 2025 | 3/5/26 | 4.00 | 462 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I worked on the extensions | 3/5/26 | 2.50 | 288.75 | 115.5 |
| Sheridan, William M | Port Elizabeth Terminal & Warehouse Corp | Business Operations | tax return | 3/5/26 | 0.50 | 257.25 | 514.5 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Follow ups for insurance application and correspondence with Hub and Judge | 3/6/26 | 0.50 | 412.125 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge | Prep fee application, call w BC | 3/6/26 | 0.50 | 244.125 | 488.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge | Prep fee application | 3/6/26 | 1.50 | 732.375 | 488.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Follow ups for insurance application and correspondence with Hub and Judge - Judge Trucking | 3/6/26 | 0.50 | 412.125 | 824.25 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Follow-ups for insurance application and correspondence with Hub and Judge - Judge Warehousing | 3/6/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Follow ups for insurance application and correspondence with Hub and Judge | 3/6/26 | 0.50 | 412.125 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I helped Nahomi with some questions on the TR | 3/6/26 | 2.50 | 288.75 | 115.5 |
| Rosas, Nahomi | P. Judge & Sons, Inc. | Business Operations | 2025.12 Preparing tax return 2025 | 3/6/26 | 5.00 | 577.5 | 115.5 |
| Dietz, Stephanie | P. Judge & Sons, Inc. | Business Operations | Ext | 3/6/26 | 0.25 | 90.5625 | 362.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Follow ups for insurance application and correspondence with Hub and Judge | 3/6/26 | 0.25 | 206.0625 | 824.25 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.03 I made changes to the Amelio | 3/6/26 | 0.75 | 86.625 | 115.5 |
| Sheridan, William M | Port Elizabeth Terminal & Warehouse Corp | Business Operations | tax return | 3/6/26 | 3.00 | 1543.5 | 514.5 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge | Deal room management | 3/7/26 | 0.50 | 244.125 | 488.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Review of Feb billing detail; meeting with Ed to finalize. | 3/7/26 | 1.00 | 729.75 | 729.75 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Judge | Prep fee application, call w KH | 3/7/26 | 1.00 | 488.25 | 488.25 |
| Kiriella, Maduka | Amex Shipping Agent, Inc. | Business Operations | CLEAR SIGNER REVIEW COMMENTS | 3/9/26 | 1.25 | 472.5 | 378 |
| Alexis, Regine | Amex Shipping Agent, Inc. | Business Operations | Formating and admin processing for tax returns | 3/9/26 | 0.50 | 112.875 | 225.75 |
| Kiriella, Maduka | P. Judge and Sons Trucking, LLC | Business Operations | CLEAR SIGNER REVIEW COMMENTS | 3/9/26 | 1.75 | 661.5 | 378 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I had a call with Nahomi helping her on the TR | 3/9/26 | 3.00 | 346.5 | 115.5 |
| Rosas, Nahomi | P. Judge & Sons, Inc. | Business Operations | 2026.03 Preparing return 2025 | 3/9/26 | 5.00 | 577.5 | 115.5 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Call with Antonio to go over questions on sales/payroll allocation | 3/9/26 | 0.25 | 97.125 | 388.5 |
| Sheridan, William M | Port Elizabeth Terminal & Warehouse Corp | Business Operations | tax return | 3/9/26 | 2.00 | 1029 | 514.5 |
| Kiriella, Maduka | Judge Warehousing, LLC | Business Operations | Clearing Signer review comments, checking for GA Schedule 1 issue | 3/10/26 | 2.25 | 850.5 | 378 |
| Keegan, Barbara | Judge Organization, LLC | Business Operations | 1065 | 3/10/26 | 0.25 | 56.4375 | 225.75 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.03 I cleared notes from Billy | 3/10/26 | 1.75 | 202.125 | 115.5 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge | Data room management | 3/11/26 | 0.50 | 244.125 | 488.25 |
| Angel, Juan | Amex Shipping Agent, Inc. | UST Reports & Meetings | 26.02 Combine documents (AR and AP), Operating Statement and TB | 3/11/26 | 0.70 | 80.85 | 115.5 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | information for workers compensation quote and correspondence with client - Judge Warehousing | 3/11/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | information for workers compensation quote and correspondence with client - Judge Trucking | 3/11/26 | 0.50 | 412.125 | 824.25 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.02 Combine documents (AR and AP), Operating Statement and TB | 3/11/26 | 0.70 | 80.85 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.02 Combine documents (AR and AP), Operating Statement and TB | 3/11/26 | 0.70 | 80.85 | 115.5 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | 26.02 Combine documents (AR and AP), Operating Statement and TB | 3/11/26 | 0.70 | 80.85 | 115.5 |
