## **EXHIBIT A**

**Order Authorizing Retention of Cambridge**

57682865.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
 turner.falk@saul.com
Proposed Counsel to the Debtors and Debtors in
Possession

| | |
|---|---|
| In Re: | Case No.: 25-22123-JKS |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al., | Chapter: 11 |
| Debtors. | Judge: John K. Sherwood |

Order Filed on December 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER AUTHORIZING RETENTION OF
## CAMBRIDGE FINANCIAL SERVICES, LLC EFFECTIVE AS OF NOVEMBER 14, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: December 9, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>   Cambridge Financial Services, LLC   </u>

as <u>          Financial Advisor          </u>, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>Raritan Plaza III, 105 Fieldcrest Ave.</u>

                 <u>Suite 506                            </u>

                 <u>Edison, NJ 08837                 </u>

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

     ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

     ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is November 14, 2025.