## EXHIBIT C

## Detail Time Entries by Category

57682865.1

# Cambridge
## Financial Services

March 31, 2026

The Judge Organization DIP

13 Manor Road
East Rutherford, NJ 07073

Invoice #   23651

FOR CONSULTING SERVICES DURING THE PERIOD:   3/1/2026   TO   3/31/2026

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2026 | JC | UST Reports Meetings-Research and Prepare Vendor Activity report for the month of February'.  Consolidated Cash Flow up dated. | 0.80 400.00/hr | 320.00 |
| | JC | UCC Credit Committee-Research and prepare Month Variance report February Month Actual vs Forecast Consolidated Cash Flow Updated thru May | 1.90 400.00/hr | 760.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Discussion on utilizing Sales Agent for the Sales Process Coordinate visit to Facilities week of 3/9 by perspective buyer. | 1.00 400.00/hr | 400.00 |
| 3/3/2026 | NBJ | FINANCING & CASH COLLATERAL: Review reports /prep for meeting w/First Bank/ meeting w/bankers First Bank | 1.50 500.00/hr | 750.00 |
| | JC | UST Reports Meetings- Prepare documents to be included in Feb MOR | 0.80 400.00/hr | 320.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Request and review General Ledger for Feb month Respond to due diligence request | 1.80 400.00/hr | 720.00 |
| | JC | UCC Credit Committee -Review Consolidated Cash Flow Forecast thru 5/30 Monthly Variance Report Actual vs Forecast prepareand Review | 1.60 400.00/hr | 640.00 |
| 3/4/2026 | NBJ | FEE APPLICATION: review billing time | 0.50 500.00/hr | 250.00 |
| | NBJ | BUSINESS OPERATIONS: conference on East Coast inquiries/ review correspondences/ draft responses | 1.10 500.00/hr | 550.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Confirm visit to Savannah and NJ Facilities. Coordinate logistics and  attendees. Due Diligence requests and responses | 1.80 400.00/hr | 720.00 |
| | JC | UST Reports Meetings- Review data submission for MOR | 0.60 400.00/hr | 240.00 |
| | JC | UCC Credit Committee- Review and  respond to Monthly Variance Report concerns and clarifications | 0.80 400.00/hr | 320.00 |
| 3/5/2026 | NBJ | BUSINESS OPERATIONS: review correspondence on potential acquirers/ draft responses / conference on same | 1.00 500.00/hr | 500.00 |
| | JC | Business Operations- Review cash Flow-Update priorities NDA w/ ELITE . Confirmation on visits to facilities | 2.00 400.00/hr | 800.00 |
| | JC | UCC Credit Committee- Confirm UCC deposit and payments into professional account | 0.70 400.00/hr | 280.00 |

