## EXHIBIT C


**Detail Time Entries by Category**

57692578.1

# Scopelitis
### Garvin Light Hanson & Feary

<span style="color:red">Please reference
INVOICE #
with remittance.</span>

Accounting Office
10 West Market Street, Suite 1400
Indianapolis, IN  46204
Phone: (317) 492-9350

**Port Elizabeth Terminal & Warehouse**
**Mariam Khoudari**
**13 Manor Road**
**East Rutherford, NJ  07073**

**April 9, 2026**
**Invoice #:  590742**
**Client Code:  CH0409**
**Matter Code:  00010**
**Billed Through:  03/31/26**

*Matter*      **00010**          **Special Counsel Advice - Employee Benefits and Pensions**

## PROFESSIONAL SERVICES

| Date | Professional | Narrative | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 03/31/26 | DJV | Receive and review information regarding rejection of collective bargaining agreement. | 0.40 @ | $625.00/hr | $250.00 |
| | | **Total Professional Services** | | | **$250.00** |

## TIMEKEEPER SUMMARY FOR THIS MATTER

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Vogel, Donald J. | 0.40 @ | $625.00/hr | $250.00 |
| **Total Professional Services** | | | **$250.00** |

Matter Credit Balance Total:          $5,370.41

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Professional Services | $ | 250.00 |
| **Total of New Charges for this Invoice** | **$** | **250.00** |

**Port Elizabeth Terminal & Warehouse**                                    **Page: 2**
**Invoice #:  590742**                                    **Client #: CH0409**

### OUTSTANDING INVOICE DETAIL AS OF:  04/09/26

| Invoice | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| 583816 | 12/11/25 | 2,125.00 | 1,700.00 | $425.00 |
| 584957 | 01/09/26 | 6,250.00 | 5,000.00 | $1,250.00 |
| 586830 | 02/10/26 | 3,187.50 | 2,550.00 | $637.50 |
| 589173 | 03/11/26 | 1,062.50 | 0.00 | $1,062.50 |
| **TOTALS** | | **12,625.00** | **9,250.00** | **$3,375.00** |

**TOTAL PRIOR DUE BALANCE**                                    **$3,375.00**

**TOTAL CURRENT INVOICE**                                    **$250.00**

**TOTAL AMOUNT DUE**                                    **$ 3,625.00**

Services In California Provided By Scopelitis, Garvin, Light, Hanson & Feary, LLP
Services In Michigan Provided By Scopelitis, Garvin, Light, Hanson & Feary, PLLC
All Other Services Provided By Scopelitis, Garvin, Light, Hanson & Feary, PC

**PAYMENT IS DUE UPON RECEIPT IN U.S. DOLLARS.  A FINANCE CHARGE WILL BE ASSESSED AT THE RATE OF 1.0% PER MONTH (APR 12%) ON ANY BALANCE UNPAID AFTER 30 DAYS. YOU MAY REMIT PAYMENT ONLINE AT WWW.SCOPELITIS.COM/PAYMENTS**