**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
          turner.falk@saul.com
          maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

Debtors.[1]

### FIFTH ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
### FOR THE PERIOD OF MARCH 1, 2026 THROUGH MARCH 31, 2026

| | |
|---|---|
| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Murphy Schiller & Wilkes LLP |
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

### COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
### UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

[*Remainder of page left intentionally blank*]

---

[1]      The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**<u>RETENTION ORDER ATTACHED.</u>**

By:<u>*/s/ Charles J. Wilkes*</u>        <u>*April 29, 2026*</u>
Charles J. Wilkes, Esquire

2

57688880.1

## SECTION I
## FEE SUMMARY

  **X**  **Monthly Fee Statement No.  5  or  ___  Final Fee Application**

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | $26,850.00 | $2,800.00 |
| Total Fees Allowed to Date: | $25,056.00 | $0.00 |
| Total Holdback (If Applicable) | $1,794.00 | $0.00 |
| Total Received by Applicant | $14,304.00 | $0.00 |

| **NAME OF PROFESSIONAL & TITLE** | **YEAR ADMITTED (Or Years of Professional Service)** | **HOURS** | **RATE** | **FEE** |
|---|---|---|---|---|
| Charles J. Wilkes | 2011 | 2.3 | $450.00 | $1,035.00 |
| Sean Callahan | 2005 | 13.5 | $450.00 | $6,075.00 |
| Mia Lobozzo | N/A | 0.4 | $250.00 | $100.00 |
| Klaudia Maslowska | N/A | 1.0 | $125.00 | $125.00 |
| **TOTALS** | | 17.2 | | $7,335.00 |

| | |
|---|---|
| **Fee Totals** | **$7,335.00** |
| **Minus 50% for Non-Working Travel** | **$0.00** |
| **Grand Fee Total** | **$7,335.00** |
| **80% of Fees** | **$5,868.00** |
| **Expense Totals** | **$0.00** |
| **Total Monthly Fee Statement** | **$7,335.00** |

[*Remainder of page left intentionally blank*]

3

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Real Estate | 17.2 | $7,335.00 |
| | **Total:** | **17.2** | **$7,335.00** |
| | | **80% of Total Compensation** | **$7,335.00** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| N/A | $0.00 |
| **Total:** | $0.00 |

*[Remainder of page left intentionally blank]*

4

57688880.1

## SECTION IV
## CASE HISTORY

| Date case filed: | November 14, 2025 |
|---|---|
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:** | *See Order Authorizing Retention of Murphy Schiller & Wilkes LLP Effective as of November 14, 2025* [D.I. 82] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:[2]** | *See* narrative portion of the fee statement. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 90 | 11/14/2025-11/30/2025 | $4,050.00 | $0.00 | $3,240.00 | $0.00 | $810.00 |
| 141 | 12/1/2025-12/31/2025 | $7,010.00 | $0.00 | $5,608.00 | $0.00 | $1,402.00 |
| 177 | 1/1/2026-1/31/2026 | $6,820.00 | $0.00 | $5,456.00 | $0.00 | $1,364.00 |
| 217 | 2/1/2026-2/28/2026 | $8,970.00 | $2,800.00 | $0.00 | $0.00 | $8,970.00 |
| **Totals:** | | $26,850.00 | $2,800.00 | $14,304.00 | $0.00 | $12,546.00 |

[*Remainder of page left intentionally blank*]

---

[2]     The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Murphy as special counsel to the Debtors.

57688880.1