## EXHIBIT C

**Detail Time Entries by Category**

57688880.1

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 03/31/2026
**Invoice #:** 18899
**Matter:** F. Greek Bristol Properties, L.P.
**File #:** 00855

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 04/07/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/2026 | CJW | A121-Review and Analysis B250-Real Estate Review draft Lease Amendment; emails to P. Wynne re: same. | 1.30 | $450.00 | $585.00 |
| | | **For professional services rendered** | **1.30** | | **$585.00** |
| | | **Invoice Amount** | | | **$585.00** |
| | | **Remaining Balance** | | | **$585.00** |

**Retainer Balance (as of 04/07/2026)**          **$0.00**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 1.30 | $450.00 | $585.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 03/31/2026
**Invoice #:** 18900
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 04/07/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|------|------|---------|-------|------|--------|
| 03/02/2026 | KM | L140-Document/File Management<br>save to file received documents from investigative services | 0.30 | $125.00 | $37.50 |
| 03/02/2026 | SCC | B110-B110-Case Administration<br>Review and analysis asset search results for guarantor and Paracha Brothers and develop settlement strategy associated with same. | 1.00 | $450.00 | $450.00 |
| 03/03/2026 | SCC | A104-Review/Analyze L120-Analysis/Strategy<br>Review and analyze and evaluate settlement scenarios in light of the results of asset search; continued discussions with opposing counsel regarding his clients available assets and ability to leverage same. | 0.90 | $450.00 | $405.00 |
| 03/03/2026 | SCC | A104-Review/Analyze L120-Analysis/Strategy<br>Review and analysis of results of asset search on personal guarantor and Paracha Brothers the business. | 0.80 | $450.00 | $360.00 |
| 03/09/2026 | KM | L140-Document/File Management | 0.20 | $125.00 | $25.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | review and save email communication re counter/monies. | | | |
| 03/09/2026 | SCC | A106-Communicate (with client) B110-B110-Case Administration<br>Communicate with client via email regarding proposed settlement scenarios. | 0.10 | $450.00 | $45.00 |
| 03/09/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with opposing counsel via email and phone conference on draft email from counsel to court and this firm asking that we consent to release of client funds held by court. | 0.30 | $450.00 | $135.00 |
| 03/12/2026 | SCC | A107-Communicate (opponents/other outside counsel) B110-B110-Case Administration<br>Communicate with opposing counsel via emails and phone conference on settlement scenarios, judgment and/or proceeding with trial; evaluate settlement scenarios over extended repayment plans. | 1.10 | $450.00 | $495.00 |
| 03/20/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with client via email regarding settlement scenarios. | 0.10 | $450.00 | $45.00 |
| 03/25/2026 | SCC | A106-Communicate (with client) B110-B110-Case Administration<br>Communicate with client via email and phone conference regarding settlement options; phone conference with opposing counsel regarding same. | 0.70 | $450.00 | $315.00 |
| 03/26/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with opposing counsel via email and phone conference on potential settlement. | 0.30 | $450.00 | $135.00 |
| 03/29/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with client via email regarding their internal evaluation of potential settlement scenarios. | 0.10 | $450.00 | $45.00 |
| 03/30/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with clients via email exchanges and phone conferences on potential settlement options; communicate with bankruptcy counsel on structure of settlement. | 0.80 | $450.00 | $360.00 |
| 03/30/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with opposing counsel via email exchange and phone conferences regarding trial, trial submissions, and settlement scenarios. | 0.80 | $450.00 | $360.00 |
| 03/31/2026 | KM | A110-Manage Data/Files/Documentation L140-Document/File Management<br>review counsel emails and save to file re our settlement offer | 0.10 | $125.00 | $12.50 |

| 03/31/2026 | SCC | A107-Communicate (opponents/other outside counsel) B110-B110-Case Administration Communicate with counsel for tenant via email exchanges and multiple phone conversations regarding settlement in advance of 4/6 trial. | 0.70 | $450.00 | $315.00 |
| 03/31/2026 | SCC | A106-Communicate (with client) B110-B110-Case Administration Communicate with clients via email exchanges regarding settlement demands and counter proposals from tenant; evaluate a variety of settlement scenarios that would fit within bankruptcy framework. | 1.00 | $450.00 | $450.00 |
| 03/31/2026 | SCC | A104-Review/Analyze L120-Analysis/Strategy Review and analysis of issues surrounding monies held by Court and past court order to return same to former tenants; communicate with the court and opposing counsel regarding resolution of same; review prior orders. | 0.90 | $450.00 | $405.00 |

