<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**SAUL EWING LLP**
Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
            turner.falk@saul.com
            maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

</td><td>

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**Re: Doc. No. 248**

</td></tr>
<tr><td colspan="2">

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                                    Debtors.[1]

</td></tr>
</table>

**CERTIFICATION OF COUNSEL SUBMITTING REVISED PROPOSED ORDER
GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO
PERSONAL INJURY CLAIMS ASSERTED BY ANDY M. CASTILLO, JULIO ANDRES
<u>MATOS ANGOMAS, AND KRISTAL MARIE SOTO</u>**

The undersigned counsel to the above-captioned debtors and debtors in possession

(collectively, the "**Debtors**") hereby certifies that:

1.      On or about April 17, 2026, counsel for Andy M. Castillo, Julio Andres Matos

Angomas, and Kristal Marie Soto (the "**Movants**") filed the *Memorandum of Law in Support of*

*Motion for Entry of an Order Granting Relief from Automatic Stay to Pursue Insurance Proceeds*

---

[1]     The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal &
Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge
Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).
The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11
Cases is 13 Manor Road, East Rutherford, NJ 07073.

57724647.2

*Only* [Docket No. 248] (the "**Motion**") with the Court.

2.      Pursuant to the notice of the Motion [D.I. 248], objections to the Motion were to be filed by May 5, 2026 (the "**Objection Deadline**").

3.      Prior to the Objection Deadline, the Movants received informal comments to the Motion from the Debtors, which requested that certain changes be made to the original proposed order.

4.      Attached hereto as **Exhibit "A"** is a revised proposed order that incorporates the agreed changes (the "**Revised Proposed Order**").

5.      Counsel to the Debtors has confirmed that the Revised Proposed Order is acceptable to counsel to the Movants and may be submitted to the Court for entry.

Dated: May 6, 2026                          **SAUL EWING LLP**


By:*/s/ Stephen B. Ravin*
        Stephen B. Ravin, Esquire
        Turner N. Falk, Esquire
        One Riverfront Plaza
        1037 Raymond Blvd., Suite 1520
        Newark, NJ 07102-5426
        Telephone: (973) 286-6714
        E-mail:stephen.ravin@saul.com
                turner.falk@saul.com

        -and-

        Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
        1735 Market Street, Suite 3400
        Philadelphia, PA 19103-7504
        E-mail: maxwell.hanamirian@saul.com

        *Counsel for Debtors and Debtors in Possession*

57724647.2