*Scott D. Sherman, Esq.*
**MINION & SHERMAN**
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com
Attorneys for Creditor Coastal Industrial Equipment, LLC
-----------------------------------------------------------------------------------------------------------------

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

PORT ELIZABETH TERMINAL &
WAREHOUSE CORP.,

        Debtors, **

Chapter 11

Case #25-22123-JKS

(Jointly Administered)

**WITHDRAWAL OF DOCUMENT**

**\*\*Motion related to P. Judge & Sons Trucking, LLC
Case#25-22131**

**Returnable:  5/19/2026 @10:00 a.m.**

**WITHDRAWAL OF DOCUMENT**

1. I, Scott D. Sherman, am an attorney at law in the State of New Jersey and I am the attorney for Creditor Coastal Industrial Equipment, LLC in the above case.

2. We hereby withdraw, without prejudice, the Motion for Relief from Stay filed with the court on 3/20/2026 (Document #211 on case docket).

Dated: 5/14/2026

MINION & SHERMAN
*/S/ Scott D. Sherman, ESQ.*
-----------------------------------
SCOTT D. SHERMAN, ESQ.
Attorney for the Debtor(s)