# EXHIBIT A

**Retention Order**

57911445.2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
  turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

| | |
|---|---|
| In Re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., et al.<br><br>Debtors. | Case No.: _25-22123(JKS)_<br><br>Chapter: _11_<br><br>Judge: _John K. Sherwood_ |

Order Filed on December 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER AUTHORIZING RETENTION OF**

SAUL EWING LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF NOVEMBER 14, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: December 9, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ____Saul Ewing LLP____

as ____counsel to the Debtors____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

         The professional's address is:    One Riverfront Plaza

                                            1037 Raymond Blvd., Suite 1520

                                            Newark, NJ 07102-5425

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper
         application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

         ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

         ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
         13 case. Payment to the professional may only be made after satisfactory completion of
         services.

4.      The effective date of retention is November 14, 2025.

*rev.8/1/15*