## EXHIBIT B

**Declaration of Nicholas Jalowski**

57910872.1