## EXHIBIT C

## Detail Time Entries by Category

57910872.1



# Cambridge
### Financial Services

April 30, 2026

The Judge Organization DIP
13 Manor Road                                    Invoice #   23667
East Rutherford, NJ 07073

FOR CONSULTING SERVICES DURING THE PERIOD:   4/1/2026  TO   4/30/2026

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Conference call w/ Saul Ewing RE: LOI ECW Due Diligence list Vendor payments 3/1-3/31 First Business Purchases 3/30-3/31 | 1.70 400.00/hr | 680.00 |
| | JC | UCC Credit Committee- March Cash Flow variance report | 1.10 400.00/hr | 440.00 |
| | JC | UST Reports Meetings- Vendor Payments March 3/1-3/31 | 1.40 400.00/hr | 560.00 |
| 4/2/2026 | NBJ | FINANCING & CASH COLLATERAL: prep for bank call/ conference w/First Business (1.2) BUSINESS OPERATIONS: review correspondences on LOI/ analyze waterfall/ discuss structure/ draft responses | 1.40 500.00/hr | 700.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule First Business > 90 days pre-petition Landlord Leases Post petition reconciliation Prologis/Seagis/RREEF/F Greek Zoom Meeting update w/ Bill Elliott-1st Business | 2.30 400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March | 1.30 400.00/hr | 520.00 |
| | JC | UST Reports Meetings- Vendor Payments March 3/1-3/31 Professional Fee's approvals | 1.60 400.00/hr | 640.00 |
| 4/3/2026 | JC | Business Operations- Vendor Payments March 3/1-3/31 Cash Flow Forecast thru 3/31 Payroll/Vendor Payments/ 1st Business purchases/ Reserve releases Critical Vendor Payments | 2.30 400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March | 0.90 400.00/hr | 360.00 |
| | JC | UST- General Ledger-Vendor Payments March | 0.80 400.00/hr | 320.00 |
| 4/6/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Cash Flow Forecast -5/4/26 Actual thru 4/28 Critical Vendor payments-AP Pre-Post Petition AP landlords- reconciliation Critical Vendor Payments | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March | 0.60 400.00/hr | 240.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments March | 1.30 400.00/hr | 520.00 |
| 4/7/2026 | NBJ | BUSINESS OPERATIONS: review correspondences on LOI/ conference w/attorneys/accountants/client on 363 sale procedures/ review Elite LOI /conference on same | 2.40 500.00/hr | 1,200.00 |

# Cambridge
### Financial Services

The Judge Organization DIP

Page    2

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Review LOI Elite Warehouse and Distributor | 1.80 400.00/hr | 720.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March Updated cash Flow | 1.40 400.00/hr | 560.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments March | 0.90 400.00/hr | 360.00 |
| 4/8/2026 | NBJ | BUSINESS OPERATIONS: conference w/attorney on LOI/ review Elite LOI | 1.20 500.00/hr | 600.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Conference Call Owners -LOI Elite Complete landlord Leases Pre-Post | 2.60 400.00/hr | 1,040.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March Updated cash Flow | 0.60 400.00/hr | 240.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments March | 0.40 400.00/hr | 160.00 |
| 4/9/2026 | NBJ | FEE APPLICATION: conference w/attorney on reformatting/ conference w/OA on changes/ review changes / submit to attorney | 0.90 500.00/hr | 450.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call w/ Saul Ewing-LOI's Status Zoom call w/ ECW- detail re: LOI and path forward Key areas to complete/ timing/ due diligence-priorities | 2.80 400.00/hr | 1,120.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March Updated cash Flow | 0.90 400.00/hr | 360.00 |
| 4/10/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Critical Vendor Payments- Reliance Insurance Review adjusted ECW LOI re: 5-3% Discuss staking horse designation Verify Reserve withdrawals-1st Business | 3.50 400.00/hr | 1,400.00 |
| | JC | UCC Credit Committee- finalize Cash Flow variance report | 0.60 400.00/hr | 240.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments March | 0.70 400.00/hr | 280.00 |
| 4/13/2026 | NBJ | BUSINESS OPERATIONS: conference call on sale of business update | 0.50 500.00/hr | 250.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule UP Date cash Flow Forecast Actual- 4/10 Validate Payroll/OO payments | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Update current status of Sale process Current LOI' / Projected next steps outstanding due diligence items | 1.80 400.00/hr | 720.00 |
| 4/14/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule ECW request access to Constellation and IP for contract extensions and modifications Cure amounts for equipment leases and rentals and Landlord leases | 3.10 400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee- Update current status of Sale process Current LOI' / Projected next steps outstanding due diligence items | 1.30 400.00/hr | 520.00 |

