## EXHIBIT C

## Detail Time Entries by Category

57927362.1

**forv/s mazars**

| | | |
|---|---|---|
| Judge Organization, LLC et. al | Date: | 5/14/2026 |
| 13 Manor Road | Page: | 1 |
| East Rutherford NJ 07073 | Client No: | 2621202 |
| Attn: Richard Brogan | Invoice No: | 2926634 |

| | |
|---|---:|
| For professional services rendered April 1st to April 30th | 7,020.56 |
| • Amex Shipping Agent | |
| For professional services rendered April 1st to April 30th | 4,443.60 |
| • Judge Organization, LLC | |
| For professional services rendered April 1st to April 30th | 12,482.98 |
| • Judge Warehousing, LLC | |
| For professional services rendered April 1st to April 30th | 23,756.51 |
| • P. Judge & Sons, Inc. | |
| For professional services rendered April 1st to April 30th | 23,101.42 |
| • Port Elizabeth Terminal & Warehouse Corp | |
| For professional services rendered April 1st to April 30th | 12,247.04 |
| • P. Judge and Sons Trucking, LLC | |
| >> Fees related to dataroom access April 2026 | 500.00 |
| Invoice Total | $ 83,552.11 |

Invoices are due upon receipt and assessed a finance charge after 32 days past due unless detailed in engagement letter.
Payment options are included below. Please reference the client and invoice number with your payment.

**Through Client Payment Portal at:**
https://www.e-billexpress.com/ebpp/ForvisMazars/Login/Index

**Forvis Mazars LLP**
**By ACH or WIRE to either account:**
Bank: Wells Fargo ABA: 121000248
Account: 2000019793733
**OR**
Bank: Wells Fargo ABA: 121000248
Account: 4556643740

By mail to either of the following addresses:
Forvis Mazars LLP
PO Box 602828
Charlotte, NC 28260-2828
**OR**
Forvis Mazars LLP
PO Box 200870
Dallas, TX 75320-0870

**Apr-26**
**Summary of Fees - By Entity and Category**

| Client Name | Category | Staff Name | Data Sum of Hours | Sum of Total |
|---|---|---|---|---|
| Amex Shipping Agent, Inc. | Asset Disposition | Cordero, Sofia | 1.50 | 1,236.38 |
| | | Unkles, Edward | 0.50 | 244.13 |
| | Asset Disposition Total | | 2.00 | 1,480.50 |
| | Business Operations | Angel, Juan | 1.25 | 144.38 |
| | | ANTHONY, NEKESHA | 0.25 | 107.63 |
| | | Celis, Hilary | 0.25 | 84.00 |
| | | Cordero, Sofia | 1.75 | 1,442.44 |
| | | Hamernik, Kevin J | 0.25 | 182.44 |
| | | Lendrum, Andrew | 0.25 | 150.94 |
| | Business Operations Total | | 4.00 | 2,111.81 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 0.50 | 244.13 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.50 | 244.13 |
| | UST Reports & Meetings | Angel, Juan | 0.25 | 28.88 |
| | | Cordero, Sofia | 0.50 | 412.13 |
| | | Hamernik, Kevin J | 1.25 | 912.19 |
| | | Unkles, Edward | 3.75 | 1,830.94 |
| | UST Reports & Meetings Total | | 5.75 | 3,184.13 |
| Amex Shipping Agent, Inc. Total | | | 12.25 | 7,020.56 |
| Judge Organization, LLC | Asset Disposition | Unkles, Edward | 1.50 | 732.38 |
| | Asset Disposition Total | | 1.50 | 732.38 |
| | Business Operations | Angel, Juan | 1.75 | 202.13 |
| | | Celis, Hilary | 1.50 | 504.00 |
| | | Hartwig, Megan K | 0.20 | 69.30 |
| | | Unkles, Edward | 2.75 | 1,342.69 |
| | Business Operations Total | | 6.20 | 2,118.11 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.25 | 182.44 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.25 | 182.44 |
| | UST Reports & Meetings | Angel, Juan | 0.25 | 28.88 |
| | | Hamernik, Kevin J | 0.75 | 547.31 |
| | | Mejia, Antonio | 0.25 | 28.88 |
| | | Unkles, Edward | 1.65 | 805.61 |
| | UST Reports & Meetings Total | | 2.90 | 1,410.68 |
| Judge Organization, LLC Total | | | 10.85 | 4,443.60 |
| Judge Warehousing, LLC | Asset Disposition | Cordero, Sofia | 2.00 | 1,648.50 |
| | | Unkles, Edward | 1.50 | 732.38 |
| | Asset Disposition Total | | 3.50 | 2,380.88 |
| | Business Operations | Angel, Juan | 2.00 | 231.00 |
| | | ANTHONY, NEKESHA | 0.25 | 107.63 |
| | | Celis, Hilary | 2.00 | 672.00 |
| | | Cordero, Sofia | 2.50 | 2,060.63 |
| | | Hamernik, Kevin J | 1.50 | 1,094.63 |
| | | Hartwig, Megan K | 0.25 | 86.63 |
| | Business Operations Total | | 8.50 | 4,252.50 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 1.13 | 824.62 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.13 | 824.62 |
| | UST Reports & Meetings | Angel, Juan | 0.25 | 28.88 |
| | | Cordero, Sofia | 0.25 | 206.06 |
| | | Hamernik, Kevin J | 0.81 | 591.10 |
| | | Unkles, Edward | 8.60 | 4,198.95 |
| | UST Reports & Meetings Total | | 9.91 | 5,024.99 |
| Judge Warehousing, LLC  Total | | | 23.04 | 12,482.98 |
| P. Judge & Sons, Inc. | Asset Disposition | Cordero, Sofia | 2.00 | 1,648.50 |
| | | Unkles, Edward | 1.00 | 488.25 |
| | Asset Disposition Total | | 3.00 | 2,136.75 |
| | Business Operations | Angel, Juan | 5.75 | 664.13 |
| | | Celis, Hilary | 3.75 | 1,260.00 |
| | | Cordero, Sofia | 4.25 | 3,503.06 |
| | | Hamernik, Kevin J | 1.00 | 729.75 |
| | | Mejia, Antonio | 49.12 | 5,673.36 |
| | | Nava, Edgar | 5.25 | 606.38 |
| | | Unkles, Edward | 0.50 | 244.13 |
| | Business Operations Total | | 69.62 | 12,680.80 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.63 | 459.74 |
| | | Unkles, Edward | 1.00 | 488.25 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.63 | 947.99 |
| | UST Reports & Meetings | Angel, Juan | 0.25 | 28.88 |
| | | Celis, Hilary | 0.25 | 84.00 |
| | | Cordero, Sofia | 0.75 | 618.19 |
| | | Hamernik, Kevin J | 4.31 | 3,145.22 |
| | | Mejia, Antonio | 0.75 | 86.63 |
| | | Unkles, Edward | 8.25 | 4,028.06 |
| | UST Reports & Meetings Total | | 14.56 | 7,990.97 |
| P. Judge & Sons, Inc. Total | | | 88.81 | 23,756.51 |
| P. Judge and Sons Trucking, LLC | Asset Disposition | Cordero, Sofia | 2.00 | 1,648.50 |
| | | Unkles, Edward | 1.00 | 488.25 |
| | Asset Disposition Total | | 3.00 | 2,136.75 |
| | Business Operations | Angel, Juan | 2.50 | 288.75 |

