# EXHIBIT C

## Detail Time Entries by Category

57877727.2

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 04/30/2026
**Invoice #:** 19382
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 05/07/2026 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with counsel for tenant and negotiate settlement; email exchanges with client regarding same. | 0.70 | $450.00 | $315.00 |
| 04/06/2026 | KM | A110-Manage Data/Files/Documentation L140-Document/File Management<br>review counsel emails and save to file agreement on settlement | 0.10 | $125.00 | $12.50 |
| 04/17/2026 | SCC | A107-Communicate (opponents/other outside counsel) B110-B110-Case Administration<br>Communicate with tenant's counsel via email and phone conference regarding status of Release and first payment. | 0.30 | $450.00 | $135.00 |
| 04/22/2026 | AJP | A103-Draft/Revise L160-Settlement/Non-Binding ADR<br>Drafted additions to settlement release incorporating an acceleration clause to address timing and | 0.60 | $300.00 | $180.00 |

enforcement of settlement obligations.

| 04/23/2026 | SCC | A103-Draft/Revise L120-Analysis/Strategy | 0.70 | $450.00 | $315.00 |
| | | Draft and revise Release. | | | |

| **For professional services rendered** | **2.40** | | **$957.50** |

| **Invoice Amount** | **$957.50** |

| **Remaining Balance** | **$957.50** |

| **Retainer Balance (as of 05/07/2026)** | **$0.00** |

| Name | Time Spent | Rate | Amount |
| --- | --- | --- | --- |
| Anthony Passela | 0.60 | $300.00 | $180.00 |
| Klaudia Maslowska | 0.10 | $125.00 | $12.50 |
| Sean Callahan | 1.70 | $450.00 | $765.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 04/30/2026
**Invoice #:** 19383
**Matter:** US One Trucking Inc.
**File #:** 3711

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 05/07/2026 are not reflected in this statement.**

### Professional Services

| Date | | | Details | Hours | Rate | Amount |
|------|---|---|---------|-------|------|--------|
| 04/20/2026 | SCC | | A104-Review/Analyze L120-Analysis/Strategy Review pleadings and discovery exchanged and draft detailed damages analysis for use by client in considering settlement options. | 1.40 | $450.00 | $630.00 |
| 04/21/2026 | SCC | | A107-Communicate (opponents/other outside counsel) B110-B110-Case Administration Communicate with counsel for tenant regarding depositions and settlement efforts. | 0.50 | $450.00 | $225.00 |
| 04/21/2026 | SCC | | A106-Communicate (with client) L120-Analysis/Strategy Communicate with client via deposition preparation. | 0.20 | $450.00 | $90.00 |
| 04/21/2026 | SCC | | A103-Draft/Revise L120-Analysis/Strategy Draft and revise outline for depositions of defendants; review document production and judge organization discovery responses for use in deposition. | 2.80 | $450.00 | $1,260.00 |
| 04/21/2026 | SCC | | A103-Draft/Revise L120-Analysis/Strategy Draft and revise outline for preparation of Mike Wynne | 1.50 | $450.00 | $675.00 |

for purposes of deposition preparation and identify potential documents for review that are weaknesses for case presentation.

| Date | | Details | | | |
|---|---|---|---|---|---|
| 04/27/2026 | KM | A103-Draft/Revise L140-Document/File Management prepare, draft and send to attorney, substitution of counsel. | 0.30 | $125.00 | $37.50 |
| 04/27/2026 | KM | A110-Manage Data/Files/Documentation L140-Document/File Management prepare, file and save to file substitution of attorney for plaintiff | 0.10 | $125.00 | $12.50 |
| 04/27/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy Communicate with client via email exchanges on discovery, depositions and arbitration. | 0.20 | $450.00 | $90.00 |
| 04/27/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy Communicate with counsel for Tenant via email exchange and phone conference on arbitration, depositions and further settlement discussions. | 0.50 | $450.00 | $225.00 |
| 04/29/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy Communicate with Plaintiff's counsel via emails and phone conferences on deposition dates and arbitration. | 0.50 | $450.00 | $225.00 |
| 04/29/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy Communicate with client via emails and phone conference regarding depositions and arbitration. | 0.40 | $450.00 | $180.00 |
| 04/30/2026 | KM | A110-Manage Data/Files/Documentation L330-Depositions review counsel emails and calendar deposition of plaintiff | 0.10 | $125.00 | $12.50 |

| | | | | |
|---|---|---|---|---|
| **For professional services rendered** | **8.50** | | | **$3,662.50** |

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 04/27/2026 | KM | E112-Court fees filing fee for substitution of counsel | 1 | $35.00 | $35.00 |

| | |
|---|---|
| **Total additional charges** | **$35.00** |

|  |  |
|---|---|
| **Invoice Amount** | **$3,697.50** |
| **Remaining Balance** | **$3,697.50** |

| **Retainer Balance (as of 05/07/2026)** | **$0.00** |
|---|---|

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Klaudia Maslowska | 0.50 | $125.00 | $62.50 |
| Sean Callahan | 8.00 | $450.00 | $3,600.00 |