| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| **SAUL EWING LLP** |
| Stephen B. Ravin, Esquire |
| Turner N. Falk, Esquire |
| Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) |
| One Riverfront Plaza |
| 1037 Raymond Blvd., Suite 1520 |
| Newark, NJ 07102-5426 |
| Telephone: (973) 286-6714 |
| E-mail:   stephen.ravin@saul.com |
|            turner.falk@saul.com |
|            maxwell.hanamirian@saul.com |
| |
| *Counsel to the Debtors and Debtors in Possession* |

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

Debtors.[1]

OBJECTION DEADLINE:

**June 15, 2026**

## NOTICE OF SIXTH MONTHLY FEE STATEMENT OF SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C., SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>APRIL 1, 2026 THROUGH APRIL 30, 2026</u>

**PLEASE TAKE NOTICE** that in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "<u>Interim Compensation Order</u>"), Scopelitis Garvin, Light, Hanson & Feary, P.C. ("<u>Scopelitis</u>"), special counsel to the above-

---

[1]     The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

captioned debtors (the "Debtors"), has filed the attached monthly fee statement (the "Monthly Fee Statement") for the period from April 1, 2026 through April 30, 2026 with the United States Bankruptcy Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Monthly Fee Statement shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by **June 15, 2026**.

Dated: May 26, 2026

**SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
    Stephen B. Ravin, Esquire
    Turner N. Falk, Esquire
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6714
    E-mail:stephen.ravin@saul.com
        turner.falk@saul.com

    -and-

    Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
    1735 Market Street, Suite 3400
    Philadelphia, PA 19103-7504
    E-mail: maxwell.hanamirian@saul.com

    *Counsel for Debtors and Debtors in Possession*

2

57860233.1