## EXHIBIT C

## Detail Time Entries by Category

57860233.1

**Scopelitis**
Garvin Light Hanson & Feary

Accounting Office
10 West Market Street, Suite 1400
Indianapolis, IN  46204
Phone: (317) 492-9350

Please reference
INVOICE #
with remittance.

| | |
|---|---|
| **Port Elizabeth Terminal & Warehouse** | **May 11, 2026** |
| **Mariam Khoudari** | **Invoice #:  593001** |
| **13 Manor Road** | **Client Code:  CH0409** |
| **East Rutherford, NJ  07073** | **Matter Code:  00010** |
| | **Billed Through:  04/30/26** |

_**Matter**_       **00010**          **Special Counsel Advice - Employee Benefits and Pensions**

### _PROFESSIONAL SERVICES_

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/07/26 | DJV | Telephone conference with M. Wynne regarding union issues. | 0.30 @ | $625.00/hr | $187.50 |
| 04/09/26 | DJV | Exchange e-mail correspondence to gather information for data room re. labor relations. | 0.60 @ | $625.00/hr | $375.00 |
| 04/13/26 | DJV | Conference with client representatives to discuss labor issues, withdrawal liability and strategy moving forward; exchange e-mail correspondence with bankruptcy counsel. | 1.10 @ | $625.00/hr | $687.50 |
| 04/15/26 | DJV | Review bankruptcy reference materials related to rejection of union contract; discussion regarding options available in proposed asset purchase agreement; exchange correspondence. | 1.10 @ | $625.00/hr | $687.50 |
| 04/22/26 | DJV | Preparation for and participation in video conference with labor counsel for prospective purchaser; e-mail to client representatives. | 0.80 @ | $625.00/hr | $500.00 |
| 04/24/26 | DJV | Exchange correspondence with labor counsel for due diligence purposes; gather requested information; telephone call with M. Wynne. | 0.60 @ | $625.00/hr | $375.00 |
| | | **Total Professional Services** | | | **$2,812.50** |

### _TIMEKEEPER SUMMARY FOR THIS MATTER_

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Vogel, Donald J. | 4.50 @ | $625.00/hr | $2,812.50 |
| **Total Professional Services** | | | **$2,812.50** |

**Port Elizabeth Terminal & Warehouse**                                                     **Page: 2**
**Invoice #:  593001**                                                                  **Client #: CH0409**

Matter Credit Balance Total:          $5,370.41

### *INVOICE SUMMARY*

| | | |
|---|---|---|
| Total Professional Services | $ | 2,812.50 |
| **Total of New Charges for this Invoice** | **$** | **2,812.50** |

**Port Elizabeth Terminal & Warehouse**                                                               **Page: 3**
 **Invoice #:  593001**                                                                              **Client #: CH0409**

---

<u>OUTSTANDING INVOICE DETAIL AS OF:  05/11/26</u>

| Invoice | Date | Original Amount | Payments/Credits | Amount Due |
|---------|------|----------------:|-----------------:|-----------:|
| 589173 | 03/11/26 | 1,062.50 | 850.00 | $212.50 |
| 590742 | 04/09/26 | 250.00 | 0.00 | $250.00 |
| | **TOTALS** | **1,312.50** | **850.00** | **$462.50** |

| | |
|---|---:|
| **TOTAL PRIOR DUE BALANCE** | **$462.50** |
| **TOTAL CURRENT INVOICE** | **$2,812.50** |
| **TOTAL AMOUNT DUE** | **$ 3,275.00** |

Services In California Provided By Scopelitis, Garvin, Light, Hanson & Feary, LLP
Services In Michigan Provided By Scopelitis, Garvin, Light, Hanson & Feary, PLLC
All Other Services Provided By Scopelitis, Garvin, Light, Hanson & Feary, PC

**PAYMENT IS DUE UPON RECEIPT IN U.S. DOLLARS.  A FINANCE CHARGE WILL BE ASSESSED AT THE RATE OF 1.0% PER MONTH (APR 12%) ON ANY BALANCE UNPAID AFTER 30 DAYS.YOU MAY REMIT PAYMENT ONLINE AT WWW.SCOPELITIS.COM/PAYMENTS**