# EXHIBIT B

**Invoice**

# FBT
# Gibbons

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**
**Attn: Mike S. Mandell, Chairperson for Official**
**Committee**
**2333 Ponce De Leon Boulevard**
**Coral Gables, FL  33134**

Fed # 61-0722001
May 26, 2026
Invoice # 210667576
Account # G119121.G114792

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---:|
| For Professional Services Rendered Through April 30, 2026 | 36,586.50 |
| **TOTAL THIS INVOICE:** | **36,586.50** |
| Outstanding Invoices (see page 2 for details – if already paid please disregard) | 48,330.50 |
| **TOTAL AMOUNT DUE:** | **84,917.00** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

Doc ID 2-22515

## RECAP OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Balance |
|---|---|---|
| 03/24/26 | 210644945 | 419.50 |
| 04/20/26 | 210654024 | 47,911.00 |
| | **TOTAL** | **$48,330.50** |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 04/01/26 | (B100)(B130)(A104)Research of dockets for recently Approved Bid Procedures, comparing Stalking Horse protections approved with the terms listed on the Indication of Interest. | ENM | 1.30 | 500.50 |
| 04/01/26 | (B100)(B130)(A108)Review email from J. Mairo to Dundon team re: indication of interest and related matters. | CPA | 0.10 | 87.50 |
| 04/01/26 | (B100)(B130)(A108)Emails from T. Falk and M. Thaler re: draft APA. | CPA | 0.10 | 87.50 |
| 04/01/26 | (B100)(B130)(A104)Review research re: bid procedures/breakup fees. | CPA | 0.20 | 175.00 |
| 04/01/26 | (B100)(B130)(A105)Email from J. Mairo re: bid protections. | CPA | 0.10 | 87.50 |
| 04/01/26 | (B100)(B130)(A107)Emails from S. Ravin and J. Mairo re: sale flyer. | CPA | 0.10 | 87.50 |
| 04/01/26 | (B100)(B150)(A104)Review agenda for Committee meeting. | CPA | 0.10 | 87.50 |
| 04/01/26 | (B100)(B150)(A106)Attend Committee meeting via Teams. | CPA | 0.50 | 437.50 |
| 04/01/26 | (B100)(B130)(A107)Email from M. Thaler re: due diligence matters. | CPA | 0.10 | 87.50 |
| 04/01/26 | (B100)(B130)(A102)Caselaw research re reasonableness of proposed bidding procedures; draft and send summary of findings to J. Mairo. | DG | 2.00 | 810.00 |
| 04/01/26 | (B100)(B130)(A104)Review term sheet from prospective purchaser. | JSM | 0.50 | 550.00 |
| 04/01/26 | (B100)(B130)(A104)Call with debtor and prospective purchaser counsel regarding term sheet. | JSM | 0.60 | 660.00 |
| 04/01/26 | (B100)(B130)(A104)Emails with financial advisor regarding term sheet and scheduled liabilities. | JSM | 0.40 | 440.00 |
| 04/01/26 | (B100)(B150)(A104)Draft agenda for UCC meeting and attach relevant documents. | JSM | 0.30 | 330.00 |
| 04/01/26 | (B100)(B150)(A104)Call with UCC regarding agenda and | JSM | 0.60 | 660.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | pending matters. | | | |
| 04/01/26 | (B100)(B130)(A104)Emails with D. Gharkany regarding term sheet issues. | JSM | 0.30 | 330.00 |
| 04/02/26 | (B100)(B110)(A104)Review/sign notice of appearance. | CPA | 0.10 | 87.50 |
| 04/02/26 | (B100)(B130)(A104)Emails with D. Gharkany regarding analysis of term sheet provision and research. | JSM | 0.30 | 330.00 |
| 04/02/26 | (B100)(B130)(A104)Emails with debtor counsel regarding advertising. | JSM | 0.20 | 220.00 |
| 04/02/26 | (B100)(B130)(A104)Emails with debtor counsel regarding data room and bidder questions. | JSM | 0.20 | 220.00 |
| 04/03/26 | (B100)(B110)(A101)Assemble and File with the Court the Notice of Appearance of C. Anton. | ENM | 0.30 | 115.50 |
| 04/06/26 | (B100)(B130)(A104)Attend to emails with prospective purchaser counsel and certain aspects of term sheet. | JSM | 0.90 | 990.00 |
| 04/06/26 | (B100)(B130)(A107)Emails from S. Kulka and T. Falk re: IOI. | CPA | 0.10 | 87.50 |
