**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo, Esq.
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 15, 2026** |

**NOTICE OF FOURTH MONTHLY FEE APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2026 THROUGH APRIL 30, 2026**

**PLEASE TAKE NOTICE** that Dundon Advisers LLC, financial advisor to the Official

Committee of Unsecured Creditors (the "Creditors' Committee") of the above-captioned debtors

and debtors in possession (collectively, the "Debtors"), submits its fourth monthly fee application

for the period of April 1, 2026 through and April 30, 2026 (the "Monthly Fee Application")

pursuant to the Court's *Administrative Order Granting Debtors' Motion to Establish Procedures*

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 71] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Monthly Fee Application shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by June 15, 2026.

Dated: May 26, 2026
Newark, New Jersey

*/s/ John S. Mairo*
John S. Mairo, Esq.
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of
Unsecured Creditors*