## EXHIBIT A

## Time Detail

| User | Entry Date | Client | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|
| Jordan Olsen | 04/06/2026 | Port Elizabeth | Business Analysis | Review and analysis of February monthly operating reports relating to debtor financial performance, liquidity position, budget variance | 1.30 | $495.00/hr | $643.50 |
| Jordan Olsen | 04/08/2026 | Port Elizabeth | Business Analysis | Review and analysis of variance report materials relating to budget performance, cash flow drivers, and liquidity | 1.40 | $495.00/hr | $693.00 |
| Jordan Olsen | 04/16/2026 | Port Elizabeth | Retention and Fee Applications | Drafting of the March fee app and finalization | 2.40 | $495.00/hr | $1,188.00 |
| Jordan Olsen | 04/23/2026 | Port Elizabeth | Claims Analysis | Review and analysis of claim base materials relating to creditor claim classification | 1.70 | $495.00/hr | $841.50 |
| Jordan Olsen | 04/24/2026 | Port Elizabeth | Claims Analysis | Review and analysis of claim base materials recovery pool allocation and implications for stakeholder recoveries | 1.50 | $495.00/hr | $742.50 |
| **Totals For Jordan Olsen** | | | | | **8.30** | | **$4,108.50** |
| | | | | | | | |
| Rick Wright | 04/01/2026 | Port Elizabeth | Sales Process | Reviewed LOI received. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 04/01/2026 | Port Elizabeth | Sales Process | Participated in a call with the UCC re sale process. | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 04/06/2026 | Port Elizabeth | Business Analysis | Reviewed updated cash flow forecast. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 04/06/2026 | Port Elizabeth | Business Analysis | Reviewed cash flow variance report. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 04/08/2026 | Port Elizabeth | Business Analysis | Sensitized liquidity forecast for potential shocks or delays. | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 04/08/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in call with the committee. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 04/15/2026 | Port Elizabeth | Sales Process | Cooorespondance with the Debtors regarding LOIs received. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 04/15/2026 | Port Elizabeth | Sales Process | Cooorespondance with UCC counsel regarding LOIs received. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 04/15/2026 | Port Elizabeth | Business Analysis | Liquidity analysis. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 04/16/2026 | Port Elizabeth | Retention and Fee Applications | Prepared March fee application. | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 04/20/2026 | Port Elizabeth | Business Analysis | Reviewed bi-monthly liquidity report. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 04/22/2026 | Port Elizabeth | Business Analysis | Update for committee re sale process | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 04/23/2026 | Port Elizabeth | Claims Analysis | Review of claim base. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 04/28/2026 | Port Elizabeth | Sales Process | Correspondence with debtors re sale process | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 04/28/2026 | Port Elizabeth | Business Analysis | Reviewed mid-month cash variance report. | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 04/29/2026 | Port Elizabeth | Sales Process | call with counsel re sale process progress | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 04/30/2026 | Port Elizabeth | Sales Process | call with case professionals and the bidder re sale process | 0.80 | $960.00/hr | $768.00 |
| **Totals For Rick Wright** | | | | | **6.60** | | **$6,336.00** |
| | | | | | | | |
| **Grand Total** | | | | 14.90 | **14.90** | **$10,444.50** | |