**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BALLARD SPAHR LLP**
Leslie C. Heilman
Erin L. Williamson
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
williamsone@ballardspahr.com

*Counsel to Seagis East Rutherford, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, | Case No. 25-22123 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b), the below counsel hereby enters their appearance in this case on behalf of Seagis East Rutherford, LLC (the "Creditor"). Request is hereby made that the documents filed in this case and identified below be served on the below listed counsel for Creditor at the addresses indicated:

Leslie C. Heilman
Erin L. Williamson
**BALLARD SPAHR LLP**

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
E-mail: williamsone@ballardspahr.com


DOCUMENTS:

 x     All notices entered pursuant to Fed. R. Bankr. P. 2002.

 x     All documents and pleadings of any nature.


Dated: June 1, 2026                              Respectfully submitted,

                                                 */s/ Leslie C. Heilman*
                                                 Leslie C. Heilman
                                                 Erin L. Williamson
                                                 **BALLARD SPAHR LLP**
                                                 222 Delaware Avenue, 10th Floor
                                                 Wilmington, DE 19801
                                                 Telephone: (302) 252-4465
                                                 Facsimile: (302) 252-4466
                                                 E-mail:  heilmanl@ballardspahr.com
                                                          williamsone@ballardspahr.com

                                                 *Counsel to Seagis East Rutherford, LLC*

2