**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BALLARD SPAHR LLP**
Leslie C. Heilman
Erin L. Williamson
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
           williamsone@ballardspahr.com

*Counsel to Seagis East Rutherford, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, | Case No. 25-22123 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## CERTIFICATION OF SERVICE

1.  I, Leslie C. Heilman:

    ☒ represent Seagis East Rutherford, LLC in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who

    represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text.in this case and am representing myself.

2.      On June 1, 2026, I cause a copy of the following pleading and/or document to be

        served electronically on those parties requesting electronic service through the

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

Court's CM/ECF system.

- Notice of Appearance and Request for Service of Papers

3.      I certify under penalty of perjury that the above document was sent using the

mode of service described herein.

Dated: June 1, 2026

*/s/ Leslie C. Heilman*
Leslie C. Heilman
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com

2