## **EXHIBIT A**

Customary and Comparable Compensation Disclosures with Fee Applications

| Category of Timekeeper | 2026 Blended Hourly Rate | |
| --- | --- | --- |
| | **Billed Preceding Year, Excluding Bankruptcy** | **Billed this Fee Application** |
| Partner | $937.00 | $1,002.50 |
| Counsel | N/A | $875.00 |
| Sr. Associate | $525.00 | $560.00 |
| Associate | $425.00 | $450.00 |
| Paralegal | $340.00 | $385.00 |
| All Timekeepers Aggregated | $713.32 | $698.77 |

Case Name:           In Re: Port Elizabeth Terminal & Warehouse Corp.
Case Number:         25-22123 (JKS)
Applicant's Name:    FBT Gibbons LLP
Date of Application: June 2, 2026
Interim or Final:    First Interim