**EXHIBIT B**

Summary of Timekeepers Included in this Fee Application

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Application |
| John S. Mairo | Partner | Bankruptcy | 1994 | $70,847.50 | 1 | $1,100.00 | $1,025.00 |
| Brett Theisen | Partner | Bankruptcy | 2011 | $5,443.00 | 1 | $905.00 | $850.00 |
| Christopher P. Anton | Counsel | Bankruptcy | 1991 | $1,487.50 | N/A | $875.00 | N/A |
| Kyle P. McEvilly | Sr. Associate | Bankruptcy | 2021 | $25,903.50 | 1 | $560.00 | $525.00 |
| Amanda R. Simone | Associate | Bankruptcy | 2024 | $21,442.50 | 1 | $450.00 | $425.00 |
| Edna N. Munera | Paralegal | Bankruptcy | N/A | $6,739.00 | 1 | $385.00 | $340.00 |
| | | | **TOTALS:** | **$131,863.00** | | | |

Case Name:            In Re: Port Elizabeth Terminal & Warehouse Corp.
Case Number:          25-22123 (JKS)
Applicant's Name:     FBT Gibbons LLP
Date of Application:  June 2, 2026
Interim or Final:     First Interim