**<u>EXHIBIT C</u>**

Summary of Compensation Requested by Project Category

| **<u>Project Category</u>** | **<u>Hours Billed</u>** | **<u>Fees Sought</u>** |
|---|---|---|
| Asset Analysis and Recovery | 41.3 | $23,880.50 |
| Asset Disposition | 7 | $6,633.50 |
| Assumption and Rejection of Leases and Contracts | .6 | $660.00 |
| Business Operations | 2.3 | $2,380.00 |
| Case Administration | 21.9 | $12,352.00 |
| Claims Administration and Objections | 1.1 | $1,075.00 |
| Employment and Fee Applications | 29.8 | $16,021.50 |
| Fact Investigation/Development | 1.8 | $955.00 |
| Financing and Cash Collateral | 38.9 | $35,032.50 |
| General Bankruptcy Advice/Opinions | 1 | $450.00 |
| Meetings and Communications with Creditors | 27.6 | $23,713.50 |
| Other Contested Matters | 12.4 | $7,323.50 |
| Plan and Disclosure Statement | .7 | $770.00 |
| Trial Hearings and Attendance | 1.1 | $616.00 |
| **Total:** | **187.5** | **$131,863.00** |

| | |
|---|---|
| Case Name: | In Re: Port Elizabeth Terminal & Warehouse Corp. |
| Case Number: | 25-22123 (JKS) |
| Applicant's Name: | FBT Gibbons LLP |
| Date of Application: | June 2, 2026 |
| Interim or Final: | First Interim |