## EXHIBIT D

Summary of Expense Reimbursement Requested by Category

| Category | Amount |
|---|---|
| Pacer Fees | $43.90 |
| Other Research | $2,878.00 |
| **TOTAL:** | **$2,921.90** |

Case Name:              In Re: Port Elizabeth Terminal & Warehouse Corp.
Case Number:            25-22123 (JKS)
Applicant's Name:       FBT Gibbons LLP
Date of Application:    June 2, 2026
Interim or Final:       First Interim