UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500 Telephone
(973) 596-0545 Facsimile
John S. Mairo, Esq.
E-mail: jmairo@fbtgibbons.com

*Counsel to Official Committee of Unsecured
Creditors*

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP, *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (JSK)

(Jointly Administered)

**Objection Deadline: June 22, 2026**

## NOTICE OF FIRST INTERIM APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 11, 2025 THROUGH FEBRUARY 28, 2026

**PLEASE TAKE NOTICE** that the Financial Advisor to Official Committee of Unsecured

Creditors (the "Committee") filed its *First Interim Application of Dundon Advisers LLC, Financial*

*Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation and*

*Reimbursement of Expenses for the Period from December 11, 2025 through February 28, 2026*

(the "First Interim Fee Application") with the United States Bankruptcy Court for the District of

New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

First Interim Fee Application will be held on **July 16, 2026 at 10:00 a.m. (ET)** before the Honorable John K. Sherwood, United States Bankruptcy Court for the District of New Jersey, at 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, Courtroom 3D.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the First Interim Fee Application shall: (i) be in writing; (ii) set forth the specific basis thereof; (iii) be filed with the Clerk of the Bankruptcy Court; and (iv) be served upon the Committee's undersigned counsel, together with proof of service thereof, so as to be actually received no later than **June 22, 2026** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that unless a response or objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court.  In the event no objections are filed and served by the Objection Deadline, the relief requested in the Motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Committee has submitted a proposed form of order herewith.  Oral argument is requested in the event an objection is timely filed.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 2, 2026
Newark, New Jersey

*/s/ John S. Mairo*
John S. Mairo, Esq.
**FBT Gibbons LLP**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Email: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*

2