# EXHIBIT A

## Compensation By Project Category – First Interim Compensation Period

**Compensation by Project Category**

| Project Category | Total Billed Hours | Total Fees |
|---|---|---|
| Business Analysis | 60.3 | $41,380.50 |
| Case Administration | 3.0 | $1,485.00 |
| Committee Member/Professional Meetings & Comm | 11.9 | $9,145.50 |
| Debtor Professional and Client Meeting | 6.2 | $5,766.00 |
| Debtor/Lender Professional and Staff Meetings | 0.9 | $864.00 |
| DIP, Exit and Other Financing | 4.1 | $3,936.00 |
| Retention and Fee Applications | 7.5 | $4,177.50 |
| **Total** | **93.9** | **$66,754.50** |

## **Professional Summary – First Interim Compensation Period**

| Professional | Hourly Rate | Total Billed Hours | Total Fees |
|---|---|---|---|
| Joshua Nahas | $960.00 | 0.6 | $576.00 |
| Jordan Olsen | $495.00 | 50.3 | $24,898.50 |
| Rick Wright | $960.00 | 43.0 | $41,280.00 |
| **Total** | | **93.9** | **$66,754.50** |

Notes:

1) *Blended Hourly Rate: $805.00*