**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 22, 2026** |

**DECLARATION OF RICK WRIGHT IN SUPPORT OF FIRST INTERIM
APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM DECEMBER 11, 2025 THROUGH FEBRUARY 28, 2026**

I, Rick Wright, after being sworn according to law, deposes and says:

1. I am a Managing Director at the firm of Dundon Advisers LLC ("Dundon Advisers"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee").

2. I have read the foregoing *First Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 11, 2025 through February 28, 2026* and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the services rendered by

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

Dundon Advisers and am thoroughly familiar with all other work performed on behalf of the

Committee by the professionals at Dundon Advisers.

3.     In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and

Section 504 of the Title 11, United States Code, no agreement or understanding exists between

Dundon Advisers and any other person for the sharing of compensation to be received in

connection with the above-captioned case.

4.      I have reviewed the requirements of Local Rule 2016-1 of the United States

Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and

belief, this Application complies with Local Rule 2016-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated: June 2, 2026                              */s/ Rick Wright*
                                                 Rick Wright

2