**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| In Re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP, *et al*.,<br><br>        Debtors.[1] |

Chapter 11

Case No. 25-22123 (JSK)

(Jointly Administered)

**ORDER GRANTING FIRST INTERIM APPLICATION OF DUNDON ADVISERS LLC,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM DECEMBER 11, 2025 THROUGH FEBRUARY
<u>28, 2026</u>**

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**GRANTED**.

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

Page **2** of **3**
**Debtor:** *Port Elizabeth Terminal & Warehouse Corp.*
**Case No:** 25-22123 (JKS)
**Order:** *Order Granting First Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from December 11, 2025 through February 28, 2026.*

---

Upon the *First Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from December 11, 2025 through February 28, 2026.* (the "First Interim Fee Application") of Dundon Advisers LLC ("Dundon"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Port Elizabeth Terminal & Warehouse Corp. (the "Debtors"), for allowance of compensation and reimbursement of expenses for the interim period from December 11, 2025 through February 28, 2026 (the "First Interim Compensation Period"); and due and proper notice of the First Interim Fee Application having been provided; and it appearing that no other or further notice of the First Interim Fee Application is required; and it appearing that this Court has jurisdiction to consider the First Interim Fee Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey, entered July 23, 1984, and amended September 18, 2012 and June 6, 2025; and it appearing that venue is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED THAT:**

1. The First Interim Fee Application is **GRANTED** as set forth herein.

2. Dundon is hereby allowed interim compensation for services rendered to the Committee in the sum of $66,754.50 and reimbursement for costs incurred in the sum of $0.00 for the First Interim Compensation Period.

Page **3** of **3**

**Debtor:**  *Port Elizabeth Terminal & Warehouse Corp.*
**Case No:**  25-22123 (JKS)
**Order:**  *Order Granting First Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from December 11, 2025 through February 28, 2026.*

---

3.  The Debtors are hereby authorized and directed to pay Dundon the outstanding amount of such sums allowed pursuant to Paragraph 2 above within seven (7) days of the entry of this Order, which outstanding sum is $13,350.90.

4.  This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and implementation of this Order.