**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
          turner.falk@saul.com
          maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                    Debtors.[1]

Order Filed on June 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**ORDER FURTHER EXTENDING THE DEADLINE FOR THE DEBTORS TO
ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)**

The relief set forth on the following page numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: June 9, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:      Port Elizabeth Terminal & Warehouse Corp., *et al.*
Case No.      25-22123 (JKS)
Caption:      ORDER FURTHER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

AND NOW, upon consideration of the of the Debtors' Motion (the "Motion")[2] for entry of an order granting Debtors an extension, through and including September 10, 2026, of the statutory deadline for the Debtors to assume or reject the Real Property Leases; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby ORDERED and DECREED as follows:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the Assumption/Rejection Deadline is hereby extended through and including September 10, 2026.

3.      This Order shall be without prejudice to the rights of the Debtors and their estates to seek further extensions of the Assumption/Rejection Deadline with the consent of the affected lessors.

---

[2]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

57747955.4

Page 3

Debtors:        Port Elizabeth Terminal & Warehouse Corp., *et al.*
Case No.        25-22123 (JKS)
Caption:        ORDER FURTHER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

4.      Nothing contained herein shall be deemed to (a) authorize the assumption or rejection of any of the Real Property Leases or (b) determine whether any of the Real Property Leases or other agreements to which any of the Debtors is a party is an unexpired lease of nonresidential real property with the meaning of section 365(d) of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

57747955.4