## EXHIBIT B

### Summary by Timekeeper

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Stephen B. Ravin | 1979 | 35.6 | $930 | $33,108.00 |
| Turner N. Falk | 2014 | 82.6 | $545 | $45,017.00 |
| Mariam Khoudari | 2021 | 70.9 | $505 | $35,804.50 |
| Maxwell M. Hanamirian | 2024 | 120.3 | $380 | $45,714.00 |
| **TOTALS** | | **309.4** | | **$159,643.50** |

58001249.1