## **EXHIBIT D**

### **Summary of Compensation Requested by Project Category**

### **For the Period from February 1, 2026 Through April 30, 2026**

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Asset Disposition | 103.0 | $59,609.00 |
| 2. | Business Operations | 2.7 | $2,357.00 |
| 3. | Case Administration | 10.8 | $5,429.00 |
| 4. | Claims Analysis, Objections, Proofs of Claim | 3.8 | $2,109.50 |
| 5. | Committee Matters | 0.8 | $531.50 |
| 6. | Creditor Inquiries | 8.3 | $3,662.00 |
| 7. | Executory Contracts & Unexpired Leases | 45.7 | $23,523.00 |
| 8. | Fee/Employment Applications (Saul Ewing) | 27.2 | $13,046.00 |
| 9. | Fee/Employment Applications (Other Professionals) | 47.8 | $22,071.50 |
| 10. | Financing and Cash Collateral | 3.5 | $1,984.50 |
| 11. | Litigation: Contested Matters and Adversary Proceedings | 10.0 | $4,255.00 |
| 12. | Plan and Disclosure Statement | 1.2 | $556.00 |
| 13. | Preparation for and Attendance at Hearing | 2.6 | $1,136.50 |
| 14. | Relief from Stay and Adequate Protection | 20.4 | $9,081.50 |
| 15. | UST Reports, Meetings and Issues | 21.6 | $10,291.50 |
| | **Total:** | **309.4** | **$159,643.50** |

58001249.1