## EXHIBIT E

**Summary of Expense Reimbursement Requested by Category**

**For the Period from February 1, 2026 Through April 30, 2026**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Federal Express | $1,259.34 |
| Postage | $727.85 |
| Printing and Reproduction Charges | $4,681.37 |
| Westlaw Legal Research | $909.90 |
| **Total:** | $7,578.46 |

58001249.1