| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** *Caption in Compliance with D.N.J. LBR 9004-1(b)* **SAUL EWING LLP** Stephen B. Ravin, Esquire Turner N. Falk, Esquire Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) One Riverfront Plaza 1037 Raymond Blvd., Suite 1520 Newark, NJ 07102-5426 Telephone: (973) 286-6714 E-mail:   stephen.ravin@saul.com          turner.falk@saul.com          maxwell.hanamirian@saul.com  *Counsel to the Debtors and Debtors in Possession* | Chapter 11  Case No. 25-22123 (JKS)  (Jointly Administered) |
| In re:  PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,                                  Debtors.[1] | HEARING DATE:  **July 7, 2026 at 10:00 a.m. (ET)**  OBJECTION DEADLINE:  **June 30, 2026** |

## NOTICE OF SECOND INTERIM FEE APPLICATION OF CAMBRIDGE FINANCIAL SERVICES, LLC, FINANCIAL ADVISOR TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2026 TO APRIL 30, 2026

**PLEASE TAKE NOTICE** that in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order"), Cambridge Financial Services, LLC ("Cambridge"), financial advisor to the above-captioned

---

[1]      The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

debtors (the "Debtors"), has filed the attached interim fee application (the "Interim Fee Application") for the period from February 1, 2026 through April 30, 2026 with the United States Bankruptcy Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Monthly Fee Application shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by **June 30, 2026**.

Dated: June 16, 2026

**SAUL EWING LLP**

By:*/s/ Stephen B. Ravin*

Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
turner.falk@saul.com

-and-

Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
E-mail: maxwell.hanamirian@saul.com

*Counsel for Debtors and Debtors in Possession*

58003795.1