**EXHIBIT B**

**Summary by Timekeeper**

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Joseph Compitello, Financial Advisor | 10 years | 272.5 | $400.00 | $109,000.00 |
| Nicholas Jalowski, Financial Advisor | 40 years | 38.2 | $500.00 | $19,100.00 |
| **TOTALS** | | 310.7 | | $128,100.00 |

58003795.1