## EXHIBIT C

### Summary of Compensation Requested by Project Category

### For the Period from February 1, 2026 Through April 30, 2026

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 180.1 | $74,340.00 |
| 2. | Case Administration | 1.9 | $950.00 |
| 3. | Fee/Employment Applications | 5.0 | $2,500.00 |
| 4. | Financing and Cash Collateral | 2.9 | $1,450.00 |
| 5. | UST Reports, Meetings and Issues | 49.6 | $19,840.00 |
| 6. | Committee Matters | 71.2 | $29,020.00 |
|  | **Total:** | **310.7** | **$128,100.00** |

58003795.1