**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
          turner.falk@saul.com
          maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                            Debtors.[1]

## SECOND ACCOUNTANT FEE APPLICATION COVER SHEET
## FOR THE PERIOD OF FEBRUARY 1, 2026 THROUGH APRIL 30, 2026

| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Forvis Mazars, LLP |
|---|---|
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION**
**UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

[*Remainder of page left intentionally blank*]

---

[1]    The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

58010607.1

**RETENTION ORDER ATTACHED.**

By:*/s/ Sofia Cordero*                June 16, 2026

Sofia Cordero

58010607.1

## SECTION I
## FEE SUMMARY

__ Monthly Fee Statement No. __ , _X_ Interim Fee Application No. _2_, or ___ Final Fee Application

|  | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | $472,067.27 | $2,580.20 |
| Total Fees Allowed to Date: | $355,582.33 | $2,080.20 |
| Total Holdback (If Applicable) | $50,623.38 | $0.00 |
| Total Received by Applicant | $355,582.33 | $2,080.20 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Juan Angel, Associate | 1 | 63.7 | $115.50 | $7,363.13 |
| Regine Alexis, Tax Processing Specialist | 13 | 0.5 | $225.75 | $112.88 |
| Nekesha Anthony, Senior Consultant | 4 | 1.25 | $430.50 | $538.11 |
| Hilary Celis, Senior | 4 | 43.7 | $336.00 | $14,713.13 |
| Sofia Cordero, Partner | 13 | 77.5 | $824.25 | $64,509.38 |
| Brendan Cronin, Senior Manager | 15 | 35.7 | $577.50 | $20,634.08 |
| Stephanie Dietz, Tax Processing Manager | 23 | 0.3 | $362.30 | $90.54 |
| Kevin Hamernik, Partner | 33 | 49.1 | $729.75 | $35,757.76 |
| Megan K. Hartwig, Consultant | 2 | 0.5 | $346.50 | $155.93 |
| Barbara Keegan, Tax Processing Specialist | 25 | 0.3 | $225.75 | $56.44 |
| Maduka Kiriella, Senior | 5 | 34.3 | $378.00 | $12,946.50 |
| Andrew Lendrum, Senior Manager | 10 | 1.2 | $603.75 | $754.69 |
| Antonio Mejia, Senior | 3 | 160.8 | $115.50 | $18,566.63 |
| Edgar Nava, Associate | 2 | 5.25 | $115.50 | $606.38 |

3

58010607.1

| | | | | |
|---|---|---|---|---|
| Nahomi Rosas, Associate | 3 | 15.0 | $115.50 | $1,732.50 |
| Coleen Reinknecht, Administrative Assistant | 20 | 0.3 | $225.75 | $56.44 |
| Paru Shah, Senior Manager | 19 | 24.1 | $598.50 | $14,408.64 |
| William M. Sheridan, Tax Manager | 8 | 25.5 | $515.00 | $13,119.75 |
| Edward Unkles, Manager | 10 | 96.3 | $488.25 | $46,994.03 |
| **TOTALS** | | 635.3 | | $253,116.94 |

| | |
|---|---|
| **Fee Totals** | **$253,116.94** |
| **Minus 50% for Non-Working Travel** | **$0.00** |
| **Grand Fee Total** | **$253,116.94** |
| **Expense Totals** | **$2,580.20** |
| **Total** | **$254,197.14** |

[*Remainder of page left intentionally blank*]

4

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 410.3 | $134,496.86 |
| 2. | Fee/Employment Applications (Other Professionals) | 19.8 | $11,964.23 |
| 3. | UST Reports, Meetings and Issues | 172.1 | $85,222.72 |
| 4. | Asset Disposition | 33.1 | $21,433.13 |
| | **Total:** | **635.3** | **$253,116.94** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Data room Access | $2,500.00 |
| Pacer Access | $80.20 |
| **Total:** | **$2,580.20** |

[*Remainder of page left intentionally blank*]

58010607.1

**SECTION IV**
**CASE HISTORY**

| Date case filed: | November 14, 2025 |
|---|---|
| Chapter under which case commenced: | Chapter 11 |
| Date of Retention: | *See Order Authorizing Retention of Forvis Mazars, LLP Effective as of November 14, 2025* [D.I. 69] attached hereto as **Exhibit A**. |
| Summarize in brief the benefits to the estate and attach supplements as needed: | *See* narrative portion of the fee application. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 71 | 11/14/25-11/30/25 | $25,394.62 | $0.00 | $25,394.62 | $0.00 | $0.00 |
| 150 | 12/1/25-12/30/25 | $108,764.27 | $0.00 | $108,764.27 | $0.00 | $0.00 |
| 176 | 1/1/2026-1/31/2026 | $84,791.44 | $0.00 | $84,791.44 | $0.00 | $0.00 |
| 221 | 2/1/2026-2/28/2026 | $87,566.33 | $1,500.00 | $70,053.06 | $1,500.00 | $17,513.27 |
| 260 | 3/1/2026-3/31/2026 | $82,498.50 | $580.20 | $65,998.80 | $580.20 | $16,499.70 |
| 287 | 4/1/2026-4/30/2026 | $83,052.11 | $500.00 | $0.00 | $0.00 | $83,552.11 |
| **Totals:** | | $472,067.27 | $2,580.20 | $355,582.33 | $2,080.20 | $117,565.08 |

[*Remainder of page left intentionally blank*]

58010607.1