## EXHIBIT B

## Summary by Timekeeper

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Juan Angel, Associate | 1 | 63.7 | $115.50 | $7,363.13 |
| Regine Alexis, Tax Processing Specialist | 13 | 0.5 | $225.75 | $112.88 |
| Nekesha Anthony, Senior Consultant | 4 | 1.25 | $430.50 | $538.11 |
| Hilary Celis, Senior | 4 | 43.7 | $336.00 | $14,713.13 |
| Sofia Cordero, Partner | 13 | 77.5 | $824.25 | $64,509.38 |
| Brendan Cronin, Senior Manager | 15 | 35.7 | $577.50 | $20,634.08 |
| Stephanie Dietz, Tax Processing Manager | 23 | 0.3 | $362.30 | $90.54 |
| Kevin Hamernik, Partner | 33 | 49.1 | $729.75 | $35,757.76 |
| Megan K. Hartwig, Consultant | 2 | 0.5 | $346.50 | $155.93 |
| Barbara Keegan, Tax Processing Specialist | 25 | 0.3 | $225.75 | $56.44 |
| Maduka Kiriella, Senior | 5 | 34.3 | $378.00 | $12,946.50 |
| Andrew Lendrum, Senior Manager | 10 | 1.2 | $603.75 | $754.69 |
| Antonio Mejia, Senior | 3 | 160.8 | $115.50 | $18,566.63 |
| Edgar Nava, Associate | 2 | 5.25 | $115.50 | $606.38 |
| Nahomi Rosas, Associate | 3 | 15.0 | $115.50 | $1,732.50 |
| Coleen Reinknecht, Administrative Assistant | 20 | 0.3 | $225.75 | $56.44 |
| Paru Shah, Senior Manager | 19 | 24.1 | $598.50 | $14,408.64 |
| William M. Sheridan, Tax Manager | 8 | 25.5 | $515.00 | $13,119.75 |

58010607.1

| | | | | |
|---|---|---|---|---|
| Edward Unkles, Manager | 10 | 96.3 | $488.25 | $46,994.03 |
| **TOTALS** | | 635.3 | | $253,116.94 |

58010607.1