**<u>EXHIBIT C</u>**

**Summary of Compensation Requested by Project Category**

**For the Period from February 1, 2026 Through April 30, 2026**

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 410.3 | $134,496.86 |
| 2. | Fee/Employment Applications (Other Professionals) | 19.8 | $11,964.23 |
| 3. | UST Reports, Meetings and Issues | 172.1 | $85,222.72 |
| 4. | Asset Disposition | 33.1 | $21,433.13 |
| | **Total:** | **635.3** | **$253,116.94** |

58010607.1