## EXHIBIT D

**Summary of Expense Reimbursement Requested by Category**

**For the Period from February 1, 2026 Through April 30, 2026**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Data room Access | $2,500.00 |
| Pacer Access | $80.20 |
| **Total:** | **$2,580.20** |

58010607.1