## EXHIBIT D

### Summary of Compensation Requested by Project Category

### For the Period from February 1, 2026 through April 30, 2026

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Employee Benefits and Pensions | 6.6 | $4,125.00 |
| | **Total:** | **6.6** | **$4,125.00** |

57960215.2