## EXHIBIT E

**Summary of Expense Reimbursement Requested by Category**

**For the Period from February 1, 2026 through April 30, 2026**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| N/A | $0.00 |
| **Total:** | $0.00 |

57960215.2