## EXHIBIT F

### Scopelitis Budget and Staffing Plans for
### February 1, 2026 through April 30, 2026

### February 2026

- Budgeted amount: $1,500.00 (actual fees were $1,062.50)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 1 | $325 per hour to $675 per hour |
| Counsel | 0 | N/A |
| Associate | 0 | $245 per hour to $425 per hour |
| Paraprofessional | 0 | $125 per hour to $175 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |

### March 2026

- Budgeted amount: $1,500.00 (actual fees were $250.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 1 | $325 per hour to $675 per hour |
| Counsel | 0 | N/A |
| Associate | 0 | $245 per hour to $425 per hour |
| Paraprofessional | 0 | $125 per hour to $175 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |

### April 2026

- Budgeted amount: $3,000.00 (actual fees were $2,812.50)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 1 | $325 per hour to $695 per hour |
| Counsel | 0 | N/A |
| Associate | 0 | $265 per hour to $495 per hour |

57960215.2

| Paraprofessional | 0 | $125 per hour to $180 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |

57960215.2