## EXHIBIT B

### Summary by Timekeeper

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Charles J. Wilkes | 2011 | 3.8 | $450.00 | $1,710.00 |
| Sean Callahan | 2005 | 38.9 | $450.00 | $17,505.00 |
| Anthony Passela | 2023 | 4.7 | $300.00 | $1,410.00 |
| Mia Lobozzo | N/A | 0.4 | $250.00 | $100.00 |
| Klaudia Maslowska | N/A | 1.6 | $125.00 | $200.00 |
| TOTAL | | 49.4 | | $20,925.00 |

57963711.1