## EXHIBIT D

### Summary of Compensation Requested by Project Category

### For the Period from February 1, 2026 through April 30, 2026

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|-----|------------------|--------------------|--------------------|
| 1. | Real Estate | 49.4 | $20,925.00 |
| | **Total:** | **49.4** | **$20,925.00** |

57963711.1