## EXHIBIT E

**Summary of Expense Reimbursement Requested by Category**

**For the Period from February 1, 2026 through April 30, 2026**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Asset Search | $2,800.00 |
| Filing Fees | $35.00 |
| **Total:** | $2,835.00 |

57963711.1