## EXHIBIT F

## Murphy Budget and Staffing Plans for
## February 1, 2026 through April 30, 2026

### February 2026

- Budgeted amount: $6,500.00 (actual fees were $8,970.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 2 | $450 per hour to $650 per hour |
| Counsel | 0 | $350 per hour to $450 per hour |
| Associate | 1 | $250 per hour to $350 per hour |
| Paraprofessional | 0 | $125 per hour to $250 per hour |

### March 2026

- Budgeted amount: $6,500.00 (actual fees were $7,335.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 2 | $450 per hour to $650 per hour |
| Counsel | 0 | $350 per hour to $450 per hour |
| Associate | 0 | $250 per hour to $350 per hour |
| Paraprofessional | 2 | $125 per hour to $250 per hour |

### April 2026

- Budgeted amount: $6,500.00 (actual fees were $4,620.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 1 | $450 per hour to $650 per hour |
| Counsel | 0 | $350 per hour to $450 per hour |
| Associate | 1 | $250 per hour to $350 per hour |
| Paraprofessional | 1 | $125 per hour to $250 per hour |

57963711.1