| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>              turner.falk@saul.com<br>              maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                        Debtors.[1] | HEARING DATE:<br><br>**July 16, 2026 at 10:00 a.m. (ET)**<br><br>OBJECTION DEADLINE:<br><br>**July 6, 2026** |

### AMENDED NOTICE OF SECOND INTERIM FEE APPLICATION OF SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C., SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2026 THROUGH APRIL 30, 2026

**PLEASE TAKE NOTICE** that on **July 16, 2026 at 10:00 a.m. (Eastern Time),** or as

soon thereafter as counsel may be heard, the above-captioned debtors (the "Debtors"), by and

through their undersigned counsel will move before the Honorable John K. Sherwood, United

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

58108816.1

States Bankruptcy Judge for the District of New Jersey, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, Courtroom 3D, for entry of an order, substantially in the form submitted herewith, seeking approval of the attached interim fee application (the "Interim Fee Application") for professional services rendered by Scopelitis, Garvin, Light, Hanson & Feary, P.C. ("Scopelitis"), special counsel to the Debtors, for the period from February 1, 2026 through April 30, 2026, in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order").

   **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Interim Fee Application shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by **July 6, 2026**.

Dated: June 18, 2026                 **SAUL EWING LLP**


                 By:*/s/ Stephen B. Ravin*
                     Stephen B. Ravin, Esquire
                     Turner N. Falk, Esquire
                     One Riverfront Plaza
                     1037 Raymond Blvd., Suite 1520
                     Newark, NJ 07102-5426
                     Telephone: (973) 286-6714
                     E-mail:stephen.ravin@saul.com
                         turner.falk@saul.com

                     -and-

                     Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
                     1735 Market Street, Suite 3400
                     Philadelphia, PA 19103-7504
                     E-mail: maxwell.hanamirian@saul.com

                     *Counsel for Debtors and Debtors in Possession*

2

58108816.1