**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**SAUL EWING LLP**

Stephen B. Ravin, Esquire

Turner N. Falk, Esquire

One Riverfront Plaza

1037 Raymond Blvd., Suite 1520

Newark, NJ 07102-5426

Telephone: (973) 286-6714

E-mail:   stephen.ravin@saul.com
          turner.falk@saul.com

*Counsel to the Debtors and Debtors in Possession*

|  |  |
|---|---|
| In re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, | Case No. 25-22123 (JKS) |
|  | (Jointly Administered) |
| Debtors.[1] |  |

## CERTIFICATION OF SERVICE

1.     I, <u>Stephen B. Ravin</u>:

☒    represent the <u>Debtors</u> in this matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in this matter.

☐ am the _____ in this case and am representing myself.

2.     On <u>June 18, 2026</u>, I sent a copy of the following to the parties listed in the chart below

Interim Fee Application of Murphy Schiller & Wilkes LLP, Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period of February 1, 2026 Through April 30, 2026;

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57332304.1

3.      I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.


Dated: June 18, 2026                        /s/ *Stephen B. Ravin*
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| United States Trustee<br>Office of the United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| David Gerardi<br>DOJ-Ust<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | Counsel to U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| SAUL EWING LLP<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426 | Proposed Attorneys Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Port Elizabeth Terminal & Warehouse, Corp.; P. Judge & Sons, Inc.; Amex Shipping Agent, Inc.; The Judge Organization, LLC; P. Judge & Sons Trucking, LLC; and Judge Warehousing, LLC 13<br>Manor Road<br>East Rutherford, NJ 07073 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| First Business Specialty Finance, LLC<br>2400 E. Devon Avenue, Suite 211<br>Des Plaines, IL 60018 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Laurie A. Martin Montplaisir<br>Krieg DeVault LLP<br>200 S. Wacker Drive Suite 600<br>Chicago, IL 60606<br>Email: lmontplaisir@kdlegal.com | Counsel to First Business Specialty Finance, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Seth Ptasiewicz<br>Kroll Heineman Ptasiewicz & Parsons, LLC<br>99 Wood Avenue South<br>Suite 307<br>Iselin, NJ 07726 | Counsel to Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Ilana Volkov<br>McGrail & Bensinger LLP<br>888-C 8th Avenue #107<br>New York, NY 10019 | Counsel to Hartz Elizabeth, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF (L.B.R. 5005-1)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Thomas Michael Walsh<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Counsel to Chiesa Shahinian & Giantomasi PC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| John S. Mairo, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Attn: David Weissman<br>F. Greek Bristol Properties, LP<br>1 Kimberly Road, Suite 105<br>East Brunswick, NJ 08816 | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Seagis East Rutherford, LLC<br>100 Front St., Suite 1100<br>Conshohocken, PA 19428<br>Attn: Steven Pron | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ryder Transportation Services<br>2333 Ponce De Leon Blvd.<br>Coral Gables, FL 33134<br>Attn: Michael Mandell, Chairperson | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| F. Greek Bristol Properties, LP<br>1 Kimberly Road, Suite 105<br>East Brunswick, NJ 08816<br>Attn: David Weissman | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| DWS<br>100 Summer St., Suite 800<br>Boston, MA 02110<br>Attn: Dave Crane | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David H. Stein<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 | Counsel to F. Greek Bristol Properties, L.P. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Robert M. Kline<br>Wright Law Group, PLLC<br>228 Park Ave S<br>Pmb 84356<br>New York, NY 10003-1502 | Counsel to Auxilior Capital Partners, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Rebecca K. McDowell<br>Thomas B. O'Connell<br>Saldutti Law Group<br>1040 Kings Highway North<br>Suite 100<br>Cherry Hill, NJ 08034 | Counsel to Eastern Lift Truck Co Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Robert Malone<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Kyle McEvilly<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Amanda R Simone<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Brett S. Theisen<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102-5310 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Christopher P. Anton<br>FBT Gibbons LLP<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Weltman, Weinberg & Reis Co.<br>Attn: Garry Masterson<br>5990 West Creek Rd<br>Suite 200<br>Independence, OH 44131 | Agent to First Citizens Bank & Trust Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| City of Philadelphia Law Department<br>Tax Litigation & Collections Unit<br>1401 JFK Blvd., 5th Floor, Room 580<br>Philadelphia, PA 19102-1595 | Taxing Authority | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Dundon Advisers LLC<br>Ten Bank Street<br>Suite 1100<br>White Plains, NY 10606 | Other Professional | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Joseph Casello<br>Collins, Vella & Casello<br>2430 Route 34 B12<br>Manasquan, NJ 08736 | Counsel to Yancey Bros., Co. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Pamela Elchert Thurmond<br>City of Philadelphia<br>1401 John F. Kennedy Blvd.<br>Room 580<br>Philadelphia, PA 19102 | Counsel to The City of Philadelphia | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| James F. Moscagiuri<br>Lavery, Selvaggi, Abromitis & Cohen<br>1500 Rte 517<br>Hackettstown, NJ 07840 | Counsel to Andy M. Castillo | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Eric M. Ferrante<br>Nixon Peabody LLP<br>211 High Point Drive<br>Suite 110<br>Victor, NY 14564-1061 | Counsel to Constellation Brands, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |