Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–22123–JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Port Elizabeth Terminal & Warehouse
Corp.
13 Manor Road
East Rutherford, NJ 07073

Amex Shipping Agent, Inc.
13 Manor Road
East Rutherford, NJ 07073

Social Security No.:

Employer's Tax I.D. No.:
22–2056485                                    22–2014699

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       7/16/26
Time:       10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Cambridge Financial Services, LLC, Other Professional

COMMISSION OR FEES
$128,100.00

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Case 25-22123-JKS   Doc 332   Filed 06/24/26   Entered 06/25/26 00:25:05   Desc
Imaged Certificate of Notice   Page 2 of 13

Dated: June 22, 2026
JAN: isd

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-22123-JKS

Port Elizabeth Terminal & Warehouse Corp Chapter 11

Amex Shipping Agent, Inc.

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 11 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: 137 | Total Noticed: 257 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amex Shipping Agent, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Judge Warehousing, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons Trucking, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Port Elizabeth Terminal & Warehouse Corp., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | The Judge Organization, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| aty | + | FBT Gibbons, One Gateway Center, Newark, NJ 07102-5310 |
| aty | | Maxwell M. Hanamirian, Saul Ewing, LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186 |
| aty | + | Murphy Schiller & Wilkes LLP, One Gateway Center, Suite 4200, Newark, NJ 07102-5310 |
| aty | + | Saul Ewing LLP, 1037 Raymond Boulevard, Suite 1520, Newark, NJ 07102-5423 |
| aty | + | Saul Ewing LLP, One Riverfront Blvd. Suite 1520, Newark, NJ 07102-5401 |
| aty | + | Thomas T. McClendon, Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308-1414 |
| op | + | Cambridge Financial Services, LLC, Raritan Plaza III, 105 Fieldcrest Avenue, Suite 302, Edison, NJ 08837-3628 |
| intp | + | Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, NJ 07068-1644 |
| op | #+ | Dundon Advisers LLC, Ten Bank Street, Suite 1100, White Plains, NY 10606-1948 |
| cr | + | F. Greek Bristol Properties, L.P., c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| acc | + | Forvis Mazars, LLP, 200 South Wood Avenue, Suite 125, Iselin, NJ 08830-2773 |
| cr | | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, Tax Litigation & Collections Unit, PHILADELPHIA, PA 19102 UNITED STATES |
| sp | + | Scopelitis, Garvin, Light, Hanson and Feary, P.C, 30 West Monroe Street, Suite 1600, Chicago, IL 60603-2418 |
| 520945251 | + | A-1 Quality Logistical Solutions, 3055 Blue Rock Road, Cincinnati, OH 45239-6302 |
| 520882312 | + | AGCS Marine Insurance Company, 30 Congress Street, Suite 101, Saint Albans, VT 05478-1745 |
| 520882313 | + | AGCS Marine Insurance Company (Allianz), 225 W. Washington Street, Suite 1800, Chicago, IL 60606-3458 |
| 520882314 | + | AIG Home-Bristol, 2 PIERCE PL, SUITE 2100, Itasca, IL 60143-1203 |
| 520882315 | | AIG Property Casualty Company, 1271 Ave of the Americas, Floor 41, Chicago, IL 60606 |
| 520973166 | + | AIT Home Delivery, LLC, 2 Pierce Place, Suite 2100, Attn: Timothy J. Nalepka, Itasca, IL 60143-1203 |
| 520882321 | + | ANGEL'S PAVING & CONCRETE CORP., 751 GREIR AVE, ELIZABETH, NJ 07202-2522 |
| 520882322 | | ANTHEM PROPANE EXCHANGE, LLC, PO BOX 981045, BOSTON, MA 02298-1045 |
| 520882329 | | ARGOS SOFTWARE, PO Box 83409, Chicago, IL 60691-3409 |
| 520882332 | + | ATLANTIC INDUSTRIAL SUPPLY, 32 W CHATHAM CT, GARDEN CITY, GA 31408-3051 |
| 520882333 | + | ATLANTIC WASTE SERVICES, 125 B PINE MEADOW DRIVE, POOLER, GA 31322-9354 |
| 520882317 | + | Allianz Global Risks US Insurance Compan, 225 West Washington Street, Suite 2000, Chicago, IL 60606-3484 |
| 520926519 | + | Andrew B. Glaab, Cohn & Dussi, LLC, 255 State Street Suite 7B, Boston, MA 02109-2613 |
| 520882336 | + | BARCLAY BRAND FERDON, P.O. BOX 341, S. PLAINFIELD, NJ 07080-0341 |
| 520882337 | + | BENEFIT TAX LINK, 122 PARISH DRIVE, WAYNE, NJ 07470-6000 |
| 520882339 | | BESTPASS, INC., 826 WASHINGTON AVENUE, ALBANY, NY 12203 |
| 520882340 | + | BLACK KNIGHT PUBLISHING, 1901 BELMONT LANE, NORTH LAUDERDALE, FL 33068-4287 |
| 520882345 | + | BRIAN WYNNE, 166 PINE HILL ROAD, NASHUA, NH 03063-2816 |
| 520882346 | + | BRISTOL TOWNSHIP, BRISTOL TOWNSHIP BUILDING, 2501 BATH ROAD, BRISTOL, PA 19007-2150 |

District/off: 0312-2 | User: admin | Page 2 of 11
Date Rcvd: Jun 22, 2026 | Form ID: 137 | Total Noticed: 257

