**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo, Esq.
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: July 15, 2026** |

**NOTICE OF SIXTH MONTHLY FEE STATEMENT OF FBT GIBBONS LLP,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR**
**THE PERIOD OF MAY 1, 2026 THROUGH MAY 31, 2026**

**PLEASE TAKE NOTICE** that FBT Gibbons LLP, counsel to the Official Committee of

Unsecured Creditors (the "Creditors' Committee") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), submits its sixth monthly fee statement for the period of

May 1, 2026 through and May 31, 2026 (the "Monthly Fee Statement") pursuant to the Court's

*Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and*

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 71] (the "Administrative Order").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Monthly Fee Statement shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by July 15, 2026.

Dated: June 25, 2026
Newark, New Jersey

FBT GIBBONS LLP

*/s/ John S. Mairo*
John S. Mairo, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
E-mail: jmairo@fbtgibbons.com


*Counsel to the Official Committee of
Unsecured Creditors*