# EXHIBIT B

**Invoice**

**FBT
Gibbons**

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**                                  Fed # 61-0722001
**Attn:  Mike S. Mandell, Chairperson for Official**                June 17, 2026
**Committee**                                                       Invoice # 210676029
**2333 Ponce De Leon Boulevard**                                    Account # G119121.G114792
**Coral Gables, FL  33134**

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---:|
| For Professional Services Rendered Through May 31, 2026 | 50,321.50 |
| **TOTAL THIS INVOICE:** | **50,321.50** |
| Outstanding Invoices (see page 2 for details – if already paid please disregard) | 64,281.00 |
| **TOTAL AMOUNT DUE:** | **114,602.50** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

Doc ID 2-22515

## RECAP OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Balance |
|---|---|---|
| 02/28/26 | 210634857 | 12,953.30 |
| 03/24/26 | 210644945 | 5,159.00 |
| 04/20/26 | 210654024 | 9,582.20 |
| 05/26/26 | 210667576 | 36,586.50 |
| **TOTAL** | | **$64,281.00** |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 05/01/26 | (B100)(B130)(A103)Emails from debtors' counsel and prospective purchaser counsel regarding APA revisions and schedule calls to discuss. | JSM | 0.50 | 550.00 |
| 05/01/26 | (B100)(B130)(A104)Review emails from debtors' counsel and prospective purchaser counsel regarding due diligence items. | JSM | 0.20 | 220.00 |
| 05/01/26 | (B100)(B130)(A107)Emails from M. Thaler re: APA. | CPA | 0.10 | 87.50 |
| 05/01/26 | (B100)(B130)(A108)Email from D. Simmons re: all hands call to discuss sale issues. | CPA | 0.10 | 87.50 |
| 05/01/26 | (B100)(B110)(A108)Email from R. Wright re: professional fees. | CPA | 0.10 | 87.50 |
| 05/03/26 | (B200)(B230)(A103)Review and respond to R. Wright emails regarding debtors request with operations and budget. | JSM | 0.30 | 330.00 |
| 05/03/26 | (B100)(B130)(A103)Emails with corporate team regarding asset purchase agreement review. | JSM | 0.30 | 330.00 |
| 05/03/26 | (B100)(B110)(A108)Emails from R. Wright and J. Mairo re: professional fee submittals. | CPA | 0.10 | 87.50 |
| 05/04/26 | (B100)(B130)(A103)Review asset purchase agreement and proposed revisions from prospective purchaser. | JSM | 0.90 | 990.00 |
| 05/04/26 | (B100)(B130)(A103)Call with prospective purchaser counsel regarding status and APA revisions. | JSM | 0.50 | 550.00 |
| 05/04/26 | (B100)(B130)(A103)Review emails from debtor and prospective purchaser regarding APA revisions and next steps. | JSM | 0.40 | 440.00 |
| 05/04/26 | (B100)(B130)(A103)File review for sale documents, share with R. Coyne for review, and confer with R. Coyne regarding review. | JSM | 0.50 | 550.00 |
| 05/04/26 | (B100)(B130)(A107)Teams meeting with S. Kulka, M. Thaler and J. Mairo re: sale issues. | CPA | 0.50 | 437.50 |
| 05/04/26 | (B100)(B110)(A108)Email from R. Wright to J. Compitello re: cash flow forecast. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 05/04/26 | (B100)(B130)(A107)Review emails to/from T. Falk and M. Thaler re: APA issues. | CPA | 0.10 | 87.50 |
| 05/04/26 | (B100)(B130)(A105)Email from R. Coyne re: APA. | CPA | 0.10 | 87.50 |
| 05/04/26 | (B100)(B130)(A107)Email from T. Falk re: APA issues. | CPA | 0.10 | 87.50 |
| 05/05/26 | (L100)(L120)(A104)Review term sheet and email feedback including issues list for alternatives. | RFC | 0.80 | 720.00 |
| 05/05/26 | (B100)(B130)(A103)File review in advance of call with debtor team and attend call to discuss sale and related issues. | JSM | 0.80 | 880.00 |
| 05/05/26 | (B100)(B130)(A107)Zoom meeting with S. Ravin, T. Falk, et al. regarding sale issues. | CPA | 0.80 | 700.00 |
