# EXHIBIT A

## Time Detail

| User | Entry Date | Activity | Description | Billable Time | Total Time | Hourly Rate | Billable Amt |
|------|-----------|----------|-------------|---------------|------------|-------------|--------------|
| Jordan Olsen | 05/06/2026 | Committee Member/Professional Meetings & Communications | Meeting and Update with the Committee members | 0.40 | 0.40 | $495.00/hr | $198.00 |
| Jordan Olsen | 05/07/2026 | Retention and Fee Applications | Drafting of 4th monthly fee application | 1.70 | 1.70 | $495.00/hr | $841.50 |
| Jordan Olsen | 05/08/2026 | Retention and Fee Applications | Updates to fee application | 0.40 | 0.40 | $495.00/hr | $198.00 |
| Jordan Olsen | 05/18/2026 | Retention and Fee Applications | First intrim fee application drafting | 2.20 | 2.20 | $495.00/hr | $1,089.00 |
| Jordan Olsen | 05/19/2026 | Retention and Fee Applications | First intrim fee application drafting | 2.80 | 2.80 | $495.00/hr | $1,386.00 |
| Jordan Olsen | 05/20/2026 | Committee Member/Professional Meetings & Communications | Meeting with the UCC | 0.40 | 0.40 | $495.00/hr | $198.00 |
| Jordan Olsen | 05/29/2026 | Retention and Fee Applications | Updating Interim fee app to not include March | 1.40 | 1.40 | $495.00/hr | $693.00 |
| **Totals For Jordan Olsen** | | | | **9.30** | **9.30** | | **$4,603.50** |
| Rick Wright | 05/04/2026 | Business Analysis | Correspondence with debtors re cash flow forecast. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 05/05/2026 | Business Analysis | call with the debtors FA (Competelo) re CF forecast | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 05/05/2026 | Business Analysis | Updated counsel re sale process | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 05/06/2026 | Business Analysis | Analysis of CF forecast update. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 05/06/2026 | Business Analysis | Sensitizing of purchase price based on Debtors cure schedule. | 1.30 | 1.30 | $960.00/hr | $1,248.00 |
| Rick Wright | 05/06/2026 | Committee Member/Professional Meetings & Communications | Call with the Committee. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 05/06/2026 | Sales Process | Read email update from counsel re sale process | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 05/07/2026 | Retention and Fee Applications | April fee application | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 05/08/2026 | Retention and Fee Applications | April fee application | 0.20 | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 05/13/2026 | Business Analysis | Analyzed April variance report re performance. | 0.70 | 0.70 | $960.00/hr | $672.00 |
| Rick Wright | 05/13/2026 | Sales Process | Updated counsel on the status of stalking horse APA | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 05/19/2026 | Retention and Fee Applications | Reviewed interim fee app. | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 05/20/2026 | Retention and Fee Applications | Reviewed interim fee app. | 0.40 | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 05/20/2026 | Committee Member/Professional Meetings & Communications | UCC call re sale process | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 05/20/2026 | Sales Process | Analysis of debtor financials re working capital target. | 1.10 | 1.10 | $960.00/hr | $1,056.00 |
| Rick Wright | 05/21/2026 | Sales Process | Analysis of debtor financials re working capital target. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 05/27/2026 | Business Analysis | Reviewed cash flow variance report. | 0.60 | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 05/28/2026 | Business Analysis | Analyzed updated cash flow variance report. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 05/28/2026 | Committee Member/Professional Meetings & Communications | Provided an update to the committee re liquidity | 0.30 | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 05/29/2026 | Retention and Fee Applications | Prepared interim fee application. | 0.50 | 0.50 | $960.00/hr | $480.00 |
| **Totals For Rick Wright** | | | | **9.50** | **9.50** | | **$9,120.00** |
| **Grand Total** | | | | **18.80** | **18.80** | | **$13,723.50** |