| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>          turner.falk@saul.com<br>          maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE<br>CORP., *et al.*,<br><br>                              Debtors.[1] | |

### SEVENTH MONTHLY FEE STATEMENT OF SAUL EWING LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM MAY 1, 2026 THROUGH MAY 31, 2026</u>

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Saul Ewing LLP ("**Saul Ewing**" or the "**Applicant**"), proposed counsel to the debtors and debtors-in-possession (the "**Debtors**"), hereby applies to the Court for its

---

[1]     The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

58033310.1

seventh monthly fee statement for professional services rendered and reimbursement of actual and necessary expenses incurred for the period May 1, 2026 through May 31, 2026 (the "**Application Period**") in connection with its retention as counsel to the Debtors and in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order").  Saul Ewing requests authorization to be paid by the Debtors $63,391.20 (which is 80% of $79,239.00) and $1,268.52 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Saul Ewing LLP as Counsel to the Debtors Effective as of November 14, 2025* [D.I. 67].  Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request.  Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period.  In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

## CATEGORY 1: ASSET DISPOSITION.

This category includes all matters relating to the disposition, and other post-petition uses of, property of the estate.  Time in this category includes examining potential transactions regarding estate assets.  Saul Ewing spent 71.2 hours of attorney time on the foregoing services.  Said services have a value of $50,791.00 for which Saul Ewing is seeking compensation.

2

58033310.1

| Asset Disposition | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 11.8 | $10,974.00 |
| Jeffrey C. Hampton | Partner | 22.3 | $20,739.00 |
| Turner N. Falk | Associate | 24.5 | $13,352.50 |
| Mariam Khoudari | Associate | 7.5 | $3,787.50 |
| Maxwell Hanamirian | Associate | 5.1 | $1,938.00 |
| **Total** | | **71.2** | **$50,791.00** |

## CATEGORY 2: BUSINESS OPERATIONS

This category includes all matters relating to the general operation of the Debtors' businesses. Saul Ewing spent 0.2 hours of attorney time on the foregoing services.  Said services have a value of $186.00 for which Saul Ewing is seeking compensation.

| Business Operations | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Jeffrey C. Hampton | Associate | 0.2 | $186.00 |
| **Total** | | **0.2** | **$186.00** |

## CATEGORY 3: CASE ADMINISTRATION.

This category includes all matters related to work regarding the administration of the case, including preparing and revising administrative pleadings and determining case strategies. Saul Ewing spent 3.9 hours of attorney time on the foregoing services.  Said services have a value of $2,457.00 for which Saul Ewing is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 1.2 | $1,116.00 |
| Jeffrey C. Hampton | Partner | 0.3 | $279.00 |
| Mariam Khoudari | Associate | 1.2 | $606.00 |
| Maxwell Hanamirian | Associate | 1.2 | $456.00 |
| **Total** | | **3.9** | **$2,457.00** |

## CATEGORY 4: CLAIMS ANALYSIS, OBJECTIONS, PROOFS OF CLAIM.

3

This category includes all time spent in connection with claim and bar date issues.  Saul Ewing spent 0.1 hours of attorney time on the foregoing services.  Said services have a value of $93.00 for which Saul Ewing is seeking compensation.

| Claims Analysis, Objections, Proofs of Claim and Bar Date | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 0.1 | $93.00 |
| Turner N. Falk | Associate | 0.6 | $327.00 |
| Maxwell Hanamirian | Associate | 1.9 | $722.00 |
| Total | | 3.0 | $1,514.00 |

## CATEGORY 5: COMMITTEE MATTERS

This category includes all matters related to communicating with creditors and parties in interest regarding case status and case-related issues. Saul Ewing spent 0.3 hours of attorney time on the foregoing services. Said services have a value of $279.00 for which Saul Ewing is seeking compensation.

| Committee Matters | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Jeffrey C. | Partner | 0.3 | $279.00 |
| Mariam Khoudari | Associate | 0.5 | $252.50 |
| Total | | 0.7 | $438.50 |

## CATEGORY 6: CREDITOR INQUIRIES.

This category includes all matters related to communicating with creditors and parties in interest regarding case status and case-related issues.  Saul Ewing spent 4.6 hours of attorney time on the foregoing services.  Said services have a value of $1,748.00 for which Saul Ewing is seeking compensation.

| Creditor Inquiries | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Maxwell Hanamirian | Associate | 4.6 | $1,748.00 |
| Total | | 4.6 | $1,748.00 |

## CATEGORY 7: EMPLOYEE BENEFITS AND PENSIONS

This category includes all matters related to employee matters or employee benefits, including preparing a wages motion and analyzing wage and benefits payment issues. Saul Ewing spent 0.5 hours of attorney time on the foregoing services.  Said services have a

4

58033310.1

value of $202.50 for which Saul Ewing is seeking compensation.

| Employee Benefits and Pensions | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Mariam Khoudari | Associate | 0.1 | $50.50 |
| Maxwell Hanamirian | Associate | 0.4 | $152.00 |
| **Total** | | **0.5** | **$202.50** |

## CATEGORY 8: EXECUTORY CONTRACTS & UNEXPIRED LEASES.

This category includes all matters related to executory contracts and unexpired leases. Time in this category includes analyzing leases and examining lease-related issues. Saul Ewing spent 22.1 hours of attorney time on the foregoing services. Said services have a value of $11,583.00 for which Saul Ewing is seeking compensation.

| Executory Contracts & Expired Leases | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 4.6 | $4,278.00 |
| Turner N. Falk | Associate | 2.0 | $1,090.00 |
| Mariam Khoudari | Associate | 2.6 | $1,313.00 |
| Maxwell Hanamirian | Associate | 12.9 | $4,902.00 |
| **Total** | | **22.5** | **$11,656.50** |

