# **EXHIBIT A**

## **Order Authorizing Retention of Cambridge**

58124940.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
 turner.falk@saul.com
Proposed Counsel to the Debtors and Debtors in
Possession

| | |
|---|---|
| In Re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP. et al.,<br><br>                              Debtors. | **Order Filed on December 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:    25-22123-JKS<br><br>Chapter:    11<br><br>Judge:    John K. Sherwood |

## ORDER AUTHORIZING RETENTION OF
## CAMBRIDGE FINANCIAL SERVICES, LLC EFFECTIVE AS OF NOVEMBER 14, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: December 9, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain   Cambridge Financial Services, LLC

as         Financial Advisor      , it is hereby ORDERED:

1.     The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Raritan Plaza III, 105 Fieldcrest Ave.

    Suite 506

    Edison, NJ 08837

2.     Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.     If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.     The effective date of retention is November 14, 2025.

*rev.8/1/15*

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  25–22123–JKS
Chapter:  11
Judge:  John K. Sherwood

_____

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Port Elizabeth Terminal & Warehouse
   Corp.
   13 Manor Road
   East Rutherford, NJ 07073

Social Security No.:


Employer's Tax I.D. No.:
   22–2056485

_____


### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 9, 2025, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 68 – 56
Order Granting Application to Employ Cambridge Financial Services,LLC as Financial Advisor. (Related Doc # 56). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/9/2025. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.



Dated: December 9, 2025
JAN: zlh


Jeanne Naughton
Clerk