## EXHIBIT C

**Detail Time Entries by Category**

58124940.1

# Cambridge
### Financial Services

May 31, 2026

The Judge Organization DIP

13 Manor Road
East Rutherford, NJ 07073

Invoice #   23677

FOR CONSULTING SERVICES DURING THE PERIOD:   5/1/2026   TO   5/31/2026

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2026 | NBJ | BUSINESS OPERATIONS: conference call on offers to purchase business/ discussed alternatives to information requests including net w/c adjustments | 1.40 500.00/hr | 700.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Payroll week ending 5/1-O/o Payments Cure reconciliation East Coast Due Diligence Requests Net working Capital Adjustment Elite Warehouse Logistics- LOI Competitive cash/ Secured Debt | 2.00 400.00/hr | 800.00 |
| | JC | UCC Credit Committee- April  Cash Flow variance report | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- Vendor Payments April 1-30 | 1.50 400.00/hr | 600.00 |
| 5/4/2026 | NBJ | BUSINESS OPERATIONS: conference call on East Coast demands and responses | 0.70 500.00/hr | 350.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule First Business Purchases week ending 5/1 Odyssey; Monthly rental Payments Update forecast -07.04.26 Actual 5/1 vs Forecast May month Cash Flow Lease Payment Seagis; mgmt fees 2025 | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March Weekly 20K withdrawal | 1.10 400.00/hr | 440.00 |
| | JC | UST Reports Meetings- Vendor Payments April 1-30 Professional Fee's approvals | 1.80 400.00/hr | 720.00 |
| 5/5/2026 | JC | Business Operations- Cash Flow Forecast  thru 3/31 Payroll/Vendor Payments/ First Business purchases/ Reserve releases Critical Vendor Payments | 2.90 400.00/hr | 1,160.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments April Vendor Payments April 1-30 | 0.70 400.00/hr | 280.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March | 1.10 400.00/hr | 440.00 |
| 5/6/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Cure Data Report- data Room for review Consolidated Forecast -07.04 Critical Vendors delinquent Payments-Post Critical Vendor Payments | 2.60 400.00/hr | 1,040.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-April Cure data finalized | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments April | 1.10 400.00/hr | 440.00 |
| 5/7/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call w/ ECW Limited agenda w/o attorneys\ Payroll/Owner Operators due 5/9 | 2.30 400.00/hr | 920.00 |

The Judge Organization DIP

Page   2

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/7/2026 | JC | UCC Credit Committee- Cash Flow Variance report-April Complete-Forward Updated cash Flow forecast | 1.50 400.00/hr | 600.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments April | 0.90 400.00/hr | 360.00 |
| 5/8/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Forward Customer Contracts/ Leases ECW Up Date Due diligence-ECW Employment Agreements with Key ManagersSite Visits -Equity Group Investments | 2.90 400.00/hr | 1,160.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March Updated cash Flow | 0.90 400.00/hr | 360.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments April | 0.60 400.00/hr | 240.00 |
| 5/11/2026 | NBJ | BUSINESS OPERATIONS review correspondences/ financial analysis/ conference /attorneys/client/accountants | 1.00 500.00/hr | 500.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Copies of Leases Mark Nelson-Pointe Maron Researches Timing of APA submittal; data requests Separate data room Critical vendors Zoom Call; SE | 3.30 400.00/hr | 1,320.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-April Major variances: Owner operators/Trk expenses Impact of Fuel Increases | 1.30 400.00/hr | 520.00 |
| 5/12/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Employment Contracts-Review Modifications APA /data requests Customer information /Data Net Working Capital Adjust calculations Verify Reserve withdrawals-1st Business | 4.30 400.00/hr | 1,720.00 |
| | JC | UCC Credit Committee- finalize Cash Flow variance report | 0.40 400.00/hr | 160.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments April | 0.80 400.00/hr | 320.00 |
| 5/13/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Insurance Liability Insurance Data requests Issues with proposed employment contracts Initiate response to ECW/ Identify areas of conflict Discussions w/ Key Employees : concerns | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Update on sales process/ status of LOI's Potential APA's | 1.30 400.00/hr | 520.00 |
| 5/14/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Critical Vendor motions pending  Update on cash availability: reserves Cash Flow variance / projections | 3.00 400.00/hr | 1,200.00 |
| | JC | UCC Credit Committee- Cash Flow Projections | 0.40 400.00/hr | 160.00 |
| | JC | UST Reports Meetings- review and Forward April  month vendor report | 0.60 400.00/hr | 240.00 |
| 5/15/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Pointe Maron Researches Validate cease of Critical vendors motions Discussions employments revised contracts from ECW from ECW | 2.80 400.00/hr | 1,120.00 |



