| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>          turner.falk@saul.com<br>          maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                    Debtors.[1] | |

**SEVENTH MONTHLY FEE STATEMENT OF FORVIS MAZARS, LLP,
ACCOUNTANT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
MAY 1, 2026 THROUGH MAY 31, 2026**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Forvis Mazars, LLP ("**Mazars**" or the "**Applicant**"), accountant to the debtors and debtors-in-possession (the "**Debtors**"), hereby applies to the Court for its seventh

---

[1]      The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

57927362.2

monthly fee statement for professional services rendered and reimbursement of actual and necessary expenses incurred for the period May 1, 2026 through May 31, 2026 (the "**Application Period**") in connection with its retention as accountant to the Debtors and in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order").  Mazars requests authorization to be paid by the Debtors $57,645.63 (which is 80% of $72,057.04) and $500.00 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Forvis Mazars, LLP Effective as of November 14, 2025* [D.I. 69].  Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request.  Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period.  In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

## CATEGORY 1: BUSINESS OPERATIONS.

This category includes all matters relating to the general operation of the Debtors' businesses. Mazars spent  87.9 hours on the foregoing services.  Said services have a value of $31,336.73 for which Mazars is seeking compensation.

| Business Operations | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensatio** |
| Juan Angel | Associate | 15.50 | $1,790.25 |
| Hilary Celis | Senior | 11.75 | $4,053.00 |
| Sofia Cordero | Partner | 13.25 | $10,921.31 |
| Kevin Hamernik | Partner | 3.25 | $2,371.769 |
| Megan Hartwig | Consultant | 1.15 | $398.48 |
| Andrew Landrum | Senior Manager | 0.75 | $452.81 |
| Antonio Mejia | Senior | 30.75 | $4,843.13 |
| Teresa Peebles | Tax Service Associate | 0.25 | $76.13 |

2

57927362.2

| Paru Shah | Manager | 8.5 | $5,087.25 |
|---|---|---|---|
| Edward Unkles | Manager | 2.75 | $1,342.69 |
| **Total** | | **87.90** | **$31,336.73** |

## CATEGORY 2: FEE/EMPLOYMENT APPLICATIONS (OTHER PROFESSIONALS).

This category includes all matters related to the review and analysis and filing of retention and fee applications for other professionals in these Chapter 11 Cases.  Mazars spent 3.25 hours on the foregoing services.  Said services have a value of $1,707.56 for which Mazars is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Edward Unkles | Manager | 2.75 | $1,342.69 |
| Kevin Hamernik | Partner | 0.50 | $364.88 |
| **Total** | | **3.25** | $1,707.56 |

## CATEGORY 3: UST REPORTS, MEETINGS AND ISSUES.

This category includes time related to the preparation of operating reports and other information required by the UST or the Court.  Time in this category includes corresponding with the UST and addressing the UST's comments with respect to various orders.  Mazars spent 78.55 hours on the foregoing services.  Said services have a value of $36,039.94 for which Mazars is seeking compensation.

| UST Reports, Meetings and Issues | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensatio** |
| Juan Angel | Associate | 7.75 | $895.13 |
| Hilary Celis | Senior | 18.25 | $6,132.00 |
| Sofia Cordero | Partner | 7.75 | $6,387.94 |
| Kevin Hamernik | Partner | 3.50 | $2,554.13 |
| Antonio Mejia | Senior | 0.75 | $118.13 |
| Edward Unkles | Manager | 40.50 | $19,952.63 |
| **Total** | | **78.55** | **$36,039.94** |

## CATEGORY 4: ASSET DISPOSITION.

This category includes all matters relating to the disposition, and other post-petition uses of, property of the estates  Time in this category includes examining potential transactions

3

regarding estate assets.  Mazars spent 5.25 hours on the foregoing services.  Said services have a value of $2,972.81 for which Mazars is seeking compensation.

| Asset Disposition | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Sofia Cordero | Partner | 0.5 | $412.13 |
| Kevin Hamernik | Partner | 1.0 | $729.75 |
| Edward Unkles | Manager | 3.75 | $1,830.94 |
| **Total** | | **5.25** | **$2,972.81** |

**EXPENSES**.

Mazars seeks $500.00 in expenses incurred during the Application Period.

[*Remainder of page left intentionally blank*]

4

57927362.2

**WHEREFORE**, Mazars respectfully requests authorization to be paid by the Debtors $57,645.63 (which is 80% of $72,057.04) for accounting services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $500.00 in expenses incurred during the Application Period.

Dated: July 1, 2026                                **SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
     Stephen B. Ravin, Esquire
     Turner N. Falk, Esquire
     One Riverfront Plaza
     1037 Raymond Blvd., Suite 1520
     Newark, NJ 07102-5426
     Telephone: (973) 286-6714
     E-mail:stephen.ravin@saul.com
          turner.falk@saul.com

     -and-

     Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
     1735 Market Street, Suite 3400
     Philadelphia, PA 19103-7504
     E-mail: maxwell.hanamirian@saul.com

     *Counsel for Debtors and Debtors in Possession*

5

57927362.2