## EXHIBIT C

### Detail Time Entries by Category

57927362.2

# forv/s mazars

Judge Organization, LLC et. al
Attn: Richard Brogan
13 Manor Road
East Rutherford NJ 07073

| | |
|---|---|
| Date: | 6/11/2026 |
| Page: | 1 |
| Client No: | 2621202 |
| Invoice No: | 2955775 |

---

| | |
|---|---|
| For professional services rendered May 1st to May 31st | 6,412.88 |
| • Amex Shipping Agent | |
| For professional services rendered May 1st to May 31st | 1,107.75 |
| • Judge Organization, LLC | |
| For professional services rendered May 1st to May 31st | 10,073.44 |
| • Judge Warehousing, LLC | |
| For professional services rendered May 1st to May 31st | 22,632.75 |
| • P. Judge & Sons, Inc. | |
| For professional services rendered May 1st to May 31st | 9,052.31 |
| • P. Judge and Sons Trucking, LLC | |
| For professional services rendered May 1st to May 31st | 22,777.91 |
| • Port Elizabeth Terminal & Warehouse Corp | |
| >> Fees related to dataroom access May 2026 | 500.00 |
| Invoice Total | $ 72,557.04 |

Invoices are due upon receipt and assessed a finance charge after 32 days past due unless detailed in engagement letter.
Payment options are included below. Please reference the client and invoice number with your payment.

| **Through Client Payment Portal at:** | **Forvis Mazars LLP** | **By mail to either of the following addresses:** |
|---|---|---|
| https://www.e-billexpress.com/ebpp/ForvisMazars/Login/Index | **By ACH or WIRE to either account:** | Forvis Mazars LLP |
| | Bank: Wells Fargo ABA: 121000248 | PO Box 602828 |
| | Account: 2000019793733 | Charlotte, NC 28260-2828 |
| | **OR** | **OR** |
| | Bank: Wells Fargo ABA: 121000248 | Forvis Mazars LLP |
| | Account: 4556643740 | PO Box 200870 |
| | | Dallas, TX 75320-0870 |

