## EXHIBIT C

**Detail Time Entries by Category**

58162420.2

# Scopelitis
**Garvin Light Hanson & Feary**

Accounting Office
10 West Market Street, Suite 1400
Indianapolis, IN  46204
Phone: (317) 492-9350

Please reference
INVOICE #
with remittance.

| | |
|---|---|
| **Port Elizabeth Terminal & Warehouse** | **June 2, 2026** |
| **Mariam Khoudari** | **Invoice #:  593754** |
| **13 Manor Road** | **Client Code:  CH0409** |
| **East Rutherford, NJ  07073** | **Matter Code:  00010** |
| | **Billed Through:  05/31/26** |

*Matter*        00010              **Special Counsel Advice - Employee Benefits and Pensions**

## PROFESSIONAL SERVICES

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/08/26 | DJV | Exchange correspondence with counsel for prospective purchaser; gather and provide requested information. | 0.20 @ | $625.00/hr | $125.00 |
| 05/19/26 | DJV | Review file notes, preparation for and participation in conference call with bankruptcy attorneys regarding deal terms and labor issues. | 0.50 @ | $625.00/hr | $312.50 |
| 05/26/26 | DJV | Preparation for and participation in conference call with prospective buyer's labor counsel; e-mail follow-up with group. | 0.50 @ | $625.00/hr | $312.50 |
| 05/29/26 | DJV | Preparation for and participation in conference with buyer and seller side to discuss labor issues and meeting with union pre-closing. | 0.60 @ | $625.00/hr | $375.00 |
| | | **Total Professional Services** | | | **$1,125.00** |

## TIMEKEEPER SUMMARY FOR THIS MATTER

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Vogel, Donald J. | 1.80 @ | $625.00/hr | $1,125.00 |
| **Total Professional Services** | | | **$1,125.00** |

Matter Credit Balance Total:        $5,370.41

**Port Elizabeth Terminal & Warehouse**                                              **Page: 2**
**Invoice #: 593754**                                                          **Client #: CH0409**

### *INVOICE SUMMARY*

| | | |
|---|---|---:|
| Total Professional Services | $ | 1,125.00 |
| **Total of New Charges for this Invoice** | **$** | **1,125.00** |

**Port Elizabeth Terminal & Warehouse**            **Page: 3**
**Invoice #:  593754**            **Client #: CH0409**

<u>OUTSTANDING INVOICE DETAIL AS OF:  06/02/26</u>

| Invoice | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| 589173 | 03/11/26 | 1,062.50 | 850.00 | $212.50 |
| 590742 | 04/09/26 | 250.00 | 0.00 | $250.00 |
| 593001 | 05/11/26 | 2,812.50 | 0.00 | $2,812.50 |
| | **TOTALS** | **4,125.00** | **850.00** | **$3,275.00** |

| | |
|---|---|
| **TOTAL PRIOR DUE BALANCE** | **$3,275.00** |
| **TOTAL CURRENT INVOICE** | **$1,125.00** |
| **TOTAL AMOUNT DUE** | **$ 4,400.00** |

Services In California Provided By Scopelitis, Garvin, Light, Hanson & Feary, LLP
Services In Michigan Provided By Scopelitis, Garvin, Light, Hanson & Feary, PLLC
All Other Services Provided By Scopelitis, Garvin, Light, Hanson & Feary, PC

**PAYMENT IS DUE UPON RECEIPT IN U.S. DOLLARS.  A FINANCE CHARGE WILL BE ASSESSED AT THE RATE OF 1.0% PER MONTH (APR 12%) ON ANY BALANCE UNPAID AFTER 30 DAYS.YOU MAY REMIT PAYMENT ONLINE AT WWW.SCOPELITIS.COM/PAYMENTS**