## EXHIBIT A

**Retention Order**

58163634.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
 turner.falk@saul.com
Proposed Counsel to the Debtors and Debtors in
Possession

In Re:

PORT ELIZABETH TERMINAL &
WAREHOUSE CORP. et al.,
                          Debtors.

Order Filed on December 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:      25-22123-JKS

Chapter:            11

Judge:      John K. Sherwood

## ORDER AUTHORIZING RETENTION OF
## MURPHY SCHILLER & WILKES LLP EFFECTIVE AS OF NOVEMBER 14, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: December 19, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Murphy Schiller & Wilkes LLP_____

as _____Special Counsel to the Debtors_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is: _____One Gateway Center, Suite 4200_____

        _____Newark, NJ 07102_____

        _____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

        ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is November 14, 2025.

*rev.8/1/15*