## EXHIBIT C

## Detail Time Entries by Category

58163634.1

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 05/31/2026
**Invoice #:** 19832
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 06/08/2026 are not reflected in this statement.**

**Professional Services**

| Date | | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/26/2026 | SCC | | A104-Review/Analyze L120-Analysis/Strategy Review and analysis of Judge Organization's discovery responses and document production in preparation for deposition preparation of Michael Wynne; draft outline for deposition preparation; appear for and attend deposition preparation. | 2.70 | $450.00 | $1,215.00 |
| 05/28/2026 | SCC | | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy Communicate with counsel for tenant regarding execution of Release and wiring of first payment. | 0.40 | $450.00 | $180.00 |
| | | | **For professional services rendered** | **3.10** | | **$1,395.00** |
| | | | **Invoice Amount** | | | **$1,395.00** |

**Remaining Balance** **$1,395.00**

**Retainer Balance (as of 06/08/2026)** **$0.00**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Sean Callahan | 3.10 | $450.00 | $1,395.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 05/31/2026
**Invoice #:** 19833
**Matter:** Seagis Lease – 13 Manor
**File #:** 3461

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 06/08/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|------|------|---------|-------|------|--------|
| 05/06/2026 | CJW | Review issues re: damage claims; phone conference with M. Wynne re: same. | 0.50 | $450.00 | $225.00 |
| 05/14/2026 | CJW | Review maintenance and NJSEA C/O issues; phone conference with M. Wynne re: same. | 0.50 | $450.00 | $225.00 |
| | | **For professional services rendered** | **1.00** | | **$450.00** |

| | |
|---|---|
| **Invoice Amount** | **$450.00** |
| **Remaining Balance** | **$450.00** |

**Retainer Balance (as of 06/08/2026)**                   **$0.00**

| Name | Time Spent | Rate | Amount |
|------|-----------|------|--------|
| Charles Wilkes | 1.00 | $450.00 | $450.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:**05/31/2026
**Invoice #:** 19834
**Matter:** US One Trucking Inc.
**File #:** 3711

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 06/08/2026 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|------|---|---------|-------|------|--------|
| 05/01/2026 | KM | A110-Manage Data/Files/Documentation L140-Document/File Management<br>review docket, download and save to file request of arbitration adjournment. | 0.10 | $125.00 | $12.50 |
| 05/05/2026 | KM | A110-Manage Data/Files/Documentation L230-Court Mandated Conferences<br>review docket, download, save to file and adjust calendar based on court's rescheduled arbitration date-for 6/17/26. | 0.20 | $125.00 | $25.00 |
| 05/05/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with counsel for tenant regarding court-ordered arbitration. | 0.40 | $450.00 | $180.00 |
| 05/05/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with counsel for tenant regarding arbitration. | 0.40 | $450.00 | $180.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/20/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with counsel for tenant regarding settlement negotiations and conducting depositions. | 0.50 | $450.00 | $225.00 |
| 05/20/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with client regarding deposition preparation. | 0.30 | $450.00 | $135.00 |
| 05/26/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with opposing counsel regarding additional documents to include in Judge Organization production and discovery responses and document production from US One in advance of the deposition; prepare and produce additional documents. | 1.10 | $450.00 | $495.00 |
| 05/27/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Phone conference with Wynne and Brogan on aged receivables worksheet in advance of deposition; review accounting spreadsheets; meet with M. Wynne in advance of deposition. | 1.10 | $450.00 | $495.00 |
| 05/27/2026 | SCC | A109-Appear For/Attend L120-Analysis/Strategy<br>Appear for and attend depositions of Michael Wynne and JAAP Trucking. | 2.70 | $450.00 | $1,215.00 |
| 05/27/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with client via emails and phone conference regarding possible settlement and relationship between US One and JAAP Trucking; research regarding same. | 0.80 | $450.00 | $360.00 |
| 05/31/2026 | SCC | A104-Review/Analyze L120-Analysis/Strategy<br>Review and analyze discovery responses from US One/JAAP Trucking including interrogatory responses and document production to assess need for further depositions as well as Judge Organization settlement position. | 1.60 | $450.00 | $720.00 |

|  | | **For professional services rendered** | **9.20** | | **$4,042.50** |
|---|---|---|---|---|---|
|  | | **Invoice Amount** | | | **$4,042.50** |
|  | | **Remaining Balance** | | | **$4,042.50** |

**Retainer Balance (as of 06/08/2026)**                          **$0.00**

| Name | Time Spent | Rate | Amount |
|------|-----------|------|--------|
| Klaudia Maslowska | 0.30 | $125.00 | $37.50 |
| Sean Callahan | 8.90 | $450.00 | $4,005.00 |