## EXHIBIT A

**Proposed Order**

58195426.1

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***
**SAUL EWING LLP**
Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
           turner.falk@saul.com
           maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

</td><td>

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**Re: Doc. No. 310, 319**

</td></tr>
<tr><td colspan="2">

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

                          Debtors.[1]

</td></tr>
</table>

### ORDER GRANTING SECOND INTERIM FEE APPLICATION OF SAUL EWING LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2026 THROUGH APRIL 30, 2026

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

---

[1]      The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

58195420.1

Page 2
Debtor:            Port Elizabeth Terminal & Warehouse Corp., et. al.
Case No:           Case No. 25-22123 (JKS)
Caption of Order:  Order Granting Second Interim Fee Application of Saul Ewing LLP,
                   Counsel to the Debtors, for Allowance of Compensation and
                   Reimbursement of Expenses for the Period from February 1, 2026 Through
                   April 30, 2026

AND NOW, upon consideration of the *Second Interim Fee Application of Saul Ewing LLP* ("**Saul Ewing**")*, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2026 Through April 30, 2026* (the "**Second Interim Fee Application**")[2] [Docket No. 310] and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby ORDERED:

1.     The Second Interim Fee Application is APPROVED as set forth herein.

2.     Saul Ewing is allowed and awarded compensation of $159,643.50 for services rendered to the Debtors during the Application Period.

3.     Saul Ewing is allowed and awarded reimbursement of actual and necessary expenses of $7,578.46 incurred during the Application Period.

4.     The Debtors are hereby authorized to remit payment to Saul Ewing of all allowed and amounts of fees and expenses approved by this Order, less any amounts already paid pursuant to the Interim Compensation Order.

5.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

---

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Second Interim Fee Application.

58195420.1