| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esq.<br>Turner N. Falk, Esq.<br>Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>          turner.falk@saul.com<br>          maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Doc. Nos. 311, 320** |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE<br>CORP., *et al.*,<br><br>                    Debtors.[1] | |

## CERTIFICATION OF NO OBJECTION TO SECOND INTERIM APPLICATION OF CAMBRIDGE FINANCIAL SERVICES, LLC, FINANCIAL ADVISOR TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>FEBRUARY 1, 2026 THROUGH APRIL 30, 2026</u>

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby certifies that:

1.      On June 16, 2026, the *Second Interim Fee Application of Cambridge Financial Services, LLC, Financial Advisor to the Debtors, for Allowance of Compensation and*

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

58195455.1

*Reimbursement of Expenses for the Period from February 1, 2026 Through April 30, 2026* (the "**Second Interim Fee Application**") [Docket No. 311] was filed with the Court.

2.      Pursuant to the Amended Notice of Application [Docket No. 320], objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on July 6, 2026 (the "**Objection Deadline**").

3.      The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: July 13, 2026      **SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
  Stephen B. Ravin, Esquire
  Turner N. Falk, Esquire
  One Riverfront Plaza
  1037 Raymond Blvd., Suite 1520
  Newark, NJ 07102-5426
  Telephone: (973) 286-6714
  E-mail:stephen.ravin@saul.com
    turner.falk@saul.com

  -and-

  Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
  1735 Market Street, Suite 3400
  Philadelphia, PA 19103-7504
  E-mail: maxwell.hanamirian@saul.com

  *Counsel for Debtors and Debtors in Possession*

58195455.1          2