| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esq.<br>Turner N. Falk, Esq.<br>Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>turner.falk@saul.com<br>maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Doc. Nos. 313, 322** |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE<br>CORP., *et al.*,<br><br>Debtors.[1] | |

**CERTIFICATION OF NO OBJECTION TO SECOND INTERIM
FEE APPLICATION OF SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.,
SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM FEBRUARY 1, 2026 THROUGH APRIL 30, 2026**

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby

certifies that:

1.      On June 16, 2026, the *Second Interim Fee Application of Scopelitis, Garvin, Light,*

*Hanson & Feary, P.C., Special Counsel to the Debtors, for Allowance of Compensation and*

---

[1]     The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal &
Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge
Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The
location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is
13 Manor Road, East Rutherford, NJ 07073.

58198091.1

*Reimbursement of Expenses for the Period from February 1, 2026 Through April 30, 2026* (the

"**Second Interim Fee Application**") [Docket No. 313] was filed with the Court.

2.      Pursuant to the Amended Notice of Application [Docket No. 322], objections, if

any, to the Application were required to be filed with the Court and served on the undersigned so

as to be received on or before 4:00 p.m. on July 6, 2026 (the "**Objection Deadline**").

3.      The Objection Deadline has passed, and no formal objections or responses were

served upon the undersigned counsel or entered on the Court's docket.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form

attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: July 13, 2026                                    **SAUL EWING LLP**


By:*/s/ Stephen B. Ravin*
    Stephen B. Ravin, Esquire
    Turner N. Falk, Esquire
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6714
    E-mail:stephen.ravin@saul.com
        turner.falk@saul.com

    -and-

    Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
    1735 Market Street, Suite 3400
    Philadelphia, PA 19103-7504
    E-mail: maxwell.hanamirian@saul.com

    *Counsel for Debtors and Debtors in Possession*

58198091.1                                                    2