**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
          turner.falk@saul.com
          maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

Debtors.[1]

Order Filed on July 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**Re: Doc. Nos. 313, 322**

## ORDER GRANTING SECOND INTERIM
## FEE APPLICATION OF SCOPELITIS GARVIN, LIGHT, HANSON &
## FEARY, P.C., SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## FROM FEBRUARY 1, 2026 THROUGH APRIL 30, 2026

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 17, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:              Port Elizabeth Terminal & Warehouse Corp., et. al.
Case No:             Case No. 25-22123 (JKS)
Caption of Order:    Order Granting Second Interim Fee Application of Scopelitis, Garvin, Light, Hanson & Feary, P.C., Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2026 Through April 30, 2026

AND NOW, upon consideration of the *Second Interim Fee Application of Scopelitis, Garvin, Light, Hanson & Feary, P.C.* ("**Scopelitis**"), *Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2026 Through April 30, 2026* (the "**Second Interim Fee Application**")[2] [Docket No. 313] and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby ORDERED:

1.      The Second Interim Fee Application is APPROVED as set forth herein.

2.      Scopelitis is allowed and awarded compensation of $4,125.00 for services rendered to the Debtors during the Application Period.

3.      Scopelitis is allowed and awarded reimbursement of actual and necessary expenses of $0.00 incurred during the Application Period.

4.      The Debtors are hereby authorized to remit payment to Scopelitis of all allowed and amounts of fees and expenses approved by this Order, less any amounts already paid pursuant to the Interim Compensation Order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

---

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Second Interim Fee Application.

58198185.1