

Order Filed on July 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:  stephen.ravin@saul.com
        turner.falk@saul.com
        maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**Re: Doc. Nos. 313, 322**

**ORDER GRANTING SECOND INTERIM
FEE APPLICATION OF SCOPELITIS GARVIN, LIGHT, HANSON &
FEARY, P.C., SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM FEBRUARY 1, 2026 THROUGH APRIL 30, 2026**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 17, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:                     Port Elizabeth Terminal & Warehouse Corp., et. al.
Case No:                   Case No. 25-22123 (JKS)
Caption of Order:     Order Granting Second Interim Fee Application of Scopelitis, Garvin, Light,
                               Hanson & Feary, P.C., Special Counsel to the Debtors, for Allowance of
                               Compensation and Reimbursement of Expenses for the Period from
                               February 1, 2026 Through April 30, 2026

---

AND NOW, upon consideration of the *Second Interim Fee Application of Scopelitis, Garvin, Light, Hanson & Feary, P.C.* ("**Scopelitis**"), *Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2026 Through April 30, 2026* (the "**Second Interim Fee Application**")[2] [Docket No. 313] and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby ORDERED:

1.      The Second Interim Fee Application is APPROVED as set forth herein.

2.      Scopelitis is allowed and awarded compensation of $4,125.00 for services rendered to the Debtors during the Application Period.

3.      Scopelitis is allowed and awarded reimbursement of actual and necessary expenses of $0.00 incurred during the Application Period.

4.      The Debtors are hereby authorized to remit payment to Scopelitis of all allowed and amounts of fees and expenses approved by this Order, less any amounts already paid pursuant to the Interim Compensation Order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

---

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Second Interim Fee Application.

58198185.1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22123-JKS |
| Port Elizabeth Terminal & Warehouse Corp | Chapter 11 |
| Amex Shipping Agent, Inc. | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2026 | Form ID: pdf903 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amex Shipping Agent, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Judge Warehousing, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons Trucking, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Port Elizabeth Terminal & Warehouse Corp., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | The Judge Organization, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| aty | | Maxwell M. Hanamirian, Saul Ewing, LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186 |
| aty | + | Murphy Schiller & Wilkes LLP, One Gateway Center, Suite 4200, Newark, NJ 07102-5310 |
| aty | + | Saul Ewing LLP, One Riverfront Blvd. Suite 1520, Newark, NJ 07102-5401 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 22, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:

**Name                    Email Address**

Amanda R Simone
          on behalf of Creditor Committee Official Committee Of Unsecured Creditors asimone@connellfoley.com

Brett S. Theisen
          on behalf of Creditor Committee Official Committee Of Unsecured Creditors btheisen@connellfoley.com
          nmitchell@gibbonslaw.com

District/off: 0312-2

User: admin

Page 2 of 3

Date Rcvd: Jul 20, 2026

Form ID: pdf903

Total Noticed: 9

Christopher P. Anton

on behalf of Creditor Committee Official Committee Of Unsecured Creditors canton@fbtgibbons.com

David Gerardi

on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

David H. Stein

on behalf of Creditor F. Greek Bristol Properties  L.P. dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

Eric M. Ferrante

on behalf of Creditor Constellation Brands  Inc. eferrante@nixonpeabody.com,
djames@nixonpeabody.com,roc.managing.clerk@nixonpeabody.com,bos.managing.clerk@nixonpeabody.com,dmcmonagle@nix
onpeabody.com

Fran B. Steele

on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Ilana Volkov

on behalf of Creditor Hartz Elizabeth  Inc. ivolkov@mcgrailbensinger.com

James F. Moscagiuri

on behalf of Unknown Role Type Andy M. Castillo jmoscagiuri@lsaclaw.com  jhoffman@lsaclaw.com

James F. Moscagiuri

on behalf of Unknown Role Type Julio Andres Matos Angomas jmoscagiuri@lsaclaw.com  jhoffman@lsaclaw.com

James F. Moscagiuri

on behalf of Unknown Role Type Kristal Marie Soto jmoscagiuri@lsaclaw.com  jhoffman@lsaclaw.com

John S. Mairo

on behalf of Other Prof. Dundon Advisers LLC jmairo@fbtgibbons.com  emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor Committee Official Committee Of Unsecured Creditors jmairo@fbtgibbons.com  emunera@fbtgibbons.com

Joseph Casello

on behalf of Creditor Yancey Bros. Co jcasello@cvclaw.net  jcasello627@gmail.com

Kyle McEvilly

on behalf of Creditor Committee Official Committee Of Unsecured Creditors kmcevilly@connellfoley.com

Leslie Carol Heilman

on behalf of Creditor Seagis East Rutherford  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Pamela Elchert Thurmond

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Rebecca K. McDowell

on behalf of Creditor Eastern Lift Truck Co Inc. rmcdowell@slgcollect.com  anovoa@slgcollect.com

Robert Malone

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@connellfoley.com
nmitchell@gibbonslaw.com

Robert M. Kline

on behalf of Creditor Auxilior Capital Partners  Inc. rmk@replevin.com, ecf@writofseizure.com

Scott D. Sherman

on behalf of Creditor Coastal Industrial Equipment  LLC ssherman@minionsherman.com

Seth Ptasiewicz

on behalf of Creditor Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan
sptasiewicz@krollfirm.com

Stephen B. Ravin

on behalf of Debtor P. Judge & Sons Trucking  LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. sravin@saul.com  jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor The Judge Organization  LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor Judge Warehousing  LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor P. Judge & Sons  Inc. sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor Amex Shipping Agent  Inc. sravin@saul.com, jgillman@saul.com

District/off: 0312-2                                      User: admin                                                Page 3 of 3
Date Rcvd: Jul 20, 2026                               Form ID: pdf903                                      Total Noticed: 9

Thomas B. O'Connell

on behalf of Creditor Eastern Lift Truck Co Inc. toconnell@slgcollect.com  anovoa@slgcollect.com

Thomas Michael Walsh

on behalf of Interested Party Chiesa Shahinian & Giantomasi PC TWALSH@CSGLAW.COM

Turner Falk

on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor The Judge Organization  LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor P. Judge & Sons  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor Amex Shipping Agent  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor P. Judge & Sons Trucking  LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor Judge Warehousing  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 37