| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esq.<br>Turner N. Falk, Esq.<br>Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>           turner.falk@saul.com<br>           maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Doc. No. 309** |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE<br>CORP., *et al.*,<br><br>                    Debtors.[1] | |

### CERTIFICATION OF NO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies that:

1.      On June 16, 2026, the *Debtors' Motion for Entry of an Order Further Extending the Debtors' Exclusive Period to File a Chapter 11 Plan and Solicit Votes Thereon* (the "**Motion**") [Docket No. 309] was filed with the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

58300876.2

2.　　　Pursuant to the Notice of Motion [Docket No. 309], objections, if any, to the Motion were required to be filed with the Court and served on the undersigned so as to be received on or before June 30, 2026.

3.　　　However, since the hearing on the Motion was adjourned to July 28, 2026 at 10:00 a.m. (EST) [Docket No. 338], the deadline to file an objection with the Court was extended to July 21, 2026 (the "**Objection Deadline**") in accordance with rule 9013-2 of the Local Rules of the Court.

4.　　　The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

5.　　　Accordingly, the Motion may be approved.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: July 23, 2026　　　　　　　　　　　**SAUL EWING LLP**

By:*/s/ Stephen B. Ravin*
　　Stephen B. Ravin, Esquire
　　Turner N. Falk, Esquire
　　One Riverfront Plaza
　　1037 Raymond Blvd., Suite 1520
　　Newark, NJ 07102-5426
　　Telephone: (973) 286-6714
　　E-mail:stephen.ravin@saul.com
　　　　　turner.falk@saul.com

　　-and-

　　Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
　　1735 Market Street, Suite 3400
　　Philadelphia, PA 19103-7504
　　E-mail: maxwell.hanamirian@saul.com

　　*Counsel for Debtors and Debtors in Possession*

58300876.2

## EXHIBIT A


## Proposed Order

58300876.2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Steven B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:stephen.ravin@saul.com<br>        turner.falk@saul.com<br>        maxwell.hanamirian@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINATION &<br>WAREHOUSE CORP., *et al*.<br><br>                    Debtors.[1] | |

### ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED**.

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

Page 2

Debtors:      Port Elizabeth Termination & Warehouse Corp., *et al*.

Case No.:     25-22123 (JKS)

Caption:      ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

AND NOW, upon consideration of the of the Debtors' Motion (the "Motion")[2] for entry of an order, pursuant to section 1121(d) of the Bankruptcy Code, (a) extending the Debtors' Exclusive Filing Period by 75 days, through and including September 28, 2026, and (b) extending the Debtors' Exclusive Solicitation Period by 75 days through and including November 24, 2026, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby ORDERED and DECREED as follows:

1.     The Motion is GRANTED as set forth herein.

2.     Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to file a chapter 11 plan or plans is further extended through and including September 28, 2026.

3.     Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to solicit acceptances of a chapter 11 plan is further extended through and including November 24, 2026.

---

[2]     Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Page 3
Debtors:      Port Elizabeth Termination & Warehouse Corp., *et al*.
Case No.:     25-22123 (JKS)
Caption:      ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

4.      The entry of this Order is without prejudice to the Debtors' right to seek a further extension of the Exclusive Periods under section 1121 of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.