<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
Maxwell M. Hanamirian, Esq. (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
            turner.falk@saul.com
            maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

</td><td>

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**Re: Doc. No. 347**

</td></tr>
<tr><td>

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE
CORP., *et al.*,

Debtors.[1]

</td><td></td></tr>
</table>

**CERTIFICATION OF NO OBJECTION TO SEVENTH MONTHLY FEE
STATEMENT OF SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.,
SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
MAY 1, 2026 THROUGH MAY 31, 2026**

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby

certifies that:

1.      On July 1, 2026, the *Seventh Monthly Fee Statement of Scopelitis, Garvin, Light,*

*Hanson & Feary, P.C., Special Counsel to the Debtors, for Allowance of Compensation and*

---

[1]   The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal &
Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge
Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The
location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is
13 Manor Road, East Rutherford, NJ 07073.

*Reimbursement of Expenses for the Period from May 1, 2026 through May 31, 2026* (the "**Application**") [Docket No. 347] was filed with the Court.

2.      Pursuant to the Notice of Application [Docket No. 347], objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on July 21, 2026 (the "**Objection Deadline**").

3.      The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      Pursuant to the Court's *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71], Scopelitis, Garvin, Light, Hanson & Feary, P.C. may be paid 80% of the fees ($900.00, which is 80% of the $1,125.00 in total fees requested) and 100% of the expenses ($0.00) requested.

Dated: July 24, 2026                                  **SAUL EWING LLP**

By:*/s/ Stephen B. Ravin*
    Stephen B. Ravin, Esquire
    Turner N. Falk, Esquire
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6714
    E-mail:stephen.ravin@saul.com
        turner.falk@saul.com

    -and-

    Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
    1735 Market Street, Suite 3400
    Philadelphia, PA 19103-7504
    E-mail: maxwell.hanamirian@saul.com

    *Counsel for Debtors and Debtors in Possession*

58301511.1                                                    2