**THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

**In re:** Port Elizabeth Terminal & Warehouse Corp.

**Applicant**: FBT Gibbons LLP

**Case No.** 25-22123 (JKS)

**Client**: Official Committee of Unsecured Creditors

**Chapter** 11

**Case Filed**: November 14, 2025

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

RETENTION ORDER ATTACHED

**SEVENTH MONTHLY FEE STATEMENT OF FBT GIBBONS LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD
OF JUNE 1, 2026 THROUGH JUNE 30, 2026**

**SECTION 1 — FEE SUMMARY**

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $266,682.00 | $2,921.90 |
| TOTAL FEE ALLOWED TO DATE | $213,345.60 | $2,921.90 |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL HOLDBACK (IF APPLICABLE) | $53,336.40 | $0.00 |
| TOTAL RECEIVED BY FBT GIBBONS LLP | $176,010.30 | $2,921.90 |

| NAME | TITLE | YEAR OF FIRST ADMISSION | HOURS BILLED | RATE | FEES BILLED |
|---|---|---|---|---|---|
| John S. Mairo | Partner | 1994 | 33.4 | $1,100.00 | $36,740.00 |
| Robert F. Coyne | Partner | 1997 | .5 | $900.00 | $450.00 |
| Christopher P. Anton | Counsel | 1991 | 14.1 | $875.00 | $12,337.50 |
| David Gharkhany | Associate | 2024 | 4.9 | $405.00 | $1,984.50 |
| Aubbah Fatimah | Associate | 2024 | 8.7 | $450.00 | $3,915.00 |
| Edna N. Munera | Paralegal | N/A | 15.6 | $385.00 | $6,006.00 |
|  |  | **TOTALS:** | **77.2** |  | **$61,433.00** |

| | |
|---|---|
| **Fee Totals:** | **$61,433.00** |
| **Disbursement Total:** | $0.00 |
| **Total Fee Application:** | **$61,433.00** |
| **Minus Holdback (20% of Fees)** | $12,286.60 |
| **Total Amount Sought in Monthly Fee Statement:** | **$49,146.40** |

## SECTION II — SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **Asset Analysis and Recovery**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | .1 | $87.50 |
| **Asset Disposition**<br>Sales, leases, abandonment and related transaction work related to asset disposition. | 28.6 | $30,347.50 |
| **Assumption/Rejection of Leases and Contracts**<br>Preparation, review, and administration of matters relating to the assumption and rejection of leases and executory contracts, including related pleadings and court submissions. | .1 | $87.50 |
| **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | .4 | $440.00 |
| **Case Administration**<br>Coordination and compliance activities not specifically covered by another category. | 7.4 | $2,907.50 |
| **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowances of claims. | 12 | $8,692.00 |
| **Employment and Fee Applications**<br>Preparation of employment and fee applications for self or others; motions to establish interim procedures. | 7.5 | $3,798.50 |
| **Fact Gathering / Due Diligence**<br>Gather, analyze, and verify facts and documents | 3 | $1,155.00 |
| **Meetings and Communications with Creditors**<br>Preparation for and attendance at section 341(a) meeting and  any other meetings with creditors and creditors' committees. | 4.3 | $4,550.00 |
| **Other Case Assessment, Development and Administration**<br>General case assessment, strategy development, budgeting, file and matter management, and administration of overall case progress not otherwise categorized. | 10.9 | $6,222.50 |
| **Plan and Disclosure Statement** (Including Business Plan)<br>Preparation, analysis, and revision of the Plan and Disclosure Statement, including the Business Plan. | 2.9 | $3,145.00 |
| **SERVICES TOTAL:** | **77.2** | **$61,433.00** |

### SECTION III — SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Filing/Court Fees**<br>Payable to Clerk of Court. | |
| **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| **Legal Research - Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| **Fax (with rates)**<br>No. of Pages _____ Rate per Page _____ (Max. $1.00/pg.) | |
| **Case Specific Telephone / Conference Call Charges**<br>Exclusive of overhead charges. | |
| **In-House Reproduction Services**<br>Exclusive of overhead charges. | |
| **Outside Reproduction Services**<br>Exclusive of overhead charges. | |
| **Outside Reproduction Services**<br>Including scanning services. | |
| **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| **Court Reporting / Deposition Services**<br>Transcripts. | |
| **Travel**<br>Mileage, rolls, airfare and parking. | |
| **Courier & Express Carriers**<br>Overnight and personal delivery | |
| **Postage** | |
| **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

**Monthly No.:**   7       **Interim No.:**        **Final:**

## SECTION IV - CASE HISTORY

(1) Date Case Filed: November 14, 2025

(2) Chapter Under Which Case Commenced: Chapter 11

(3) Date of Retention: January 21, 2026, effective as of December 8, 2025.  *See* **Exhibit A**.

If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in Brief the Benefits to the Estate and Attach Supplements as Needed:

(a) The Applicant furthered the goals of the Creditors' Committee, by, among other things, coordinating meetings with Creditors' Committee members and professionals regarding case strategy and Creditors' Committee work streams, and conferred with Debtors' counsel.

(b) The Applicant prepared for and held weekly meetings with the Creditors' Committee to keep the Creditors' Committee informed on case developments and ongoing issues. The Applicant prepared periodic email updates for the Creditors' Committee as well.

(c) The Applicant analyzed the Debtors' request for post-petition financing, conducted and analyzed legal research regarding same, and negotiated with the Debtors and lender regarding same.

(d) The Applicant expended time on activities relating to case strategy and the day-to-day management of the Chapter 11 Cases.

(e) The applicant rendered all other services set forth on the invoice attached hereto as **Exhibit B**.

(5) Anticipated Distribution to Creditors:

(a) Administrative Expenses: Unknown at this time.

(b) Secured Creditors: Unknown at this time.

(c) Priority Creditors: Unknown at this time.

(d) General Unsecured Creditors: Unknown at this time.

(6) Final Disposition of Case and Percentage of Dividend Paid to Creditors (if applicable):

Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 27, 2026                                     */s/* John S. Mairo
                                                        John S. Mairo
                                                        **FBT Gibbons LLP**