# <u>EXHIBIT B</u>

**Invoice**

# FBT
## Gibbons

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**
**Attn:  Mike S. Mandell, Chairperson for Official**
**Committee**
**2333 Ponce De Leon Boulevard**
**Coral Gables, FL  33134**

Fed # 61-0722001
July 23, 2026
Invoice # 210688982
Account # G119121.G114792

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---:|
| For Professional Services Rendered Through June 30, 2026 | 61,433.00 |
| **TOTAL THIS INVOICE:** | **61,433.00** |
| Outstanding Invoices (see page 2 for details – if already paid please disregard) | 85,333.30 |
| **TOTAL AMOUNT DUE:** | **146,766.30** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

Doc ID 2-22645

## RECAP OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Balance |
|---|---|---|
| 02/28/26 | 210634857 | 12,953.30 |
| 03/24/26 | 210644945 | 5,159.00 |
| 04/20/26 | 210654024 | 9,582.20 |
| 05/26/26 | 210667576 | 7,317.30 |
| 06/17/26 | 210676029 | 50,321.50 |
| | **TOTAL** | **$85,333.30** |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 06/01/26 | (B100)(B160)(A104)Review fee application; Dundon Advisors review and confer with E. Munera regarding same. | JSM | 0.30 | 330.00 |
| 06/01/26 | (B100)(B130)(A108)Communicate with debtor's team regarding sale status. | JSM | 0.50 | 550.00 |
| 06/01/26 | (B100)(B130)(A108)Email prospective purchaser counsel regarding call. | JSM | 0.20 | 220.00 |
| 06/01/26 | (B300)(B310)(A104)Review Star Point proof of claim. | CPA | 0.10 | 87.50 |
| 06/01/26 | (B100)(B130)(A107)Review email correspondence from M. Thaler and S.  Ravin re: contents of data room. | CPA | 0.10 | 87.50 |
| 06/01/26 | (B100)(B160)(A104)Review Dundon Advisers fee application. | CPA | 0.10 | 87.50 |
| 06/01/26 | (B100)(B160)(A101)Revisions to Dundon Advisers First Interim Fee Application and draft proposed Order. Correspondence with R. Wright regarding draft copies for review and approval. | ENM | 1.20 | 462.00 |
| 06/01/26 | (B100)(B110)(A101)Attention to correspondence from Dundon Advisers regarding Interim Fee Application. Review of Application and Local Rules. | ENM | 0.50 | 192.50 |
| 06/01/26 | (B100)(B110)(A101)correspondence with J. Mairo regarding Dundon Advisers Interim Fee Application. | ENM | 0.10 | 38.50 |
| 06/02/26 | (B100)(B110)(A111)Port Elizabeth: Updated the Fee Applications report and correspondence to J. Mairo with copy of the report. | ENM | 0.40 | 154.00 |
| 06/02/26 | (B100)(B160)(A101)Final review and assemble of Interim Fee Applications of FBT Gibbons and Dundon Advisers. | ENM | 0.80 | 308.00 |
| 06/02/26 | (B100)(B160)(A111)File with the Court the Interim Fee Applications of FBT Gibbons and Dundon Advisers. Send service copy by email and mail. Calendar deadlines accordingly. | ENM | 0.90 | 346.50 |
| 06/02/26 | (B100)(B110)(A111)Draft and file with the Court the Certificate of Service regarding FBT Gibbons and Dundon Advisers Interim Fee Applications. | ENM | 0.30 | 115.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 06/02/26 | (B100)(B110)(A101)Attention to correspondence from J. Mairo regarding draft of Fee Application report for Debtor and UCC professionals. | ENM | 0.10 | 38.50 |
| 06/02/26 | (B100)(B130)(A108)Email prospective purchaser and Debtor regarding follow up call. | JSM | 0.20 | 220.00 |
| 06/02/26 | (B100)(B130)(A107)Call with debtor counsel regarding update on sale negotiations. | JSM | 0.40 | 440.00 |
| 06/02/26 | (B100)(B160)(A105)Email E. Munera regarding claims of professionals. | JSM | 0.10 | 110.00 |
| 06/02/26 | (B100)(B160)(A104)Review charts prepared by C. Clavis. | JSM | 0.20 | 220.00 |
| 06/02/26 | (B100)(B130)(A108)Email and call with UCC Financial Advisor regarding waterfall and sale analysis. | JSM | 0.30 | 330.00 |
| 06/03/26 | (B100)(B130)(A108)Email with UCC Financial Advisor regarding APA issues. | JSM | 0.30 | 330.00 |
| 06/03/26 | (B100)(B130)(A108)Calls with R. Wright regarding pending transaction and related issues to discuss with UCC. | JSM | 0.50 | 550.00 |
