# EXHIBIT A

## <u>Time Detail</u>

| User | Entry Date | Client | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|
| Jordan Olsen | 06/02/2026 | Port Elizabeth | Business Analysis | Cure schedule analysis | 0.60 | $495.00/hr | $297.00 |
| Jordan Olsen | 06/03/2026 | Port Elizabeth | Debtor Professional and Client Meeting | Meeting with Debtor FA | 0.40 | $495.00/hr | $198.00 |
| Jordan Olsen | 06/03/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Meeting with UCC | 0.30 | $495.00/hr | $148.50 |
| Jordan Olsen | 06/03/2026 | Port Elizabeth | Business Analysis | Payment UCC Counsel Analysis | 0.20 | $495.00/hr | $99.00 |
| Jordan Olsen | 06/08/2026 | Port Elizabeth | Business Analysis | Waterfall calculation and payment to certain vendors analysis though MOR's and SOFA's | 3.20 | $495.00/hr | $1,584.00 |
| Jordan Olsen | 06/10/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Call with John Mario | 0.70 | $495.00/hr | $346.50 |
| Jordan Olsen | 06/10/2026 | Port Elizabeth | Business Analysis | Loan and asset analysis for the Judge Org. entity | 1.20 | $495.00/hr | $594.00 |
| Jordan Olsen | 06/15/2026 | Port Elizabeth | Other Professionals' Retention and Fee Applications | Fifth monthly fee app | 1.30 | $495.00/hr | $643.50 |
| Jordan Olsen | 06/17/2026 | Port Elizabeth | Retention and Fee Applications | Fifth fee app drafting updates | 0.90 | $495.00/hr | $445.50 |
| Jordan Olsen | 06/18/2026 | Port Elizabeth | Claims Analysis | Claim base analysis | 0.70 | $495.00/hr | $346.50 |
| **Totals For Jordan Olsen** | | | | | **9.50** | | **$4,702.50** |
| | | | | | | | |
| Rick Wright | 06/02/2026 | Port Elizabeth | Sales Process | Analyzed waterfall prepared by the debtors. | 1.60 | $960.00/hr | $1,536.00 |
| Rick Wright | 06/03/2026 | Port Elizabeth | Sales Process | Analyzed waterfall prepared by the debtors. | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 06/03/2026 | Port Elizabeth | Sales Process | Analyzed cure schedule prepared by the debtors. | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 06/03/2026 | Port Elizabeth | Sales Process | Call with Cambridge advisors re sale process | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 06/03/2026 | Port Elizabeth | Sales Process | Call with Committee Counsel re agenda for committee call. | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 06/03/2026 | Port Elizabeth | Sales Process | Call with the committee re sale process. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 06/05/2026 | Port Elizabeth | Sales Process | Reviewed updated cure schedule | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 06/05/2026 | Port Elizabeth | Sales Process | Reviewed updated proceeds waterfall. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 06/05/2026 | Port Elizabeth | Sales Process | Call with case professionals re sale process. | 1.30 | $960.00/hr | $1,248.00 |
| Rick Wright | 06/08/2026 | Port Elizabeth | Business Analysis | reviewed documents supporting certain pre and post petition payments as requested by counsel. | 1.30 | $960.00/hr | $1,248.00 |
| Rick Wright | 06/09/2026 | Port Elizabeth | Business Analysis | reviewed documents supporting certain pre and post petition payments as requested by counsel. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 06/10/2026 | Port Elizabeth | Business Analysis | Reviewed May variance analysis prepared by the debtors. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 06/10/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Prepared an email update for the committee re May variance analysis. | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 06/10/2026 | Port Elizabeth | Sales Process | Call with committee counsel re sale process | 0.70 | $960.00/hr | $672.00 |
| Rick Wright | 06/10/2026 | Port Elizabeth | Business Analysis | Reviewed schedules of A&L re secured debt. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 06/10/2026 | Port Elizabeth | Business Analysis | Call with Debtor's financial advisor re operations. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 06/12/2026 | Port Elizabeth | Sales Process | Analyzed counter offer received by comparing to previous offers / counteroffers. | 1.20 | $960.00/hr | $1,152.00 |
| Rick Wright | 06/12/2026 | Port Elizabeth | Sales Process | Call with Cambridge re sale offer. | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 06/12/2026 | Port Elizabeth | Sales Process | Call with counsel re buyer's counter offer. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 06/15/2026 | Port Elizabeth | Retention and Fee Applications | 5th monthly fee application. | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 06/15/2026 | Port Elizabeth | Claims Analysis | Reviewed updated cure schedule. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 06/16/2026 | Port Elizabeth | Retention and Fee Applications | 5th monthly fee application. | 0.10 | $960.00/hr | $96.00 |
| Rick Wright | 06/16/2026 | Port Elizabeth | Business Analysis | Analyzed updated liquidity forecast | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 06/17/2026 | Port Elizabeth | Retention and Fee Applications | 5th monthly fee application. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 06/17/2026 | Port Elizabeth | Sales Process | Call with counsel re sale process | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 06/17/2026 | Port Elizabeth | Sales Process | Prepared a schedule re comparison of sale offers. | 1.80 | $960.00/hr | $1,728.00 |
| Rick Wright | 06/18/2026 | Port Elizabeth | Sales Process | Prepared a schedule re comparison of sale offers. | 2.00 | $960.00/hr | $1,920.00 |
| Rick Wright | 06/18/2026 | Port Elizabeth | Sales Process | UCC call re sale process | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 06/24/2026 | Port Elizabeth | Sales Process | Received update from counsel. | 0.10 | $960.00/hr | $96.00 |
| Rick Wright | 06/25/2026 | Port Elizabeth | Retention and Fee Applications | Preparation of monthly fee app | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 06/30/2026 | Port Elizabeth | Sales Process | Reviewed draft APA | 0.70 | $960.00/hr | $672.00 |
| **Totals For Rick Wright** | | | | | **19.40** | | **$18,624.00** |
| | | | | | | | |
| | | | **Grand Total 28.90** | | **28.90** | | **$23,326.50** |