## EXHIBIT A

Customary and Comparable Compensation Disclosures with Fee Applications

| Category of Timekeeper | 2026 Blended Hourly Rate | |
| --- | --- | --- |
| | Billed Preceding Year, Excluding Bankruptcy | Billed this Fee Application |
| Partner | $937.00 | $1,083.76 |
| Counsel | N/A | $900.00 |
| Associate | $425.00 | $405.00 |
| Paralegal | $340.00 | $385.00 |
| All Timekeepers Aggregated | $713.32 | $869.80 |

Case Name:            In Re: Port Elizabeth Terminal & Warehouse Corp.
Case Number:         25-22123 (JKS)
Applicant's Name:     FBT Gibbons LLP
Date of Application:  July 30, 2026
Interim or Final:      Second Interim