**EXHIBIT B**

Summary of Timekeepers Included in this Application

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Application |
| John S. Mairo | Partner | Bankruptcy | 1994 | $87,120.00 | 1 | $1,100.00 | $1,025.00 |
| Robert F. Coyne | Partner | Business | 1997 | $6,300.00 | N/A | $6,300.00 | N/A |
| Christopher P. Anton | Counsel | Bankruptcy | 1991 | $26,337.50 | N/A | $875.00 | N/A |
| David Gharkhany | Associate | Bankruptcy | 2024 | $3,280.50 | N/A | $405.00 | N/A |
| Edna N. Munera | Paralegal | Bankruptcy | N/A | $11,781.00 | 1 | $385.00 | $340.00 |
| | | | **TOTALS:** | **$134,819.00** | | | |

Case Name:          In Re: Port Elizabeth Terminal & Warehouse Corp.
Case Number:        25-22123 (JKS)
Applicant's Name:   FBT Gibbons LLP
Date of Application: July 30, 2026
Interim or Final:   Second Interim