**EXHIBIT C**

Summary of Compensation Requested by Project Category

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Asset Analysis and Recovery | .8 | $720.00 |
| Asset Disposition | 83.3 | $83,660.50 |
| Assumption and Rejection of Leases and Contracts | 4 | $3,905.00 |
| Avoidance Action Analysis | .1 | $87.50 |
| Business Operations | 1.1 | $962.50 |
| Case Administration | 18.4 | $9,439.50 |
| Claims Administration and Objections | 4.1 | $2,077.50 |
| Employment and Fee Applications | 17.3 | $6,875.00 |
| Financing and Cash Collateral | 9.9 | $10,890.00 |
| Meetings and Communications with Creditors | 14.2 | $15,080.00 |
| Relief from Stay/Adequate Protection Proceedings | .7 | $680.00 |
| Fact Gathering | 1.1 | $441.50 |
| **Total:** | **155** | **$134,819.00** |

| | |
|---|---|
| Case Name: | In Re: Port Elizabeth Terminal & Warehouse Corp. |
| Case Number: | 25-22123 (JKS) |
| Applicant's Name: | FBT Gibbons LLP |
| Date of Application: | July 30, 2026 |
| Interim or Final: | Second Interim |