## **EXHIBIT D**

Summary of Expense Reimbursement Requested by Category

| Category | Amount |
|---|---|
| **TOTAL:** | **$0.00** |

Case Name:            In Re: Port Elizabeth Terminal & Warehouse Corp.
Case Number:          25-22123 (JKS)
Applicant's Name:     FBT Gibbons LLP
Date of Application:  July 30, 2026
Interim or Final:     Second Interim