## **EXHIBIT E**

Summary Cover Sheet of the Application

| | |
|---|---|
| Name of applicant: | FBT Gibbons LLP |
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | March 1, 2026 through May 31, 2026 (Interim Period) |
| Total compensation sought this period: | $134,819.00 |
| Total expenses sought during this period: | $0.00 |
| Petition date: | November 14, 2025 |
| Retention date: | January 21, 2026 |
| Date of order approving employment: | February 4, 2026 |
| Total compensation approved by interim order to date: | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed compensation paid to date: | $213,345.60 |
| Total allowed expenses paid to date: | $2,921.90 |
| Blended rate in this application for all attorneys: | $989.05 |
| Blended rate in this application for all timekeepers: | $869.80 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $107,855.20 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application: | 5 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | 3 |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 2 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | No |

Case Name:        *In re* Port Elizabeth Terminal & Warehouse Corp.
Case Number:      25-22123 (JKS)
Applicant's Name:  FBT Gibbons LLP
Date of Application: July 30, 2026
Interim or Final:   Second Interim