**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 13, 2026** |

**NOTICE OF SECOND INTERIM APPLICATION OF DUNDON ADVISERS LLC,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM MARCH 1, 2026 THROUGH MAY 31, 2026**

**PLEASE TAKE NOTICE** that on July 30, 2026, Dundon Advisers LLC, financial advisor to the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy cases (the "Committee"), pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 71], filed its second interim fee application ("Application") seeking allowance of fees in the amount of $37,422.00 and reimbursement of expenses in the amount of $0.00 for the period from March 1, 2026 through May 31, 2026 (the "Interim Compensation Period") with United States Bankruptcy Court for the District of New Jersey (the "Court").

**PLEASE TAKE FURTHER NOTICE** If you object to the relief sought by the Application, you are required to file a response to the Application, on or before **August 13, 2026.** At the same time, you must also serve a copy of the response upon the Committee's undersigned counsel:

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held on **August 20, 2026 at 10:00 a.m. (ET)** before the Honorable John K. Sherwood, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Fl. Courtroom 3D, Newark, New Jersey 07102.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN ALL FEES AND EXPENSES REQUESTED IN THE APPLICATION, INCLUDING ANY 20% HOLDBACK, MAY BE PAID UPON ENTRY OF AN ORDER WITHOUT FURTHER HEARING.**

Dated: July 30, 2026
Newark, New Jersey

**FBT GIBBONS LLP**

*/s/ John S. Mairo*
John S. Mairo
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Email: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured
Creditors*

2