**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 13, 2026** |

**SUMMARY OF SECOND INTERIM APPLICATION OF DUNDON ADVISERS LLC,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM MARCH 1, 2026 THROUGH MAY 31, 2026**

| | |
|---|---|
| Name of Applicant | Dundon Advisers LLC |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors of Port Elizabeth Terminal & Warehouse Corp., et al. |
| Date of retention order: | February 4, 2026 |
| Period for which compensation and reimbursement sought: | March 1, 2026 – May 31, 2026 |
| Compensation sought as actual, reasonable, and necessary: | $37,422.00 |
| Expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n):        ___ monthly        _X_   interim        ___ final

Previous Applications:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid |
|---|---|---|---|---|---|---|
| 2/26/2026 [D.I. 185] | December 11, 2025 – January 31, 2026 | $ 43,995.00 | $0.00 | 3/19/2026 [D.I. 210] | $43,995.00 | $0.00 |
| 3/25/2026 [D.I. 213] | February 1, 2026 – February 28, 2026 | $22,759.50 | $0.00 | 4/16/2026 [D.I. 242] | $22,759.50 | $0.00 |
| 4/23/2026 [D.I. 256] | March 1, 2026 – March 31, 2026 | $13,254.00 | $0.00 | 5/15/2026 [D.I. 276] | $13,254.00 | $0.00 |
| 5/26/2026 [D.I. 292] | April 1, 2026 – April 30, 2026 | $10,444.50 | $0.00 | 6/16/2026 [D.I. 317] | $10,444.50 | $0.00 |
| 6/25/2026 [D.I. 336] | May 1, 2026 – May 31, 2026 | $13,723.50 | $0.00 | 7/16/2026 [D.I. 356] | $13,723.50 | $0.00 |
| TOTALS | | $104,177.00 | $0.00 | | $104,177.00 | $0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No. 25-22123 (JKS) |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, | (Jointly Administered) |
| Debtors. | **Objection Deadline: August 13, 2026** |

**SECOND INTERIM APPLICATION OF DUNDON ADVISERS LLC,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM MARCH 1, 2026 THROUGH MAY 31, 2026**

Dundon Advisers LLC ("Dundon Advisers"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Port Elizabeth Terminal & Warehouse Corp., *et al.*, the above-captioned Debtors (the "Debtors"), hereby submits its *Second Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2026 through May 31, 2026* (the "Application") for entry of an order Pursuant to sections 330 and 331 of title 11 of the United States Code, (the "Bankruptcy Code") Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules") Dundon Advisers hereby applies to the Court for its second interim fee application ( the "Second Interim Fee Application") for allowance of compensation in the amount of $37,422.00 and reimbursement of expenses in the amount of $0.00 for the period March 1, 2026 through May 31, 2026 (the "Interim Compensation Period"), in support thereof, Dundon Advisers respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      The United States Bankruptcy Court for the District of New Jersey (the "Court")
has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding
within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C.
§§ 1408 and 1409. Venue of this proceeding and this Application is proper in this District pursuant
to 28 U.S.C. §§1408 and 1409.

2.      The statutory basis for the relief requested herein are sections 330 and 331 of the
Bankruptcy Code, Bankruptcy Rule 2016, and Rule 2016-1 of the Local Bankruptcy Rules of the
United States Bankruptcy Court for the District of New Jersey (the "Local Rules").

**BACKGROUND**

3.      On November 14, 2025 (the "Petition Date"), the Debtors commenced the
Chapter 11 Cases by filing petitions for relief under chapter 11 of the Bankruptcy Code with the
Court.  The Debtors continue to operate their business and manage their properties as debtors and
debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or
examiner has been appointed in the Chapter 11 Cases.

4.      On January 26, 2026, the Committee applied [Docket No. 139] to the Court for an
order authorizing the Committee to retain and employ Dundon as its Financial Adviser.  On
February 4, 2026, the Court entered an order [Docket No. 157] authorizing such retention.

**SERVICES PROVIDED BY DUNDON ADVISERS**

5.      Since its retention, Dundon Advisers, in its capacity as financial advisor to the

Committee, undertook the following:

- Developed an understanding of the Debtors' business and their valuations;

- Determined whether there were viable alternative paths for the disposition of the Debtors' assets from those initially proposed by the Debtors.

- Advised the Committee in negotiations with the Debtors and/or the Debtors' lenders.

- Analyzed the Debtors' budgets, budget-to-actual variances, and liquidity.

