# EXHIBIT A

## Compensation By Project Category – Second Interim Compensation Period

**Compensation by Project Category**

| Project Category | Total Billed Hours | Total Fees |
|---|---|---|
| Business Analysis | 19.3 | $13,692.00 |
| Claims Analysis | 3.6 | $1,968.00 |
| Committee Member/Professional Meetings & Communications | 3.4 | $2,659.50 |
| Debtor Professional and Client Meeting | 1.4 | $693.00 |
| Retention and Fee Applications | 16.5 | $9,469.50 |
| Sales Process | 9.7 | $8,940.00 |
| **Total** | **53.9** | **$37,422.00** |

## **Professional Summary – Second Interim Compensation Period**

| Professional | Hourly Rate | Total Billed Hours | Total Fees |
|---|---|---|---|
| Jordan Olsen | $495.00 | 30.8 | $15,246.00 |
| Rick Wright | $960.00 | 23.1 | $22,176.00 |
| **Total** | | **53.9** | **$37,422.00** |

Notes:

1) *Blended Hourly Rate: $694.28*