**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 13, 2026** |

**DECLARATION OF RICK WRIGHT IN SUPPORT OF SECOND INTERIM
APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM MARCH 1, 2026 THROUGH MAY 31, 2026</u>**

I, Rick Wright, after being sworn according to law, deposes and says:

1. I am a Managing Director at the firm of Dundon Advisers LLC ("<u>Dundon Advisers</u>"), financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>").

2. I have read the foregoing *Second Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2026 through May 31, 2026* and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the services rendered by Dundon

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

Advisers and am thoroughly familiar with all other work performed on behalf of the Committee by the professionals at Dundon Advisers.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Dundon Advisers and any other person for the sharing of compensation to be received in connection with the above-captioned case.

4.      I have reviewed the requirements of Local Rule 2016-1 of the United States Bankruptcy Court for the District of New Jersey, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 30, 2026                */s/ Rick Wright*
                                 Rick Wright