| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)*** **SAUL EWING LLP** Stephen B. Ravin, Esquire Turner N. Falk, Esquire Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*) One Riverfront Plaza 1037 Raymond Blvd., Suite 1520 Newark, NJ 07102-5426 Telephone: (973) 286-6714 E-mail:  stephen.ravin@saul.com         turner.falk@saul.com         maxwell.hanamirian@saul.com  *Counsel to the Debtors and Debtors in Possession* | Chapter 11  Case No. 25-22123 (JKS)  (Jointly Administered) |
| In re:  PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,                         Debtors.[1] | |

### EIGHTH MONTHLY FEE STATEMENT OF SAUL EWING LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2026 THROUGH JUNE 30, 2026

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Saul Ewing LLP ("**Saul Ewing**" or the "**Applicant**"), proposed counsel to the debtors and debtors-in-possession (the "**Debtors**"), hereby applies to the Court for its

---

[1]     The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

58033310.2

eighth monthly fee statement for professional services rendered and reimbursement of actual and

necessary expenses incurred for the period June 1, 2026 through June 30, 2026 (the "**Application**

**Period**") in connection with its retention as counsel to the Debtors and in accordance with the

*Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and*

*Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the

"Interim Compensation Order").   Saul Ewing requests authorization to be paid by the Debtors

$63,147.20 (which is 80% of $78,934.00) and $1,531.21 in expenses incurred during the

Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Saul Ewing LLP as*

*Counsel to the Debtors Effective as of November 14, 2025* [D.I. 67].   Attached hereto as **Exhibit B**

is a Declaration of Applicant with respect to the compensation request.   Attached hereto as **Exhibit**

**C** is a detailed itemization, by project category, of all services performed by the Applicant with

respect to these matters during the Application Period.   In addition, in accordance with Local Rule

2016-1, set forth below are summaries describing the services performed within each category.

## CATEGORY 1: ASSET DISPOSITION.

This category includes all matters relating to the disposition, and other post-petition uses of, property of the estate.  Time in this category includes examining potential transactions regarding estate assets.  Saul Ewing spent 68.2 hours of attorney time on the foregoing services.  Said services have a value of $54,203.00 for which Saul Ewing is seeking compensation.

2

| Asset Disposition | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 16.2 | $15,066.00 |
| Jeffrey C. Hampton | Partner | 29.3 | $27,249.00 |
| Turner N. Falk | Associate | 17.8 | $9,701.00 |
| Mariam Khoudari | Associate | 2.6 | $1,313.00 |
| Maxwell Hanamirian | Associate | 2.3 | $874.00 |
| **Total** | | **68.2** | **$54,203.00** |

## CATEGORY 2: BUSINESS OPERATIONS

This category includes all matters relating to the general operation of the Debtors' businesses. Saul Ewing spent 0.7 hours of attorney time on the foregoing services. Said services have a value of $651.00 for which Saul Ewing is seeking compensation.

| Business Operations | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Jeffrey C. Hampton | Associate | 0.7 | $651.00 |
| **Total** | | **0.7** | **$651.00** |

## CATEGORY 3: CASE ADMINISTRATION.

This category includes all matters related to work regarding the administration of the case, including preparing and revising administrative pleadings and determining case strategies. Saul Ewing spent 4.8 hours of attorney time on the foregoing services. Said services have a value of $2,779.00 for which Saul Ewing is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 0.8 | $744.00 |
| Jeffrey C. Hampton | Partner | 0.3 | $279.00 |
| Mariam Khoudari | Associate | 2.8 | $1,414.00 |
| Maxwell Hanamirian | Associate | 0.9 | $342.00 |
| **Total** | | **4.8** | **$2,779.00** |

3

58033310.2

## CATEGORY 3: CREDITOR INQUIRIES.

This category includes all matters related to communicating with creditors and parties in interest regarding case status and case-related issues.  Saul Ewing spent 1.9 hours of attorney time on the foregoing services.  Said services have a value of $722.00 for which Saul Ewing is seeking compensation.

| Creditor Inquiries | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Maxwell Hanamirian | Associate | 1.9 | $722.00 |
| **Total** | | **1.9** | **$722.00** |

## CATEGORY 4: EXECUTORY CONTRACTS & UNEXPIRED LEASES.

This category includes all matters related to executory contracts and unexpired leases. Time in this category includes analyzing leases and examining lease-related issues.  Saul Ewing spent 5.4 hours of attorney time on the foregoing services.  Said services have a value of $2,845.00 for which Saul Ewing is seeking compensation.

| Executory Contracts & Expired Leases | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 1.1 | $1,023.00 |
| Jeffrey C. Hampton | Partner | 0.1 | $93.00 |
| Turner N. Falk | Associate | 0.2 | $109.00 |
| Mariam Khoudari | Associate | 0.8 | $404.00 |
| Maxwell Hanamirian | Associate | 3.2 | $1,216.00 |
| **Total** | | **5.4** | **$2,845.00** |

## CATEGORY 5: FEE/EMPLOYMENT APPLICATIONS (SAUL EWING).

This category includes all matters related to the review and preparation of a retention application and fee applications for Saul Ewing.  Saul Ewing spent 9.2 hours of attorney time on the foregoing services.  Said services have a value of $4,711.00 for which Saul Ewing is seeking compensation.

