# EXHIBIT C

## Detail Time Entries by Category

58033310.2



www.saul.com

| | | | |
|---|---|---|---|
| P. Judge and Sons, Inc. | | Invoice Number | 4526699 |
| Patrick Wynne | | Invoice Date | 07/30/26 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

**Photocopying**

| Date | Description | Amount |
|---|---|---|
| 06/17/26 | Photocopying | 170.00 |
| 06/17/26 | Photocopying | 350.00 |
| 06/17/26 | Photocopying | 18.75 |
| 06/17/26 | Photocopying | 168.00 |
| 06/17/26 | Photocopying | 506.25 |
| | Total Photocopying | 1,213.00 |

**Postage**

| Date | Description | Amount |
|---|---|---|
| 06/05/26 | Postage | 31.93 |
| 07/01/26 | Newark Postage June | 28.84 |
| 07/01/26 | Newark Postage June | 141.12 |
| 06/22/26 | Postage | 46.69 |
| | Total Postage | 248.58 |

**Copies**

| Date | Description | Amount |
|---|---|---|
| 06/24/26 | Vendor: IST Innovative Service Technology; Invoice#: FM034094; Date: 4/28/2026 - Princeton Office - Overtime 3/25/26 - 4/15/26 | 22.33 |
| | Total Copies | 22.33 |

**Pacer Research**

| Date | Description | Amount |
|---|---|---|
| 06/30/26 | Vendor: PNC Bank  PACER Q1 Research  - R. Hardecky | 41.90 |
| | Total Pacer Research | 41.90 |

**Westlaw Legal Research**

| Date | Description | Amount |
|---|---|---|
| 06/29/26 | Westlaw Research | 5.40 |
| | Total Westlaw Legal Research | 5.40 |

| | |
|---|---|
| CURRENT EXPENSES | 1,531.21 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                           Invoice        4526699

00002       Expenses                                                                         Page: 2

07/30/26

TOTAL AMOUNT OF THIS INVOICE        1,531.21


www.saul.com

| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4526698 |
| Patrick Wynne | Invoice Date | 07/30/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00003 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/26 | JCH | Conference with S. Ravin, J. Corpatello and Forvis re: APA working capital and factor issues and develop response to buyer position re: same | 0.60 | 558.00 |
| 06/01/26 | JCH | Further review and analysis of modified working capital calculation re: alternatives re: factor treatment | 0.20 | 186.00 |
| 06/01/26 | JCH | Review correspondence from potential stalking horse bidder re: due diligence items and review same | 0.20 | 186.00 |
| 06/01/26 | JCH | Conference with S. Ravin re: independent director appointment options and authority | 0.20 | 186.00 |
| 06/01/26 | JCH | Review materials provided by SBA re: potential loan assumption terms and due diligence request for same | 0.20 | 186.00 |
| 06/01/26 | JCH | Prepare for conference with counsel to potential bidder re: APA open issues | 0.30 | 279.00 |
| 06/01/26 | JCH | Conference with counsel and business team to potential interested purchaser and client team re: open APA issues | 0.80 | 744.00 |
| 06/01/26 | JCH | Correspondence with counsel to potential bidder re: sale proceeds inquiry | 0.10 | 93.00 |
| 06/01/26 | JCH | Conference with committee counsel re: potential stalking horse | 0.40 | 372.00 |
| 06/01/26 | SBR | Email with accountant re sale issues | 0.10 | 93.00 |
| 06/01/26 | SBR | Telephone call with client, accountant re working capital adjustment | 0.60 | 558.00 |
| 06/01/26 | SBR | Telephone call with counsel to creditors committee re sale matters | 0.30 | 279.00 |
| 06/01/26 | SBR | Telephone call with employment counsel re status | 0.10 | 93.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                          Invoice        4526698

Page: 2

07/30/26

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/26 | SBR | Email with counsel for EC re due diligence items | 0.10 | 93.00 |
| 06/01/26 | SBR | Email with counsel for creditor committee | 0.10 | 93.00 |
| 06/01/26 | SBR | Telephone call to counsel for East Coast re open issues | 0.70 | 651.00 |
| 06/01/26 | SBR | Conference with N. Jalowski re sale issues | 0.20 | 186.00 |
| 06/01/26 | TNF | Call with S. Ravin re: sale process | 0.20 | 109.00 |
| 06/01/26 | TNF | Correspondence with SBA counsel re: loan assumption issues | 0.10 | 54.50 |
| 06/01/26 | TNF | Call with P Wynne, S. Ravin, J. Compitello re: sale process update | 0.50 | 272.50 |
| 06/01/26 | TNF | Prepare SBA loan letter | 0.50 | 272.50 |
| 06/01/26 | TNF | Call with P. Wynne re: SBA loan letter | 0.10 | 54.50 |
| 06/01/26 | TNF | Call with potential purchaser counsel, SR, JH, J. Compitello re: sale structure | 0.80 | 436.00 |
| 06/01/26 | MH | Conference with client re: sale process | 0.50 | 190.00 |
| 06/01/26 | MK | Call with Saul Ewing, Mazars, Debtors, and Cambridge teams re sale | 0.50 | 252.50 |
| 06/02/26 | JCH | Conference with S. Ravin re: sale scenarios waterfall and cure analysis and review same | 0.30 | 279.00 |
| 06/02/26 | JCH | Correspondence and conference with committee counsel re: sale process issues | 0.50 | 465.00 |
| 06/02/26 | JCH | Correspondence with S. Ravin re: sale transaction issues | 0.10 | 93.00 |
| 06/02/26 | JCH | Correspondence and conference with counsel to potential Stalking Horse bidder re: revised terms | 0.30 | 279.00 |
| 06/02/26 | JCH | Correspondence with client team re: follow up issues from conference with counsel to potential bidder | 0.20 | 186.00 |
| 06/02/26 | SBR | Telephone call with client re waterfall numbers | 0.20 | 186.00 |
| 06/02/26 | SBR | Email with counsel for East Coast re transaction | 0.10 | 93.00 |
| 06/02/26 | SBR | Telephone call with East Coast re outstanding | 0.20 | 186.00 |
| 06/02/26 | SBR | Telephone call to committee counsel re EC transaction | 0.30 | 279.00 |
| 06/02/26 | SBR | Email with counsel re waterfall | 0.10 | 93.00 |
| 06/02/26 | TNF | Analysis of factoring and working capital issues | 0.10 | 54.50 |
| 06/02/26 | TNF | Prepare SBA letter of need | 0.20 | 109.00 |

396080     P. Judge and Sons, Inc.                                                     Invoice          4526698

Page: 3

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/02/26 | MH | Analyze correspondence from T. Falk re: potential sale transaction | 0.10 | 38.00 |
| 06/03/26 | JCH | Review open issues for APA and analysis of potential adjusted waterfall for same | 0.30 | 279.00 |
| 06/03/26 | JCH | Conference with T. Falk re: sale process and case issues | 0.30 | 279.00 |
| 06/03/26 | JCH | Review and analysis of updated contract and cure analysis and note comments to same | 0.20 | 186.00 |
| 06/03/26 | JCH | Conference with S. Ravin re: sale process open issues re: purchase price | 0.30 | 279.00 |
| 06/03/26 | JCH | Review correspondence from committee counsel, J. Mairo, re: sale transaction update inquiry and draft response to same | 0.20 | 186.00 |
| 06/03/26 | JCH | Correspondence with S. Ravin re: APA issue analysis update | 0.10 | 93.00 |
| 06/03/26 | SBR | Telephone call with client and counsel re cure schedule and sale issues | 0.70 | 651.00 |
| 06/03/26 | TNF | Meeting with JH re: sale negotiations | 0.40 | 218.00 |
| 06/03/26 | TNF | Meeting with MK re sale negotiations | 0.20 | 109.00 |
| 06/04/26 | JCH | Review correspondence from committee counsel and conference with S. Ravin re: same | 0.20 | 186.00 |
| 06/04/26 | JCH | Review correspondence from committee counsel re: Stalking Horse APA open points | 0.30 | 279.00 |
| 06/04/26 | SBR | Email with committee counsel re status of sale; due diligence | 0.10 | 93.00 |
| 06/04/26 | SBR | Telephone call with client and counsel re cure issues, contracts and other sale matters | 0.40 | 372.00 |
| 06/05/26 | JCH | Correspondence and conference with S. Ravin and committee counsel re: APA issues | 0.20 | 186.00 |
| 06/05/26 | JCH | Review an analysis of due diligence items requested by potential bidder | 0.30 | 279.00 |
| 06/05/26 | JCH | Prepare for conference with committee advisors and client re: APA issues and APA waterfall | 0.30 | 279.00 |
| 06/05/26 | JCH | Conference with committee advisors and client re: APAN issues and waterfall | 1.30 | 1,209.00 |
| 06/05/26 | JCH | Correspondence with counsel to potential Stalking Horse bidder | 0.20 | 186.00 |
| 06/05/26 | JCH | Review correspondence from committee counsel and correspondence from potential bidder re: due diligence issues | 0.30 | 279.00 |
| 06/05/26 | JCH | Correspondence and conference with S. Ravin re: due diligence open items, response to same and re: APA response | 0.20 | 186.00 |

