## EXHIBIT C

**Detail Time Entries by Category**

58279323.1



## Cambridge
### Financial Services

June 30, 2026

The Judge Organization DIP

13 Manor Road
East Rutherford, NJ 07073

Invoice #   23689

FOR CONSULTING SERVICES DURING THE PERIOD:   6/1/2026  TO   6/30/2026

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Up date Month end Cash Flow Forecast Zoom Call w/ Saul Ewing East Coast Due Diligence Requests Zoom Call w/ ECW Net working Capital Adjustment Water fall calculations Review Cure Obligations | 1.50 400.00/hr | 600.00 |
| | JC | UCC Credit Committee- May  Cash Flow variance report | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- Vendor Payments May 1-31 | 1.30 400.00/hr | 520.00 |
| 6/2/2026 | NBJ | BUSINESS OPERATIONS: conference w/attorneys on sale of business/ review correspondences on same/ review correspondences on cash flow/ review SBA letter/ edit same | 1.70 500.00/hr | 850.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Cure Schedule w/ Mazars Pre-Petition AP Report East Coast Documentation re: direct Payments Odyssey; Monthly rental Payments First Business Purchases week ending 5/31 List Of Lease/Rentals/Contracts Actual 5/30  vs Forecast Seagis; mgmt fees 2025- Pre Petition | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Cash Flow Month  Variance report-May | 1.10 400.00/hr | 440.00 |
| | JC | UST Reports Meetings- Vendor Payments May 1-31 Professional 5th Fee Payment | 2.30 400.00/hr | 920.00 |
| 6/3/2026 | NBJ | UCC : prep for call w/committee/ conference w/committee on status of sale | 1.20 500.00/hr | 600.00 |
| | JC | Business Operations- Cash Flow Forecast  thru 3/31 First Business purchases/East Coast re: Funds Employed Cash Fow week ending 5/31 Detail Payroll/ Vendor Payments Reserve releases: Month May | 3.20 400.00/hr | 1,280.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments May Vendor Payments May 1-31 | 0.70 400.00/hr | 280.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report month : May | 1.30 400.00/hr | 520.00 |
| 6/4/2026 | NBJ | BUSINESS OPERATIONS: financial analysis of cure line items/ conference w/accountant on same | 1.00 500.00/hr | 500.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Review Consolidated Forecast -07.04Review Data requests -update Review Cure Schedule-revise Reconcile AP Pre-Petition | 2.30 400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-May MonthCure data finalized | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments May | 1.30 400.00/hr | 520.00 |

The Judge Organization DIP

Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/5/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call w/ ECW; re: Cure List Forward data re: cash flow/ working capital Zoom call w/ Saul Ewing Waterfall/Updated Cure List Identify Lease for purchase Discuss and Amend Options | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-May Complete Updated cash Flow forecast 08/29 | 1.40 400.00/hr | 560.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments May | 0.70 400.00/hr | 280.00 |
| 6/8/2026 | NBJ | BUSINESS OPERATIONS: conference w/attorneys on sale procedures | 0.30 500.00/hr | 150.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Due Diligence Reports-\ Existing Leases/Rental/Contract Agreements Up date and Forward Updated Cure List AR Receivables Factored/ Non factored | 3.40 400.00/hr | 1,360.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report-May Updated cash Flow Forecast 08/29 | 0.60 400.00/hr | 240.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments May UST quarterly invoices | 0.90 400.00/hr | 360.00 |
| 6/9/2026 | NBJ | BUSINESS OPERATIONS: multiple conferences on sale of the business/ review waterfall / conference w/attorneys/ conference w/East Coast/attorneys/accountants on sale of business | 1.70 500.00/hr | 850.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom Call w/ East Coast/ SE/ UCC attorneys Nie Working capital/ Projected APA Consideration re: options Discuss w/ SE due diligence requirements Copies of Leases / Rentals/ Contracts Mark Nelson-Pointe Maron Researches | 3.10 400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee- Discuss Cash Flow Variance report-May | 0.80 400.00/hr | 320.00 |
| 6/10/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Discuss current Reserve balances/ Claw backs Status of Employment Contracts-Review Decision to stop East Coast data requests Discuss options regarding ECW counter offer | 2.40 400.00/hr | 960.00 |
| | JC | UCC Credit Committee- finalize Cash Flow variance report; May | 0.40 400.00/hr | 160.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments May | 1.30 400.00/hr | 520.00 |
| 6/11/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Discussions regarding status of Elite Discuss options re: East Coast APA | 2.00 400.00/hr | 800.00 |
| | JC | UCC Credit Committee- Update on sales process/ status of LOI's Potential APA's | 0.70 400.00/hr | 280.00 |
| 6/12/2026 | NBJ | BUSINESS OPERATIONS: conference w/attorneys on process to sell/ conference /attorneys/accountants/ client on same | 1.30 500.00/hr | 650.00 |



Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                                           Page      3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/12/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom Call w/ Saul Ewing : East Coast Waterfall Adjustments Respond to East Coast re; Consolidated Cash Flow 5/30 Actual Update on cash availability: reserves Cash Flow variance / projections | 2.80 400.00/hr | 1,120.00 |
| | JC | UCC Credit Committee- Review Cash Flow Projections 08/29 | 0.40 400.00/hr | 160.00 |
| | JC | UST Reports Meetings- Review and Forward May month vendor report | 0.60 400.00/hr | 240.00 |
| 6/15/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom Call with Elite Principals Review Committed liabilities/heirarchy of payments schedule Discuss status of APA submittal Update Payroll/vendor payments / First Business Purchases Prepare and forward review of discussions w/ Elite : Commitment ro forward APA | 3.10 400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee- Update on sale status Confirm professional fees paid 1st term and Discuss Consolidated Forecast; Professional Fees | 0.80 400.00/hr | 320.00 |
| 6/16/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Consolidated cash flow Statement  8/29/26 First Business Cash reserve Over 90 days claw back- IP/Global AP Aging report Up cash flow through 6/13 ECW Due Diligence requests | 1.60 400.00/hr | 640.00 |
| | JC | UCC Credit Committee- May  Revenue Cash Flow variance report | 0.60 400.00/hr | 240.00 |
| | JC | UST Reports Meetings- Vendor Payments May 1-31 | 0.80 400.00/hr | 320.00 |
| 6/17/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Payroll/ week ending  6/13 Vendor payments 6/1-6/13 Vendor report 5/1-5/31 Consolidated Forecast Seagis; mgmt fees 2025- Pre Petition determination ECW Due Diligence | 1.80 400.00/hr | 720.00 |
| | JC | UCC Credit Committee- Revenue Cash Flow Month Variance report-May 15 | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- Vendor Payments May 1-31 | 1.10 400.00/hr | 440.00 |
| 6/18/2026 | JC | Business Operations- Cash Flow Forecast  thru 3/31 First Business Reserve Payments O/O -Payroll 6/19 Vendor Payments 6/13 ECW Due Diligence Core Schedule | 3.10 400.00/hr | 1,240.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments May Vendor Payments May 1-31 | 0.90 400.00/hr | 360.00 |
| | JC | UCC Credit Committee- Revenue Cash Flow Variance report month :  May 15 | 0.60 400.00/hr | 240.00 |
| 6/19/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Review Consolidated Forecast -08/29 Review Due Diligence Review Cure Schedule-revise Core Schedule -AP Pre-Pettiton | 2.60 400.00/hr | 1,040.00 |
| | JC | UCC Credit Committee- Discuss Revenue Cash Flow Variance report-w/ UCC Cure data updated | 1.10 400.00/hr | 440.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                                    Page     4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/19/2026 | JC | UST Reports Meetings- Forward/discuss Ledger-Vendor Payments May to Mazars | 1.30 400.00/hr | 520.00 |
| 6/22/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ review waterfall/ multiple conferences on sale of business/ conference w/attorneys/accountants/ client | 1.60 500.00/hr | 800.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call SE re: Plante Moran update status of APA"s ECW APA Negotiations-Contingencies Elite Warehouse APA details EIDL Loan-Unsecured -personal guarantees | 2.30 400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Complete Updated cash Flow forecast 08/29 | 1.60 400.00/hr | 640.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments May MOR | 1.10 400.00/hr | 440.00 |
| 6/23/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Due Diligence Requests Core Schedule Lease verifications/details Critical Vendors Penn Jersey Trailer damage report Fredrick Companies Bristol Tour | 3.10 400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee- Discuss verify cash Flow Forecast 08/29 | 0.40 400.00/hr | 160.00 |
| | JC | UST Reports Meetings-General Ledger-Vendor Payments May Estimate UST quarterly invoices | 1.40 400.00/hr | 560.00 |
| 6/24/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Fredrick visit -North Jersey/ Savannah Due Diligence ECW Core Schedule Lease/Contract validation Mark Nelson-Pointe Maron Researches | 3.60 400.00/hr | 1,440.00 |
| | JC | UCC Credit Committee- Discuss current APA status -counter proposals | 0.60 400.00/hr | 240.00 |
| 6/25/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Discuss current Reserve balances/ Claw backs Follow up re:East Coast data requests Discuss ECW APA Status-contingencies Fredrick discussions/ facility tour | 2.60 400.00/hr | 1,040.00 |
| | JC | UCC Credit Committee- review | 0.80 400.00/hr | 320.00 |
| | JC | UST Reports Meetings- General Ledger-confirm Vendor Payments w/ May MOR | 0.40 400.00/hr | 160.00 |
| 6/26/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Discussions regarding status of Elite Payroll -O/O 6/26 First Business Purchases 6/26 Updated Vendor payments 6/26 Due Diligence request Core Schedule Validation requests | 2.80 400.00/hr | 1,120.00 |
| | JC | UCC Credit Committee- Status of pending APA's Franklin Companies potential | 0.80 400.00/hr | 320.00 |
| 6/29/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Elite Summary East Coast Summary Update cash flow 6/26 Core Schedule Validation First Business over 90 claw backs | 2.30 400.00/hr | 920.00 |
| | JC | UCC Credit Committe- Review Cash Flow Priojections 8/29 | 0.90 400.00/hr | 360.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP                                          Page    5

