## EXHIBIT C

## Detail Time Entries by Category

58373996.1

# forv/s mazars

Judge Organization, LLC et. al
13 Manor Road
East Rutherford NJ 07073
Attn: Richard Brogan

| | |
|---|---:|
| Date: | 7/16/2026 |
| Page: | 1 |
| Client No: | 2621202 |
| Invoice No: | 2977614 |

| | |
|---|---:|
| For professional services rendered June 1st to June 30th<br>• Amex Shipping Agent | 6,533.12 |
| For professional services rendered June 1st to June 30th<br>• Judge Organization, LLC | 2,887.50 |
| For professional services rendered June 1st to June 30th<br>• Judge Warehousing, LLC | 13,933.01 |
| For professional services rendered  June 1st to June 30th<br>• P. Judge & Sons, Inc. | 25,209.29 |
| For professional services rendered June 1st to June 30th<br>• P. Judge and Sons Trucking, LLC | 13,325.06 |
| For professional services rendered June 1st to June 30th<br>• Port Elizabeth Terminal & Warehouse Corp | 23,528.47 |
| >> Fees related to dataroom access June 2026 | 500.00 |
| **Invoice Total** | **$ 85,916.45** |

Invoices are due upon receipt and assessed a finance charge after 32 days past due unless detailed in engagement letter.
Payment options are included below. Please reference the client and invoice number with your payment.

| **Through Client Payment Portal at:** | **Forvis Mazars LLP** | **By mail to either of the following addresses:** |
|---|---|---|
| https://www.e-billexpress.com/ebpp/ForvisMazars/Login/Index | **By ACH or WIRE to either account:** | Forvis Mazars LLP |
| | Bank: Wells Fargo ABA: 121000248 | PO Box 602828 |
| | Account: 2000019793733 | Charlotte, NC 28260-2828 |
| | **OR** | **OR** |
| | Bank: Wells Fargo ABA: 121000248 | Forvis Mazars LLP |
| | Account: 4556643740 | PO Box 200870 |
| | | Dallas, TX 75320-0870 |

