

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Steven B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
            turner.falk@saul.com
            maxwell.hanamirian@saul.com
*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINATION &
WAREHOUSE CORP., *et al*.

                    Debtors.[1]

Order Filed on July 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER
EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE
A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: July 29, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

Page 2

Debtors:       Port Elizabeth Termination & Warehouse Corp., *et al.*

Case No.:      25-22123 (JKS)

Caption:       ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER EXTENDING THE
               DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND
               SOLICIT VOTES THEREON

AND NOW, upon consideration of the of the Debtors' Motion (the "Motion")[2] for entry of an order, pursuant to section 1121(d) of the Bankruptcy Code, (a) extending the Debtors' Exclusive Filing Period by 75 days, through and including September 28, 2026, and (b) extending the Debtors' Exclusive Solicitation Period by 75 days through and including November 24, 2026, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby ORDERED and DECREED as follows:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to file a chapter 11 plan or plans is further extended through and including September 28, 2026.

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to solicit acceptances of a chapter 11 plan is further extended through and including November 24, 2026.

---

[2]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2

57818905.3

Page 3
Debtors:        Port Elizabeth Termination & Warehouse Corp., *et al.*
Case No.:       25-22123 (JKS)
Caption:        ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

4.      The entry of this Order is without prejudice to the Debtors' right to seek a further extension of the Exclusive Periods under section 1121 of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

3

57818905.3

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-22123-JKS

Port Elizabeth Terminal & Warehouse Corp                                                  Chapter 11

Amex Shipping Agent, Inc.

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2026 | Form ID: pdf903 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amex Shipping Agent, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Judge Warehousing, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons Trucking, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Port Elizabeth Terminal & Warehouse Corp., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | The Judge Organization, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| aty | | Maxwell M. Hanamirian, Saul Ewing, LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186 |
| aty | + | Murphy Schiller & Wilkes LLP, One Gateway Center, Suite 4200, Newark, NJ 07102-5310 |
| aty | + | Saul Ewing LLP, One Riverfront Blvd. Suite 1520, Newark, NJ 07102-5401 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda R Simone | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors asimone@connellfoley.com |
| Brett S. Theisen | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors btheisen@connellfoley.com nmitchell@gibbonslaw.com |

District/off: 0312-2

Date Rcvd: Jul 29, 2026

User: admin

Form ID: pdf903

Page 2 of 3

Total Noticed: 9

Christopher P. Anton

on behalf of Creditor Committee Official Committee Of Unsecured Creditors canton@fbtgibbons.com

David Gerardi

on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

David H. Stein

on behalf of Creditor F. Greek Bristol Properties  L.P. dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

Eric M. Ferrante

on behalf of Creditor Constellation Brands  Inc. eferrante@nixonpeabody.com, djames@nixonpeabody.com,roc.managing.clerk@nixonpeabody.com,bos.managing.clerk@nixonpeabody.com,dmcmonagle@nixonpeabody.com

Fran B. Steele

on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Ilana Volkov

on behalf of Creditor Hartz Elizabeth  Inc. ivolkov@mcgrailbensinger.com

James F. Moscagiuri

on behalf of Unknown Role Type Kristal Marie Soto jmoscagiuri@lsaclaw.com  jhoffman@lsaclaw.com

James F. Moscagiuri

on behalf of Unknown Role Type Julio Andres Matos Angomas jmoscagiuri@lsaclaw.com  jhoffman@lsaclaw.com

James F. Moscagiuri

on behalf of Unknown Role Type Andy M. Castillo jmoscagiuri@lsaclaw.com  jhoffman@lsaclaw.com

John S. Mairo

on behalf of Creditor Committee Official Committee Of Unsecured Creditors jmairo@fbtgibbons.com  emunera@fbtgibbons.com

John S. Mairo

on behalf of Other Prof. Dundon Advisers LLC jmairo@fbtgibbons.com  emunera@fbtgibbons.com

Joseph Casello

on behalf of Creditor Yancey Bros. Co jcasello@cvclaw.net  jcasello627@gmail.com

Kyle McEvilly

on behalf of Creditor Committee Official Committee Of Unsecured Creditors kmcevilly@connellfoley.com

Leslie Carol Heilman

on behalf of Creditor Seagis East Rutherford  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Pamela Elchert Thurmond

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Rebecca K. McDowell

on behalf of Creditor Eastern Lift Truck Co Inc. rmcdowell@slgcollect.com  anovoa@slgcollect.com

Robert Malone

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@connellfoley.com  nmitchell@gibbonslaw.com

Robert M. Kline

on behalf of Creditor Auxilior Capital Partners  Inc. rmk@replevin.com, ecf@writofseizure.com

Scott D. Sherman

on behalf of Creditor Coastal Industrial Equipment  LLC ssherman@minionsherman.com

Seth Ptasiewicz

on behalf of Creditor Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan  sptasiewicz@krollfirm.com

Stephen B. Ravin

on behalf of Debtor The Judge Organization  LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. sravin@saul.com  jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor Amex Shipping Agent  Inc. sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor Judge Warehousing  LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor P. Judge & Sons  Inc. sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

on behalf of Debtor P. Judge & Sons Trucking  LLC sravin@saul.com, jgillman@saul.com

District/off: 0312-2                          User: admin                                      Page 3 of 3
Date Rcvd: Jul 29, 2026                      Form ID: pdf903                             Total Noticed: 9

Thomas B. O'Connell

on behalf of Creditor Eastern Lift Truck Co Inc. toconnell@slgcollect.com  anovoa@slgcollect.com

Thomas Michael Walsh

on behalf of Interested Party Chiesa Shahinian & Giantomasi PC TWALSH@CSGLAW.COM

Turner Falk

on behalf of Debtor P. Judge & Sons  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor Judge Warehousing  LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor P. Judge & Sons Trucking  LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor Amex Shipping Agent  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Debtor The Judge Organization  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 37