## EXHIBIT C

**Detail Time Entries by Category**

58269772.1

# Scopelitis
### Garvin Light Hanson & Feary

Please reference
INVOICE #
with remittance.

Accounting Office
10 West Market Street, Suite 1400
Indianapolis, IN  46204
Phone: (317) 492-9350

| | |
|---|---|
| **Port Elizabeth Terminal & Warehouse** | **July 9, 2026** |
| **Mariam Khoudari** | **Invoice #:  596628** |
| **13 Manor Road** | **Client Code:  CH0409** |
| **East Rutherford, NJ  07073** | **Matter Code:  00010** |
| | **Billed Through:  06/30/26** |

_**Matter**_     **00010**          **Special Counsel Advice - Employee Benefits and Pensions**

## PROFESSIONAL SERVICES

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/08/26 | DJV | Telephone conference with bankruptcy counsel regarding movement towards asset purchase agreement and conditions to closing. | 0.20 @ | $625.00/hr | $125.00 |
| | | **Total Professional Services** | | | **$125.00** |

## TIMEKEEPER SUMMARY FOR THIS MATTER

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Vogel, Donald J. | 0.20 @ | $625.00/hr | $125.00 |
| **Total Professional Services** | | | **$125.00** |

Matter Credit Balance Total:          $5,370.41

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Professional Services | $ | 125.00 |
| **Total of New Charges for this Invoice** | **$** | **125.00** |

**Port Elizabeth Terminal & Warehouse**  **Page: 2**
**Invoice #:  596628**  **Client #: CH0409**

### OUTSTANDING INVOICE DETAIL AS OF:  07/09/26

| Invoice | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| 589173 | 03/11/26 | 1,062.50 | 850.00 | $212.50 |
| 590742 | 04/09/26 | 250.00 | 200.00 | $50.00 |
| 593001 | 05/11/26 | 2,812.50 | 0.00 | $2,812.50 |
| 593754 | 06/02/26 | 1,125.00 | 0.00 | $1,125.00 |
| **TOTALS** | | **5,250.00** | **1,050.00** | **$4,200.00** |

| | |
|---|---|
| **TOTAL PRIOR DUE BALANCE** | **$4,200.00** |
| **TOTAL CURRENT INVOICE** | **$125.00** |
| **TOTAL AMOUNT DUE** | **$ 4,325.00** |

Services In California Provided By Scopelitis, Garvin, Light, Hanson & Feary, LLP
Services In Michigan Provided By Scopelitis, Garvin, Light, Hanson & Feary, PLLC
All Other Services Provided By Scopelitis, Garvin, Light, Hanson & Feary, PC

**PAYMENT IS DUE UPON RECEIPT IN U.S. DOLLARS.  A FINANCE CHARGE WILL BE ASSESSED AT THE RATE OF 1.0% PER MONTH (APR 12%) ON ANY BALANCE UNPAID AFTER 30 DAYS.YOU MAY REMIT PAYMENT ONLINE AT WWW.SCOPELITIS.COM/PAYMENTS**