| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br>            maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>                         Debtors.[1] | OBJECTION DEADLINE:<br><br>**August 31, 2026** |

**NOTICE OF EIGHTH MONTHLY FEE STATEMENT**
**OF MURPHY SCHILLER & WILKES LLP, SPECIAL**
**COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**JUNE 1, 2026 THROUGH JUNE 30, 2026**

**PLEASE TAKE NOTICE** that in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "Interim Compensation Order"), Murphy Schiller & Wilkes LLP ("Murphy"), special counsel to the above-captioned debtors (the

---

[1]      The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

"Debtors"), has filed the attached monthly fee statement (the "Monthly Fee Statement") for the period from June 1, 2026 through June 30, 2026 with the United States Bankruptcy Court for the District of New Jersey.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Monthly Fee Statement shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by **August 31, 2026**.

Dated: August 11, 2026                    **SAUL EWING LLP**

By:*/s/ Stephen B. Ravin*
        Stephen B. Ravin, Esquire
        Turner N. Falk, Esquire
        One Riverfront Plaza
        1037 Raymond Blvd., Suite 1520
        Newark, NJ 07102-5426
        Telephone: (973) 286-6714
        E-mail:stephen.ravin@saul.com
                turner.falk@saul.com

        -and-

        Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
        1735 Market Street, Suite 3400
        Philadelphia, PA 19103-7504
        E-mail: maxwell.hanamirian@saul.com

        *Counsel for Debtors and Debtors in Possession*

2

58401614.1