## EXHIBIT C

## Detail Time Entries by Category

58401614.1

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:**06/30/2026
**Invoice #:** 20402
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 07/13/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|------|------|---------|-------|------|--------|
| 06/05/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy Communicate with counsel regarding scheduled payments under the Settlement Agreement. | 0.40 | $450.00 | $180.00 |
| 06/11/2026 | CJW | Attend to release of settlement funds. | 0.50 | $450.00 | $225.00 |
| | | **For professional services rendered** | **0.90** | | **$405.00** |

|  |  |
|--|--|
| **Invoice Amount** | **$405.00** |
| **Remaining Balance** | **$405.00** |
| **Previous Invoices Balance** | |

**Retainer Balance (as of 07/13/2026)**                    **$0.00**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | | 0.50 | $450.00 | $225.00 |
| Sean Callahan | | 0.40 | $450.00 | $180.00 |

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

## INVOICE

**Date:** 06/30/2026
**Invoice #:** 20403
**Matter:** US One Trucking Inc.
**File #:** 3711

**Bill To:**

The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 07/13/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|------|------|---------|-------|------|--------|
| 06/08/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with client regarding application of the security deposit. | 0.30 | $450.00 | $135.00 |
| 06/08/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Review docket for litigation status and communicate with defendants' counsel regarding adjournment of arbitration. | 0.60 | $450.00 | $270.00 |
| 06/08/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with defendants' counsel regarding settlement offer and review and analyze supplemental document production. | 1.20 | $450.00 | $540.00 |
| 06/09/2026 | KM | A110-Manage Data/Files/Documentation L140-Document/File Management<br>draft and file with the court arbitration adjournment | 0.40 | $125.00 | $50.00 |

request.

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/10/2026 | KM | A110-Manage Data/Files/Documentation L230-Court Mandated Conferences<br>review docket, save to file and adjust calendar based on court's rescheduled arbitration. | 0.10 | $125.00 | $12.50 |
| 06/10/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Participate in informal settlement negotiations with defendants' counsel. | 0.60 | $450.00 | $270.00 |
| 06/10/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with client (prepare for same by review of A/R, invoices and relevant email correspondence with tenant) regarding parameters for a potential settlement. | 1.20 | $450.00 | $540.00 |
| 06/10/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with client and head of accounting regarding application of security deposit and A/R. | 0.70 | $450.00 | $315.00 |
| 06/11/2026 | KM | A110-Manage Data/Files/Documentation L140-Document/File Management<br>review emails, download and save to file deposition transcript | 0.20 | $125.00 | $25.00 |
| 06/11/2026 | SCC | A108-Communicate (other external) L120-Analysis/Strategy<br>Communicate with court and defense counsel regarding adjournment of arbitration and draft request for same. | 0.90 | $450.00 | $405.00 |
| 06/16/2026 | CJW | Confer with S. Callahan re: litigation status and steps to resolution of same; attend to open issues re: same. | 1.00 | $450.00 | $450.00 |
| 06/23/2026 | SCC | A104-Review/Analyze L120-Analysis/Strategy<br>Review supplemental document production from Defendants in support of reduced rent argument. | 0.40 | $450.00 | $180.00 |
| 06/25/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with defendants' counsel and mediator regarding requirements of mediation. | 0.50 | $450.00 | $225.00 |
| 06/26/2026 | KM | A110-Manage Data/Files/Documentation L140-Document/File Management<br>format and finalize arbitration statement and prepare exhibits and add cover pages. | 0.70 | $125.00 | $87.50 |
| 06/26/2026 | SCC | A103-Draft/Revise L120-Analysis/Strategy<br>Draft and revise Arbitration Statement and choose and assemble exhibit package in support of same. | 3.70 | $450.00 | $1,665.00 |
| 06/26/2026 | SCC | A104-Review/Analyze L120-Analysis/Strategy<br>Review defendants' arbitration statement and associated exhibits. | 1.10 | $450.00 | $495.00 |

| 06/30/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy Communicate with defense counsel and arbitrator regarding proof issues and details for arbitration. | 0.50 | $450.00 | $225.00 |
| 06/30/2026 | SCC | A103-Draft/Revise L120-Analysis/Strategy Draft and revise argument in support of keeping JAAP Trucking as a party and gather exhibits in support of same for arbitrator. | 1.00 | $450.00 | $450.00 |
| 06/30/2026 | SCC | A103-Draft/Revise L120-Analysis/Strategy Prepare presentation and outline for arbitration. | 1.30 | $450.00 | $585.00 |

**For professional services rendered**   **16.40**   **$6,925.00**

**Invoice Amount**   **$6,925.00**

**Remaining Balance**   **$6,925.00**

**Retainer Balance (as of 07/13/2026)**   **$0.00**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 1.00 | $450.00 | $450.00 |
| Klaudia Maslowska | 1.40 | $125.00 | $175.00 |
| Sean Callahan | 14.00 | $450.00 | $6,300.00 |