**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured
Creditors*

| | |
|---|---|
| In Re: | Chapter 11 |
| PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.,* | Case No. 25-22123 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | Related Docket No.: **387** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SECOND INTERIM APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2026 THROUGH MAY 31, 2026**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Second Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2026 through May 31, 2026* [**D.I. 387**] (the "Second Interim Fee Application"), filed by Dundon Advisers LLC ("Dundon Advisers"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), on July 30, 2026. The deadline to object to the Second Interim Fee Application was August 13, 2026.

---

1 The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

As of the date hereof, the undersigned further certifies that a review of the Court's docket in this case indicates that no objections or responses to the Second Interim Fee Application have been filed.

WHEREFORE, Dundon Advisers respectfully requests that an order substantially in the form attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: August 14, 2026

**FBT GIBBONS LLP**

*/s/ John S. Mairo*
John S. Mairo
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of
Unsecured Creditors*

2