UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

Joseph Lubertazzi, Jr.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jlubertazzi@mccarter.com

*Counsel for Wells Fargo Vendor Financial Services, LLC and HYG Financial Services, Inc.*

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,

Debtors.[1]

Case No. 25-22123 (JKS)

Chapter 11 (Jointly Administered)

Judge John K. Sherwood

**Hearing Date: Sept. 8, 2026, 10:00 a.m.**
**Objection Deadline: Sept. 1, 2026**

**NOTICE OF MOTION OF**
**WELLS FARGO VENDOR FINANCIAL SERVICES, LLC**
**AND HYG FINANCIAL SERVICES, INC.**
**TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM**

PLEASE TAKE NOTICE that, on August 17, 2026, Wells Fargo Vendor Financial Services, LLC ("WFVF") and HYG Financial Services, Inc. ("HYG" and collectively, "Wells Fargo"), by and through their undersigned counsel, filed the *Motion of Wells Fargo Vendor Financial Services, LLC and HYG Financial Services, Inc. to Compel Payment of Administrative Claim* (the "Motion") with the United States Bankruptcy Court for the District of New Jersey (the "Court").

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal &Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, Courtroom 3D, or by such other virtual or electronic means as determined by the Court, on or before **September 1, 2026 (prevailing Eastern Time)** (the "Objection Deadline"). At the same time, you must serve a copy of the objection upon the undersigned counsel to Wells Fargo so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that in support of the relief requested in the Motion, Wells Fargo shall rely on the Motion and the accompanying *Declaration of Nicholas Root in Support of the Motion to Compel Payment of Administrative Claim*, which set forth the relevant legal and factual bases upon which the relief requested should be granted, with exhibits in support of such Motion and declaration. A proposed Order granting the relief requested in the Motion is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections may be considered at a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, Courtroom 3D, or by such other virtual or electronic means as determined by the Court on **September 8, 2026 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 17, 2026

**McCARTER & ENGLISH, LLP**

By: */s/ Joseph Lubertazzi, Jr.*
Joseph Lubertazzi, Jr.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jlubertazzi@mccarter.com

*Counsel for Wells Fargo Vendor Financial Services, LLC and HYG Financial Services, Inc.*