**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

Joseph Lubertazzi, Jr.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jlubertazzi@mccarter.com

*Counsel for Wells Fargo Vendor Financial Services, LLC and HYG Financial Services, Inc.*

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*

Debtors.[1]

Case No. 25-22123 (JKS)

Chapter 11 (Jointly Administered)

Judge John K. Sherwood

**ORDER GRANTING MOTION OF WELLS FARGO VENDOR FINANCIAL SERVICES, LLC AND HYG FINANCIAL SERVICES, INC. TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM**

The relief set forth on the following page is **ORDERED.**

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal &Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

Upon review and consideration of the Motion,[2] and any responses thereto; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that Wells Fargo is entitled to immediate payment for its allowed administrative expense claim in the amount of $14,472.87 (the "Administrative Claim") pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 365(d)(5); and it is further

ORDERED that the Debtors shall make payment of the Administrative Claim to Wells Fargo within three (3) business days of the date of this Order; and it is further

ORDERED that the Debtors shall pay all additional post-petition amounts for the Leased Equipment on a timely basis pursuant to 11 U.S.C. § 365(d)(5); and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

[2] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.