**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In Re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br>(Jointly Administered)<br><br>Related Docket No.: **382** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTH MONTHLY FEE STATEMENT OF FBT GIBBONS LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD OF JUNE 1, 2026 THROUGH JUNE 30, 2026**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Seventh Monthly Fee Statement of FBT Gibbons LLP, Counsel to the Official Committee of Unsecured Creditors, for the Period of June 1, 2026 through June 30, 2026* [**D.I. 335**] (the "Application"), filed by FBT Gibbons LLP ("FBT Gibbons"), counsel to the Official Committee of Unsecured Creditors, on July 27, 2026. The deadline to object to the Application was August 17, 2026.

As of the date hereof, the undersigned further certifies that a review of the Court's docket in this case indicates that no objections or responses to the Application have been filed.

1 The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

Pursuant to the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* entered on December 9, 2025 [**D.I. 71**] (the "Administrative Order"), the Debtors are authorized and directed to pay FBT Gibbons **$49,146.40** in fees (80% of $61,433.00) and one hundred percent (100%) of its expenses, in the amount of **$0.00**, for a total amount of **$49,146.40.**

Dated: August 18, 2026

**FBT GIBBONS LLP**

By: */s/ John S. Mairo*
John S. Mairo
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*