**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***

**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
maxwell.hanamirian@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**DECLARATION OF PATRICK WYNNE**
**PRESIDENT AND MEMBER OF THE DEBTORS**

I, Patrick Wynne, hereby declare as follows:

1. I am the President of the of debtors and debtors in possession Port Elizabeth Terminal & Warehouse Corp., Amex Shipping Agent, Inc., and P. Judge & Sons, Inc. and Member of debtors and debtors in possession Judge Organization, LLC, P. Judge & Sons Trucking, LLC and Judge Warehousing, LLC (collectively, the "Debtors").[2] I am generally

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records.

2. Collectively, the Debtors provide transportation, logistic, and warehouse related services. More specifically, the Debtors offer rail boxcar services, container handling services, warehousing services, multiple shipping options (e.g., rail, truck, air, and international shipping), specialized material handling services, cross docking, handling, and packing services, beverage specialists and alcoholic beverages expertise services, and product care and protection services.

3. On November 19, 2025, the Court entered *Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) for Authority to (I) Maintain, Renew and Continue Insurance Policies and Programs and (II) Honor all Insurance Obligations* [Docket 39] (the "Insurance Order").

4. Pursuant to the Insurance Order, the Debtors are "further authorized, but not directed, to revise, extend, supplement, and/or modify their insurance coverage as needed, including without limitation, through the revision, modification, purchase, or renewal of new or existing Insurance Policies and Programs." See Insurance Order, at ¶ 4.

5. In the normal course of business, the Debtors are required to maintain, in current effect, insurance policies providing coverage essential for its operations.

6. FIRST is a division of a national bank engaged in the business of financing insurance premiums.

7. The Debtors seek authority to enter into the Finance Agreement with FIRST, whereby, upon Court approval, FIRST will provide insurance premium financing to the Debtors for the purchase of the following insurance policies: (a) commercial general liability coverage; (b) cargo coverage; and (c) property coverage (collectively, the "Financed Policies"). The Financed Policies are essential to the operation and preservation of the Debtors' business and

assets, and in many cases the coverage is required by various regulations, laws, and contracts governing the Debtors' business. Because it is not economically advantageous for the Debtors to pay the premiums on the Financed Policies on an annualized basis, from time to time, the Debtors finance the premiums on these Financed Policies in the ordinary course.

8. Under the Finance Agreement, the total amount of premiums, taxes, and fees is $394,554.07, for which the Debtors are required to make an initial down payment in the amount of $138,353.92, and the total amount to be financed is $256,200.15. Under the Finance Agreement, the Debtors will become obligated to pay FIRST the sum of $264,189.68 (which includes interest on the amount financed at 8.25% APR), in 8 monthly installments of $33,023.71 each. The monthly installment payments are due on the 1st day of each month commencing on September 1, 2026.

9. To secure the repayment of the total obligations, including any late charges, attorney's fees and expenses, and other costs under the Finance Agreement (collectively, the "Indebtedness"), the Debtors are required to grant and assign to FIRST a first-priority lien on, and a security interest in, the Financed Policies, including all returned premiums and unearned premiums and all other collateral as defined in the Finance Agreement (collectively, the "Finance Agreement Collateral"). [3]

10. Pursuant to the Finance Agreement, in the event of default, the Debtors irrevocably appoint FIRST as the Debtors' attorney-in-fact with full power of substitution and authority, to: (a) cancel the Financed Policies; (b) receive all sums assigned to it, including the Finance Agreement Collateral; and (c) execute and deliver, on the Debtors' behalf, all documents relating to the Financed Policies in furtherance of the Finance Agreement.

[3] The Finance Agreement provides that the loan terms are governed by the applicable federal law and Illinois law (to the extent not preempted by federal law).

11. As demonstrated by the importance of maintaining necessary insurance, and the preservation of cash flow by financing insurance premiums, it is in the best interest of the Debtors' estates for the Court to authorize the Debtors to enter into the Finance Agreement. Any alternative would likely require considerable cash expenditures and be detrimental to its restructuring efforts.

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: August 24, 2026

Respectfully submitted,

/s/ *Patrick Wynne*
Patrick Wynne
President and Member