UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
Counsel to the Debtors and Debtors in Possession

In Re:
PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,

Case No.: 25-22123-JKS

Chapter: 11

Hearing Date: September 1, 2026

Judge: John K. Sherwood

**APPLICATION FOR ORDER SHORTENING TIME**

The applicant Stephen B. Ravin (Saul Ewing LLP), on behalf of the Debtors requests that the time period to hear the Debtors' Bidding Procedures Motion as required by D.N.J. LBR 9013-2 be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Time is of the essence to commence the auction and sale process for all or substantially all of the Debtors’ assets.
2. A hearing is requested on or before:
   September 1, 2026.
3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: August 26, 2026

/s/ Stephen B. Ravin
Signature

*rev.5/19/2025*