**RIKER DANZIG LLP**
Joseph L. Schwartz
John J. Harmon
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
jschwartz@riker.com
jharmon@riker.com

*Counsel to East Coast Warehouse*
*and Distribution Corp.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF OF EAST COAST WAREHOUSE AND DISTRIBUTION CORP.**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and section 342 of title 11 of the United States Code, the attorneys listed below, as co-counsel to East Coast Warehouse and Distribution Corp. ("East Coast"), hereby request that all notices given or required to be given in the above-captioned jointly administered chapter 11 cases (the "Cases"), and all pleadings and other papers served or required to be served in the Cases, be given to and served on the following parties:

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**RIKER DANZIG LLP**
Joseph L. Schwartz (jschwartz@riker.com)
John J. Harmon (jharmon@riker.com)
Conor Barron (cbarron@riker.com)
John D. Stern (jstern@riker.com)
7 Giralda Farms, Suite 250
Madison, New Jersey 07940-1051
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

**BRADLEY ARANT BOULT CUMMINGS LLP**
Sean C. Kulka (sean.kulka@bradley.com)
1230 W Peachtree St NE,
Atlanta, Georgia 30309
Telephone: (404) 868-2757
Facsimile: (404) 868 2010

-and-

**ARNALL GOLDEN GREGORY LLP**
Michael C. Thaler (michael.thaler@agg.com)
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 870-5696
Facsimile: (404) 870-5697

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, digital transmission or otherwise, which affects the above-captioned Debtors or the property of the above-captioned Debtors.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Cases.

**PLEASE TAKE FURTHER NOTICE** that this notice and request shall not be deemed to waive any of East Coast's: (1) rights to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (2) rights to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases; (3) rights to have the reference withdrawn by the United States District Court; or (4) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which East Coast is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

August 27, 2026
Madison, New Jersey

**RIKER DANZIG LLP**

By: /s/ *Joseph L. Schwartz*

Joseph L. Schwartz
John J. Harmon
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
jschwartz@riker.com
jharmon@riker.com

*Counsel to East Coast Warehouse and Distribution Corp.*