**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***

**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

## CERTIFICATION OF SERVICE

1. I, Stephen B. Ravin:

☒ represent the Debtors in this matter.

☐ am the secretary/paralegal for ___________, who represents the _____________ in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On August 28, 2026, I sent a copy of the following to the parties on the attached list, via Overnight Mail.

**1. Application to Shorten Time**

**2. Signed Order Shortening Time (Scheduling a hearing for September 1, 2026)**

**3. Motion re: Debtors Motion for Entry of an Order (I) Authorizing and Approving Bidding Procedures for the Sale of all or Substantially all of the Debtors Assets, (II)**

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice thereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 28, 2026

/s/ *Stephen B. Ravin*
Signature

Office of the United States Trustee for the
District of NJ
Attn: Fran Steele
(Fran.B.Steele@usdoj.gov)
David Gerardi (David.Gerardi@usdoj.gov)
One Newark Center, Suite 2100
Newark, NJ 07102

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

First Business Specialty Finance, LLC
2400 E. Devon Avenue, Suite 211
Des Plaines, IL 60018

Laurie A. Martin Montplaisir
Krieg DeVault LLP
200 S. Wacker Drive Suite 600
Chicago, IL 60606

Seth Ptasiewicz
Kroll Heineman Ptasiewicz & Parsons, LLC
99 Wood Avenue South
Suite 307
Iselin, NJ 07726

Ilana Volkov
McGrail & Bensinger LLP
888-C 8th Avenue #107
New York, NY 10019

Thomas Michael Walsh
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

John S. Mairo, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102

Attn: David Weissman
F. Greek Bristol Properties, LP
1 Kimberly Road, Suite 105
East Brunswick, NJ 08816

Seagis East Rutherford, LLC
100 Front St., Suite 1100
Conshohocken, PA 19428
Attn: Steven Pron

Ryder Transportation Services
2333 Ponce De Leon Blvd.
Coral Gables, FL 33134

Attn: Michael Mandell, Chairperson
F. Greek Bristol Properties, LP
1 Kimberly Road, Suite 105
East Brunswick, NJ 08816

Attn: David Weissman
DWS
100 Summer St., Suite 800
Boston, MA 02110

Attn: Dave Crane
David H. Stein
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S
Pmb 84356
New York, NY 10003-1502

Rebecca K. McDowell
Thomas B. O'Connell
Saldutti Law Group
1040 Kings Highway North
Suite 100
Cherry Hill, NJ 08034

Robert Malone
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Kyle McEvilly
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
Amanda R Simone
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Brett S. Theisen
Gibbons PC
One Gateway Center

Newark, NJ 07102-5310
Christopher P. Anton
FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102

Weltman, Weinberg & Reis Co.
Attn: Garry Masterson
5990 West Creek Rd
Suite 200
Independence, OH 44131

City of Philadelphia
Law Department Tax Litigation &
Collections Unit
1401 JFK Blvd., 5th Floor, Room 580
Philadelphia, PA
19102-1595

Dundon Advisers LLC
Ten Bank Street
Suite 1100
White Plains, NY 10606

Joseph Casello
Collins, Vella & Casello
2430 Route 34 B12
Manasquan, NJ 08736

Pamela Elchert Thurmond
City of Philadelphia
1401 John F. Kennedy Blvd.
Room 580
Philadelphia, PA 19102

Eric M. Ferrante
Nixon Peabody LLP
211 High Point Drive
Suite 110
Victor, NY 14564-1061

James F. Moscagiuri
Lavery, Selvaggi, Abromitis & Cohen
1500 Rte 517
Hackettstown, NJ 07840

Attorney General's Office of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
Trenton NJ 08625

Department of the Treasury –
Division of Taxation for New Jersey
3 John Fitch Way
Trenton, NJ 08695

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Riker Danzig LLP
7 Giralda Farms
Suite 250, Madison, NJ 07940-1051
Attn: Joseph L. Schwartz
(jschwartz@riker.com)
John Harmon (jharmon@riker.com)

Bradley Arant Boult Cummings LLP
Promenade Tower
1230 Peachtree Street NE
Atlanta, Georgia 30309,
Attn. Sean C. Kulka
(sean.kulka@bradley.com)

Leslie Carol Heilman
Ballard Spahr LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE

Auxilior Capital Partners, Inc.
c/o Wright Law Group, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Attn: Robert M. Kline (rmk@replevin.com)

HYG Financial Services, Inc., Wells Fargo
Vendor Financial Services, LLC
c/o McCarter & English, LLP
100 Mulberry Street
Newark, New Jersey 07102
Attn: Joseph Lubertazzi, Jr.
(jlubertazzi@mccarter.com)

First Business Specialty Finance, LLC
c/o Krieg DeVault LLP
200 S. Wacker Drive Suite 600
Chicago, IL 60606
Attn: Laurie A. Martin Montplaisir
(lmontplaisir@kdlegal.com)

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Securities Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Environmental Protection Agency, Region 2
290 Broadway, 17th Floor 2
New York, NY 10007-1866

Social Security Administration
Office of the General Counsel
Office of Program Ligitation
ATTN: Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235

U.S. Small Business Administration
ATTN: District Counsel
Two Gateway Center, Suite 1002
Newark, NJ 07102

New Jersey Motor Vehicle Commission
Administrative Unit
225 East State Street
PO Box 136
Trenton, NJ 08666

Department of Environmental Protection
Office of Record Access
ATTN: NJDEP Bankruptcy Coordinator
401 East State St., 6th Floor West
PO Box 420, Mail Code 401-06Q,
Trenton, NJ 08625-0420

US Environmental Protection Agency
Region III
Office of Regional Counsel
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2852
Attn: Bettina Dunn, Paralegal Specialist
(3RC60)
Bankruptcy Coordinator

Georgia Environmental Protection Division
2 Martin Luther King Jr. Drive SE
Suite 1456, East Tower
Atlanta, GA 30334

Office of the Attorney General of Georgia
40 Capitol Square SW
Atlanta, GA 30334

Pennsylvania Office of Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 17120

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580