# EXHIBIT C

## Detail Time Entries by Category

Cambridge
Financial Services

July 31, 2026

The Judge Organization DIP
13 Manor Road
East Rutherford, NJ 07073

Invoice # 23703

FOR CONSULTING SERVICES DURING THE PERIOD: 7/1/2026 TO 7/31/2026

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ multiple conferences on sale of business/ conference w/attorneys/accountants/ client | 1.30<br>500.00/hr | 650.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call Saul Ewing: Up date ECW; Elite: Fredrick Structure of sale EIDL decision re: Lein on P Judge LLC Only Merchant Bank lein on outstanding AR behind 1st Business. ECW Due Diligence | 1.40<br>400.00/hr | 560.00 |
| | JC | UCC Credit Committee- May Month Cash Flow variance report | 0.40<br>400.00/hr | 160.00 |
| | JC | UST Reports Meetings- Vendor Payments June 1-31 | 1.30<br>400.00/hr | 520.00 |
| 7/2/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ conference w/attorneys/accountants/ East Coast on due diligence items | 1.20<br>500.00/hr | 600.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Vendor payments June Month Vendor report 5/1-5/31 Consolidated Forecast Seagis; mgmt fees 2025-Pre Petition determinationECW Due Diligence | 1.80<br>400.00/hr | 720.00 |
| | JC | UCC Credit Committee- Reveue Cash Flow Month Variance report-May 15 | 0.90<br>400.00/hr | 360.00 |
| | JC | UST Reports Meetings- Vendor Payments May 1-31 | 1.20<br>400.00/hr | 480.00 |
| 7/6/2026 | JC | Business Operations- Cash Flow Forecast thru 3/31 Zoom Call with East Coast-UCC Attorneys Due Diligence List; Critical items Plante Moran " 3 items APA restrictions Vendor Payments June Month Core Schedule up date Cash Flow forecast August 31 First Business purchases June month/June YTD | 2.80<br>400.00/hr | 1,120.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments June Trustee Fees | 1.30<br>400.00/hr | 520.00 |
| | JC | UCC Credit Committee- Revenue Cash Flow Variance report month : June | 0.70<br>400.00/hr | 280.00 |
| 7/7/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Review Consolidated Forecast -08/29 Update Due Diligence Review Cure Schedule-revise Core Schedule -AP Pre-Petition Related Facilities Pre Petition exposure | 2.40<br>400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Discuss Cash Flow Varaance report with UCC | 1.30<br>400.00/hr | 520.00 |
| | JC | UST Reports Meetings- Forward/discuss Ledger-Vendor Payments June | 1.60<br>400.00/hr | 640.00 |

The Judge Organization DIP



| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call SE re: Plante Moran Cash Flow update: Payroll; Vendor Payments Status of business -trending Elite Warehouse APA Proposal First Business purchases ; >90 days | 2.30<br>400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Complete Updated cash Flow forecast 08/29 | 1.80<br>400.00/hr | 720.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments May MOR | 0.90<br>400.00/hr | 360.00 |
| 7/9/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Due Diligence Requests Core Schedule Lease verifications/details Critical Vendors Consolidated Cash Flow June Month Fredrick Companies Bristol Tour | 3.20<br>400.00/hr | 1,280.00 |
| | JC | UCC Credit Committee- Discuss verify cash Flow Forecast 08/29 | 0.50<br>400.00/hr | 200.00 |
| | JC | UST Reports Meetings-General Ledger-Vendor Payments June Estimate UST fees March YTD | 1.60<br>400.00/hr | 640.00 |
| 7/10/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ conference w/attorneys | 1.90<br>500.00/hr | 950.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Fredrick visit -North Jersey/ SavannahDue Diligence ECW- Judgements Core Schedule Lease/Contract validation Pointe Maron Due Diligence List | 3.00<br>400.00/hr | 1,200.00 |
| | JC | UCC Credit Committee- Discuss variance reports-Forecast | 0.80<br>400.00/hr | 320.00 |
| 7/13/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Follow up re:East Coast data requests Environment; W9's/Census; Intellectual Property Discuss ECW APA Status-contingencies Fredrick potential LOI | 3.10<br>400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee Variance reports | 1.10<br>400.00/hr | 440.00 |
| | JC | UST Reports Meetings- General Ledger-confirm Vendor Payments w/ June | 0.70<br>400.00/hr | 280.00 |
| 7/14/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Complete June month Vendor report Due Diligence requests First Business Purchases / Trend to ECW Employment Contracts Cash Flow Up date: Vendors/Payroll/Purchases Core Schedule Validation requests | 3.30<br>400.00/hr | 1,320.00 |
| | JC | UCC Credit Committee- Status of pending APA's | 1.60<br>400.00/hr | 640.00 |
| 7/15/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Forward competed vendor payments to Sofia Update Consolidated Forecast through 7/10 Review open due diligence items Core Schedule Validation First Business over 90 policy change Proof of Cash _Chase accounts | 2.40<br>400.00/hr | 960.00 |

