# EXHIBIT C

## Detail Time Entries by Category

forvis mazars

Judge Organization, LLC et. al.
Attn: Richard Brogan
13 Manor Road
East Rutherford NJ 07073

| | |
|---|---|
| Date: | 8/18/2026 |
| Page: | 1 |
| Client No: | 2621202 |
| Invoice No: | 3001801 |

---

| | |
|---|---|
| For professional services rendered July 1st to July 31st | 8,015.44 |
| • Amex Shipping Agent | |
| For professional services rendered July 1st to July 31st | 3,646.12 |
| • Judge Organization, LLC | |
| For professional services rendered July 1st to July 31st | 29,696.63 |
| • P. Judge & Sons, Inc. | |
| For professional services rendered July 1st to July 31st | 27,048.00 |
| • Port Elizabeth Terminal & Warehouse Corp | |
| For professional services rendered July 1st to July 31st | 15,987.56 |
| • P. Judge and Sons Trucking, LLC | |
| For professional services rendered July 1st to July 31st | 15,633.19 |
| • Judge Warehousing, LLC | |
| >> Fees related to dataroom access July 2026 | 500.00 |
| Invoice Total | $ 100,526.94 |

Invoices are due upon receipt and assessed a finance charge after 32 days past due unless detailed in engagement letter.
Payment options are included below. Please reference the client and invoice number with your payment.

**Through Client Payment Portal at:**
https://www.e-billexpress.com/ebpp/ForvisMazars/Login/Index

**Forvis Mazars LLP**
**By ACH or WIRE to either account:**
Bank: Wells Fargo ABA: 121000248
Account: 2000019793733
**OR**
Bank: Wells Fargo ABA: 121000248
Account: 4556643740

**By mail to either of the following addresses:**
Forvis Mazars LLP
PO Box 602828
Charlotte, NC 28260-2828
**OR**
Forvis Mazars LLP
PO Box 200870
Dallas, TX 75320-0870

**Jul-26**
**Summary of Fees - By Category**

| Category | Staff Name | Sum of Hours | Sum of Total |
|---|---|---|---|
| Asset Disposition | Cordero, Sofia | 32.75 | 31,120.69 |
| | Hamernik, Kevin J | 3.00 | 2,472.75 |
| | Unkles, Edward | 15.75 | 8,268.75 |
| Asset Disposition Total | | 51.50 | 41,862.19 |
| Business Operations | Celis Burgos, Hilary | 22.25 | 8,877.75 |
| | Cordero, Sofia | 8.50 | 8,077.13 |
| | Hamernik, Kevin J | 1.00 | 824.25 |
| | Mejia, Antonio | 35.25 | 5,551.88 |
| | Nava, Edgar | 5.50 | 635.25 |
| | Shah, Paru | 10.00 | 5,722.50 |
| | Unkles, Edward | 1.50 | 787.50 |
| Business Operations Total | | 84.00 | 30,476.25 |
| Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 1.25 | 1,187.81 |
| | Shah, Paru | 0.50 | 286.13 |
| | Unkles, Edward | 7.75 | 4,068.75 |
| Fee/Employment Applications (Other Professionals) Total | | 9.50 | 5,542.69 |
| UST Reports & Meetings | Celis Burgos, Hilary | 0.25 | 99.75 |
| | Cordero, Sofia | 1.50 | 1,425.38 |
| | Hamernik, Kevin J | 5.75 | 4,739.44 |
| | Unkles, Edward | 30.25 | 15,881.25 |
| UST Reports & Meetings Total | | 37.75 | 22,145.81 |
| **Grand Total** | | **182.75** | **100,026.94** |

| | |
|---|---|
| >>Fees related to dataroom access July 2026 | 500.00 |
| | **100,526.94** |

