# EXHIBIT B

**Invoice**

FBT Gibbons

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**
**Attn: Mike S. Mandell, Chairperson for Official Committee**
**2333 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Fed # 61-0722001
August 31, 2026
Invoice # 210701031
Account # G119121.G114792

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---|
| For Professional Services Rendered Through July 31, 2026 | 35,883.50 |
| **TOTAL THIS INVOICE:** | **35,883.50** |
| Outstanding Invoices (see page 2 for details – if already paid please disregard) | 12,286.60 |
| **TOTAL AMOUNT DUE:** | **48,170.10** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

## RECAP OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Balance |
|---|---|---|
| 07/23/26 | 210688982 | 12,286.60 |
| | **TOTAL** | **$12,286.60** |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 07/01/26 | (B100)(B130)(A104)Emails and call with debtor counsel regarding prospective purchaser APA revisions and next steps. | JSM | 0.70 | 770.00 |
| 07/01/26 | (B100)(B150)(A104)Call with UCC financial advisor regarding status and upcoming committee meeting agenda. | JSM | 0.30 | 330.00 |
| 07/01/26 | (B100)(B150)(A104)Draft update email to committee in advance of meeting, including revised APA and bullet points of open issues. | JSM | 0.80 | 880.00 |
| 07/01/26 | (B100)(B150)(A104)Confer with C. Anton regarding coverage for committee meeting and topics to cover. | JSM | 0.20 | 220.00 |
| 07/01/26 | (B100)(B150)(A104)Review email from J. Mairo re: agenda for Committee call. | CPA | 0.10 | 87.50 |
| 07/01/26 | (B100)(B150)(A101)Prepare for meeting with Committee members. | CPA | 0.20 | 175.00 |
| 07/01/26 | (B100)(B150)(A106)Weekly Creditor's Committee meeting. | CPA | 0.20 | 175.00 |
| 07/01/26 | (B300)(B310)(A104)Review IRS amended claim. | CPA | 0.10 | 87.50 |
| 07/02/26 | (B100)(B130)(A104)Review draft employment agreement related to prospective purchaser asset purchase agreement. | JSM | 0.40 | 440.00 |
| 07/02/26 | (B100)(B130)(A104)Emails and conference with C. Anton regarding employment agreement. | JSM | 0.30 | 330.00 |
| 07/02/26 | (B100)(B130)(A104)Emails with debtor counsel regarding open APA items with prospective purchaser and provide comments to same. | JSM | 0.60 | 660.00 |
| 07/02/26 | (B100)(B130)(A104)Emails with C. Anton and R. Coyne regarding open items. | JSM | 0.20 | 220.00 |
| 07/02/26 | (B100)(B130)(A105)Confer with J. Mairo re: template employment agreement. | CPA | 0.10 | 87.50 |
| 07/02/26 | (B100)(B130)(A104)Review template employment agreement. | CPA | 0.30 | 262.50 |
| 07/02/26 | (B100)(B130)(A107)Email from M. Thaler re: template employment agreement. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 07/02/26 | (B100)(B130)(A107)Review emails to/from J. Mairo, J. Hampton, S. Ravin and M. Thaler re: APA. | CPA | 0.20 | 175.00 |
| 07/06/26 | (B100)(B110)(A110)Review of Project Judge Folder, including evaluation and organization of documents. | ENM | 0.50 | 192.50 |
| 07/06/26 | (B100)(B110)(A104)Review and analysis of Debtor's counsel and retained professionals' fee applications; update of report for case management and tracking purposes. | ENM | 0.60 | 231.00 |
