**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 22, 2026** |

**SUMMARY OF SEVENTH MONTHLY FEE APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| Name of Applicant: | **DUNDON ADVISERS LLC** |
| Authorized to provide professional services to: | **Official Committee of Unsecured Creditors of Port Elizabeth Terminal & Warehouse Corp., *et al*.** |
| Date of retention: | **February 4, 2026** |
| Period for which compensation and reimbursement are sought: | **July 1, 2026 through July 31, 2026** |
| Amount of compensation sought as actual, reasonable, and necessary: | **$6,316.80 (80% of $7,896.00)** |
| This is a: | **Monthly Fee Application** |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *ET AL.***
**SUMMARY OF BILLING BY PROFESSIONAL**
**JULY 1, 2026 THROUGH JULY 31, 2026**

| Professional | Hourly Rate | Total Billed Hours | Total Fees |
|---|---|---|---|
| Jordan Olsen | $495.00 | 8 | $3,960.00 |
| Rick Wright | $960.00 | 4.1 | $3,936.00 |
| **Total Before Holdback** | | **12.1** | **$7,896.00** |
| 20% Holdback | | | $1,579.20 |
| **Total After Holdback** | | | **$6,316.80** |

**Blended Rate: $652.56**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *ET AL.***
**SUMMARY OF FEES BY PROJECT CATEGORY**
**JULY 1, 2026 THROUGH JULY 31, 2026**

**Compensation by Project Category**

| Project Category | Total Billed Hours | Total Fees |
|---|---|---|
| Business Analysis | 5.5 | $3,466.50 |
| Committee Member/Professional Meetings & Communications | 0.5 | $480.00 |
| Retention and Fee Applications | 5.2 | $3,085.50 |
| Sales Process | 0.9 | $864.00 |
| **Total Before Holdback** | **12.1** | **$7,896.00** |
| 20% Holdback | | $1,579.20 |
| **Total After Holdback** | | **$6,316.80** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 22, 2026** |

**SEVENTH MONTHLY FEE APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2026 THROUGH JULY 31, 2026**

Dundon Advisers LLC (the "Applicant" or "Dundon"), Financial Adviser to the Official Committee of Unsecured Creditors (the "Committee") of Port Elizabeth Terminal & Warehouse Corp., *et al*., the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for allowance of compensation for services rendered and expenses incurred for the period from July 1, 2026 through July 31, 2026 (the "Application Period"), and respectfully represents as follows:

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

## BACKGROUND

**A. The Chapter 11 Cases**

1. On November 14, 2025 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases by filing petitions for relief under chapter 11 of the Bankruptcy Code with the Court. The Debtors continue to operate their business and manage their properties as debtors and debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Cases.

**B. The Committee's Retention of Dundon**

2. On January 26, 2026, the Committee applied [Docket No. 139] to the Court for an order authorizing the Committee to retain and employ Dundon as its Financial Adviser. On February 4, 2026, the Court entered an order [Docket No. 157] authorizing such retention.

## RELIEF REQUESTED

3. By this Application, Dundon requests the allowance of $7,896.00 in fees for professional services rendered by Dundon during the Application Period.

## DESCRIPTION OF SERVICES RENDERED

4. Dundon has maintained detailed records of the time spent on rendition of professional services to the Committee during the Application Period. Attached hereto as Exhibit "A" and incorporated herein by reference are detailed time records for services rendered during the Application Period. The time records include the date that the services were rendered, a detailed narrative description of the services provided, the amount of time spent on each service and the designation of the professional who performed the service.

5. The following are summaries of the more material project categories for Dundon's professional services during the Application Period.

**A. Business Analysis**
**Amount Sought: $3,466.50**

6. During the Application Period Dundon personnel: (i) performed diligence of the Debtors' business operations; (ii) analyzed the Debtor's debtor in possession budget and updates; and (iii) reviewed and analyzed bi-weekly variance reports.

7. Dundon devoted a total of 5.5 hours to Business Analysis matters during the Application Period, for which compensation in the amount of $3,466.50 is sought.

**B. Sale Process**
**Amount Sought: $864.00**

8. During the Application Period Dundon (a) reviewed indications of interest and offers received, (b) performed analysis with respect to recoveries, (c) monitored negotiations by participating in discussions with the Debtor's professionals and Committee counsel, and (d) reported to the Committee thereon.

9. Dundon devoted a total of 0.9 hours to Sale Process matters during the Application Period, for which compensation in the amount of $864.00 is sought.

## VALUATION OF SERVICES

10. Dundon Professionals have expended a total of 12.1 hours in connection with this matter during the Application Period. The amount of time spent by each of the Dundon Professionals providing services to the Committee during the Application Period is set forth in **Exhibit A**. The rates reflected in this Application are Dundon's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Dundon during the Application Period as Financial Adviser for the Committee in the Chapter 11 Cases is $7,896.00.

11. In accordance with the factors enumerated in Bankruptcy Code section 330, Dundon submits that the amount requested is fair and reasonable given (a) the complexity of the

Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

**NO PRIOR REQUEST**

12. No prior request for the relief requested in this Application has been made to this Court or any other court.

WHEREFORE, Dundon respectfully requests that it (a) be allowed (i) compensation in the amount of $7,896.00 for necessary professional services rendered to the Committee during the Application Period, and (ii) reimbursement of actual and necessary expenses in the amount of $0.00 incurred during that period, and (b) be granted such other and further relief as the Court deems just and proper.

Dated: Newark, New Jersey
September 2, 2026

**DUNDON ADVISERS LLC**

*<u>/s/ Rick Wright</u>*

Rick Wright
565 Fifth Avenue, 16th Floor
New York, New York 10017
(212) 859-2000
rwright@dundon.com

*Financial Advisor to the Official Committee of Unsecured Creditors*