# EXHIBIT A

## Time Detail

| User | Entry Date | Client | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|
| Jordan Olsen | 07/10/2026 | Port Elizabeth | Business Analysis | Variance report analysis June (cash balance and forcast) | 1.70 | $495.00/hr | $841.50 |
| Jordan Olsen | 07/17/2026 | Port Elizabeth | Retention and Fee Applications | 6th interm fee application drafting | 1.80 | $495.00/hr | $891.00 |
| Jordan Olsen | 07/20/2026 | Port Elizabeth | Retention and Fee Applications | 2nd Interm Fee Application | 2.30 | $495.00/hr | $1,138.50 |
| Jordan Olsen | 07/23/2026 | Port Elizabeth | Business Analysis | May 2026 Monthly Operating Reports Analysis | 2.20 | $495.00/hr | $1,089.00 |
| **Totals For Jordan Olsen** | | | | | **8.00** | | **$3,960.00** |
| Rick Wright | 07/01/2026 | Port Elizabeth | Sales Process | Reviewed draft APA | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 07/01/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in a call with the committee | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 07/01/2026 | Port Elizabeth | Sales Process | Prep for call with the committee | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 07/14/2026 | Port Elizabeth | Business Analysis | June variance report. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 07/15/2026 | Port Elizabeth | Business Analysis | June variance report. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 07/15/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Call with the committee re liquidity | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 07/20/2026 | Port Elizabeth | Retention and Fee Applications | Prepared June fee statement. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 07/21/2026 | Port Elizabeth | Retention and Fee Applications | Prepared 2nd interim fee application. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 07/22/2026 | Port Elizabeth | Sales Process | Call with counsel re sale process. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 07/24/2026 | Port Elizabeth | Business Analysis | Reviewed May MOR. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 07/28/2026 | Port Elizabeth | Business Analysis | coorespondence with debtors re liquidity | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 07/30/2026 | Port Elizabeth | Retention and Fee Applications | Reviewed 2nd interim fee application. | 0.40 | $960.00/hr | $384.00 |
| **Totals For Rick Wright** | | | | | **4.10** | | **$3,936.00** |
| | | | **Grand Total** | **12.10** | **12.10** | **$7,896.00** | |