**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo, Esq.
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

I, **JOHN S. MAIRO**, of full age, under penalty of perjury, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner at the law firm of FBT Gibbons LLP ("FBT Gibbons"), counsel to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy cases.

2. On September 1, 2026, a true and correct copy of the (i) *Eighth Monthly Fee Statement of FBT Gibbons LLP, Counsel to the Official Committee of Unsecured Creditors, for the Period of July 1, 2026 through July 31, 2026* [**ECF No. 426**] was served via the

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

Court's CM/ECF system on the parties that have consented to electronic service of all court filings.

3. On September 2, 2026, a true and correct copy of the (ii) *Seventh Monthly Fee Application of Dundon Advisers LLC, Financial Adviser to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 1, 2026 through July 31, 2026* [**ECF No. 427**] was served via the Court's CM/ECF system on the parties that have consented to electronic service of all court filings.

4. Also, on September 2, 2026, true and correct copies of the foregoing documents were served upon the parties listed on **Exhibit A** via electronic mail.

5. Additionally, on September 2, 2026, true and correct copies of the foregoing documents were served upon the parties listed on **Exhibit B** via regular first-class mail.

I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 2, 2026
Newark, New Jersey

/s/ John S. Mairo
John S. Mairo
**FBT Gibbons LLP**

# EXHIBIT A

Turner Falk
**Saul Ewing LLP**
1735 Market Street
34th Floor
Philadelphia, PA 19103
215-972-8415
Email: turner.falk@saul.com

Stephen B. Ravin
**Saul Ewing LLP**
One Riverfront Plaza
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
973-286-6714
Fax : 973-286-6800
Email: sravin@saul.com

*Counsel to the Debtors*

David Gerardi
DOJ-Ust
U.S. Department of Justice
**Office of the U.S. Trustee**
One Newark Center, Ste 2100
Newark, NJ 07102
973-645-3014
Email: david.gerardi@usdoj.gov

Fran B. Steele
U.S. Department of Justice
**Office of the US Trustee**
One Newark Center
Suite 2100
Newark, NJ 07102-5504
(973) 645-3014
Fax : (973) 645-5993
Email: Fran.B.Steele@usdoj.gov

*U.S. Trustee*

Laurie A. Martin
**Montplaisir Krieg DeVault LLP**
200 S. Wacker Drive
Suite 600 Chicago, IL 60606
Email: lmontplaisir@kdlegal.com

*Counsel to the DIP Lender*

# EXHIBIT B

Maxwell M. Hanamirian
**Saul Ewing LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

**Murphy Schiller & Wilkes LLP**
One Gateway Center
Suite 4200
Newark, NJ 07102

*Counsel to the Debtors*

**First Business Specialty Finance, LLC**
2400 E. Devon Avenue
Suite 211
Des Plaines, IL 60018

*DIP Lender*