| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>turner.falk@saul.com<br>maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | |

**DECLARATION OF PATRICK WYNNE**
**PRESIDENT AND MEMBER OF THE DEBTORS**

I, Patrick Wynne, hereby declare as follows:

1. I am the President of the of debtors and debtors in possession Port Elizabeth Terminal & Warehouse Corp., Amex Shipping Agent, Inc., and P. Judge & Sons, Inc. and Member of debtors and debtors in possession Judge Organization, LLC, P. Judge & Sons Trucking, LLC

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

and Judge Warehousing, LLC (collectively, the "Debtors").[2] I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records.

2. Collectively, the Debtors provide transportation, logistic, and warehouse related services. More specifically, the Debtors offer rail boxcar services, container handling services, warehousing services, multiple shipping options (e.g., rail, truck, air, and international shipping), specialized material handling services, cross docking, handling, and packing services, beverage specialists and alcoholic beverages expertise services, and product care and protection services.

3. The Debtors operate their businesses out of various warehouses. Debtors Amex Shipping Agent, Inc., P. Judge & Sons, Inc. and Port Elizabeth Terminal & Warehouse Corp. are based in 13 Manor Road, East Rutherford, NJ 07073. Debtor Judge Organization, LLC is based in 400 Expansion Boulevard, Port Wentworth, GA 31407. Debtors P. Judge & Sons Trucking, LLC and Judge Warehousing, LLC are subsidiaries of and share the same address as Debtor Judge Organization, LLC.

4. I submit that cause exists to extend the time for the Debtors to assume or reject the Real Property Leases until the Debtors finalize a potential sale transaction.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: September 3, 2026

Respectfully submitted,

/s/ *Patrick Wynne*
Patrick Wynne
President and Member

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.