UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
Counsel to the Debtors and Debtors in Possession

In Re:
PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,
Debtors.

Case No.: 25-22123-JKS

Chapter: 11

Hearing Date: September 8, 2026

Judge: John K. Sherwood

**APPLICATION FOR ORDER SHORTENING TIME**

The applicant Stephen B. Ravin (Saul Ewing LLP), on behalf of the Debtors requests that the time period to/for hear the Debtors' 365(d)(4) motion as required by D.N.J. LBR 9013-2 be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   the Debtors' current 365(d)(4) deadline expires on September 10, 2026.

2. A hearing is requested on or before:
   Due to the current deadline's expiration date of September 10, 2026, the Debtors request a hearing on September 8, 2026.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: September 3, 2026

/s/ Stephen B. Ravin
Signature