UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
Counsel to the Debtors and Debtors in Possession

**Order Filed on September 3, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,
Debtors.

Case No.: 25-22123-JKS

Chapter: 11

Judge: September 8, 2026

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: September 3, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of the Debtors for a reduction of time for a hearing on the Debtors' motion seeking further extension of the 365(d)(4) deadline to assume or reject unexpired nonresidential leases under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on September 8, 2026 at 10:00 A.M. in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102
Courtroom No. 3D.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Counsel to First Business Specialty Finance, the Office of the UST, Committee Counsel, counsel to the Debtors' relevant landlords, counsel to the Stalking Horse Bidder, and the Top 20 Creditors.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other creditors and interested parties.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within 1 day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to ______________________

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _________ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

   ❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

   ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*