**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

## CERTIFICATION OF SERVICE

1. I, Stephen B. Ravin:

☒ represent the Debtors in this matter.

☐ am the secretary/paralegal for ___________, who represents the _____________ in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On September 4, 2026, I sent a copy via regular mail of the following to the parties listed on **"Exhibit A"** attached hereto, a copy via E-mail of the following to the parties listed on **"Exhibit B"** attached hereto and a copy via Overnight Mail of the following to the parties listed on **"Exhibit C"** attached hereto:

   1. Motion to Extend Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C § 365(d)(4)

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

2. Application for an Order Shortening Time
3. Signed Order Shortening Time scheduling a hearing on the referenced motion.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 4, 2026 /s/ *Stephen B. Ravin*
Signature

# EXHIBIT "A"

Office of the United States Trustee for the District of NJ
One Newark Center, Suite 2100
Newark, NJ 07102

David Gerardi
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

John S. Mairo, Esq.
Christopher P. Anton
FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102

Pamela Elchert Thurmond
City of Philadelphia
Law Department Tax Litigation & Collections Unit
1401 JFK Blvd., 5th Floor, Room 580
Philadelphia, PA 19102-1595

Dundon Advisers LLC
Ten Bank Street, Suite 1100
White Plains, NY 10606

Eric M. Ferrante
Nixon Peabody LLP
211 High Point Drive, Suite 110
Victor, NY 14564-1061

James F. Moscagiuri
Lavery, Selvaggi, Abromitis & Cohen
1500 Rte 517
Hackettstown, NJ 07840

Attorney General's Office of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625

Department of the Treasury – Division of Taxation for New Jersey
3 John Fitch Way
Trenton, NJ 08695

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Arnall Golden Gregory LLP
Michael C. Thaler
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363

Riker Danzig LLP
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

Bradley Arant Boult Cummings LLP
Promenade Tower
1230 Peachtree Street NE
Atlanta, Georgia 30309

Securities Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Environmental Protection Agency, Region 2
290 Broadway, 17th Floor 2
New York, NY 10007-1866

Social Security Administration
Office of the General Counsel
Office of Program Litigation
ATTN: Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235

Department of Environmental Protection
Office of Record Access
ATTN: NJDEP Bankruptcy Coordinator
401 East State St., 6th Floor West
PO Box 420, Mail Code 401-06Q
Trenton, NJ 08625-0420

US Environmental Protection Agency Region III
Office of Regional Counsel
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2852

Georgia Environmental Protection Division
2 Martin Luther King Jr. Drive SE
Suite 1456, East Tower
Atlanta, GA 30334

Office of the Attorney General of Georgia
40 Capitol Square SW
Atlanta, GA 30334

Pennsylvania Office of Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 17120

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of Chief Counsel
Pennsylvania Liquor Control Board
401 Northwest Office Building
Harrisburg, PA 17124-0001

State of New Jersey Department of Law and Public Safety
Division of Alcoholic Beverage Control
140 East Front Street, P.O. Box 087
Trenton, New Jersey 08625

Murphy Schiller & Wilkes LLP
One Gateway Center, Suite 4200
Newark, NJ 07102-5310

Auxilior Capital Partners, Inc.
c/o Wright Law Group, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003

First Business Specialty Finance, LLC
c/o Krieg DeVault LLP
200 S. Wacker Drive, Suite 600
Chicago, IL 60606

Pinnacle Business Funding LLC d/b/a AEC Cap Capital
1777 Reisterstown Rd
Pikesville, MD 21209

U.S. Small Business Administration
ATTN: District Counsel
Two Gateway Center, Suite 1002
Newark, NJ 07102

Ilana Volkov
McGrail & Bensinger LLP
888-C 8th Avenue #107
New York, NY 10019

Thomas Michael Walsh
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

Scopelitis, Garvin, Light, Hanson and Feary
30 West Monroe Street, Suite 1600
Chicago, IL 60603-2418

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

New Jersey Motor Vehicle Commission
Administrative Unit
225 East State Street, PO Box 136
Trenton, NJ 08666

Yancey Bros. Co
Jones & Walden, LLC
699 Piedmont Ave NE
Atlanta, GA 30308-1414

A-1 Quality Logistical Solutions
3055 Blue Rock Road
Cincinnati, OH 45239-6302

AGCS Marine Insurance Company
30 Congress Street, Suite 101
Saint Albans, VT 05478-1745

AIG Home-Bristol
2 PIERCE PL, SUITE 2100
Itasca, IL 60143-1203

AIG Property Casualty Company
1271 Ave of the Americas, Floor 41
Chicago, IL 60606

AIG Property Casualty, Inc.
Kevin J. Larner, Authorized Representative
28 Liberty Street, Floor 22
New York, NY 10005-1523

