UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
Counsel to the Debtors and Debtors in Possession

**Order Filed on September 3, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,
Debtors.

Case No.: 25-22123-JKS

Chapter: 11

Judge: September 8, 2026

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: September 3, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of the Debtors for a reduction of time for a hearing on the Debtors' motion seeking further extension of the 365(d)(4) deadline to assume or reject unexpired nonresidential leases under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on September 8, 2026 at 10:00 A.M. in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 Courtroom No. 3D.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Counsel to First Business Specialty Finance, the Office of the UST, Committee Counsel, counsel to the Debtors' relevant landlords, counsel to the Stalking Horse Bidder, and the Top 20 Creditors.

by ❑ each, ☒ any of the following methods selected by the Court:

❑ fax, ☒ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other creditors and interested parties.

by ❑ each, ☒ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ☒ regular mail, ☒ email, ❑ hand delivery.

4. Service must be made:

❑ on the same day as the date of this order, or

☒ within 1 day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❑ must be provided to ______

❑ on the same day as the date of this Order, or

❑ within ______ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail ________ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-22123-JKS
Port Elizabeth Terminal & Warehouse Corp Chapter 11
Amex Shipping Agent, Inc.
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Sep 03, 2026 Form ID: pdf903 Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amex Shipping Agent, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Judge Warehousing, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons Trucking, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Port Elizabeth Terminal & Warehouse Corp., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | The Judge Organization, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| aty | | Maxwell M. Hanamirian, Saul Ewing, LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186 |
| aty | + | Murphy Schiller & Wilkes LLP, One Gateway Center, Suite 4200, Newark, NJ 07102-5310 |
| aty | + | Saul Ewing LLP, One Riverfront Blvd. Suite 1520, Newark, NJ 07102-5401 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda R Simone | on behalf of Creditor Committee Official Committee Of Unsecured Creditors asimone@connellfoley.com |
| Brett S. Theisen | on behalf of Creditor Committee Official Committee Of Unsecured Creditors btheisen@connellfoley.com |

nmitchell@gibbonslaw.com

Christopher P. Anton
on behalf of Creditor Committee Official Committee Of Unsecured Creditors canton@fbtgibbons.com

David Gerardi
on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

David H. Stein
on behalf of Creditor F. Greek Bristol Properties L.P. dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

Eric M. Ferrante
on behalf of Creditor Constellation Brands Inc. eferrante@nixonpeabody.com, djames@nixonpeabody.com,roc.managing.clerk@nixonpeabody.com,bos.managing.clerk@nixonpeabody.com,dmcmonagle@nixonpeabody.com

Fran B. Steele
on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Ilana Volkov
on behalf of Creditor Hartz Elizabeth Inc. ivolkov@mcgrailbensinger.com

James F. Moscagiuri
on behalf of Unknown Role Type Kristal Marie Soto jmoscagiuri@lsaclaw.com jhoffman@lsaclaw.com

James F. Moscagiuri
on behalf of Unknown Role Type Andy M. Castillo jmoscagiuri@lsaclaw.com jhoffman@lsaclaw.com

James F. Moscagiuri
on behalf of Unknown Role Type Julio Andres Matos Angomas jmoscagiuri@lsaclaw.com jhoffman@lsaclaw.com

John S. Mairo
on behalf of Other Prof. Dundon Advisers LLC jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo
on behalf of Creditor Committee Official Committee Of Unsecured Creditors jmairo@fbtgibbons.com emunera@fbtgibbons.com

Joseph Casello
on behalf of Creditor Yancey Bros. Co jcasello@cvclaw.net jcasello627@gmail.com

Joseph Lubertazzi, Jr.
on behalf of Creditor Wells Fargo Vendor Financial Services LLC jlubertazzi@mccarter.com

Joseph Lubertazzi, Jr.
on behalf of Creditor HYG Financial Services Inc. jlubertazzi@mccarter.com

Joseph L. Schwartz
on behalf of Creditor East Coast Warehouse and Distribution Corp. jschwartz@riker.com courtdockets@riker.com

Kyle McEvilly
on behalf of Creditor Committee Official Committee Of Unsecured Creditors kmcevilly@connellfoley.com

Leslie Carol Heilman
on behalf of Creditor Seagis East Rutherford LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Rebecca K. McDowell
on behalf of Creditor Eastern Lift Truck Co Inc. rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert Malone
on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@connellfoley.com nmitchell@gibbonslaw.com

Robert M. Kline
on behalf of Creditor Auxilior Capital Partners Inc. rmk@replevin.com, ecf@writofseizure.com

Scott D. Sherman
on behalf of Creditor Coastal Industrial Equipment LLC ssherman@minionsherman.com

Seth Ptasiewicz
on behalf of Creditor Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan sptasiewicz@krollfirm.com

Stephen B. Ravin
on behalf of Debtor The Judge Organization LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin
on behalf of Debtor P. Judge & Sons Inc. sravin@saul.com, jgillman@saul.com

Stephen B. Ravin

| | |
|---|---|
| | on behalf of Debtor Amex Shipping Agent Inc. sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Debtor P. Judge & Sons Trucking LLC sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Debtor Judge Warehousing LLC sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. sravin@saul.com jgillman@saul.com |
| Thomas B. O'Connell | on behalf of Creditor Eastern Lift Truck Co Inc. toconnell@slgcollect.com anovoa@slgcollect.com |
| Thomas Michael Walsh | on behalf of Interested Party Chiesa Shahinian & Giantomasi PC TWALSH@CSGLAW.COM |
| Turner Falk | on behalf of Debtor P. Judge & Sons Inc. turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Amex Shipping Agent Inc. turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor The Judge Organization LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor P. Judge & Sons Trucking LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Judge Warehousing LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 40