# EXHIBIT C

## Detail Time Entries by Category

**Murphy Schiller & Wilkes LLP**
One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

# INVOICE

**Date:**07/31/2026
**Invoice #:** 20805
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 08/12/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/07/2026 | SCC | A107-Communicate (opponents/other outside counsel)<br>L120-Analysis/Strategy<br>Communicate with counsel for Defendant regarding wire transfer pursuant to Release. | 0.30 | $450.00 | $135.00 |
| 07/31/2026 | SCC | A107-Communicate (opponents/other outside counsel)<br>L120-Analysis/Strategy<br>Communicate with defendant's counsel regarding next wire transfer as part of settlement. | 0.30 | $450.00 | $135.00 |
| | | **For professional services rendered** | **0.60** | | **$270.00** |

**Invoice Amount** **$270.00**

**Balance Due** **$270.00**

**Retainer Balance (as of 08/12/2026)** **$0.00**

| Name | Time Spent | Rate | Amount |
| --- | --- | --- | --- |
| Sean Callahan | 0.60 | $450.00 | $270.00 |

**Murphy Schiller & Wilkes LLP**
One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

# INVOICE

**Date:**07/31/2026
**Invoice #:** 20808
**Matter:** Pride Express, Inc.
**File #:** 00728

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 08/12/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/22/2026 | KM | A110-Manage Data/Files/Documentation L140-Document/File Management<br>finalize, e-file and save to file subpoenas on defendants | 0.20 | $125.00 | $25.00 |
| | | **For professional services rendered** | **0.20** | | **$25.00** |

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 07/22/2026 | KM | E112-Court fees<br>filing fees-subpoenas | 2 | $50.00 | $100.00 |

| | |
|---|---|
| **Total additional charges** | **$100.00** |
| **Invoice Amount** | **$125.00** |
| **Balance Due** | **$125.00** |
| **Retainer Balance (as of 08/12/2026)** | **$0.00** |

| **Name** | **Time Spent** | **Rate** | **Amount** |
|---|---|---|---|
| Klaudia Maslowska | 0.20 | $125.00 | $25.00 |

**Murphy Schiller & Wilkes LLP**
One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

# INVOICE

**Date:**07/31/2026
**Invoice #:** 20809
**Matter:** US One Trucking Inc.
**File #:** 3711

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 08/12/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/2026 | SCC | A109-Appear For/Attend L120-Analysis/Strategy<br>Appear for and attend and prepare (outline presentation and review submissions) arbitration. | 1.50 | $450.00 | $675.00 |
| 07/01/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with client regarding arbitration. | 0.50 | $450.00 | $225.00 |
| 07/01/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with counsel for defendants regarding further settlement discussions. | 0.50 | $450.00 | $225.00 |
| 07/08/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with counsel for defendants on continued settlement discussions. | 0.40 | $450.00 | $180.00 |
| 07/22/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with counsel for defendants on trial date | 0.50 | $450.00 | $225.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | and intention to file trial de novo regarding the arbitration award. | | | |
| 07/23/2026 | CJW | Attend to review of open litigation in re: sale of company; confer with S. Callahan re: same. | 1.00 | $450.00 | $450.00 |
| 07/23/2026 | SCC | A104-Review/Analyze L120-Analysis/Strategy Review discovery exchanged to date and draft deposition questions/outline to implicate JAAP Trucking into litigation given arbitrator's opinion that JAAP not implicated; communicate with defendants' counsel regarding further negotiations and conducting depositions if settlement not possible. | 2.20 | $450.00 | $990.00 |
| | | **For professional services rendered** | **6.60** | | **$2,970.00** |

| | |
|---|---|
| **Invoice Amount** | **$2,970.00** |
| **Balance Due** | **$2,970.00** |
| **Retainer Balance (as of 08/12/2026)** | **$0.00** |

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 1.00 | $450.00 | $450.00 |
| Sean Callahan | 5.60 | $450.00 | $2,520.00 |