# **EXHIBIT B**

## Declaration of Donald J. Vogel

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Maxwell M. Hanamirian, Esquire (admitted *pro hac vice*)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>turner.falk@saul.com<br>maxwell.hanamirian@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | |

**DECLARATION OF DONALD J. VOGEL**

1. I am a Partner in the firm of Scopelitis, Garvin, Light, Hanson & Feary, P.C. ("**Scopelitis**"), which serves as special counsel to the debtors and debtors-in-possession (the "**Debtors**").

2. I have read the foregoing ninth monthly fee statement of Scopelitis for allowance of compensation and reimbursement of expenses for the period from July 1, 2026 through July 31,

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

2026 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3. There is no agreement or understanding between Scopelitis and any other person for a division of compensation as Debtors' special counsel and no previous compensation has been shared by Scopelitis.

4. No division prohibited by the Bankruptcy Code will be made by Scopelitis.

5. No agreement prohibited by Title 18, Section 155 has been made.

Dated: September 8, 2026

*/s/ Donald J. Vogel*
DONALD J. VOGEL