# EXHIBIT C

## Detail Time Entries by Category

Scopelitis
Garvin Light Hanson & Feary

Please reference
INVOICE #
with remittance.

Accounting Office
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Phone: (317) 492-9350

**Port Elizabeth Terminal & Warehouse**
**Mariam Khoudari**
**13 Manor Road**
**East Rutherford, NJ 07073**

**August 12, 2026**
**Invoice #: 598851**
**Client Code: CH0409**
**Matter Code: 00010**
**Billed Through: 07/31/26**

***Matter*** **00010** **Special Counsel Advice - Employee Benefits and Pensions**

***PROFESSIONAL SERVICES***

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/23/26 | DJV | Telephone conference with M. Wynne regarding possible termination of union steward. | 0.30 @ | $625.00/hr | $187.50 |
| | | **Total Professional Services** | | | **$187.50** |

***TIMEKEEPER SUMMARY FOR THIS MATTER***

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Vogel, Donald J. | 0.30 @ | $625.00/hr | $187.50 |
| **Total Professional Services** | | | **$187.50** |

Matter Credit Balance Total: $5,370.41

***INVOICE SUMMARY***

| | | |
|---|---|---|
| Total Professional Services | $ | 187.50 |
| **Total of New Charges for this Invoice** | **$** | **187.50** |

**OUTSTANDING INVOICE DETAIL AS OF: 08/12/26**

| Invoice | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| 593754 | 06/02/26 | 1,125.00 | 0.00 | $1,125.00 |
| 596628 | 07/09/26 | 125.00 | 0.00 | $125.00 |
| | **TOTALS** | **1,250.00** | **0.00** | **$1,250.00** |

| | |
|---|---|
| **TOTAL PRIOR DUE BALANCE** | **$1,250.00** |
| **TOTAL CURRENT INVOICE** | **$187.50** |
| **TOTAL AMOUNT DUE** | **$ 1,437.50** |

Services In California Provided By Scopelitis, Garvin, Light, Hanson & Feary, LLP
Services In Michigan Provided By Scopelitis, Garvin, Light, Hanson & Feary, PLLC
All Other Services Provided By Scopelitis, Garvin, Light, Hanson & Feary, PC

**PAYMENT IS DUE UPON RECEIPT IN U.S. DOLLARS. A FINANCE CHARGE WILL BE ASSESSED AT THE RATE OF 1.0% PER MONTH (APR 12%) ON ANY BALANCE UNPAID AFTER 30 DAYS.YOU MAY REMIT PAYMENT ONLINE AT WWW.SCOPELITIS.COM/PAYMENTS**