| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF**
**CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on November 14, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court"), commencing these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, on August 26, 2026, the Debtors filed a motion [D.I. 417] (the "Bidding Procedures Motion") seeking entry of an order (the "Bidding Procedures Order"), (i) authorizing and approving bidding procedures (the "Bidding Procedures")[2] in connection with one or more sales or dispositions (collectively, the "Sale(s)") of the Northern Assets, the Southern Assets, and all other assets (collectively, the "Assets"), (ii) approving the Bid Protections with respect to the Stalking Horse Bid (each as defined below) and authorizing the Debtors to incur and pay the Bid Protections to the extent applicable, (iii) establishing certain dates and deadlines for the sale process, including scheduling an auction of the Assets (the "Auction"), if applicable, in accordance with the Bidding Procedures, and the hearing with respect to the approval of the Sale (the "Sale Hearing"), (iv) approving the form and manner of notice of the Auction, if any, the Sale and the Sale Hearing, (v) approving procedures for the assumption and

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.
[2] Capitalized terms not defined in this notice are used as defined in the Bidding Procedures Motion or the Bidding Procedures, as applicable.

assignment of certain executory contracts and unexpired leases in connection with the Sale and approving the form and manner of notice thereof, and (vi) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on September 4, 2026, the Court entered the Bidding Procedures Order [D.I. 433], approving, among other things, the Bidding Procedures Motion and the Bidding Procedures, which establish key dates and times relating to the Sale and the Auction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of the Sale(s), the Debtors intend to assume and assign to the Successful Bidder certain executory contracts and unexpired leases (each an "Assumed Contract" and collectively the "Assumed Contracts"). A schedule listing the contracts and leases that may potentially be assumed and assigned as part of the Sale(s) is attached hereto as **Exhibit 1** (the "Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that Cure Amounts, if any, for the assumption and assignment of such contracts and leases that may be assumed and assigned are also set forth on the Contracts Schedule. Each Cure Amount listed on the Contracts Schedule represents all liabilities of any nature of the Debtors arising under a contract or lease as of the Petition Date, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the date of this Contract Notice.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CONTRACT OR LEASE THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE(s).** ***The presence of a contract or lease listed on Exhibit 1 attached hereto does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease will be assumed and assigned as part of the Sale(s). The Debtors reserve all their rights, claims and causes of action with respect to the contracts and leases listed on Exhibit 1 attached hereto.***

## Filing Objections

Pursuant to the Assumption and Assignment Procedures, objections to (i) the assumption and assignment of the Counterparty's Assumed Contract, (ii) the Cure Amount for its Assumed Contract , or (iii) the ability of the Stalking Horse Bidder to provide adequate assurances of future performance, the Counterparty must file with the Court and serve on the Objection Notice Parties a written objection (a "Cure Objection"). Any Cure Objection shall: (i) be in writing; (ii) comply with the Bankruptcy Code, Bankruptcy Rules, the Local Rules and all orders of the Court entered in these Chapter 11 Cases; (iii) state the basis for such objection; (iv) if such objection is to the Cure Amount, state with specificity what Cure Amount the Counterparty believes is required (in all cases, with appropriate documentation in support thereof); (v) be filed with the Court no later than **October 9, 2026 at 4:00 p.m. (ET)** (the "Cure Objection Deadline"); and (vi) be served on the following parties (collectively, the "Objection Notice Parties"): (A) Office of the United States Trustee for the District of New Jersey, Attn: Fran Steele (Fran.B.Steele@usdoj.gov) and David Gerardi (David.Gerardi@usdoj.gov), One Newark Center, Suite 2100, Newark, NJ 07102; (B) Debtors' counsel, Saul Ewing LLP, One Riverfront Plaza, 1037 Raymond Boulevard, Suite 1520, Newark, NJ 07102 (Attn: Jeffrey Hampton (jeffrey.hampton@saul.com), Turner N. Falk

(turner.falk@saul.com), and Stephen B. Ravin (stephen.ravin@saul.com)); (C) counsel to the Committee, FBT Gibbons LLP, One Gateway Center, Newark, NJ 07102, Attn: John S. Mairo (jmairo@fbtgibbons.com) and Christopher P. Anton (canton@fbtgibbons.com); (D) counsel for the Stalking Horse Bidder, Bradley Arant Boult Cummings LLP, Promenade Tower, 1230 Peachtree Street NE, Atlanta, Georgia 30309, Attn. Sean C. Kulka (sean.kulka@bradley.com) and Riker Danzig LLP, 7 Giralda Farms, Suite 250, Madison, NJ 07940-1051, Attn: Joseph L. Schwartz (jschwartz@riker.com) and John Harmon (jharmon@riker.com); and (E) counsel for any other Successful Bidders; .

