UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re. P. Judge & Sons Trucking, LLC, § Case No. 25-22132
§
§ Lead Case No. 25-22123
Debtor(s) §

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2026

Petition Date: 11/14/2025

Months Pending: 8

Industry Classification: 4 4 8 4

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 15

Debtor's Full-Time Employees (as of date of order for relief): 17

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Patrick J. Wynne
Signature of Responsible Party

Patrick J. Wynne
Printed Name of Responsible Party

09/15/2026
Date

10 Colonial Drive, Katonah, New York 10536
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name P. Judge & Sons Trucking, LLC, Case No. 25-22132

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $10,133 | |
| b. | Total receipts (net of transfers between accounts) | $374,833 | $2,705,821 |
| c. | Total disbursements (net of transfers between accounts) | $344,426 | $2,680,854 |
| d. | Cash balance end of month (a+b-c) | $40,540 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $344,426 | $2,680,854 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $628,723 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $24,692 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $668,987 |
| e. | Total assets | $669,469 |
| f. | Postpetition payables (excluding taxes) | $2,246,345 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $2,246,345 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $7,917,127 |
| n. | Total liabilities (debt) (j+k+l+m) | $10,163,472 |
| o. | Ending equity/net worth (e-n) | $-9,494,003 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $290,031 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $366,317 | |
| c. | Gross profit (a-b) | $-76,286 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $120,347 | |
| f. | Other expenses | $4,234 | |
| g. | Depreciation and/or amortization (not included in 4b) | $40 | |
| h. | Interest | $4,098 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-205,005 | $-1,515,134 |

Debtor's Name P. Judge & Sons Trucking, LLC, Case No. 25-22132

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $28,496 | $162,179 | $15,436 | $103,529 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Saul Ewing, LLP | Lead Counsel | $10,178 | $55,907 | $1,551 | $34,293 |
| | ii | Forvis Mazars, LLP | Financial Professional | $12,198 | $69,298 | $9,720 | $45,740 |
| | iii | Cambridge | Financial Professional | $6,120 | $36,974 | $4,165 | $23,496 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name P. Judge & Sons Trucking, LLC, Case No. 25-22132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name P. Judge & Sons Trucking, LLC, Case No. 25-22132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $1,091 | $4,845 | $686 | $3,522 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Murphy Schiller and Wilkes, LL | Special Counsel | $680 | $3,020 | $533 | $2,146 |
| | ii | Scopelitis, Garvin, Light, Hanso | Special Counsel | $411 | $1,825 | $153 | $1,376 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name P. Judge & Sons Trucking, LLC, Case No. 25-22132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name P. Judge & Sons Trucking, LLC, Case No. 25-22132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $1,673 | $8,220 |
| d. | Postpetition employer payroll taxes paid | $19,899 | $162,497 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● | | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ● | | |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ | | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ● | No ○ | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○ | N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● | | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○ | No ● | | |

Debtor's Name P. Judge & Sons Trucking, LLC, Case No. 25-22132

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ● N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Patrick J. Wynne
Signature of Responsible Party

Patrick J. Wynne
Printed Name of Responsible Party

President
Title

09/15/2026
Date

Debtor's Name P. Judge & Sons Trucking, LLC, Case No. 25-22132

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name P. Judge & Sons Trucking, LLC, Case No. 25-22132

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

**P. Judge and Sons Trucking, LLC**

**Balance Sheet**

**June 30, 2026**

**NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS**

| | | |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash | $ | 40,264 |
| Accounts receivable | | (51,167) |
| Allowance for doubtful accounts | | (29,407) |
| Due from factor | | 709,297 |
| Other current assets | | - |
| Total current assets | | 668,987 |
| Property and equipment, net | | 232 |
| Other assets | | |
| Security deposits | | 250 |
| Total other assets | | 250 |
| Total assets | $ | 669,469 |
| **Liabilities and Accumulated Deficit** | | |
| Current liabilities | | |
| Due to factor, net of reserves | $ | 537,850 |
| Accounts payable and accrued expenses | | 1,003,860 |
| Due to related parties | | 8,621,763 |
| Total current liabilities | | 10,163,473 |
| Total liabilities | | 10,163,473 |
| Members' deficit | | (9,494,004) |
| Total deficit | | (9,494,004) |
| Total liabilities and members deficiency | $ | 669,469 |

