UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
Counsel to the Debtors and Debtors in Possession

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,
Debtors.

Case No.: 25-22123-JKS

Adv. Pro. No.: ______________

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: Sept. 22, 2026

Judge: TBA

**ADJOURNMENT REQUEST**

1. I, Turner N. Falk,

☒ am the attorney for: the Debtors,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Wells Fargo and HYG Motion to Compel [Docket No. 401]

Current hearing date and time: Sept. 22, 2026 at 10:00 A.M.

New date requested: October 6, 2026 at 10:00 A.M.

Reason for adjournment request: to allow the parties to continue collaborating on a resolution to the motion.

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

______________________________________________

______________________________________________

I certify under penalty of perjury that the foregoing is true.

Date: September 18, 2026 /s/ Turner N. Falk
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: October 6, 2026 at 10:00 AM ☐ Peremptory

☐ Granted over objection(s) New hearing date: ________________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*