| Angel, Juan | Judge Warehousing, LLC | UST Reports & Meetings | 26.02 Combine documents (AR and AP), Operating Statement and TB | 3/11/26 | 0.70 | 80.85 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I started wrking on the Feb closing | 3/11/26 | 3.50 | 404.25 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | extensions and follow ups | 3/11/26 | 0.50 | 475.125 | 950.25 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.03 I made changes to the TR | 3/11/26 | 1.00 | 115.5 | 115.5 |
| Sheridan, William M | Port Elizabeth Terminal & Warehouse Corp | Business Operations | tax return | 3/11/26 | 1.50 | 771.75 | 514.5 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | reviewed return and notes to team | 3/11/26 | 1.50 | 1425.375 | 950.25 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Follow up with Sofia on Feb invoice. | 3/12/26 | 0.25 | 182.4375 | 729.75 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 AR Sumary | 3/12/26 | 1.50 | 173.25 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.02 Grant American | 3/12/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.03 Notes payable | 3/12/26 | 1.00 | 115.5 | 115.5 |
| Angel, Juan | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | 26.03 Accounting Fees | 3/12/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.03 Fixed assets | 3/12/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.02 Payroll History, Payroll reconciliation | 3/12/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.02 Payroll History, Payroll reconciliation | 3/12/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.02 Payroll History, Payroll reconciliation | 3/12/26 | 2.50 | 288.75 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 Payroll History, Payroll reconciliation | 3/12/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.02 Payroll History, Payroll reconciliation | 3/12/26 | 0.50 | 57.75 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.02 Payroll History, Payroll reconciliation | 3/12/26 | 0.50 | 57.75 | 115.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I continue working on the closing | 3/12/26 | 7.25 | 837.375 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.03 I made changes to the return | 3/12/26 | 0.75 | 86.625 | 115.5 |
| Sheridan, William M | Port Elizabeth Terminal & Warehouse Corp | Business Operations | tax return | 3/12/26 | 1.00 | 514.5 | 514.5 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | correspondence for potential buyer and call with Joe | 3/13/26 | 0.50 | 412.125 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge | Data room management and uploads, internal corrs | 3/13/26 | 0.50 | 244.125 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge | Data room management and uploads, internal corrs | 3/13/26 | 0.50 | 244.125 | 488.25 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Hamernik, Kevin J | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Responsive to Sofia on interim fee application and review of same. (0.25) Standing Friday call (0.5). Review of VDR and customer data included; comments to team. | 3/13/26 | 0.63 | 459.7425 | 729.75 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Responsive to Sofia on interim fee application and review of same. (0.25) Standing Friday call (0.5). Review of VDR and customer data included; comments to team. | 3/13/26 | 0.62 | 452.445 | 729.75 |
| Cordero, Sofia | Judge Organization, LLC | Business Operations | information for closing February and call with team | 3/13/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | closing review of operating reports for Feb closing and open items for client- Judge Warehousing | 3/13/26 | 0.50 | 412.125 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I continue closing on the Feb closing | 3/13/26 | 7.25 | 837.375 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | call with counsel and correspondence for potential buyer | 3/13/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | closing review of operating reports for Feb closing and open items for client | 3/13/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | closing for Feb review items with Antonio | 3/13/26 | 1.00 | 824.25 | 824.25 |
| Reinknecht, Coleen | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Tax Return | 3/13/26 | 0.25 | 56.4375 | 225.75 |