The Judge Organization DIP                                                                    Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2026 | NBJ | COMMITTEE ADMINISTRATION: prep for UCC call on sale of business/ conference w/attorneys/ UCC on sale status and process | 1.40 500.00/hr | 700.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Conference Call w/ Attorneys. Update on sales process Status of inquires and process moving forward. Conference Call w/ Attorneys. Update on sales process Reconfirm visit to savannah. Prepare data for review Confirm Odyssey pricing effective 3/1 forward updated Consolidated Forecast to Mazars and Saul Ewing | 2.80 400.00/hr | 1,120.00 |
| | JC | UCC Credit Committee- UCC Conference call : Re Sales process. Discussed Sales Agent; Sales Teaser; Targeted buyers. Forward Updated Consolidated Cash Flow Include increased sales projections from Sylvamo and CBI for 2nd qtr. Forward updated Variance Report for fen Month | 1.90 400.00/hr | 760.00 |
| 3/9/2026 | NBJ | BUSINESS OPERATIONS: conferences on sale of business/ draft teaser to distribute to potential buyers | 1.60 500.00/hr | 800.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Workers Comp new policy quotes . Work with three vendors re: pricing/coverage. Respond to data requests and clarifications. Worksheest/ applications/ claims Company data. Confirm visit to Savannah- Arrival-logistics | 2.10 400.00/hr | 840.00 |
| | JC | UCC Credit Committee- Prepare Teaser and List of targets. Forward to SE for review /edit | 0.90 400.00/hr | 360.00 |
| 3/10/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ edit teaser to final form/ research potential buyers for the company/ compile Excel spreadsheet with data on acquirers/ draft correspondence advising attorneys on same/ conference w/attorney on implementing plan for potential buyers | 2.40 500.00/hr | 1,200.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Respond to Due Diligence requests. Cust data / entity Request Company Insurance/ Facilities/ personnel/allocation of resources/ Revenue by entity/by customer Confirm Sales data room complete Confirm visits to NJ/Pa facilities 3/11 Conference call w/ Bristol owners. Finalize extension terms and conditions | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Review Tease w/ UCC Counsel. | 0.60 400.00/hr | 240.00 |
| 3/11/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ draft responses on teaser | 0.50 500.00/hr | 250.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Request payroll register weeks ending 3/7-3/14 Request Owner operator data; Invoice Purchases from First Business 3/1-3/13 Workers Comp data requests. Payroll 2021-2025 Sales Summary report 2025 | 2.90 400.00/hr | 1,160.00 |
| | JC | UCC Credit Committee- Forward Teaser and Target list for review | 0.30 400.00/hr | 120.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                    Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/12/2026 | NBJ | BUSINESS OPERATIONS: review correspondences on insurance coverage/ review revenue models for sale of business / review correspondences on same/ conference on reformatting file | 1.40 500.00/hr | 700.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Edited Sales summary report w/ alpha designations Review and comments for clarification Adjust Cash Flow Forecast actual through 3/15. Followup w/east Coast on facility visits 3/9 and 3/11 Confirm w/ CFO dueligence open items. Finalize Sale Summary w/ Alpha designation Workers Comp finalize proposals. Dialogue with vendors and Counsel regarding court approval prior. | 3.10 400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee Confirm Conference Call 3/13 Sales Process Edit Teaser/ Target List | 0.70 400.00/hr | 280.00 |
| 3/13/2026 | NBJ | FEE APPLICATION: review draft of interim fee application/ analysis to check time calculations | 0.60 500.00/hr | 300.00 |
| | NBJ | COMMITTEE ADMINISTRATION: prep for UCC call on sale of business update/ edits to teaser/ conference w/UCC on expected marketing process | 1.20 500.00/hr | 600.00 |
| | NBJ | BUSINESS OPERATIONS: review data for sale of business/ draft potential edits | 0.50 500.00/hr | 250.00 |
| | JC | Business Operations- Review cash Flow-Update priorities Conference call w/ Owner & Attorneys. Update on Sale Process- Teaser and Distribution Review East Coast visits and feed back from CEO Review and discuss finalized Workers Comp bids an award decision. Cash flow and Initial deposit Review outstanding due diligence items w/ assignments to specific requests Conference call w/ CEO from East Coast. Discuss open items; Need for Customer data/profitability Schedule conference call with Mazars Monday 3/16 | 3.10 400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee Conference Call re: sales Process. Discuss Teaser andProcess of mailing to targets. Review East Coast direction and Intentions. Possible LOI | 1.90 400.00/hr | 760.00 |
| 3/16/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Review current liabilities- cash reserves Itemize activity report 3/1-3/15 | 1.90 400.00/hr | 760.00 |
| | JC | UST Reports Meetings- Review February Vendor Payment Report 2/1-2/28 | 1.00 400.00/hr | 400.00 |
| | JC | UCC Credit Committee- Cash Flow Variance Report= Revenue 3/1-3/15 | 1.30 400.00/hr | 520.00 |
| 3/17/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Review Constellation and IP Contracts Review current and past Agreements- Forward to Sales Data Room East Coast Due Diligence Requests | 2.10 400.00/hr | 840.00 |
| | JC | UST Reports Meetings- Review and Forward Insurance Liability/ Claim Information to Reliance Partners Insurance for data | 1.60 400.00/hr | 640.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                        Page    4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/17/2026 | JC | UCC Credit Committee - Review and comment to UCC on Teaser Letter to be distributed and put into appropriate journals. Note issue re: P Judge for Sale Banne placed on top of teaser | 1.30 400.00/hr | 520.00 |
| 3/18/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Forward Professional Fee payment  schedule. Request from First Business reserve funds to cover payment schedule Review Constellation Contracts- role of Odyssey. Define Service and Warehouse Agreements. Impact of New Jersey Liquor and Beverage License. Discuss inception of initial Agreements and communication with Grand Warehouse and Crown Beverage Odyssey Transport and Warehouse, LLC Review payroll for week ending 3/20. Discuss funding . Discuss cash flow and funding | 3.10 400.00/hr | 1,240.00 |
| | JC | UST Reports Meetings- Review submitted and approved Professional Fees  by the Court Forward to Business operations for payment | 0.90 400.00/hr | 360.00 |
| 3/19/2026 | NBJ | CASE ADMINISTRATION: conference w/attorney on sale of biz/ conference on teaser/ draft correspondences | 1.10 500.00/hr | 550.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Respond to requests from East Coast for financials for each facility. Work with Mazars on allocations and specific expenses expenses for each location. Review and forward each facility CAM expenses by category Request and forward Insurance certificates on loss run data for both Liability and Workers Compensation policies | 2.60 400.00/hr | 1,040.00 |
| | JC | UCC Credit Committee- Review and forward to data room existing contracts (4) with Constellation Brands. Include description, dating and specific terms and conditions Review and forward to data room existing contracts (2) with IP | 2.30 400.00/hr | 920.00 |
| 3/20/2026 | NBJ | CASE ADMINISTRATION: draft correspondence on bid process/conference w/attorney on same | 0.80 500.00/hr | 400.00 |
| | NBJ | BUSINESS OPERATIONS: conference w/client/attorneys on status of case | 0.50 500.00/hr | 250.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Conference call with East Coast Warehouse to review data requests. Monthly Operating reports for both the bushiness entities and each facility | 3.40 400.00/hr | 1,360.00 |
| | JC | UST Reports Meetings- Data requests for nestle bruises and impact on profitability and overall performance of the Company | 1.10 400.00/hr | 440.00 |
| | JC | UCC Credit Committee - Review and forward sales reports for past three years. Identify top 5 accounts by revenue and % of business. Assign Alpha Letters re: | 1.00 400.00/hr | 400.00 |