**For professional services rendered** **10.20** **$4,395.00**

**Invoice Amount** **$4,395.00**

**Remaining Balance** **$4,395.00**

**Retainer Balance (as of 04/07/2026)** **$0.00**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Klaudia Maslowska | 0.60 | $125.00 | $75.00 |
| Sean Callahan | 9.60 | $450.00 | $4,320.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 03/31/2026
**Invoice #:** 18901
**Matter:** Prologis – 400 Expansion
**File #:** 3655

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 04/07/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/2026 | CJW | Review Savannah lease re: renewal opinion; emails to/from client team and restructuring consultant re: same. | 1.00 | $450.00 | $450.00 |
| | | **For professional services rendered** | **1.00** | | **$450.00** |
| | | **Invoice Amount** | | | **$450.00** |
| | | **Remaining Balance** | | | **$450.00** |
| | | **Previous Invoices Balance** | | | |
| | | **Balance Due** | | | |

**Retainer Balance (as of 04/07/2026)**          **$0.00**

| Name | Time Spent | Rate | Amount |
|------|-----------|------|--------|
| Charles Wilkes | 1.00 | $450.00 | $450.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 03/31/2026
**Invoice #:** 18902
**Matter:** US One Trucking Inc.
**File #:** 3711

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 04/07/2026 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy Communicate with opposing via email and phone conference regarding confirmation of deposition dates and deponents. | 0.40 | $450.00 | $180.00 |
| 03/12/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy Communicate with opposing counsel regarding case eligibility and/or timing of court ordered arbitration. | 0.40 | $450.00 | $180.00 |
| 03/17/2026 | SCC | A103-Draft/Revise B110-B110-Case Administration Draft and revise deposition notices for Defendants. | 0.50 | $450.00 | $225.00 |
| 03/23/2026 | MIL | Reviewed newly filed documents from eCourts, saved to appropriate matter files, and calendared relevant deadlines for attorney review. | 0.40 | $250.00 | $100.00 |
| 03/24/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy Communicate with opposing counsel via email and | 0.40 | $450.00 | $180.00 |

phone conference on deposition scheduling.

| Date | | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/25/2026 | KM | A110-Manage Data/Files/Documentation L140-Document/File Management<br>review counsel emails, save to file and note in internal systems potential dates for depositions. | | 0.20 | $125.00 | $25.00 |
| 03/25/2026 | KM | A110-Manage Data/Files/Documentation L230-Court Mandated Conferences<br>review docket, download, calendar and save to file court's notice on arbitration date | | 0.20 | $125.00 | $25.00 |
| 03/25/2026 | SCC | A107-Communicate (opponents/other outside counsel) B110-B110-Case Administration<br>Communications with client and opposing counsel separately via multiple email exchanges regarding deposition adjournment and rescheduling and proper deponents. | | 0.30 | $450.00 | $135.00 |
| 03/31/2026 | SCC | A107-Communicate (opponents/other outside counsel) B110-B110-Case Administration<br>Communicate with opposing counsel via email and phone conference regarding foregoing litigation activity and engaging in settlement discussions. | | 0.40 | $450.00 | $180.00 |
| 03/31/2026 | SCC | A104-Review/Analyze B110-B110-Case Administration<br>Review and analysis of pleadings and exchanged discovery to develop settlement valuation. | | 1.50 | $450.00 | $675.00 |

|  |  |  |
|---|---|---|
| **For professional services rendered** | **4.70** | **$1,905.00** |

|  |  |
|---|---|
| **Invoice Amount** | **$1,905.00** |

|  |  |
|---|---|
| **Remaining Balance** | **$1,905.00** |

|  |  |
|---|---|
| **Retainer Balance (as of 04/07/2026)** | **$0.00** |

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Klaudia Maslowska | 0.40 | $125.00 | $50.00 |
| Mia Lobozzo | 0.40 | $250.00 | $100.00 |
| Sean Callahan | 3.90 | $450.00 | $1,755.00 |