# Cambridge
## Financial Services

The Judge Organization DIP

Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/15/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Review finalized LOI from ECW for signature 1st Business credit limits- over 90 pre-petition | 2.30 400.00/hr | 920.00 |
| | JC | UST Reports Meetings- review and Forward March month vendor report | 0.60 400.00/hr | 240.00 |
| | JC | UCC Credit Committee- review request for professional fee payments applications 2 &3 | 0.80 400.00/hr | 320.00 |
| 4/17/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule East Coast Warehouse Due Diligence List Quality of Earnings 4/17 1st Business Purchases | 1.60 400.00/hr | 640.00 |
| | JC | UCC Credit Committee- April 1-15 Cash Flow variance report | 0.90 400.00/hr | 360.00 |
| | JC | UST Reports Meetings- Vendor Payments March 3/1-3/31 MOR data requests | 1.30 400.00/hr | 520.00 |
| 4/20/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call with East Coast re: due diligence Forensic Accounting Firm Variance report : UCC Vendor Payments 4/1-4/18 Updated forecast thru 7/04 | 2.60 400.00/hr | 1,040.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March | 0.60 400.00/hr | 240.00 |
| | JC | UST Reports Meetings- Professional Fee's approvals | 0.80 400.00/hr | 320.00 |
| | JC | Business Operations- Vendor Payments March 3/1-3/31 Cash Flow Forecast  thru 7/04 Payroll/Vendor Payments/ 1st Business purchases/ Reserve releases Critical Vendor Payments | 2.80 400.00/hr | 1,120.00 |
| | NBJ | FEE APPLICATION: review application/ reformat for attorney/ calculate adjustments per professional ( | 2.00 500.00/hr | 1,000.00 |
| 4/21/2026 | NBJ | BUSINESS OPERATIONS: conference call business update/conference w/attorneys on due diligence | 1.40 500.00/hr | 700.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments March- April | 0.80 400.00/hr | 320.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March | 1.80 400.00/hr | 720.00 |
| 4/22/2026 | NBJ | FEE APPLICATION: review fee applications/ draft responses to questions from legal/ conference on payments being made/ correct math | 1.00 500.00/hr | 500.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Professional Fee schedule : 4th application Critical Vendor payments-AP Savannah vendors : Coastal/ Wells Fargo Copiers Milestone; Trend InterModal Chassis Critical Vendor Payments; 4/17 | 2.90 400.00/hr | 1,160.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March | 0.90 400.00/hr | 360.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments March Validate  MOR submittal | 1.40 400.00/hr | 560.00 |