**Apr-26**
**Summary of Fees - By Entity and Category**

| Client Name | Category | Staff Name | Sum of Hours | Sum of Total |
|---|---|---|---|---|
| | | | Data | |
| P. Judge and Sons Trucking, LLC | Business Operations | ANTHONY, NEKESHA | 0.25 | 107.63 |
| | | Celis, Hilary | 2.00 | 672.00 |
| | | Cordero, Sofia | 2.50 | 2,060.63 |
| | | Hamernik, Kevin J | 0.75 | 547.31 |
| | | Lendrum, Andrew | 0.25 | 150.94 |
| | | Unkles, Edward | 0.75 | 366.19 |
| | Business Operations Total | | 9.00 | 4,193.44 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.61 | 445.15 |
| | | Unkles, Edward | 2.00 | 976.50 |
| | Fee/Employment Applications (Other Professionals) Total | | 2.61 | 1,421.65 |
| | UST Reports & Meetings | Angel, Juan | 0.25 | 28.88 |
| | | Cordero, Sofia | 0.25 | 206.06 |
| | | Hamernik, Kevin J | 0.82 | 598.40 |
| | | Unkles, Edward | 7.50 | 3,661.88 |
| | UST Reports & Meetings Total | | 8.82 | 4,495.21 |
| **P. Judge and Sons Trucking, LLC  Total** | | | **23.43** | **12,247.04** |
| Port Elizabeth Terminal and Warehouse Corp | Asset Disposition | Cordero, Sofia | 2.00 | 1,648.50 |
| | | Unkles, Edward | 1.50 | 732.38 |
| | Asset Disposition Total | | 3.50 | 2,380.88 |
| | Business Operations | Angel, Juan | 2.25 | 259.88 |
| | | ANTHONY, NEKESHA | 0.50 | 215.25 |
| | | Celis, Hilary | 3.50 | 1,176.00 |
| | | Cordero, Sofia | 3.25 | 2,678.81 |
| | | Hamernik, Kevin J | 3.25 | 2,371.69 |
| | | Lendrum, Andrew | 0.25 | 150.94 |
| | | Mejia, Antonio | 5.13 | 592.52 |
| | | Unkles, Edward | 1.00 | 488.25 |
| | Business Operations Total | | 19.13 | 7,933.33 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.63 | 459.74 |
| | | Unkles, Edward | 0.50 | 244.13 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.13 | 703.87 |
| | UST Reports & Meetings | Angel, Juan | 0.25 | 28.88 |
| | | Celis, Hilary | 0.25 | 84.00 |
| | | Cordero, Sofia | 0.75 | 618.19 |
| | | Hamernik, Kevin J | 4.31 | 3,145.22 |
| | | Mejia, Antonio | 0.25 | 28.88 |
| | | Unkles, Edward | 16.75 | 8,178.19 |
| | UST Reports & Meetings Total | | 22.56 | 12,083.35 |
| **Port Elizabeth Terminal and Warehouse Corp  Total** | | | **46.32** | **23,101.42** |
| **Grand Total** | | | **204.70** | **83,052.11** |