| 04/06/26 | (B100)(B130)(A108)Emails from R. Wright re: sale developments. | CPA | 0.10 | 87.50 |
| 04/06/26 | (B100)(B130)(A107)Email from J. Mairo to M. Thaler and T. Falk re: stalking horse protections. | CPA | 0.10 | 87.50 |
| 04/07/26 | (B100)(B130)(A104)Review term sheet details. | JSM | 0.40 | 440.00 |
| 04/08/26 | (B100)(B110)(A106)Draft email requesting payment of FBT Gibbons 2nd monthly fee application and calendar reminder to send email for the 3rd monthly fee application once CNO is filed. | ENM | 0.50 | 192.50 |
| 04/08/26 | (B200)(B230)(A104)Calls and emails with financial advisor regarding bid status and financial performance of debtors. | JSM | 0.50 | 550.00 |
| 04/08/26 | (B100)(B130)(A104)Call with debtors counsel regarding status of pending term sheet and potential new bid. | JSM | 0.40 | 440.00 |
| 04/08/26 | (B100)(B130)(A104)Review term sheet from new party. | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 04/08/26 | (B200)(B230)(A104)Emails with D. Gharkany regarding budget and final order. | JSM | 0.30 | 330.00 |
| 04/08/26 | (B100)(B150)(A104)Emails with committee members regarding status and upcoming meeting, attaching relevant documents. | JSM | 0.50 | 550.00 |
| 04/08/26 | (B100)(B150)(A104)Attend to call with UCC to discuss update and next steps. | JSM | 0.40 | 440.00 |
| 04/08/26 | (B100)(B130)(A104)Emails with debtors counsel regarding data room. | JSM | 0.30 | 330.00 |
| 04/08/26 | (B200)(B230)(A104)Review emails with budget and forecast. | JSM | 0.30 | 330.00 |
| 04/08/26 | (B300)(B310)(A104)Emails with E. Munera regarding claim payment. | JSM | 0.20 | 220.00 |
| 04/08/26 | (B100)(B130)(A107)Review emails to/from M. Thaler and T. Falk re: due diligence requests. | CPA | 0.10 | 87.50 |
| 04/08/26 | (B100)(B110)(A108)Email from R. Wright re: updates for Committee call. | CPA | 0.10 | 87.50 |
| 04/08/26 | (B100)(B180)(A104)Review cash flow forecast. | CPA | 0.10 | 87.50 |
| 04/08/26 | (B100)(B130)(A104)Review letter of intent and related correspondence. | CPA | 0.20 | 175.00 |
| 04/08/26 | (B100)(B150)(A104)Review agenda for Committee meeting. | CPA | 0.10 | 87.50 |
| 04/08/26 | (B100)(B150)(A109)Attend Committee meeting (via Teams). | CPA | 0.50 | 437.50 |
| 04/08/26 | (B100)(B130)(A107)Emails from T. Falk and E. Cox re: due diligence requests. | CPA | 0.10 | 87.50 |
| 04/08/26 | (B100)(B130)(A108)Review email from J. Mairo to T. Falk re: due diligence issues. | CPA | 0.10 | 87.50 |
| 04/09/26 | (B200)(B230)(A104)Review D. Gharkany email with analysis of final financing order and budgets. | JSM | 0.40 | 440.00 |
| 04/09/26 | (P200)(P200)(A102)Review final cash collateral order; send summary to J. Mairo re notice requirements for filing | DG | 0.90 | 364.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | of revised budget. | | | |
| 04/09/26 | (B100)(B110)(A108)Email from R. Wright re: budget variance report. | CPA | 0.10 | 87.50 |
| 04/10/26 | (B100)(B130)(A107)Emails from M. Thaler and T. Falk re: due diligence issues. | CPA | 0.20 | 175.00 |
| 04/11/26 | (B100)(B150)(A104)Emails with UCC member regarding status. | JSM | 0.30 | 330.00 |
| 04/12/26 | (B200)(B230)(A104)Email D. Gharkany regarding extended budget and Final Order. | JSM | 0.30 | 330.00 |
| 04/13/26 | (B100)(B110)(A103)Review Final DIP Order (.4); prepare notice of filing of amended budget (1). | DG | 1.40 | 567.00 |
| 04/13/26 | (B100)(B130)(A107)Email from M. Thaler re: due diligence follow up. | CPA | 0.10 | 87.50 |
| 04/13/26 | (B100)(B130)(A107)Teams meeting with J. Mairo and attorneys for debtor and potential buyer re: sale and due diligence issues. | CPA | 0.40 | 350.00 |