520882347 + C&C MAINTENANCE, 700 WATERMARK BLVD, MT. PLEASANT, SC 29464-5729
520882348 + C. DENTE TOWING & TRUCKING INC., 27 RAYMOND BLVD, NEWARK, NJ 07105-4732
520882349 + CAMBRIDGE FINANCIAL SERVICES, 105 FIELDCREST AVENUE, SUITE 506, EDISON, NJ 08837-3649
520882352   CAROLINA CASUALTY, PO BOX 639938, CINCINNATI, OH 45263-9938
520882359 + CIESA SHAHINIAN & GIANTOMASI PC, 105 EISENHOWER PARKWAY, ROSELAND, NJ 07068-1644
520882360   CINTAS #237, CINTAS CORPORATION LOC.237, PO BOX 631025, CINCINNATI, OH 45263-1025
520882362   COASTAL INDUSTRIAL EQUIPMENT LLC, 1121 uemac rd., JACKSONVILLE, FL 32254-2793
520882365   CONSOLIDATED CHASSIS MANAGEMENT LLC, PO BOX 737533, DALLAS, TX 75373-7533
520882367   CULLIGAN QUENCH, PO BOX 735777, DALLAS, TX 75373-5777
520882354 + Century Finance, LLC, PO BOX 589, Memphis, TN 38101-0589
520882361 + City of Savannah, 132 E. Broughton Street, PO Box 1968, Savannah, GA 31402-1968
521056452 + Constellation Brands, Inc, NIXON PEABODY LLP, Richard C. Pedone, Exchange Place, 53 State Street Boston, MA 02109-2820
521056453 + Constellation Brands, Inc, NIXON PEABODY LLP, Daniel P. McMonagle, 55 West 46th Street, New York, NY 10036-4277
521056451 + Constellation Brands, Inc, NIXON PEABODY LLP, Eric M. Ferrante, 211 High Point Drive, Suite 110, Victor, NY 14564-1067
520882377   DIRECT CHASSISLINK, PO BOX 603061, Charlotte, NC 28260-3061
520882381 + DORSEY TIRE COMPANY, ATTN: AR DEPARTMENT, PO BOX 1387, SAVANNAH, GA 31402-1387
520882382 + EAST COAST DOCK & DOOR, 345 HIGHWAY 9 SOUTH, SUITE # 266, MANALAPAN, NJ 07726-3241
520882383 + EASTERN LIFT TRUCK CO., INC., P.O. BOX 307, MAPLE SHADE, NJ 08052-0307
520882387 + ELLIS PAINTER RATTERREE & ADAMS LLP, P.O. BOX 9946, SAVANNAH, GA 31412-0146
520882392   EXPRESS EMPLOYMENT PROFESSIONALS, P.O. BOX 945434, ATLANTA, GA 30394-5434
520882388 + Endurance American Specialty Insurance, Great Lakes General Agency Inc, 761 BETA DR Suite V, Cleveland, OH 44143-2329
520882389 + Endurance American Specialty Insurance C, 761 BETA Drive, Suite V, Cleveland, OH 44143-2329
520882393   Express Services, Inc, P.O. Box 945434, Atlanta, GA 30394-5434
520882394 + F&S TIRE CORP., INC, 58 BRUNSWICK AVENUE, EDISON, NJ 08817-2513
520882395 + F. GREEK BRISTOL PROPERTIES, L.P., 1 KIMBRELY ROAD, Suite 105, East Brunswick, NJ 08816-2035
520955418 + F. Greek Bristol Properties, L.P., c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, B, Woodbridge, NJ 07095-1146, Attn: David H. Stein, Esq.
520953794 + FIRST CITIZENS BANK & TRUST COMPANY, Weltman, Weinberg & Reis Co. LPA, GARRY MASTERSON, Agent for Creditor, 5990 WEST CREEK RD, SUITE 200, INDEPENDENCE, OH 44131-2191
520882405   FORTA, LLC, PO BOX 735324, CHICAGO, IL 60673-5324
520882402 + First Business Growth Funding,, a div. of First Business Capital Corp., 2400 East Devon Ave., Des Plaines, IL 60018-4619
520882403 + First Business Specialty Finance, LLC, Laurie A. Martin Montplaisir, Krieg DeVault LLP, 200 S. Wacker Drive Suite 600, Chicago, IL 60606-5849
520882414 + GLC Jersey City LLC, C/O GOOD MAN NORTH AMERICA MANAGEMENT LL, 3333 MICHELSON DRIVE, SUITE 1050, Irvine, CA 92612-1606
520882417   GREAT AMERICAN INSURANCE CO., PO BOX 89400, SPECIALITY ACCOUNTING, CLEVELAND, OH 44101-6400
520882416 + Great American Alliance Insurance Compan, 301 East 4th Street, Cincinnati, OH 45202-4245
520956222 + Great American Alliance Insurance Company, c/o Joseph E. Lehnert, Esq., KMK Law, 1 E 4th St. Ste. 1400, Cincinnati, OH 45202-3708
520882418 + Greek Real Estate Properties, 1 Kimberly Road, Suite 105, East Brunswick, NJ 08816-2035
520882421 + HALE TRAILER BRAKE & WHEEL, INC., PO BOX 1400, VOORHEES, NJ 08043-7400
520882424   HARTZ ELIZABETH, INC., 500 Plaza Drive - P.O. Box 1515, Secaucus, NJ 07096-1515
520882426 + HILL RIVLINS LLP, 45 BROADWAY, SUITE 1500, NEW YORK, NY 10006-3007
520882427   HIRERIGHT SOLUTIONS INC., PO BOX 847891, DALLAS, TX 75284-7891
520882428 + HYG FINANCIAL SERVICES, INC., PO Box 35701, Billings, MT 59107-5701
520882422   Harco National Insurance Company Foray, 3060 Peachtree Rd Suite 300, Brooks, GA 30205
520882423 + Hartwell Insurance Company, 1222 Demonbreun Street, Suite 1201, Nashville, TN 37203-6497
520882429   INTEGRITY STAFFING SOLUTIONS, PO BOX 713870, PHILADELPHIA, PA 19171-3870
520882431   J.J. Keller & Associates Inc., PO Box 735492, Chicago, IL 60673-5492
520882432 + J.R. TRUCK STOP, INC., PO BOX 185, Thorofare, NJ 08086-0185
520882440 + JOHNNY ICEMAN TRUCKING, PO BOX 7073, NORTH ARLINGTON, NJ 07031-7073
520882444 + JOS. A MAJKA & SONS, INC., PO BOX 783, CLIFTON, NJ 07015-0783
520882457   JUDGE WAREHOUSING, LLC, 400 Expansion Blvd, Chattanooga, TN 37401
520955482 + Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308-1414
520882460 + KEY MATERIAL HANDLING, 4606 THIRD AVENUE, BROOKLYN, NY 11220-1034
520882464 + LAROE, WINN, MOERMAN & DONOVAN, 1250 CONNECTICUT AVENUE, NW, SUITE 200, WASHINGTON, DC 20036-2643
520882468   LeaseCrunch LLC, PO Box 201610, Dallas, TX 75320-1610
521071490 + Logistics One Brokerage, Inc., 33 Cady Hill Blvd, Saratoga Springs, NY 12866-9047
520882475   MARLIN LEASING CORPORATION, PO BOX 13604, PHILADELPHIA, PA 19101-3604
520882477 + MASIS STAFFING, PO BOX 823473, Philadelphia, PA 19182-3473
520882482 + MAZARS USA LLP, 60 CROSSWAYS PARK DRIVE WEST, SUITE 301, WOODBURY, NY 11797-2018
520882483 + MCCABES EAST COAST FORKLIFTS LLC, 221 CREEK ROAD, BELLWARW, NJ 08031-2044
520882486 + MEDITERRANEAN SHIPPING COMPANY (USA) INC, PER DIEM DEPT, 700 WATERMARK BLVD, MT. PLEASANT, SC 29464-5729
520882491 + MIKE MORROW, 316 PROSPECT AVE, CRANFORD, NJ 07016-2349