| 05/05/26 | (B100)(B130)(A108)Email from R. Wright re: cash flow and sale issues. | CPA | 0.10 | 87.50 |
| 05/06/26 | (B100)(B130)(A104)Review APA for comments and confer with J. Mairo on working capital and other issues. | RFC | 2.20 | 1,980.00 |
| 05/06/26 | (B100)(B130)(A103)Confer with R. Coyne regarding LOI, APA issues with prospective purchaser and consider ways to move process forward. | JSM | 1.10 | 1,210.00 |
| 05/06/26 | (B100)(B130)(A103)Review prospective purchaser counsel responses to certain open issues with APA. | JSM | 0.30 | 330.00 |
| 05/06/26 | (B100)(B130)(A103)Email debtor group regarding prospective purchaser issues and potential solutions. | JSM | 0.60 | 660.00 |
| 05/06/26 | (B200)(B230)(A103)Calls and emails with R. Wright regarding status of operations and cash flow forecast. | JSM | 0.50 | 550.00 |
| 05/06/26 | (B100)(B150)(A103)Emails and call with committee to discuss pending matters, including sale status. | JSM | 0.50 | 550.00 |
| 05/06/26 | (B100)(B130)(A103)Review debtors email with cure schedule and confer with R. Wright regarding same. | JSM | 0.40 | 440.00 |
| 05/06/26 | (B100)(B130)(A108)Emails from R. Wright and J. Mairo re: cure schedule. | CPA | 0.10 | 87.50 |
| 05/06/26 | (B100)(B150)(A106)Attend Creditor's Committee meeting. | CPA | 0.50 | 437.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 05/06/26 | (B100)(B130)(A104)Review cure schedule. | CPA | 0.10 | 87.50 |
| 05/06/26 | (B100)(B130)(A107)Emails from M. Thaler and T. Falk re: sale issues. | CPA | 0.10 | 87.50 |
| 05/06/26 | (B100)(B130)(A107)Emails from T. Falk and S. Ravin re: APA issues. | CPA | 0.10 | 87.50 |
| 05/06/26 | (B100)(B110)(A110)Review of Project Judge folder, including evaluation and organization of documents. | ENM | 0.80 | 308.00 |
| 05/07/26 | (B100)(B160)(A103)Assemble and Draft of First Interim Fee Application of FBT Gibbons. | ENM | 1.80 | 693.00 |
| 05/07/26 | (B100)(B110)(A101)Review of the Administrative Fee Order for guidelines in preparation for the 1st Interim Fee Application of FBT Gibbons. | ENM | 0.20 | 77.00 |
| 05/07/26 | (B100)(B110)(A110)Review of docket and monthly operating reports filed. | ENM | 0.40 | 154.00 |
| 05/07/26 | (B200)(B230)(A103)Call with landlord counsel regarding case status and assumption/rejection issues. | JSM | 0.40 | 440.00 |
| 05/07/26 | (B200)(B230)(A103)Emails with debtors' counsel regarding status with landlord discussion and assumption/rejection issues. | JSM | 0.40 | 440.00 |
| 05/07/26 | (B100)(B130)(A103)Emails with debtor counsel regarding prospective purchaser and narrowing issues to move process forward. | JSM | 0.50 | 550.00 |
| 05/07/26 | (B100)(B130)(A107)Email from J. Mairo to M. Hammiriam et al. re: lease extensions. | CPA | 0.10 | 87.50 |
| 05/07/26 | (B100)(B130)(A108)Emails from T. Falk and M. Thaler re: sale issues/leases. | CPA | 0.10 | 87.50 |
| 05/08/26 | (B100)(B130)(A103)File review and call with debtors' counsel regarding leases and operations. | JSM | 0.60 | 660.00 |
| 05/08/26 | (B100)(B130)(A103)Emails with debtors' counsel and others regarding scheduling call with prospective purchaser and outstanding issues. | JSM | 0.30 | 330.00 |
| 05/08/26 | (B100)(B130)(A107)Prepare for and attend Zoom meeting with debtor's counsel re: sale issues. | CPA | 0.90 | 787.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 05/08/26 | (B100)(B130)(A105)Review email from J. Mairo re: APA. | CPA | 0.10 | 87.50 |
| 05/08/26 | (B100)(B130)(A107)Emails from T. Falk and S. Kulka re: APA. | CPA | 0.20 | 175.00 |
| 05/11/26 | (B100)(B130)(A103)Emails and call with R. Coyne regarding certain aspects of potential sale transaction. | JSM | 0.40 | 440.00 |