## CATEGORY 9: FEE/EMPLOYMENT APPLICATIONS (SAUL EWING).

This category includes all matters related to the review and preparation of a retention application and fee applications for Saul Ewing. Saul Ewing spent 3.5 hours of attorney time on the foregoing services. Said services have a value of $1,930.00 for which Saul Ewing is seeking compensation.

| Fee/Employment Applications (Saul Ewing) | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 0.5 | $465.00 |
| Mariam Khoudari | Associate | 2.6 | $1,313.00 |
| Maxwell Hanamirian | Associate | 0.4 | $152.00 |
| **Total** | | **3.5** | **$1,930.00** |

## CATEGORY 10: FEE/EMPLOYMENT APPLICATIONS (OTHER PROFESSIONALS).

58033310.1

This category includes all matters related to the review and analysis and filing of retention and fee applications for other professionals in these Chapter 11 Cases.  Saul Ewing spent 11.7 hours of attorney time on the foregoing services.  Said services have a value of $5,253.50 for which Saul Ewing is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 0.4 | $372.00 |
| Mariam Khoudari | Associate | 4.7 | $2,373.50 |
| Maxwell Hanamirian | Associate | 6.6 | $2,508.00 |
| Total | | 11.7 | $5,253.50 |

## CATEGORY 11: FINANCING AND CASH COLLATERAL

This category includes all matters related to financing and cash collateral, analyzing financial projections and examining budgeting in these Chapter 11 Cases.  Saul Ewing spent 0.2 hours of attorney time on the foregoing services.  Said services have a value of $186.00 for which Saul Ewing is seeking compensation.

| Financing and Cash Collateral | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 0.2 | $186.00 |
| Total | | 0.2 | $186.00 |

## CATEGORY 12: LITIGATION, CONTESTED MATTERS AND ADVERSARY PROCEEDINGS

This category includes time related to litigation. Saul Ewing spent 0.6 hours of attorney time on the foregoing services. Said services have a value of $283.00 for which Saul Ewing is seeking compensation.

| Litigation: Contested Matters and Adversary Proceedings | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Maxwell Hanamirian | Associate | 0.5 | $190.00 |
| Stephen Ravin | Partner | 0.1 | $93.0 |
| Total | | 0.6 | $283.00 |

## CATEGORY 13: PLAN AND DISCLOSURE STATEMENT

This category includes time related to plan and disclosure statement issues.  Saul Ewing

6

spent 1.7 hours of attorney time on the foregoing services. Said services have a value of $733.50 for which Saul Ewing is seeking compensation.

| Litigation: Contested Matters and Adversary Proceedings | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Mariam Khoudari | Associate | 0.7 | $353.50 |
| Maxwell Hanamirian | Associate | 1.0 | $380.00 |
| **Total** | | **1.7** | **$733.50** |

## CATEGORY 14: RELIEF FROM STAY AND ADEQUATE PROTECTION.

This category includes time related to Bankruptcy automatic stay and adequate protection issues. Saul Ewing spent 4.2 hours of attorney time on the foregoing services. Said services have a value of $2,048.50 for which Saul Ewing is seeking compensation.

| Statements and Schedules | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 0.8 | $744.00 |
| Mariam Khoudari | Associate | 0.1 | $50.50 |
| Maxwell Hanamirian | Associate | 3.3 | $1,254.00 |
| **Total** | | **4.2** | **$2,048.50** |

## CATEGORY 15: UST REPORTS, MEETINGS AND ISSUES.

This category includes time related to the preparation of operating reports and other information required by the UST or the Court. Time in this category includes corresponding with the UST and addressing the UST's comments with respect to various orders and preparing monthly operating reports. Saul Ewing spent 3.0 hours of attorney time on the foregoing services. Said services have a value of $1,465.00 for which Saul Ewing is seeking compensation.

| Statements and Schedules | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Mariam Khoudari | Associate | 2.6 | $1,313.00 |
| Maxwell Hanamirian | Associate | 0.4 | $152.00 |
| **Total** | | **3.0** | **$1,465.00** |

7

58033310.1

**EXPENSES**

Saul Ewing seeks $1,268.52 in expenses incurred during the Application Period. Expenses included in this Application Period include printing and reproduction charges ($188.00), postage ($223.92), and filing fees ($856.60). For legal research, Saul Ewing maintains flat fee contracts with Westlaw. As a general matter, and in the present case, Saul Ewing charges all clients (bankruptcy and non-bankruptcy) on whose behalf legal research is undertaken the amounts that Westlaw charge to regular users (i.e., users that do not maintain flat fee contracts) on a basis that is tied to the actual length of usage for each research session; however, Saul Ewing then applies a 50% discount to the amounts charged to its clients. In applying such discounted charges to its clients, Saul Ewing passes the benefits of the flat fee arrangement on to its clients while also maintaining a revenue neutral arrangement under its contract with Westlaw; specifically, Saul Ewing does not derive a profit from such legal charges.

**WHEREFORE**, Saul Ewing respectfully requests authorization to be paid by the Debtors $63,391.20 (which is 80% of $79,239.00) for legal services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $1,268.52 in expenses incurred during the Application Period.

Dated: July 1, 2026                      **SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
    Stephen B. Ravin, Esquire
    Turner N. Falk, Esquire
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6714
    E-mail:stephen.ravin@saul.com
          turner.falk@saul.com

    -and-

    Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
    1735 Market Street, Suite 3400
    Philadelphia, PA 19103-7504
    E-mail: maxwell.hanamirian@saul.com

    *Counsel for Debtors and Debtors in Possession*

8