**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP

Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/15/2026 | JC | UCC Credit Committee- Update on status Confirm professional fees paid 1st term/ 4th fee applications | 0.90 400.00/hr | 360.00 |
| 5/18/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Pay roll week ending 5/19-O/O Payments Due diligence East Coast | 1.60 400.00/hr | 640.00 |
| | JC | UCC Credit Committee- May 1-15 Cash Flow variance report | 0.90 400.00/hr | 360.00 |
| | JC | UST Reports Meetings- Vendor Payments April 1-30 | 1.30 400.00/hr | 520.00 |
| 5/19/2026 | NBJ | BUSINESS OPERATIONS review correspondences on sale of assets/ financial analysis on net working capital adjustment | 1.30 500.00/hr | 650.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Vendor payments 5/1-5/15 Payroll-O/O Due Diligence List ECW | 2.30 400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-March | 1.20 400.00/hr | 480.00 |
| | JC | UST Reports Meetings- Vendor Payments April 1-30/ 5/1-5/15 Professional Fee's approvals | 1.50 400.00/hr | 600.00 |
| 5/20/2026 | NBJ | BUSINESS OPERATIONS review correspondences on net W/C calculation/ conferences w/accountant/potential purchaser/ First Bank on continuing factor arrangement post sale/ draft responses | 1.40 500.00/hr | 700.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Cash Flow Forecast  thru 7/04 Payroll/Vendor Payments/ First Business purchases/Reserve releases Employment Agreements ECW | 2.80 400.00/hr | 1,120.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments April | 0.90 400.00/hr | 360.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-May 1-15 Professional Fees 1st Interim- 4th Application | 1.20 400.00/hr | 480.00 |
| 5/21/2026 | NBJ | BUSINESS OPERATIONS: conference on cash flow shortfalls/ structure of APA/ review correspondences/ financial analysis of NWC from East Coast/ multiple conferences w/attorney/accountant on asset purchase definition | 1.80 500.00/hr | 900.00 |
| | NBJ | BUSINESS OPERATIONS: conference w/accountants on waterfall for East Coast deal and deficiencies thereof | 0.70 500.00/hr | 350.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Employment Agreements- Issue/concerns Consolidated Forecast -07.04Due Diligence ECW First Business Purchases Zoom w/ UCC-SE  Update working capital | 2.80 400.00/hr | 1,120.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-May 1-15 | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments April | 1.20 400.00/hr | 480.00 |



Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP

Page   4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/22/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Payroll/O/O week ending Net working Capital-ECW Employment Agreements Zoom ECW-Anton | 2.30<br>400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Complete-Forward Updated cash Flow forecast 7/4 | 1.50<br>400.00/hr | 600.00 |
| | JC | UST Reports Meetings- Professional Fees 5th Confirmation | 0.90<br>400.00/hr | 360.00 |
| 5/25/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Up Date Due diligence-ECW Employment Agreements with Key Managers | 2.90<br>400.00/hr | 1,160.00 |
| | JC | UCC Credit Committee- Updated cash Flow | 0.90<br>400.00/hr | 360.00 |
| | JC | UST Reports Meetings- Professional Fees 5th | 0.60<br>400.00/hr | 240.00 |
| 5/26/2026 | NBJ | BUSINESS OPERATIONS: conference on next steps w/East Coast/ conference w/accountants/attorneys on negotiation East Coast | 1.20<br>500.00/hr | 600.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Cure Schedule-Critical Vendors Savannah vendor payments working capital-Mazars-ECW | 3.30<br>400.00/hr | 1,320.00 |
| | JC | UCC Credit Committee- Major variances: Owner operators/Trk expenses Impact of Fuel Increases | 1.30<br>400.00/hr | 520.00 |
| 5/27/2026 | NBJ | FINANCING & CASH COLLATERAL: prep for call/ conference w/First Business | 0.70<br>500.00/hr | 350.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Employment Contracts-Review Zoom call w/ First Business-Status Collect Out AR/ Loan. Net 3.5 +1.0= 3.6 Net Working Capital Adjust calculations Notice of Assignment w/ Customers | 3.90<br>400.00/hr | 1,560.00 |
| | JC | UCC Credit Committee- Net Working Capital Adjust calculations | 0.80<br>400.00/hr | 320.00 |
| | JC | UST Reports Meetings- Professional Fees 5th | 0.90<br>400.00/hr | 360.00 |
| 5/28/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Savannah Vendor payments: Ogden/Hale 1st Business claw back: IP/,,,Chassis Meeting w/ECW-Equity Group Investments | 2.30<br>400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Net Working Capital Adjust calculations Update on sales process/ status of LOI's Potential APA's | 1.60<br>400.00/hr | 640.00 |
| 5/29/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Critical Vendor motions pending Update on cash availability: reserves Cash Flow variance / projections Payroll/O/O First Business Purchases Vendor Payments 5/1-5/31 | 3.30<br>400.00/hr | 1,320.00 |
| | JC | UCC Credit Committee- Net Working Capital Adjust calculations | 0.80<br>400.00/hr | 320.00 |
| | JC | UST Reports Meetings- Professional Fees 5th application | 0.90<br>400.00/hr | 360.00 |



**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP

Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/29/2026 NBJ | FEE APPLICATION: review application | | 0.40 | 200.00 |
| | | | 500.00/hr | |
| | For professional services rendered | | 106.70 | $43,740.00 |



**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Case Administration - **NBJ** | 0 | $0 |
|  | Case Administration - **JC** | 0 | $0 |
| 2. | Financing and Cash Flow - **NBJ** | .70 | $350 |
|  | Financing and Cash Flow – **JC** | 0 | $0 |
| 3. | Business Operations - **NBJ** | 9.50 | $4,750 |
|  | Business Operations - **JC** | 58.40 | $23,360 |
| 4. | Fee Application - **NBJ** | .40 | $200 |
|  | Fee Application – **JC** | 0 | $0 |
| 5. | Creditors Inquires - **NBJ** | 0 | $0 |
|  | Creditors Inquires – **JC** | 0 | $0 |
| 6. | UST Reports Meetings – **NBJ** | 0 | $0 |
|  | UST Reports Meetings - **JC** | 16.20 | $6,480 |
| 7. | Litigation - **NBJ** | 0 | $0 |
|  | Litigation - **JC** | 0 | $0 |
| 8. | Statements & Schedules - **NBJ** | 0 | $0 |
|  | Statements & Schedules - **JC** | 0 | $0 |
| 9. | Credit Committee Administration - **NBJ** | 0 | $0 |
|  | Credit Committee Administration - **JC** | 21.50 | $8,600 |
| 10. | Mileage - **NBJ** | 0 | $0 |
|  | Mileage - **JC** | 0 | $0 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | **Total:** |  |  |
|  |  | **Grand Total** | **$43,740.00** |
|  |  | **80% of Total Compensation** | **$34,992.00** |
|  |  |  |  |



**Cambridge**
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com