**May-26**
**Summary of Fees - By Entity and Category**

| Client Name | Category | Staff Name | Data Sum of Hours | Sum of Total |
|---|---|---|---|---|
| Amex Shipping Agent, Inc. | Asset Disposition | Unkles, Edward | 1.0 | 488.3 |
| | Asset Disposition Total | | 1.0 | 488.3 |
| | Business Operations | Angel, Juan | 4.0 | 462.0 |
| | | Celis, Hilary | 1.5 | 504.0 |
| | | Cordero, Sofia | 3.3 | 2,678.8 |
| | | Hamernik, Kevin J | 1.0 | 729.8 |
| | | Mejia, Antonio | 3.3 | 511.9 |
| | Business Operations Total | | 13.0 | 4,886.4 |
| | UST Reports & Meetings | Celis, Hilary | 1.3 | 420.0 |
| | | Cordero, Sofia | 0.8 | 618.2 |
| | UST Reports & Meetings Total | | 2.0 | 1,038.2 |
| Amex Shipping Agent, Inc. Total | | | 16.0 | 6,412.9 |
| Judge Organization, LLC | Asset Disposition | Cordero, Sofia | 0.5 | 412.1 |
| | | Unkles, Edward | 0.5 | 244.1 |
| | Asset Disposition Total | | 1.0 | 656.3 |
| | Business Operations | Angel, Juan | 0.8 | 86.6 |
| | Business Operations Total | | 0.8 | 86.6 |
| | UST Reports & Meetings | Hamernik, Kevin J | 0.5 | 364.9 |
| | UST Reports & Meetings Total | | 0.5 | 364.9 |
| Judge Organization, LLC Total | | | 2.3 | 1,107.8 |
| Judge Warehousing, LLC | Business Operations | Angel, Juan | 1.3 | 144.4 |
| | | Celis, Hilary | 0.3 | 84.0 |
| | | Cordero, Sofia | 2.0 | 1,648.5 |
| | | Hamernik, Kevin J | 1.0 | 729.8 |
| | | Mejia, Antonio | 2.8 | 433.1 |
| | | Shah, Paru | 0.8 | 448.9 |
| | | Unkles, Edward | 0.5 | 244.1 |
| | Business Operations Total | | 8.5 | 3,732.8 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 1.5 | 732.4 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.5 | 732.4 |
| | UST Reports & Meetings | Celis, Hilary | 2.5 | 840.0 |
| | | Cordero, Sofia | 0.8 | 618.2 |
| | | Unkles, Edward | 8.5 | 4,150.1 |
| | UST Reports & Meetings Total | | 11.8 | 5,608.3 |
| Judge Warehousing, LLC  Total | | | 21.8 | 10,073.4 |
| P. Judge & Sons, Inc. | Asset Disposition | Unkles, Edward | 1.0 | 488.3 |
| | Asset Disposition Total | | 1.0 | 488.3 |
| | Business Operations | Angel, Juan | 4.8 | 548.6 |
| | | Celis, Hilary | 3.3 | 1,144.5 |
| | | Cordero, Sofia | 2.8 | 2,266.7 |
| | | Mejia, Antonio | 5.3 | 826.9 |
| | | Peebles, Teresa L | 0.3 | 76.1 |
| | | Shah, Paru | 4.8 | 2,842.9 |
| | | Unkles, Edward | 0.5 | 244.1 |
| | Business Operations Total | | 21.5 | 7,949.8 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 0.5 | 244.1 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.5 | 244.1 |
| | UST Reports & Meetings | Angel, Juan | 7.0 | 808.5 |
| | | Celis, Hilary | 8.3 | 2,772.0 |
| | | Cordero, Sofia | 2.8 | 2,266.7 |
| | | Hamernik, Kevin J | 2.0 | 1,459.5 |
| | | Mejia, Antonio | 0.8 | 118.1 |
| | | Unkles, Edward | 13.0 | 6,525.8 |
| | UST Reports & Meetings Total | | 33.8 | 13,950.6 |
| P. Judge & Sons, Inc. Total | | | 56.8 | 22,632.8 |
| P. Judge and Sons Trucking, LLC | Asset Disposition | Unkles, Edward | 0.5 | 244.1 |
| | Asset Disposition Total | | 0.5 | 244.1 |
| | Business Operations | Angel, Juan | 1.3 | 144.4 |
| | | Cordero, Sofia | 1.8 | 1,442.4 |
| | | Hamernik, Kevin J | 0.8 | 547.3 |
| | | Mejia, Antonio | 6.0 | 945.0 |
| | Business Operations Total | | 9.8 | 3,079.1 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.5 | 364.9 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.5 | 364.9 |
| | UST Reports & Meetings | Celis, Hilary | 2.5 | 840.0 |
| | | Cordero, Sofia | 0.8 | 618.2 |
| | | Unkles, Edward | 8.0 | 3,906.0 |
| | UST Reports & Meetings Total | | 11.3 | 5,364.2 |
| P. Judge and Sons Trucking, LLC Total | | | 22.0 | 9,052.3 |
| Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Hamernik, Kevin J | 1.0 | 729.8 |
| | | Unkles, Edward | 0.8 | 366.2 |
| | Asset Disposition Total | | 1.8 | 1,095.9 |
| | Business Operations | Angel, Juan | 3.5 | 404.3 |
| | | Celis, Hilary | 6.8 | 2,320.5 |
| | | Cordero, Sofia | 3.5 | 2,884.9 |
| | | Hamernik, Kevin J | 0.5 | 364.9 |
| | | Hartwig, Megan K | 1.2 | 398.5 |
| | | Lendrum, Andrew | 0.8 | 452.8 |
| | | Mejia, Antonio | 13.5 | 2,126.3 |
| | | Shah, Paru | 3.0 | 1,795.5 |
| | | Unkles, Edward | 1.8 | 854.4 |
| | Business Operations Total | | 34.4 | 11,602.0 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 0.8 | 366.2 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.8 | 366.2 |
| | UST Reports & Meetings | Angel, Juan | 0.8 | 86.6 |
| | | Celis, Hilary | 3.8 | 1,260.0 |
| | | Cordero, Sofia | 2.8 | 2,266.7 |
| | | Hamernik, Kevin J | 1.0 | 729.8 |
| | | Unkles, Edward | 11.0 | 5,370.8 |
| | UST Reports & Meetings Total | | 19.3 | 9,713.8 |
| Port Elizabeth Terminal & Warehouse Corp Total | | | 56.2 | 22,777.9 |
| Grand Total | | | 174.9 | 72,057.0 |