| 06/03/26 | (B100)(B150)(A108)Emails and call with UCC regarding pending matters. | JSM | 0.50 | 550.00 |
| 06/03/26 | (B100)(B130)(A107)Email debtor counsel regarding sale status and related issues. | JSM | 0.30 | 330.00 |
| 06/03/26 | (B100)(B160)(A104)Review fee information for committee professionals. | JSM | 0.20 | 220.00 |
| 06/03/26 | (B300)(B310)(A104)Review amended IRS proof of claim. | CPA | 0.10 | 87.50 |
| 06/03/26 | (L100)(L190)(A104)Review agenda for weekly Committee meeting. | CPA | 0.10 | 87.50 |
| 06/03/26 | (L100)(L190)(A106)Weekly Committee meeting via Teams. | CPA | 0.30 | 262.50 |
| 06/03/26 | (B100)(B130)(A108)Review emails from R. Wright and J. Compitello re: assumed contract list. | CPA | 0.10 | 87.50 |
| 06/03/26 | (L100)(L190)(A105)Conference with J. Mairo re: Committee meeting and concerns re: timing and expense of sale process. | CPA | 0.20 | 175.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 06/03/26 | (B100)(B130)(A107)Review email correspondence from J. Mairo to S. Ravin and J. Hampton re: sale process and professional fees. | CPA | 0.10 | 87.50 |
| 06/03/26 | (B100)(B130)(A104)Review waterfall calculations. | CPA | 0.10 | 87.50 |
| 06/03/26 | (B100)(B110)(A104)Attention to correspondence from Client regarding payment made in reference to April invoice. Review of payment ledger. | ENM | 0.60 | 231.00 |
| 06/03/26 | (B100)(B110)(A104)Correspondence with R. Wright regarding confirmation of amounts and details of payments received. | ENM | 0.10 | 38.50 |
| 06/04/26 | (B100)(B130)(A104)Review and respond to Debtor counsel regarding APA negotiations. | JSM | 0.40 | 440.00 |
| 06/04/26 | (B100)(B130)(A108)Email to debtor counsel regarding due diligence list and next steps. | JSM | 0.50 | 550.00 |
| 06/04/26 | (B100)(B130)(A107)Email from M. Thaler to S. Ravin re: sale issues. | CPA | 0.10 | 87.50 |
| 06/05/26 | (B100)(B130)(A107)Emails to schedule call with debtor team and agenda call. | JSM | 0.20 | 220.00 |
| 06/05/26 | (B100)(B130)(A104)Review cure schedule and other documents provided. | JSM | 0.40 | 440.00 |
| 06/05/26 | (B100)(B130)(A105)Conferences with E. Munera regarding data room. | JSM | 0.40 | 440.00 |
| 06/05/26 | (B100)(B130)(A107)Call with debtor counsel regarding upcoming call regarding sale status. | JSM | 0.20 | 220.00 |
| 06/05/26 | (B100)(B130)(A107)Call with debtor professionals regarding cure schedule and sale status. | JSM | 1.10 | 1,210.00 |
| 06/05/26 | (B100)(B110)(A101)Work with J. Mairo in review of data room documents in preparation of meeting with Debtors. | ENM | 1.10 | 423.50 |
| 06/05/26 | (B100)(B110)(A101)Confer with J. Mairo regarding review of data room documentation. | ENM | 0.20 | 77.00 |
| 06/05/26 | (B100)(B130)(A108)Follow up emails with UCC FA regarding sale process. | JSM | 0.20 | 220.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 06/05/26 | (B100)(B130)(A105)Email E. Munera regarding certain claims and review of same. | JSM | 0.10 | 110.00 |
| 06/05/26 | (B100)(B130)(A107)Emails and analysis with debtor team regarding status of due diligence and deal items. | JSM | 1.20 | 1,320.00 |
| 06/05/26 | (B100)(B130)(A108)Email correspondence from J. Compitello and S. Ravin re: waterfall and cure schedule. | CPA | 0.10 | 87.50 |
| 06/05/26 | (B100)(B130)(A104)Review waterfall analysis and cure schedule. | CPA | 0.20 | 175.00 |
| 06/05/26 | (B100)(B130)(A107)Emails from M. Thaler S. Ravin re: data room. | CPA | 0.10 | 87.50 |
| 06/07/26 | (B300)(B310)(A104)Review information on certain claims and email UCC Financial Advisor and others regarding claim analysis. | JSM | 1.00 | 1,100.00 |
| 06/07/26 | (B100)(B110)(A105)Correspond internally with John S. Mairo scheduling call for Port Elizabeth matter. | AF | 0.20 | 90.00 |
| 06/07/26 | (B300)(B310)(A105)Email from J. Mairo re: lien analysis. | CPA | 0.10 | 87.50 |
| 06/08/26 | (C000)(C100)(A101)Attention to correspondence from J. Mairo re alleged secured claims; analyze request to identify filed proofs of claim by listed creditors. | ENM | 0.20 | 77.00 |