- Analyzed the Debtors' filed SOFAs, SOALS, and monthly operating reports.

- Attended and presented at Committee meetings as well as meetings with the Debtors and their advisors.

- Performed other financial advisory services to the Committee as were necessary and appropriate as detailed in the Retention Application.

**PREVIOUSLY FILED FEE APPLICATIONS**

6.      On February 26, 2026, Dundon Advisers filed its first monthly application for

compensation and reimbursement of expenses [Docket No. 185] (the "First Monthly

Application").    By the First Monthly Application, Dundon Advisers sought approval of

compensation of $43,995.00 and reimbursement of expenses in the amount of $0.00 for the period

of December 11, 2025 through January 31, 2026.  On March 19, 2026, Dundon Advisers filed a

certificate of no objection regarding the First Monthly Application [Docket No. 210].

7.      On March 25, 2026, Dundon Advisers filed its second monthly application for

compensation and reimbursement of expenses [Docket No. 213] (the "Second Monthly

3

Application"). By the Second Monthly Application, Dundon Advisers sought approval of compensation of $22,759.50 for the period of February 1, 2026 through February 28, 2026. On April 16, 2026, Dundon Advisers filed a certificate of no objection regarding the Second Monthly Application [Docket No. 242].

8. On April 23, 2026, Dundon Advisers filed its third monthly application for compensation and reimbursement of expenses [Docket No. 256] (the "Third Monthly Application"). By the Third Monthly Application, Dundon Advisers sought approval of compensation of $13,254.00 for the period of March 1, 2026 through March 31, 2026. On May 15, 2026, Dundon Advisers filed a certificate of no objection regarding the Third Monthly Application [Docket No. 276].

9. On May 26, 2026, Dundon Advisers filed its fourth monthly application for compensation and reimbursement of expenses [Docket No. 292] (the "Fourth Monthly Application"). By the Fourth Monthly Application, Dundon Advisers sought approval of compensation of $10,444.50 for the period of April 1, 2026 through April 30, 2026. On June 16, 2026, Dundon Advisers filed a certificate of no objection regarding the Fourth Monthly Application [Docket No. 317].

10. On June 25, 2026, Dundon Advisers filed its fifth monthly application for compensation and reimbursement of expenses [Docket No. 336] (the "Fifth Monthly Application"). By the Fifth Monthly Application, Dundon Advisers sought approval of compensation of $13,723.50 for the period of May 1, 2026 through May 31, 2026. On July 16, 2026, Dundon Advisers filed a certificate of no objection regarding the Fifth Monthly Application [Docket No. 356].

11. The total sum due to Dundon Advisers for professional services rendered on behalf

of the Committee during the Interim Compensation Period is $37,422.00.  A chart detailing the fees during, by professional and by project category rendered during the Interim Compensation Period, by each professional at Dundon Advisers are both attached as **Exhibit A**.

12.     A detailed chronological itemization of services rendered by each professional during the Interim Compensation Period, calculated by tenths of an hour and categorized in accordance with the appropriate project categories, is attached to the previously filed monthly fee applications [Docket Nos. 185; 213; 256; 292; 336].

13.     Every effort has been made by Dundon Advisers to categorize daily time entries in accordance with the correct project category.  However, in some instances, services overlap between project categories. Thus, some services may appear under more than one category, although in no instance is a specific time entry recorded more than once.

14.     The total number of hours expended by Dundon Advisers professionals in performing professional services for the Committee during the Interim Compensation Period was 53.9 hours at a blended billing rate of $694.28 per hour.

15.     Dundon Advisers submits that the professional services it rendered on behalf of the Committee during this time were both reasonable and necessary.

WHEREFORE, Dundon Advisers hereby requests pursuant to the procedures allowed in the Interim Compensation Order: (i) approval of allowance and payment on an interim basis of Dundon Advisers' compensation for necessary and valuable professional services rendered to the Committee in the sum of $37,422.00  and reimbursement of expenses in the sum of $0.00 for the period March 1, 2026 through and including May 31, 2026; (ii) payment of the 20% holdback that was withheld from payment under the monthly fee application, in the amount of $7,484.40; (iii) such other and further relief as is just and proper.

Dated: July 30, 2026

**DUNDON ADVISERS LLC**

*/s/ Rick Wright*
Rick Wright
565 Fifth Avenue, 16th Floor
New York, NY 10017
Telephone: (212) 856-2000
E-mail: rwright@dundon.com

*Financial Advisor to the Official Committee of
Unsecured Creditors*

6