4

58033310.2

| Fee/Employment Applications (Saul Ewing) | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 0.3 | $279.00 |
| Mariam Khoudari | Associate | 8.4 | $4,242.00 |
| Maxwell Hanamirian | Associate | 0.5 | $190.00 |
| **Total** | | **9.2** | **$4,711.00** |

## CATEGORY 6: FEE/EMPLOYMENT APPLICATIONS (OTHER PROFESSIONALS).

This category includes all matters related to the review and analysis and filing of retention and fee applications for other professionals in these Chapter 11 Cases. Saul Ewing spent 18.6 hours of attorney time on the foregoing services. Said services have a value of $9,028.00 for which Saul Ewing is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 0.7 | $651.00 |
| Mariam Khoudari | Associate | 12.6 | $6,363.00 |
| Maxwell Hanamirian | Associate | 5.3 | $2,014.00 |
| **Total** | | **18.6** | **$9,028.00** |

## CATEGORY 7: FINANCING AND CASH COLLATERAL

This category includes all matters related to financing and cash collateral, analyzing financial projections and examining budgeting in these Chapter 11 Cases. Saul Ewing spent 0.3 hours of attorney time on the foregoing services. Said services have a value of $279.00 for which Saul Ewing is seeking compensation.

| Financing and Cash Collateral | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 0.3 | $279.00 |
| **Total** | | **0.3** | **$279.00** |

## CATEGORY 8: PLAN AND DISCLOSURE STATEMENT

This category includes time related to plan and disclosure statement issues. Saul Ewing spent 2.4 hours of attorney time on the foregoing services. Said services have a value of $1,211.00 for which Saul Ewing is seeking compensation.

58033310.2

| Litigation: Contested Matters and Adversary Proceedings | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Mariam Khoudari | Associate | 0.5 | $252.50 |
| Turner N. Falk | Associate | 0.1 | $54.50 |
| Jeffrey C. Hampton | Partner | 0.2 | $186.00 |
| Stephen B. Ravin | Partner | 0.2 | $186.00 |
| Maxwell Hanamirian | Associate | 1.4 | $532.00 |
| Total | | 2.4 | $1,211.00 |

## CATEGORY 9: RELIEF FROM STAY AND ADEQUATE PROTECTION.

This category includes time related to Bankruptcy automatic stay and adequate protection issues. Saul Ewing spent 1.1 hours of attorney time on the foregoing services. Said services have a value of $473.00 for which Saul Ewing is seeking compensation.

| Statements and Schedules | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| Stephen B. Ravin | Partner | 0.1 | $93.00 |
| Maxwell Hanamirian | Associate | 1.0 | $380.00 |
| Total | | 1.1 | $473.00 |

## CATEGORY 10: UST REPORTS, MEETINGS AND ISSUES.

This category includes time related to the preparation of operating reports and other information required by the UST or the Court. Time in this category includes corresponding with the UST and addressing the UST's comments with respect to various orders and preparing monthly operating reports. Saul Ewing spent 3.8 hours of attorney time on the foregoing services. Said services have a value of $2,031.50 for which Saul Ewing is seeking compensation.

58033310.2

| UST REPORTS, MEETINGS AND ISSUES | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| Stephen B. Ravin | Partner | 0.5 | $465.00 |
| Mariam Khoudari | Associate | 2.5 | $1,262.50 |
| Maxwell Hanamirian | Associate | 0.8 | $304.00 |
| **Total** | | **3.8** | **$2,031.50** |

**EXPENSES**

Saul Ewing seeks $1,531.21 in expenses incurred during the Application Period. Expenses included in this Application Period include printing and reproduction charges ($1,213.00), postage ($248.58), Westlaw research ($5.4), and vendor fees ($64.23). For legal research, Saul Ewing maintains flat fee contracts with Westlaw. As a general matter, and in the present case, Saul Ewing charges all clients (bankruptcy and non-bankruptcy) on whose behalf legal research is undertaken the amounts that Westlaw charge to regular users (i.e., users that do not maintain flat fee contracts) on a basis that is tied to the actual length of usage for each research session; however, Saul Ewing then applies a 50% discount to the amounts charged to its clients. In applying such discounted charges to its clients, Saul Ewing passes the benefits of the flat fee arrangement on to its clients while also maintaining a revenue neutral arrangement under its contract with Westlaw; specifically, Saul Ewing does not derive a profit from such legal charges.

**WHEREFORE**, Saul Ewing respectfully requests authorization to be paid by the Debtors $63,147.20 (which is 80% of $78,934.00) for legal services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $1,531.21 in expenses incurred during the Application Period.

Dated: July 30, 2026                    **SAUL EWING LLP**


                         By:*/s/ Stephen B. Ravin*
                             Stephen B. Ravin, Esquire
                             Turner N. Falk, Esquire
                             One Riverfront Plaza
                             1037 Raymond Blvd., Suite 1520
                             Newark, NJ 07102-5426
                             Telephone: (973) 286-6714
                             E-mail:stephen.ravin@saul.com

58033310.2

turner.falk@saul.com

-and-

Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
E-mail: maxwell.hanamirian@saul.com

*Counsel for Debtors and Debtors in Possession*

8

58033310.2