396080      P. Judge and Sons, Inc.                                    Invoice        4526698

Page: 4

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/05/26 | JCH | Correspondence with committee counsel re: due diligence items for interested bidder, data room. and process for same | 0.20 | 186.00 |
| 06/05/26 | JCH | Correspondence with S. Ravin re: due diligence protocol | 0.10 | 93.00 |
| 06/05/26 | SBR | Telephone call from client re inclusion call | 0.10 | 93.00 |
| 06/05/26 | SBR | Telephone call with counsel and client | 1.20 | 1,116.00 |
| 06/05/26 | SBR | Telephone call with client | 0.10 | 93.00 |
| 06/05/26 | SBR | Telephone call to employment counsel re status of contracts | 0.10 | 93.00 |
| 06/05/26 | TNF | Analysis of J. Mairo and J. Compitello correspondence re leases and cures | 0.10 | 54.50 |
| 06/05/26 | TNF | Call with J. Mairo, JH, J. Compitello, SR re: cure amounts, waterfall, sale negotiations | 1.00 | 545.00 |
| 06/05/26 | TNF | Call with SR, M. Wynne Jr., B. Judge re: sale updates | 0.40 | 218.00 |
| 06/05/26 | MH | Participate in team call re: case next steps | 0.30 | 114.00 |
| 06/05/26 | MK | Call with Judge team, Mazars, Saul Ewing, and Cambridge teams to discuss sale of Debtors' assets | 0.40 | 202.00 |
| 06/08/26 | JCH | Conference with S. Ravin re: due diligence process and status of updated information for potential bidder | 0.20 | 186.00 |
| 06/08/26 | JCH | Review correspondence with committee counsel re: APA issues update and follow up re: same | 0.20 | 186.00 |
| 06/08/26 | JCH | Review correspondence from counsel to potential Stalking Horse bidder re: due diligence request update and review same with S. Ravin | 0.20 | 186.00 |
| 06/08/26 | JCH | Telephone call to N. Jalowski re: sale process issues | 0.20 | 186.00 |
| 06/08/26 | SBR | Telephone call with client and counsel re sale | 0.20 | 186.00 |
| 06/08/26 | SBR | Emil with committee counsel re due diligence | 0.10 | 93.00 |
| 06/08/26 | SBR | Telephone call with Union counsel re contracting issues | 0.10 | 93.00 |
| 06/09/26 | JCH | Correspondence with J. Mairo, committee counsel, re: APA issues | 0.20 | 186.00 |
| 06/09/26 | JCH | Review and analysis of updated detailed cure analysis and proposed transaction waterfall analysis | 0.20 | 186.00 |
| 06/09/26 | JCH | Conference and correspondence with S. Ravin re: discussion points for call with buyer's counsel | 0.20 | 186.00 |
| 06/09/26 | JCH | Conference with client team and representatives of and counsel for potential bidders re: deal terms | 0.50 | 465.00 |

396080      P. Judge and Sons, Inc.                                                    Invoice        4526698

Page: 5

07/30/26

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/09/26 | JCH | Conference with J. Computela of Cambridge re: alternative bidder proposal | 0.20 | 186.00 |
| 06/09/26 | JCH | Conference with T. Falk re: deal terms proposed by alternative bidders and next steps re: same | 0.20 | 186.00 |
| 06/09/26 | JCH | Review due diligence comment received from S. Cordero of Forvis | 0.10 | 93.00 |
| 06/09/26 | JCH | Review correspondence from counsel to potential bidder re: executory contract and cure analysis and review open document requests for same | 0.20 | 186.00 |
| 06/09/26 | JCH | Conference with committee counsel re: update from conference with buyer's counsel re: APA terms | 0.30 | 279.00 |
| 06/09/26 | JCH | Review and analysis of sale proposals waterfall comparison analysis | 0.20 | 186.00 |
| 06/09/26 | SBR | Telephone call with D. Patel re employment | 0.10 | 93.00 |
| 06/09/26 | SBR | Telephone call with reps of East Coast re sale matters | 0.60 | 558.00 |
| 06/09/26 | SBR | Email with parties re updated core schedule | 0.10 | 93.00 |
| 06/09/26 | SBR | Telephone call with counsel for Creditors Committee re sale matters | 0.20 | 186.00 |
| 06/09/26 | SBR | Telephone call with N. Jalowski re sale matters | 0.10 | 93.00 |
| 06/09/26 | SBR | Email with parties re production of due dilegence | 0.20 | 186.00 |
| 06/09/26 | TNF | Call with purchaser counsel re sale negotiations | 0.60 | 327.00 |
| 06/09/26 | TNF | Call with SR, JH re interested party APA | 0.10 | 54.50 |
| 06/09/26 | TNF | Call with M. Wynne re: interested party APA | 0.20 | 109.00 |
| 06/09/26 | TNF | Correspondence with purchaser counsel re sale interest | 0.20 | 109.00 |
| 06/09/26 | MK | Review correspondence re sale of assets | 0.10 | 50.50 |
| 06/10/26 | JCH | Revie and compare purchase proposals | 0.30 | 279.00 |
| 06/10/26 | JCH | Conference with J. Campatello re: purchase agreement issues for two potential purchasers and review same | 0.30 | 279.00 |
| 06/10/26 | JCH | Review correspondence with potential interested party re: NDA and review background information re: potential bdder | 0.20 | 186.00 |
| 06/10/26 | TNF | Analysis of financial waterfall re: interested purchaser potential offer | 0.20 | 109.00 |
| 06/10/26 | TNF | Call with JH re: interested purchaser outreach | 0.10 | 54.50 |
| 06/10/26 | TNF | Prepare NDA and correspondence with interested party | 0.20 | 109.00 |

396080     P. Judge and Sons, Inc.                                          Invoice          4526698

Page: 6

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/10/26 | TNF | Meeting with SR, JH, J. Compitello re: cure schedule | 0.20 | 109.00 |
| 06/11/26 | JCH | Review and analysis of updated cure analysis and capitalized agreements | 0.30 | 279.00 |
| 06/11/26 | JCH | Review and analysis of correspondence and supporting analysis re: counter-proposal by potential Stalking Horse bidder | 0.30 | 279.00 |
| 06/11/26 | JCH | Conference with candidate to serve as sale process independent director | 0.10 | 93.00 |
| 06/11/26 | TNF | Analysis of revised curr schedule | 0.10 | 54.50 |
| 06/11/26 | TNF | Meeting with J. Compitello re: cure schedule | 0.10 | 54.50 |
| 06/11/26 | TNF | Correspondence with interested parties re data room access | 0.10 | 54.50 |
| 06/12/26 | JCH | Conference with S. Ravin re: revised purchase proposal review | 0.20 | 186.00 |
| 06/12/26 | JCH | Further review and analysis of potential Stalking Horse bidder revised offer | 0.20 | 186.00 |
| 06/12/26 | JCH | Review correspondence with J. Compitello re: analysis of potential bidder revised proposa | 0.20 | 186.00 |
| 06/12/26 | JCH | Correspondence with committee counsel re: bidder proposal update and alternative bidder status | 0.20 | 186.00 |
| 06/12/26 | JCH | Review correspondence from J. Compitello re: sale waterfall analysis inquiry response | 0.10 | 93.00 |
| 06/12/26 | JCH | Correspondence with committee counsel and case team re: sale process issues update | 0.20 | 186.00 |
| 06/12/26 | JCH | Review and analysis of sale process status and analysis of company expressions of interest | 0.30 | 279.00 |
| 06/12/26 | SBR | Telephone call with client and counsel re ECW offer | 0.40 | 372.00 |
| 06/12/26 | SBR | Email with committee counsel re ECW offer | 0.20 | 186.00 |
| 06/12/26 | SBR | Telephone call to employment counsel | 0.20 | 186.00 |
| 06/12/26 | TNF | Analysis of purchaser negotiations | 0.20 | 109.00 |
| 06/12/26 | TNF | Analysis of J. Mairo, S. Ravin correspondence re: sale-excluded assets | 0.10 | 54.50 |
| 06/12/26 | TNF | Meeting with SR, P. Wynne, J. Compitello re: sale process | 0.30 | 163.50 |
| 06/12/26 | TNF | Analysis of interested party correspondence re offer | 0.10 | 54.50 |
| 06/12/26 | MH | Conference with case professionals and client re: case strategy and potential sale transaction | 0.30 | 114.00 |