|            |    |                                                                                                                                                        | Hrs/Rate      | Amount      |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------|---------------|-------------|
| 6/30/2026  | JC | Business Operations- Confirm cash receipts-Payment schedule Confirm payroll 6/26 Update June month vendor payments Prepare Zoom call w/ECW 7/1 Due Diligence open items | 3.10 400.00/hr | 1,240.00    |
|            | JC | UCC Credit Committee- Update on sale status-Elite/ ECW                                                                                                  | 0.90 400.00/hr | 360.00      |
|            |    | For professional services rendered                                                                                                                     | 100.60        | $41,120.00  |



Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey  08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Case Administration - **NBJ** | 0 | $0 |
| | Case Administration - **JC** | 0 | $0 |
| 2. | Financing and Cash Flow - **NBJ** | 0 | $0 |
| | Financing and Cash Flow – **JC** | 0 | $0 |
| 3. | Business Operations - **NBJ** | 7.60 | $3,800 |
| | Business Operations - **JC** | 57.50 | $23,000.00 |
| 4. | Fee Application - **NBJ** | 0 | $0 |
| | Fee Application – **JC** | 0 | $0 |
| 5. | Creditors Inquires - **NBJ** | 0 | $0 |
| | Creditors Inquires – **JC** | 0 | $0 |
| 6. | UST Reports Meetings – **NBJ** | 0 | $0 |
| | UST Reports Meetings - **JC** | 16.10 | $6,440 |
| 7. | Litigation - **NBJ** | 0 | $0 |
| | Litigation - **JC** | 0 | $0 |
| 8. | Statements & Schedules - **NBJ** | 0 | $0 |
| | Statements & Schedules - **JC** | 0 | $0 |
| 9. | Credit Committee Administration - **NBJ** | 1.20 | $600 |
| | Credit Committee Administration - **JC** | 18.20 | $7,280.00 |
| 10. | Mileage - **NBJ** | 0 | $0 |
| | Mileage - **JC** | 0 | $0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **Total:** | | |
| | | **Grand Total** | **$41,120.00** |
| | | **80% of Total Compensation** | **$32,896.00** |
| | | | |



Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512-9200 * Fax (732) 512-9300 * www.cambridgefinancialcorp.com