**Jun-26**
**Summary of Fees - By Entity and Category**

| Client Name | Category | Staff Name | Data Sum of Hours | Sum of Total |
|---|---|---|---|---|
| Amex Shipping Agent, Inc. | Business Operations | Celis Burgos, Hilary | 0.25 | 99.75 |
| | | Cordero, Sofia | 3.25 | 3,088.31 |
| | | Mejia, Antonio | 9.50 | 1,496.27 |
| | | Nava, Edgar | 3.20 | 369.60 |
| | | Shah, Paru | 0.75 | 429.19 |
| | Business Operations Total | | 16.95 | 5,483.12 |
| | UST Reports & Meetings | Unkles, Edward | 2.00 | 1,050.00 |
| | UST Reports & Meetings Total | | 2.00 | 1,050.00 |
| Amex Shipping Agent, Inc. Total | | | 18.95 | **6,533.12** |
| Judge Organization, LLC | UST Reports & Meetings | Unkles, Edward | 5.50 | 2,887.50 |
| | UST Reports & Meetings Total | | 5.50 | 2,887.50 |
| Judge Organization, LLC Total | | | 5.50 | **2,887.50** |
| Judge Warehousing, LLC | Asset Disposition | Unkles, Edward | 1.50 | 787.50 |
| | Asset Disposition Total | | 1.50 | 787.50 |
| | Business Operations | Cordero, Sofia | 5.50 | 5,226.38 |
| | | Mejia, Antonio | 10.95 | 1,724.64 |
| | | Nava, Edgar | 5.45 | 629.48 |
| | | Shah, Paru | 1.50 | 858.38 |
| | Business Operations Total | | 23.40 | 8,438.88 |
| | Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 0.50 | 475.13 |
| | | Unkles, Edward | 1.75 | 918.75 |
| | Fee/Employment Applications (Other Professionals) Total | | 2.25 | 1,393.88 |
| | UST Reports & Meetings | Cordero, Sofia | 1.00 | 950.25 |
| | | Unkles, Edward | 4.50 | 2,362.50 |
| | UST Reports & Meetings Total | | 5.50 | 3,312.75 |
| Judge Warehousing, LLC  Total | | | 32.65 | **13,933.01** |
| P. Judge & Sons, Inc. | Asset Disposition | Hamernik, Kevin J | 1.25 | 1,030.31 |
| | Asset Disposition Total | | 1.25 | 1,030.31 |
| | Business Operations | Celis Burgos, Hilary | 1.25 | 498.75 |
| | | Cordero, Sofia | 11.50 | 10,927.91 |
| | | Loaiza Londono, Alejandra N | 4.50 | 1,393.88 |
| | | Mejia, Antonio | 19.30 | 3,039.81 |
| | | Nava, Edgar | 8.00 | 924.00 |
| | | Shah, Paru | 1.25 | 715.31 |
| | | Unkles, Edward | 1.00 | 525.00 |
| | Business Operations Total | | 46.80 | 18,024.66 |
| | Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 1.00 | 950.25 |
| | | Hamernik, Kevin J | 2.25 | 1,854.57 |
| | | Unkles, Edward | 3.00 | 1,575.00 |
| | Fee/Employment Applications (Other Professionals) Total | | 6.25 | 4,379.82 |
| | UST Reports & Meetings | Cordero, Sofia | 1.00 | 950.25 |
| | | Hamernik, Kevin J | 1.00 | 824.25 |
| | UST Reports & Meetings Total | | 2.00 | 1,774.50 |
| P. Judge & Sons, Inc. Total | | | 56.30 | **25,209.29** |
| P. Judge and Sons Trucking, LLC | Asset Disposition | Hamernik, Kevin J | 0.50 | 412.13 |
| | | Unkles, Edward | 2.00 | 1,050.00 |
| | Asset Disposition Total | | 2.50 | 1,462.13 |
| | Business Operations | Cordero, Sofia | 4.00 | 3,801.01 |
| | | Hamernik, Kevin J | 0.25 | 206.06 |
| | | Mejia, Antonio | 14.00 | 2,205.02 |
| | | Nava, Edgar | 4.80 | 554.40 |
| | | Shah, Paru | 0.50 | 286.13 |
| | Business Operations Total | | 23.55 | 7,052.62 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 1.25 | 1,030.31 |
| | | Unkles, Edward | 0.75 | 393.75 |
| | Fee/Employment Applications (Other Professionals) Total | | 2.00 | 1,424.06 |
| | UST Reports & Meetings | Cordero, Sofia | 1.00 | 950.25 |
| | | Hamernik, Kevin J | 2.00 | 1,648.50 |
| | | Unkles, Edward | 1.50 | 787.50 |
| | UST Reports & Meetings Total | | 4.50 | 3,386.25 |
| P. Judge and Sons Trucking, LLC Total | | | 32.55 | **13,325.06** |
| Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Unkles, Edward | 1.75 | 918.75 |
| | Asset Disposition Total | | 1.75 | 918.75 |
| | Business Operations | Celis Burgos, Hilary | 1.50 | 598.50 |
| | | Cordero, Sofia | 9.00 | 8,552.27 |
| | | Mejia, Antonio | 17.00 | 2,677.54 |
| | | Nava, Edgar | 9.30 | 1,074.15 |
| | | Shah, Paru | 2.25 | 1,287.57 |
| | | Unkles, Edward | 0.50 | 262.50 |
| | Business Operations Total | | 39.55 | 14,452.53 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.25 | 206.06 |
| | | Unkles, Edward | 1.50 | 787.50 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.75 | 993.56 |
| | UST Reports & Meetings | Cordero, Sofia | 1.00 | 950.25 |
| | | Hamernik, Kevin J | 3.00 | 2,472.75 |

| | | | | |
|---|---|---|---|---|
| Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Mejia, Antonio | 1.25 | 196.88 |
| | | Unkles, Edward | 6.75 | 3,543.75 |
| | UST Reports & Meetings Total | | 12.00 | 7,163.63 |
| Port Elizabeth Terminal & Warehouse Corp Total | | | 55.05 | 23,528.47 |
| Grand Total | | | 201.00 | 85,416.45 |