The Judge Organization DIP



| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/15/2026 | JC | UCC Credit Committee- Review Cash Flow Projections 08/29 | 1.10<br>400.00/hr | 440.00 |
| | JC | UST Reports Meetings-Trustee Fee calculations/verification | 1.20<br>400.00/hr | 480.00 |
| 7/16/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule daily payments | 0.30<br>400.00/hr | 120.00 |
| 7/17/2026 | JC | Business Operations- Confirm cash receipts-payment schedule vendor payments June Month Vendor report 6/1-6/30 Consolidated Forecast IP-Global >90 days ECW Due Diligence | 1.80<br>400.00/hr | 720.00 |
| | JC | UCC Credit Committee- Review Cash Flow Month Variance report-July15 | 0.60<br>400.00/hr | 240.00 |
| | JC | UST Reports Meetings- Professional Fees 6th Application Professional Fees 2nd | 0.80<br>400.00/hr | 320.00 |
| 7/20/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ prep for call/ conference w/attorneys/accountants/ client on sale of biz | 1.70<br>500.00/hr | 850.00 |
| | JC | Business Operations- Cash Flow Forecast thru 3/31 Zoom Call swith East Coast-Business Up date Status of business; Key customers; Savannah; CBI; Sylvamo; IP-Global;Union; Personnel Vendor Payments June Month Core Schedule Update Revenue Cash Flow variance report Zoom Call Saul Ewing ECW APA/ Elite/Fredrick | 3.40<br>400.00/hr | 1,360.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments June Trustee Fees -Status | 1.60<br>400.00/hr | 640.00 |
| | JC | UCC Credit Committee- Revenue Cash Flow Variance report month : June | 0.40<br>400.00/hr | 160.00 |
| 7/21/2026 | NBJ | FINANCING & CASH COLLATERAL: prep for bank meeting/ meeting w/bank on financing | 2.50<br>500.00/hr | 1,250.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call w/ Plante Moran/ECW ECW APA; Chase Accounts reconciliation Review Consolidated Forecast -08/29 Update Due Diligence Review Cure Schedule-revise | 3.60<br>400.00/hr | 1,440.00 |
| | JC | UCC Credit Committee- Review Revenue Cash Flow Variance report | 0.60<br>400.00/hr | 240.00 |
| | JC | UST Reports Meetings- Forward/discuss Ledger-Vendor Payments June Professional Fees | 0.90<br>400.00/hr | 360.00 |
| 7/22/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Cash Flow update: Payroll; Vendor Payments First Business purchases ; >90 days AR > 90 Days...re: cash Flow AR > 90 Days DIP- Pre-Petition | 2.20<br>400.00/hr | 880.00 |
| | JC | UCC Credit Committee-Complete Updated cash Flow forecast 08/29 | 0.90<br>400.00/hr | 360.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments June MOR | 0.80<br>400.00/hr | 320.00 |