**Jul-26**
**Summary of Fees - By Entity and Category**

| Client Name | Category | Staff Name | Sum of Hours | Sum of Total |
|---|---|---|---|---|
| Amex Shipping Agent, Inc. | Asset Disposition | Cordero, Sofia | 3.75 | 3,563.44 |
| | Asset Disposition Total | | 3.75 | 3,563.44 |
| | Business Operations | Celis Burgos, Hilary | 4.25 | 1,695.75 |
| | | Cordero, Sofia | 0.50 | 475.13 |
| | | Mejia, Antonio | 0.25 | 39.38 |
| | | Shah, Paru | 0.75 | 429.19 |
| | Business Operations Total | | 5.75 | 2,639.44 |
| | Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 0.25 | 237.56 |
| | | Unkles, Edward | 2.00 | 1,050.00 |
| | Fee/Employment Applications (Other Professionals) Total | | 2.25 | 1,287.56 |
| | UST Reports & Meetings | Unkles, Edward | 1.00 | 525.00 |
| | UST Reports & Meetings Total | | 1.00 | 525.00 |
| ` | | | 12.75 | 8,015.44 |
| Judge Organization, LLC | Asset Disposition | Cordero, Sofia | 2.50 | 2,375.63 |
| | | Unkles, Edward | 0.50 | 262.50 |
| | Asset Disposition Total | | 3.00 | 2,638.13 |
| | Business Operations | Cordero, Sofia | 0.50 | 475.13 |
| | | Mejia, Antonio | 0.25 | 39.38 |
| | Business Operations Total | | 0.75 | 514.50 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 0.75 | 393.75 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.75 | 393.75 |
| | UST Reports & Meetings | Celis Burgos, Hilary | 0.25 | 99.75 |
| | UST Reports & Meetings Total | | 0.25 | 99.75 |
| ` | | | 4.75 | 3,646.13 |
| Judge Warehousing, LLC | Asset Disposition | Cordero, Sofia | 5.25 | 4,988.81 |
| | | Hamernik, Kevin J | 0.50 | 412.13 |
| | | Unkles, Edward | 3.00 | 1,575.00 |
| | Asset Disposition Total | | 8.75 | 6,975.94 |
| | Business Operations | Celis Burgos, Hilary | 3.25 | 1,296.75 |
| | | Cordero, Sofia | 1.00 | 950.25 |
| | | Hamernik, Kevin J | 0.25 | 206.06 |
| | | Mejia, Antonio | 3.50 | 551.25 |
| | | Shah, Paru | 1.25 | 715.31 |
| | Business Operations Total | | 9.25 | 3,719.63 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 0.50 | 262.50 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.50 | 262.50 |
| | UST Reports & Meetings | Cordero, Sofia | 0.50 | 475.13 |
| | | Unkles, Edward | 8.00 | 4,200.00 |
| | UST Reports & Meetings Total | | 8.50 | 4,675.13 |
| ` | | | 27.00 | 15,633.19 |
| P. Judge & Sons, Inc. | Asset Disposition | Cordero, Sofia | 9.50 | 9,027.38 |
| | | Hamernik, Kevin J | 1.00 | 824.25 |
| | | Unkles, Edward | 4.25 | 2,231.25 |
| | Asset Disposition Total | | 14.75 | 12,082.88 |
| | Business Operations | Celis Burgos, Hilary | 6.00 | 2,394.00 |
| | | Cordero, Sofia | 4.00 | 3,801.00 |
| | | Mejia, Antonio | 21.50 | 3,386.25 |
| | | Nava, Edgar | 5.50 | 635.25 |
| | | Shah, Paru | 0.25 | 143.06 |
| | Business Operations Total | | 37.25 | 10,359.56 |
| | Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 0.50 | 475.13 |
| | | Shah, Paru | 0.50 | 286.13 |
| | | Unkles, Edward | 1.00 | 525.00 |
| | Fee/Employment Applications (Other Professionals) Total | | 2.00 | 1,286.25 |
| | UST Reports & Meetings | Cordero, Sofia | 0.50 | 475.13 |
| | | Hamernik, Kevin J | 1.25 | 1,030.31 |
| | | Unkles, Edward | 8.50 | 4,462.50 |
| | UST Reports & Meetings Total | | 10.25 | 5,967.94 |
| ` | | | 64.25 | 29,696.63 |
| P. Judge and Sons Trucking, LLC | Asset Disposition | Cordero, Sofia | 4.25 | 4,038.56 |
| | | Unkles, Edward | 1.50 | 787.50 |
| | Asset Disposition Total | | 5.75 | 4,826.06 |
| | Business Operations | Celis Burgos, Hilary | 2.50 | 997.50 |
| | | Cordero, Sofia | 0.25 | 237.56 |
| | | Mejia, Antonio | 1.00 | 157.50 |
| | | Shah, Paru | 3.25 | 1,859.81 |
| | Business Operations Total | | 7.00 | 3,252.38 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 1.50 | 787.50 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.50 | 787.50 |
| | UST Reports & Meetings | Hamernik, Kevin J | 4.50 | 3,709.13 |
| | | Unkles, Edward | 6.50 | 3,412.50 |
| | UST Reports & Meetings Total | | 11.00 | 7,121.63 |
| ` | | | 25.25 | 15,987.56 |
| Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Cordero, Sofia | 7.50 | 7,126.88 |
| | | Hamernik, Kevin J | 1.50 | 1,236.38 |