| 07/06/26 | (B100)(B130)(A104)Review revised APA and comments of debtor. | RFC | 0.30 | 270.00 |
| 07/06/26 | (B100)(B130)(A107)Email from M. Thaler to Debtor's counsel re: sale issues. | CPA | 0.10 | 87.50 |
| 07/06/26 | (B100)(B130)(A107)Review emails to/from S. Ravin and J. Mairo re: sale issues. | CPA | 0.10 | 87.50 |
| 07/07/26 | (B100)(B160)(A101)Start draft of Second Interim Fee Application of FBT Gibbons for the period of March 1, 2026 through May 31, 2026. | ENM | 1.40 | 539.00 |
| 07/07/26 | (B100)(B130)(A107)Emails to debtor counsel regarding sale status. | JSM | 0.20 | 220.00 |
| 07/08/26 | (B100)(B150)(A106)Review emails to/from J. Mairo and M. Mandell re: Committee updates. | CPA | 0.10 | 87.50 |
| 07/09/26 | (B200)(B210)(A104)Review debtors' May 2026 financials. | CPA | 0.10 | 87.50 |
| 07/09/26 | (B100)(B130)(A107)Review emails to/from M. Thaler and S. Ravin re: due diligence. | CPA | 0.10 | 87.50 |
| 07/10/26 | (B100)(B130)(A107)Review emails to/from J. Mairo and counsel for debtor and purchaser re: APA and bid procedures motion. | CPA | 0.10 | 87.50 |
| 07/10/26 | (B200)(B210)(A108)Review emails to/from J. Mairo and J. Olsen re: May financials. | CPA | 0.10 | 87.50 |
| 07/10/26 | (B100)(B130)(A107)Review emails from S. Ravin and E. Cox re: due diligence. | CPA | 0.10 | 87.50 |
| 07/10/26 | (B100)(B130)(A104)Review Debtor emails to prospective purchase regarding next steps. | JSM | 0.20 | 220.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 07/12/26 | (B100)(B130)(A107)Emails from J. Mairo and S. Kulka re: meeting to discuss APA and bid procedures. | CPA | 0.10 | 87.50 |
| 07/13/26 | (B100)(B130)(A107)Email from J. Hampton to M. Thaler re: sale issues. | CPA | 0.10 | 87.50 |
| 07/13/26 | (B100)(B130)(A107)Emails from S. Ravin and E. Cox re: due diligence issues. | CPA | 0.10 | 87.50 |
| 07/13/26 | (B100)(B130)(A104)Review due diligence checklist. | CPA | 0.10 | 87.50 |
| 07/14/26 | (B100)(B130)(A104)File review of emails and notes regarding status of APA and Bid Procedures. | JSM | 0.50 | 550.00 |
| 07/14/26 | (B100)(B130)(A107)Call with debtor and prospective purchaser counsel regarding APA and Bid Procedures. | JSM | 0.50 | 550.00 |
| 07/14/26 | (B100)(B130)(A104)Review emails regarding follow up call and business meeting regarding financial performance. | JSM | 0.20 | 220.00 |
| 07/14/26 | (B100)(B130)(A108)Call with UCC Financial Advisor regarding outstanding issues with APA and next steps. | JSM | 0.30 | 330.00 |
| 07/14/26 | (B100)(B130)(A107)Emails with debtor counsel regarding open diligence and next steps with APA. | JSM | 0.30 | 330.00 |
| 07/14/26 | (B100)(B130)(A101)Prepare for call with counsel for debtor and purchaser to discuss sale issues. | CPA | 0.20 | 175.00 |
| 07/14/26 | (B100)(B130)(A107)Zoom meeting with J. Mairo, S. Ravin, J. Hampton, M. Thaler and E. Cox re: sale issues. | CPA | 0.50 | 437.50 |
| 07/14/26 | (B100)(B130)(A107)Review email correspondence to/from from M. Thaler to J. Hampton re: APA and sale issues. | CPA | 0.10 | 87.50 |