AIT Home Delivery, LLC
2 Pierce Place, Suite 2100
Itasca, IL 60143-1203

AMERICAN EXPRESS
P.O. BOX 1270
Newark, NJ 07101-1270

ANGEL'S PAVING & CONCRETE CORP.
751 GREIR AVE
ELIZABETH, NJ 07202-2522

ANTHEM PROPANE EXCHANGE, LLC
PO BOX 981045
BOSTON, MA 02298-1045

ATLANTIC INDUSTRIAL SUPPLY
32 W CHATHAM CT
GARDEN CITY, GA 31408-3051

ATLANTIC WASTE SERVICES
125 B PINE MEADOW DRIVE
POOLER, GA 31322-9354

Allianz Global Risks US Insurance Company
225 West Washington Street, Suite 2000
Chicago, IL 60606-3484

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Andrew B. Glaab
Cohn & Dussi, LLC
255 State Street, Suite 7B
Boston, MA 02109-2613

ASSUREDPARTNERS OF FLORIDA LLC
300 COLONIAL CENTER PKWY, SUITE 270
LAKE MARY, FL 32746-7640

BARCLAY BRAND FERDON
P.O. BOX 341
S. PLAINFIELD, NJ 07080-0341

BENEFIT TAX LINK
122 PARISH DRIVE
WAYNE, NJ 07470-6000

BESTPASS, INC.
826 WASHINGTON AVENUE
ALBANY, NY 12203

BLACK KNIGHT PUBLISHING
1901 BELMONT LANE
NORTH LAUDERDALE, FL 33068-4287

BRIAN WYNNE
166 PINE HILL ROAD
NASHUA, NH 03063-2816

BRISTOL TOWNSHIP
BRISTOL TOWNSHIP BUILDING
2501 BATH ROAD
BRISTOL, PA 19007-2150

Bankruptcy Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

C&C MAINTENANCE
700 WATERMARK BLVD
MT. PLEASANT, SC 29464-5729

C. DENTE TOWING & TRUCKING INC.
27 RAYMOND BLVD
NEWARK, NJ 07105-4732

CAMBRIDGE FINANCIAL SERVICES
105 FIELDCREST AVENUE, SUITE 506
EDISON, NJ 08837-3649

CAROLINA CASUALTY
PO BOX 639938
CINCINNATI, OH 45263-9938

CIESA SHAHINIAN & GIANTOMASI PC
105 EISENHOWER PARKWAY
ROSELAND, NJ 07068-1644

CINTAS #237
CINTAS CORPORATION LOC. 237
PO BOX 631025
CINCINNATI, OH 45263-1025

COASTAL INDUSTRIAL EQUIPMENT LLC
1121 Uemac rd.
JACKSONVILLE, FL 32254-2793

COMCAST
PO BOX 70219
PHILADELPHIA, PA 19176-0219

CONSOLIDATED CHASSIS MANAGEMENT LLC
PO BOX 737533
DALLAS, TX 75373-7533

CULLIGAN QUENCH
PO BOX 735777
DALLAS, TX 75373-5777

CUSTOM BANDAG INC.
401 E. LINDEN AVE.
LINDEN, NJ 07036-2411

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Century Finance, LLC
PO BOX 589
Memphis, TN 38101-0589

City of Savannah
132 E. Broughton Street, PO Box 1968
Savannah, GA 31402-1968

DIRECT CHASSISLINK
PO BOX 603061
Charlotte, NC 28260-3061

DORSEY TIRE COMPANY
ATTN: AR DEPARTMENT
PO BOX 1387
SAVANNAH, GA 31402-1387

EAST COAST DOCK & DOOR
345 HIGHWAY 9 SOUTH, SUITE # 266
MANALAPAN, NJ 07726-3241

EASTERN LIFT TRUCK CO., INC.
P.O. BOX 307
MAPLE SHADE, NJ 08052-0307

ELLIS PAINTER RATTERREE & ADAMS LLP
P.O. BOX 9946
SAVANNAH, GA 31412-0146

EXPRESS EMPLOYMENT PROFESSIONALS
P.O. BOX 945434
ATLANTA, GA 30394-5434

Endurance American Specialty Insurance
Great Lakes General Agency Inc
761 BETA DR, Suite V
Cleveland, OH 44143-2329

Express Services, Inc
P.O. Box 945434
Atlanta, GA 30394-5434

Express Services, Inc.
9701 Boardwalk Blvd.
Oklahoma City, OK 73162-6029

F&S TIRE CORP., INC
58 BRUNSWICK AVENUE
EDISON, NJ 08817-2513

FIRST INSURANCE FUNDING CORP.
PO BOX 7000
CAROL STREAM, IL 60197-7000

FORTA, LLC
PO BOX 735324
CHICAGO, IL 60673-5324

Federal Express Corporation
P.O. Box 371461
Pittsburgh, PA 15250-7461

First Citizens Bank & Trust Company
c/o Weltman, Weinberg and Reis Co., LPA
5990 West Creek Rd, Suite 200
Independence, OH 44131-2191