The Debtors shall file a notice identifying the Successful Bidder(s) and Back-Up Bidder(s) (if selected) (the "Notice of Successful Bidder") and shall serve the Notice of Successful Bidder on each counterparty to a potential Assigned Contract as soon as reasonably practicable after closing the Auction, if any. If the Stalking Horse Bidder is not the Successful Bidder, each counterparty to a potential Assigned Contract will then have an opportunity to object to the identity of the Successful Bidder(s) or adequate assurance of future performance with respect to such counterparty's contract or lease provided by the Successful Bidder(s), which must (i) be in writing, (ii) comply with the Bankruptcy Code, Bankruptcy Rules and Local Rules, (iii) state, with specificity, the legal and factual bases thereof, (iv) be filed with the Court by **October 17, 2026, at 4:00 PM (ET)** (the "Adequate Assurance Objection Deadline"), and (v) be served on the Objection Notice Parties.

The Court will hear and determine any objections to the assumption and assignment of the Assumed Contracts at the Sale Hearing or at a later hearing, as determined by the Debtors. The Sale Hearing to consider the proposed Sale will be held on **October 20, 2026, at 10:00 a.m. (ET)**, or such other date as determined by the Court, at the United States Bankruptcy Court for the District of New Jersey, Courtroom 3D, 50 Walnut Street, 3rd Floor, Newark, N.J. 07102. The Sale Hearing may be continued by the Debtors by oral announcement at the date and time stated herein without any further written notice.

**Consequences of Failing to Timely Assert an Objection**

**UNLESS YOU FILE AN OBJECTION TO THE CURE AMOUNT AND/OR THE ASSUMPTION OR ASSIGNMENT OF YOUR CONTRACT OR LEASE IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, YOU SHALL BE (A) BARRED FROM OBJECTING TO THE CURE AMOUNT SET FORTH ON EXHIBIT 1, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE AMOUNT AGAINST THE DEBTORS, OR ANY SUCCESSFUL BIDDER(S) THAT IS GREATER THAN THE CURE AMOUNT SET FORTH ON EXHIBIT 1 AND (C) DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND/OR ASSIGNMENT OF YOUR CONTRACT OR LEASE AND THE ADEQUACY OF SUCCESSFUL BIDDER'S ASSURANCE OF FUTURE PERFORMANCE. NOTWITHSTANDING THE FOREGOING, THE DEBTORS REMAIN OBLIGATED TO ANY COUNTERPARTY OF A SELECTED ASSUMED CONTRACT FOR ANY AMOUNTS THAT MAY ARISE UNDER SUCH CONTRACT OR LEASE POSTPETITION BUT PRIOR TO CLOSING, SUBJECT TO ANY DEFENSES THERETO. AMOUNTS OWED BY THE DEBTORS AFTER THE PETITION DATE MAY BE ENTITLED TO ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. § 503(B).**