# HISTORICAL AGED TRIAL BALANCE

GA - P. Judge & Sons Trucking, LLC
Payables Management

**Ranges:**

| | | | |
|---|---|---|---|
| Vendor ID: | First - Last | User-Defined 1: | First - Last |
| Class ID: | First - Last | Posting Date: | First - 6/30/2026 |
| Payment Priority: | First - Last | Document Number: | First - Last |
| Vendor Name: | First - Last | | |

**Print Option:** SUMMARY
**Aged By:** Document Date
**Aging Date:** 6/30/2026

**Exclude:** Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
**Sorted By:** Vendor ID
Due Date

| Vendor ID | Name | Class ID | User-Defined 1 | Voucher(s) | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| ATLEQL | ATLANTIC EQUIPMENT LEASING LLC | TRADE A/P | | 1 | $6,448.09 | $0.00 | $0.00 | $0.00 | $6,448.09 |
| CCM | CONSOLIDATED CHASSIS MANAGEMEN | TRADE A/P | | 17 | $31,722.05 | $25,356.40 | $6,365.65 | $0.00 | $0.00 |
| COINEQ | COASTAL INDUSTRIAL EQUIPMENT LLC | TRADE A/P | | 2 | $28,335.74 | $14,167.87 | $14,167.87 | $0.00 | $0.00 |
| COLRO | ROBERT COLLUM | OWNERSOPS | | 2 | $1,775.50 | $1,775.50 | $0.00 | $0.00 | $0.00 |
| CTLST | CUTHBERT TRUCKING LLC | OWNERSOPS | | 2 | $1,860.50 | $1,860.50 | $0.00 | $0.00 | $0.00 |
| DTLTO | DDJ TRUCKING LLC | OWNERSOPS | | 2 | $1,595.50 | $1,595.50 | $0.00 | $0.00 | $0.00 |
| GLLSA | GIVENS LEGACY LLC | OWNERSOPS | | 2 | $4,125.50 | $4,125.50 | $0.00 | $0.00 | $0.00 |
| HBTDA | HERRINGTON BOYS TRUCKING LLC | OWNERSOPS | | 2 | $918.00 | $918.00 | $0.00 | $0.00 | $0.00 |
| HBTDA1 | HERRINGTON BOYS TRUCKING LLC | OWNERSOPS | | 2 | $918.00 | $918.00 | $0.00 | $0.00 | $0.00 |
| HETSA | H2 EXPRESS TRANSPORT, LLC | OWNERSOPS | | 2 | $1,633.00 | $1,633.00 | $0.00 | $0.00 | $0.00 |
| HOODE | DEREK S HOOD | OWNERSOPS | | 2 | $2,473.00 | $2,473.00 | $0.00 | $0.00 | $0.00 |
| HRTLA | HIGHROLLERS TRANSPORT LLC | OWNERSOPS | | 2 | $1,795.50 | $1,795.50 | $0.00 | $0.00 | $0.00 |
| HTBVO | HALE TRAILER BRAKE & WHEEL, INC. | TRADE A/P | | 8 | $39,238.95 | $12,767.65 | $12,767.65 | $12,767.65 | $936.00 |
| INDDA | INDEED, INC. | TRADE A/P | | 2 | $55.84 | $0.00 | $0.00 | $0.00 | $55.84 |
| JACMI | MICHAEL D JACKSON | OWNERSOPS | | 2 | $1,440.50 | $1,440.50 | $0.00 | $0.00 | $0.00 |
| KCTPO | KCTE, LLC | OWNERSOPS | | 2 | $3,225.50 | $3,225.50 | $0.00 | $0.00 | $0.00 |
| MCIDO | DONALD MCIVER | OWNERSOPS | | | | | | | |