| Shah, Paru | Judge Organization, LLC | Business Operations | February closing | 3/14/26 | 0.50 | 299.25 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | February closing | 3/14/26 | 1.00 | 598.5 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | February closing | 3/14/26 | 1.00 | 598.5 | 598.5 |
| Shah, Paru | Judge Organization, LLC | Business Operations | February closing | 3/15/26 | 0.50 | 299.25 | 598.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | February closing | 3/15/26 | 1.00 | 598.5 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | February closing | 3/15/26 | 1.00 | 598.5 | 598.5 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | UST Reports & Meetings | review of closing for Feb and MOR data to submit to Ed and Kevin | 3/16/26 | 0.50 | 412.125 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Deal room management, uploads | 3/16/26 | 0.50 | 244.125 | 488.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | R/r VDR. Email to Sofia re same. Email to Turner re same and CIM. | 3/16/26 | 0.75 | 547.3125 | 729.75 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.02 P. Judge Financials and Operating reports (Adjustments) (Friday 3.14.2026) | 3/16/26 | 1.00 | 115.5 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | UST Reports & Meetings | 26.02 P. Judge Financials and Operating reports (Adjustments) (Friday 3.14.2026) | 3/16/26 | 1.00 | 115.5 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.02 P. Judge Financials and Operating reports (Adjustments) (Friday 3.14.2026) | 3/16/26 | 1.00 | 115.5 | 115.5 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | 26.02 P. Judge Financials and Operating reports (Adjustments) (Friday 3.14.2026) | 3/16/26 | 1.00 | 115.5 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.02 P. Judge Financials and Operating reports (Adjustments) (Friday 3.14.2026) | 3/16/26 | 1.00 | 115.5 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.02 P. Judge Financials and Operating reports (Adjustments) (Friday 3.14.2026) | 3/16/26 | 1.00 | 115.5 | 115.5 |
| Celis, Hilary | Judge Warehousing, LLC | Business Operations | Review Feb leases and related wps. Call with Antonio to discuss changes needed. | 3/16/26 | 1.25 | 420 | 336 |
| Shah, Paru | Judge Organization, LLC | Business Operations | February closing | 3/16/26 | 0.50 | 299.25 | 598.5 |
| Celis, Hilary | Judge Organization, LLC | UST Reports & Meetings | Feb Summary of ER & accrued taxes for MOR reports | 3/16/26 | 0.25 | 84 | 336 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I wrapped up the Feb closing | 3/16/26 | 6.75 | 779.625 | 115.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | February closing | 3/16/26 | 0.50 | 299.25 | 598.5 |
| Celis, Hilary | P. Judge & Sons, Inc. | UST Reports & Meetings | Feb Summary of ER & accrued taxes for MOR reports | 3/16/26 | 0.25 | 84 | 336 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | February closing | 3/16/26 | 0.50 | 299.25 | 598.5 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Review Feb leases and related wps. Call with Antonio to discuss changes needed. | 3/16/26 | 1.25 | 420 | 336 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | tax return changes and follow ups with client | 3/16/26 | 0.50 | 412.125 | 824.25 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Feb Summary of ER & accrued taxes for MOR reports | 3/16/26 | 0.25 | 84 | 336 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Deal room management, uploads | 3/17/26 | 1.00 | 488.25 | 488.25 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Asset Disposition | Review of data room files and notes of issues. Email re same. Request and review of teaser; emails re same. | 3/17/26 | 1.00 | 729.75 | 729.75 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.02 Judge AR Excel to PDF | 3/17/26 | 1.00 | 115.5 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.02 Judge AR Excel to PDF | 3/17/26 | 1.00 | 115.5 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.02 Judge AR Excel to PDF | 3/17/26 | 1.00 | 115.5 | 115.5 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | review of closing for Feb and MOR data to submit to Ed and Kevin - Judge Warehousing | 3/17/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge Trucking-review of closing for Feb and MOR data to submit to Ed and Kevin | 3/17/26 | 1.00 | 824.25 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I made changes to the Feb binder | 3/17/26 | 1.00 | 115.5 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | review of closing for Feb and MOR data to submit to Ed and Kevin | 3/17/26 | 1.00 | 824.25 | 824.25 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Emails and teams messages. February closing. | 3/17/26 | 0.25 | 149.625 | 598.5 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | review of closing for Feb and MOR data to submit to Ed and Kevin | 3/17/26 | 1.00 | 824.25 | 824.