**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP

Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | confidentiality. Separate by Business Entity and location Review and discuss current IP contacts for both WarehouseServices and  Trucking Drayage | | |
| 3/23/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Discuss and forward current performance of Savannah Trk. Significant loss of revenue and increase in operating costs Confirm outstanding AP to Reliance Partners; Coastal Equipment Request and add review current reserve funding w/ First Business Review open items on ECW due diligence report | 1.60 400.00/hr | 640.00 |
| | JC | UST Reports Meetings- Respond to Mazars re: Monthly MOR and current performance Cash Flow variance report 2/1-2/28 Complete and review Vendor Payments Feb 2026 | 1.30 400.00/hr | 520.00 |
| | JC | UCC Credit Committee- Forward to Sales data room Nestle 2025 monthly sales revenue | 0.60 400.00/hr | 240.00 |
| 3/24/2026 | NBJ | BUSINESS OPERATIONS: review correspondences on East Coast inquiries/ conference w/client on responses | 1.80 500.00/hr | 900.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Confirm First Business ZOOM call 4/2. Review current financials/ potential LOI; Status of Cash Flow; State of the Company Rreview forward details on the (4) Constellation Contractsfor Levittown and the  Warehouse Contracts to ECW Review and forward for discussion the existing IP-GCF contracts to ECW. (5) document covering initial agreements; Operating Procedures; Warehouse and Drayage Agreements scuss with First Business IP Aging invoices over 90 days. Potential  exposure of $293,950 due to claw  back. Identify individual invoices for each IP account (3); Est. potential payment date w/ supporting documents from IP re: Their intent to pay. Discuss with First Business extent ion of Aging beyond 90 days for specific invoices. | 4.10 400.00/hr | 1,640.00 |
| | JC | UST Reports Meetings- Review UCC-Dondon payment requests for January and February | 0.80 400.00/hr | 320.00 |
| 3/25/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Review and discuss funding for Payroll and Ownner Operators Review due diligence requests for ECW to be discussed during Zoom call Discuss with First Business Reserve funds and allocation with each of the entities | 3.30 400.00/hr | 1,320.00 |
| 3/26/2026 | NBJ | BUSINESS OPERATIONS: prep for call/conference w/East Coast/client | 1.20 500.00/hr | 600.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Review and discuss funding for Payroll and Owner Operators Review due diligence requests for ECW to be discussed during Zoom call Discuss with First Business Reserve funds and allocation with each of the entities | 3.60 400.00/hr | 1,440.00 |