# Cambridge
## Financial Services

The Judge Organization DIP

Page    4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule East Coast and Elite LOI's Proposed East Coast APA Education Consent Forms Compensation Packages : key Managers Payroll/O/O expenses for the week: cash availability First Business Funding | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Updated cash Flow | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments April Month to date | 0.60 400.00/hr | 240.00 |
| 4/24/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Warehouse Leases: Orignal and Amendments Due Diligence Requests/ NA; KPI's/IP Communication -Contracts 2017: Finalize current compensation : Base ++++ First Business Purchases | 2.80 400.00/hr | 1,120.00 |
| | JC | UCC Credit Committee- Updated cash Flow | 0.90 400.00/hr | 360.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments thru 4/24 | 0.70 400.00/hr | 280.00 |
| 4/27/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call w/ Saul Ewing-LOI's Status ECW- detail re: LOI and path forward Key areas to complete/ timing/ due diligence-priorities Trend Logistics LOI Elite LOI Issues Secured debt/ Cure's Confirm cash receipts-Payment schedule Initial submittal Cure List | 3.00 400.00/hr | 1,200.00 |
| | JC | UCC Credit Committee- Cure List : Vendors Updated cash Flow | 0.80 400.00/hr | 320.00 |
| 4/28/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Employment Contracts: Key Management Education Consent Forms Schedule Zoom call w/ECW Thursday APA/ issues-conflicts Review/Update Cure schedule : Variances Due Diligence Confidential Information requests Plante Moran/ECW data requests | 3.90 400.00/hr | 1,560.00 |
| | JC | UCC Credit Committee- Updated cash Flow -7/04 | 0.60 400.00/hr | 240.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments March Professional Fees 4th Application/ 1st Interim Payment | 0.90 400.00/hr | 360.00 |
| 4/29/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Verify/Submit current Employment data Discuss conflicts customer data requests Plante Moran/ECW data requests Review outstanding issues | 2.60 400.00/hr | 1,040.00 |
| | JC | UCC Credit Committee- Update current status of Sale process Current LOI' / Projected next steps outstanding due diligence items | 1.40 400.00/hr | 560.00 |
| 4/30/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Cure Schedule; Current Leases/Rentals/Landlords Zoom calls w/ | 4.20 400.00/hr | 1,680.00 |

The Judge Organization DIP

Page 5

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Ownership/Legal; Prep later Zoom call with ECWZoom Call with ECW/ UCC/Judge Management and Legal ECW request access to Constellation and IP for contract extensions and modifications Cure amounts for equipment leases and rentals and Landlord leases | | |
| 4/30/2026 JC | UCC Credit Committee- Update current status of Sale process Current LOI' / Projected next steps outstanding due diligence items Due Diligence Update; Alternative data room-Issues with ECW APA; Financial/Legal/ Data requests Contingencies re: APA | 1.10 400.00/hr | 440.00 |
| | For professional services rendered | 102.10 | $41,920.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512 -9200 * Fax (732) 512 - 9300 * www.cambridgefinancialcorp.com

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Case Administration - **NBJ** | 0 | |
| | Case Administration - **JC** | 0 | $0 |
| 2. | Financing and Cash Flow - **NBJ** | 1.40 | $700 |
| | Financing and Cash Flow – **JC** | 0 | $0 |
| 3. | Business Operations - **NBJ** | 5.50 | $2,750 |
| | Business Operations - **JC** | 56 | $22,400 |
| 4. | Fee Application - **NBJ** | 3.90 | $1,950 |
| | Fee Application – **JC** | 0 | $0 |
| 5. | Creditors Inquires - **NBJ** | 0 | $0 |
| | Creditors Inquires – **JC** | 0 | $0 |
| 6. | UST Reports Meetings – **NBJ** | 0 | $0 |
| | UST Reports Meetings - **JC** | 14.20 | $5,680 |
| 7. | Litigation - **NBJ** | 0 | $0 |
| | Litigation - **JC** | 0 | $0 |
| 8. | Statements & Schedules - **NBJ** | 0 | $0 |
| | Statements & Schedules - **JC** | 0 | $0 |
| 9. | Credit Committee Administration - **NBJ** | 0 | $0 |
| | Credit Committee Administration - **JC** | 21.10 | $8,440 |
| 10. | Mileage - **NBJ** | 0 | $0 |
| | Mileage - **JC** | 0 | $0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **Total:** | | |
| | | **Grand Total** | $41,920.00 |
| | | **80% of Total Compensation** | $33,536.00 |
| | | | |

**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512 -9200 * Fax (732) 512 - 9300 * www.cambridgefinancialcorp.com