>>Fees related to dataroom access April 2026     500.00

**83,552.11**

**Apr-26**
**Summary of Fees - By Category**

| Category | Staff Name | Data | |
|---|---|---|---|
| | | Sum of Hours | Sum of Total |
| Asset Disposition | Cordero, Sofia | 9.50 | 7,830.38 |
| | Unkles, Edward | 7.00 | 3,417.75 |
| Asset Disposition Total | | 16.50 | 11,248.13 |
| Business Operations | Angel, Juan | 15.50 | 1,790.25 |
| | ANTHONY, NEKESHA | 1.25 | 538.13 |
| | Celis, Hilary | 13.00 | 4,368.00 |
| | Cordero, Sofia | 14.25 | 11,745.56 |
| | Hamernik, Kevin J | 6.75 | 4,925.81 |
| | Hartwig, Megan K | 0.45 | 155.93 |
| | Lendrum, Andrew | 0.75 | 452.81 |
| | Mejia, Antonio | 54.25 | 6,265.88 |
| | Nava, Edgar | 5.25 | 606.38 |
| | Unkles, Edward | 5.00 | 2,441.25 |
| Business Operations Total | | 116.45 | 33,289.99 |
| Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 3.25 | 2,371.69 |
| | Unkles, Edward | 4.00 | 1,953.00 |
| Fee/Employment Applications (Other Professionals) Total | | 7.25 | 4,324.69 |
| UST Reports & Meetings | Angel, Juan | 1.50 | 173.25 |
| | Celis, Hilary | 0.50 | 168.00 |
| | Cordero, Sofia | 2.50 | 2,060.63 |
| | Hamernik, Kevin J | 12.25 | 8,939.44 |
| | Mejia, Antonio | 1.25 | 144.38 |
| | Unkles, Edward | 46.50 | 22,703.63 |
| UST Reports & Meetings Total | | 64.50 | 34,189.31 |
| **Grand Total** | | **204.70** | **83,052.11** |