| 04/13/26 | (B100)(B130)(A104)Review revised Indication of Interest. | CPA | 0.10 | 87.50 |
| 04/13/26 | (B100)(B130)(A104)Call with debtors' counsel regarding status of sale process. | JSM | 0.50 | 550.00 |
| 04/13/26 | (B100)(B130)(A104)Emails and call with debtors and prospective purchasers regarding due diligence and having call to discuss status of term sheet. | JSM | 0.80 | 880.00 |
| 04/14/26 | (B100)(B110)(A103)Review Notice of Filing Amended Budget; send to J. Mairo for review. | DG | 0.30 | 121.50 |
| 04/14/26 | (B200)(B230)(A104)Attend to budget and extended budget filing. | JSM | 0.30 | 330.00 |
| 04/14/26 | (B100)(B130)(A104)Attend to data room and contracts being there for review. | JSM | 0.30 | 330.00 |
| 04/15/26 | (B100)(B130)(A108)Email from R. Wright re: sale process and financial update. | CPA | 0.10 | 87.50 |
| 04/15/26 | (B100)(B130)(A107)Emails from M. Thaler and T. Falk re: IOI and related matters. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 04/15/26 | (B100)(B130)(A106)Email from J. Mairo to Committee re: case update including sale process. | CPA | 0.10 | 87.50 |
| 04/15/26 | (B100)(B130)(A104)Review debtor and prospective purchaser emails regarding sale process and attending to union related issues. | JSM | 0.30 | 330.00 |
| 04/15/26 | (B200)(B230)(A104)Calls with R. Wright regarding operations and sale process. | JSM | 0.30 | 330.00 |
| 04/15/26 | (B100)(B130)(A104)Confer with debtor counsel regarding sale process and revised letter of intent. | JSM | 0.50 | 550.00 |
| 04/15/26 | (B100)(B150)(A104)Emails with committee members regarding status and update in lieu of meeting. | JSM | 0.60 | 660.00 |
| 04/15/26 | (B100)(B110)(A101)Draft certificates of no objection regarding fee applications for FBT Gibbons and Dundon Advisers. | ENM | 0.30 | 115.50 |
| 04/15/26 | (B100)(B110)(A101)Review docket to confirm no objections to Dundon Advisers and FBT Gibbons Fee Applications; email correspondence regarding Port Elizabeth CNO for review, approval, and filing. | ENM | 0.30 | 115.50 |
| 04/15/26 | (B100)(B110)(A101)Email correspondence with S. Laing regarding invoice payment status and billing ledger review. | ENM | 0.10 | 38.50 |
| 04/16/26 | (B100)(B160)(A111)File with the Court the Certificate of No Objections regarding FBT Gibbons and Dundon Advisers; correspondence with Client regarding filing of CNO and advising of no payment received to FBT Gibbons 2nd Monthly Fee Application. | ENM | 0.80 | 308.00 |
| 04/16/26 | (B100)(B110)(A101)Attention to correspondence from Dundon regarding status of filing of the Certificate of No Objection and status of March invoice. | ENM | 0.10 | 38.50 |
| 04/16/26 | (B100)(B130)(A107)Email from M. Thaler to T. Falk re: due diligence issues. | CPA | 0.10 | 87.50 |
| 04/16/26 | (B100)(B130)(A104)Review and respond to emails regarding due diligence requests by buyer. | JSM | 0.30 | 330.00 |
| 04/17/26 | (B100)(B110)(A101)Attention to correspondence from Dundon Advisers regarding 3rd Monthly Fee Application | ENM | 0.10 | 38.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | (March). | | | |
| 04/19/26 | (B100)(B130)(A104)Emails with debtor counsel regarding sale process and escrow. | JSM | 0.30 | 330.00 |
| 04/20/26 | (B100)(B130)(A107)Emails from M. Thaler, T. Falk, and S. Ravin re: due diligence issues. | CPA | 0.10 | 87.50 |
| 04/20/26 | (B100)(B160)(A101)Correspondence with S. Laing regarding payment confirmation and gathering information for FBT Gibbons 4th monthly Fee Application. | ENM | 0.10 | 38.50 |
| 04/21/26 | (B100)(B110)(A101)Email to S. Laing re confirmation of payment received to include information on FBT Gibbons 4th Monthly Fee Statement. | ENM | 0.10 | 38.50 |