District/off: 0312-2      User: admin      Page 3 of 11

Date Rcvd: Jun 22, 2026      Form ID: 137      Total Noticed: 257

520882492    +   MILESTONE EQUIPMENT COMPANY, PO BOX 205589, Dallas, TX 75320-5589

520948843    +   Mark A. Gilbert, Coleman Talley LLP, 109 S Ashley Street, Valdosta, GA 31601-5601

520882476    +   Marshcat LLC, 743 Harbor View Rd., Charleston, SC 29412-5004

520882478    +   Massachusetts Department of Revenue, 100 Cambridge Street, Boston, MA 02204-0001

520882485    +   Med One Capital Funding, LLC, 10712 S. 1300 E., Sandy, UT 84094-5094

520957373    +   Med One Capital Funding, LLC, Ray Quinney Nebeker P.C., Attn: David Leigh, Esq., 36 South State Street, Suite 1400, Salt Lake City, UT 84111-1451

520882502      NEWLANE FINANCE COMPANY, PO BOX 63044, NEWARK, NJ 07101-8065

520882504      NJ E-ZPASS VIOLATION PROC. CTR, P.O. BOX 52005, NEWARK, NJ 07101-8205

520882505      NJ PENSION PLAN, LOCAL 1518 RETIREMENT FUND, Haledon, NJ 07508

520882506    +   NORFOLK SOUTHERN RAILWAY, 650 W. Peachtree St NW, Atlanta, GA 30308-1925

520882507    +   NORTH AMERICAN CHASSIS POOL, 525 Royal Parkway, #290069, Nashville, TN 37229-4003

520882508    +   NORTH NJ TEAMSTERS BEN.PLAN, 810 BELMONT AVE., NORTH HALEDON,, NJ 07508-2357

520882496    +   National Union Fire Insur. Co./PA, 1271 Ave of the Americas FL 41, New York, NY 10020-1304

520882497    +   National Union Fire Insurance Company, 1271 Ave of the Americas, Floor 41, New York, NY 10020-1304

520882501    +   New York State Department of Taxation an, Harriman Campus Rd, Albany, NY 12227-0001

520950008    +   Northern New Jersey Teamsters Benefit Plan, c/o Kroll Heineman Ptasiewicz & Parsons,, 91 Fieldcrest Avenue, Suite 35, Edison, New Jersey 08837-3662

520882510      OCCUPATIONAL HEALTH CENTERS OF NEW JERSE, PO BOX 8750, ELKRIDGE, MD 21075-8750

520882511    +   ONTARIO CREDIT CORPORATION, 6730 VIP Parkway, Syracuse, NY 13211-7326

520922690      Official Committee of Unsecured Creditors, Brett S. Theisen, Esq., GIBBONS P.C., One Pennsylvania Plaza, 45th Fl., Suite 4515 New York, New York 10119

520940995    +   Our Three Z's Inc, Maslon LLP, Attn: Amy Swedberg, 225 South Sixth Street, Suite 2900, Minneapolis, MN 55402-4609

520882512    +   P JUDGE AND SONS, 201 A EXPORT ST, PORT NEWARK, NJ 07114-3242

520882513    +   PALLETS-R-US, INC., 555 WOODSIDE AVENUE, BELLPORT, NY 11713-1220

520882516    +   PASHMAN STEIN, PC, COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 200, HACKENSACK, NJ 07601-7021

520882522    +   PENN JERSEY DIESEL & TRAILER, 2950 STATE ROAD, BENSALEM, PA 19020-7318

520882525    +   PHOENIX TRANSLOAD SERVICES, PO BOX 2941, RICHMOND HILL, GA 31324-2941

520882527      PINTO SERVICE, INC., PO BOX 554744, DETROIT, MI 48255-4744

520882528      PITNEY BOWES CREDIT CORP, PO BOX 981039, BOSTON, MA 02298-1039

520882529      PRAXAIR DISTRIBUTION, INC., PO BOX 382000, PITTSBURGH, PA 15250-8000

520882530    +   PRIME PACKAGING CORP., 1290 METROPLOITAN AVENUE, BROOKLYN, NY 11237-1104

520882531      PRINCIPAL LIFE INSURANCE COMPANY, PO BOX 77202, MINNEAPOLIS, MN 55480-7200

520882534      PSE&G, P.O. Box 14104, New Brunswick, NJ 08906-4444

520882523    +   Pennsylvania Department of Revenue, PO Box 280507, Harrisburg, PA 17128-0507

520882526    +   Pinnacle Business Funding LLC, d/b/a AEC GAP Capital,, One Metrotech Center, Brooklyn, NY 11201-3948

520980232    +   Prime Packaging Corp, Coface North America Insurance Company, 600 College Road East, Suite 1110, Princeton, NJ 08540-6880

520882532    +   Prologis Logistics Real Estate, 1800 WAZEE STREET, SUITE 500, Denver, CO 80202-2526

520882536      QUICK BASE JUNKIE, PO BOX 734227, CHICAGO, IL 60673-4227

520882540    +   RELIANCE PARTNERS LLC, 605 CHESTNUT ST, SUITE 800, CHATTANOOGA, TN 37450-5507

520882542      RENAISSANCE CAPITAL ALLIANCE, PO BOX 18065, COLUMBUS, OH 43218-0065

520882544    +   RESOLUTE, 5020 HIGHWAY 11 SOUTH, CALHOUN, TN 37309-5248

520882549    +   RICHIE'S TIRE SERVICE, 107 EGEL AVENUE, MIDDLESEX, NJ 08846-2505

520882560    +   RREEF AMERICA REIT CORP YYY, 3333 MICHELSON DRIVE, SUITE 1050, Irvine, CA 92612-1606

520955404    +   RREEF America REIT II Corp. YYY, Miles & Stockbridge P.C., Attn: Catherine Harrington, 915 Meeting Street, Suite 1110, North Bethesda, MD 20852-2375