| 05/11/26 | (B100)(B130)(A103)Call with debtor team and prospective purchaser legal team to discuss certain issues regarding sale transaction. | JSM | 0.70 | 770.00 |
| 05/11/26 | (B100)(B130)(A107)Prepare and attend call with bankruptcy counsel on closing conditions, WC and other issues; subsequent call with J. Mairo on labor issues. | RFC | 1.40 | 1,260.00 |
| 05/11/26 | (B100)(B130)(A107)Zoom meeting with J. Mairo and counsel for debtor and buyer re: same issues. | CPA | 0.50 | 437.50 |
| 05/11/26 | (B100)(B130)(A107)Zoom meeting with J. Mairo and counsel for debtor re: sale issues. | CPA | 0.50 | 437.50 |
| 05/11/26 | (B100)(B160)(A103)Continue draft of First Interim Fee Application of FBT Gibbons. | ENM | 1.60 | 616.00 |
| 05/11/26 | (B100)(B160)(A101)Attention to correspondence from Dundon Advisers regarding their 4th Monthly Fee Application. | ENM | 0.20 | 77.00 |
| 05/12/26 | (B100)(B160)(A103)Final draft and assemble of FBT Gibbons First Interim Fee Application; provide draft copy to J. Mairo for review and comments. | ENM | 2.30 | 885.50 |
| 05/12/26 | (B200)(B230)(A104)Emails and call with debtors counsel regarding leases and related operational issues. | JSM | 0.50 | 550.00 |
| 05/13/26 | (B100)(B130)(A104)Confer with J. Mairo on closing conditions. | RFC | 0.20 | 180.00 |
| 05/13/26 | (B200)(B210)(A108)Review email and cash flow report from R. Wright. | CPA | 0.10 | 87.50 |
| 05/13/26 | (B100)(B150)(A108)Review email from J. Mairo to Committee members re: financial report and sale update. | CPA | 0.10 | 87.50 |
| 05/13/26 | (B100)(B130)(A104)Call with prospective purchaser | JSM | 0.40 | 440.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | counsel regarding open items with APA. | | | |
| 05/13/26 | (B100)(B150)(A104)Emails with UCC regarding meeting and case updates. | JSM | 0.50 | 550.00 |
| 05/13/26 | (B200)(B230)(A104)Emails and calls with UCC financial advisor regarding financials and call with UCC. | JSM | 0.50 | 550.00 |
| 05/13/26 | (B200)(B230)(A104)Call with T. Falk regarding lease extensions and related operational issues. | JSM | 0.20 | 220.00 |
| 05/14/26 | (B100)(B140)(A104)Review Coastal Industrial Equipment's withdrawal of stay relief motion. | CPA | 0.10 | 87.50 |
| 05/14/26 | (B100)(B130)(A104)Review revisions to Purchase Agreement; review emails on NDA; prepare for call. | RFC | 0.80 | 720.00 |
| 05/14/26 | (B100)(B110)(A101)Review of the docket for objections to FBT Gibbons and Dundon Advisers monthly fee applications. | ENM | 0.20 | 77.00 |
| 05/14/26 | (B100)(B110)(A101)Correspondence with Dundon Advisers to follow up on any informal objections in preparation of filing the Certificate of No Objection. | ENM | 0.20 | 77.00 |
| 05/14/26 | (B100)(B160)(A101)Draft Certificate of No Objections to FBT Gibbons and Dundon Advisers Monthly fee applications. | ENM | 0.30 | 115.50 |
| 05/15/26 | (B100)(B110)(A111)File with the Court the Certificates of No Objection regarding  FBT Gibbons and Dundon Advisers monthly fee application; correspondence with Client regarding filing and requesting payment. | ENM | 0.50 | 192.50 |
| 05/15/26 | (B100)(B110)(A101)Correspondence with J. Mairo enclosed Certificates of No Objection regarding FBT Gibbons and Dundon Advisers monthly fee applications, for final review and sign off. | ENM | 0.10 | 38.50 |
| 05/15/26 | (B100)(B110)(A101)Confer with J. Mairo regarding Interim Fee Application and upcoming filing of FBT monthly fee application. | ENM | 0.20 | 77.00 |
| 05/15/26 | (B100)(B130)(A106)Prepare for and attend conference call with debtor and creditor parties to discuss Buyer's edits to SPA. | RFC | 1.60 | 1,440.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 05/15/26 | (B100)(B130)(A107)Emails from M. Thaler and T. Falk re: sale issues and related agreements. | CPA | 0.20 | 175.00 |