|  |  |
|---|---|
| >>Fees related to dataroom access May 2026 | 500.00 |
| | **72,557.0** |

**May-26**
**Summary of Fees - By Category**

|  |  | Data |  |
|---|---|---|---|
| Category | Staff Name | Sum of Hours | Sum of Total |
| Asset Disposition | Cordero, Sofia | 0.5 | 412.1 |
|  | Hamernik, Kevin J | 1.0 | 729.8 |
|  | Unkles, Edward | 3.8 | 1,830.9 |
| Asset Disposition Total |  | 5.3 | **2,972.8** |
| Business Operations | Angel, Juan | 15.5 | 1,790.3 |
|  | Celis, Hilary | 11.8 | 4,053.0 |
|  | Cordero, Sofia | 13.3 | 10,921.3 |
|  | Hamernik, Kevin J | 3.3 | 2,371.7 |
|  | Hartwig, Megan K | 1.2 | 398.5 |
|  | Lendrum, Andrew | 0.8 | 452.8 |
|  | Mejia, Antonio | 30.8 | 4,843.1 |
|  | Peebles, Teresa L | 0.3 | 76.1 |
|  | Shah, Paru | 8.5 | 5,087.3 |
|  | Unkles, Edward | 2.8 | 1,342.7 |
| Business Operations Total |  | 87.9 | **31,336.7** |
| Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.5 | 364.9 |
|  | Unkles, Edward | 2.8 | 1,342.7 |
| Fee/Employment Applications (Other Professionals) Total |  | 3.3 | **1,707.6** |
| UST Reports & Meetings | Angel, Juan | 7.8 | 895.1 |
|  | Celis, Hilary | 18.3 | 6,132.0 |
|  | Cordero, Sofia | 7.8 | 6,387.9 |
|  | Hamernik, Kevin J | 3.5 | 2,554.1 |
|  | Mejia, Antonio | 0.8 | 118.1 |
|  | Unkles, Edward | 40.5 | 19,952.6 |
| UST Reports & Meetings Total |  | 78.5 | **36,039.9** |
| Grand Total |  | 174.9 | **72,057.0** |