| 06/08/26 | (C000)(C100)(A102)Review of claims register by Debtors in the case and proof of claims filed. Correspondence to J. Mairo regarding findings and copies of proof of claims. | ENM | 1.60 | 616.00 |
| 06/08/26 | (B300)(B310)(A105)Confer with J. Mairo, A. Fatimah and C. Anton re secured claims analysis and potential challenge of claims validity. | DG | 0.40 | 162.00 |
| 06/08/26 | (B300)(B320)(A105)Confer with E. Munera regarding claims review. | JSM | 0.30 | 330.00 |
| 06/08/26 | (B100)(B130)(A105)Emails with C. Anton about tariffs and potential claims. | JSM | 0.30 | 330.00 |
| 06/08/26 | (B300)(B320)(A105)Call with C. Anton regarding claim analysis. | JSM | 0.30 | 330.00 |
| 06/08/26 | (B300)(B320)(A105)Call with D. Gharkhany and A. | JSM | 0.60 | 660.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | Fatimah regarding claims analysis. | | | |
| 06/08/26 | (B100)(B110)(A105)Meet with J. Mairo, C. Anton, and D. Gharkhany to discuss new matter Port Elizabeth and strategize regarding next steps. | AF | 0.50 | 225.00 |
| 06/08/26 | (B300)(B310)(A104)Review lien searches and analysis. | CPA | 0.60 | 525.00 |
| 06/08/26 | (B100)(B120)(A105)Emails to/from J. Mairo re: potential tariff refunds. | CPA | 0.10 | 87.50 |
| 06/08/26 | (L100)(L190)(A104)Review revenue variance report. | CPA | 0.10 | 87.50 |
| 06/08/26 | (L100)(L190)(A108)Review correspondence to/from Richard Wright and J. Mairo re: lien analysis. | CPA | 0.10 | 87.50 |
| 06/08/26 | (B300)(B310)(A105)Email from E. Munera re: claims register. | CPA | 0.10 | 87.50 |
| 06/08/26 | (B300)(B310)(A104)Review lien analysis memo. | CPA | 0.20 | 175.00 |
| 06/08/26 | (L100)(L190)(A108)Emails from M. Knowles re: tariff refund issues. | CPA | 0.10 | 87.50 |
| 06/08/26 | (L100)(L190)(A104)Review April 2026 Monthly Operating Report. | CPA | 0.10 | 87.50 |
| 06/08/26 | (L100)(L190)(A108)Emails from J. Olsen and J. Mairo re: post-petition payments. | CPA | 0.10 | 87.50 |
| 06/08/26 | (B300)(B310)(A105)Teams meeting with J. Mairo, D. Gharkany and A. Fatimah re: lien analysis. | CPA | 0.40 | 350.00 |
| 06/08/26 | (B100)(B130)(A104)Review due diligence checklist and related correspondence. | CPA | 0.20 | 175.00 |
| 06/08/26 | (L100)(L190)(A108)Emails to/from B. Green and J. Mairo re: potential EEIPA tariff refunds. | CPA | 0.10 | 87.50 |
| 06/08/26 | (L100)(L190)(A104)Research and analysis re: tariff refunds. | CPA | 0.40 | 350.00 |
| 06/08/26 | (B300)(B310)(A105)Confer with J. Mairo re: lien analysis and tariff refund issues. | CPA | 0.20 | 175.00 |
| 06/09/26 | (B100)(B110)(A110)Review docket re Monthly Operating Reports for the month of April. | ENM | 0.30 | 115.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 06/09/26 | (B100)(B130)(A104)Review and forward email with attachments to UCC Financial Advisor. | JSM | 0.40 | 440.00 |
| 06/09/26 | (B100)(B130)(A107)Emails and call with debtor counsel regarding status of ECW discussions and APA issues. | JSM | 0.80 | 880.00 |
| 06/09/26 | (L100)(L190)(A108)Telephone call with B. Green re: tariff refund issues. | CPA | 0.20 | 175.00 |
| 06/09/26 | (L100)(L190)(A105)Confer with J. Mairo re: tariff refund issues. | CPA | 0.10 | 87.50 |
| 06/09/26 | (L100)(L190)(A104)Consideration of issues re; potential tariff refunds. | CPA | 0.20 | 175.00 |
| 06/09/26 | (B100)(B130)(A108)Review emails to/from S. Ravin and J. Mairo re: due diligence issues. | CPA | 0.10 | 87.50 |
| 06/09/26 | (B100)(B130)(A104)Review updated waterfall analysis and cure schedule. | CPA | 0.20 | 175.00 |
| 06/09/26 | (B100)(B130)(A105)Email from J. Mairo re: waterfall spreadsheet and cure schedule. | CPA | 0.10 | 87.50 |
| 06/10/26 | (B300)(B320)(A104)Review and respond to D. Gharkhany regarding claim analysis and follow up issues. | JSM | 0.60 | 660.00 |
| 06/10/26 | (B100)(B130)(A105)Emails with C. Anton regarding tariff inquiry. | JSM | 0.20 | 220.00 |
| 06/10/26 | (B100)(B150)(A108)Emails with UCC members regarding sale status and operations. | JSM | 0.60 | 660.00 |
| 06/10/26 | (B100)(B130)(A108)Call with UCC Financial Advisor regarding sale status and claims. | JSM | 0.70 | 770.00 |