396080      P. Judge and Sons, Inc.                                                              Invoice        4526698

Page: 7

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/13/26 | JCH | Review and analysis of updated waterfall scenarios for potential sale and note comments to same | 0.20 | 186.00 |
| 06/13/26 | JCH | Prepare for call with client and committee counsel re: sale process issues | 0.20 | 186.00 |
| 06/13/26 | JCH | Conference with client and committee counsel re: sale process update and status | 0.70 | 651.00 |
| 06/13/26 | JCH | Review and analysis of correspondence from potential additional bidders and follow up with client team re: same | 0.20 | 186.00 |
| 06/13/26 | JCH | Review correspondence from committee counsel re: independent party for sale process | 0.10 | 93.00 |
| 06/13/26 | JCH | Review and analysis of updated sale waterfall analysis scenarios received from client | 0.10 | 93.00 |
| 06/13/26 | JCH | Review of DIP order | 0.20 | 186.00 |
| 06/13/26 | SBR | Telephone call with counsel for debtor committee and client re sale matters | 0.80 | 744.00 |
| 06/13/26 | TNF | Call with SR, JH, JC, JM re: sale negotiations | 0.60 | 327.00 |
| 06/13/26 | TNF | Analysis of SBA loan issues re sale structure | 0.30 | 163.50 |
| 06/14/26 | JCH | Review and analysis of UCC search results, lien priority review and analysis of SBA loan documents and correspondence with case team re: same | 0.60 | 558.00 |
| 06/14/26 | JCH | Review and analysis of schedules and SOFAs filed by debtors | 0.30 | 279.00 |
| 06/15/26 | JCH | Correspondence and conference with S. Ravin re: lender lien analysis pending APA approval and analysis of same | 0.30 | 279.00 |
| 06/15/26 | JCH | Further review and analysis of lien review | 0.40 | 372.00 |
| 06/15/26 | JCH | Conference with T. Falk re: analysis of lien priority issue and re: APA implications from same | 0.40 | 372.00 |
| 06/15/26 | SBR | Telephone call with counsel re sale issues | 0.20 | 186.00 |
| 06/15/26 | SBR | Receipt of summary of client's meeting/Elite | 0.10 | 93.00 |
| 06/15/26 | SBR | Email with client re due diligence requests | 0.10 | 93.00 |
| 06/15/26 | TNF | Call with JH re: asset sale structure | 0.50 | 272.50 |
| 06/15/26 | TNF | Analysis of value allocations between debtors | 0.50 | 272.50 |
| 06/15/26 | TNF | Correspondence with S. Cordero re: debtor org chart | 0.10 | 54.50 |
| 06/15/26 | TNF | Analysis of J. Compitello correspondence re: interested party negotiations | 0.10 | 54.50 |

396080      P. Judge and Sons, Inc.                                                    Invoice        4526698

Page: 8

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/15/26 | TNF | Analysis of company ownerships structures and entity-by-entity assets re: value allocation | 0.20 | 109.00 |
| 06/15/26 | TNF | Call with JH re: sale data | 0.10 | 54.50 |
| 06/16/26 | JCH | Conference with S. Ravin re: APA issues and lien priority issues | 0.20 | 186.00 |
| 06/16/26 | JCH | Review and analysis of company APA proposal and develop response to of same | 0.30 | 279.00 |
| 06/16/26 | JCH | Correspondence with client team re: lien analysis | 0.10 | 93.00 |
| 06/16/26 | JCH | Correspondence and conference with committee counsel re: sale process issues and APA status | 0.50 | 465.00 |
| 06/16/26 | JCH | Conference with B. Henrich re: sale process issues re: sale adversary case | 0.30 | 279.00 |
| 06/16/26 | SBR | Telephone call with committee counsel re offers | 0.10 | 93.00 |
| 06/16/26 | SBR | Telephone call (2x) with client and counsel re sale matters | 0.40 | 372.00 |
| 06/16/26 | SBR | Telephone call to client re various sale issues | 0.10 | 93.00 |
| 06/16/26 | SBR | Telephone call with counsel re sale matters | 0.20 | 186.00 |
| 06/16/26 | SBR | Telephone call with counsel for Committee re sale issues | 0.50 | 465.00 |
| 06/16/26 | SBR | Telephone call with counsel for Elite re sale | 0.30 | 279.00 |
| 06/16/26 | TNF | Meeting with MH, MK re: sale negotiations | 0.60 | 327.00 |
| 06/16/26 | TNF | Correspondence with JH re sale negotiations | 0.10 | 54.50 |
| 06/16/26 | TNF | Correspondence with potential purchaser re: deal negotiations | 0.10 | 54.50 |
| 06/16/26 | TNF | Call with potential purchaser counsel re: deal structure | 0.40 | 218.00 |
| 06/16/26 | TNF | Correspondence with factor, potential purchaser re: A/R treatment | 0.20 | 109.00 |
| 06/16/26 | MH | Conference with T. Falk and M. Khoudari re: potential sale transaction | 0.30 | 114.00 |
| 06/16/26 | MK | Discuss sale with T. Falk and M. Hanamirian | 0.40 | 202.00 |
| 06/17/26 | JCH | Correspondence with counsel to potential bidder and review correspondence from same re: proposal overview | 0.40 | 372.00 |
| 06/17/26 | JCH | Correspondence with S. Ravin re: independent director and scope for same | 0.20 | 186.00 |
| 06/17/26 | JCH | Correspondence with committee counsel re: sale process update | 0.10 | 93.00 |
| 06/17/26 | JCH | Review correspondence from client equity re: sale process protocol and proposed appointment of independent director | 0.20 | 186.00 |