>>Fees related to dataroom access June 2026    500.00

85,916.45

**Jun-26**
**Summary of Fees - By Category**

| Category | Staff Name | Data | |
|---|---|---|---|
| | | Sum of Hours | Sum of Total |
| Asset Disposition | Hamernik, Kevin J | 1.75 | 1,442.44 |
| | Unkles, Edward | 5.25 | 2,756.25 |
| Asset Disposition Total | | 7.00 | 4,198.69 |
| Business Operations | Celis Burgos, Hilary | 3.00 | 1,197.00 |
| | Cordero, Sofia | 33.25 | 31,595.88 |
| | Hamernik, Kevin J | 0.25 | 206.06 |
| | Loaiza Londono, Alejandra N | 4.50 | 1,393.88 |
| | Mejia, Antonio | 70.75 | 11,143.28 |
| | Nava, Edgar | 30.75 | 3,551.63 |
| | Shah, Paru | 6.25 | 3,576.58 |
| | Unkles, Edward | 1.50 | 787.50 |
| Business Operations Total | | 150.25 | 53,451.81 |
| Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 1.50 | 1,425.38 |
| | Hamernik, Kevin J | 3.75 | 3,090.94 |
| | Unkles, Edward | 7.00 | 3,675.00 |
| Fee/Employment Applications (Other Professionals) Total | | 12.25 | 8,191.32 |
| UST Reports & Meetings | Cordero, Sofia | 4.00 | 3,801.00 |
| | Hamernik, Kevin J | 6.00 | 4,945.50 |
| | Mejia, Antonio | 1.25 | 196.88 |
| | Unkles, Edward | 20.25 | 10,631.25 |
| UST Reports & Meetings Total | | 31.50 | 19,574.63 |
| Grand Total | | 201.00 | 85,416.45 |