The Judge Organization DIP



| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/23/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Due Diligence Requests- IT Vendors Core Schedule Lease verifications/details- Security deposits AP schedules Consolidated Cash Flow June Month Vendor Payments July MTD | 3.10<br>400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee Verify cash Flow Forecast 08/29 | 0.60<br>400.00/hr | 240.00 |
| | JC | UST Reports Meetings- Professional UST fees March YTD; 6th Application | 1.60<br>400.00/hr | 640.00 |
| 7/24/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule AP schedule - IT Contracts PointeMaron Due Diligence List Vendor Payments; Payroll; O/O 1st Business Purchases | 3.10<br>400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee- Review Cash Fow variance reports- Forecast | 0.60<br>400.00/hr | 240.00 |
| | JC | UCC Credit Committee- Status UST Fees from UCC account | 0.70<br>400.00/hr | 280.00 |
| | JC | UST Reports Meetings- Professional Fees- 6th Application; 2 Interim payment; UST Fees | 0.90<br>400.00/hr | 360.00 |
| 7/28/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom Call reliance Partners-Liability Insurance Increase + 35%; 600k Deposit 7/31 Details on open reserves; Premium 1.6-2.2m/ year bankruptcy/Claims/NJ State Follow up re:East Coast data requests Due Diligence : W9's/Census; Intellectual Property/ IT discuss ECW APA Status-contingencies Agile Finanace Company: Reliance Partners | 3.20<br>400.00/hr | 1,280.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Details on Reliance Insurance policy Due Diligence requests First Business Purchases/Payroll/Vendor Payments Cash Flow requirements w/ Insurance premium 7/31 Cash Flow Up date: Vendors/Payroll/Purchases Core Schedule Landlord Security Deposits | 3.50<br>400.00/hr | 1,400.00 |
| | JC | UCC Credit Committee- Status of pending APA's/ Professional Fees | 0.40<br>400.00/hr | 160.00 |
| 7/29/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Court Approval- New Insurance Policy: Initial Motion vendor payments/Payroll/ O/O / Purchases MTD Review open due diligence items AP Schedules Requests First Business over 90 exposure IT Vendor Contracts | 3.10<br>400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee- Review Cash Flow Projections 9/30 | 0.40<br>400.00/hr | 160.00 |
| | JC | UST Reports Meetings-Trustee Fee March 31 payment schedule | 0.60<br>400.00/hr | 240.00 |
| 7/30/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Reliance Insurance Auto Liability deposit-600k First Business Over advance approval-100k Warehouse Liability Insurance deposit: 120k Forward competed | 3.80<br>400.00/hr | 1,520.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | vendor payments to Sofia Update Consolidated Forecast through 9/30 Review open due diligence items: IT First Business over 90 payments; Reserve | | |
| 7/30/2026 | JC | UCC Credit Committee- Prepare Cash Flow Projections 9/30 | 0.40<br>400.00/hr | 160.00 |
| | JC | UST Reports Meetings- Professional Fees/ Truste Fee differal | 0.30<br>400.00/hr | 120.00 |
| 7/31/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call w/ Saul Ewing Deposit to Reliance Partners 350k Confirmation /coordination 1st Business Advance Zoom Call w/ CBI Disclosure ECW APA prior to submittal Issues/Concerns/Competitor involvement/ Restructuring Option Update Consolidated Forecast through 9/30 Review open due diligence items: Outside staffing Vendors First Business over 90 payments: status-reserve | 2.40<br>400.00/hr | 960.00 |
| | JC | UST Reports Meetings-Professional Fees/ Truste Fee differal | 1.20<br>400.00/hr | 480.00 |
| | | For professional services rendered | 102.10 | $41,700.00 |

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Case Administration - **NBJ** | 0 | $0 |
| | Case Administration - **JC** | 0 | $0 |
| 2. | Financing and Cash Flow - **NBJ** | 2.50 | $1,250 |
| | Financing and Cash Flow – **JC** | 0 | $0 |
| 3. | Business Operations - **NBJ** | 6.1 | $3,050 |
| | Business Operations - **JC** | 59.2 | $23,680 |
| 4. | Fee Application - **NBJ** | 0 | $0 |
| | Fee Application – **JC** | 0 | $0 |
| 5. | Creditors Inquires - **NBJ** | 0 | $0 |
| | Creditors Inquires – **JC** | 0 | $0 |
| 6. | UST Reports Meetings – **NBJ** | 0 | $0 |
| | UST Reports Meetings - **JC** | 18.2 | $7,400 |
| 7. | Litigation - **NBJ** | 0 | $0 |
| | Litigation - **JC** | 0 | $0 |
| 8. | Statements & Schedules - **NBJ** | 0 | $0 |
| | Statements & Schedules - **JC** | 0 | $0 |
| 9. | Credit Committee Administration - **NBJ** | 0 | $0 |
| | Credit Committee Administration - **JC** | 15.8 | $6,320 |
| 10. | Mileage - **NBJ** | 0 | $0 |
| | Mileage - **JC** | 0 | $0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **Total:** | | |
| | | **Grand Total** | **$41,700.00** |
| | | **80% of Total Compensation** | **$33,360.00** |
| | | | |