| | | | | |
|---|---|---|---|---|
| Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Unkles, Edward | 6.50 | 3,412.50 |
| | Asset Disposition Total | | 15.50 | 11,775.75 |
| | Business Operations | Celis Burgos, Hilary | 6.25 | 2,493.75 |
| | | Cordero, Sofia | 2.25 | 2,138.06 |
| | | Hamernik, Kevin J | 0.75 | 618.19 |
| | | Mejia, Antonio | 8.75 | 1,378.13 |
| | | Shah, Paru | 4.50 | 2,575.13 |
| | | Unkles, Edward | 1.50 | 787.50 |
| | Business Operations Total | | 24.00 | 9,990.75 |
| | Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 0.50 | 475.13 |
| | | Unkles, Edward | 2.00 | 1,050.00 |
| | Fee/Employment Applications (Other Professionals) Total | | 2.50 | 1,525.13 |
| | UST Reports & Meetings | Cordero, Sofia | 0.50 | 475.13 |
| | | Unkles, Edward | 6.25 | 3,281.25 |
| | UST Reports & Meetings Total | | 6.75 | 3,756.38 |
| ` | | | 48.75 | 27,048.00 |
| **Grand Total** | | | **182.75** | **100,026.94** |

| | |
|---|---|
| >>Fees related to dataroom access July 2026 | 500.00 |
| | **100,526.94** |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | call with Saul Euwing to go over list of diligence and pending items - new info in the portal for the formation and bylaws - jurisdictions - fixed assets- list of trailers - employee information | 7/1/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | call with Saul Euwing to go over list of diligence and pending items - new info in the portal for the formation and bylaws - jurisdictions - fixed assets- list of trailers - employee information - | 7/1/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | call with Saul Euwing to go over list of diligence and pending items - new info in the portal for the formation and bylaws - jurisdictions - fixed assets- list of trailers - employee information - | 7/1/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | call with Saul Euwing to go over list of diligence and pending items - new info in the portal for the formation and bylaws - jurisdictions - fixed assets- list of trailers - employee information - Judge Trucking | 7/1/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | call with Saul Euwing to go over list of diligence and pending items - new info in the portal for the formation and bylaws - jurisdictions - fixed assets- list of trailers - employee information - Judge Warehousing | 7/1/26 | 0.50 | 475.13 | 950.25 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Emails with legal to get update on sale status. | 7/1/26 | 0.25 | 206.06 | 824.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | May MORs | 7/1/26 | 3.50 | 1,837.50 | 525 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.07 I saved the Great americn invoice in the binder | 7/2/26 | 0.25 | 39.38 | 157.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | call with East Coast and additional items in the portal and follow ups with debtors on HR items | 7/2/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | call with East Coast and additional items in the portal and follow ups with debtors on HR items | 7/2/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | call with East Coast and additional items in the portal and follow ups with debtors on HR items - Judge Trucking | 7/2/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | call with East Coast and additional items in the portal and follow ups with debtors on HR items - Judge Trucking | 7/2/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | call with East Coast and additional items in the portal and follow ups with debtors on HR items - Judge Warehousing | 7/2/26 | 0.50 | 475.13 | 950.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Deal room management, uploads | 7/2/26 | 0.50 | 262.50 | 525 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Asset Disposition | R/review email from Stephen at Saul with amended ECW APA; emails to Sophia on waterfall and Joe re UST fees. | 7/2/26 | 0.50 | 412.13 | 824.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I redacted the bank statements and organized the files of th closing | 7/3/26 | 0.75 | 118.13 | 157.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.07 I redacted the bank statements and organized the files of th closing | 7/3/26 | 1.00 | 157.50 | 157.5 |
| Mejia, Antonio | Amex Shipping Agent, Inc. | Business Operations | 26.07 I redacted the bank statements and organized the files of th closing AMEX | 7/3/26 | 0.25 | 39.38 | 157.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I redacted the bank statements and organized the files of th closing ORG | 7/3/26 | 0.25 | 39.38 | 157.5 |
| Mejia, Antonio | Judge Organization, LLC | Business Operations | 26.07 I redacted the bank statements and organized the files of th closing TRK | 7/3/26 | 0.25 | 39.38 | 157.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.07 I redacted the bank statements and organized the files of th closing WHS | 7/3/26 | 0.50 | 78.75 | 157.5 |