| 07/14/26 | (B100)(B130)(A107)Review email correspondence to/from S. Ravin and M. Thaler re: sale issues. | CPA | 0.10 | 87.50 |
| 07/14/26 | (B100)(B130)(A107)Review emails to/from J. Mairo and S. Ravin re: sale issues. | CPA | 0.10 | 87.50 |
| 07/15/26 | (B100)(B110)(A101)Draft of the Certificates of No Objections re Monthly Fee Application of FBT Gibbons and Dundon Advisers. | ENM | 0.40 | 154.00 |
| 07/15/26 | (B100)(B110)(A101)Review of docket for any objections | ENM | 0.40 | 154.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | to monthly fee applications of FBT Gibbons and Dundon Advisers; correspondence to J. Mairo and R. Wright with draft copy of CNO and confirming no objections have been filed. | | | |
| 07/15/26 | (B100)(B150)(A108)Email UCC upcoming meeting and agenda. | JSM | 0.30 | 330.00 |
| 07/15/26 | (B100)(B150)(A108)Call with Committee regarding agenda including sale status. | JSM | 0.40 | 440.00 |
| 07/15/26 | (B100)(B130)(A107)Calls with debtor counsel regarding APA open issues. | JSM | 0.30 | 330.00 |
| 07/15/26 | (B100)(B130)(A104)Review emails regarding APA purchaser and related issues. | JSM | 0.20 | 220.00 |
| 07/15/26 | (B100)(B130)(A107)Review emails from S. Kulka, M. Thaler, S. Ravin and J. Hampton re: APA issues. | CPA | 0.20 | 175.00 |
| 07/15/26 | (B100)(B150)(A104)Review agenda for weekly Committee meeting. | CPA | 0.10 | 87.50 |
| 07/15/26 | (B100)(B150)(A106)Weekly Committee Meeting (via Teams). | CPA | 0.40 | 350.00 |
| 07/15/26 | (B100)(B150)(A108)Calls with UCC Financial Advisor regarding financial performance and UCC call. | JSM | 0.30 | 330.00 |
| 07/16/26 | (B100)(B110)(A111)File with the Court the Certificates of No Objections re to FBT Gibbons 6th Monthly Fee Application and Dundon Advisers 5th Monthly Fee Application. | ENM | 0.40 | 154.00 |
| 07/16/26 | (B100)(B130)(A104)Review revisions to draft APA. | JSM | 0.50 | 550.00 |
| 07/17/26 | (B100)(B110)(A111)Correspondence to J. Mairo regarding confer call with Judge's Clerk and rescheduling of the Interim Fee Applications. | ENM | 0.20 | 77.00 |
| 07/17/26 | (B100)(B110)(A106)Correspondence with Client regarding filing of Certificate of No Objection to FBT Gibbons 6th Monthly Fee Application and remittance of payment. | ENM | 0.10 | 38.50 |
| 07/17/26 | (B100)(B130)(A104)Review emails from prospective purchaser counsel regarding employee information and due diligence. | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 07/17/26 | (B100)(B130)(A105)Call with C. Anton regarding sale status call. | JSM | 0.20 | 220.00 |
| 07/17/26 | (B100)(B130)(A104)Review draft bid procedures motion. | CPA | 0.50 | 437.50 |
| 07/17/26 | (B100)(B130)(A104)Review revised draft APA. | CPA | 0.20 | 175.00 |
| 07/17/26 | (B100)(B130)(A105)Confer with J. Mairo re: sale issues. | CPA | 0.10 | 87.50 |
| 07/17/26 | (B100)(B130)(A101)Prepare for call with counsel for Debtor and purchaser. | CPA | 0.30 | 262.50 |
| 07/17/26 | (B100)(B130)(A107)Teams meeting with counsel for Debtor and purchaser to discuss sale issues. | CPA | 0.40 | 350.00 |
| 07/17/26 | (B100)(B130)(A104)Review updated due diligence report. | CPA | 0.10 | 87.50 |