GEORGIA POWER
96 ANNEX
ATLANTA, GA 30396-0002

GLC Jersey City LLC
C/O GOOD MAN NORTH AMERICA MANAGEMENT LL
3333 MICHELSON DRIVE, SUITE 1050
Irvine, CA 92612-1606

GREENBAUM ROWE SMITH & DAVIS LLP
METRO CORPORATE CAMPUS ONE
PO BOX 5600
WOODBRIDGE, NJ 07095-0988

GEORGIA DEPARTMENT OF REVENUE BANKRUPTCY
2595 CENTURY PKWY NE, SUITE 339
ATLANTA, GA 30345-3173

Great American Alliance Insurance Company
301 East 4th Street
Cincinnati, OH 45202-4245

Great American Alliance Insurance Company
c/o Joseph E. Lehnert, Esq., KMK Law
1 E 4th St., Ste. 1400
Cincinnati, OH 45202-3708

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
625 First St. SE
Cedar Rapids, IA 52401-2032

HARTZ ELIZABETH, INC.
500 Plaza Drive - P.O. Box 1515
Secaucus, NJ 07096-1515

HILL RIVLINS LLP
45 BROADWAY, SUITE 1500
NEW YORK, NY 10006-3007

HIRERIGHT SOLUTIONS INC.
PO BOX 847891
DALLAS, TX 75284-7891

Harco National Insurance Company Foray
3060 Peachtree Rd, Suite 300
Brooks, GA 30205

Hartwell Insurance Company
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203-6497

INTEGRITY STAFFING SOLUTIONS
PO BOX 713870
PHILADELPHIA, PA 19171-3870

J.J. Keller & Associates Inc.
PO Box 735492
Chicago, IL 60673-5492

J.R. TRUCK STOP, INC.
PO BOX 185
Thorofare, NJ 08086-0185

JOHNNY ICEMAN TRUCKING
PO BOX 7073
NORTH ARLINGTON, NJ 07031-7073

JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH, PA 15250-7967

JOS. A MAJKA & SONS, INC.
PO BOX 783
CLIFTON, NJ 07015-0783

JPMORGAN CHASE BANK, N.A.
Attn: Jamie Dimon, CEO, Legal Papers Served
1414 Woodward Avenue, LA2-7100
Ruston, LA 71270-2015

JPMorgan Chase Bank, N.A.
10 S. Dearborn St., Floor 35
Chicago, IL 60603-2300

Jones & Walden LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1414

KEY MATERIAL HANDLING
4606 THIRD AVENUE
BROOKLYN, NY 11220-1034

LAROE, WINN, MOERMAN & DONOVAN
1250 CONNECTICUT AVENUE, NW, SUITE 200
WASHINGTON, DC 20036-2643

Logistics One Brokerage, Inc.
33 Cady Hill Blvd
Saratoga Springs, NY 12866-9047

MASIS STAFFING
PO BOX 823473
Philadelphia, PA 19182-3473

MATERIAL HANDLING INC.
PO BOX 1045
DALTON, GA 30722-1045

MAZARS USA LLP
60 CROSSWAYS PARK DRIVE WEST, SUITE 301
WOODBURY, NY 11797-2018

MEDITERRANEAN SHIPPING COMPANY (USA) INC
PER DIEM DEPT, 700 WATERMARK BLVD
MT. PLEASANT, SC 29464-5729

MIKE MORROW
316 PROSPECT AVE
CRANFORD, NJ 07016-2349

Mark A. Gilbert
Coleman Talley LLP
109 S Ashley Street
Valdosta, GA 31601-5601

Marshcat LLC
743 Harbor View Rd.
Charleston, SC 29412-5004

Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA 02204-0001

NORFOLK SOUTHERN RAILWAY
650 W. Peachtree St NW
Atlanta, GA 30308-1925

NYC DEPARTMENT OF FINANCE
66 John Street, Room 104
New York, NY 10038-3728

National Union Fire Insur. Co. PA
1271 Ave of the Americas FL 41
New York, NY 10020-1304

New York City Department of Finance
Correspondence Unit
1 Centre Street, 22nd Floor
New York, NY 10007-1632

New York State Department of Taxation & Finance
Bankruptcy Section, P O Box 5300
Albany, NY 12205-0300