Dated: September 10, 2026

**SAUL EWING LLP**

By: */s/ Turner N. Falk*

Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
turner.falk@saul.com

*Counsel for the Debtors and Debtors in Possession*

**Exhibit 1**

**Contract and Lease Schedule**

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| Port Elizabeth Terminal & Warehouse Corp. | Security Services Agreement | ADT Security Systems, Inc/ Johnson Controls Security Solutions | PO BOX 371967, Pittsburgh, PA 15250-7967 | $1,237.35 |
| P. Judge & Sons Trucking, LLC | Equipment lease | Atlantic Equipment Leasing, LLC | 107 Flyatt Rd, Vincentown, NJ 08088 | $0.00 |
| P. Judge & Sons Trucking, LLC | Equipment Lease | Coastal Industrial Equipment | 1121 Suemac Rd., Jacksonville, FL 32254-2793 | $14,167.87 |
| P. Judge & Sons Trucking, LLC | Chassis Lease | Consolidated Chassis Management LLC | PO BOX 737533, Dallas, TX 75373-7533 | $12,768.53 |
| Port Elizabeth Terminal & Warehouse Corp. | Warehousing Agreement | Crown Imports LLC | 131 S. Dearborn St., Chicago IL 60603 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Lease of Hyster S60FT - SN:H187V18526V - Acc 2729 | De Lage Landen Financial Services, Inc. | PO Box 825736, Philadelphia, PA 19182-5736 | $0.00 |
| The Judge Organization, LLC | Machinery Lease | De Lage Landen Financial Services, Inc. | PO Box 825736, Philadelphia, PA 19182-5736 | $5,000.00 |
| Port Elizabeth Terminal & Warehouse Corp. and The Judge Organization | Warehouse Lease and Office Lease | F. Greek Bristol Properties, L.P. | 30 Runway Road, Levittown, PA 19057<br>-and-<br>c/o Wilentz, Goldman & Spitzer, P.A. Attn: David H. Stein, Esq. 90 Woodbridge Center Dr., Suite 900, Box 10, Woodbridge, NJ 07095 | $351,203.55 |

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| Amex Shipping Agent, Inc. | Freight Forwarding | Fr. Meyer's Sohn North America LLC | 5 Commerce Drive Reading PA 19607 | $25,440.00 |
| The Judge Organization, LLC | Software License Agreement | Friedman Corporation d/b/a Argos Software | 10275 W. Higgins Road Suite 250 Rosemont, IL 60018 | $12,550.80 |
| Port Elizabeth Terminal & Warehouse Corp. | Software License Agreement | Friedman Corporation d/b/a Argos Software | 10275 W. Higgins Road Suite 250 Rosemont, IL 60018 | $13,750.80 |
| Judge Warehousing | Dray Carrier Contract | Global Cellulose Fibers Acceptance | 6400 Poplar Ave, Memphis, TN 38197 | $0.00 |
| Judge Warehousing | Equipment Lease | Greatamerica Financial Services Corporation | 625 First St. SE, Cedar Rapids, IA 52401 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Equipment Lease | Greatamerica Financial Services Corporation | 625 First St. SE, Cedar Rapids, IA 52401 | $564.23 |
| P. Judge & Sons Trucking, LLC | Trailer Rental | Hale Trailer Brake & Wheel, Inc | PO BOX 1400, Voorhees, NJ 08043 | $76,605.90 |
| Judge Warehousing | Equipment Lease: Hyster 4-Wheel H120FT U005V18694Y - Acc 2748 | HYG Financial Services Inc. | 5000 Riverside Drive, Suite 300 East, Irving, TX 75309-4314 | $0.00 |
| Judge Warehousing | Equipment Lease: Hyster Forklift H120FT U005v18694Y - Acc 2749 | HYG Financial Services Inc. | 5000 Riverside Drive, Suite 300 East, Irving, TX 75309-4314 | $0.00 |

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| Judge Warehousing | Equipment Lease: Hyster Forklift H120FT R005V02671K - Acc 2608 | HYG Financial Services Inc. | 5000 Riverside Drive, Suite 300 East, Irving, TX 75309-4314 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Staffing Services | Integrity Staffing Solutions | P.O. Box 713870<br>Philadelphia, PA 19171 | $37,274.12 |
| Judge Warehousing | Transportation Services Contract No. USE2015129 | International Paper Company | 6400 Poplar Avenue, Tower I, Room 5-047, Memphis TN 38197 | $0.00 |
| Judge Warehousing | Weyerhaeuser Contract No. USE2015130 | International Paper Company | 6400 Poplar Avenue, Tower I, Room 5-047, Memphis TN 38197 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Security Services | Johnson Controls Security Solutions | P.O. Box 371967<br>Pittsburgh, PA 15250 | $3,364.96 |
| Judge Warehousing | SaaS | Lease Crunch LLC | PO BOX 201610 Dallas TX 75320-1610 | $180.44 |
| Judge Warehousing | Machinery Lease | Liftpower | 6801 Suemac Place, Jacksonville, FL 32254 | $0.00 |
| P. Judge & Sons, Inc. | Equipment Lease Agreement, (2) New Hyster S70FTs, SN: H187v23337r, H187v23376y - Acc2747 | Marlin Leasing Corporation Dba PEAC Solutions | 300 Fellowship Road, MT. Laurel, NJ, 08054 | $0.00 |