| Vendor ID | Name | Class ID | User-Defined 1 | Voucher(s) | Aged Totals: Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | $1,118.00 | $1,118.00 | $0.00 | $0.00 | $0.00 |
| MILDALTX | Milestone Equipment Company LLC | TRADE A/P | | 7 | $11,080.02 | $505.25 | $0.00 | $8,520.09 | $2,054.68 |
| NACHPC | NORTH AMERICAN CHASSIS POOL | TRADE A/P | | 2 | $4,422.50 | $2,247.50 | $2,175.00 | $0.00 | $0.00 |
| QBJEN | QUICK BASE JUNKIE | TRADE A/P | | 1 | $11,301.68 | $0.00 | $0.00 | $11,301.68 | $0.00 |
| RPCH | RELIANCE PARTNERS LLC | TRADE A/P | | 1 | $2,278.00 | $2,278.00 | $0.00 | $0.00 | $0.00 |
| SELSA | SYMISTER ENTERPRISE LLC | OWNERSOPS | | 2 | $725.50 | $725.50 | $0.00 | $0.00 | $0.00 |
| SMATH | PRIME TIME AUTO TRANSPORT LLC | OWNERSOPS | | 2 | $2,040.50 | $2,040.50 | $0.00 | $0.00 | $0.00 |
| SMIAL | ALEXANDER B SMITH | OWNERSOPS | | 2 | $2,310.50 | $2,310.50 | $0.00 | $0.00 | $0.00 |
| STIREMART | SOUTHERN TIRE MART | TRADE A/P | | 1 | $2,849.91 | $2,849.91 | $0.00 | $0.00 | $0.00 |
| TLCSW | TRUCK LEASE CONSULTING | TRADE A/P | | 2 | $550.00 | $0.00 | $0.00 | $0.00 | $550.00 |
| TRENDINT | TREND INTERMODAL CHASSIS LEASING | TRADE A/P | | 3 | $11,011.00 | $3,630.00 | $3,751.00 | $3,630.00 | $0.00 |
| USTRUSTEES | US TRUSTEE | TRADE A/P | | 6 | $6,071.38 | $20.49 | $0.00 | $6.82 | $6,044.07 |
| WALTOIL | WALTHALL OIL COMPANY | TRADE A/P | | 4 | $8,394.06 | $4,536.53 | $0.00 | $0.00 | $3,857.53 |
| WASEU | EUGENE R WASHINGTON LLC | OWNERSOPS | | 2 | $1,928.00 | $1,928.00 | $0.00 | $0.00 | $0.00 |
| WILBE1 | BERNARD WILLIAMS | OWNERSOPS | | 2 | $1,380.50 | $1,380.50 | $0.00 | $0.00 | $0.00 |
| WRSLLC | Warehouse Repair LLC | TRADE A/P | | 3 | $3,184.05 | $0.00 | $0.00 | $3,184.05 | $0.00 |
| WWLBL | WRIGHT WAY LOGISTICS LLC | OWNERSOPS | | 2 | $2,098.00 | $2,098.00 | $0.00 | $0.00 | $0.00 |

| | Vendors | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| **Vendor Totals:** | 33 | $200,304.77 | $101,721.10 | $39,227.17 | $39,410.29 | $19,946.21 |