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Deal room management, uploads | 3/18/26 | 0.50 | 244.125 | 488.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | MOR management and email to counsel to advise on timing | 3/18/26 | 0.25 | 182.4375 | 729.75 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.02 Update Operating Report information PJS, PET 2024-2025-2026 | 3/18/26 | 2.00 | 231 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.02 Update Operating Report information PJS, PET 2024-2025-2026 | 3/18/26 | 2.00 | 231 | 115.5 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Call with Sofia, went through 2015-2018 binders to look for customer contract. | 3/18/26 | 1.00 | 336 | 336 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I saved information in the binder | 3/18/26 | 0.75 | 86.625 | 115.5 |
| Celis, Hilary | P. Judge & Sons, Inc. | UST Reports & Meetings | call with juan, extra project to put together operating reports from 2023-2026 and deposits | 3/18/26 | 0.50 | 168 | 336 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | call with juan, extra project to put together operating reports from 2023-2026 and deposits | 3/18/26 | 0.50 | 168 | 336 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge \| MOR prep, files | 3/19/26 | 1.00 | 488.25 | 488.25 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.02 Update Operating report PET | 3/19/26 | 1.00 | 115.5 | 115.5 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Analysis and reconciliations provided to East Coast - PL by location and add backs to P&L and professional costs - Judge Trucking | 3/19/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Analysis and reconciliations provided to East Coast - PL by location and add backs to P&L and professional costs - Judge Warehousing | 3/19/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Analysis and reconciliations provided to East Coast - PL by location and add backs to P&L and professional costs | 3/19/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Analysis and reconciliations provided to East Coast - PL by location and add backs to P&L and professional costs | 3/19/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | meeting with East Coast for questions on potential sale and questions on financials | 3/20/26 | 0.25 | 206.0625 | 824.25 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Business Operations | Emails. Review of subpoena | 3/20/26 | 0.25 | 182.4375 | 729.75 |
| Cordero, Sofia | Judge Organization, LLC | Business Operations | meeting with East Coast for questions on potential sale and questions on financials | 3/20/26 | 0.25 | 206.0625 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 I saved information in the binder | 3/20/26 | 0.50 | 57.75 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | meeting with East Coast | 3/20/26 | 0.25 | 206.0625 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | meeting with East Coast for questions on potential sale and questions on financials | 3/20/26 | 0.25 | 206.0625 | 824.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| Prepare MORs for 6 entities | 3/23/26 | 1.50 | 732.375 | 488.25 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Asset Disposition | Analysis of cash flow projections and actuals; email to group. | 3/23/26 | 1.00 | 729.75 | 729.75 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Billing items and question on month end | 3/24/26 | 0.50 | 412.125 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| Prepare MORs for 6 entities | 3/24/26 | 1.00 | 488.25 | 488.25 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Comms from Joe. R/review of 4th interim fee application; comments to Sofia. Teaser to Hilco. | 3/24/26 | 0.75 | 547.3125 | 729.75 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Prepare MORs for 6 entities | 3/24/26 | 1.00 | 488.25 | 488.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Billing submission for the court and questions | 3/24/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Billing submission for the court and questions | 3/24/26 | 0.50 | 412.125 | 824.