**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP

Page   6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2026 | JC | UST Reports Meetings- Respond to Coastal Equipment motion to Court re: delinquent payments. Exposure +45K based on three months open invoices Call owner -Denny Ross- to discuss payment plan and removal of Court Motion. | 0.80 400.00/hr | 320.00 |
| 3/27/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Discussions with Coastal Equipment Zoom call w/ Tracy Hamiliton , VP IP/GCF.  Review current status of Chapter 11. Discuss IP relationship- reassure Company moving forward Zoom call with UCC re: Sales Process. Review and discuss conversations with ECW and projected LOI. Review marketing efforts: Teaser. Discuss potential additional interested parties for LOI's. First Business: Current reserve balance; status of IP extent ion on >90 aging invoices Confirm initial payment of 14,777 to Coastal 3/31 | 3.30 400.00/hr | 1,320.00 |
| 3/30/2026 | JC | UCC Credit Committee - Confirm possible LOI from Elite Warehousing. Past relationship on the Real estate Division-Kearny Respond to inquires on Constellation Contracts | 1.80 400.00/hr | 720.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Review First Business purchases weeks ending 3/21-3/28 Review Payroll  payment 3/21-3/28 | 1.90 400.00/hr | 760.00 |
| | JC | UST Reports Meetings- Prepare Vendor payments 3/1-3/31 Prepare Cash Flow variance actual vs Forecast 3/1-3/28 | 1.30 400.00/hr | 520.00 |
| 3/31/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Prepare and update Actual receipts and payments for the Actual Results to complete Cash Flow variance report Respond to Coastal Legal regarding changes in terms of the lease. Discuss and review  LOI and its impact on Company, employees and Ownership. Identify specific issues to discuss with attorneys on scheduled 4/1 Zoom call Initial discussions with Counsel re: Requirements/data required to | 3.60 400.00/hr | 1,440.00 |
| | JC | UST Reports Meetings- Confirm Vendor payments 3/1-3/31 for monthly report | 0.90 400.00/hr | 360.00 |
| | JC | UCC Credit Committee- LOI Received for East Coast Warehouse. Review and forward response to CEO. Schedule follow up meeting with Ownership and Legal to review and understand | 1.60 400.00/hr | 640.00 |
| | | For professional services rendered | 109.70 | $45,790.00 |



Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Case Administration | 1.90 | $950.00 |
| 2. | Financing and Cash Flow | 1.50 | $750.00 |
| 3. | Business Operations | 69.50 | $29,000.00 |
| 4. | Fee Application | 1.10 | $550.00 |
| 5. | Creditors Inquires | 0 | $0 |
| 6. | UST Reports Meetings | 11.90 | $4,760.00 |
| 7. | Litigation | 0 | $0 |
| 8. | Statements & Schedules | 0 | $0 |
| 9. | Credit Committee Administration | 23.80 | $9,780.00 |
| 10. | Mileage | 0 | $0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total: | | |
| | | Grand Total | $45,790.00 |
| | | 80% of Total Compensation | $36,632.00 |
| | | | |



**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com