>>Fees related to dataroom access April 2026                    500.00

                                    **83,552.11**

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.03 AR Hide info | 4/1/26 | 0.25 | 22.31 | 89.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | call with counsel and the rest of the team for updates | 4/1/26 | 0.25 | 206.06 | 824.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 4/1/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Organization, LLC | Business Operations | Judge | Weekly call w counsel and FA | 4/1/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 4/1/26 | 2.00 | 976.50 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 4/1/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 4/1/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Organization, LLC | UST Reports & Meetings | Judge | Prepare Feb MORs for 6 entities | 4/1/26 | 1.00 | 488.25 | 488.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | R/r IOI forwarded from Sofia; consult MOR tabs for debt and consideration of waterfall relative to purchase price. Standing weekly call (1.0)'; focus discussion on LOI rec'd. Continued work on final MOR review; comments to Ed and Sofia. | 4/1/26 | 1.50 | 1094.63 | 729.75 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | R/r IOI forwarded from Sofia; consult MOR tabs for debt and consideration of waterfall relative to purchase price. Standing weekly call (1.0)'; focus discussion on LOI rec'd. Continued work on final MOR review; comments to Ed and Sofia. | 4/1/26 | 1.50 | 1094.63 | 729.75 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | UST Reports & Meetings | R/r IOI forwarded from Sofia; consult MOR tabs for debt and consideration of waterfall relative to purchase price. Standing weekly call (1.0)'; focus discussion on LOI rec'd. Continued work on final MOR review; comments to Ed and Sofia. | 4/1/26 | 0.50 | 364.88 | 729.75 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.03 AR Hide Info PJS. Truckng | 4/1/26 | 0.25 | 22.31 | 89.25 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.03 AR Hide info Ware | 4/1/26 | 0.25 | 22.31 | 89.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | call with counsel and the rest of the team for updates - Judge Trucking | 4/1/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | call with counsel and the rest of the team for updates - Judge Warehousing | 4/1/26 | 0.25 | 206.06 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.03 I reviewed the AR agings for the MORs | 4/1/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.03 AR Hide info | 4/1/26 | 0.25 | 22.31 | 89.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | call with counsel and the rest of the team for updates | 4/1/26 | 0.25 | 206.06 | 824.25 |
| Angel, Juan | Port Elizabeth Terminal and Warehouse Corp | Business Operations | 26.03 AR Hide info PET | 4/1/26 | 0.50 | 44.63 | 89.25 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Business Operations | call with counsel and the rest of the team for updates | 4/1/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | UST Reports & Meetings | MOR questions with team | 4/2/26 | 0.25 | 206.06 | 824.25 |
| Lendrum, Andrew | Port Elizabeth Terminal and Warehouse Corp | Business Operations | E-mails and review and revise Form 2848. | 4/2/26 | 0.25 | 150.94 | 603.75 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge | Final Feb MORs, and supporting files, corrs internally w KH and Sofia and w counsel | 4/2/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Organization, LLC | Asset Disposition | Judge | Deal Room Management | 4/2/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | Final Feb MORs, and supporting files, corrs internally w KH and Sofia and w counsel | 4/2/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | Final Feb MORs, and supporting files, corrs internally w KH and Sofia and w counsel | 4/2/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | Final Feb MORs, and supporting files, corrs internally w KH and Sofia and w counsel | 4/2/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge | Final Feb MORs, and supporting files, corrs internally w KH and Sofia and w counsel | 4/2/26 | 1.00 | 488.25 | 488.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Completed all MOR final reviews | 4/2/26 | 0.81 | 591.10 | 729.75 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | Completed all MOR final reviews | 4/2/26 | 0.81 | 591.10 | 729.75 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | Completed all MOR final reviews | 4/2/26 | 0.81 | 591.10 | 729.75 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Completed all MOR final reviews | 4/2/26 | 0.82 | 598.40 | 729.75 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I helped Ed with bank statements | 4/2/26 | 0.25 | 28.88 | 115.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR questions with team | 4/2/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | MOR questions with team | 4/2/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | refund and POA and correspondence with client | 4/3/26 | 0.50 | 412.13 | 824.25 |
| ANTHONY, NEKESHA | P. Judge and Sons Trucking, LLC | Business Operations | Tax controversy. Preparation of POA. | 4/3/26 | 0.25 | 107.63 | 430.50 |
| Unkles, Edward | Judge Organization, LLC | Asset Disposition | Judge | Deal Room Management | 4/3/26 | 0.50 | 244.13 | 488.25 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.04 Bank Hide information | 4/6/26 | 0.25 | 28.88 | 115.50 |
| ANTHONY, NEKESHA | Judge Warehousing, LLC | Business Operations | Tax controversy. Prepare power of attorney. | 4/6/26 | 0.25 | 107.63 | 430.50 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Business Operations | R/R updated cash flow from Joe; comments back to same. | 4/6/26 | 1.00 | 729.75 | 729.75 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.03 Judge Org Bank, hide information | 4/6/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.03 Bank Hide information (Warehousing) | 4/6/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.04 Hide information (PJT) | 4/6/26 | 0.25 | 28.88 | 115.50 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.03 Gather banks statements & bank regs in one PDF file. Had to unlocked them first and it take quite an amount of time. | 4/6/26 | 3.00 | 346.50 | 115.50 |
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.03 Delete February Adjusting Journal Entries to finish off setting the binder. They were +99 of them, it took quite a while | 4/6/26 | 2.25 | 259.88 | 115.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I explained Edgar how to work on the March binder | 4/6/26 | 0.75 | 86.63 | 115.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I reply Barb;s email | 4/6/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.04 Combine and save PDF Bank Statement | 4/6/26 | 0.50 | 57.75 | 115.50 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.03 Bank hide information | 4/6/26 | 0.50 | 57.75 | 115.50 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | March 2026 Binder Setup | 4/6/26 | 0.50 | 168.00 | 336.00 |