| 04/21/26 | (B100)(B160)(A101)Draft 4th Monthly Fee Statement of FBT Gibbons (March 1–31, 2026); email draft to J. Mairo for review. | ENM | 1.00 | 385.00 |
| 04/21/26 | (B100)(B110)(A101)Review of March Invoice and comparison with prebills. | ENM | 0.30 | 115.50 |
| 04/21/26 | (B100)(B160)(A103)Review and revise Dundon's 3rd Monthly Fee Application; draft Notice of Dundon Advisers Application. | ENM | 0.50 | 192.50 |
| 04/21/26 | (B100)(B130)(A107)Teams meeting with M. Thaler, E. Cox, T. Falk and J. Mairo re: due diligence/APA issues. | CPA | 0.50 | 437.50 |
| 04/21/26 | (B100)(B130)(A104)Attend to emails regarding calls with prospective purchasers. | JSM | 0.40 | 440.00 |
| 04/21/26 | (B100)(B130)(A104)Call with prospective purchaser counsel regarding status of letter of intent and next steps. | JSM | 0.50 | 550.00 |
| 04/21/26 | (B100)(B130)(A104)Call with debtor counsel and prospective purchaser counsel regarding due diligence items and next steps. | JSM | 0.50 | 550.00 |
| 04/22/26 | (B100)(B130)(A104)Emails with potential buyer counsel regarding status of due diligence and related issues. | JSM | 0.40 | 440.00 |
| 04/22/26 | (B100)(B150)(A104)Emails with UCC members regarding status of call and issues related to sale process. | JSM | 0.50 | 550.00 |
| 04/22/26 | (B100)(B150)(A104)Call with UCC member regarding sale | JSM | 0.40 | 440.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | process and next steps. | | | |
| 04/22/26 | (B100)(B130)(A106)Review emails to/from D. Weissman and J. Mairo re: sale issues. | CPA | 0.10 | 87.50 |
| 04/22/26 | (B100)(B160)(A103)Updates to the Monthly Fee Statement of Port Elizabeth. | ENM | 0.30 | 115.50 |
| 04/22/26 | (B100)(B110)(A101)Correspondence with S. Laing and G. Charles regarding payment ledger and confirmation of payments to include on FBT Gibbons 4th Monthly Fee Application. | ENM | 0.30 | 115.50 |
| 04/23/26 | (B100)(B110)(A111)Correspondence with R. Wright regarding filed copy. | ENM | 0.10 | 38.50 |
| 04/23/26 | (B100)(B160)(A101)Updates to the Fee Application Reports of FBT Gibbons and Dundon Advisers. | ENM | 0.20 | 77.00 |
| 04/23/26 | (B100)(B160)(A111)File with the Court FBT Gibbons and Dundon Advisers Monthly Fee Application for March; service email and mail copies. | ENM | 1.40 | 539.00 |
| 04/23/26 | (B100)(B130)(A107)Email from M. Thaler re: due diligence issues. | CPA | 0.10 | 87.50 |
| 04/23/26 | (B100)(B130)(A104)Call with prospective purchaser counsel regarding information and contract status. | JSM | 0.50 | 550.00 |
| 04/23/26 | (B100)(B130)(A104)Emails with debtor counsel to schedule call regarding sale status. | JSM | 0.20 | 220.00 |
| 04/24/26 | (B100)(B130)(A107)Emails from T. Falk and E. Cox re: due diligence matters. | CPA | 0.10 | 87.50 |
| 04/24/26 | (B100)(B130)(A104)Review revised purchase offer. | CPA | 0.10 | 87.50 |
| 04/24/26 | (B100)(B130)(A104)Review emails from debtors' counsel regarding due diligence documents and scheduling call. | JSM | 0.40 | 440.00 |
| 04/25/26 | (B100)(B130)(A107)Email from M. Thaler re: revised APA. | CPA | 0.10 | 87.50 |
| 04/25/26 | (B100)(B130)(A104)Review redlined APA. | CPA | 0.50 | 437.50 |
| 04/26/26 | (B100)(B130)(A104)Emails with corporate team regarding asset purchase agreement. | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 04/26/26 | (B100)(B130)(A104)Review redlined asset purchase agreement and make notes. | JSM | 1.20 | 1,320.00 |
| 04/27/26 | (B100)(B130)(A108)Email from D. Simmons re: meeting with buyer. | CPA | 0.10 | 87.50 |
| 04/27/26 | (B100)(B130)(A105)Emails from J. Mairo and E. Munera re: data room documents. | CPA | 0.10 | 87.50 |