520882563    +   RYDER TRANSPORTATION SERVICES, PO BOX 96723, CHICAGO, IL 60693-6723

520882564    +   RZ TECH PEST CONTROL, 100 RYAN ST, BUILDING B SUITE 31, SOUTH PLAINFIELD, NJ 07080-4211

520882538    +   RamQuip Solutions, 520 Talmadge Ave, Savannah, GA 31408-2324

520882539    +   Reflect Health, 4900 Parkway Drive, Suite 160, Mason, OH 45040-9702

520882541    +   Reliance Partners LLC., 555 Walnut St Ste 280, Chattanooga, TN 37402-1313

520882561      Rreef American Reit II Corp., PO BOX 209254, Austin, TX 78720-9254

520882565      SAMBA HOLDINGS, INC., DEPT LA 24536, PASADENA, CA 91185-4536

520882569    +   SCHNEIDER NATIONAL INC, 2567 PAYSPHERE CIRCLE, Chicago, IL 60674-0001

520882570    +   SCOPELITIS, GARVIN, LIGHT & HANSON, 10 WEST MARKET STREET, SUITE 1500, INDIANAPOLIS, IN 46204-2965

520882575      SHREDIT NEWARK, 28883 NETWORK PLACE, CHICAGO, IL 60673-1288

520882577    +   SOS Tire & Auto, 115 Kicklighter Way, PO Box 7298, Garden City, GA 31418-7298

520882578      SOUTHERN TIRE MART, Dept 143, PO Box 1000, Memphis, TN 38148-0143

520882579      STAPLES BUSINESS ADVANTAGE, PO BOX 70242, PHILADELPHIA, PA 19176-0242

520882580    +   STARPOINT PROTECTIVE SERVICES, LLC, PO BOX 217, UNION, NJ 07083-0217

520882587    +   SUPERIOR DISTRIBUTORS, 4 MIDLAND AVENUE, ELMWOOD PARK, NJ 07407-3193

520882568    +   Sapp's Wrecker Service, 176 Godley Rd, Port Wentworth, GA 31407-9752

520882571    +   Seagis East Rutherford LLC, One Meadowlands Plz., Suite 800, East Rutherford, NJ 07073-2152

521236337    +   Seagis East Rutherford, LLC, Leslie C. Heilman, Erin L. Williamson, BALLARD SPAHR LLP, 222 Delaware Avenue, 10th Floor,

| District/off: 0312-2 | User: admin | Page 4 of 11 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: 137 | Total Noticed: 257 |

Wilmington, DE 19801-1621

| | | |
|---|---|---|
| 520882590 | + | TAYLOR BERRIEN LLC, 1832 WALTHOUR RD, SAVANNAH, GA 31410-3212 |
| 520882591 | + | TEAMSTERS LOCAL 11 PENSION FUND, 810 BELMONT AVENUE, SUITE 100, NORTH HALEDON, NJ 07508-2300 |
| 520882592 | | TEAMSTERS NATIONAL 401(K) SAVINGS PLAN, GEM GROUP FUND ADMINISTRATIO, 1200 THREE GATEWAY CENTER, PITTSBURGH, PA 15222 |
| 520882593 | + | TEAMSTERS UNION LOCAL 11, 810 BELMONT AVE, SUITE 200, N. HALEDON, NJ 07508-2357 |
| 520882598 | | TMW SYSTEMS, PO BOX 203455, DALLAS, TX 75320-3455 |
| 520882601 | | TOSHIBA BUSINESS SOLUTIONS, PO BOX 418600, BOSTON, MA 02241-8600 |
| 520882602 | | TOSHIBA FINANCIAL SERVICES, PO BOX 790448, ST LOUIS, MO 63179-0448 |
| 520882603 | | TOSHIBA GREATAMERICA FINANCIAL SVCS, PO BOX 660831, DALLAS, TX 75266-0831 |
| 520882605 | | TRAC INTERMODAL, C/O US BANK, PO BOX 952064, ST. LOUIS, MO 63195-2064 |
| 520915944 | + | TRAC Intermodal, 750 College Road East, Attn: K. Wolcott - Legal, Princeton, NJ 08540-6646 |
| 520882606 | + | TRAILER DOCTOR SERVICES INC., 1040 W. FULLERTON AVE, ADDISON, IL 60101-4327 |
| 520882607 | | TRANSFORCE, PO BOX 69250, BALTIMORE, MD 21264-9250 |
| 520882608 | + | TREND INTERMODAL CHASSIS LEASING LLC, 78 John Miller Way, Suite 417, Kearny, NJ 07032-6500 |
| 520882609 | + | TRIANGLE CONSULTING GROUP, PO BOX 5169, BASKING RIDGE, NJ 07920-5169 |
| 520882610 | + | TRUCK LEASE CONSULTING, 32 BUTTONWOOD PLACE, SWEDESBORO, NJ 08085-1511 |
| 520950009 | + | Teamsters Local 11 Pension Plan, c/o Kroll Heineman Ptasiewicz & Parsons,, 91 Fieldcrest Avenue, Suite 35, Edison, New Jersey 08837-3662 |
| 521007153 | + | Teamsters National 401(k) Savings Plan, Zenith American Solutions Fund Administr, Two Gateway Center, 603 Stanwix St., Ste. 1500, Pittsburgh, PA 15222-1534 |
| 520882594 | + | The Burlington Insurance Company, c/o FSKS, 6 Campus Drive, Sut 304, Parsippany, NJ 07054-4406 |
| 520882604 | | Toyota Industries Commercial Finance Inc, PO Box 9050, Coppell, TX 75019-9050 |
| 520882615 | + | UNIFRIST CORPORATION, 54 S. JEFFERSON ROAD, WHIPPANY, NJ 07981-1088 |
| 520882616 | + | Upland Specialty Insurance Company, 5050 Quorum Drive, Suite 700, Unit #473, Dallas, TX 75254-1410 |
| 520882618 | + | VECTOR SECURITY, PO BOX 531687, ATLANTA, GA 30353-1687 |
| 520882619 | | VEOLIA WATER NEW JERSEY, PAYMENT CENTER, PO BOX 371804, PITTSBURGH, PA 15250-7804 |
| 520882620 | + | Veolia Water New Jersey, PO Box 371804, Pittsburgh, PA 15250-7804 |
| 520882625 | + | WAREHOUSE REPAIR SOLUTIONS LLC, PO Box 7231, Savannah, GA 31418-7231 |
| 520882627 | | WASTE MANAGEMENT OF PA INC, WASTE MANAGEMENTNORTH, P.O. BOX 13648, PHILADELPHIA, PA 19101-3648 |
| 520882628 | | WEISERMAZARS LLP, PO BOX 200870, DALLAS, TX 75320-0870 |
| 520882631 | | WILLIAMS SCOTSMAN, INC., P.O. BOX 91975, CHICAGO, IL 60693-1975 |
| 520882624 | + | Warehouse Rentals, PO Box 127, Valdosta, GA 31603-0127 |
| 520948844 | | Warehouse Rentals LLC, P.O. Box 126, Valdosta, GA 31603-0126 |
| 520882629 | + | Wells Fargo Bank, Credit Management Grp., Attn: Charles W. Scharf, CEO, 190 River Road, Summit, NJ 07901-1444 |
| 520926520 | + | Wintrust Specialty Finance, Cohn & Dussi, LLC, 255 State Street Suite 7B, Boston, MA 02109-2613 |
| 520882632 | | XTRA LEASE LLC, PO BOX 219562, KANSAS CITY, MO 64121-9562 |
| 520955483 | + | Yancey Bros. Co., Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308-1414 |