| 05/15/26 | (B100)(B130)(A104)Review most recent proposed asset purchase agreement and various open issues. | JSM | 1.00 | 1,100.00 |
| 05/15/26 | (B100)(B130)(A104)Call with debtor counsel team to discuss recent changes to APA and response back to prospective purchaser. | JSM | 1.10 | 1,210.00 |
| 05/15/26 | (B100)(B130)(A104)Review debtor counsel email to prospective purchase counsel with revised APA. | JSM | 0.20 | 220.00 |
| 05/15/26 | (B100)(B130)(A104)Review prospective purchaser counsel emails regarding APA changes and related issues. | JSM | 0.30 | 330.00 |
| 05/18/26 | (B100)(B130)(A104)Emails with prospective purchaser counsel regarding next steps and open items. | JSM | 0.40 | 440.00 |
| 05/18/26 | (B100)(B130)(A104)Emails with debtors' counsel regarding addressing open items with prospective purchaser. | JSM | 0.40 | 440.00 |
| 05/18/26 | (B100)(B185)(A107)Email from S. Ravin re: lease extension motion. | CPA | 0.10 | 87.50 |
| 05/18/26 | (B100)(B110)(A111)Attention to J. Mairo's correspondence regarding extension for the 365(d)(4) deadlines; calendar deadlines accordingly. | ENM | 0.20 | 77.00 |
| 05/18/26 | (B100)(B110)(A110)Review of Project Judge shared folder and documents; correspondence with J. Mairo and C. Anton regarding new documents uploaded May 7th in the Project Judge Portal. | ENM | 0.80 | 308.00 |
| 05/18/26 | (B100)(B110)(A111)Correspondence with R. Wright regarding filing of Dundon Advisers Certificate of No Objection and upcoming filings of Dundon first Interim fee application. | ENM | 0.20 | 77.00 |
| 05/19/26 | (B100)(B110)(A110)Attention to Notice of electronic filing regarding Debtor's Motion to Extend related to Lease Assumption. Review Motion; calendar new dates for deadlines. | ENM | 0.50 | 192.50 |
| 05/19/26 | (B100)(B110)(A101)Confer with J. Mairo re upcoming deadline to file FBT Gibbons monthly fee application. | ENM | 0.20 | 77.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 05/19/26 | (B100)(B130)(A104)Review and respond to debtor counsel emails regarding open issues with prospective purchaser and steps being taken to address. | JSM | 0.70 | 770.00 |
| 05/19/26 | (B100)(B130)(A107)Review email correspondence to/from J. Mairo, S. Ravin and T. Falk re: sale issues. | CPA | 0.10 | 87.50 |
| 05/19/26 | (B100)(B185)(A104)Review P. Wynne declaration re: extension of time to assume or reject leases. | CPA | 0.10 | 87.50 |
| 05/19/26 | (B100)(B130)(A107)Review email correspondence from J. Mairo to J. Hampton re: union contract and other sale issues. | CPA | 0.10 | 87.50 |
| 05/20/26 | (B100)(B130)(A104)Email prospective purchaser counsel regarding open items. | JSM | 0.30 | 330.00 |
| 05/20/26 | (B100)(B130)(A104)Review debtor counsel email regarding open issues with prospective purchaser. | JSM | 0.20 | 220.00 |
| 05/20/26 | (B100)(B130)(A104)Call with prospective purchaser counsel regarding open issues. | JSM | 0.50 | 550.00 |
| 05/20/26 | (B100)(B130)(A104)Call with debtor counsel regarding discussion with prospective purchaser counsel about open items. | JSM | 0.40 | 440.00 |
| 05/20/26 | (B100)(B130)(A104)Draft email to debtor group regarding open APA issues and next steps. | JSM | 0.70 | 770.00 |
| 05/20/26 | (B100)(B150)(A104)Emails with UCC regarding upcoming meeting and agenda items. | JSM | 0.40 | 440.00 |
| 05/20/26 | (B100)(B150)(A104)Call with UCC regarding open items, including sale process. | JSM | 0.50 | 550.00 |
| 05/20/26 | (B100)(B130)(A104)Email and call with financial advisor regarding status and UCC call. | JSM | 0.30 | 330.00 |
| 05/20/26 | (B100)(B130)(A104)Emails with debtor counsel regarding union counsel meeting and scheduling follow up call to discuss open items. | JSM | 0.30 | 330.00 |