>>Fees related to dataroom access May 2026                                500.0

                                                                        **72,557.0**

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | meeting with attorneys on cash and diligence call with Joe | 5/1/26 | 0.5 | 412.1 | 824.3 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 Hide information Bank Statement | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | UST Reports & Meetings | wrap up items for MOR | 5/4/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 Combine bank statement and Rec | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Info for sale deal | 5/5/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Cure schedule review and wrap up with Judge team and counsel | 5/6/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Call with East Coast for sale and follow ups | 5/7/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05  Redact AR Decemebre 2025 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 Redact AR January 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 Redact AR February 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 Redact AR March 2025 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | call check in with attorneys | 5/11/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.04 Operating Statement 04.2026 | 5/12/26 | 0.5 | 57.8 | 115.5 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | closing april and discussions with team | 5/12/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.04 TB | 5/12/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.04 REDACTED AR | 5/13/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | UST Reports & Meetings | wrap up for April closing for prep of MOR | 5/20/26 | 0.3 | 206.1 | 824.3 |
| Celis, Hilary | Amex Shipping Agent, Inc. | Business Operations | April closing | 5/21/26 | 1.5 | 504.0 | 336.0 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | review waterfall cash from transaction and working capital calculation | 5/22/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | UST Reports & Meetings | MOR items and sale items for East Coast - call with Anton and Joe C on pending items on the waterfall | 5/26/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Information for sale from QoE team and requests to the Company | 5/27/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Follow ups POA | 5/4/26 | 0.5 | 412.1 | 824.3 |
| Lendrum, Andrew | Port Elizabeth Terminal & Warehouse Corp | Business Operations | E-mails re amended return. | 5/4/26 | 0.3 | 150.9 | 603.8 |
| Hartwig, Megan K | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Called PPL and spoke to Agent Adiri 1005008287 who verified authorization and researched account .  According to the prior call listed in the IRS system a referral was made to the department reviewing the account and causing the hold.  Agent confirmed a letter CP05 has been prepared will be issued on 5/18.  The client should be on the lookout for that letter. | 5/4/26 | 1.0 | 346.5 | 346.5 |
| Lendrum, Andrew | Port Elizabeth Terminal & Warehouse Corp | Business Operations | E-mails and review IRS notice re Form 2848. | 5/15/26 | 0.3 | 150.9 | 603.8 |
| Hartwig, Megan K | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Re submit POA to CAF and team correspondence | 5/18/26 | 0.2 | 52.0 | 346.5 |
| Lendrum, Andrew | Port Elizabeth Terminal & Warehouse Corp | Business Operations | E-mails re refund claim. | 5/26/26 | 0.3 | 150.9 | 603.8 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | updated/closed Amelio for 2025 engagement | 5/11/26 | 0.3 | 97.1 | 388.5 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | updated/closed Amelio for 2025 engagement | 5/11/26 | 0.3 | 97.1 | 388.5 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | updated/closed Amelio for 2025 engagement | 5/11/26 | 0.3 | 97.1 | 388.5 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | updated/closed Amelio for 2025 engagement | 5/11/26 | 0.3 | 97.1 | 388.5 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Business Operations | Review of cure schedules prepared by fm. Email to Turner. Review of amended cure schedule. | 5/1/26 | 1.0 | 729.8 | 729.8 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Judge | Weekly call w Counsel | 5/1/26 | 1.0 | 488.3 | 488.3 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | Call w Sofia re March MORs | 5/4/26 | 1.0 | 488.3 | 488.3 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | March MORs | 5/4/26 | 1.0 | 488.3 | 488.3 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | March MORs | 5/4/26 | 1.0 | 488.3 | 488.3 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Responsive to Joe on status of MORs. | 5/4/26 | 0.5 | 364.9 | 729.8 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | Collate MORs, send to Saul Ewing | 5/5/26 | 2.0 | 976.5 | 488.3 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | Finalize MORs | 5/5/26 | 1.0 | 488.3 | 488.3 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | Call w KH to final MORs | 5/5/26 | 0.5 | 244.1 | 488.3 |