| 06/10/26 | (B300)(B320)(A104)Review UCC FA information on certain claims. | JSM | 0.20 | 220.00 |
| 06/10/26 | (B200)(B210)(A104)Review UCC Financial Advisor highlights on company performance and discussion with debtor financial advisor. | JSM | 0.40 | 440.00 |
| 06/10/26 | (B100)(B110)(A110)Attention to Notification of Bankruptcy filing regarding the Order re deadline of extended assumption and rejection of leases. Calendar | ENM | 0.20 | 77.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | deadline. | | | |
| 06/10/26 | (B100)(B110)(A111)Confer with D. Gharkhany re review of Proof of claims, Lien Search information. | ENM | 0.20 | 77.00 |
| 06/10/26 | (B300)(B310)(A104)Conduct analysis of UCC lien report for debtor entities, including evaluation of perfection and secured claim treatment of SBA loan under the Bankruptcy Code; draft and send summary of findings to J. Mairo and C. Anton. | DG | 2.50 | 1,012.50 |
| 06/10/26 | (L100)(L190)(A108)Telephone call with M. Knowles re: potential tariff refunds. | CPA | 0.20 | 175.00 |
| 06/10/26 | (L100)(L190)(A105)Email to J. Mairo re: tariff refund issue. | CPA | 0.10 | 87.50 |
| 06/10/26 | (B100)(B130)(A108)Review emails to/from R. Wright and J. Mairo re: waterfall analysis and related matters. | CPA | 0.10 | 87.50 |
| 06/10/26 | (B100)(B185)(A104)Receive/review order extending lease rejection deadline. | CPA | 0.10 | 87.50 |
| 06/10/26 | (B300)(B310)(A104)Review SBA proof of claim and email memorandum from D. Gharkhany re: same. | CPA | 0.40 | 350.00 |
| 06/10/26 | (B300)(B310)(A105)Email from J. Mairo re: SBA claim. | CPA | 0.10 | 87.50 |
| 06/11/26 | (B100)(B130)(A105)Emails with C. Anton regarding APA terms. | JSM | 0.30 | 330.00 |
| 06/11/26 | (B100)(B130)(A105)Emails with C. Anton regarding claim analysis and guaranties. | JSM | 0.30 | 330.00 |
| 06/11/26 | (B100)(B110)(A105)Correspondence regarding Merchant Cash Advance Loans. | AF | 0.20 | 90.00 |
| 06/11/26 | (P200)(P280)(A105)Review Merchant Cash Advance ("MCA") transactions assignment per meeting notes. Read agreements, guaranties, and related transaction documents to identify borrowers, guarantors, and key economic terms of 2024 transactions. | AF | 0.80 | 360.00 |
| 06/11/26 | (P200)(P280)(A105)Analyze structure of MCA transactions, and assess various issues. | AF | 0.90 | 405.00 |
| 06/11/26 | (P200)(P280)(A103)Evaluate contractual provisions and | AF | 0.60 | 270.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | economic substance of MCA agreements. | | | |
| 06/11/26 | (P200)(P280)(A103)Review and analyze UCC-1 financing statement for MCA transaction. | AF | 0.50 | 225.00 |
| 06/11/26 | (P200)(P280)(A103)Research and analyze various issues regarding MCA claims. | AF | 0.90 | 405.00 |
| 06/11/26 | (B300)(B310)(A104)Conduct follow-up research regarding secured SBA loan and related personal guaranty; prepare and send summary of findings to John S. Mairo and Christopher P. Anton. | DG | 2.00 | 810.00 |
| 06/11/26 | (B300)(B310)(A105)Emails to/from D. Gharkhany re: lien analysis. | CPA | 0.20 | 175.00 |
| 06/11/26 | (B300)(B310)(A104)Review SBA loan agreement and email memo from D. Gharkhany re: guaranties. | CPA | 0.20 | 175.00 |
| 06/11/26 | (B300)(B310)(A104)Review bankruptcy dockets and Debtor's schedules re: secured claims, codebtors and related matters. | CPA | 1.20 | 1,050.00 |
| 06/11/26 | (B300)(B310)(A105)Emails from J. Mairo and A. Fatimah re: Merchant Cash Advance analysis. | CPA | 0.10 | 87.50 |
| 06/12/26 | (B100)(B130)(A107)Emails with Debtor counsel regarding ECW and next steps. | JSM | 0.30 | 330.00 |
| 06/12/26 | (B100)(B130)(A108)Emails and call with UCC Financial Advisor regarding revised proposal and analysis. | JSM | 0.50 | 550.00 |
| 06/12/26 | (B300)(B310)(A104)Confer with A. Fatimah regarding analyzing certain claims. | JSM | 0.20 | 220.00 |
| 06/12/26 | (P200)(P280)(A103)Draft internal memorandum summarizing MCA transactions. | AF | 1.30 | 585.00 |
| 06/12/26 | (P200)(P280)(A103)Continue drafting internal memorandum summarizing MCA transactions. | AF | 0.90 | 405.00 |