396080        P. Judge and Sons, Inc.

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/17/26 | JCH | Review correspondence with counsel to potential bidder re: APA timing | 0.10 | 93.00 |
| 06/17/26 | JCH | Review correspondence from committee counsel re: sale proposal issues and respond to same | 0.20 | 186.00 |
| 06/17/26 | JCH | Review correspondence from committee counsel, J. Mairo, re: APA comparison | 0.10 | 93.00 |
| 06/17/26 | SBR | Review offer from Elite for asset purchase | 0.20 | 186.00 |
| 06/17/26 | SBR | Email with client re Elite offer | 0.20 | 186.00 |
| 06/17/26 | SBR | Email with counsel re sale process, retention of independent board member | 0.20 | 186.00 |
| 06/17/26 | TNF | Analysis of SR correspondence re APA negotiations | 0.10 | 54.50 |
| 06/17/26 | TNF | Analysis of SR correspondence re independent board member proposal | 0.10 | 54.50 |
| 06/17/26 | TNF | Analysis of purchaser counsel correspondence re deal points | 0.10 | 54.50 |
| 06/17/26 | TNF | Analysis of potential purchaser term sheet | 0.10 | 54.50 |
| 06/17/26 | TNF | Analysis of J Mairo correspondence re: potential offer terms | 0.10 | 54.50 |
| 06/17/26 | TNF | Analysis of potential purchaser cure schedule markup | 0.10 | 54.50 |
| 06/18/26 | JCH | Correspondence with S. Ravin re: counter proposal to asset purchase offer | 0.30 | 279.00 |
| 06/18/26 | JCH | Review correspondence with committee counsel re: counter offer to potential purchaser | 0.10 | 93.00 |
| 06/18/26 | JCH | Review correspondence from S. Cordaro of Forvis re: open due diligence inquiries | 0.10 | 93.00 |
| 06/18/26 | JCH | Correspondence with committee counsel re: committee position re: purchase proposal and follow up re: same | 0.20 | 186.00 |
| 06/18/26 | JCH | Review and analysis of updated corporate org chart for debtor entities | 0.10 | 93.00 |
| 06/18/26 | SBR | Telephone call with client re offers | 0.10 | 93.00 |
| 06/18/26 | SBR | Telephone call with counsel re offers | 0.10 | 93.00 |
| 06/18/26 | SBR | Telephone call with counsel for Elite re offer for accounts receivable | 0.20 | 186.00 |
| 06/18/26 | SBR | Email with counsel; telephone call with East Coast re offer | 0.20 | 186.00 |
| 06/18/26 | SBR | Telephone call with committee counsel re offer | 0.20 | 186.00 |
| 06/18/26 | TNF | Call with S. Ravin re: sale negotiations | 0.20 | 109.00 |

396080     P. Judge and Sons, Inc.                                                    Invoice      4526698

Page: 10

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/18/26 | TNF | Analysis of MH correspondence re leases | 0.10 | 54.50 |
| 06/18/26 | TNF | Analysis of SR, J. Mairo, potential purchaser correspondence re sale negotiations | 0.20 | 109.00 |
| 06/19/26 | JCH | Review and analysis of APA draft received from potential bidder | 0.40 | 372.00 |
| 06/19/26 | JCH | Correspondence with case team re: APA review comments and follow up points | 0.20 | 186.00 |
| 06/19/26 | JCH | Correspondence with S. Ravin re: analysis of draft APA | 0.20 | 186.00 |
| 06/19/26 | SBR | Telephone call with client re Elite offer | 0.20 | 186.00 |
| 06/19/26 | SBR | Review APA submitted by Elite | 0.30 | 279.00 |
| 06/22/26 | JCH | Conference with S. Ravin and committee counsel re: APA issues | 0.50 | 465.00 |
| 06/22/26 | JCH | Conference with S. Ravin re: response to potential purchaser proposal | 0.20 | 186.00 |
| 06/22/26 | JCH | Review and analysis of mark up of proposed APA and note revisions for same | 0.40 | 372.00 |
| 06/22/26 | JCH | Review and analysis of updated waterfall for proposed sale and correspondence with case team re: follow up questions and issues | 0.40 | 372.00 |
| 06/22/26 | JCH | Review and analysis of correspondence from client re: overview of alternative sale proposal | 0.20 | 186.00 |
| 06/22/26 | JCH | Review and analysis of APA mark up re: further revisions required | 0.30 | 279.00 |
| 06/22/26 | SBR | Telephone call with counsel re East Coast offer | 0.40 | 372.00 |
| 06/22/26 | SBR | Telephone call with counsel for Elite re offer | 0.10 | 93.00 |
| 06/22/26 | SBR | Telephone call with client re sale issues | 0.10 | 93.00 |
| 06/22/26 | TNF | Call with business, FA, legal teams re: sale negotiations | 0.80 | 436.00 |
| 06/22/26 | TNF | Call with JH, SR, J. Mairo, C. ANton re sale negotiations | 0.60 | 327.00 |
| 06/22/26 | TNF | Call with R. Arensaft re: interested buyer negotiations | 0.70 | 381.50 |
| 06/22/26 | TNF | Prepare APA markup | 0.70 | 381.50 |
| 06/22/26 | MH | Conference with case team re: potential sale transaction | 0.80 | 304.00 |
| 06/22/26 | MK | Attend call with Saul Ewing, Cambridge, the Debtors, and Mazars re sale of assets | 0.90 | 454.50 |
| 06/23/26 | JCH | Review and analysis of mark up of APA and note comments to same | 0.60 | 558.00 |

396080     P. Judge and Sons, Inc.     Invoice     4526698

Page: 11

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/23/26 | JCH | Review correspondence from committee counsel re: APA comments | 0.10 | 93.00 |
| 06/23/26 | JCH | Review and analysis of committee counsel comments to APA draft and review updated draft re: same | 0.40 | 372.00 |
| 06/23/26 | JCH | Review and analysis of updated APA waterfall draft and provide comments to same | 0.30 | 279.00 |
| 06/23/26 | JCH | Review correspondence from counsel to potential Stalking Horse bidder re: APA draft inquiry | 0.10 | 93.00 |
| 06/23/26 | SBR | Email with counsel re submission of new APA to ECW | 0.10 | 93.00 |
| 06/23/26 | SBR | Telephone call with client re new potential interested party | 0.20 | 186.00 |
| 06/23/26 | SBR | Review waterfall and email comments to client | 0.20 | 186.00 |
| 06/23/26 | TNF | Analysis of Savannah segment due diligence materials | 0.10 | 54.50 |
| 06/23/26 | TNF | Prepare revised APA | 0.30 | 163.50 |
| 06/23/26 | TNF | Correspondence with J. Mairo re: revised APA draft | 0.10 | 54.50 |
| 06/23/26 | TNF | Prepare revised APA and correspondence with purchaser counsel re same | 0.80 | 436.00 |
| 06/24/26 | SBR | Telephone call from client re Blite offer | 0.30 | 279.00 |
| 06/24/26 | SBR | Email with parties re new offer to ECW | 0.20 | 186.00 |
| 06/24/26 | TNF | Analysis of JH correspondence re: waterfall projections | 0.10 | 54.50 |
| 06/24/26 | TNF | Correspondence with purchaser counsel re: APA draft | 0.10 | 54.50 |
| 06/25/26 | SBR | Telephone call with counsel for Elite | 0.10 | 93.00 |
| 06/25/26 | SBR | Telephone call with client re Elite | 0.10 | 93.00 |
| 06/25/26 | SBR | Email with counsel re status of ECW response | 0.10 | 93.00 |
| 06/25/26 | SBR | Telephone call with counsel re ECW response | 0.10 | 93.00 |
| 06/25/26 | SBR | Email with client re Elite offer | 0.10 | 93.00 |
| 06/26/26 | JCH | Review correspondence from counsel to potential bidder re: response to APA draft | 0.20 | 186.00 |
| 06/26/26 | JCH | Develop case strategy re: potential Stalking Horse bidder issue | 0.20 | 186.00 |
| 06/26/26 | JCH | Correspondence with committee counsel re: bidder response and next steps re: same | 0.30 | 279.00 |
| 06/26/26 | JCH | Correspondence with counsel to committee re: follow up from discussion with counsel to potential purchaser | 0.30 | 279.00 |