>>Fees related to dataroom access June 2026                          500.00

**85,916.45**

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Call with attorney to discuss waterfall and adjustments | 6/1/26 | 0.25 | 237.56 | 950.24 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge | April MOR updates | 6/1/26 | 1.00 | 525.00 | 525.00 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Asset Disposition | Two meetings re sale, one internal and one with East Coast | 6/1/26 | 1.25 | 1,030.31 | 824.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Business Operations | Judge | Call w Counsel | 6/1/26 | 0.50 | 262.50 | 525.00 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Call with attorney to discuss waterfall and adjustments - Judge Trucking | 6/1/26 | 0.25 | 237.56 | 950.24 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Call with attorney to discuss waterfall and adjustments - Judge Warehousing | 6/1/26 | 0.25 | 237.56 | 950.24 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Call with attorney to discuss waterfall and adjustments | 6/1/26 | 0.25 | 237.56 | 950.24 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.05 I uploaded information into the engage portal | 6/1/26 | 2.00 | 315.00 | 157.50 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Call with attorney to discuss waterfall and adjustments | 6/1/26 | 0.25 | 237.56 | 950.24 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Items for QofE report and discussion with team on pending items | 6/2/26 | 0.25 | 237.56 | 950.24 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge | Deal room management | 6/2/26 | 0.50 | 262.50 | 525.00 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | MOR review | 6/2/26 | 1.00 | 824.25 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | items for Qoe - Judge Warehousing | 6/2/26 | 0.25 | 237.56 | 950.24 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Items for QofE report and discussion with team on pending items | 6/2/26 | 0.25 | 237.56 | 950.24 |
| Loaiza Londono, Alejandra N | P. Judge & Sons, Inc. | Business Operations | Worked on AP aging reports | 6/2/26 | 3.00 | 929.25 | 309.75 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Call with East Coast and follow ups on contracts and cure schedule to provide to attorneys | 6/2/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.05 I uploaded information into the engage portal | 6/2/26 | 1.25 | 196.88 | 157.50 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Call with East Coast and follow ups on contracts and cure schedule to provide to attorneys | 6/2/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances | 6/3/26 | 0.25 | 237.56 | 950.24 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge | May MOR prep, folder set up etc | 6/3/26 | 1.50 | 787.50 | 525.00 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | April MOR updates | 6/3/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge | Deal room management | 6/3/26 | 0.50 | 262.50 | 525.00 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | MORs | 6/3/26 | 2.00 | 1,648.50 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances - Judge Warehousing | 6/3/26 | 0.25 | 237.56 | 950.24 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances - Judge Trucking | 6/3/26 | 0.25 | 237.56 | 950.24 |
| Loaiza Londono, Alejandra N | P. Judge & Sons, Inc. | Business Operations | Worked on AP aging reports | 6/3/26 | 1.50 | 464.63 | 309.75 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances | 6/3/26 | 0.50 | 475.13 | 950.26 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I saved information in the sale binder | 6/3/26 | 0.50 | 78.75 | 157.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I saved information in the sale binder | 6/3/26 | 0.50 | 78.75 | 157.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I worked on the engage from Judge | 6/3/26 | 0.25 | 39.38 | 157.52 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances | 6/3/26 | 0.50 | 475.13 | 950.26 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances | 6/4/26 | 0.50 | 475.13 | 950.26 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | April MOR updates, corrs w KH | 6/4/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge | Deal room management | 6/4/26 | 0.50 | 262.50 | 525.00 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | MORs | 6/4/26 | 2.00 | 1,648.50 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances - Judge Warehousing | 6/4/26 | 0.50 | 475.13 | 950.26 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances - Judge Trucking | 6/4/26 | 0.50 | 475.13 | 950.26 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances | 6/4/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I set up the May binder | 6/4/26 | 3.75 | 590.63 | 157.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I started working on the schedule needed for the AR agings | 6/4/26 | 0.75 | 118.13 | 157.51 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | updated cure schedule and waterfall separating the pre petition and  updated AP and  debt balances | 6/4/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Call with committee and counsel -  weekly call with everyone else and wrap up of MOR items with team | 6/5/26 | 0.25 | 237.56 | 950.24 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge | Call w KH and SC re April MOR | 6/5/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | Apr MOR final, collating, sending to Mariam | 6/5/26 | 2.00 | 1,050.00 | 525.00 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Meeting with Ed and Sofia on MORs. Standing call on APA issues and structure | 6/5/26 | 1.00 | 824.25 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge | Deal room management | 6/5/26 | 0.50 | 262.50 | 525.00 |