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.07 Cash Summary, First Business Reconciliation, delete JE and zero out balances for new new info coming on July 2026 | 7/6/26 | 5.50 | 635.25 | 115.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.07 I roll forwarded the Judge binder and also set up the binder | 7/6/26 | 2.50 | 393.75 | 157.5 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 7/6/26 | 0.50 | 262.50 | 525 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | meeting with Joe on DD items and contracts for the data room | 7/6/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | meeting with Joe on DD items and contracts for the data room | 7/6/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | meeting with Joe on DD items and contracts for the data room- | 7/6/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | meeting with Joe on DD items and contracts for the data room- Judge Trucking | 7/6/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | meeting with Joe on DD items and contracts for the data room- Judge Warehousing | 7/6/26 | 0.50 | 475.13 | 950.25 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.07 I worked on the Sale binder saving some files | 7/7/26 | 0.50 | 78.75 | 157.5 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| May MOR | 7/7/26 | 3.00 | 1,575.00 | 525 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| May MOR | 7/7/26 | 3.00 | 1,575.00 | 525 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | meeting with shareholders to go over financials and items to present to the bank for May 2026 | 7/7/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | meeting with shareholders to go over financials and items to present to the bank for May 2026 | 7/7/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | meeting with shareholders to go over financials and items to present to the bank for May 2026 | 7/7/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | meeting with shareholders to go over financials and items to present to the bank for May 2026- Judge Trucking | 7/7/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | meeting with shareholders to go over financials and items to present to the bank for May 2026- Judge Warehousing | 7/7/26 | 0.25 | 237.56 | 950.25 |
| Celis Burgos, Hilary | P. Judge & Sons, Inc. | Business Operations | reviewed reports received, addressed emails | 7/7/26 | 0.25 | 99.75 | 399 |
| Celis Burgos, Hilary | Judge Organization, LLC | UST Reports & Meetings | Addressed Ed's AR question | 7/8/26 | 0.25 | 99.75 | 399 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Call with Paru to go over leases and insurance, emailed client insurance updated AJEs | 7/8/26 | 0.50 | 199.50 | 399 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| May MOR | 7/8/26 | 2.00 | 1,050.00 | 525 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| May MOR | 7/8/26 | 1.50 | 787.50 | 525 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| May MOR, call w Sofia | 7/8/26 | 1.00 | 525.00 | 525 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | WC insurance monthly JE. Meet with Hilary. | 7/8/26 | 0.25 | 143.06 | 572.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Deal room management | 7/9/26 | 0.50 | 262.50 | 525 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.07 I saved information in the binder | 7/10/26 | 0.25 | 39.38 | 157.5 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.07 I saved information in the binder | 7/10/26 | 0.25 | 39.38 | 157.5 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Judge \| Call w counsel | 7/10/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 7/10/26 | 0.50 | 262.50 | 525 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Standing weekly call and discussion about buyers. | 7/10/26 | 0.50 | 412.13 | 824.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | weekly meeting and updates with counsel - additional information in data room related to DD list | 7/10/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | weekly meeting and updates with counsel - additional information in data room related to DD list | 7/10/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | weekly meeting and updates with counsel - additional information in data room related to DD list | 7/10/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | weekly meeting and updates with counsel - additional information in data room related to DD list - Judge Warehousing | 7/10/26 | 0.25 | 237.56 | 950.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I saved information in the SALE binder | 7/13/26 | 0.50 | 78.75 | 157.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I worked on the TR binder related to notes to file and also FA | 7/13/26 | 2.50 | 393.75 | 157.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | information follow up for return and call with Pat Wynne | 7/13/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | Information for DD list and additional files for HR and claims | 7/13/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Information for DD list and additional files for HR and claims | 7/13/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Information for DD list and additional files for HR and claims | 7/13/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | Information for DD list and additional files for HR and claims- Judge Trucking | 7/13/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | Information for DD list and additional files for HR and claims- Judge Warehousing | 7/13/26 | 0.25 | 237.56 | 950.25 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Business Operations | Inquiry of counsel on plan extension. Emails. | 7/13/26 | 0.25 | 206.06 | 824.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 7/13/26 | 0.50 | 262.50 | 525 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I saved information in the binder | 7/14/26 | 0.75 | 118.13 | 157.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I worked on the TR prep | 7/14/26 | 4.25 | 669.38 | 157.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Call with East Coast and follow up items for DD list including financials for previous 5 years and rent adjustments and reconciliations to the May financials | 7/14/26 | 0.50 | 475.13 | 950.25 |