| 07/17/26 | (B100)(B130)(A107)Emails from M. Thaler and E. Cox re: sale issues. | CPA | 0.20 | 175.00 |
| 07/20/26 | (B100)(B130)(A104)Review changes to APA for comments. | RFC | 0.30 | 270.00 |
| 07/20/26 | (B100)(B130)(A108)Emails with R. Coyne regarding the revised APA and request comments. | JSM | 0.40 | 440.00 |
| 07/20/26 | (B100)(B110)(A101)Attention to correspondence from R. Wright regarding Dundon Advisers 6th Monthly Fee Application. | ENM | 0.10 | 38.50 |
| 07/20/26 | (B100)(B130)(A105)Emails from J. Mairo and R. Coyne re: APA. | CPA | 0.10 | 87.50 |
| 07/21/26 | (B100)(B130)(A104)Review and revise bid procedures motion and related documents and send to debtor team. | JSM | 1.60 | 1,760.00 |
| 07/21/26 | (B100)(B130)(A107)Emails with debtor team about APA revisions and sending current draft to prospective purchaser counsel. | JSM | 0.40 | 440.00 |
| 07/21/26 | (B100)(B130)(A107)Call with debtor and prospective purchaser team regarding sale status, including APA and bid procedure pleadings. | JSM | 0.50 | 550.00 |
| 07/21/26 | (B100)(B130)(A105)Emails with R. Coyne regarding APA revisions. | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 07/21/26 | (B100)(B130)(A104)Review revised APA. | CPA | 0.20 | 175.00 |
| 07/21/26 | (B100)(B130)(A107)Review emails to/from J. Hampton and J. Mairo re: APA. | CPA | 0.10 | 87.50 |
| 07/21/26 | (B100)(B130)(A105)Confer with J. Mairo re: sale issues. | CPA | 0.10 | 87.50 |
| 07/21/26 | (B100)(B130)(A105)Emails from J. Mairo and R. Coyne re: APA. | CPA | 0.10 | 87.50 |
| 07/21/26 | (B100)(B130)(A107)Emails from J. Mairo to Debtors' counsel re: APA and bid procedures motion. | CPA | 0.20 | 175.00 |
| 07/21/26 | (B100)(B130)(A107)Zoom meeting with counsel for Debtors and buyer re: sale issues. | CPA | 0.50 | 437.50 |
| 07/21/26 | (B100)(B130)(A107)Email from S. Ravin to E. Cox re: cure schedule. | CPA | 0.10 | 87.50 |
| 07/21/26 | (B100)(B130)(A107)Email from J. Hampton to buyer's counsel re: sale issues. | CPA | 0.10 | 87.50 |
| 07/21/26 | (B100)(B130)(A104)Review amended cure schedule. | CPA | 0.10 | 87.50 |
| 07/21/26 | (B200)(B210)(A104)Review monthly operating reports. | CPA | 0.10 | 87.50 |
| 07/22/26 | (B100)(B110)(A110)Attention to Notice of Electronic Filing regarding Monthly Operating Reports filed in the case for the month of May; correspondence to J. Mairo with copy of same. | ENM | 0.20 | 77.00 |
| 07/22/26 | (B100)(B110)(A101)Attention to correspondence from R. Wright from Dundon Advisers re draft copy of the 2nd interim fee application. | ENM | 0.10 | 38.50 |
| 07/22/26 | (B100)(B130)(A108)Email debtor team regarding APA schedules and related issues. | JSM | 0.30 | 330.00 |
| 07/22/26 | (B100)(B150)(A108)Confer with UCC Financial Advisor regarding operations and report for UCC. | JSM | 0.30 | 330.00 |
| 07/22/26 | (B100)(B150)(A108)Email UCC regarding status and meeting. | JSM | 0.40 | 440.00 |
| 07/22/26 | (B100)(B150)(A106)Email from J. Mairo to Committee members re: case status and sale progress. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 07/22/26 | (B100)(B130)(A105)Confer with J. Mairo re: sale issues. | CPA | 0.20 | 175.00 |