New York State Department of Taxation
Harriman Campus Rd
Albany, NY 12227-0001

OCCUPATIONAL HEALTH CENTERS OF NEW JERSEY
PO BOX 8750
ELKRIDGE, MD 21075-8750

PALLETS-R-US, INC.
555 WOODSIDE AVENUE
BELLPORT, NY 11713-1220

PASHMAN STEIN, PC
COURT PLAZA SOUTH
21 MAIN STREET, SUITE 200
HACKENSACK, NJ 07601-7021

PECO ENERGY
PO BOX 37629
PHILADELPHIA, PA 19101-0629

PENN JERSEY DIESEL & TRAILER
2950 STATE ROAD
BENSALEM, PA 19020-7318

PHOENIX TRANSLOAD SERVICES
PO BOX 2941
RICHMOND HILL, GA 31324-2941

PITNEY BOWES CREDIT CORP
PO BOX 981039
BOSTON, MA 02298-1039

PRAXAIR DISTRIBUTION, INC.
PO BOX 382000
PITTSBURGH, PA 15250-8000

PRIME PACKAGING CORP.
1290 METROPLOITAN AVENUE
BROOKLYN, NY 11237-1104

PRINCIPAL LIFE INSURANCE COMPANY
PO BOX 77202
MINNEAPOLIS, MN 55480-7200

PSE&G
P.O. Box 14104
New Brunswick, NJ 08906-4444

Pennsylvania Department of Revenue
PO Box 280507
Harrisburg, PA 17128-0507

Philadelphia Department of Revenue
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102-1617

Prime Packaging Corp
Coface North America Insurance Company
600 College Road East, Suite 1110
Princeton, NJ 08540-6880

RESOLUTE
5020 HIGHWAY 11 SOUTH
CALHOUN, TN 37309-5248

RICHIE'S TIRE SERVICE
107 EGEL AVENUE
MIDDLESEX, NJ 08846-2505

RamQuip Solutions
520 Talmadge Ave
Savannah, GA 31408-2324

Reflect Health
4900 Parkway Drive, Suite 160
Mason, OH 45040-9702

Roberts Oxygen Co., Inc.
PO Box 5507
Rockville, MD 20855-0507

SAMBA HOLDINGS, INC.
DEPT LA 24536
PASADENA, CA 91185-4536

SCHNEIDER NATIONAL INC
2567 PAYSPHERE CIRCLE
Chicago, IL 60674-0001

SHRED-IT USA
28883 Network Place
Chicago, IL 60673-1288

SHREDIT NEWARK
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

SOS Tire & Auto
115 Kicklighter Way, PO Box 7298
Garden City, GA 31418-7298

SOUTHERN TIRE MART
Dept 143, PO Box 1000
Memphis, TN 38148-0143

STAPLES BUSINESS ADVANTAGE
PO BOX 70242
PHILADELPHIA, PA 19176-0242

STARPOINT PROTECTIVE SERVICES, LLC
PO BOX 217
UNION, NJ 07083-0217

SUBURBAN PROPANE LP
ATTN CREDIT & COLLECTIONS
240 ROUTE 10 WEST
WHIPPANY, NJ 07981-2105

SUPERIOR DISTRIBUTORS
4 MIDLAND AVENUE
ELMWOOD PARK, NJ 07407-3193

Sapp's Wrecker Service
176 Godley Rd
Port Wentworth, GA 31407-9752

JEFFERSON CAPITAL SYSTEM LLC
MAILROOM, 200 14TH AVE E
SARTELL, MN 56377-4500

TAYLOR BERRIEN LLC
1832 WALTHOUR RD
SAVANNAH, GA 31410-3212

TMW SYSTEMS
PO BOX 203455
DALLAS, TX 75320-3455

TOLLS BY MAIL
PAYMENT PROCESSING CENTER
PO BOX 15183
ALBANY, NY 12212-5183

TRAILER DOCTOR SERVICES INC.
1040 W. FULLERTON AVE
ADDISON, IL 60101-4327

TRIANGLE CONSULTING GROUP
PO BOX 5169
BASKING RIDGE, NJ 07920-5169

The Burlington Insurance Company
c/o FSKS, 6 Campus Drive, Suite 304
Parsippany, NJ 07054-4406

The Huntington National Bank
11100 Wayzata Blvd., Suite 700
Minnetonka, MN 55305-5523

The Huntington National Bank
Attn: Stephen D. Steinour, CEO
1405 Xenium Lane North
Minneapolis, MN 55441-4429

Toyota Industries Commercial Finance Inc
PO Box 9050
Coppell, TX 75019-9050

Upland Specialty Insurance Company
5050 Quorum Drive, Suite 700, Unit #
Dallas, TX 75254-1410