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| P. Judge & Sons, Inc. | Equipment Lease Agreement, 2016 Yale GCO60vx Lift | Marlin Leasing Corporation Dba PEAC Solutions | 300 Fellowship Road, MT. Laurel, NJ 08054 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Equipment Lease: Yale ERC050VG Acc 2734 | Marlin Leasing Corporation Dba PEAC Solutions | 300 Fellowship Road, MT. Laurel, NJ 08054 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Equipment Lease: PEAC 2016 YALE GC060vx LIFT | Marlin Leasing Corporation. Dba PEAC Solutions | 300 Fellowship Road, MT. Laurel, NJ 08054 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp.<br><br>P. Judge & Sons, Inc. | Equipment Lease: Cascade R60F-RDP-01B/RXH - Acc 2744 | McCabe’s East Coast Forklifts, LLC/ Med One Capital Funding LLC | 221 Creek Road, Bellmawr, NJ 08031 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp.<br><br>P. Judge & Sons, Inc | Equipment Lease: Forklift - New Heli GBD35 & New Heli CPYD35 - Acc 2743 | McCabe’s East Coast Forklifts, LLC/ Med One Capital Funding LLC | 221 Creek Road, Bellmawr, NJ 08031 | $0.00 |



58609886.4

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| Port Elizabeth Terminal & Warehouse Corp.<br><br>P. Judge & Sons, Inc | Equipment Lease: Heli Forklift - CPD35-GB2LI-M, 05035DL1367 - ACC 2737 | McCabe's East Coast Forklifts, LLC/ Med One Capital Funding LLC | 221 Creek Road, Bellmawr, NJ 08031 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Equipment Lease: New Heli Forklift - CPQYD35-KUHL - ACC 2741 | McCabe's East Coast Forklifts, LLC/Med One Capital Funding LLC | 221 Creek Road, Bellmawr, NJ 08031 | $0.00 |
| P. Judge & Sons, Inc. | Equipment Lease: Used Cascade Rotating Double Arm clamp - Model: 30H-RDP S/N: PTL2684984-1R2 - Acc: 2746 | McCabe's East Coast Forklifts, LLC/Med One Capital Funding LLC | 221 Creek Road, Bellmawr, NJ 08031 | $0.00 |
| P. Judge & Sons, Inc. | Equipment Contract Nos. 2002495-1; 2002495-2; 2002494-3; 2002495-4; 2002495-5; 2002495-6) | Med One Capital Funding LLC | 36 South State Street, Suite 1400, Salt Lake City, UT 84111 | $0.00 |
| P. Judge & Sons, Inc. | Chassis Lease | Milestone Equipment Company | PO BOX 205589, Dallas, TX 75320 | $71,878.59 |

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| Judge Warehousing | Machinery Lease | Navitas Credit Corp | 201 Executive Center DR. Suite 100, Columbia, SC 29210 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Machinery Lease: forklift | Newlane Finance Company | 123 S. Broad Street, 17th Fl, Philadelphia, PA 19109 | $814.85 |
| P. Judge & Sons, Inc. | E-Z Pass | NJ E- Z Pass Violation Proc. Ctr. | P.O BOX 52005, Newark, NJ 07101-8205 | $1,879.05 |
| P. Judge & Sons Trucking, LLC | Chassis Lease | North American Chassis Pool | 525 Royal Parkway #290069, Nashville, TN 37229 | $4,422.50 |
| Port Elizabeth Terminal & Warehouse Corp. | Union Benefits Plan | North NJ Teamsters Benefits Plan | 810 Belmont Ave., North Haledon, NJ 07508 | $231,988.57 |
| Port Elizabeth Terminal & Warehouse Corp. | Administrative Services Agreement | Odyssey Transport & Warehouse LLC fka Grand Worldwide Logistics Corporation | 4350 West Ohio Street, Chicago IL 60624 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Services Agreement | Odyssey Transport & Warehouse LLC fka Grand Worldwide Logistics Corporation | 4350 West Ohio Street, Chicago IL 60624 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Warehousing Agreement | Odyssey Transport & Warehouse LLC fka Grand Worldwide Logistics Corporation | 4350 West Ohio Street, Chicago IL 60624 | $0.00 |
| The Judge Organization | Machinery Lease | Ogden Forklifts, Inc | PO BOX 43606 Atlanta, GA 30336 | $22,281.68 |