## P. Judge and Sons Trucking, LLC

Summary of All Units
For the Six Months Endend June 30, 2026

| | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | YTD |
|---|---|---|---|---|---|---|---|
| TRUCKING REVENUE (SAVANNAH) | $ - | $ - | $ - | $ 400 | $ - | $ - | $ 400 |
| SHUTTLE TRUCKING (WEYERHAUSER) | 38,130 | 50,000 | - | 21,855 | 37,355 | $160,381 | 307,721 |
| WHSE CONTAINERS TRUCKING | 330,978 | 237,530 | 421,478 | 369,130 | 358,932 | $155,795 | 1,873,843 |
| WHSE CHASIS | 2,196 | 7,054 | 11,772 | 15,879 | 1,486 | $3,026 | 41,413 |
| FUEL SURCHARGE | 9,237 | 9,190 | 16,302 | 25,926 | 8,570 | $9,916 | 79,141 |
| MILESTONE CHASSIS | (488) | - | - | (472) | (8,486) | ($472) | (9,918) |
| DCLI CHASSIS EXP. (DEBIT) | - | - | (14,641) | - | - | ($11,011) | (25,652) |
| NACPC CHASSIS | (2,248) | (4,278) | - | (2,175) | (2,248) | ($2,248) | (13,197) |
| CHASSIS CONSOLIDATED CHASSIS IP | (38,081) | (15) | (9,967) | - | (53,924) | ($25,356) | (127,343) |
| TOTAL REVENUE | 339,724 | 299,481 | 424,944 | 430,543 | 341,685 | 290,031 | 2,126,408 |
| | | | | | | | |
| SUBCONTRACTING & TRUCKING EXP. | | | | | | | |
| OPERATION SALARIES | 12,250 | 5,227 | 5,750 | 5,500 | 5,656 | 5,661 | 40,044 |
| DISPATCHER SALARIES | 11,492 | 8,382 | 8,741 | 8,977 | 8,234 | 7,414 | 53,240 |
| SWITCHERS WAGES | 16,534 | 13,130 | 8,267 | 8,736 | 8,260 | 9,118 | 64,045 |
| TOTAL OPERATION SALARIES | 40,276 | 26,739 | 22,758 | 23,213 | 22,150 | 22,193 | 157,329 |
| | | | | | | | |
| SUBCONTRACTOR & OUTSIDE EXP. | | | | | | | |
| SUB-CONTRACTORS | 219,864 | 101,405 | 198,799 | 220,975 | 195,425 | 181,850 | 1,118,318 |
| SUB-CONTRACTORS (EMPTY MOVE) | | | | | | | |
| COMPANY DRIVERS (SAVANNAH) | 47,998 | 40,622 | 54,493 | 52,165 | 49,689 | 47,193 | 292,160 |
| WAREHOUSE SUPPERVISORY | 1,139 | - | - | - | - | - | 1,139 |
| SPOTTER TRUCKS | 378 | 378 | 378 | 378 | 378 | 378 | 2,268 |
| EQUIP.LEASE TRCTR(W/O DRIVER) | 6,451 | 12,837 | 39,723 | 6,384 | 6,162 | 48,140 | 119,697 |
| TOTAL SUB-CONTRACTOR & OUTSIDE EXP. | 275,830 | 155,242 | 293,393 | 279,902 | 251,654 | 277,561 | 1,533,582 |
| | | | | | | | |
| RENT EXPENSES | | | | | | | |
| RENT | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 120,000 |
| TOTAL RENT EXPENSES | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 120,000 |
| | | | | | | | |
| TRUCKING EQUIPMENT | | | | | | | |
| TRUCKING EQUIP RENTAL/LEASE | 11,495 | 11,963 | 13,236 | 11,963 | 11,963 | 11,963 | 72,583 |
| TRUCKING EQUIP REPAIR & MAINT. | - | 604 | 6,089 | 2,996 | 850 | - | 10,539 |
| CHASSIS REPAIRS | - | 9,500 | - | 2,618 | - | 2,617 | 14,735 |
| TRACTOR REPAIRS | 138 | - | - | 5,241 | - | 8,967 | 14,346 |
| TRUCKING SUPPLIES | 993 | - | - | 344 | 369 | - | 1,706 |
| TIRE PURCHASE & REPAIRS | 297 | - | - | - | 3,295 | 2,663 | 6,255 |
| TOTAL TRUCKING EQUIP/REPAIRS | 12,923 | 22,067 | 19,325 | 23,162 | 16,477 | 26,210 | 120,164 |