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 3/25/26 | 0.50 | 244.125 | 488.25 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Review and comment on 4th interim fee application; emails with Sofia and Mariam. Confer with Ed with ask to foot and x-foot all tables | 3/25/26 | 0.50 | 364.875 | 729.75 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Fee/Employment Applications (Other Professionals) | Judge \| Review fee statement for Feb, corrs w KH and others | 3/25/26 | 0.50 | 244.125 | 488.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | p&l analysis and questions from East Coast- meeting with Joe for responses on fluctuations and explanations | 3/25/26 | 2.00 | 1648.5 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | p&l analysis and questions from East Coast- meeting with Joe for responses on fluctuations and explanations | 3/25/26 | 2.00 | 1648.5 | 824.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Prepare MORs for 6 entities | 3/26/26 | 1.50 | 732.375 | 488.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Deal room management | 3/26/26 | 0.50 | 244.125 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 3/27/26 | 0.50 | 244.125 | 488.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | Analysis for potential buyer for questions on financials for SAV Warehousing BS and PL fluctuations | 3/27/26 | 1.50 | 1236.375 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | Analysis for potential buyer for questions on financials for SAV Trucking BS and PL fluctuations | 3/27/26 | 1.50 | 1236.375 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | questions for East Coast and analysis on P&L for 2025 and 2026 actuals | 3/30/26 | 0.50 | 412.125 | 824.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge \| Prepare Feb MORs for 6 entities | 3/30/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| Prepare Feb MORs for 6 entities | 3/30/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Prepare Feb MORs for 6 entities | 3/30/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| Prepare Feb MORs for 6 entities | 3/30/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Prepare Feb MORs for 6 entities | 3/30/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Organization, LLC | UST Reports & Meetings | Judge \| Prepare Feb MORs for 6 entities | 3/30/26 | 1.00 | 488.25 | 488.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | questions for East Coast and analysis on P&L for 2025 and 2026 actuals - Judge Warehousing | 3/30/26 | 0.50 | 412.125 | 824.25 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | questions for East Coast and analysis on P&L for 2025 and 2026 actuals - Judge Trucking | 3/30/26 | 0.50 | 412.125 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | questions for East Coast and analysis on P&L for 2025 and 2026 actuals | 3/30/26 | 1.50 | 1236.375 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | questions for East Coast and analysis on P&L for 2025 and 2026 actuals | 3/30/26 | 1.50 | 1236.375 | 824.25 |
| Unkles, Edward | Judge Organization, LLC | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 3/31/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 3/31/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 3/31/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 3/31/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 3/31/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 3/31/26 | 1.00 | 488.25 | 488.25 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | UST Reports & Meetings | MOR review for 3 of the debtors; comments to Ed. | 3/31/26 | 0.50 | 364.875 | 729.75 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | MOR review for 3 of the debtors; comments to Ed. | 3/31/26 | 0.50 | 364.875 | 729.75 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR review for 3 of the debtors; comments to Ed. | 3/31/26 | 0.50 | 364.875 | 729.75 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | MOR review for 3 of the debtors; comments to Ed. | 3/31/26 | 0.50 | 364.875 | 729.75 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.03 Call with Sofia about Judge | 3/31/26 | 0.50 | 57.75 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | LOI review and questions with Joe | 3/31/26 | 0.25 | 206.0625 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | LOI review and questions with Joe | 3/31/26 | 0.25 | 206.0625 | 824.25 |

|  |  |  |  |  |  | **82,498.50** |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| >>Fees related to dataroom access March 2026 | | | | | | 500.00 |
| >>Expenses related pacer access for docket research | | | | | | 80.20 |
| **Total** | | | | | | **83,078.70** |