| Angel, Juan | Port Elizabeth Terminal and Warehouse Corp | Business Operations | 26.03 PET Bank hide information | 4/6/26 | 0.50 | 57.75 | 115.50 |
| Celis, Hilary | Port Elizabeth Terminal and Warehouse Corp | Business Operations | March 2026 Binder Setup | 4/6/26 | 0.50 | 168.00 | 336.00 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.03 AR Hide info (4.1.26) | 4/7/26 | (0.25) | -22.31 | 89.25 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.03 AR Hide info (4.1.26) | 4/7/26 | 0.25 | 28.88 | 115.50 |
| ANTHONY, NEKESHA | Amex Shipping Agent, Inc. | Business Operations | Execute Power of Attorney and submit to CAF. | 4/7/26 | 0.25 | 107.63 | 430.50 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge | Deal room management | 4/7/26 | 0.50 | 244.13 | 488.25 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Business Operations | Group call re sell activities and process 1.0 Review of 2025 financials. Forward teaser to PNC | 4/7/26 | 1.50 | 1094.63 | 729.75 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.03 AR Hide Info PJS. Truckng (4.1.26) | 4/7/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.03 AR Hide info Ware (4.1.2026) | 4/7/26 | (0.25) | -22.31 | 89.25 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.03 AR Hide info Ware (4.1.26) | 4/7/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.03 AR Hide Info PJS. Truckng (4.1.26) | 4/7/26 | (0.25) | -22.31 | 89.25 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.03 AR Hide Information (4.1.2026) | 4/7/26 | (0.25) | -22.31 | 89.25 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.03 AR Hide information | 4/7/26 | 0.25 | 28.88 | 115.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | call with counsel and next steps for sale | 4/7/26 | 0.50 | 412.13 | 824.25 |
| Angel, Juan | Port Elizabeth Terminal and Warehouse Corp | Business Operations | 26.03 AR Hide info PET (4.1.26) | 4/7/26 | 0.50 | 57.75 | 115.50 |
| Angel, Juan | Port Elizabeth Terminal and Warehouse Corp | Business Operations | 26.03 AR Hide info PET (4.1.26) | 4/7/26 | (0.50) | -44.63 | 89.25 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Business Operations | call with counsel and next steps with buyer | 4/7/26 | 0.50 | 412.13 | 824.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | Obtaining and filing Feb MORs | 4/8/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge | Deal room management | 4/8/26 | 0.50 | 244.13 | 488.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 25.04 I reviewed the BS that Juan uploaded | 4/8/26 | 0.75 | 86.63 | 115.50 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge | March MOR file set ups | 4/9/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | March MOR bank statements | 4/9/26 | 1.00 | 488.25 | 488.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal and Warehouse Corp | Business Operations | Convo with Bluegrass Alpha Partners | 4/9/26 | 0.50 | 364.88 | 729.75 |
| Unkles, Edward | Judge Organization, LLC | Asset Disposition | Judge | Deal room management | 4/10/26 | 0.50 | 244.13 | 488.25 |
| Hamernik, Kevin J | Judge Organization, LLC | UST Reports & Meetings | Emails and conversations with potential buyers; emails to Woods group re same. Confer with Ed on status of MOR inbound data. | 4/10/26 | 0.75 | 547.31 | 729.75 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Call with Sofia to put together information for potential buyer | 4/10/26 | 0.25 | 84.00 | 336.00 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | closing march | 4/11/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Business Operations | closing for March | 4/11/26 | 0.50 | 412.13 | 824.25 |
| Angel, Juan | Amex Shipping Agent, Inc. | UST Reports & Meetings | 26.03 Save information MORs. | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.03 TB Document and Import | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.03 Operating Statement | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Closing for March | 4/13/26 | 0.25 | 206.06 | 824.25 |
| ANTHONY, NEKESHA | Port Elizabeth Terminal and Warehouse Corp | Business Operations | IRS Call | 4/13/26 | 0.50 | 215.25 | 430.50 |
| Hamernik, Kevin J | Port Elizabeth Terminal and Warehouse Corp | Business Operations | Internal call with legal and advisors and client 0.75 Call with Bluegrass Capital, Turner and MWjr. 0.5 R/R vendor payment file from Joe 0.25 R/review Feb billing detail; approval given 0.5 | 4/13/26 | 2.00 | 1459.50 | 729.75 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge | Deal room management | 4/13/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Business Operations | Judge | Weekly call w Counsel | 4/13/26 | 0.75 | 366.19 | 488.25 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | Business Operations | Judge | Prep bill support | 4/13/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | March MOR PDF set up | 4/13/26 | 0.75 | 366.19 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | March MOR bank statements | 4/13/26 | 1.50 | 732.38 | 488.25 |
| Mejia, Antonio | Judge Organization, LLC | UST Reports & Meetings | 26.04 I made corrections to the BS for the MORs | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.03 TB Document and Import LOG | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.03 TB Document and Import ORG | 4/13/26 | 0.50 | 57.75 | 115.50 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.03 Operating Statement JW | 4/13/26 | 0.50 | 57.75 | 115.50 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.03 Operating Statement TRK | 4/13/26 | 0.50 | 57.75 | 115.50 |
| Angel, Juan | Judge Warehousing, LLC | UST Reports & Meetings | 26.03 Save information MORs. WARE | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Judge Organization, LLC | UST Reports & Meetings | 26.03 Save information MORs. org | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | 26.03 Save information MORs. Trk | 4/13/26 | 0.25 | 28.88 | 115.50 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.03 TB Document and Import WARE | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.03 TB DOCUMENT AND IMPORT TRK | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Closing for March - Judge Warehousing | 4/13/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Judge Trucking - Closing for March | 4/13/26 | 0.25 | 206.06 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.04 I made corrections to the BS for the MORs | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I had a call with Juan | 4/13/26 | 0.75 | 86.63 | 115.50 |