| 04/27/26 | (B100)(B130)(A107)Emails from T. Falk and M. Thaler re: sale issues. | CPA | 0.10 | 87.50 |
| 04/27/26 | (B100)(B130)(A103)Attend to emails regarding prospective purchaser due diligence and data room contents. | JSM | 0.50 | 550.00 |
| 04/27/26 | (B100)(B130)(A103)Review emails regarding revisions to asset purchase agreement and scheduling call. | JSM | 0.30 | 330.00 |
| 04/27/26 | (B100)(B110)(A104)Review data room documents. | ENM | 0.80 | 308.00 |
| 04/28/26 | (B100)(B110)(A111)Review Bankruptcy notice regarding adjournment request to Motion for Relief from Stay re Insurance Policy. Calendar adjourned date. | ENM | 0.30 | 115.50 |
| 04/28/26 | (B200)(B210)(A107)Email from T. Falk re: budget issues. | CPA | 0.10 | 87.50 |
| 04/28/26 | (B100)(B130)(A108)Email from R. Wright to J. Compitello re: sale process. | CPA | 0.10 | 87.50 |
| 04/28/26 | (B100)(B130)(A103)Emails with debtors counsel regarding status of sale negotiations and related issues. | JSM | 0.50 | 550.00 |
| 04/28/26 | (B200)(B230)(A103)Review R. Wright update on discussions with debtor management. | JSM | 0.30 | 330.00 |
| 04/29/26 | (B100)(B150)(A106)Email from J. Mairo to Committee members re: case updates. | CPA | 0.10 | 87.50 |
| 04/29/26 | (B100)(B150)(A103)Emails and calls with UCC members regarding meeting and status of proceedings. | JSM | 0.60 | 660.00 |
| 04/29/26 | (B200)(B230)(A103)Call with R. Wright regarding operations and committee call. | JSM | 0.20 | 220.00 |
| 04/30/26 | (B100)(B130)(A108)Teams meeting with debtor's and | CPA | 0.80 | 700.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | buyer's principals and counsel re: sale issues. | | | |
| 04/30/26 | (B100)(B130)(A103)Emails to schedule follow up call with purchaser counsel. | JSM | 0.20 | 220.00 |
| 04/30/26 | (B100)(B130)(A103)Call with debtor and prospective purchaser teams to discuss status and moving process forward. | JSM | 0.90 | 990.00 |
| 04/30/26 | (B100)(B130)(A103)Emails with debtor counsel regarding sale status. | JSM | 0.20 | 220.00 |
| 04/30/26 | (B100)(B130)(A103)Emails and call with UCC financial advisor regarding sale status. | JSM | 0.30 | 330.00 |
| 04/30/26 | (B100)(B110)(A110)Review documents posted on Project Judge website. | ENM | 0.40 | 154.00 |
| | | **Total:** | **43.90** | **$36,586.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Tkpr | Name | Hours | Rate | Amount |
|------|------|-------|------|--------|
| CPA | Christopher P. Anton | 7.30 | 875.00 | 6,387.50 |
| DG | David Gharkhany | 4.60 | 405.00 | 1,863.00 |
| JSM | John S. Mairo | 22.40 | 1,100.00 | 24,640.00 |
| ENM | Edna N. Munera | 9.60 | 385.00 | 3,696.00 |
| | | **43.90** | | **36,586.50** |

## PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|-------|------|-------------|-------|--------|
| B100 | B110 | Case Administration | 6.00 | 2,491.00 |
| B100 | B130 | Asset Disposition | 23.90 | 22,733.00 |
| B100 | B150 | Meetings of and Communications with Creditors | 5.50 | 5,757.50 |
| B100 | B160 | Fee/Employment Applications | 4.30 | 1,655.50 |

| B100 | B180 | Avoidance Action Analysis | 0.10 | 87.50 |
|------|------|---------------------------|------|-------|
| | | **SUB-TOTAL** | **39.80** | **32,724.50** |
| B200 | B210 | Business Operations | 0.10 | 87.50 |
| B200 | B230 | Financing/Cash Collections | 2.90 | 3,190.00 |
| | | **SUB-TOTAL** | **3.00** | **3,277.50** |
| B300 | B310 | Claims Administration and Objections | 0.20 | 220.00 |
| | | **SUB-TOTAL** | **0.20** | **220.00** |
| P200 | P200 | Fact Gathering/Due Diligence | 0.90 | 364.50 |
| | | **SUB-TOTAL** | **0.90** | **364.50** |
| | | **TOTAL** | **43.90** | **36,586.50** |