TOTAL: 191

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 22 2026 23:21:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2026 23:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2026 23:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jun 22 2026 23:21:00 | Eastern Lift Truck Co Inc., c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520882311 | ^ | MEBN | Jun 22 2026 23:10:37 | ADT SECURITY SYSTEMS, INC., PO BOX 371967, PITTSBURGH, PA 15250-7967 |
| 521006485 | + | Email/Text: aleksandra.fish@AIG.com | Jun 22 2026 23:22:00 | AIG Property Casualty, Inc., Kevin J. Larner, Authorized Representati, 28 Liberty Street, Floor 22, New York, NY 10005-1523 |
| 520882319 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 23:24:52 | AMERICAN EXPRESS, P.O. BOX 1270, Newark, NJ 07101-1270 |

District/off: 0312-2                          User: admin                                    Page 5 of 11

Date Rcvd: Jun 22, 2026                       Form ID: 137                                    Total Noticed: 257

| | | | |
|---|---|---|---|
| 520882331 | Email/Text: Wendy_Vaughan@AJG.com | Jun 22 2026 23:20:00 | AssuredPartners of Florida, LLC, DBA: Transportation Insurance Advisors, 1485 International Parkway Suite 1031, Lake Mary, FL 32746 |
| 520939789 | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 23:25:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520882334 | + Email/Text: dcevet@servicehqtrs.com | Jun 22 2026 23:21:00 | Auxilior Capital Partners, Inc., 620 West Germantown Pike, Suite 450, Plymouth Meeting, PA 19462-1056 |
| 521211666 | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 22 2026 23:22:00 | Bankruptcy Section MS A340, Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 520961607 | Email/Text: megan.harper@phila.gov | Jun 22 2026 23:22:00 | City of Philadelphia Law, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 520965794 | Email/Text: megan.harper@phila.gov | Jun 22 2026 23:22:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 JFK Blvd., 5th Floor, Room 580, Philadelphia, PA 19102-1595 |
| 520882364 | Email/Text: documentfiling@lciinc.com | Jun 22 2026 23:19:00 | COMCAST, PO BOX 70219, PHILADELPHIA, PA 19176-0219 |
| 520882368 | + Email/Text: IBARATA@CUSTOMBANDAG.COM | Jun 22 2026 23:22:00 | CUSTOM BANDAG INC., 401 E. LINDEN AVE., LINDEN,, NJ 07036-2411 |
| 520951925 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 22 2026 23:19:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 520882371 | ^ MEBN | Jun 22 2026 23:10:21 | DE LAGE LANDEN FINANCAIL SERVICES, INC., PO BOX 825736, PHILADELPHIA, PA 19182-5736 |
| 520882370 | + Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jun 22 2026 23:19:00 | DE LAGE LANDEN FINANCAIL SERVICES, INC., 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 520882372 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jun 22 2026 23:19:00 | DE LAGE LANDEN FINANCIAL SERVICES, INC., PO BOX 41602, PHILADELPHIA, PA 19101-1602 |
| 520927472 | + Email/Text: rmcdowell@slgcollect.com | Jun 22 2026 23:21:00 | Eastern Lift Truck Co., Inc., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520980312 | + Email/Text: rhonda.lingle@expresspros.com | Jun 22 2026 23:22:00 | Express Services, Inc., 9701 Boardwalk Blvd., Oklahoma City, OK 73162-6029 |
| 520882398 | ^ MEBN | Jun 22 2026 23:08:43 | FEDEX, PO BOX 371461, PITTSBURGH, PA 15250-7461 |
| 520882404 | ^ MEBN | Jun 22 2026 23:08:02 | FIRST INSURANCE FUNDING CORP., PO BOX 7000, CAROL STREAM, IL 60197-7000 |
| 520882397 | ^ MEBN | Jun 22 2026 23:08:43 | Federal Express Corporation, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 520949727 | + Email/Text: BKRMailOps@weltman.com | Jun 22 2026 23:22:00 | First Citizens Bank & Trust Company, c/o Weltman, Weinberg and Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 520882410 | Email/Text: brnotices@dor.ga.gov | Jun 22 2026 23:22:00 | Georgia Deparment of Revenue, 2595 Century Parkway, NE, Atlanta, GA 30345-3173 |
| 520882411 | + Email/Text: G2GPCCU@southernco.com | Jun 22 2026 23:22:00 | GEORGIA POWER, 96 ANNEX, ATLANTA, GA 30396-0002 |
| 520882419 | ^ MEBN | Jun 22 2026 23:07:02 | GREENBAUM ROWE SMITH & DAVIS LLP, METRO CORPORATE CAMPUS ONE, PO BOX 5600, WOODBRIDGE, NJ 07095-0988 |