| 05/20/26 | (B200)(B230)(A104)Review lease motion and extension for operations to continue at leased locations pending assumption rejection. | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 05/20/26 | (B100)(B130)(A108)Review emails to/from J. Mairo and R. Wright re: sale issues. | CPA | 0.10 | 87.50 |
| 05/20/26 | (B100)(B150)(A106)Email from J. Mairo to Committee members re: agenda for weekly meeting. | CPA | 0.10 | 87.50 |
| 05/20/26 | (B100)(B150)(A106)Weekly Committee Meeting. | CPA | 0.30 | 262.50 |
| 05/20/26 | (B100)(B130)(A108)Emails from R. Wright and J. Compitello re: LOI and sale issues. | CPA | 0.10 | 87.50 |
| 05/20/26 | (B100)(B130)(A107)Review email correspondence to/from J. Mairo and S. Ravin re: APA issues. | CPA | 0.20 | 175.00 |
| 05/20/26 | (B100)(B160)(A101)Attention to correspondence of R. Wright regarding Dundon Advisers 1st Interim Fee Application. | ENM | 0.20 | 77.00 |
| 05/21/26 | (B100)(B160)(A101)Draft and revisions to the Monthly Fee Applications of FBT Gibbons and Dundon Advisers. | ENM | 0.40 | 154.00 |
| 05/21/26 | (B100)(B160)(A101)Email to S. Laing re April Invoice in preparation to FBT Gibbons 5th Monthly Fee Statement. | ENM | 0.10 | 38.50 |
| 05/21/26 | (B100)(B130)(A108)Call with debtor representatives regarding sale process. | JSM | 1.00 | 1,100.00 |
| 05/21/26 | (B100)(B130)(A108)Emails with UCC financial advisor regarding status of APA negotiations and need to resolve outstanding issues. | JSM | 0.80 | 880.00 |
| 05/21/26 | (B100)(B130)(A108)Review emails to/from J. Mairo and R. Wright re: sale issues. | CPA | 0.10 | 87.50 |
| 05/21/26 | (B100)(B130)(A108)Review emails to/from R. Wright and J. Compitello re: net working capital analysis. | CPA | 0.10 | 87.50 |
| 05/22/26 | (B100)(B130)(A103)Review emails from purchaser counsel and debtor counsel regarding due diligence. | JSM | 0.30 | 330.00 |
| 05/22/26 | (B100)(B130)(A107)Emails from S. Ravin and M. Thaler re: sale issues/due dilingence. | CPA | 0.10 | 87.50 |
| 05/26/26 | (B100)(B130)(A104)Email debtor team regarding status of key open issues with prospective purchaser. | JSM | 0.50 | 550.00 |
| 05/26/26 | (B100)(B130)(A104)Review prospective purchaser counsel | JSM | 0.40 | 440.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | email and diligence list and forward to R. Wright for review. | | | |
| 05/26/26 | (B100)(B160)(A104)Review monthly and interim fee applications and confer with E. Munera regarding same. | JSM | 0.30 | 330.00 |
| 05/26/26 | (B100)(B130)(A107)Review email from J. Mairo to S. Ravin and T. Falk re: APA issues. | CPA | 0.10 | 87.50 |
| 05/26/26 | (B100)(B130)(A104)Review buyer's diligence request list and related correspondence. | CPA | 0.20 | 175.00 |
| 05/26/26 | (B100)(B130)(A108)Review email from J. Mairo to R. Wright re: due diligence issues. | CPA | 0.10 | 87.50 |
| 05/26/26 | (B100)(B110)(A104)Review monthly fee statements. | CPA | 0.20 | 175.00 |
| 05/26/26 | (B100)(B160)(A101)Correspondence with S. Laing regarding revisions to April invoice and related billing adjustments. | ENM | 0.10 | 38.50 |
| 05/26/26 | (B100)(B160)(A111)File with the Court the Monthly Fee Applications of FBT Gibbons and Dundon Advisers for the month of April; send filed copy to R. Wright and Service email. | ENM | 0.60 | 231.00 |
| 05/26/26 | (B100)(B160)(A103)Updates and assemble of FBT Gibbons and Dundon Advisers monthly fee applications; correspondence with J. Mairo regarding final review. | ENM | 0.90 | 346.50 |
| 05/26/26 | (B100)(B110)(A101)Confer with S. Laing regarding review of invoice for the month of April. | ENM | 0.20 | 77.00 |