| Unkles, Edward | Judge Organization, LLC | Asset Disposition | Judge | Deal room management, file uploads | 5/5/26 | 0.5 | 244.1 | 488.3 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | Final MOR review; review of amended PSA  and meeting with Ed | 5/5/26 | 2.0 | 1,459.5 | 729.8 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge | Deal room management | 5/6/26 | 0.5 | 244.1 | 488.3 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Asset Disposition | Judge | Deal room management | 5/6/26 | 0.5 | 244.1 | 488.3 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Emails re meeting with buyer. R/review filed MORs. | 5/6/26 | 0.5 | 364.9 | 729.8 |
| Unkles, Edward | P. Judge & Sons, Inc. | Business Operations | Judge | Call w Sofia re East Coast call | 5/6/26 | 0.5 | 244.1 | 488.3 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | Call w KH re MORs | 5/7/26 | 0.5 | 244.1 | 488.3 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | Call w Mariam, edit and update PET MOR for amended filing | 5/7/26 | 1.0 | 488.3 | 488.3 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge | Deal room management, file uploads | 5/7/26 | 0.8 | 366.2 | 488.3 |
| Hamernik, Kevin J | Judge Organization, LLC | UST Reports & Meetings | MOR with Ed re change on PET | 5/7/26 | 0.5 | 364.9 | 729.8 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Judge | Call w East Coast | 5/7/26 | 0.8 | 366.2 | 488.3 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | Business Operations | Review of Joe's email and updated cash flow with actuals and forecast. | 5/9/26 | 1.0 | 729.8 | 729.8 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge | Deal room management | 5/11/26 | 0.5 | 244.1 | 488.3 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Business Operations | Group meeting with focus on APA issues. | 5/11/26 | 0.8 | 547.3 | 729.8 |
| Unkles, Edward | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Judge | Billing prep | 5/11/26 | 1.0 | 488.3 | 488.3 |
| Unkles, Edward | Judge Warehousing, LLC | Business Operations | Judge | Call w counsel | 5/11/26 | 0.5 | 244.1 | 488.3 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | April MOR | 5/12/26 | 2.0 | 976.5 | 488.3 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | April MOR | 5/12/26 | 2.0 | 976.5 | 488.3 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Asset Disposition | Judge | Deal room management | 5/12/26 | 0.5 | 244.1 | 488.3 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Review of time detail for Apr. | 5/12/26 | 0.3 | 182.4 | 729.8 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | April MOR AR | 5/13/26 | 2.0 | 976.5 | 488.3 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge | Deal room management | 5/13/26 | 0.5 | 244.1 | 488.3 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | April MOR prep, email to sofia re prof fees and supporting files | 5/14/26 | 1.5 | 732.4 | 488.3 |
| Unkles, Edward | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Judge | Billing support, corrs w Sofia | 5/15/26 | 0.5 | 244.1 | 488.3 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | MOR files in caseware | 5/18/26 | 0.5 | 244.1 | 488.3 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | MOR Reporting | 5/19/26 | 1.0 | 488.3 | 488.3 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Judge | Corrs w Sofia, updates to billing calcs | 5/20/26 | 0.5 | 244.1 | 488.3 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge | Final billing PDFs, collate and send to Mariam | 5/20/26 | 0.8 | 366.2 | 488.3 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Review and comments back on fee application. | 5/21/26 | 0.5 | 364.9 | 729.8 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Second review of application with proposed edits. | 5/22/26 | 0.3 | 182.4 | 729.8 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | April MOR | 5/26/26 | 2.0 | 976.5 | 488.3 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | R/r waterfall file from Sofia. Call with Sofia on waterfall. Group call with advisors and lawyers re waterfall and response to buyer. R/r Joe file on cash flow since filing | 5/26/26 | 1.0 | 729.8 | 729.8 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | April Fee app | 5/26/26 | 0.5 | 244.1 | 488.3 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | April MOR | 5/26/26 | 2.0 | 976.5 | 488.3 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge | April MOR | 5/27/26 | 5.0 | 2,441.3 | 488.3 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | April MORs | 5/28/26 | 6.0 | 2,929.5 | 488.3 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge | April MORs | 5/29/26 | 6.0 | 2,929.5 | 488.3 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge | April MOR finalisations | 5/31/26 | 2.0 | 1,155.0 | 577.5 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | meeting with attorneys for check in and updates on diligence- call with Joe for cure schedule final amounts and questions for Turner - Judge Warehousing | 5/1/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | meeting with attorneys for check in and updates on diligence- call with Joe for cure schedule final amounts and questions for Turner - Judge Trucking | 5/1/26 | 0.5 | 412.1 | 824.3 |