| 06/12/26 | (P200)(P280)(A104)Review and summarize MCA transactions. | AF | 1.10 | 495.00 |
| 06/12/26 | (P200)(P280)(A104)Analyze interplay of MCA documents. | AF | 0.80 | 360.00 |
| 06/12/26 | (B100)(B130)(A107)Review email exchange between | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | Stephen Ravin and counsel for purchaser re: sale issues. | | | |
| 06/12/26 | (B100)(B130)(A108)Review email correspondence from R. Wright and J. Compitello re: waterfall calculation. | CPA | 0.10 | 87.50 |
| 06/12/26 | (B100)(B130)(A104)Review waterfall calculation. | CPA | 0.10 | 87.50 |
| 06/12/26 | (B100)(B130)(A105)Confer with J. Mairo re: sale issues. | CPA | 0.10 | 87.50 |
| 06/13/26 | (B100)(B130)(A104)File review in advance of call with debtor team to discuss latest modifications to proposed purchaser's deal. | JSM | 0.30 | 330.00 |
| 06/13/26 | (B100)(B130)(A104)Call with debtor team to discuss revised offer and next steps. | JSM | 0.70 | 770.00 |
| 06/13/26 | (B300)(B310)(A104)Review A. Fatimah email and briefly review analysis regarding certain claims. | JSM | 0.50 | 550.00 |
| 06/13/26 | (B100)(B130)(A104)Email debtor professionals regarding assessing bids and potential need for third party. | JSM | 0.30 | 330.00 |
| 06/13/26 | (B300)(B310)(A105)Emails to/from J. Mairo and A. Fatimah re: MCA loan analysis. | CPA | 0.10 | 87.50 |
| 06/14/26 | (B300)(B310)(A104)Review D. Gharkany follow up analysis on certain claims. | JSM | 0.50 | 550.00 |
| 06/14/26 | (B100)(B130)(A104)Emails with C. Anton regarding certain aspects of APA and potential claim. | JSM | 0.30 | 330.00 |
| 06/14/26 | (L100)(L190)(A105)Emails to/from J. Mairo re: tariff refund analysis. | CPA | 0.10 | 87.50 |
| 06/15/26 | (B100)(B110)(A101)Draft of the Certificates of No Objections for Dundon Advisers LLC and FBT Gibbons monthly Fee Applications for the month of April. | ENM | 0.30 | 115.50 |
| 06/15/26 | (P200)(P200)(A101)Review of the docket for objections filed to FBT Gibbons and Dundon Advisers Monthly Fee Applications for the month of April. | ENM | 0.20 | 77.00 |
| 06/15/26 | (B100)(B110)(A108)Correspondence with Dundon Advisers with draft copy of the Certificate of No Objection of Dundon Advisers 4th Monthly Fee Application and confirmation that no objections have been received. | ENM | 0.10 | 38.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 06/15/26 | (B100)(B160)(A101)Attention to correspondence from R. Wright regarding review and approval of Dundon Advisers Monthly Fee Application and confirmation of no objections. | ENM | 0.10 | 38.50 |
| 06/15/26 | (B100)(B130)(A104)Review debtor counsel's email regarding independent. | JSM | 0.10 | 110.00 |
| 06/15/26 | (B100)(B130)(A104)Review C. Anton message regarding tariff claim and proposed APA. | JSM | 0.20 | 220.00 |
| 06/15/26 | (B100)(B130)(A105)Confer with C. Anton regarding call with debtor professionals regarding APA. | JSM | 0.20 | 220.00 |
| 06/15/26 | (L100)(L190)(A105)Email to R. Coyne re: tariff refund issues. | CPA | 0.20 | 175.00 |
| 06/15/26 | (B300)(B310)(A104)Review email and memorandum from A. Fatimah re: MCA loan analysis. | CPA | 0.50 | 437.50 |
| 06/15/26 | (B300)(B310)(A105)Confer with J. Mairo re: secured claims and related matters. | CPA | 0.30 | 262.50 |
| 06/16/26 | (B100)(B110)(A101)Attention and review to correspondence from C. Clavis regarding prebill in preparation to FBT Gibbons Monthly Fee Application. | ENM | 0.20 | 77.00 |
| 06/16/26 | (B100)(B110)(A101)Correspondence with J. Mairo regarding Certificate of No Objection of FBT Gibbons 5th Monthly Fee Application. | ENM | 0.10 | 38.50 |
| 06/16/26 | (B100)(B160)(A111)File with the Court the Certificate of No Objection to FBT Gibbons and Dundon Advisers monthly Fee Applications. | ENM | 0.30 | 115.50 |
| 06/16/26 | (B100)(B110)(A108)Correspondence to R. Wright from Dundon Advisers with filed copy of the Certificate of No Objection [D.I. 317]. | ENM | 0.10 | 38.50 |