396080      P. Judge and Sons, Inc.    Invoice      4526698

Page: 12

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/26/26 | SBR | Telephone call with client re Elite offer re unpaid debts | 0.50 | 465.00 |
| 06/26/26 | SBR | Telephone call with counsel to committee re status of offer | 0.20 | 186.00 |
| 06/26/26 | SBR | Email with parties re ECW offer | 0.10 | 93.00 |
| 06/26/26 | TNF | Analysis of purchaser counsel correspondence re APA negotiations | 0.10 | 54.50 |
| 06/26/26 | TNF | Analysis of JH correspondence re APA negotiations | 0.10 | 54.50 |
| 06/26/26 | TNF | Analysis of J, Mairo correspondence re APA negotiations | 0.10 | 54.50 |
| 06/26/26 | TNF | Analysis of JH, J. Mairo correspondence re: APA negotiations | 0.10 | 54.50 |
| 06/26/26 | TNF | Analysis of JH and J. Mairo correspondence re sale negotiations | 0.20 | 109.00 |
| 06/29/26 | SBR | Email with counsel for committee re ECW offer | 0.20 | 186.00 |
| 06/29/26 | SBR | Email with client re sale matters | 0.10 | 93.00 |
| 06/30/26 | JCH | Review correspondence from committee counsel re: potential bidder update | 0.10 | 93.00 |
| 06/30/26 | JCH | Correspondence with committee counsel re: due diligence issues raised by potential purchaser | 0.20 | 186.00 |
| 06/30/26 | JCH | Telephone call from committee counsel re: APA due diligence inquiries | 0.20 | 186.00 |
| 06/30/26 | JCH | Review and analysis of open due diligence items | 0.40 | 372.00 |
| 06/30/26 | JCH | Review and analysis of updated APA draft and note comments to same | 0.50 | 465.00 |
| 06/30/26 | TNF | Analysis of J. Mairo correspondence re sale negotiations | 0.10 | 54.50 |
| 06/30/26 | TNF | Analysis of J. Mairo correspondence re: sale process | 0.10 | 54.50 |
| 06/30/26 | TNF | Analysis of revised draft APA and call with JH, SR re same | 0.40 | 218.00 |
| 06/30/26 | MK | Confer with T. Falk re sale of assets | 0.30 | 151.50 |

TOTAL HOURS      68.20

396080      P. Judge and Sons, Inc.                                              Invoice          4526698

07/30/26

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 17.80 | at | 545.00 | = | 9,701.00 |
| Jeffrey C. Hampton | 29.30 | at | 930.00 | = | 27,249.00 |
| Maxwell Hanamirian | 2.30 | at | 380.00 | = | 874.00 |
| Mariam Khoudari | 2.60 | at | 505.00 | = | 1,313.00 |
| Stephen B. Ravin | 16.20 | at | 930.00 | = | 15,066.00 |

CURRENT FEES      54,203.00

TOTAL AMOUNT OF THIS INVOICE      54,203.00



**SAUL EWING**
LLP

www.saul.com

| | |
|---|---|
| P. Judge and Sons, Inc. | Invoice Number 4526697 |
| Patrick Wynne | Invoice Date 07/30/26 |
| 13 Manor Road | Client Number 396080 |
| East Rutherford, NJ 07073 | Matter Number 00004 |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/15/26 | JCH | Review correspondence from S. Cordero re: org chart overview and follow up correspondence re: same | 0.20 | 186.00 |
| 06/15/26 | JCH | Review correspondence from J. Compitello re: potential bidder discussion update and follow up re: same | 0.20 | 186.00 |
| 06/15/26 | JCH | Review correspondence from counsel to landlord re: rent payment inquiry | 0.10 | 93.00 |
| 06/30/26 | JCH | Review and analysis of correspondence from M. Thaler, counsel to purchaser, re: updated APA and re: closing conditions | 0.20 | 186.00 |
| | | TOTAL HOURS | 0.70 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Jeffrey C. Hampton | 0.70 | at | 930.00 | = | 651.00 |
| | | | | CURRENT FEES | 651.00 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 651.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



www.saul.com

| P. Judge and Sons, Inc. | | Invoice Number | 4526696 |
| Patrick Wynne | | Invoice Date | 07/30/26 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00005 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/04/26 | MK | Call with M. Hanamirian re refiling exhibits | 0.10 | 50.50 |
| 06/04/26 | MK | Call with J. Gillman re COC and service (.1); correspond with him and M. Hanamirian re same (.1) | 0.20 | 101.00 |
| 06/04/26 | MK | Review and comment on notice of withdrawal of COC | 0.20 | 101.00 |
| 06/04/26 | MK | Review revised COC for filing (.1); correspond with J. Gillman re same (.1) | 0.20 | 101.00 |
| 06/08/26 | MH | Correspondence with Chambers re: June 9 hearing | 0.20 | 76.00 |
| 06/08/26 | MK | Review correspondence re Wells Fargo invoices (.1); call with M. Hanamirian re same (.1) | 0.20 | 101.00 |
| 06/09/26 | SBR | Emai with parties re changes to cure schedule | 0.20 | 186.00 |
| 06/09/26 | MH | Correspondence to case team re: June 9 hearing | 0.10 | 38.00 |
| 06/09/26 | MK | Review emails re June rent | 0.10 | 50.50 |
| 06/12/26 | MH | Conference with M. Khoudari re: case strategy | 0.10 | 38.00 |
| 06/14/26 | JCH | Develop case strategy re: sale process issues | 0.30 | 279.00 |
| 06/15/26 | SBR | Email with client re organizational chart | 0.10 | 93.00 |
| 06/16/26 | MK | Coordinate service of fee applications and motion to extend exclusivity | 0.20 | 101.00 |
| 06/17/26 | SBR | Email with client; telephone call with client re independent board member | 0.30 | 279.00 |
| 06/17/26 | MH | Update team calendar re: new objection deadlines and hearing date | 0.20 | 76.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/18/26 | SBR | Telephone call with client re appointment of independent board member | 0.10 | 93.00 |
| 06/18/26 | MH | Conference with M. Khoudari re: case next steps | 0.10 | 38.00 |
| 06/18/26 | MH | Prepare certificates of service for filing | 0.10 | 38.00 |
| 06/21/26 | MH | Update team calendar with objection deadlines | 0.10 | 38.00 |
| 06/22/26 | MK | Call with M. Hanamirian re JP Morgan stipulation | 0.10 | 50.50 |
| 06/22/26 | MK | Revise stipulation with JP Morgan (1.1); Correspond with M. Hanamirian re same (.1) | 1.20 | 606.00 |
| 06/23/26 | SBR | Telephone call with counsel re service matters | 0.10 | 93.00 |
| 06/23/26 | MK | Correspond with M. Hanamirian re JP Morgan stipulation | 0.10 | 50.50 |
| 06/23/26 | MK | Review correspondence from JP Morgan re stipulation | 0.10 | 50.50 |
| 06/30/26 | MK | Review docket for J. Compitello question | 0.10 | 50.50 |

TOTAL HOURS     4.80

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Jeffrey C. Hampton | 0.30 | at | 930.00 | = | 279.00 |
| Maxwell Hanamirian | 0.90 | at | 380.00 | = | 342.00 |
| Mariam Khoudari | 2.80 | at | 505.00 | = | 1,414.00 |
| Stephen B. Ravin | 0.80 | at | 930.00 | = | 744.00 |

CURRENT FEES     2,779.00

TOTAL AMOUNT OF THIS INVOICE     2,779.00



www.saul.com

| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4526688 |
| Patrick Wynne | Invoice Date | 07/30/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00008 |

Re:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/26 | MH | Correspondence with creditor counsel re: inquiry | 0.10 | 38.00 |
| 06/02/26 | MH | Correspondence with J. Compitello re: creditor inquiry | 0.10 | 38.00 |
| 06/04/26 | MH | Correspondence with creditor counsel and client re: inquiry | 0.10 | 38.00 |
| 06/04/26 | MH | Correspondence with J. Compitello re: creditor inquiry next steps | 0.10 | 38.00 |
| 06/06/26 | MH | Respond to creditor inquiry | 0.10 | 38.00 |
| 06/08/26 | MH | Correspondence with J. Compitello re: creditor inquiry | 0.10 | 38.00 |
| 06/08/26 | MH | Correspondence with case team re: creditor inquiry | 0.10 | 38.00 |
| 06/12/26 | MH | Correspondence with J. Compitello re: creditor inquiry | 0.10 | 38.00 |
| 06/15/26 | MH | Correspondence with J. Compitello re: creditor inquiry | 0.10 | 38.00 |
| 06/16/26 | MH | Conference with J. Compitello re: creditor inquiry | 0.10 | 38.00 |
| 06/18/26 | MH | Correspondence with J. Compitello re: creditor inquiry | 0.10 | 38.00 |
| 06/19/26 | MH | Conference with creditor counsel re: proposed stipulation | 0.30 | 114.00 |
| 06/19/26 | MH | Revise proposed stipulation | 0.30 | 114.00 |
| 06/19/26 | MH | Correspondence re: proposed stipulation | 0.20 | 76.00 |

TOTAL HOURS   1.90

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                      Invoice            4526688