| Unkles, Edward | P. Judge & Sons, Inc. | Business Operations | Judge | Call w Counsel | 6/5/26 | 0.50 | 262.50 | 525.00 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Call with committee and counsel -  weekly call with everyone else and wrap up of MOR items with team - Judge Warehousing | 6/5/26 | 0.50 | 475.13 | 950.26 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Call with committee and counsel - weekly call with everyone else and wrap up of MOR items with team - Judge Trucking | 6/5/26 | 0.50 | 475.13 | 950.26 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Call with committee and counsel - weekly call with everyone else and wrap up of MOR items with team | 6/5/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I worked on the lease schedule of the leases | 6/5/26 | 3.50 | 551.25 | 157.50 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I had a call with Sofia | 6/5/26 | 1.25 | 196.88 | 157.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I saved information in the binder | 6/5/26 | 0.50 | 78.75 | 157.50 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Call with committee and counsel - weekly call with everyone else and wrap up of MOR items with team | 6/5/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | review and update of cure schedule and waterfall for items related to capital leases and changes to security deposits with facility leases | 6/8/26 | 0.25 | 237.56 | 950.24 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.06 I redacted the bank statements of May | 6/8/26 | 0.25 | 39.38 | 157.52 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge | May MOR prep and corrs | 6/8/26 | 0.50 | 262.50 | 525.00 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge | Deals room management | 6/8/26 | 0.50 | 262.50 | 525.00 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Judge | May bill | 6/8/26 | 1.00 | 525.00 | 525.00 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | review and update of cure schedule and waterfall for items related to capital leases and changes to security deposits with facility leases | 6/8/26 | 0.50 | 475.13 | 950.26 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I redacted the bank statements of May | 6/8/26 | 0.25 | 39.38 | 157.52 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I redacted the bank statements from TRK | 6/8/26 | 0.25 | 39.38 | 157.52 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I redacted the bank statements from WHS | 6/8/26 | 0.25 | 39.38 | 157.52 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | review and update of cure schedule and waterfall for items related to capital leases and changes to security deposits with facility leases | 6/8/26 | 0.50 | 475.13 | 950.26 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.05 I organized the Bank statements from May | 6/8/26 | 1.25 | 196.88 | 157.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I requested information from the bank statements | 6/8/26 | 0.50 | 78.75 | 157.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I redacted the bank statements of May | 6/8/26 | 0.25 | 39.38 | 157.52 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | review and update of cure schedule and waterfall for items related to capital leases and changes to security deposits with facility leases | 6/8/26 | 0.50 | 475.13 | 950.26 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Updated cure schedule and waterfall and call with EC lawyers | 6/9/26 | 0.50 | 475.13 | 950.26 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge | May MOR bank account activity | 6/9/26 | 2.00 | 1,050.00 | 525.00 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge | Deals room management | 6/9/26 | 0.50 | 262.50 | 525.00 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge | Deals room management, call w Sofia | 6/9/26 | 0.75 | 393.75 | 525.00 |
| Unkles, Edward | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Judge | Review of interim fee app, call w Sofia, corrs w Mariam | 6/9/26 | 0.75 | 393.75 | 525.00 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Follow up on lease rejection date coming, status with EC; review of fee application. Review of Sofia email with waterfall and updated cure amounts. | 6/9/26 | 1.50 | 1,236.38 | 824.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Updated cure schedule and waterfall and call with EC lawyers | 6/9/26 | 0.50 | 475.13 | 950.26 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 I redacted the Bank statements from WHS | 6/9/26 | 0.50 | 78.75 | 157.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Updated cure schedule and waterfall and call with EC lawyers | 6/9/26 | 0.50 | 475.13 | 950.26 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I redated the bank statements of May | 6/9/26 | 0.25 | 39.38 | 157.52 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I saved information in the binder | 6/9/26 | 0.50 | 78.75 | 157.50 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I redated the bank statements of May | 6/9/26 | 0.25 | 39.38 | 157.52 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Updated cure schedule and waterfall and call with EC lawyers | 6/9/26 | 0.50 | 475.13 | 950.26 |
| Unkles, Edward | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Judge | Review of interim fee app, call w Sofia, Marina, emails w KH | 6/10/26 | 1.00 | 525.00 | 525.00 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | updating cure schedule and call with Joe C | 6/10/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I saved information in the binder | 6/10/26 | 0.50 | 78.75 | 157.50 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Call with Mike Jr on executory contracts that are pending for the cure schedule | 6/10/26 | 1.00 | 950.25 | 950.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge | May MOR PDFs | 6/11/26 | 1.50 | 787.50 | 525.00 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge | Deals room management | 6/11/26 | 0.50 | 262.50 | 525.00 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Judge | May bill PDFs and to Mariam | 6/11/26 | 0.50 | 262.50 | 525.00 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | weekly call with team and counsel | 6/12/26 | 0.25 | 237.56 | 950.24 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Judge | Meeting with Counsel | 6/12/26 | 0.50 | 262.50 | 525.00 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Judge | Interim Fee application mark up and to Sofia | 6/12/26 | 0.75 | 393.75 | 525.00 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Standing call 0.5 Fee application issues | 6/12/26 | 0.75 | 618.19 | 824.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | weekly call with team and counsel | 6/12/26 | 0.25 | 237.56 | 950.24 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I saved information in the binder | 6/12/26 | 0.25 | 39.38 | 157.52 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I saved information in the binder | 6/12/26 | 0.75 | 118.13 | 157.51 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | weekly call with team and counsel | 6/12/26 | 0.25 | 237.56 | 950.24 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Deal room management | 6/15/26 | 1.00 | 525.00 | 525.00 |