| Unkles, Edward | Judge Organization, LLC | Asset Disposition | Judge \| Deal room management | 7/14/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge \| Deal room reporting to Saul Ewing | 7/14/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Judge \| June Billing | 7/14/26 | 1.50 | 787.50 | 525 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| May MOR | 7/14/26 | 1.00 | 525.00 | 525 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | MOR review; r/r time for June bill and rate discrepancies | 7/14/26 | 2.50 | 2,060.63 | 824.25 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.07 I saved information in the binder | 7/15/26 | 0.50 | 78.75 | 157.5 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I worked on the state allocation from PJS | 7/15/26 | 4.75 | 748.13 | 157.5 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Emails, chat. Look into propane refund received for 2024. | 7/15/26 | 0.25 | 143.06 | 572.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 7/15/26 | 0.75 | 393.75 | 525 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| May MOR questions from KH | 7/15/26 | 0.75 | 393.75 | 525 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| May MOR questions from KH | 7/15/26 | 1.50 | 787.50 | 525 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | MOR review | 7/15/26 | 2.00 | 1,648.50 | 824.25 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | questions on MOR with Ed to wrap up- Judge Warehousing | 7/15/26 | 0.50 | 475.13 | 950.25 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.07 I saved information in the June binder | 7/16/26 | 0.50 | 78.75 | 157.5 |
| Unkles, Edward | Judge Organization, LLC | Fee/Employment Applications (Other Professionals) | Judge \| Call w Sofia re June Billing | 7/16/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| Call w Sofia re May MORs | 7/16/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| May MOR questions from KH | 7/16/26 | 1.50 | 787.50 | 525 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Fee/Employment Applications (Other Professionals) | Judge \| Upates to June Billing | 7/16/26 | 1.00 | 525.00 | 525 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | questions on MOR with Ed to wrap up | 7/16/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | questions on MOR with Ed to wrap up | 7/16/26 | 0.50 | 475.13 | 950.25 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.07 I saved infroamtion in the binder | 7/17/26 | 0.50 | 78.75 | 157.5 |
| Unkles, Edward | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Judge \| Final June bill, send to mariam | 7/17/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge \| May MOR call w KH | 7/17/26 | 1.00 | 525.00 | 525 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| May MOR finalisation and provide to mariam | 7/17/26 | 2.00 | 1,050.00 | 525 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | Work with Ed to finalize MORs. R/r amended APA. | 7/17/26 | 1.25 | 1,030.31 | 824.25 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | contracts for diligence follow ups | 7/20/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | contracts for diligence follow ups | 7/20/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | contracts for diligence follow ups - Judge Warehousing | 7/20/26 | 1.00 | 950.25 | 950.25 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Asset Disposition | Correspondence with Sofia re Joe interest in discussing restructuring. Standing weekly call re APA and issues. | 7/20/26 | 1.00 | 824.25 | 824.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Judge \| Call w Counsel | 7/20/26 | 1.00 | 525.00 | 525 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Deal room management | 7/20/26 | 0.50 | 262.50 | 525 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | June Closing - Setup TBs and operating reports | 7/20/26 | 3.25 | 1,296.75 | 399 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Updates with counsel and management for diligence | 7/20/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | Judge Organization, LLC | Business Operations | Updates with counsel and management for diligence | 7/20/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Updates with counsel and management for diligence | 7/20/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Updates with counsel and management for diligence | 7/20/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Updates with counsel and management for diligence - Judge Warehousing | 7/20/26 | 0.50 | 475.13 | 950.25 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.07 I helped Hilary with some questions on Judge closing | 7/21/26 | 0.25 | 39.38 | 157.5 |