| 07/22/26 | (B100)(B130)(A104)Consideration of issues re: sale/bid procedures motion. | CPA | 0.20 | 175.00 |
| 07/22/26 | (B200)(B210)(A108)Review emails to/from J. Mairo and Dundon team re: UCC meeting and monthly operating reports. | CPA | 0.10 | 87.50 |
| 07/23/26 | (B100)(B110)(A108)Attention to correspondence from J. Mairo regarding Monthly Operating Reports filed in the case for the Period of May 2026; correspondence with R. Wright and J. Olsen regarding same. | ENM | 0.20 | 77.00 |
| 07/23/26 | (B100)(B110)(A104)Review of docket regarding the Motion to Extend/Limit Exclusivity Period; confer with J. Mairo regarding same. | ENM | 0.20 | 77.00 |
| 07/23/26 | (B200)(B210)(A105)Confer with E. Munera regarding sending MORs to UCC Financial Advisor. | JSM | 0.10 | 110.00 |
| 07/23/26 | (B100)(B130)(A107)Email debtor counsel regarding status of bid procedure motion and revisions. | JSM | 0.20 | 220.00 |
| 07/23/26 | (B100)(B130)(A107)Call with debtor and prospective purchaser counsel team to discuss status and next steps. | JSM | 0.40 | 440.00 |
| 07/23/26 | (B100)(B130)(A104)Review/revise bid procedures motion and order. | CPA | 1.10 | 962.50 |
| 07/23/26 | (B100)(B130)(A105)Conferences with J. Mairo re: bid procedures motion and other sale issues. | CPA | 0.30 | 262.50 |
| 07/23/26 | (B100)(B130)(A107)Email to Debtors' counsel re: proposed revisions to bid procedures motion. | CPA | 0.10 | 87.50 |
| 07/23/26 | (B100)(B130)(A107)Zoom meeting with counsel for Debtors and buyer re: sale issues. | CPA | 0.40 | 350.00 |
| 07/23/26 | (B100)(B130)(A107)Review email from J. Mairo to Debtors' counsel re: bid procedures. | CPA | 0.10 | 87.50 |
| 07/23/26 | (B100)(B130)(A107)Review email from E. Cox to T. Falk re: cure schedule. | CPA | 0.10 | 87.50 |
| 07/23/26 | (B100)(B130)(A104)Review buyer's revisions to APA and | CPA | 0.40 | 350.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | draft proposed edits. | | | |
| 07/24/26 | (B100)(B130)(A104)Review and respond to debtor counsel emails and attachments regarding bid procedures motion and APA. | JSM | 0.60 | 660.00 |
| 07/24/26 | (B100)(B130)(A105)Confer with C. Anton regarding bid procedures motion and APA. | JSM | 0.30 | 330.00 |
| 07/24/26 | (B100)(B130)(A107)Emails to/from Debtor's counsel re: APA and bid procedures motion. | CPA | 0.20 | 175.00 |
| 07/24/26 | (B100)(B130)(A104)Review revised APA. | CPA | 0.10 | 87.50 |
| 07/24/26 | (B100)(B130)(A104)Review/analyze revised bid procedures motion and proposed order. | CPA | 1.00 | 875.00 |
| 07/24/26 | (B100)(B130)(A105)Conferences with J. Mairo re: bid procedures motion and related matters. | CPA | 0.30 | 262.50 |
| 07/24/26 | (B100)(B130)(A105)Emails to/from J. Mairo re: APA and bid procedures motion. | CPA | 0.10 | 87.50 |
| 07/27/26 | (B100)(B160)(A101)Draft of FBT Gibbons 7th Monthly Fee Application; confer with J. Mairo; draft copy for review and approval. | ENM | 1.00 | 385.00 |
| 07/27/26 | (B100)(B160)(A103)Review and revisions to Dundon Advisers 6th monthly fee application; draft of Notice of Application; correspondence to R. Wright with draft copies for review and approval. | ENM | 0.90 | 346.50 |