VECTOR SECURITY
PO BOX 531687
ATLANTA, GA 30333-1687

VERIZON
PO BOX 660748
DALLAS, TX 75266-0748

VERIZON WIRELESS
P.O. BOX 489
NEWARK, NJ 07101-0489

Veolia Water New Jersey
PO Box 371804
Pittsburgh, PA 15250-7804

WAREHOUSE REPAIR SOLUTIONS LLC
PO Box 7231
Savannah, GA 31418-7231

WASTE MANAGEMENT OF N.J. INC
100 Avenue A
Newark, NJ 07114-2436

WASTE MANAGEMENT OF PA INC
WASTE MANAGEMENT NORTH
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

WEISERMAZARS LLP
PO BOX 200870
DALLAS, TX 75320-0870

WILLIAMS SCOTSMAN, INC.
P.O. BOX 91975
CHICAGO, IL 60693-1975

WASTE MANAGEMENT
ATTN C/O JACQUOLYN MLLLS
800 CAPITAL STREET STE 3000
HOUSTON, TX 77002-2945

WACHOVIA BANK NA
MAC X2303-01A, 1 HOME CAMPUS, 1ST FLOOR
DES MOINES, IA 50328-0001

Warehouse Rentals LLC
P.O. Box 126
Valdosta, GA 31603-0126

Wells Fargo Bank, Credit Management Grp.
Attn: Charles W. Scharf, CEO
190 River Road
Summit, NJ 07901-1444

Wells Fargo Vendor Financial Services, LLC
800 Walnut St., F0006-051
Des Moines, IA 50309-3605

Wintrust Specialty Finance
Cohn & Dussi, LLC
255 State Street, Suite 7B
Boston, MA 02109-2613

Barbara Judge
434 Due Drive
Belmar, NJ 07719

Michael Wynne, Sr.
10 Colonial Drive
Katonah, NY 10536

Patrick J. Wynne
616 Heritage Hills
Somers, NY 10589

Nancy Judge
c/o Susan L. Solda De Simone, Esq.
Law Office of Susan L. Solda DeSimone
P.O. Box 653
Allenwood, NJ 08720

HYG Financial Services, Inc., Wells Fargo Vendor Financial Services, LLC
c/o McCarter & English, LLP
100 Mulberry Street
Newark, New Jersey 07102

Leslie Carol Heilman
Ballard Spahr LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE

Seth Ptasiewicz
Kroll Heineman Ptasiewicz & Parsons, LLC
99 Wood Avenue South, Suite 307
Iselin, NJ 07726

Joseph Casello
Collins, Vella & Casello
2430 Route 34 B12
Manasquan, NJ 08736

F. Greek Bristol Properties, LP
1 Kimberly Road, Suite 105
East Brunswick, NJ 08816

Seagis East Rutherford, LLC
100 Front St., Suite 1100
Conshohocken, PA 19428

Ryder Transportation Services
2333 Ponce De Leon Blvd.
Coral Gables, FL 33134

DWS
100 Summer St., Suite 800
Boston, MA 02110

David H. Stein
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, P.O. Box 10
Woodbridge, NJ 07095

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S, Pmb 84356
New York, NY 10003-1502

Rebecca K. McDowell, Thomas B. O'Connell
Saldutti Law Group
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034

Weltman, Weinberg & Reis Co.
Attn: Garry Masterson
5990 West Creek Rd, Suite 200
Independence, OH 44131

Odyssey Transport & Warehouse LLC fka Grand Worldwide Logistics Corporation
4350 West Ohio Street
Chicago, IL 60624

Ogden Forklifts, INC
PO BOX 43606
Atlanta, GA 30336

Ontario Credit Corporation
6730 VIP Parkway
Syracuse, NY 13211

Orkin Exterminating Co.
23 Bryce Industrial Drive
Savannah, GA 31405-9376

Our Three Z's Inc.
c/o Maslon LLP, Attn: Amy Swedberg
225 South Sixth Street, Suite 2900
Minneapolis, MN 55402

Penn Jersey Diesel & Trailer
2950 State Road
Bensalem, PA 19020

Pinto Service, Inc.
PO BOX 554744
DETROIT, MI 48255-4744

Prologis, L.P.
1800 WAZEE STREET SUITE 500
DENVER, CO 80202

Pye-Barker Fire & Safety, LLC
1013 Lynes Ave
Savannah, GA 31415

Quick Base Junkie
PO BOX 734227
CHICAGO, IL 60673-4227

Reliance Partners
555 Walnut St #400
Chattanooga, TN 37402

Renaissance Capital Alliance
L-3708
COLUMBUS, OH 43260-3708

Renaissance Capital Alliance, LLC.
5440 Corporate Dr., Suite 275
Troy, MI 48098

REEF America Reit Corp
c/o Miles & Stockbridge P.C., Attn: Catherine Harrington
915 Meeting Street, Suite 1110
North Bethesda, MD 20852