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| Port Elizabeth Terminal & Warehouse Corp. | Lease of Kyster Fortis S40FTS Lift AC 2721 | Ontario Credit Corporation | Dept. 2082. P.O. Box 87618, Chicago, IL 60680-0618 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Equipment Lease: Hyster Fortis Forklift S40FTS Lift Truck AC 2724 | Ontario Credit Corporation | Dept. 2082. P.O. Box 87618, Chicago, IL 60680-0618 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Equipment Lease: Hyster Fortis Forklift S50FT AC 2726 | Ontario Credit Corporation | Dept. 2082. P.O. Box 87618, Chicago, IL 60680-0618 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Equipment Lease | Our Three Z's Inc. | Maslon LLP, Attn: Amy Swedberg, 225 South Sixth Street, Suite 2900, Minneapolis, MN 55402 | $42,881.72 |
| P. Judge & Sons, Inc. | Trailer Rental | Penn Jersey Diesel & Trailer | 2950 State Road, Bensalem, PA 19020 | $34,421.72 |
| Judge Warehousing, LLC | Warehouse Lease | Prologis d/b/a Duke Realty Limited Partnership | 400 Expansion Blvd.<br>Port Wentworth, GA 31407<br>-and-<br>c/o Faegre Drinker Biddle & Reath LLP<br>Attn: Brian P. Morgan, Esq.<br>1177 Avenue of the Americas, 43rd Floor, New York, New York 10036 | $707,108.87 |



58609886.4

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| | | | Email:<br>brian.morgan@faegredrinker.com<br>-and-<br>3350 Peachtree Road,<br>Suite 85D<br>Atlanta, GA 30326<br>-and-<br>1800 Wazee Street,<br>Suite 500<br>Denver, CO 80202 | |
| Port Elizabeth Terminal & Warehouse Corp. | Warehouse Lease | REEF America Reit II Corp. YYY | 150 Industrial Drive,<br>Jersey City, NJ 07305<br>-and-<br>c/o Miles & Stockbridge P.C.<br>Attn: Catherine Harrington, Esq.;<br>Addison Chappell, Esq.<br>915 Meeting St, #1110, North<br>Bethesda, MD 20852<br>Email: Catherine Harrington<br>(charrington@MilesStockbridge.com);<br>Addison Chappell<br>(achappell@MilesStockbridge.com)<br>-and- | $295,731.79 |



58609886.4

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| | | | c/o RREEF Management L.L.C. Deutsche Asset & Wealth Management 222 South Riverside Plaza, 26th Floor, Chicago, IL 60606 Attn: Vice President - Asset Management<br>-and-<br>Four Technology Drive Westborough, MA 01581-1791 Attn: Regional Director of Asset Management | |
| Port Elizabeth Terminal & Warehouse Corp. | Insurance Broker Contract | Reliance Partners | 555 Walnut St #400, Chattanooga, TN 37402 | $111,084.00 |
| P. Judge & Sons, Inc. | Lease of Advance SW5500 Rider Sweeper | Renaissance Capital Alliance, LLC.<br>-and-<br>The Huntington National Bank | 5440 Corporate DR. Suite 275, Troy, MI 48098<br>-and-<br>11100 Wayzata Blvd, Suite 700, Minnetonka, MN 55305 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Lease of Advance SW5500 Rider Sweeper SN: 3510221000226 | Renaissance Capital Alliance, LLC.<br>-and-<br>The Huntington National Bank | 5440 Corporate DR. Suite 275, Troy, MI 48098<br>-and-<br>11100 Wayzata Blvd, Suite 700, Minnetonka, MN 55305 | $0.00 |