## P. Judge and Sons Trucking, LLC
Summary of All Units
For the Six Months Endend June 30, 2026

| | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | YTD |
|---|---|---|---|---|---|---|---|
| **TRUCKING EQUIPMENT** | | | | | | | |
| **FUEL & OIL EXP.** | 12,210 | 8,045 | 15,613 | 18,040 | 17,874 | 20,053 | 91,835 |
| **BLDING REPAIRS & MAINTENANCE** | - | - | 875 | - | - | - | 875 |
| **REGISTRATION EXP.** | 964 | - | - | - | - | - | 964 |
| **FREIGHT EXP.** | 71 | - | - | 101 | - | - | 172 |
| **WAREHOUSE SUPPL** | - | - | - | - | 601 | - | 601 |
| **PHYSICAL EXAM EXP.** | - | - | - | 132 | 358 | - | 490 |
| **TOWING EXPENSE** | 700 | - | - | (300) | 12 | 300 | 712 |
| **MISC. TRUCKING EXP.** | 590 | - | - | - | - | - | 590 |
| **TOTAL OTHER TRUCKING EXP.** | 14,535 | 8,045 | 16,488 | 17,973 | 18,845 | 20,353 | 96,239 |
| **TOTAL SUB-CONTRACTOR & TRKNG EXP.** | 363,564 | 232,093 | 371,964 | 364,250 | 329,126 | 366,317 | 2,027,314 |
| | | | | | | | |
| **GENERAL & ADMINISTRATIVE EXP.** | | | | | | | |
| **G & A SALARIES & BENEFITS** | | | | | | | |
| | | | | | | | |
| **ADMINISTRATIVE EXPENSES** | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 75,000 |
| **ADMINISTRATIVE EXPENSES** | 2,980 | 2,980 | 2,980 | 2,980 | 2,980 | 2,980 | 17,880 |
| **TOTAL G & A SALARIES & BENEFITS** | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 | 15,480 | 92,880 |
| | | | | | | | |
| **PROFESSIONAL FEES** | | | | | | | |
| **ACCOUNTING FEES** | 12,011 | 13,021 | 12,406 | 10,276 | 9,636 | 13,404 | 70,754 |
| **LEGAL FEES** | 14,909 | 8,099 | 23,464 | 2,783 | 12,398 | 12,451 | 74,104 |
| **CONSULTING FEES** | 6,927 | 5,997 | 6,762 | (548) | 6,197 | 7,450 | 32,785 |
| **US TRUSTEE FEES** | - | - | - | - | - | 6,031 | 6,031 |
| **TOTAL PROFESSIONAL FEES** | 33,847 | 27,117 | 42,632 | 12,511 | 28,231 | 39,336 | 183,674 |
| | | | | | | | |
| **INSURANCE** | | | | | | | |
| **TRUCKER'S INSURANCE 2015/2016** | 31,379 | 31,379 | 31,379 | 31,379 | 31,379 | 31,379 | 188,274 |
| **OCCUPATIONAL ACCIDENT INSURANCE** | 3,478 | 3,478 | 3,478 | 2,278 | 2,278 | 4,556 | 19,546 |
| **REIMBURSTMENT OCCUPATIONAL INS.** | (3,738) | (2,688) | (2,688) | (2,856) | (3,696) | (2,940) | (18,606) |
| **INLAND/CARGO** | 1,431 | 1,431 | 1,431 | 1,431 | 1,431 | 1,431 | 8,586 |
| **TRAILER/PHYSICAL** | 4,049 | 4,049 | 4,049 | 4,049 | 4,049 | 4,049 | 24,294 |
| **GENERAL LIABILITY INS 2015/2016** | 416 | 416 | 416 | 416 | 416 | 416 | 2,496 |
| **UMBRELLA INSURANCE 2015/2016** | 108 | 108 | 108 | 108 | 108 | 108 | 648 |
| **EMPLOYEES HEALTH INSURANC** | 9,646 | 9,646 | 9,633 | 11,182 | 10,407 | 8,852 | 59,366 |
| **REIMBURSEMENT EMPLOYEES HEALT INS.** | (4,581) | (3,756) | (3,819) | (4,071) | (4,695) | (3,381) | (24,303) |
| **WORKER'S COMP. (COMPANY DRIVERS)** | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 10,500 |
| **TOTAL INSURANCE EXPENSES** | 43,938 | 45,813 | 45,737 | 45,666 | 43,427 | 46,220 | 270,801 |