| Angel, Juan | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.03 Save the information MORs | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.03 Operating Statement PJS | 4/13/26 | 0.75 | 86.63 | 115.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Closing for March | 4/13/26 | 0.25 | 206.06 | 824.25 |
| Mejia, Antonio | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | 26.04 I made corrections to the BS for the MORs | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | 26.03 Save information MORs. | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Port Elizabeth Terminal and Warehouse Corp | Business Operations | 26.03 TB Document and Import | 4/13/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Port Elizabeth Terminal and Warehouse Corp | Business Operations | 26.03 Operating Statement | 4/13/26 | 0.75 | 86.63 | 115.50 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Business Operations | Closing for March | 4/13/26 | 0.25 | 206.06 | 824.25 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.03 AR and AP AMEX Hide | 4/14/26 | 0.25 | 28.88 | 115.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | follow ups on refunds and discussion with controversy | 4/14/26 | 0.50 | 412.13 | 824.25 |
| Lendrum, Andrew | P. Judge and Sons Trucking, LLC | Business Operations | E-mails and attempt to pull transcript re refund. | 4/14/26 | 0.25 | 150.94 | 603.75 |
| Hamernik, Kevin J | Judge Organization, LLC | Fee/Employment Applications (Other Professionals) | Emails re fee apps and timing, approval. | 4/14/26 | 0.25 | 182.44 | 729.75 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge | March MOR input | 4/14/26 | 1.00 | 488.25 | 488.25 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.03 PJT HIDE | 4/14/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.03 AP Judge ORG Hide | 4/14/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.03 AR  and AP JUDGE WARE HIDE | 4/14/26 | 0.25 | 28.88 | 115.50 |
| Celis, Hilary | Judge Warehousing, LLC | Business Operations | 2.5 WHS - Debt Analysis for potential buyer<br>2.5 TRK - Debt Analysis for potential buyer | 4/14/26 | 2.00 | 672.00 | 336.00 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I started working on the March closing | 4/14/26 | 5.50 | 635.25 | 115.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.04 Emails with Ed related to the MORs | 4/14/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.03 AR and AP PJS INC HIDE | 4/14/26 | 0.25 | 28.88 | 115.50 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.03 AR Summary | 4/14/26 | 1.00 | 115.50 | 115.50 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.03. AP activities and FA | 4/14/26 | 2.50 | 288.75 | 115.50 |
| Angel, Juan | Port Elizabeth Terminal and Warehouse Corp | Business Operations | 26.03 AR and AP PET HIDE | 4/14/26 | 0.25 | 28.88 | 115.50 |
| Celis, Hilary | P. Judge and Sons Trucking, LLC | Business Operations | 2.5 WHS - Debt Analysis for potential buyer<br>2.5 TRK - Debt Analysis for potential buyer | 4/14/26 | 2.00 | 672.00 | 336.00 |
| Celis, Hilary | Judge Organization, LLC | Business Operations | 2.5 WHS - Debt Analysis for potential buyer<br>2.5 TRK - Debt Analysis for potential buyer | 4/14/26 | 1.00 | 336.00 | 336.00 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | Cure schedule and review of balances with Hilary for diligence | 4/15/26 | 0.50 | 412.13 | 824.25 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge | Deal room management | 4/15/26 | 0.50 | 244.13 | 488.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | Cure schedule and review of balances with Hilary for diligence - Judge Warehousing | 4/15/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | Cure schedule and review of balances with Hilary for diligence - Judge Trucking | 4/15/26 | 0.50 | 412.13 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I continue working on the March closing | 4/15/26 | 7.50 | 866.25 | 115.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Cure schedule and review of balances with Hilary for diligence | 4/15/26 | 0.50 | 412.13 | 824.25 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Debt Analysis for potential buyer | 4/15/26 | 2.50 | 840.00 | 336.00 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Asset Disposition | Cure schedule and review of balances with Hilary for diligence | 4/15/26 | 0.50 | 412.13 | 824.25 |
| Celis, Hilary | Port Elizabeth Terminal and Warehouse Corp | Business Operations | Debt Analysis for potential buyer | 4/15/26 | 2.50 | 840.00 | 336.00 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | Follow ups with schedules for counsel and call with Controller to go over reconciliations with landlords. Call with Joe on diligence items | 4/16/26 | 0.50 | 412.13 | 824.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal and Warehouse Corp | Business Operations | R/r and response to Sofia schedule of Cure payments and amounts. | 4/16/26 | 0.75 | 547.31 | 729.75 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge | Deal room management | 4/16/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | March MOR corrs, caseware | 4/16/26 | 0.75 | 366.19 | 488.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | Follow ups with schedules for counsel and call with Controller to go over reconciliations with landlords. Call with Joe on diligence items - Judge Warehousing | 4/16/26 | 0.50 | 412.13 | 824.25 |
| Celis, Hilary | Judge Organization, LLC | Business Operations | Call with Sofia - reviewing Debt analysis | 4/16/26 | 0.50 | 168.00 | 336.00 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | Follow ups with schedules for counsel and call with Controller to go over reconciliations with landlords. Call with Joe on diligence items - Judge Trucking | 4/16/26 | 0.50 | 412.13 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I worked on the March closing | 4/16/26 | 7.00 | 808.50 | 115.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Follow ups with schedules for counsel and call with Controller to go over reconciliations with landlords. Call with Joe on diligence items | 4/16/26 | 0.50 | 412.13 | 824.25 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Call with Sofia - reviewing Debt analysis | 4/16/26 | 0.50 | 168.00 | 336.00 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Asset Disposition | Follow ups with schedules for counsel and call with Controller re overhead reconciliations with landlords. Call with Joe on diligence items | 4/16/26 | 0.50 | 412.13 | 824.25 |