| 520950999 | + Email/Text: dpetersen@greatamerica.com | Jun 22 2026 23:21:00 | GreatAmerica Financial Services Corporation, ATTN: Peggy Upton, 625 First St. SE, Cedar Rapids, IA 52401-2032 |
| 520955313 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jun 22 2026 23:24:37 | HYG Financial Services, Inc., 800 Walnut St.,, F0006-051, Des Moines, IA 50309-3605 |
| 520882588 | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jun 22 2026 23:22:00 | T-MOBILE, PO BOX 742596, CINCINNATI, OH 45274-2596 |
| 520882441 | ^ MEBN | Jun 22 2026 23:10:40 | JOHNSON CONTROLS SECURITY SOLUTIONS, PO BOX 371967, PITTSBURGH, PA 15250-7967 |
| 520882454 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 22 2026 23:25:02 | JPMORGAN CHASE BANK , N.A., Attn: Jamie Dimon, CEO, Legal Papers Served, 1414 Woodward Avenue, LA2-7100, Ruston, LA 71270-2015 |
| 520956832 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 22 2026 23:25:03 | JPMorgan Chase Bank, N.A., 10 S. Dearborn St., Floor 35, Chicago, IL 60603-2300 |
| 520882479 | + Email/Text: billgleaton@mhiusa.net | Jun 22 2026 23:22:00 | MATERIAL HANDLING INC., PO BOX 1045, DALTON, GA 30722-1045 |
| 520882484 | ^ MEBN | Jun 22 2026 23:09:38 | MCMANIMON, SCOTLAND & BAUMANN, LLC, 75 LIVINGSTON AVENUE, ROSELAND, NJ 07068-3737 |
| 520882498 | Email/Text: ServicingAdmin@navitascredit.com | Jun 22 2026 23:20:00 | NAVITAS CREDIT CORP, PO BOX 935204, ATLANTA, GA 31193-5204 |
| 520882509 | + Email/Text: USCOURTSEBN@finance.nyc.gov | Jun 22 2026 23:20:00 | NYC DEPARTMENT OF FINANCE, 66 John Street, Room 104, New York, NY 10038-3728 |
| 520882500 | + Email/Text: USCOURTSEBN@finance.nyc.gov | Jun 22 2026 23:20:00 | New York City Department of Finance, Correspondence Unit, 1 Centre Street, 22nd Floor, New York, NY 10007-1632 |
| 521091269 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 22 2026 23:22:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520882521 | Email/Text: bankruptcygroup@peco-energy.com | Jun 22 2026 23:21:00 | PECO ENERGY, PO BOX 37629, PHILADELPHIA, PA 19101-0629 |
| 520882533 | + Email/Text: BankruptcyNotices@prologis.com | Jun 22 2026 23:22:00 | PROLOGIS, L.P., 1800 WAZEE STREET, SUITE 500, DENVER, CO 80202-2526 |
| 520882535 | ^ MEBN | Jun 22 2026 23:06:43 | PSE&G CO, PO BOX 14444, NEW BRUNSWICK, NJ 08906-4444 |
| 520882514 | ^ MEBN | Jun 22 2026 23:08:40 | Pam Bondi, US Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| 520882524 | + Email/Text: megan.harper@phila.gov | Jun 22 2026 23:22:00 | Philadelphia Department of Revenue, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 520882554 | + Email/Text: credit@robertsoxygen.com | Jun 22 2026 23:22:00 | Roberts Oxygen Co., Inc., PO Box 5507, Rockville, MD 20855-0507 |
| 520882574 | Email/Text: BankruptcyNotice@Stericycle.com | Jun 22 2026 23:20:00 | SHRED-IT USA, 28883 Network Place, Chicago, IL 60673-1288 |
| 521090843 | Email/Text: Bankruptcy@staples.com | Jun 22 2026 23:20:00 | Staples, Shane Anderson, PO Box 102419, Columbia, SC 29224 |
| 520882499 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 22 2026 23:20:00 | New Jersey Division of Taxation, 3 John Fitch Way, 5th Floor PO Box 245, Trenton, NJ 08695-0245 |
| 520882585 | Email/Text: _Credit&Collections@suburbanpropane.com | Jun 22 2026 23:20:00 | SUBURBAN PROPANE, PO BOX J, WHIPPANY, NJ 07981 |
| 520882586 | Email/Text: Bankruptcy@SunbeltRentals.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 22 2026 23:21:00 | SUNBELT RENTALS, INC., PO BOX 409211, ATLANTA, GA 30384-9211 |
| 520882599 | ^ MEBN | | | |
| | | | Jun 22 2026 23:09:10 | TOLLS BY MAIL, PAYMENT PROCESSING CENTER, PO BOX 15183, ALBANY, NY 12212-5183 |
| 520956427 | + Email/Text: EFBankruptcyNotices@huntington.com | | | |
| | | | Jun 22 2026 23:22:00 | The Huntington National Bank, 11100 Wayzata Blvd. Suite 700, Minnetonka, MN 55305-5523 |
| 520882595 | + Email/Text: bankruptcy@huntington.com | | | |
| | | | Jun 22 2026 23:22:00 | The Huntington National Bank, Attn: Stephen D. Steinour, CEO, 1405 Xenium Lane North, Minneapolis, MN 55441-4429 |
| 520882611 | + Email/Text: bankruptcynotices@sba.gov | | | |
| | | | Jun 22 2026 23:20:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 520882612 | + Email/Text: arbankruptcy@uline.com | | | |
| | | | Jun 22 2026 23:22:00 | ULINE, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 520882613 | Email/Text: arbankruptcy@uline.com | | | |
| | | | Jun 22 2026 23:22:00 | ULINE, PO BOX 88741, CHICAGO, IL 60680-1741 |
| 520882614 | ^ MEBN | | | |
| | | | Jun 22 2026 23:08:05 | UNIFIRST CORPORATION, PO BOX 650481, DALLAS, TX 75265-0481 |
| 520882617 | + Email/Text: usanj.njbankr@usdoj.gov | | | |
| | | | Jun 22 2026 23:22:00 | US Attorney, 970 Broad St # 806, Newark, NJ 07102-2523 |
| 520882621 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | | |
| | | | Jun 22 2026 23:19:00 | VERIZON, PO BOX 660748, DALLAS, TX 75266-0748 |
| 520882622 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | | |
| | | | Jun 22 2026 23:19:00 | VERIZON WIRELESS, P.O. BOX 489, NEWARK, NJ 07101-0489 |
| 520882623 | Email/PDF: ais.cmgbtcypocqa@aisinfo.com | | | |
| | | | Jun 22 2026 23:24:52 | Wachovia Bank National Association, Commercial Loan Services Dept. NC 6038, PO Box 2705, Winston Salem, NC 27199-8182 |
| 520921860 | Email/Text: jmills@wm.com | | | |
| | | | Jun 22 2026 23:21:00 | WM Corporate Services, Inc., c/o Jacquolyn Mllls, 800 Capitol Street Ste. 3000, Houston, TX 77002 |
| 520882626 | + Email/Text: rmcbknotices@wm.com | | | |
| | | | Jun 22 2026 23:22:00 | WASTE MANAGEMENT OF N.J. INC, 100 Avenue A, Newark, NJ 07114-2436 |
| 520955302 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | | |
| | | | Jun 22 2026 23:25:04 | Wells Fargo Vendor Financial Services, LLC, 800 Walnut St.,, F0006-051, Des Moines, IA 50309-3605 |
| 520882634 | Email/Text: jane_law@yanceybros.com | | | |
| | | | Jun 22 2026 23:22:00 | Yancey Bros. Co, Drawer CS 198757, Atlanta, GA 30384-8757 |