| 05/27/26 | (B100)(B160)(A111)File with the Court the Certificate of Service regarding the Monthly Fee Applications of FBT Gibbons and Dundon Advisers. | ENM | 0.30 | 115.50 |
| 05/27/26 | (B100)(B110)(A111)Assemble and mail service copies of the Monthly Fee Applications of FBT Gibbons and Dundon Advisers. | ENM | 0.50 | 192.50 |
| 05/27/26 | (B100)(B110)(A108)Email UCC Chair regarding canceling meeting and report. | JSM | 0.30 | 330.00 |
| 05/27/26 | (B100)(B150)(A108)Emails with Committee and financial advisor regarding meeting and update. | JSM | 0.40 | 440.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 05/27/26 | (B100)(B130)(A107)Call with debtors' counsel regarding status of sale discussions. | JSM | 0.40 | 440.00 |
| 05/27/26 | (B100)(B150)(A106)Review email from J. Mairo to Committee members re: status of sale process and other updates. | CPA | 0.10 | 87.50 |
| 05/28/26 | (B100)(B130)(A107)Emails to schedule call with debtors' counsel team. | JSM | 0.20 | 220.00 |
| 05/28/26 | (B100)(B130)(A104)Review R. Wright email regarding financial report and APA status. | JSM | 0.20 | 220.00 |
| 05/28/26 | (B100)(B150)(A104)Review R. Wright assessment of financials and communicate to UCC. | JSM | 0.20 | 220.00 |
| 05/28/26 | (B100)(B130)(A108)Call with debtor legal team regarding open matters on potential transaction and next steps. | JSM | 0.50 | 550.00 |
| 05/28/26 | (B200)(B210)(A108)Review email correspondence from R. Wright and J. Compitello re: revenue variance. | CPA | 0.10 | 87.50 |
| 05/28/26 | (B100)(B110)(A101)Review of administrative order [D.I. 71] regarding Interim Fee Application; correspondence with R. Wright regarding Interim Fee Application. | ENM | 0.40 | 154.00 |
| 05/29/26 | (B100)(B130)(A108)Multiple emails with prospective purchaser counsel regarding open issues and scheduling call. | JSM | 0.50 | 550.00 |
| 05/29/26 | (B100)(B130)(A108)Attend call with debtor counsel regarding union issues with potential transaction. | JSM | 0.50 | 550.00 |
| 05/29/26 | (B100)(B150)(A108)Calls with UCC chair regarding potential call with prospective purchaser counsel. | JSM | 0.20 | 220.00 |
| 05/29/26 | (B100)(B130)(A107)Email from J. Hampton re: call to discuss net working capital issues. | CPA | 0.10 | 87.50 |
| 05/29/26 | (B100)(B130)(A107)Review email from J. Mairo to M. Thaler re: APA issues. | CPA | 0.10 | 87.50 |
| 05/29/26 | (B100)(B130)(A107)Teams meeting with counsel for debtor and buyer to discuss sale issues. | CPA | 0.40 | 350.00 |
| | | **Total:** | **58.20** | **$50,321.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Tkpr | Name | Hours | Rate | Amount |
|------|------|------:|-----:|-------:|
| CPA | Christopher P. Anton | 8.90 | 875.00 | 7,787.50 |
| RFC | Robert F. Coyne | 7.00 | 900.00 | 6,300.00 |
| JSM | John S. Mairo | 27.90 | 1,100.00 | 30,690.00 |
| ENM | Edna N. Munera | 14.40 | 385.00 | 5,544.00 |
| | | **58.20** | | **50,321.50** |

## PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|-------|------|-------------|------:|-------:|
| B100 | B110 | Case Administration | 6.40 | 2,923.50 |
| B100 | B130 | Asset Disposition | 34.50 | 35,180.00 |
| B100 | B140 | Relief from Stay/Adequate Protection Proceedings | 0.10 | 87.50 |
| B100 | B150 | Meetings of and Communications with Creditors | 3.80 | 3,932.50 |
| B100 | B160 | Fee/Employment Applications | 9.10 | 3,718.00 |
| B100 | B185 | Assumption/Rejection of Leases and Contracts | 0.20 | 175.00 |
| | | **SUB-TOTAL** | **54.10** | **46,016.50** |
| B200 | B210 | Business Operations | 0.20 | 175.00 |
| B200 | B230 | Financing/Cash Collections | 3.10 | 3,410.00 |
| | | **SUB-TOTAL** | **3.30** | **3,585.00** |
| L100 | L120 | Analysis/Strategy | 0.80 | 720.00 |
| | | **SUB-TOTAL** | **0.80** | **720.00** |
| | | **TOTAL** | **58.20** | **50,321.50** |