| Celis, Hilary | Judge Warehousing, LLC | Business Operations | April binder setup | 5/4/26 | 0.3 | 84.0 | 336.0 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.05 Hide information Bank statement | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 Hide information JW | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 Hide information Bank statement PJT | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | wrap up items for MOR- JUDGE WAREHOUSING | 5/4/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.05 Combine bank and Rec | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.05 Combine bank and rec information JW | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.05 Combine bank and rec PJT | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | wrap up items for MOR- JUDGE TRUCKING | 5/4/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Judge Organization, LLC | Asset Disposition | Info for sale deal - jUDGE Trucking | 5/5/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Info for sale deal - Judge W | 5/5/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Cure schedule review and wrap up with Judge team and counsel- Judge Trucking | 5/6/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Cure schedule review and wrap up with Judge team and counsel- Jduge W | 5/6/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Call with East Coast for sale and follow ups - Judge Warehousing | 5/7/26 | 0.3 | 206.1 | 824.3 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Reviewed leases related to claim, saved files in debt section, gathered loan documents for Court, as well as fixed assets reports for 2024 and 2025. | 5/7/26 | 0.8 | 252.0 | 336.0 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Call with East Coast for sale and follow ups - Judge Trucking | 5/7/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.05 JW - Redact AR February 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 JW - Redact AR March 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 PJT- Redact AR January 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.05 PJT - Redact AR February 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.05 PJT- Redact AR Decembere 2025 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 PJT - Redact AR March 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Judge Organization, LLC | Business Operations | 26.05 JW - Redact AR December 2025 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.05 JW - Redact AR January 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 Redact AR December 2025 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.05 Redact AR January 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.05 Redact AR February 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.04 tb | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | closing april and discussions with team- judge warehousing | 5/11/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.04 Operating Statement 04.2026 | 5/12/26 | 0.5 | 57.8 | 115.5 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.04 Operating Statement 04.2026 | 5/12/26 | 0.5 | 57.8 | 115.5 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | closing april and discussions with team- judge warehousing | 5/12/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | closing april and discussions with team | 5/12/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.04 tb | 5/12/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.04 TB  JW | 5/12/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Judge Warehousing, LLC | Business Operations | 26.04 TB PJT | 5/12/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | P. Judge and Sons Trucking, LLC | Business Operations | 26.04 TB LOG | 5/12/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Amex Shipping Agent, Inc. | Business Operations | 26.04 Redacted AR PJT | 5/13/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.04 REDACTED AR JW | 5/13/26 | 0.3 | 28.9 | 115.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | April closing | 5/13/26 | 1.3 | 748.1 | 598.5 |
| Celis, Hilary | Judge Warehousing, LLC | UST Reports & Meetings | WHS 2.50h - April closing and MOR reports | 5/14/26 | 2.5 | 840.0 | 336.0 |
| Shah, Paru | Judge Warehousing, LLC | Business Operations | April closing | 5/14/26 | 0.8 | 448.9 | 598.5 |
| Celis, Hilary | Amex Shipping Agent, Inc. | UST Reports & Meetings | TRK 1.25h - April closing and MOR reports | 5/15/26 | 1.3 | 420.0 | 336.0 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | wrap up for April closing for prep of MOR - Judge Warehousing | 5/20/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | wrap up for April closing for prep of MOR - Judge Trucking | 5/20/26 | 0.5 | 412.1 | 824.3 |
| Celis, Hilary | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | TRK - 1.25h & WHS 1.25h - Call with Paru to go over review comments, addressed pending review comments, updated operating reports, meeting with Sofia, additional changes/adjustments, printed financials, updated MOR professional fees WP, and sent AJEs to Rich. | 5/21/26 | 2.5 | 840.0 | 336.0 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | review waterfall cash from transaction and working capital calculation- Judge Warehousing | 5/22/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | review waterfall cash from transaction and working capital calculation- Judge Trucking | 5/22/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | MOR items and sale items for East Coast - call with Anton and Joe C on pending items on the waterfall | 5/26/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR items and sale items for East Coast - call with Anton and Joe C on pending items on the waterfall | 5/26/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Information for sale from QoE team and requests to the Company- Judge Trucking | 5/27/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Information for sale from QoE team and requests to the Company- Judge Warehousing | 5/27/26 | 0.3 | 206.1 | 824.3 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | updated/closed Amelio for 2025 engagement | 5/11/26 | 0.3 | 97.1 | 388.5 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | updated/closed Amelio for 2025 engagement | 5/11/26 | 0.3 | 97.1 | 388.5 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | PJS redacted bank stmt | 5/28/26 | 0.3 | 84.0 | 336.0 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | meeting with attorneys for check in and updates on diligence- call with Joe for cure schedule final amounts and questions for Turner | 5/1/26 | 0.5 | 412.1 | 824.3 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | April binder setup | 5/4/26 | 0.3 | 84.0 | 336.0 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.05 Hide information Bank Statement | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | wrap up items for MOR | 5/4/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.05 Combine bank statement and Rec | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Info for sale deal | 5/5/26 | 0.5 | 412.1 | 824.3 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | Reviewed leases related to claim, saved files in debt section, gathered loan documents for Court, as well as fixed assets reports for 2024 and 2025. | 5/5/26 | 1.0 | 336.0 | 336.0 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Cure schedule review and wrap up with Judge team and counsel | 5/6/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Call with East Coast for sale and follow ups | 5/7/26 | 0.3 | 206.1 | 824.3 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 I tried to rework on the mapping for TB related to the sale of the entity | 5/7/26 | 1.0 | 157.5 | 157.5 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.05 I saved information in the binder | 5/8/26 | 1.5 | 236.3 | 157.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.05 I saved information in the binder | 5/8/26 | 0.3 | 39.4 | 157.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.05 Redact AR February 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.05 Redact AR March 2025. | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.05 P.Judge Redact AR Decemebr 2025 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.05 Redact AR January 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | call check in with attorneys | 5/11/26 | 0.3 | 206.1 | 824.3 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.05 Call with Sofia about the Judge status and uploaded the FA into engage | 5/11/26 | 1.8 | 275.6 | 157.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.04 Operating Statement 04.2026 | 5/12/26 | 0.5 | 57.8 | 115.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | closing april and discussions with team | 5/12/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.04 Bank statement | 5/12/26 | 0.5 | 57.8 | 115.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | April closing, emails and chats | 5/12/26 | 0.3 | 149.6 | 598.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.04 TB | 5/12/26 | 0.3 | 28.9 | 115.5 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 I continue working related to the April closing | 5/12/26 | 3.5 | 551.3 | 157.5 |
| Celis, Hilary | P. Judge & Sons, Inc. | UST Reports & Meetings | April closing and MOR reports | 5/13/26 | 3.8 | 1,260.0 | 336.0 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.04 Notes payable | 5/13/26 | 0.8 | 86.6 | 115.5 |
| Angel, Juan | P. Judge & Sons, Inc. | Business Operations | 26.04 Redacted AR | 5/13/26 | 0.3 | 28.9 | 115.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | April closing | 5/13/26 | 1.5 | 897.8 | 598.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.05 I continue working on the April closing | 5/13/26 | 4.0 | 630.0 | 157.5 |
| Angel, Juan | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.04 Operating reports and Professional fees | 5/14/26 | 3.0 | 346.5 | 115.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | April closing | 5/14/26 | 1.0 | 598.5 | 598.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 I continue working on the April closing | 5/14/26 | 9.0 | 1,417.5 | 157.5 |
| Angel, Juan | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.04 Operating reports update adjustments | 5/15/26 | 4.0 | 462.0 | 115.5 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 25.05 I worked on the April closing | 5/15/26 | 5.3 | 826.9 | 157.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Clear notes. Meet with Hilary to go over few items. | 5/18/26 | 0.5 | 299.3 | 598.5 |