| 06/16/26 | (B100)(B110)(A106)Correspondence with Client regarding filed copy of the Certificate of No Objection to FBT Gibbons 5th monthly fee application and request of payment. | ENM | 0.10 | 38.50 |
| 06/16/26 | (B100)(B130)(A107)Emails with debtor counsel regarding sale process call. | JSM | 0.10 | 110.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 06/16/26 | (B100)(B130)(A107)Call with debtor counsel regarding sale process. | JSM | 0.60 | 660.00 |
| 06/16/26 | (B300)(B320)(A104)Review Debtors' motion to extend exclusivity. | CPA | 0.10 | 87.50 |
| 06/16/26 | (L100)(L190)(A104)Review court notices re: professional fee applications. | CPA | 0.10 | 87.50 |
| 06/16/26 | (L100)(L190)(A104)Review updated cash flow projections. | CPA | 0.10 | 87.50 |
| 06/16/26 | (L100)(L190)(A108)Emails from R. Wright re: sale updates and revenues. | CPA | 0.10 | 87.50 |
| 06/17/26 | (B100)(B110)(A108)Attention to correspondence from R. Wright from Dundon Advisers re Interim Fee Application deadlines. | ENM | 0.10 | 38.50 |
| 06/17/26 | (B100)(B110)(A101)Attention to correspondence from S. Laing regarding final invoice for the month of May. | ENM | 0.10 | 38.50 |
| 06/17/26 | (B100)(B130)(A108)Review emails from debtor and prospective purchaser regarding updated offer. | JSM | 0.20 | 220.00 |
| 06/17/26 | (B100)(B130)(A107)Emails with debtor counsel regarding engaging independent at part of process. | JSM | 0.30 | 330.00 |
| 06/17/26 | (B300)(B320)(A104)Review exclusivity motion. | JSM | 0.30 | 330.00 |
| 06/17/26 | (B100)(B150)(A108)Emails with UCC members regarding call scheduling and status. | JSM | 0.30 | 330.00 |
| 06/17/26 | (B100)(B130)(A108)Calls and emails with UCC Financial Advisor regarding company recent offers. | JSM | 1.00 | 1,100.00 |
| 06/17/26 | (B100)(B150)(A106)Email from J. Mairo to Committee re: weekly call. | CPA | 0.10 | 87.50 |
| 06/17/26 | (B100)(B160)(A104)Review Dundon monthly fee application and related correspondence. | CPA | 0.10 | 87.50 |
| 06/18/26 | (B100)(B150)(A108)Emails and call with UCC Financial Advisor regarding comparing proposed bids and sharing analysis with Committee. | JSM | 0.50 | 550.00 |
| 06/18/26 | (B100)(B150)(A106)Emails and call with Committee members regarding pending offers and proposed next steps. | JSM | 0.60 | 660.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 06/18/26 | (B100)(B150)(A107)Emails and call with debtor counsel regarding Committee view on pending proposals and next steps. | JSM | 0.50 | 550.00 |
| 06/18/26 | (B100)(B130)(A104)Review purchase offer comparison. | CPA | 0.20 | 175.00 |
| 06/18/26 | (B100)(B130)(A108)Emails from R. Wright re: offer comparison. | CPA | 0.10 | 87.50 |
| 06/18/26 | (B100)(B150)(A104)Review agenda for weekly Committee call. | CPA | 0.10 | 87.50 |
| 06/18/26 | (B100)(B150)(A109)Weekly Committee call. | CPA | 0.50 | 437.50 |
| 06/18/26 | (B100)(B160)(A104)Review fee application notices. | CPA | 0.10 | 87.50 |
| 06/18/26 | (B100)(B130)(A105)Confer with J. Mairo re: sale issues. | CPA | 0.20 | 175.00 |
| 06/18/26 | (B100)(B130)(A107)Review emails to/from S. Ravin and J. Mairo re: sale issues. | CPA | 0.10 | 87.50 |
| 06/19/26 | (B100)(B130)(A108)Emails with Prospective Purchaser counsel regarding pending offer and next steps. | JSM | 0.50 | 550.00 |
| 06/20/26 | (B100)(B130)(A107)Emails with debtor counsel regarding prospective purchaser email exchange. | JSM | 0.20 | 220.00 |
| 06/22/26 | (B100)(B130)(A108)Zoom meeting with S. Ravin, T. Falk, J. Hampton and J. Mairo re: sale issues. | CPA | 0.50 | 437.50 |
| 06/22/26 | (B100)(B130)(A105)Confer with J. Mairo re: sale issues. | CPA | 0.20 | 175.00 |
| 06/22/26 | (B100)(B130)(A107)Emails with debtor counsel regarding next steps. | JSM | 0.20 | 220.00 |
| 06/22/26 | (B100)(B130)(A107)Call with debtor counsel regarding prospective purchaser response. | JSM | 0.50 | 550.00 |
| 06/23/26 | (B100)(B110)(A101)Review of docket for any objections to the first Interim fee applications of FBT Gibbons and Dundon Advisers. | ENM | 0.20 | 77.00 |