Page: 2

07/30/26

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 1.90 | at | 380.00 | = | 722.00 |
| | | | | CURRENT FEES | 722.00 |
| | | | TOTAL AMOUNT OF THIS INVOICE | | 722.00 |



www.saul.com

| | |
|---|---|
| P. Judge and Sons, Inc. | Invoice Number 4526695 |
| Patrick Wynne | Invoice Date 07/30/26 |
| 13 Manor Road | Client Number 396080 |
| East Rutherford, NJ 07073 | Matter Number 00010 |

Re:   Executory Contracts & Unexpired Leases

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/26 | SBR | Email with counsel for landlord re extension motion | 0.10 | 93.00 |
| 06/01/26 | MH | Analyze docket re: 365(d)(4) motion | 0.10 | 38.00 |
| 06/01/26 | MH | Conference with M. Khoudari re: 365(d)(4) deadline | 0.10 | 38.00 |
| 06/01/26 | MH | Correspondence with case team re: 365(d)(4) objection deadline | 0.10 | 38.00 |
| 06/01/26 | MH | Correspondence with counsel re: 365(d)(4) deadline | 0.10 | 38.00 |
| 06/01/26 | MH | Draft certification of counsel re: 365(d)(4) motion | 0.30 | 114.00 |
| 06/01/26 | MH | Conference with S. Ravin re: 365(d)(4) COC | 0.10 | 38.00 |
| 06/01/26 | MH | Correspondence with counsel re: 365(d)(4) COC revisions | 0.10 | 38.00 |
| 06/01/26 | MK | Revise proposed order re extending 365(d)(4) deadline and CNO re same | 0.30 | 151.50 |
| 06/01/26 | MK | Call with M. Hanamirian to discuss motion to extend deadline to assume/reject | 0.10 | 50.50 |
| 06/01/26 | MK | Correspond with Saul Ewing team re language requested by Seagis counsel | 0.10 | 50.50 |
| 06/01/26 | MK | Revise COC and blackline re motion to further extend 365(d)(4) for informal comment | 0.20 | 101.00 |
| 06/03/26 | MH | Correspondence with J. Gilman re: filing COC | 0.30 | 114.00 |
| 06/04/26 | MH | Correspondence with J. Gillman re: COS for 365(d)(4) motion | 0.10 | 38.00 |
| 06/04/26 | MH | Analyze as-filed COC for 365(d)(4) motion | 0.10 | 38.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                               Invoice          4526695

Page: 2

07/30/26

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/04/26 | MH | Conference with M. Khoudari re: corrected COC | 0.10 | 38.00 |
| 06/04/26 | MH | Conference with J. Gillman re: 365(d)(4) COC | 0.20 | 76.00 |
| 06/04/26 | MH | Correspondence with J. Gillman re: 365(d)(4) COC | 0.10 | 38.00 |
| 06/04/26 | MH | Finalize certificate of service re: 365(d)(4) COC | 0.10 | 38.00 |
| 06/08/26 | SBR | Email with parties re resolution | 0.10 | 93.00 |
| 06/08/26 | MH | Correspondence with case team re: 365(d)(4) hearing | 0.10 | 38.00 |
| 06/09/26 | SBR | Review upload cure schedule and waterfall | 0.20 | 186.00 |
| 06/09/26 | MH | Correspondence with landlord counsel re: lease | 0.10 | 38.00 |
| 06/09/26 | MH | Conference with landlord counsel re: lease issue | 0.10 | 38.00 |
| 06/09/26 | MH | Correspondence with case team re: lease issue | 0.10 | 38.00 |
| 06/10/26 | SBR | Email with counsel re Order extending time re leases | 0.10 | 93.00 |
| 06/10/26 | MH | Correspondence with case team re: 365(d)(4) deadline | 0.10 | 38.00 |
| 06/11/26 | SBR | Email with parties re Wells Fargo | 0.10 | 93.00 |
| 06/11/26 | MH | Conference with J. Compitello re: creditor inquiry | 0.10 | 38.00 |
| 06/15/26 | SBR | Email with client re rent for Manor | 0.10 | 93.00 |
| 06/15/26 | SBR | Email with counsel for Wells Fargo re payment | 0.10 | 93.00 |
| 06/15/26 | MH | Correspondence with J. Compitello re: lease issue | 0.10 | 38.00 |
| 06/17/26 | MH | Analyze correspondence from landlord re: lease inquiry | 0.50 | 190.00 |
| 06/18/26 | JCH | Review correspondence from counsel to Lessor re: lease treatment inquiry | 0.10 | 93.00 |
| 06/18/26 | SBR | Email with client re resolution of issues | 0.10 | 93.00 |
| 06/18/26 | TNF | Analysis of lease issues and correspondence with M. Hanamirian re same | 0.10 | 54.50 |
| 06/18/26 | TNF | Correspondence with MH re lease treatment | 0.10 | 54.50 |
| 06/18/26 | MH | Correspondence with T. Falk re: lease issue | 0.10 | 38.00 |
| 06/19/26 | SBR | Email with counsel for Constellation re leases | 0.10 | 93.00 |
| 06/19/26 | MK | Review correspondences from Saul Ewing team re leases | 0.10 | 50.50 |
| 06/29/26 | SBR | Email with parties re rent payments | 0.10 | 93.00 |

396080      P. Judge and Sons, Inc.                                                                     Invoice        4526695

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|------------|-------|-------|
| | | | TOTAL HOURS    5.40 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|----|-------|
| Turner N. Falk | 0.20 | at | 545.00 | = | 109.00 |
| Jeffrey C. Hampton | 0.10 | at | 930.00 | = | 93.00 |
| Maxwell Hanamirian | 3.20 | at | 380.00 | = | 1,216.00 |
| Mariam Khoudari | 0.80 | at | 505.00 | = | 404.00 |
| Stephen B. Ravin | 1.10 | at | 930.00 | = | 1,023.00 |
| | | | CURRENT FEES | | 2,845.00 |
| | | | TOTAL AMOUNT OF THIS INVOICE | | 2,845.00 |



www.saul.com

P. Judge and Sons, Inc.
Patrick Wynne
13 Manor Road
East Rutherford, NJ 07073

| | |
|---|---|
| Invoice Number | 4526694 |
| Invoice Date | 07/30/26 |
| Client Number | 396080 |
| Matter Number | 00011 |

Re:   Fee/Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/26 | MK | Draft Saul Ewing Second Interim Fee Application | 2.80 | 1,414.00 |
| 06/04/26 | SBR | Initial preparation of May billing statement | 0.10 | 93.00 |
| 06/08/26 | MK | Correspond with S. Cordero re May invoices (.1); correspond with N. Gonzalez re same (.1) | 0.20 | 101.00 |
| 06/09/26 | SBR | Review application for compensation and telephone call with counsel | 0.20 | 186.00 |
| 06/09/26 | MK | Revise Saul Ewing second interim fee application | 0.90 | 454.50 |
| 06/09/26 | MK | Call with S. Ravin re Saul Ewing second fee application (.1); revise second fee application with S. Ravin comments (.1) | 0.20 | 101.00 |
| 06/09/26 | MK | Draft Saul Ewing seventh fee statement | 1.90 | 959.50 |
| 06/15/26 | MK | Correspond with N. Dixon re LEDES files | 0.10 | 50.50 |
| 06/15/26 | MK | Revise Saul Ewing second interim fee application | 0.40 | 202.00 |
| 06/16/26 | MK | Coordinate filing second interim fee applications | 0.20 | 101.00 |
| 06/18/26 | MH | Draft 6th monthly fee application CNO re: Saul Ewing fee application | 0.20 | 76.00 |
| 06/18/26 | MK | Draft amended notices of second interim fee applications | 0.30 | 151.50 |
| 06/22/26 | MK | Correspond with UST re LEDES files for second interim fee application | 0.10 | 50.50 |
| 06/23/26 | MK | Correspond with Saul Ewing team re SE seventh fee statement | 0.10 | 50.50 |
| 06/23/26 | MK | Revise SE seventh fee statement | 0.20 | 101.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                                            Invoice          4526694