| Staff Name | Client Name | Category | Detail | Date | Hours Total | Rate |
|---|---|---|---|---|---|---|
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge \| Interim fee corrs and to Mariam | 6/15/26 | 0.50 | 262.50 | 525.00 |
| Celis Burgos, Hilary | P. Judge & Sons, Inc. | Business Operations | May Closing - Planning | 6/15/26 | 0.50 | 199.50 | 399.00 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 I started working on the May closing | 6/15/26 | 1.25 | 196.88 | 157.50 |
| Nava, Edgar | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 AP and AR Aging (All entities) | 6/15/26 | 2.00 | 231.00 | 115.50 |
| Nava, Edgar | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 Upload TB in CW. There was a mistake so i had to upload them again. | 6/15/26 | 2.50 | 288.75 | 115.50 |
| Nava, Edgar | Judge Warehousing, LLC | Business Operations | 26.06 Work on Trial Balances | 6/15/26 | 2.25 | 259.88 | 115.50 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.06 I started working on the May closing | 6/15/26 | 1.25 | 196.88 | 157.50 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.06 I started working on the May closing | 6/15/26 | 1.25 | 196.88 | 157.50 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I started working on the May closing | 6/15/26 | 1.25 | 196.88 | 157.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I started working on the May closing | 6/15/26 | 1.25 | 196.88 | 157.50 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.06 I continue working on the closing | 6/16/26 | 1.70 | 267.75 | 157.50 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I continue working on the closing | 6/16/26 | 1.70 | 267.75 | 157.50 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.06 I continue working on the closing | 6/16/26 | 1.70 | 267.75 | 157.50 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.06 I continue working on the closing | 6/16/26 | 1.70 | 267.75 | 157.50 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 I continue working on the closing | 6/16/26 | 1.70 | 267.75 | 157.50 |
| Nava, Edgar | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/16/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/16/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | Amex Shipping Agent, Inc. | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/16/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | Judge Warehousing, LLC | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/16/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/16/26 | 1.60 | 184.80 | 115.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| MOR templates, entering bank activity info, tracker update | 6/17/26 | 2.25 | 1,181.25 | 525.00 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I worked on the May closing | 6/17/26 | 1.75 | 275.63 | 157.50 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I worked on the May closing | 6/17/26 | 1.75 | 275.63 | 157.50 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.06 I worked on the May closing | 6/17/26 | 1.75 | 275.63 | 157.50 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.06 I worked on the May closing | 6/17/26 | 1.75 | 275.63 | 157.50 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 I worked on the May closing | 6/17/26 | 1.75 | 275.63 | 157.50 |
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/17/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/17/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/17/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/17/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.06 Work on judge binder alongside Antonio Mejia | 6/17/26 | 1.60 | 184.80 | 115.50 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Closing May with Antonio | 6/18/26 | 0.25 | 237.56 | 950.24 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge \| MOR templates, entering bank activity info, tracker update | 6/18/26 | 1.00 | 525.00 | 525.00 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | org chart and other correspondence on contracts for cure schedule and questions from counsel | 6/18/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Closing May with Antonio | 6/18/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I worked on the My closing | 6/18/26 | 0.90 | 141.75 | 157.50 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I worked on the My closing | 6/18/26 | 0.90 | 141.75 | 157.50 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.06 I worked on the My closing | 6/18/26 | 0.90 | 141.75 | 157.50 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.06 I worked on the My closing | 6/18/26 | 0.90 | 141.75 | 157.50 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 I worked on the My closing | 6/18/26 | 0.90 | 141.75 | 157.50 |