| Mejia, Antonio | P. Judge and Sons Trucking, LLC | Business Operations | 26.07 I sent information to Sofia for the legal team | 7/21/26 | 0.50 | 78.75 | 157.5 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Call with Plant Moran on questions for QOE and follow ups - provided additional information for loan rollforward and cash proof | 7/21/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Call with Plant Moran on questions for QOE and follow ups - provided additional information for loan rollforward and cash proof | 7/21/26 | 1.00 | 950.25 | 950.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Judge \| Corrs w Sofia, Mariam | 7/21/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Deal room management | 7/21/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Prep June MORs | 7/21/26 | 1.50 | 787.50 | 525 |
| Celis Burgos, Hilary | Amex Shipping Agent, Inc. | Business Operations | Judge closing WPs | 7/21/26 | 3.00 | 1,197.00 | 399 |
| Celis Burgos, Hilary | P. Judge & Sons, Inc. | Business Operations | June Closing WPs | 7/21/26 | 3.25 | 1,296.75 | 399 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Waterfall calculation and updates | 7/21/26 | 1.00 | 950.25 | 950.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge \| Call w SC re schedules for APA | 7/22/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge \| Deal room management | 7/22/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Preparing supporting files for APA schedules, corrs w Sofia | 7/22/26 | 2.00 | 1,050.00 | 525 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Responsive to Sofia on APA schedules 0.25 | 7/22/26 | 0.25 | 206.06 | 824.25 |
| Cordero, Sofia | Judge Organization, LLC | Asset Disposition | Schedules for APA - | 7/22/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Schedules for APA - | 7/22/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Schedules for APA - | 7/22/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | Schedules for APA - Judge Warehousing | 7/22/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I ran the reports required by Sofia | 7/23/26 | 0.25 | 39.38 | 157.5 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Prep June MORs | 7/23/26 | 2.00 | 1,050.00 | 525 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Preparing supporting files for APA schedules, corrs w Sofia | 7/23/26 | 1.50 | 787.50 | 525 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | Schedules for APA - | 7/23/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | Schedules for APA - Judge Trucking | 7/23/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I ran some reports that Sofia needed | 7/24/26 | 0.75 | 118.13 | 157.5 |
| Unkles, Edward | Judge Organization, LLC | Fee/Employment Applications (Other Professionals) | Judge \| Call w Sofia re professional fees in MORs | 7/24/26 | 0.25 | 131.25 | 525 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Call w Sofia to discuss waterfall, review APA for deposit treatment | 7/24/26 | 1.00 | 525.00 | 525 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge \| Review waterfall calcs, call w Sofia & KH re same | 7/24/26 | 1.50 | 787.50 | 525 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | TM with Sofia and Ed on waterall 1.0. R/r emails from Saul re leases and deposits. | 7/24/26 | 1.25 | 1,030.31 | 824.25 |
| Celis Burgos, Hilary | Judge Warehousing, LLC | Business Operations | TRK & WHS Judge Closing wps | 7/24/26 | 3.25 | 1,296.75 | 399 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Waterfall follows ups | 7/24/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Judge Organization, LLC | Asset Disposition | Waterfall update with Kevin and Ed and follow ups with management on security deposits and counsel | 7/24/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Waterfall update with Kevin and Ed and follow ups with management on security deposits and counsel | 7/24/26 | 1.00 | 950.25 | 950.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 25.07 I saved some information in the binder | 7/27/26 | 0.25 | 39.38 | 157.5 |
| Shah, Paru | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Emails. Discuss with Hilary status and timing for review. Questions from Hilary on professional fees. | 7/27/26 | 0.50 | 286.13 | 572.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | Information for APA schedules | 7/27/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Information for APA schedules | 7/27/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Information for APA schedules | 7/27/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | Information for APA schedules- Judge Trucking | 7/27/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | Information for APA schedules- Judge Warehousing | 7/27/26 | 0.50 | 475.13 | 950.25 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Bank transactions for June | 7/27/26 | 1.50 | 787.50 | 525 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge \| Call w Sofia re material contracts, locating and adding files | 7/27/26 | 1.00 | 525.00 | 525 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge \| Deal room management | 7/27/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| June MOR set up | 7/27/26 | 0.50 | 262.50 | 525 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Total | Rate |