| 07/27/26 | (B100)(B160)(A111)Final assemble and file with the Court the Monthly Fee Applications of FBT Gibbons and Dundon Advisers for the month of June; serve filed copies via email to notice parties; calendar objection deadlines. | ENM | 0.80 | 308.00 |
| 07/27/26 | (B100)(B110)(A108)Correspondence with Judge's Chambers regarding scheduling and confirmation that the Second Interim Fee Applications of FBT Gibbons and Dundon Advisers may be heard on August 20, 2026. | ENM | 0.20 | 77.00 |
| 07/27/26 | (B100)(B160)(A104)Review and respond to E. Munera emails regarding FBT and Dundon fee statement filings. | JSM | 0.20 | 220.00 |
| 07/28/26 | (B100)(B160)(A111)File with the Court the Certificate of Service; assemble and mail service copies of FBT Gibbons | ENM | 0.40 | 154.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | and Dundon Advisers Monthly Fee Applications for the month of June. | | | |
| 07/28/26 | (B100)(B110)(A105)Confer with J. Mairo regarding filing of FBT Gibbons 2nd Interim Fee Applications. | ENM | 0.20 | 77.00 |
| 07/28/26 | (B100)(B160)(A103)Continue working on the 2nd Interim Fee Application of FBT Gibbons. | ENM | 1.20 | 462.00 |
| 07/28/26 | (B100)(B110)(A107)Emails from S. Ravin re: quarterly UST fees. | CPA | 0.10 | 87.50 |
| 07/28/26 | (B100)(B110)(A105)Conference with J. Mairo regarding quarterly UST fees. | CPA | 0.10 | 87.50 |
| 07/28/26 | (B100)(B110)(A108)Review email correspondence to/from R. Wright and J. Mairo re: quarterly UST fees. | CPA | 0.10 | 87.50 |
| 07/28/26 | (B100)(B130)(A107)Review emails to/from T. Falk and E. Cox re: cure schedule. | CPA | 0.10 | 87.50 |
| 07/28/26 | (B100)(B130)(A107)Review emails S. Ravin to M. Thaler re: APA issues. | CPA | 0.10 | 87.50 |
| 07/28/26 | (B100)(B150)(A106)Email from J. Mairo to Committee re: case update/sale status. | CPA | 0.10 | 87.50 |
| 07/28/26 | (B100)(B130)(A107)Zoom meeting with counsel for Debtors and purchaser re: sale issues. | CPA | 0.30 | 262.50 |
| 07/28/26 | (B200)(B210)(A108)Emails with S. Ravin regarding UST fees and payment, and confer with C. Anton regarding same. | JSM | 0.30 | 330.00 |
| 07/28/26 | (B200)(B210)(A108)Confer with R. Wright regarding UST fee and payment. | JSM | 0.20 | 220.00 |
| 07/29/26 | (B100)(B160)(A103)Review and revision to Dundon Advisers 2nd Interim Fee Application. | ENM | 1.10 | 423.50 |
| 07/29/26 | (B100)(B160)(A103)Review and revisions to FBT Gibbons 2nd Interim Fee Application for final approval. | ENM | 0.80 | 308.00 |
| 07/29/26 | (B300)(B320)(A104)Review order extending plan exclusivity. | CPA | 0.10 | 87.50 |
| 07/30/26 | (B100)(B110)(A111)Attention to Notice of Electronic | ENM | 0.30 | 115.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | Filing and review of docket re Order extending Debtors' period to file plan and solicit votes; Calendar dates. | | | |
| 07/30/26 | (B100)(B160)(A101)Correspondence to J. Mairo re filing of 2nd Interim Fee Application of FBT Gibbons and Dundon Advisers. | ENM | 0.10 | 38.50 |