Ryder Transportation Services
PO BOX 96723
CHICAGO, IL 60693

Rz Tech Pest Control
100 RYAM ST BUILDING B SUITE 31
SOUTH PLAINFIELD, NJ 07080

Seagis East Rutherford Llc
100 Front Street
East Rutherford, NJ

SEI Acquisition DBA as Skyline Express
781 Far Hills Drive
New Freedom, PA 17349

Specialty Business Solutions
260 W 35th St, 13th floor
New York, NY 10001

Starpoint Protective Services, LLC
PO BOX 217
UNION, NJ 07083

Strickland Propane Inc.
PO BOX G 142 PINE BARREN ROAD
POOLER, GA 31322

Suburban Propane
PO BOX J
WHIPPANY, NJ 07981

Sunbelt Rentals, Inc.
PO BOX 409211
ATLANTA, GA 30384-9211

Teamsters Local 11 Pension Fund
810 BELMONT AVENUE, SUITE 100
NORTH HALEDON, NJ 07508-2396

Teamsters National 401(K) Savings Plan
Gem Group Fund Administration
1200 THREE GATEWAY CENTER, PITTSBURGH, PA 15222

T-Mobile
PO BOX 742596
CINCINNATI, OH 45274-2596

Toshiba America Business
PO BOX 418600
BOSTON, MA 02241-8600

Toshiba Financial Services
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

Toshiba Great America Financial Svcs
PO BOX 660831
DALLAS, TX 75266-0831

Trac Intermodal
C/O US BANK, PO BOX 952064
ST. LOUIS, MO 63195-2064

Trac Lease Inc.
750 COLLEGE ROAD EAST
PRINCETON, NJ 08540

Transforce
PO BOX 69250
BALTIMORE, MD 21264-9250

Trend Intermodal Chassis Leasing LLC
78 John Miller Way, Suite 417
Kearny, NJ 07032

Truck Lease Consulting
32 BUTTONWOOD PLACE
SWEDESBORO, NJ 08085

Uline
Accounts Receivable
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085

Uline
Attn: Accounts Receivable, PO BOX 88741
CHICAGO, IL 60680-1741

Unifirst
3499 RIDER TRIAL SOUTH
EARTH CITY, MO 63045

Unifirst Corporation
54 S. JEFFERSON ROAD
WHIPPANY, NJ 07981

Walthall Oil Company
DEPT 321, PO BOX 4458
HOUSTON, TX 77210-4458

XTRA Lease, LLC
7911 Forsyth Blvd., Ste. 600
St. Louis, MO 63105

ADT Security Systems, Inc/ Johnson Controls Security Solutions
PO BOX 371967
Pittsburgh, PA 15250-7967

Atlantic Equipment Leasing, LLC
107 Flyatt Rd
Vincentown, NJ 08088

Crown Imports LLC
131 S. Dearborn St.
Chicago, IL 60603

De Lage Landen Financial Services, Inc.
PO Box 825736
Philadelphia, PA 19182-5736

Fr. Meyer's Sohn North America LLC
5 Commerce Drive
Reading, PA 19607

Friedman Corporation d/b/a Argos Software
10275 W. Higgins Road, Suite 250
Rosemont, IL 60018

Global Cellulose Fibers Acceptance
6400 Poplar Ave
Memphis, TN 38197

Hale Trailer Brake & Wheel, Inc
PO BOX 1400
Voorhees, NJ 08043

International Paper Company
6400 Poplar Avenue, Tower I, Room 5-047
Memphis, TN 38197

Lease Crunch LLC
PO BOX 201610
Dallas, TX 75320-1610

Liftpower
6801 Suemac Place
Jacksonville, FL 32254

Marlin Leasing Corporation Dba PEAC Solutions
300 Fellowship Road
MT. Laurel, NJ 08054

McCabe's East Coast Forklifts, LLC/ Med One Capital Funding LLC
221 Creek Road
Bellmawr, NJ 08031

Med One Capital Funding LLC
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Milestone Equipment Company
PO BOX 205589
Dallas, TX 75320

Navitas Credit Corp
201 Executive Center DR., Suite 100
Columbia, SC 29210

Newlane Finance Company
123 S. Broad Street, 17th Fl
Philadelphia, PA 19109

NJ E- Z Pass Violation Proc. Ctr.
P.O BOX 52005
Newark, NJ 07101-8205

North American Chassis Pool
525 Royal Parkway #290069
Nashville, TN 37229

Wagner Logistics
1201 E. 12th Ave North
Kansas City, MO 64116

Universal Logistics Holdings, Inc.
12755 E 9 Mile Rd
Warren, MI 48089

World Distribution Services
500 Linden Logistics Way, Building E
Linden, NJ 07036