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| Judge Warehousing, LLC | Lease of two used 2017 Yale BRC060VG Forklifts | Renaissance Capital Alliance, LLC.<br>-and-<br>The Huntington National Bank | 5440 Corporate DR. Suite 275, Troy, MI 48098<br>-and-<br>11100 Wayzata Blvd, Suite 700, Minnetonka, MN 55305 | $0.00 |
| Port Elizabeth Terminal & Warehouse Corp. | Lease of New Yale GC070VX Forklifts SN C910V18514X | Renaissance Capital Alliance, LLC.<br>-and-<br>The Huntington National Bank | 5440 Corporate DR. Suite 275, Troy, MI 48098<br>-and-<br>11100 Wayzata Blvd, Suite 700, Minnetonka, MN 55305 | $0.00 |
| Judge Warehousing, LLC | Lease of Cascade 120G-PBS-4A-38454 Pulp bale clamp S/N: SPR2825542-1RD & S/N: SPR2825542-2RD | Renaissance Capital Alliance, LLC.<br>-and-<br>The Huntington National Bank | 5440 Corporate DR. Suite 275, Troy, MI 48098<br>-and-<br>11100 Wayzata Blvd, Suite 700, Minnetonka, MN 55305 | $0.00 |
| P. Judge & Sons, Inc. | Equipment Leases | Ryder Transportation Services | PO BOX 96723, Chicago, IL 60693 | $67,255.51 |
| P. Judge & Sons Trucking, LLC | Equipment Lease | Ryder Transportation Services | PO BOX 96723, Chicago, IL 60693 | $12,320.83 |
| Port Elizabeth Terminal & Warehouse Corp. | Pest Control | Rz Tech Pest Control | 100 Ryam St Building B Suite 31 South Plainfield NJ 07080 | $2,400.00 |
| Port Elizabeth Terminal & | Warehouse Lease | Seagis East Rutherford LLC | 13 Manor Road, East Rutherford, NJ 07073 | $341,891.36 |

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| Warehouse Corp. | | | -and-<br><br>c/o Ballard Spahr LLP<br>Attn: Leslie Heilman, Esq.; Erin Williamson, Esq.<br>222 Delaware Avenue, 10th Floor, Wilmington , DE 19801<br>Email: Leslie Heilman (HeilmanL@ballardspahr.comand); Erin Williamson (williamsone@ballardspahr.com).<br><br>-and-<br><br>c/o Seagis Property Group LP 100 Front Street, Suite 350, West Conshohocken, PA 19428<br>Attn: Lease Administration | |
| Port Elizabeth Terminal & Warehouse Corp. | Equipment Lease | Sunbelt Rentals, Inc. | PO BOX 409211 Atlanta, GA 30384-9211 | $2,157.47 |
| Port Elizabeth Terminal & Warehouse Corp. | Memorandum of Agreement | Teamsters Local Union No. 11 | 810 Belmont Avenue, Suite 200, North Haledon, New Jersey 07508 | $8,004.57 |
| Judge Warehousing, LLC | Office Equipment Lease | Toshiba America Business | PO BOX 418600 Boston, MA 02241-8600 | $330.63 |

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| Port Elizabeth Terminal & Warehouse Corp. | Machinery Lease | Toshiba Financial SVCS | PO Box 825736, Philadelphia, PA 19182-5736 | $1,702.05 |
| Port Elizabeth Terminal & Warehouse Corp. | Office Equipment Lease | Toshiba America Business | 21146 Network Place, Chicago, IL 60673 | $1,799.20 |
| Judge Warehousing, LLC | Office Equipment Lease | Toshiba America Business | P.O. Box 660831<br>Dallas, TX 75266 | $160.73 |
| P. Judge & Sons Trucking, LLC | Equipment Lease | Trac Intermodal | US Bank, PO BOX 952064, St. Louis, MO 63195-2064 | $2,160.08 |
| P. Judge & Sons, Inc. | Equipment Lease | Trac Lease Inc. | 750 College Road, East Princeton, NJ 08540 | $42,316.21 |
| P. Judge & Sons, Inc. | Staffing Agreement | Transforce | PO BOX 69250, Baltimore, MD 21264-9250 | $34,977.98 |
| P. Judge & Sons Trucking, LLC | Chassis Lease | Trend Intermodal Chassis Leasing LLC | 78 John Miller Way Suite 417 Kearny NJ 07032 | $7,381.00 |
| The Judge Organization | Security Services | Vector Security | PO BOX 531687 Atlanta, GA 30353 | $1,322.31 |
| P. Judge & Sons, Inc. | Equipment Lease | Wells Fargo Vendor Financial Services, LLC | 800 Walnut St., F0006-051, Des Moines, IA 50309 | $16,673.68 |
| P. Judge & Sons, Inc. | Trailer Lease Agreement No. 060L173 | XTRA Lease, LLC | 7911 Forsyth Blvd., Ste. 600, St. Louis, MO 63105 | $13,000.00 |