## P. Judge and Sons Trucking, LLC

Summary of All Units
For the Six Months Endend June 30, 2026

| | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | YTD |
|---|---|---|---|---|---|---|---|
| **COMMUNICATIONS** | | | | | | | |
| **TELEPHONE** | - | - | - | - | 407 | - | 407 |
| **TOTAL COMMUNICATION EXPENSES** | - | - | - | - | 407 | - | 407 |
| **COMPUTER EXPENSE** | | | | | | | |
| **SOFTWARE MAINT & PROGRAM** | 1,199 | 7,934 | 9,133 | 20,435 | 687 | 1,886 | 41,274 |
| **TOTAL COMPUTER EXPENSES** | 1,199 | 7,934 | 9,133 | 20,435 | 687 | 1,886 | 41,274 |
| **PAYROLL TAXES EXPENSES** | | | | | | | |
| **SOCIAL SECURITY (FICA)** | 6,119 | 3,938 | 4,143 | 3,977 | 4,943 | 4,036 | 27,156 |
| **FED. MEDICARE** | 1,481 | 914 | 991 | 940 | 1,139 | 859 | 6,324 |
| **GA. SUI/DIS** | 1,327 | 582 | 205 | 42 | 5 | 12 | 2,173 |
| **FUTA (940)** | 579 | 132 | 39 | 9 | - | 8 | 767 |
| **TOTAL P/R TAXES EXPENSES** | 9,506 | 5,566 | 5,378 | 4,968 | 6,087 | 4,915 | 36,420 |
| **OTHER MISC. TAXES** | | | | | | | |
| **SALES AND USE TAX (SAVANNAH GA)** | 3,605 | 1,298 | 3,167 | 960 | 865 | 4,273 | 14,168 |
| **TOTAL OTHER TAXES** | 3,605 | 1,298 | 3,167 | 960 | 865 | 4,273 | 14,168 |
| **MISC G & A EXPENSES** | | | | | | | |
| **AUTO FUEL COMPANY CAR'S** | - | - | - | - | 182 | - | 182 |
| **BAD DEBTS EXPENSES** | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 18,000 |
| **BANK SERVICE CHARGES** | - | - | - | 18 | 180 | 30 | 228 |
| **PAYROLL SERVICE EXPENSE** | - | 1,263 | 1,184 | 1,125 | 1,147 | 2,240 | 6,959 |
| **DUES & SUBSCRIPTIONS** | - | - | - | - | 368 | - | 368 |
| **TRAVEL** | - | - | - | - | 189 | - | 189 |
| **ADVERTISING** | - | - | - | - | - | 56 | 56 |
| **MISC. REGULATORY AGENCIES** | 165 | 643 | 412 | 1,106 | - | - | 2,326 |
| **MISC. G & A EXPENSE** | - | 1,134 | - | (4) | (12,621) | 2,911 | (8,580) |
| **TOTAL MISC. G & A EXPENSES** | 3,165 | 6,040 | 4,596 | 5,245 | (7,555) | 8,237 | 19,728 |
| **TOTAL GEN'L & ADM. EXPENSES** | 110,740 | 109,248 | 126,123 | 105,265 | 87,629 | 120,347 | 659,352 |
| **TOTAL INCOME (LOSS)** | (134,580) | (41,860) | (73,143) | (38,972) | (75,070) | (196,633) | (560,258) |
| **OTHER (INCOME) & EXPENSES** | | | | | | | |
| **DEPRECIATION EXPENSE** | 39 | 41 | 39 | 39 | 40 | 40 | 238 |
| **FIRST BUSINESS INTEREST EXPENSE** | 3,142 | 3,946 | 2,997 | 3,518 | 4,126 | 4,058 | 21,787 |
| **US TRUSTEE FEES INTEREST** | - | - | - | - | - | 40 | 40 |
| **FEES EARNED 1ST BANK** | 135 | 8,785 | 3,225 | 1,930 | 4,662 | 4,234 | 22,971 |

## P. Judge and Sons Trucking, LLC

Summary of All Units
For the Six Months Endend June 30, 2026

| | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | YTD |
|---|---|---|---|---|---|---|---|
| **TOTAL MISC. (INCOME) & EXPENSES** | **3,316** | **12,772** | **6,261** | **5,487** | **8,828** | **8,372** | **45,036** |
| **NET INCOME (LOSS) BEFORE TAXES** | **(137,896)** | **(54,632)** | **(79,404)** | **(44,459)** | **(83,898)** | **(205,005)** | **(605,294)** |

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 30, 2026 through June 30, 2026
**Account Number:** [redacted]