| Celis, Hilary | Port Elizabeth Terminal and Warehouse Corp | Business Operations | Call with Sofia - reviewing Debt analysis | 4/16/26 | 0.50 | 168.00 | 336.00 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | Business Operations | R/response and forward Joe email to Sofia re Prologis. | 4/17/26 | 0.25 | 182.44 | 729.75 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | Asset Disposition | Judge | Deal room management | 4/17/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Organization, LLC | Business Operations | Judge | Feb bill, corrs w Sofia | 4/17/26 | 0.75 | 366.19 | 488.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I wrapped out the March financials | 4/17/26 | 5.50 | 635.25 | 115.50 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Closing March review and notes to team | 4/20/26 | 1.00 | 824.25 | 824.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | March MORs, extracting files, setting up workbooks | 4/20/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Deal room management | 4/20/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Fee/Employment Applications (Other Professionals) | Judge | FM invoice and supporting files to Saul Ewing, corrs re summary of fees by employee | 4/20/26 | 0.50 | 244.13 | 488.25 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Business Operations | Response to Turner on claims analysis | 4/20/26 | 0.25 | 182.44 | 729.75 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge | March MORs, extracting files, setting up workbooks | 4/20/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | March MORs, extracting files, setting up workbooks | 4/20/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | March MORs, extracting files, setting up workbooks | 4/20/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | March MORs, extracting files, setting up workbooks | 4/20/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge | March MORs, extracting files, setting up workbooks | 4/20/26 | 0.50 | 244.13 | 488.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Closing March review and notes to team - Judge Warehousing | 4/20/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Closing March review and notes to team - Judge Trucking | 4/20/26 | 1.00 | 824.25 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I saved information in the binder | 4/20/26 | 0.25 | 28.88 | 115.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Closing March review and notes to team | 4/20/26 | 1.50 | 1236.38 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Business Operations | Closing March review and notes to team | 4/20/26 | 1.50 | 1236.38 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | call with QoE team from East Coast to go over request list with me and Joe and follow ups | 4/21/26 | 0.25 | 206.06 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge | Preparing March MORs, corrs w Sofia and team | 4/21/26 | 0.58 | 283.19 | 488.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Asset Disposition | Deal room management | 4/21/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Business Operations | Judge | Call w Counsel et al | 4/21/26 | 0.50 | 244.13 | 488.25 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Business Operations | Standing call with team; discussion re APAs and suitors | 4/21/26 | 0.50 | 364.88 | 729.75 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge | Corrs w Mariam re summary of fees by employee | 4/21/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | Preparing March MORs, corrs w Sofia and team | 4/21/26 | 0.58 | 283.19 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | Preparing March MORs, corrs w Sofia and team | 4/21/26 | 0.58 | 283.19 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | Preparing March MORs, corrs w Sofia and team | 4/21/26 | 0.58 | 283.19 | 488.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge | Preparing March MORs, corrs w Sofia and team | 4/21/26 | 0.58 | 283.19 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | Preparing March MORs, corrs w Sofia and team | 4/21/26 | 0.60 | 292.95 | 488.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | wrap up for closing and open items with Brandon and Pat on SAV - Judge Trucking | 4/21/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | wrap up for closing and open items with Brandon and Pat on SAV - Judge Warehousing | 4/21/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | call with QoE team from East Coast to go over request list with me and Joe and follow ups | 4/21/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Business Operations | call with QoE team from East Coast to go over request list with me and Joe and follow ups | 4/21/26 | 0.25 | 206.06 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge | Preparing March MORs, internal corrs | 4/22/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Judge | Review of fee app and comments | 4/22/26 | 0.50 | 244.13 | 488.25 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | 5th fee application review. | 4/22/26 | 0.50 | 364.88 | 729.75 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | Preparing March MORs, internal corrs | 4/22/26 | 1.00 | 488.25 | 488.25 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| Preparing March MORs, internal corrs | 4/22/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Preparing March MORs, internal corrs | 4/22/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge \| Preparing March MORs, internal corrs | 4/22/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge \| Preparing March MORs, internal corrs | 4/22/26 | 1.00 | 488.25 | 488.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I had a call with Sofia | 4/22/26 | 1.50 | 173.25 | 115.50 |
| Celis, Hilary | P. Judge & Sons, Inc. | UST Reports & Meetings | Updated taxes paid wp for March MOR schedules | 4/22/26 | 0.25 | 84.00 | 336.00 |
| Celis, Hilary | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Updated taxes paid wp for March MOR schedules | 4/22/26 | 0.25 | 84.00 | 336.00 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge \| Preparing March MORs | 4/23/26 | 0.67 | 327.13 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Preparing March MORs | 4/23/26 | 0.67 | 327.13 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| Preparing March MORs | 4/23/26 | 0.67 | 327.13 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Preparing March MORs | 4/23/26 | 0.67 | 327.13 | 488.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge \| Preparing March MORs | 4/23/26 | 0.67 | 327.13 | 488.25 |