TOTAL: 66

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Murphy Schiller & Wilkes LLP |
| 520882310 | | A'Jay Delosangeles, Address on File] |
| 520882316 | | Aleeya Tanksley, Address on File] |
| 520882318 | | Amber Eckman, Address on File] |
| 520882320 | | Andrew J. Castles, Address on File] |
| 520882323 | | Anthony L. Nixon, Address on File] |
| 520882324 | | Anthony Nixon, Address on File] |
| 520882325 | | Anthony Pugh, Address on File] |
| 520882326 | | Anthony Stone, Address on File] |
| 520882327 | | Antonio Cortes, Address on File] |
| 520882330 | | Armando A. Molino, Address on File] |
| 520882341 | | BOB KESSLER |
| 520882335 | | Barbara Judge, Address on File] |

| | |
|---|---|
| 520882338 | Benjamin F. Amerson, Address on File] |
| 520882342 | Brandon J. Wynne, Address on File] |
| 520882343 | Brian A. Wynne, Address on File] |
| 520882344 | Brian Gruenhagen, Address on File] |
| 520882366 | CT Corporation System, as Representative |
| 520882350 | Carhonda Albertie, Address on File] |
| 520882351 | Carl F. Sarlo, Address on File] |
| 520882353 | Cedric Eady, Address on File] |
| 520882355 | Charles Lamont Bostic, Address on File] |
| 520882356 | Charles R. Hartman, Address on File] |
| 520882357 | Christopher Cepeda, Address on File] |
| 520882358 | Christopher King, Address on File] |
| 520882363 | Colin McKeon, Address on File] |
| 520882369 | Danilo E. Martinez, Address on File] |
| 520882373 | Derwood L. Grant, Address on File] |
| 520882374 | Deshante N. Blidge, Address on File] |
| 520882375 | Dilfredo Lorente, Address on File] |
| 520882376 | Dionosio Hernandez, Address on File] |
| 520882378 | Donald Hawkins, Address on File] |
| 520882379 | Donald P. Hawkins, Address on File] |
| 520882380 | Dorian Edmond, Address on File] |
| 520882385 | EIDL |
| 520882384 | Edgar E. Hempfleng, Address on File] |
| 520882386 | Eliseu J. Dos Santos, Address on File] |
| 520882390 | Erin E. Judge, Address on File] |
| 520882391 | Erin L. Cook, Address on File] |
| 520882396 | Fallon Grant, Address on File] |
| 520882399 | Felix Ramon Diaz, Address on File] |
| 520882400 | Fernanco J. Dias, Address on File] |
| 520882401 | Fernanco Salinas, Address on File] |
| 520882406 | Fredrick Dwayne Cobbs, Address on File] |
| 520882407 | Gabriel F. Tavares, Address on File] |
| 520882408 | Gary Brown, Address on File] |
| 520882409 | Gary J. Cooper, Address on File] |
| 520882412 | Gerald Harmon, Address on File] |
| 520882413 | Geronimo Jiminez, Address on File] |
| 520882415 | Glenn R. Gary, Address on File] |
| 520882420 | Griselle Vasquez, Address on File] |
| 520882425 | Henry E. Diekman, Address on File] |
| 520882453 | JOSEPH ROWLAND |
| 520882433 | Jack Callahan, Address on File] |
| 520882434 | Jamal C. Williams, Address on File] |
| 520882435 | Jason H. Mann, Address on File] |
| 520882436 | Jeffrey Catania, Address on File] |
| 520882437 | Jenna L. Roberts, Address on File] |
| 520882438 | Jenna Roberts, Address on File] |
| 520882439 | Joan Franov, Address on File] |
| 520882442 | Jonathan Ortega, Address on File] |
| 520882443 | Jorge Cabrera, Address on File] |
| 520882445 | Jose A. Sorto, Address on File] |
| 520882446 | Jose E. Amaya, Address on File] |
| 520882447 | Jose L. Lainez, Address on File] |
| 520882448 | Jose M. Hernandez, Address on File] |
| 520882449 | Jose Martinez, Address on File] |
| 520882450 | Jose P. Amaya, Address on File] |
| 520882451 | Joseph Casseus, Address on File] |
| 520882452 | Joseph Manning Rowland, Address on File] |
| 520882455 | Juan A. Estevez, Address on File] |
| 520882456 | Judes E. Hills, Jr., Address on File] |
| 520882458 | Julian A. Boxill, Address on File] |
| 520882459 | Julian Escalera, Address on File] |
| 520882461 | Kim Tapley, Address on File] |
| 520882462 | Kirk D. Moore, Address on File] |