| Celis, Hilary | P. Judge & Sons, Inc. | UST Reports & Meetings | Call with Paru to go over review comments, addressed pending review comments, updated operating reports, meeting with Sofia, additional changes/adjustments, printed financials, updated MOR professional fees WP, and sent AJEs to Rich. | 5/19/26 | 4.5 | 1,512.0 | 336.0 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Follow ups with Hilary | 5/20/26 | 0.3 | 149.6 | 598.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | wrap up for April closing for prep of MOR | 5/20/26 | 1.0 | 824.3 | 824.3 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | review waterfall cash from transaction and working capital calculation | 5/22/26 | 0.5 | 412.1 | 824.3 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.05 I saved information in the binder | 5/22/26 | 0.5 | 78.8 | 157.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR items and sale items for East Coast - call with Anton and Joe C on pending items on the waterfall | 5/26/26 | 1.0 | 824.3 | 824.3 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.05 I worked on the list of open items from due delligence | 5/26/26 | 1.8 | 275.6 | 157.5 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.05 I sent the invoices to Rich | 5/26/26 | 1.0 | 157.5 | 157.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.05 Reviewed the FA uploaded in the engage portal | 5/26/26 | 0.5 | 78.8 | 157.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Information for sale from QoE team and requests to the Company | 5/27/26 | 0.3 | 206.1 | 824.3 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.05 Call with Sofia about the task to be done | 5/28/26 | 0.8 | 118.1 | 157.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.05 I made changes to the MORs operating reports | 5/28/26 | 0.8 | 118.1 | 157.5 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | updated Amelio for 2025 engagement to reflect extension | 5/11/26 | 0.3 | 97.1 | 388.5 |
| Peebles, Teresa L | P. Judge & Sons, Inc. | Business Operations | Review documents and letters mailed in by Chris.  Scan and save in CC and give to Catherine with explanation | 5/5/26 | 0.3 | 76.1 | 304.5 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | meeting with attorneys for check in and updates on diligence- call with Joe for cure schedule final amounts and questions for Turner | 5/1/26 | 0.5 | 412.1 | 824.3 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | April binder setup | 5/4/26 | 0.3 | 84.0 | 336.0 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 Hide information bank statement | 5/4/26 | 0.5 | 57.8 | 115.5 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | wrap up items for MOR | 5/4/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 Combine bank statement and Rec | 5/4/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Info for sale deal | 5/5/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Cure schedule review and wrap up with Judge team and counsel | 5/6/26 | 0.3 | 206.1 | 824.3 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Call with East Coast for sale and follow ups | 5/7/26 | 0.3 | 206.1 | 824.3 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Reviewed leases related to claim, saved files in debt section, gathered loan documents for Court, as well as fixed assets reports for 2024 and 2025. | 5/7/26 | 1.0 | 336.0 | 336.0 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 Redact December 2025 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 Redact AR January 2025 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 Redact AR February 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 Redact March 2026 | 5/11/26 | 0.3 | 28.9 | 115.5 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | call check in with attorneys | 5/11/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.04 Operating Reports 04.2026 | 5/12/26 | 0.8 | 86.6 | 115.5 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | closing april and discussions with team | 5/12/26 | 0.3 | 206.1 | 824.3 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.04 TB | 5/12/26 | 0.3 | 28.9 | 115.5 |
| Angel, Juan | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.04 Redacted AR | 5/13/26 | 0.3 | 28.9 | 115.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | April closing | 5/13/26 | 1.5 | 897.8 | 598.5 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | April closing and MOR reports | 5/14/26 | 3.8 | 1,260.0 | 336.0 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | April closing | 5/14/26 | 1.0 | 598.5 | 598.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Clear notes. Meet with Hilary to go over few items. | 5/18/26 | 0.5 | 299.3 | 598.5 |
| Celis, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations |  | 5/20/26 | 4.5 | 1,512.0 | 336.0 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | wrap up for April closing for prep of MOR | 5/20/26 | 1.0 | 824.3 | 824.3 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | review waterfall cash from transaction and working capital calculation | 5/22/26 | 0.5 | 412.1 | 824.3 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | MOR items and sale items for East Coast - call with Anton and Joe C on pending items on the waterfall | 5/26/26 | 1.0 | 824.3 | 824.3 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Information for sale from QoE team and requests to the Company | 5/27/26 | 0.3 | 206.1 | 824.3 |
| Celis, Hilary | P. Judge & Sons, Inc. | Business Operations | updated/closed Amelio for 2025 engagement | 5/11/26 | 0.3 | 97.1 | 388.5 |

72,057.04

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| | | | | | | 500.00 | |
| | | | | | | **72,557.04** | |