| 06/23/26 | (B100)(B160)(A101)Draft and assemble of the Certificate of No Objection to the First Interim Fee Applications of FBT Gibbons and Dundon Advisers. | ENM | 0.80 | 308.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 06/23/26 | (B100)(B110)(A111)Correspondence to R. Wright and J. Mairo with draft copies of the Certificate of No Objections for final review and approval prior to filing. | ENM | 0.20 | 77.00 |
| 06/23/26 | (B100)(B130)(A104)Review changes to Purchase Agreement and email comments to J. Mairo. | RFC | 0.50 | 450.00 |
| 06/23/26 | (B100)(B130)(A107)Emails with debtor counsel regarding revised APA. | JSM | 0.20 | 220.00 |
| 06/23/26 | (B100)(B130)(A104)Review revised APA and provide comments to debtor counsel. | JSM | 1.00 | 1,100.00 |
| 06/23/26 | (B100)(B130)(A105)Emails with R. Coyne and C. Anton regarding revised APA and comments including receivable treatment. | JSM | 0.40 | 440.00 |
| 06/23/26 | (B100)(B130)(A105)Emails and meeting with E. Munera regarding proof of claims in connection with revised APA. | JSM | 0.30 | 330.00 |
| 06/23/26 | (C000)(C100)(A102)Review of Claims register for certain proof of claims. | ENM | 1.00 | 385.00 |
| 06/23/26 | (B100)(B130)(A107)Review emails to/from J. Mairo and Debtors' counsel re: sale status. | CPA | 0.10 | 87.50 |
| 06/23/26 | (B100)(B130)(A105)Emails to/from J. Mairo re: APA. | CPA | 0.10 | 87.50 |
| 06/23/26 | (B100)(B130)(A104)Review revised APA. | CPA | 0.20 | 175.00 |
| 06/23/26 | (L100)(L190)(A105)Emails to/from J. Mairo and R. Coyne re: tariff refunds. | CPA | 0.10 | 87.50 |
| 06/23/26 | (B100)(B130)(A107)Review emails from Debtor's counsel and M. Thaler re: revised APA. | CPA | 0.10 | 87.50 |
| 06/24/26 | (B100)(B110)(A108)Correspondence to R. Wright from Dundon Advisers with filed copy of the Certificate of No Objection re Dundon Advisers 1st Interim Fee Application. Remind hearing date deadline. | ENM | 0.20 | 77.00 |
| 06/24/26 | (B100)(B160)(A101)Draft of FBT Gibbons 6th monthly fee application. | ENM | 0.90 | 346.50 |
| 06/24/26 | (B100)(B160)(A101)Revisions to Dundon Advisers 5th monthly fee application and draft Notice of Application. | ENM | 0.40 | 154.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 06/24/26 | (B100)(B130)(A104)Review emails from debtor and prospective purchaser counsel regarding revised APA. | JSM | 0.30 | 330.00 |
| 06/24/26 | (B100)(B150)(A108)Emails with Committee Chair and UCC Members regarding APA status and Committee call. | JSM | 0.50 | 550.00 |
| 06/24/26 | (B100)(B130)(A107)Emails from Michael Thaler and Turner Falk re: revised APA. | CPA | 0.10 | 87.50 |
| 06/24/26 | (B100)(B150)(A106)Email from J. Mairo to Committee re: APA status. | CPA | 0.10 | 87.50 |
| 06/25/26 | (B100)(B110)(A105)Correspondence with J. Mairo regarding review of monthly fee applications for FBT Gibbons and Dundon Advisers. | ENM | 0.10 | 38.50 |
| 06/25/26 | (B100)(B110)(A108)Correspondence to R. Wright from Dundon Advisers re revisions to their Monthly Fee Application and approval prior to filing. | ENM | 0.20 | 77.00 |
| 06/25/26 | (B100)(B160)(A101)Revisions and final assemble of FBT Gibbons and Dundon Advisers monthly Fee Applications (May). | ENM | 0.30 | 115.50 |
| 06/25/26 | (B100)(B160)(A111)File with the Court the Monthly Fee Applications of FBT Gibbons and Dundon Advisers for the month of May. Send service copies via email. Calendar objection deadlines. | ENM | 0.40 | 154.00 |
| 06/25/26 | (B100)(B110)(A111)Update and file with the Court the Certificate of Service re FBT Gibbons and Dundon Advisers Monthly Fee Application. | ENM | 0.40 | 154.00 |
| 06/25/26 | (B100)(B130)(A107)Emails with debtor counsel regarding APA status and pending motion adjournment. | JSM | 0.30 | 330.00 |
| 06/25/26 | (B100)(B160)(A104)Review and respond to E. Munera regarding fee statement approval. | JSM | 0.20 | 220.00 |
| 06/25/26 | (B300)(B320)(A107)Review email correspondence to/from Debtors' counsel and J. Mairo re: sale and exclusivity motion. | CPA | 0.10 | 87.50 |
| 06/25/26 | (B100)(B160)(A104)Review monthly fee statements (FBT Gibbons and Dundon). | CPA | 0.10 | 87.50 |