Page: 2

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/30/26 | MH | Revise Saul Ewing 7th monthly fee application | 0.20 | 76.00 |
| 06/30/26 | MH | Correspondence with M. Khoudari re: SE 7th fee application | 0.10 | 38.00 |
| 06/30/26 | MK | Revise Saul Ewing Seventh monthly fee statement | 0.10 | 50.50 |
| 06/30/26 | MK | Draft memorandum summary of all fees and expenses payable to date for J. Compitello | 0.80 | 404.00 |
| 06/30/26 | MK | Confer with M. Hanamirian re second interim payments | 0.10 | 50.50 |
| | | TOTAL HOURS | 9.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Maxwell Hanamirian | 0.50 | at | 380.00 | = | 190.00 |
| Mariam Khoudari | 8.40 | at | 505.00 | = | 4,242.00 |
| Stephen B. Ravin | 0.30 | at | 930.00 | = | 279.00 |
| | | | | CURRENT FEES | 4,711.00 |

TOTAL AMOUNT OF THIS INVOICE          4,711.00



www.saul.com

| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4526693 |
| Patrick Wynne | Invoice Date | 07/30/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00012 |

Re:   Fee/Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/02/26 | SBR | Review billing statement of Gibbons | 0.20 | 186.00 |
| 06/02/26 | MH | Prepare Scopelitis 6th monthly fee application | 0.10 | 38.00 |
| 06/03/26 | SBR | Review Cambridge invoice for May, 2026 | 0.10 | 93.00 |
| 06/03/26 | MH | Correspondence with M. Khoudari re: second interim fee application | 0.10 | 38.00 |
| 06/03/26 | MK | Draft Cambridge second interim fee application | 1.60 | 808.00 |
| 06/04/26 | MK | Draft Mazars second interim fee application | 2.40 | 1,212.00 |
| 06/08/26 | MH | Correspondence with M. Khoudari re: professional fee applications | 0.10 | 38.00 |
| 06/09/26 | MH | Revise second interim fee application | 0.10 | 38.00 |
| 06/09/26 | MK | Revise Mazars second fee application | 0.80 | 404.00 |
| 06/09/26 | MK | Revise Cambridge second interim fee application | 0.70 | 353.50 |
| 06/09/26 | MK | Revise Mazars second interim fee application with E. Unkles comments | 0.50 | 252.50 |
| 06/10/26 | SBR | Email with Cambridge re application for compensation | 0.10 | 93.00 |
| 06/15/26 | SBR | Review of application for compensation of real estate counsel | 0.10 | 93.00 |
| 06/15/26 | MH | Revise Scopelitis second interim fee application | 0.30 | 114.00 |
| 06/15/26 | MH | Correspondence with C. Wilkes re: second interim fee application | 0.10 | 38.00 |
| 06/15/26 | MH | Draft second interim fee application re: Murphy | 0.60 | 228.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA DELAWARE FLORIDA ILLINOIS MARYLAND MASSACHUSETTS MINNESOTA NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                      Invoice      4526693

Page: 2

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/15/26 | MH | Modify Scopelitis second interim fee application | 0.10 | 38.00 |
| 06/15/26 | MH | Conference with M. Khoudari re: second interim fee applications | 0.10 | 38.00 |
| 06/15/26 | MH | Correspondence with M. Khoudari re: second interim fee applications | 0.10 | 38.00 |
| 06/15/26 | MH | Correspondence with M. Khoudari re: second interim fee application for Scopelitis | 0.10 | 38.00 |
| 06/15/26 | MH | Correspondence with D. Vogel re: second interim fee application | 0.10 | 38.00 |
| 06/15/26 | MH | Revise Murphy second interim fee application | 0.10 | 38.00 |
| 06/15/26 | MK | Call with M. Hanamirian re second interim fee applications | 0.10 | 50.50 |
| 06/15/26 | MK | Call with E. Unkles re Mazars second fee application | 0.10 | 50.50 |
| 06/15/26 | MK | Revise Scopelitis second interim fee application (.3); correspond with M. Hanamirian re same (.1) | 0.40 | 202.00 |
| 06/15/26 | MK | Revise Saul Ewing second interim fee application | 0.30 | 151.50 |
| 06/15/26 | MK | Review and compare Mazars comments to second monthly fee application | 0.30 | 151.50 |
| 06/16/26 | SBR | Review applications for compensation | 0.20 | 186.00 |
| 06/16/26 | MH | Correspondence with C. Wilkes re: second interim fee application | 0.10 | 38.00 |
| 06/16/26 | MH | Prepare Scopelitis second interim fee application for filing | 0.10 | 38.00 |
| 06/16/26 | MH | Correspondence with J. Gillman re: filing second interim fee applications | 0.10 | 38.00 |
| 06/16/26 | MH | Revise Murphy second interim fee application | 0.10 | 38.00 |
| 06/16/26 | MH | Correspondence with C. Wilkes re: second interim fee application | 0.10 | 38.00 |
| 06/16/26 | MK | Revise Mazars second interim fee application | 0.30 | 151.50 |
| 06/16/26 | MK | Revise Murphy second interim fee application | 0.30 | 151.50 |
| 06/16/26 | MK | Review mailing list for service of applications | 0.10 | 50.50 |
| 06/16/26 | MK | Review COS for service of applications | 0.10 | 50.50 |
| 06/16/26 | MK | Confer with M. Hanamirian re Murphy second interim fee application | 0.10 | 50.50 |
| 06/17/26 | MH | Correspondence with C. Wilkes re: second interim fee application | 0.10 | 38.00 |
| 06/17/26 | MH | Correspondence with M. Khoudari re: second interim fee applications | 0.20 | 76.00 |

396080     P. Judge and Sons, Inc.                                                     Invoice          4526693

Page: 3

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/18/26 | MH | Revise second interim fee application for Murphy | 0.10 | 38.00 |
| 06/18/26 | MH | Draft amended notice re: Scopelitis fee application | 0.20 | 76.00 |
| 06/18/26 | MH | Draft Cambridge 6th fee application CNO | 0.20 | 76.00 |
| 06/18/26 | MH | Draft Murphy CNO 6th fee application | 0.20 | 76.00 |
| 06/18/26 | MH | Draft Mazars 6th monthly fee application CNO | 0.20 | 76.00 |
| 06/18/26 | MH | Draft Scopelitis 6th monthly fee application CNO | 0.10 | 38.00 |
| 06/18/26 | MH | Correspondence with M. Khoudari re: 6th monthly fee application CNOs | 0.10 | 38.00 |
| 06/18/26 | MK | Revise amended notice of second interim fee application for Scopelitis | 0.10 | 50.50 |
| 06/18/26 | MK | Revise CNOs for sixth fee statements | 0.20 | 101.00 |
| 06/22/26 | MH | Correspondence with S. Ravin re: second interim fee applications | 0.10 | 38.00 |
| 06/23/26 | MH | Correspondence with UST re: second interim fee applications | 0.10 | 38.00 |
| 06/23/26 | MK | Draft Cambridge seventh monthly fee statement | 1.20 | 606.00 |
| 06/23/26 | MK | Draft Mazars seventh fee statement | 1.80 | 909.00 |
| 06/24/26 | MK | Call with E. Unkles to discuss Mazars fee statement | 0.10 | 50.50 |
| 06/25/26 | MH | Correspondence with M. Khoudari re: 7th monthly fee applications | 0.10 | 38.00 |
| 06/29/26 | MK | Revise Mazars seventh fee statement with numerous comments from Mazars | 0.50 | 252.50 |
| 06/30/26 | MH | Prepare CNOs for 6th monthly fee applications | 0.20 | 76.00 |
| 06/30/26 | MH | Draft 7th monthly fee application re: Scopelitis | 0.20 | 76.00 |
| 06/30/26 | MH | Correspondence with C. Wilkes re: 7th monthly fee application | 0.10 | 38.00 |
| 06/30/26 | MH | Draft Murphy seventh monthly fee application | 0.40 | 152.00 |
| 06/30/26 | MH | Correspondence with case professionals re: 7th monthly fee applications | 0.10 | 38.00 |
| 06/30/26 | MH | Conference with M. Khoudari re: second interim fee application | 0.10 | 38.00 |
| 06/30/26 | MK | Revise Scopelitis Seventh monthly fee statement | 0.10 | 50.50 |
| 06/30/26 | MK | Revise Murphy Seventh monthly fee statement | 0.10 | 50.50 |
| 06/30/26 | MK | Revise Cambridge Seventh monthly fee statement | 0.10 | 50.50 |