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.06 Work on Financial Statements and finish off may´s binder alongside Antonio Mejia | 6/19/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 Work on Financial Statements and finish off may´s binder alongside Antonio Mejia | 6/19/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | Amex Shipping Agent, Inc. | Business Operations | 26.06 Work on Financial Statements and finish off may´s binder alongside Antonio Mejia | 6/19/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | Judge Warehousing, LLC | Business Operations | 26.06 Work on Financial Statements and finish off may´s binder alongside Antonio Mejia | 6/19/26 | 1.60 | 184.80 | 115.50 |
| Nava, Edgar | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 Work on Financial Statements and finish off may´s binder alongside Antonio Mejia | 6/19/26 | 1.60 | 184.80 | 115.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I worked on the May closing | 6/19/26 | 1.10 | 173.25 | 157.50 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I worked on the May closing | 6/19/26 | 1.10 | 173.25 | 157.50 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.06 I worked on the May closing | 6/19/26 | 1.10 | 173.25 | 157.50 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.06 I worked on the May closing | 6/19/26 | 1.10 | 173.25 | 157.50 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 I worked on the May closing | 6/19/26 | 1.10 | 173.25 | 157.50 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Closing May and questions - correspondence with team and client | 6/19/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Closing May and changes- calls with Antonio to get items wrapped up in the file | 6/22/26 | 0.50 | 475.13 | 950.26 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Asset Disposition | Standing call focused on East Coast back out and other related issues. | 6/22/26 | 0.50 | 412.13 | 824.26 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Closing May and changes- calls with Antonio to get items wrapped up in the file- Judge Warehousing | 6/22/26 | 1.00 | 950.25 | 950.25 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Closing May and changes- calls with Antonio to get items wrapped up in the file- Judge Trucking | 6/22/26 | 1.00 | 950.25 | 950.25 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Emails and messages on May closing and timing | 6/22/26 | 0.25 | 143.06 | 572.24 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Closing May and changes- calls with Antonio to get items wrapped up in the file | 6/22/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I worked n the may closing | 6/22/26 | 1.10 | 173.25 | 157.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | call with counsel for update on sale and other matters for EIDL and updated waterfall | 6/22/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I worked n the may closing | 6/22/26 | 1.10 | 173.25 | 157.50 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.06 I worked n the may closing | 6/22/26 | 1.10 | 173.25 | 157.50 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.06 I worked n the may closing | 6/22/26 | 1.10 | 173.25 | 157.50 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 I worked n the may closing | 6/22/26 | 1.10 | 173.25 | 157.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | follow ups for returns and call with Pat Wynne | 6/22/26 | 0.50 | 475.13 | 950.26 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Closing May and changes- calls with Antonio to get items wrapped up in the file | 6/22/26 | 1.00 | 950.25 | 950.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | 7th fee app | 6/23/26 | 0.25 | 206.06 | 824.24 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Judge | Fee application | 6/23/26 | 0.50 | 262.50 | 525.00 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | May closing | 6/23/26 | 1.25 | 715.31 | 572.25 |