|---|---|---|---|---|---|---|---|
| Celis Burgos, Hilary | Amex Shipping Agent, Inc. | Business Operations | June closing | 7/27/26 | 1.25 | 498.75 | 399 |
| Celis Burgos, Hilary | P. Judge & Sons, Inc. | Business Operations | June closing | 7/27/26 | 2.50 | 997.50 | 399 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | June closing | 7/27/26 | 2.50 | 997.50 | 399 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | reviewed operating reports with Hilary and questions for Rich | 7/27/26 | 1.00 | 950.25 | 950.25 |
| Celis Burgos, Hilary | P. Judge and Sons Trucking, LLC | Business Operations | WHS and TRK June closing | 7/27/26 | 2.50 | 997.50 | 399 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.07 I saved informatio in the binder | 7/28/26 | 0.25 | 39.38 | 157.5 |
| Mejia, Antonio | Port Elizabeth Terminal & Warehouse Corp | Business Operations | 26.07 I worked on the Q2 closing | 7/28/26 | 2.75 | 433.13 | 157.5 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | additional contracts and information on cure schedules to update | 7/28/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | APA schedule support for counsel | 7/28/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | APA schedule support for counsel | 7/28/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | APA schedule support for counsel- Judge Trucking | 7/28/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | APA schedule support for counsel- Judge Warehousing | 7/28/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Cure schedule items and correspondence with counsel | 7/28/26 | 0.50 | 475.13 | 950.25 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| Bank transactions for June | 7/28/26 | 1.50 | 787.50 | 525 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Deal room management | 7/28/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Filed May MORs from SE, update tracker, ideals | 7/28/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| June MOR, employees | 7/28/26 | 0.50 | 262.50 | 525 |
| Shah, Paru | Amex Shipping Agent, Inc. | Business Operations | June closing | 7/28/26 | 0.50 | 286.13 | 572.25 |
| Shah, Paru | P. Judge and Sons Trucking, LLC | Business Operations | June closing | 7/28/26 | 2.00 | 1,144.50 | 572.25 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | June closing | 7/28/26 | 1.50 | 858.38 | 572.25 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | June closing | 7/28/26 | 1.50 | 858.38 | 572.25 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.07 I worked on the Q2 closing | 7/29/26 | 6.50 | 1,023.75 | 157.5 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.07 I worked on the Q2 FS | 7/29/26 | 1.75 | 275.63 | 157.5 |
| Cordero, Sofia | Judge Organization, LLC | Asset Disposition | APA schedule support for counsel | 7/29/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Closing for June adjustments with Antonio | 7/29/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Closing with team and questions | 7/29/26 | 1.00 | 950.25 | 950.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 7/29/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge \| Eighth monthly fee application | 7/29/26 | 2.00 | 1,050.00 | 525 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Judge \| Updated eighth monthly fee application | 7/29/26 | 0.50 | 262.50 | 525 |
| Shah, Paru | Amex Shipping Agent, Inc. | Business Operations | June closing | 7/29/26 | 0.25 | 143.06 | 572.25 |
| Shah, Paru | P. Judge and Sons Trucking, LLC | Business Operations | June closing. Meet with Sofia. Call with Antonio. | 7/29/26 | 1.25 | 715.31 | 572.25 |
| Shah, Paru | Judge Warehousing, LLC | Business Operations | June closing. Meet with Sofia. Call with Antonio. | 7/29/26 | 1.25 | 715.31 | 572.25 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | June closing. Meet with Sofia. Call with Antonio. | 7/29/26 | 1.25 | 715.31 | 572.25 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Fee/Employment Applications (Other Professionals) | Filing for fee application review | 7/30/26 | 0.25 | 237.56 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | Filing for fee application review | 7/30/26 | 0.50 | 475.13 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Filing for fee application review | 7/30/26 | 0.50 | 475.13 | 950.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Deal room management | 7/30/26 | 0.50 | 262.50 | 525 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Fee/Employment Applications (Other Professionals) | Judge \| Final eighth monthly fee application, provide to Mariam | 7/30/26 | 1.00 | 525.00 | 525 |
| Mejia, Antonio | Judge Warehousing, LLC | Business Operations | 26.07 I saved some informaiton in the binder | 7/31/26 | 1.00 | 157.50 | 157.5 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 7/31/26 | 0.50 | 262.50 | 525 |
| | | | | | 182.75 | 100,026.94 | |
| | | | >>Fees related to dataroom access July 2026 | | | 500.00 | |
| | | | | | | **100,526.94** | |