| 07/30/26 | (B100)(B160)(A101)Correspondence with R. Wright regarding 2nd Interim Fee Application. | ENM | 0.10 | 38.50 |
| 07/30/26 | (B100)(B160)(A101)Finalize Dundon Advisers 2nd Interim Fee Application; correspondence with draft copy for final review and approval. | ENM | 0.20 | 77.00 |
| 07/30/26 | (B100)(B160)(A101)Final assemble of FBT Gibbons and Dundon Advisers 2nd Interim Fee Applications. | ENM | 0.50 | 192.50 |
| 07/30/26 | (B100)(B160)(A111)File with the Court the 2nd Interim Fee Application of FBT Gibbons and Dundon; send service email and calendar deadlines. | ENM | 0.80 | 308.00 |
| 07/30/26 | (B100)(B130)(A107)Review emails to/from M. Thaler and J. Hampton re: escrow agreement. | CPA | 0.10 | 87.50 |
| 07/30/26 | (B100)(B130)(A107)Zoom meeting with counsel for Debtors and asset purchaser re: sale issues. | CPA | 0.50 | 437.50 |
| 07/30/26 | (B100)(B130)(A107)Call with debtor and prospective purchaser group regarding status and remaining steps. | JSM | 0.50 | 550.00 |
| 07/30/26 | (B100)(B130)(A104)File review in advance of group call to assess open items. | JSM | 0.20 | 220.00 |
| 07/30/26 | (B100)(B160)(A105)Confer with E. Munera regarding interim fee applications of UCC and related issues. | JSM | 0.20 | 220.00 |
| 07/30/26 | (B100)(B130)(A104)Email regarding employee records. | JSM | 0.10 | 110.00 |
| 07/30/26 | (B100)(B130)(A108)Call with S. Ravin regarding certain debtor costs and sale process. | JSM | 0.20 | 220.00 |
| 07/31/26 | (B100)(B160)(A111)File with the Court the Certificate of Service re FBT Gibbons and Dundon Advisers 2nd Interim Fee Applications; Mail Service copies. | ENM | 0.50 | 192.50 |
| 07/31/26 | (B100)(B160)(A103)Draft Certificate of Service re FBT Gibbons and Dundon Advisers 2nd Interim Fee | ENM | 0.20 | 77.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | Application. | | | |
| 07/31/26 | (B100)(B130)(A107)Email from M. Thaler to Debtors' counsel re: escrow agreement. | CPA | 0.10 | 87.50 |
| | | **Total:** | **44.80** | **$35,883.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Tkpr | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CPA | Christopher P. Anton | 14.20 | 875.00 | 12,425.00 |
| RFC | Robert F. Coyne | 0.60 | 900.00 | 540.00 |
| JSM | John S. Mairo | 15.90 | 1,100.00 | 17,490.00 |
| ENM | Edna N. Munera | 14.10 | 385.00 | 5,428.50 |
| | | **44.80** | | **35,883.50** |

## PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|---|---|---|---|---|
| B100 | B110 | Case Administration | 4.40 | 1,841.00 |
| B100 | B130 | Asset Disposition | 24.50 | 24,130.00 |
| B100 | B150 | Meetings of and Communications with Creditors | 4.30 | 4,437.50 |
| B100 | B160 | Fee/Employment Applications | 10.40 | 4,290.00 |
| | | **SUB-TOTAL** | **43.60** | **34,698.50** |
| B200 | B210 | Business Operations | 1.00 | 1,010.00 |
| | | **SUB-TOTAL** | **1.00** | **1,010.00** |
| B300 | B310 | Claims Administration and Objections | 0.10 | 87.50 |
| B300 | B320 | Plan and Disclosure Statement (including Business Plan) | 0.10 | 87.50 |

| | | |
|---|---|---|
| **SUB-TOTAL** | **0.20** | **175.00** |
| **TOTAL** | **44.80** | **35,883.50** |