World Distribution Services - Savannah
100 Morgan Lakes Industrial Blvd
Savannah, GA 31322

Max Antonio Campos Diaz
[Address on file]

Zeeve Logistics
[Address on file]

Jeffrey R. Catania
[Address on file]

Joseph Casseus
[Address on file]

Henry E Diekman
[Address on file]

Ronald Clerge
[Address on file]

Rafael H Gomez
[Address on file]

Joan Franov
[Address on file]

Reynold Isidor
[Address on file]

Charles R Hartman
[Address on file]

Erin E Judge
[Address on file]

Geronimo Jimenez
[Address on file]

Patrick Judge IV
[Address on file]

Barbara Judge
[Address on file]

Yakema Marlin
[Address on file]

Robert Kessler
[Address on file]

Krishna R. Phagoo
[Address on file]

Kirk D Moore
[Address on file]

Carl F Sarlo
[Address on file]

Fernando Salinas
[Address on file]

Tiffany Sicco
[Address on file]

Yvonne Sharper
[Address on file]

Benjamin F Amerson
[Address on file]

Marcus Allen
[Address on file]

DeShante N Blidge
[Address on file]

Sterling Beauchamp
[Address on file]

Laura L Chessher
[Address on file]

Steven E Burrows
[Address on file]

Timothie Conover
[Address on file]

Fredrick Dwayne Cobbs
[Address on file]

A'Jay DeLosAngeles
[Address on file]

Shy'Dericka Copeland
[Address on file]

Ronald S. Fourre
[Address on file]

Cedric Eady
[Address on file]

Brian Gruenhagen
[Address on file]

Glenn R Gary
[Address on file]

Donald P Hawkins
[Address on file]

Gerald Harmon
[Address on file]

Laura L Hunt
[Address on file]

Edgar E Hempfleng
[Address on file]

Sherri L Lowe
[Address on file]

Christopher King
[Address on file]

Anthony L Nixon
[Address on file]

Jason H Mann
[Address on file]

Rosemarie A Smith
[Address on file]

Marcus Robinson
[Address on file]

Aleeya Tanksley
[Address on file]

Anthony Stone
[Address on file]

CaRhonda Albertie
[Address on file]

Jamal C Williams
[Address on file]

Torres V Berrien
[Address on file]

Stevon D Barnes
[Address on file]

Jack Callahan
[Address on file]

Gary Brown
[Address on file]

Gary J Cooper
[Address on file]

Dorian Edmond
[Address on file]

Shelton Hills
[Address on file]

Steven Jackson
[Address on file]

Anthony Pugh
[Address on file]

Amber Eckman
[Address on file]

Santiago M Fregoso
[Address on file]

Judes E Hills Jr.
[Address on file]

Richard Prellwitz
[Address on file]

Jenna L Roberts
[Address on file]

Taariq Scott
[Address on file]

Joseph Manning Rowland
[Address on file]

Richard E Walker
[Address on file]

Kim Tapley
[Address on file]

Jose P Amaya
[Address on file]

Jose E Amaya
[Address on file]

Jose Antonio Benavides
[Address on file]

Bernardino Arbaiza
[Address on file]

Richard Brogan
[Address on file]

Charles Lamont Bostic
[Address on file]

Jorge Cabrera
[Address on file]

Nicomedes Cabrera
[Address on file]

Christopher Cepeda
[Address on file]

Andrew J. Castles
[Address on file]

Erin L Cook
[Address on file]

Rosalina Colon
[Address on file]

Antonio Cortes
[Address on file]

Patrick M Corbo
[Address on file]

Rubain Desrosiers
[Address on file]

Mustafa Cuttino
[Address on file]

Felix Ramon Diaz
[Address on file]

Fernando J Dias
[Address on file]

Moses B Easter
[Address on file]

Eliseu J Dos Santos
[Address on file]

Juan A Estevez
[Address on file]

Julian Escalera
[Address on file]

Derwood L Grant
[Address on file]

Michael A Fenimore
[Address on file]

Rigoberto Guevara
[Address on file]

Fallon Grant
[Address on file]

Dionosio Hernandez
[Address on file]

Santos Guevara
[Address on file]

Leah R Jackson
[Address on file]

Jose M Hernandez
[Address on file]

Dilfredo Lorente
[Address on file]

Jose L Lainez
[Address on file]

Bruno Marques
[Address on file]

Ronald M Marczak
[Address on file]

Danilo E Martinez
[Address on file]

Renan O. Marquez
[Address on file]

Jose Martinez
[Address on file]

William A Martinez
[Address on file]

Colin McKeon
[Address on file]

Cristobal Mata Flores
[Address on file]

Roberto M Orellana
[Address on file]

Armando A. Molina
[Address on file]