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00092697 WBS 802 211 18226 NNNNNNNNNNN 1 000000000 80 0000
P. JUDGE & SONS TRUCKING, LLC
DEBTOR IN POSSESSION
980 BOURNE AVE
SAVANNAH GA 31408-9752

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $2,871.70 | |
| Deposits and Credits | 22 | $442,166.22 | |
| Withdrawals and Debits | 90 | $410,786.55 | |
| Checks Paid | 7 | $15,141.83 | |
| **Ending Ledger Balance** | | **$19,109.54** | |

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | $20,839.91 |
| | | 8,312.31 |
| | | 65,000.00 |
| | | 12,619.80 |
| | | 9,270.96 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

JPMorganChase

May 30, 2026 through June 30, 2026
**Account Number:** [redacted]

## Deposits and Credits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | 14,872.00 |
| | | 9,701.97 |
| | | 35,598.21 |
| | | 3,359.83 |
| | | 1,000.00 |
| | | 40,000.00 |
| | | 7,842.24 |
| | | 8,120.52 |
| | | 30,259.33 |
| | | 33,718.44 |
| | | 57,934.35 |
| | | 16,894.69 |
| | | 5,000.00 |
| | | 30,000.00 |
| | | 13,384.22 |
| | | 2,000.00 |
| | | 16,437.44 |
| Total | | **$442,166.22** |

JPMorganChase

May 30, 2026 through June 30, 2026
**Account Number** [redacted]

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---:|
| [redacted] | | $17,000.00 |
| | | 300.00 |
| | | 6,161.70 |
| | | 20,000.00 |
| | | 3,533.00 |
| | | 3,260.50 |
| | | 2,073.00 |
| | | 5,168.00 |
| | | 2,595.50 |
| | | 2,458.00 |
| | | 2,453.00 |
| | | 2,450.50 |
| | | 2,303.00 |
| | | 2,300.50 |
| | | 2,080.50 |
| | | 1,918.00 |
| | | 1,893.00 |
| | | 3,780.50 |
| | | 3,380.50 |
| | | 2,645.50 |
| | | 2,295.50 |
| | | 2,228.00 |
| | | 8,770.60 |
| | | 2,245.00 |
| | | 6,000.00 |
| | | 6,627.00 |
| | | 17,000.00 |
| | | 4,870.75 |
| | | 1,213.38 |
| | | 3,438.00 |
| | | 2,908.00 |
| | | 2,885.50 |

JPMorganChase

May 30, 2026 through June 30, 2026
**Account Number:** [redacted]

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| [redacted] | | 2,873.00 |
| | | 2,285.50 |
| | | 2,150.50 |
| | | 2,058.00 |
| | | 1,450.50 |
| | | 3,713.00 |
| | | 3,585.50 |
| | | 2,603.00 |
| | | 2,498.00 |
| | | 2,323.00 |
| | | 2,190.50 |
| | | 2,083.00 |
| | | 2,080.50 |
| | | 1,480.50 |
| | | 3,430.50 |
| | | 2,823.00 |
| | | 2,220.50 |
| | | 508.00 |
| | | 4,790.50 |
| | | 4,583.00 |
| | | 4,213.00 |
| | | 3,480.50 |
| | | 3,170.50 |
| | | 2,175.50 |
| | | 1,068.00 |
| | | 645.50 |
| | | 3,818.00 |
| | | 2,758.00 |

JPMorganChase

May 30, 2026 through June 30, 2026
**Account Number:** [redacted]

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---:|
| [redacted] | | 2,165.50 |
| | | 793.00 |
| | | 1,908.00 |
| | | 1,348.00 |
| | | 30,000.00 |
| | | 5,623.00 |
| | | 2,415.50 |
| | | 455.50 |
| | | 4,753.00 |
| | | 3,893.00 |
| | | 3,243.00 |
| | | 3,230.50 |
| | | 3,078.00 |
| | | 2,805.50 |
| | | 2,458.00 |
| | | 1,768.00 |
| | | 1,415.50 |
| | | 1,143.00 |
| | | 1,115.50 |
| | | 1,103.00 |
| | | 2,463.00 |
| | | 1,980.50 |
| | | 20,000.00 |
| | | 20,000.00 |
| | | 24,522.88 |
| | | 6,146.21 |
| | | 2,278.00 |
| | | 6,788.50 |
| | | 16,597.53 |
| | | 14,000.00 |