| Unkles, Edward | Judge Organization, LLC | UST Reports & Meetings | Judge \| Preparing March MORs | 4/23/26 | 0.65 | 317.36 | 488.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal and Warehouse Corp | Fee/Employment Applications (Other Professionals) | 5th fee app review. 0.25 Review of MORs for 4 entities | 4/23/26 | 0.63 | 459.74 | 729.75 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | 5th fee app review. 0.25 Review of MORs for 4 entities | 4/23/26 | 0.63 | 459.74 | 729.75 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | 5th fee app review. 0.25 Review of MORs for 4 entities | 4/23/26 | 0.63 | 459.74 | 729.75 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | 5th fee app review. 0.25 Review of MORs for 4 entities | 4/23/26 | 0.61 | 445.15 | 729.75 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I worked on the wps needed for the sale of the entity | 4/23/26 | 1.25 | 144.38 | 115.50 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | Diligence items with Antonio to get files to East Coast | 4/24/26 | 0.25 | 206.06 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge \| Call w Sofia re MORs, updates | 4/24/26 | 2.00 | 976.50 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Deal room management | 4/24/26 | 0.50 | 244.13 | 488.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | Diligence items with Antonio to get files to East Coast - Judge Trucking | 4/24/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | Diligence items with Antonio to get files to East Coast - Judge Warehousing | 4/24/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Diligence items with Antonio to get files to East Coast | 4/24/26 | 0.50 | 412.13 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 i worked on the documents needed for the Judge sale | 4/24/26 | 5.12 | 591.36 | 115.50 |
| Mejia, Antonio | Port Elizabeth Terminal and Warehouse Corp | Business Operations | 26.04 i worked on the documents needed for the Judge sale | 4/24/26 | 5.13 | 592.52 | 115.50 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Asset Disposition | Diligence items with Antonio to get files to East Coast | 4/24/26 | 0.50 | 412.13 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge \| March MORs | 4/25/26 | 2.00 | 976.50 | 488.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I worked on the sale documents | 4/25/26 | 1.75 | 202.13 | 115.50 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge \| March MORs | 4/26/26 | 2.00 | 976.50 | 488.25 |
| Hartwig, Megan K | Judge Warehousing, LLC | Business Operations | POA prep | 4/27/26 | 0.25 | 86.63 | 346.50 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge \| March MOR updates | 4/27/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| March MORs, corrs w KH | 4/27/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| March MORs | 4/27/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| March MORs, PET | 4/27/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | Asset Disposition | Judge \| Deal room managment | 4/27/26 | 0.50 | 244.13 | 488.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | MORs for PET and PJS Trucking, plus a few comments on prior MORs. Standing call with lawyers and team on APA. | 4/27/26 | 1.00 | 729.75 | 729.75 |
| Unkles, Edward | Judge Organization, LLC | Business Operations | Judge \| Weekly call w Counsel | 4/27/26 | 1.00 | 488.25 | 488.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I saved information in the sale binder | 4/27/26 | 1.50 | 173.25 | 115.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I saved some information in the binder | 4/27/26 | 0.50 | 57.75 | 115.50 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | MORs for PET and PJS Trucking, plus a few comments on prior MORs. Standing call with lawyers and team on APA. | 4/27/26 | 1.00 | 729.75 | 729.75 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | UST Reports & Meetings | MORs for PET and PJS Trucking, plus a few comments on prior MORs. Standing call with lawyers and team on APA. | 4/27/26 | 0.75 | 547.31 | 729.75 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | UST Reports & Meetings | MOR changes and questions from Ed | 4/28/26 | 0.25 | 206.06 | 824.25 |
| Lendrum, Andrew | Amex Shipping Agent, Inc. | Business Operations | E-mails and review Form 2848. | 4/28/26 | 0.25 | 150.94 | 603.75 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| March MOR updates | 4/28/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Call w Sofia re March MORs | 4/28/26 | 0.50 | 244.13 | 488.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Judge \| Call w Sofia, comments within MORs, prof fees | 4/28/26 | 1.00 | 488.25 | 488.25 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR review of PET and Trucking; comments to Ed. | 4/28/26 | 1.00 | 729.75 | 729.75 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | MOR changes and questions from Ed - Judge Trucking | 4/28/26 | 0.25 | 206.06 | 824.25 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | MOR changes and questions from Ed - Judge Warehousing | 4/28/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR changes and questions from Ed | 4/28/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | MOR changes and questions from Ed | 4/28/26 | 0.50 | 412.13 | 824.25 |
| Hartwig, Megan K | Judge Organization, LLC | Business Operations | Signature and Upload POA to CAF | 4/29/26 | 0.20 | 69.30 | 346.50 |
| Unkles, Edward | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Judge \| March MORs call w KH | 4/29/26 | 1.00 | 488.25 | 488.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Judge \| March MORs update to prof fees calcs | 4/29/26 | 1.50 | 732.38 | 488.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal and Warehouse Corp | UST Reports & Meetings | Meeting with Ed on MORs | 4/29/26 | 1.00 | 729.75 | 729.75 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I worked on the sales files (trial balances) | 4/29/26 | 4.00 | 462.00 | 115.50 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | Diligence requests for East Coast and correspondence | 4/30/26 | 0.25 | 206.06 | 824.25 |
| Celis, Hilary | Amex Shipping Agent, Inc. | Business Operations | Addressed Griselle's ADP questions | 4/30/26 | 0.25 | 84.00 | 336.00 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.04  Bank statements and reconciliations | 4/30/26 | 1.00 | 115.50 | 115.50 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.04  Bank statements and reconciliations | 4/30/26 | 1.00 | 115.50 | 115.50 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | Diligence requests for East Coast and correspondence - Judge Trucking | 4/30/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | Diligence requests for East Coast and correspondence - Judge Warehousing | 4/30/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Diligence requests for East Coast and correspondence | 4/30/26 | 0.50 | 412.13 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.04 I uploaded information into engage | 4/30/26 | 5.00 | 577.50 | 115.50 |
| Cordero, Sofia | Port Elizabeth Terminal and Warehouse Corp | Asset Disposition | Diligence requests for East Coast and correspondence | 4/30/26 | 0.50 | 412.13 | 824.25 |

204.70

>>Fees related to dataroom access April 2026      500.00

83,552.11