| | | |
|---|---|---|
| 520882463 | | Krishna R. Phagoo, Address on File] |
| 520882465 | | Laura L. Chessher, Address on File] |
| 520882466 | | Laura L. Hunt, Address on File] |
| 520882467 | | Leah R. Jackson, Address on File] |
| 520882469 | | Louis L. Reese, Address on File] |
| 520882470 | | Luis Miguel Rodrigues, Address on File] |
| 520882471 | | Lynn Hunt, Address on File] |
| 520882472 | | Marcial Rosa Orellana, Address on File] |
| 520882473 | | Marcus Allen, Address on File] |
| 520882474 | | Marcus Robinson, Address on File] |
| 520882480 | | Max Antonio Campos Diaz, Address on File] |
| 520882481 | | Maya Rofman, Address on File] |
| 520882487 | | Michael A. Fenimore, Address on File] |
| 520882488 | | Michael Wynne, Address on File] |
| 520882489 | | Michael Wynne, Jr., Address on File] |
| 520882490 | | Miguel A. Tomayo, Address on File] |
| 520882493 | | Moses B. Easter, Address on File] |
| 520882495 | | Mustafa Cottino, Address on File] |
| 520882503 | | Nicomedes Cabrera, Address on File] |
| 520882515 | | Pamela Shelepets, Address on File] |
| 520882517 | | Patrick Judge IV, Address on File] |
| 520882518 | | Patrick M. Corbo, Address on File] |
| 520882519 | | Patrick Wynne, Address on File] |
| 520882520 | | Pearly J. Whitehall, Address on File] |
| 520882537 | | Rafael H. Gomez, Address on File] |
| 520882543 | | Renan Marquez, Address on File] |
| 520882545 | | Reynold Isidor, Address on File] |
| 520882546 | | Richard Brogan, Address on File] |
| 520882547 | | Richard Prellwitz, Address on File] |
| 520882548 | | Richard Walker, Address on File] |
| 520882550 | | Rigoberto Guevara, Address on File] |
| 520882551 | | Rinald M. Marczak, Address on File] |
| 520882552 | | Robert Kessler, Address on File] |
| 520882553 | | Roberto M. Orellana, Address on File] |
| 520882555 | | Ronald Clerge, Address on File] |
| 520882556 | | Ronald S. Fourre, Address on File] |
| 520882557 | | Rosalina Colon, Address on File] |
| 520882558 | | Rose Marie Wilson, Address on File] |
| 520882559 | | Rosemarie A. Smith, Address on File] |
| 520882562 | | Rubain Desrosiers, Address on File] |
| 520882566 | | Santiago M. Fregoso, Address on File] |
| 520882567 | | Santos Guevara, Address on File] |
| 520882572 | | Shelton Hills, Address on File] |
| 520882573 | | Sherri L. Lowe, Address on File] |
| 520882576 | | Shy'Dericka Copeland, Address on File] |
| 520882581 | | Sterling Beauchamp, Address on File] |
| 520882582 | | Steven E. Burrows, Address on File] |
| 520882583 | | Steven Jackson, Address on File] |
| 520882584 | | Stevon D. Barnes, Address on File] |
| 520882589 | | Tarriq Scott, Address on File] |
| 520882596 | | Tiffany Sicco, Address on File] |
| 520882597 | | Timothie Conover, Address on File] |
| 520882600 | | Torres V. Berrien, Address on File] |
| 520882630 | | William A. Martinez, Address on File] |
| 520882633 | | Yakema Marlin, Address on File] |
| 520882635 | | Yvonne Sharper, Address on File] |
| cr | * | Yancey Bros. Co, Jones & Walden, LLC, 699 Piedmont Ave NE, Atlanta, GA 30308-1414 |
| 520882430 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520922721 | * | Official Committee of Unsecured Creditors, Brett S. Theisen, Esq. - GIBBONS P.C., One Pennsylvania Plaza, 45th Fl., Suite 4515, New York, New York 10119 |
| 520882328 | ##+ | ARGOS SOFTWARE, 10275 W. HIGGINS ROAD, SUITE 250, ROSEMONT, IL 60018-3887 |
| 520882494 | ##+ | MURPHY SCHILLER & WILKES LLP, 24 COMMERCE STREET, 12TH FLOOR, Newark, NJ 07102-4005 |

District/off: 0312-2

User: admin

Page 10 of 11

Date Rcvd: Jun 22, 2026

Form ID: 137

Total Noticed: 257

TOTAL: 132 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                                   Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda R Simone | on behalf of Creditor Committee Official Committee Of Unsecured Creditors asimone@connellfoley.com |
| Brett S. Theisen | on behalf of Creditor Committee Official Committee Of Unsecured Creditors btheisen@connellfoley.com nmitchell@gibbonslaw.com |
| Christopher P. Anton | on behalf of Creditor Committee Official Committee Of Unsecured Creditors canton@fbtgibbons.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David H. Stein | on behalf of Creditor F. Greek Bristol Properties  L.P. dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com |
| Eric M. Ferrante | on behalf of Creditor Constellation Brands  Inc. eferrante@nixonpeabody.com, djames@nixonpeabody.com,roc.managing.clerk@nixonpeabody.com,bos.managing.clerk@nixonpeabody.com,dmcmonagle@nixonpeabody.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Ilana Volkov | on behalf of Creditor Hartz Elizabeth  Inc. ivolkov@mcgrailbensinger.com |
| James F. Moscagiuri | on behalf of Unknown Role Type Kristal Marie Soto jmoscagiuri@lsaclaw.com  jhoffman@lsaclaw.com |
| James F. Moscagiuri | on behalf of Unknown Role Type Julio Andres Matos Angomas jmoscagiuri@lsaclaw.com  jhoffman@lsaclaw.com |
| James F. Moscagiuri | on behalf of Unknown Role Type Andy M. Castillo jmoscagiuri@lsaclaw.com  jhoffman@lsaclaw.com |
| John S. Mairo | on behalf of Creditor Committee Official Committee Of Unsecured Creditors jmairo@fbtgibbons.com  emunera@fbtgibbons.com |
| John S. Mairo | on behalf of Other Prof. Dundon Advisers LLC jmairo@fbtgibbons.com  emunera@fbtgibbons.com |
| Joseph Casello | on behalf of Creditor Yancey Bros. Co jcasello@cvclaw.net  jcasello627@gmail.com |
| Kyle McEvilly | on behalf of Creditor Committee Official Committee Of Unsecured Creditors kmcevilly@connellfoley.com |
| Leslie Carol Heilman | on behalf of Creditor Seagis East Rutherford  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com |
| Pamela Elchert Thurmond | |

District/off: 0312-2                   User: admin                                    Page 11 of 11

Date Rcvd: Jun 22, 2026                Form ID: 137                                 Total Noticed: 257

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Rebecca K. McDowell

on behalf of Creditor Eastern Lift Truck Co Inc. rmcdowell@slgcollect.com  anovoa@slgcollect.com

Robert Malone

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@connellfoley.com
nmitchell@gibbonslaw.com

Robert M. Kline

on behalf of Creditor Auxilior Capital Partners  Inc. rmk@replevin.com, ecf@writofseizure.com

Scott D. Sherman

on behalf of Creditor Coastal Industrial Equipment  LLC ssherman@minionsherman.com

Seth Ptasiewicz

on behalf of Creditor Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan
sptasiewicz@krollfirm.com

Stephen B. Ravin

on behalf of Debtor P. Judge & Sons Trucking  LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor Amex Shipping Agent  Inc. sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. sravin@saul.com  jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor The Judge Organization  LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor P. Judge & Sons  Inc. sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor Judge Warehousing  LLC sravin@saul.com, jgillman@saul.com

Thomas B. O'Connell

on behalf of Creditor Eastern Lift Truck Co Inc. toconnell@slgcollect.com  anovoa@slgcollect.com

Thomas Michael Walsh

on behalf of Interested Party Chiesa Shahinian & Giantomasi PC TWALSH@CSGLAW.COM

Turner Falk

on behalf of Debtor Judge Warehousing  LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor P. Judge & Sons  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor Amex Shipping Agent  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor P. Judge & Sons Trucking  LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor The Judge Organization  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 37