| 06/26/26 | (B100)(B130)(A108)Emails with prospective purchaser | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | and debtor regarding APA status. | | | |
| 06/26/26 | (B100)(B130)(A107)Call with prospective purchaser counsel regarding current status of APA and related negotiations. | JSM | 0.50 | 550.00 |
| 06/26/26 | (B100)(B130)(A107)Emails with debtor counsel regarding prospective purchaser call and potential next steps. | JSM | 0.60 | 660.00 |
| 06/26/26 | (B300)(B320)(A107)Call with debtor counsel regarding potential tariff claims. | JSM | 0.20 | 220.00 |
| 06/26/26 | (B300)(B320)(A107)Emails with debtor counsel regarding exclusivity motion adjournment. | JSM | 0.20 | 220.00 |
| 06/26/26 | (B100)(B130)(A107)Review emails to/from M. Thaler and Debtors' counsel re: APA. | CPA | 0.10 | 87.50 |
| 06/26/26 | (B100)(B130)(A104)Review draft APA. | CPA | 0.20 | 175.00 |
| 06/26/26 | (B100)(B130)(A105)Confer with J. Mairo re: sale issues. | CPA | 0.10 | 87.50 |
| 06/26/26 | (B100)(B130)(A107)Review email from J. Mairo to S. Ravin re: APA and tariff refund issues. | CPA | 0.10 | 87.50 |
| 06/28/26 | (B100)(B130)(A107)Emails with prospective purchaser counsel regarding client update. | JSM | 0.30 | 330.00 |
| 06/29/26 | (B100)(B130)(A107)Emails with prospective purchaser counsel regarding status of revised APA. | JSM | 0.20 | 220.00 |
| 06/30/26 | (B100)(B130)(A107)Review email correspondence to/from S. Ravin and J. Mairo re: potential buyer's due diligence. | CPA | 0.10 | 87.50 |
| 06/30/26 | (B100)(B130)(A107)Emails and call with prospective purchaser counsel regarding update and revised APA. | JSM | 0.70 | 770.00 |
| 06/30/26 | (B100)(B130)(A104)Review email and revised APA from prospective purchaser counsel. | JSM | 0.80 | 880.00 |
| 06/30/26 | (B100)(B130)(A107)Emails with debtor counsel to schedule time to discuss revised APA. | JSM | 0.10 | 110.00 |
| 06/30/26 | (B100)(B130)(A108)Emails with debtor team regarding due diligence items. | JSM | 0.40 | 440.00 |
| 06/30/26 | (B100)(B130)(A107)Call with debtor counsel regarding | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | due diligence and related issues. | | | |
| | | **Total:** | **77.20** | **$61,433.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Tkpr | Name | Hours | Rate | Amount |
|------|------|-------|------|--------|
| CPA | Christopher P. Anton | 14.10 | 875.00 | 12,337.50 |
| RFC | Robert F. Coyne | 0.50 | 900.00 | 450.00 |
| AF | Aubbah Fatimah | 8.70 | 450.00 | 3,915.00 |
| DG | David Gharkhany | 4.90 | 405.00 | 1,984.50 |
| JSM | John S. Mairo | 33.40 | 1,100.00 | 36,740.00 |
| ENM | Edna N. Munera | 15.60 | 385.00 | 6,006.00 |
| | | **77.20** | | **61,433.00** |

## PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|-------|------|-------------|-------|--------|
| B100 | B110 | Case Administration | 7.40 | 2,907.50 |
| B100 | B120 | Asset Analysis and Recovery | 0.10 | 87.50 |
| B100 | B130 | Asset Disposition | 28.60 | 30,347.50 |
| B100 | B150 | Meetings of and Communications with Creditors | 4.30 | 4,550.00 |
| B100 | B160 | Fee/Employment Applications | 7.50 | 3,798.50 |
| B100 | B185 | Assumption/Rejection of Leases and Contracts | 0.10 | 87.50 |
| | | **SUB-TOTAL** | **48.00** | **41,778.50** |
| B200 | B210 | Business Operations | 0.40 | 440.00 |
| | | **SUB-TOTAL** | **0.40** | **440.00** |
| B300 | B310 | Claims Administration and Objections | 12.00 | 8,692.00 |

| | | | | |
|---|---|---|---|---|
| B300 | B320 | Plan and Disclosure Statement (including Business Plan) | 2.90 | 3,145.00 |
| | | **SUB-TOTAL** | **14.90** | **11,837.00** |
| C000 | C100 | Fact Gathering | 2.80 | 1,078.00 |
| | | **SUB-TOTAL** | **2.80** | **1,078.00** |
| L100 | L190 | Other Case Assessment, Development and Administration | 3.10 | 2,712.50 |
| | | **SUB-TOTAL** | **3.10** | **2,712.50** |
| P200 | P200 | Fact Gathering/Due Diligence | 0.20 | 77.00 |
| P200 | P280 | Other | 7.80 | 3,510.00 |
| | | **SUB-TOTAL** | **8.00** | **3,587.00** |
| | | **TOTAL** | **77.20** | **61,433.00** |