396080     P. Judge and Sons, Inc.                                                        Invoice          4526693

Page: 4

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/30/26 | MK | Revise Mazars Seventh monthly fee statement | 0.10 | 50.50 |
| 06/30/26 | MK | Correspond with M. Hanamirian re fee statements | 0.10 | 50.50 |
| 06/30/26 | MK | Correspond with J. Compitello re fee statement and interim fee application | 0.10 | 50.50 |
| | | TOTAL HOURS | 18.60 | |

## TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|----|-------|
| Maxwell Hanamirian | 5.30 | at | 380.00 | = | 2,014.00 |
| Mariam Khoudari | 12.60 | at | 505.00 | = | 6,363.00 |
| Stephen B. Ravin | 0.70 | at | 930.00 | = | 651.00 |
| | | | | CURRENT FEES | 9,028.00 |

TOTAL AMOUNT OF THIS INVOICE          9,028.00



www.saul.com

| | |
|---|---|
| P. Judge and Sons, Inc. | Invoice Number 4526692 |
| Patrick Wynne | Invoice Date 07/30/26 |
| 13 Manor Road | Client Number 396080 |
| East Rutherford, NJ 07073 | Matter Number 00013 |

Re:   Financing and Cash Collateral

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/02/26 | SBR | Telephone call to N. Jalowski re SBA form | 0.10 | 93.00 |
| 06/02/26 | SBR | Review SBA form | 0.10 | 93.00 |
| 06/24/26 | SBR | Telephone call from N. Jalowski re SBA issues | 0.10 | 93.00 |
| | | TOTAL HOURS | 0.30 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Stephen B. Ravin | 0.30 | at | 930.00 | = | 279.00 |
| | | | | CURRENT FEES | 279.00 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 279.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



www.saul.com

| P. Judge and Sons, Inc. | | Invoice Number | 4526691 |
| Patrick Wynne | | Invoice Date | 07/30/26 |
| 13 Manor Road | | Client Number | 396080 |
| East Rutherford, NJ 07073 | | Matter Number | 00016 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/01/26 | MH | Correspondence with case team re: exclusivity motion | 0.10 | 38.00 |
| 06/01/26 | MH | Correspondence with T. Falk re: exclusivity motion | 0.10 | 38.00 |
| 06/15/26 | SBR | Email with parties re exclusivity motion | 0.10 | 93.00 |
| 06/15/26 | MH | Revise exclusivity motion | 0.20 | 76.00 |
| 06/16/26 | MH | Correspondence with client re: exclusivity motion | 0.10 | 38.00 |
| 06/16/26 | MH | Conference with client re: exclusivity motion | 0.10 | 38.00 |
| 06/16/26 | MH | Prepare exclusivity motion for filing | 0.20 | 76.00 |
| 06/16/26 | MK | Review COS for service of motion to further extend exclusivity | 0.10 | 50.50 |
| 06/16/26 | MK | Discuss disclosure statement with T. Falk | 0.40 | 202.00 |
| 06/25/26 | JCH | Review correspondence from committee counsel re: exclusivity motion and develop a response to same | 0.20 | 186.00 |
| 06/25/26 | TNF | Call with MH re plan exclusivity | 0.10 | 54.50 |
| 06/25/26 | MH | Conference with T. Falk re: exclusivity motion | 0.20 | 76.00 |
| 06/25/26 | MH | Correspondence with S. Ravin re: adjourning hearing on exclusivity motion | 0.20 | 76.00 |
| 06/26/26 | SBR | Telephone call with counsel re adjournment | 0.10 | 93.00 |
| 06/26/26 | MH | Conference with S. Ravin re: exclusivity motion | 0.10 | 38.00 |
| 06/26/26 | MH | Correspondence with Chambers re: adjournment of exclusivity motion | 0.10 | 38.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.

07/30/26

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|

|  |  | TOTAL HOURS | 2.40 |  |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|-------|---|-------|
| Turner N. Falk | 0.10 | at | 545.00 | = | 54.50 |
| Jeffrey C. Hampton | 0.20 | at | 930.00 | = | 186.00 |
| Maxwell Hanamirian | 1.40 | at | 380.00 | = | 532.00 |
| Mariam Khoudari | 0.50 | at | 505.00 | = | 252.50 |
| Stephen B. Ravin | 0.20 | at | 930.00 | = | 186.00 |

|  |  | CURRENT FEES | 1,211.00 |
|--|--|--------------|----------|
|  |  | TOTAL AMOUNT OF THIS INVOICE | 1,211.00 |



www.saul.com

| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4526690 |
| Patrick Wynne | Invoice Date | 07/30/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00018 |

Re:   Relief from Stay and Adequate Protection

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/05/26 | SBR | Email with counsel re relief from stay | 0.10 | 93.00 |
| 06/22/26 | MH | Conference with M. Khoudari re: proposed stipulation for relief from stay | 0.10 | 38.00 |
| 06/22/26 | MH | Revise stipulation re: proposed stay relief | 0.50 | 190.00 |
| 06/23/26 | MH | Correspondence with counsel re: stay stipulation | 0.10 | 38.00 |
| 06/26/26 | MH | Correspondence with counsel re: proposed stipulation for stay | 0.30 | 114.00 |
| | | **TOTAL HOURS** | **1.10** | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Maxwell Hanamirian | 1.00 | at | 380.00 | = | 380.00 |
| Stephen B. Ravin | 0.10 | at | 930.00 | = | 93.00 |
| | | | | CURRENT FEES | 473.00 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 473.00 |

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



www.saul.com

| | | |
|---|---|---|
| P. Judge and Sons, Inc. | Invoice Number | 4526689 |
| Patrick Wynne | Invoice Date | 07/30/26 |
| 13 Manor Road | Client Number | 396080 |
| East Rutherford, NJ 07073 | Matter Number | 00020 |

Re:   UST Reports & Meetings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/26 | SBR | Email with parties re UST quarterly fees | 0.10 | 93.00 |
| 06/03/26 | MK | Confer with T. Falk re UST quarterly fees | 0.20 | 101.00 |
| 06/03/26 | MK | Review UST fees guidelines to advise J. Compitello re same | 0.40 | 202.00 |
| 06/05/26 | MH | Conference with M. Khoudari re: MORs | 0.10 | 38.00 |
| 06/05/26 | MK | Draft April MORs | 1.40 | 707.00 |
| 06/07/26 | MH | Revise MORs | 0.50 | 190.00 |
| 06/07/26 | MK | Correspond with M. Hanamirian re MORs | 0.10 | 50.50 |
| 06/08/26 | SBR | Email with client re filing of April MORs | 0.10 | 93.00 |
| 06/08/26 | SBR | Review April MOR | 0.30 | 279.00 |
| 06/08/26 | MK | Correspond with P. Wynne re MORs | 0.10 | 50.50 |
| 06/08/26 | MK | Call P. Wynne re April MORs | 0.10 | 50.50 |
| 06/12/26 | MH | Correspondence with UST re: quarterly invoices | 0.10 | 38.00 |
| 06/15/26 | MK | Correspond with J. Gillman re as-filed MORs | 0.10 | 50.50 |
| 06/15/26 | MK | Correspond with Mazars re filed MORs | 0.10 | 50.50 |
| 06/30/26 | MH | Correspondence with UST re: quarterly invoices | 0.10 | 38.00 |

TOTAL HOURS   3.80

One Riverfront Plaza, 1037 Raymond Blvd, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973)286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

396080      P. Judge and Sons, Inc.                                         Invoice          4526689

Page: 2

07/30/26

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Maxwell Hanamirian | 0.80 | at | 380.00 | = | 304.00 |
| Mariam Khoudari | 2.50 | at | 505.00 | = | 1,262.50 |
| Stephen B. Ravin | 0.50 | at | 930.00 | = | 465.00 |

CURRENT FEES           2,031.50

TOTAL AMOUNT OF THIS INVOICE           2,031.50