| Shah, Paru | Judge Warehousing, LLC | Business Operations | May closing | 6/23/26 | 1.50 | 858.38 | 572.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I worked on the may closing | 6/23/26 | 1.45 | 228.38 | 157.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | review of 7th month fee statement - Billing and comments | 6/23/26 | 1.00 | 950.25 | 950.25 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | May closing | 6/23/26 | 1.50 | 858.38 | 572.25 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.06 I worked on the may closing | 6/23/26 | 1.45 | 228.38 | 157.50 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.06 I worked on the may closing | 6/23/26 | 1.45 | 228.38 | 157.50 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.06 I worked on the may closing | 6/23/26 | 1.45 | 228.38 | 157.50 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 I worked on the may closing | 6/23/26 | 1.45 | 228.38 | 157.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge | Fee application, call w Mariam | 6/24/26 | 1.00 | 525.00 | 525.00 |
| Shah, Paru | Amex Shipping Agent, Inc. | Business Operations | May closing | 6/24/26 | 0.75 | 429.19 | 572.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | wrap up and call with Joe and Brandon on revenues and accruals- Judge Trucking | 6/24/26 | 1.50 | 1,425.38 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | wrap up and call with Joe and Brandon on revenues and accruals - Judge Warehousing | 6/24/26 | 1.50 | 1,425.38 | 950.25 |
| Shah, Paru | P. Judge and Sons Trucking, LLC | Business Operations | May closing | 6/24/26 | 0.50 | 286.13 | 572.26 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.06 I worked on the May closing | 6/24/26 | 3.00 | 472.50 | 157.50 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | 26.06 I worked on the MOR section for May closing | 6/24/26 | 1.25 | 196.88 | 157.50 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | May closing | 6/24/26 | 0.50 | 286.13 | 572.26 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Multiple reviews of 7th fee application | 6/25/26 | 1.25 | 1,030.31 | 824.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Judge | Fee application final to mariam, internal corrs | 6/25/26 | 1.00 | 525.00 | 525.00 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | wrap up closing for MOR to start - Judge Trucking | 6/25/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | wrap up closing for MOR to start - Judge Warehousing | 6/25/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | issues with loss and call with Joe for billing and invoice reconciliations sold to First Business | 6/25/26 | 0.50 | 475.13 | 950.26 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | clean up of AR credits for the months and additional adjustments | 6/25/26 | 0.50 | 475.13 | 950.26 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.05 I saved information in the binder | 6/25/26 | 0.25 | 39.38 | 157.52 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | wrap up closing for MOR to start | 6/25/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | wrap up closing for MOR to start | 6/25/26 | 1.00 | 950.25 | 950.25 |
| Celis Burgos, Hilary | Amex Shipping Agent, Inc. | Business Operations | Combined financials stmts for insurance renewal | 6/26/26 | 0.25 | 99.75 | 399.00 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Combined financials stmts for insurance renewal | 6/26/26 | 0.75 | 299.25 | 399.00 |
| Celis Burgos, Hilary | P. Judge & Sons, Inc. | Business Operations | Combined financials stmts for insurance renewal | 6/26/26 | 0.75 | 299.25 | 399.00 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | information for insurance renewal | 6/26/26 | 0.50 | 475.13 | 950.26 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 I sent the JE to the client | 6/26/26 | 0.50 | 78.75 | 157.50 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Combined financials stmts for insurance renewal | 6/26/26 | 0.75 | 299.25 | 399.00 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | information for insurance renewal | 6/26/26 | 0.50 | 475.13 | 950.26 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | call with Pat on items related to the case for EIDL loan and pending items for PJS returns | 6/29/26 | 0.50 | 475.13 | 950.26 |
| Unkles, Edward | Judge Organization, LLC | UST Reports & Meetings | May MORs | 6/30/26 | 5.50 | 2,887.50 | 525.00 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Business Operations | Internal emails on status of East Coast. Touch base with Ed on MOR status and flow. | 6/30/26 | 0.25 | 206.06 | 824.24 |

| Staff Name | Client Name | Category | Detail | Date | Hours Total | | Rate |
|---|---|---|---|---|---|---|---|
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.06 Call with Sofia about steps to do on Friday and Monday | 6/30/26 | 0.50 | 78.75 | 157.50 |
| | | | | | | **85,416.45** | |
| | | >>Fees related to dataroom access June 2026 | | | | 500.00 | |
| | | | | | | **85,916.45** | |