Louis L Reese
[Address on file]

Jonathan Ortega
[Address on file]

Maya Rofman
[Address on file]

Luis Miguel Rodrigues
[Address on file]

Pamela Shelepets
[Address on file]

Marcial Rosa Orellana
[Address on file]

Miguel Tamayo
[Address on file]

Jose A. Sorto
[Address on file]

Robert A Tighe
[Address on file]

Gabriel F Tavares
[Address on file]

Pearly J. Whitehall
[Address on file]

Griselle Vasquez
[Address on file]

Michael Wynne
[Address on file]

Rose Marie Wilson
[Address on file]

Daniel P. Wynne
[Address on file]

Brandon J Wynne
[Address on file]

Brian A. Wynne
[Address on file]

Robin H Wynne
[Address on file]

Michael Wynne Jr
[Address on file]

Patrick Wynne
[Address on file]

US Attorney
970 Broad Street
Newark, New Jersy 07102

Julian A. Boxill
[Address on file]

# EXHIBIT "B"

Christopher P. Anton
John S. Mairo, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
mairo@fbtgibbons.com;
canton@fbtgibbons.com)

Riker Danzig LLP
7 Giralda Farms
Suite 250
Madison, NJ 07940
jschwartz@riker.com
jharmon@riker.com
cbarron@riker.com
cbarron@riker.com
stern@riker.com

Sean C. Kulka
Bradley Arant Boult Cummings LLP
Promenade Tower
1230 Peachtree Street NE, 21st Floor
Atlanta, GA 303
0sean.kulka@bradley.com

Michael C. Thaler
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Michael.thaler@agg.com

Laurie A. Martin Montplaisir
Krieg DeVault LLP
200 S. Wacker Drive Suite 600
Chicago, IL 60606
Counsel to First Business
lmontplaisir@kdlegal.com

United States Trustee
Office of the United States Trustee for the District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102-5235
Fran.B.Steele@usdoj.gov
David.Gerardi@usdoj.gov

Leslie Carol Heilman
Ballard Spahr LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
heilmanl@ballardspahr.com
williamsone@ballardspahr.com

Brian P. Morgan
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor, New York, NY 10036
brian.morgan@faegredrinker.com

Catherine B. Harrington
Miles & Stockbridge P.C.
1185 6th Avenue, New York, NY 10036
charrington@milesstockbridge.com

David H. Stein
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
dstein@wilentz.com

# EXHIBIT "C"

American Express
PO Box 1270
Newark, NJ 07101

CAMBRIDGE FINANCIAL SERVICES
105 FIELDCREST AVENUE
SUITE 506
EDISON, NJ 08837

CIESA SHAHINIAN & GIANTOMASI PC
105 EISENHOWER PARKWAY
ROSELAND, NJ 07668

EAST COAST DOCK & DOOR
345 HIGHWAY 9 SOUTH
SUITE # 266
MANALAPAN, NJ 07726

F. GREEK BRISTOL PROPERTIES, L.P.
1 KIMBRELY ROAD SUITE 105
East Brunswick, NJ 08816

First Business Specialty Finance, LLC
2400 E DEVON AVE
SUITE 211
Des Plaines, IL 60018

GREENBAUM ROWE SMITH & DAVIS LLP
METRO CORPORATE CAMPUS ONE
PO BOX 5600
WOODBRIDGE, NJ 07095-0988

HARTZ ELIZABETH, INC.
225 BAY AVENUE
Elizabeth, NJ 07096-1515

INTEGRITY STAFFING SOLUTIONS
PO BOX 713870
PHILADELPHIA, PA 19171-3870

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

MASIS STAFFING
PO BOX 823473
Philadelphia, PA 19182

MURPHY SCHILLER & WILKES LLP
24 COMMERCE STREET 12TH FLOOR
Newark, NJ 07102

NORTH NJ TEAMSTERS BEN.PLAN
810 BELMONT AVE.
NORTH HALEDON,, NJ 07508

P JUDGE AND SONS
201 A EXPORT ST
PORT NEWARK, NJ 07114

PRIME PACKAGING CORP.
1290 METROPLOITAN AVENUE
BROOKLYN, NY 11237

Rreef American Reit II Corp.
PO BOX 209254
Austin, TX 78720-9254

STARPOINT PROTECTIVE SERVICES, LLC
PO BOX 217
UNION, NJ 07083

Seagis Est Rutherford LLC
One Meadowlands Plz.
Suite 800
East Rutherford, NJ 07073

WASTE MANAGEMENT OF N.J. INC
PO BOX 13648
WASTE MNGMT NEWARK MUNICIPAL
Philadelphia, PA 19101-3667

WASTE MANAGEMENT OF PA INC
WASTE MANAGEMENT NORTH
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648