JPMorganChase

May 30, 2026 through June 30, 2026
**Account Number:** [redacted]

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| Total | | $410,786.55 |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 2070 | 06/01 | $344.00 | 2075 | 06/23 | $1,277.69 | 2077 | 06/29 | $4,325.44 |
| 2073* | 06/18 | $358.00 | 2076 | 06/25 | $7,542.00 | 2078 | 06/26 | $927.20 |
| 2074 | 06/22 | $367.50 | | | | | | |

**Total 7 check(s)** **$15,141.83**

*** indicates gap in sequence**

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 06/01 | $2,527.70 | 06/17 | $3,435.00 |
| 06/02 | $6,367.61 | 06/18 | $11,456.85 |
| 06/03 | $8,218.22 | 06/22 | $11,089.35 |
| 06/04 | $4,401.72 | 06/23 | $9,811.66 |
| 06/05 | $17,521.88 | 06/24 | $43,530.10 |
| 06/08 | $17,521.88 | 06/25 | $8,350.76 |
| 06/09 | $10,223.85 | 06/26 | $5,613.32 |
| 06/10 | $39,737.93 | 06/29 | $2,672.10 |
| 06/11 | $491.76 | 06/30 | $19,109.54 |
| 06/16 | $1,491.76 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

JPMorganChase

May 30, 2026 through June 30, 2026
**Account Number** [redacted]

P. Judge & Sons Trucking, LLC
Debtor IN Possession

## Stop Payment Renewal Notice

Account Number 000000613095535 Bank Number: 802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| ___ | 0000003 | 09/18/2023 | 09/18/2026 | 1523 | $1,880.00 |
| ___ | 0000006 | 09/04/2024 | 09/04/2026 | 1773 | $840.00 |
| ___ | 0000007 | 09/04/2024 | 09/04/2026 | 1787 | $560.00 |

P. Judge & Sons Trucking, LLC
Debtor IN Possession
980 Bourne Ave
Savannah GA 31408-9752

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051

This Page Intentionally Left Blank

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 30, 2026 through June 30, 2026
**Account Number:** [redacted]

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00077505 WBS 802 211 18226 NNNNNNNNNNN 1 000000000 C1 0000
P. JUDGE & SONS TRUCKING, LLC
DEBTOR IN POSSESSION
980 BOURNE AVE
SAVANNAH GA 31408-9752

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $7,261.01 | |
| Deposits and Credits | 5 | $78,000.00 | |
| Withdrawals and Debits | 17 | $63,831.56 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$21,429.45** | |

### Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | $17,000.00 |
| | | 17,000.00 |
| | | 15,000.00 |
| | | 15,000.00 |
| | | 14,000.00 |
| **Total** | | **$78,000.00** |

### Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | $50.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

JPMorganChase

May 30, 2026 through June 30, 2026
**Account Number:** [redacted]

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---:|
| [redacted] | | 13,718.61 |
| | | 120.10 |
| | | 4,538.21 |
| | | 50.00 |
| | | 12,612.45 |
| | | 120.10 |
| | | 3,756.93 |
| | | 50.00 |
| | | 10,910.48 |
| | | 3,434.33 |
| | | 120.10 |
| | | 100.00 |

JPMorganChase

May 30, 2026 through June 30, 2026
**Account Number:** [redacted]

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | 10,676.90 |
| | | 3,353.25 |
| | | 120.10 |
| | | 100.00 |
| Total | | **$63,831.56** |

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 06/01 | $7,211.01 | 06/16 | $21,244.61 |
| 06/02 | $24,211.01 | 06/17 | $6,779.70 |
| 06/04 | $5,834.09 | 06/22 | $6,679.70 |
| 06/08 | $5,784.09 | 06/23 | $21,679.70 |
| 06/09 | $22,784.09 | 06/25 | $7,529.45 |
| 06/11 | $6,294.61 | 06/29 | $21,429.45 |
| 06/15 | $6,244.61 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank