# EXHIBIT B

**Invoice**

FBT Gibbons

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**
**Attn: Mike S. Mandell, Chairperson for Official Committee**
**2333 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Fed # 61-0722001
September 15, 2026
Invoice # 210706454
Account # G119121.G114792

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---|
| For Professional Services Rendered Through August 31, 2026 | 41,727.50 |
| **TOTAL THIS INVOICE:** | **41,727.50** |
| Outstanding Invoices (see page 2 for details – if already paid please disregard) | 48,170.10 |
| **TOTAL AMOUNT DUE:** | **89,897.60** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

## RECAP OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Balance |
|---|---|---|
| 07/23/26 | 210688982 | 12,286.60 |
| 08/31/26 | 210701031 | 35,883.50 |
| | **TOTAL** | **$48,170.10** |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/02/26 | (B100)(B130)(A107)Review email correspondence from J. Hampton re: bid procedures and sale update. | CPA | 0.10 | 87.50 |
| 08/02/26 | (B100)(B130)(A104)Review revised bid procedures motion. | CPA | 0.20 | 175.00 |
| 08/03/26 | (B100)(B130)(A104)Review escrow agreement revisions, sale motion and order, and email debtors regarding same. | JSM | 1.30 | 1,430.00 |
| 08/03/26 | (B100)(B130)(A107)Call with debtor and prospective purchaser team to discuss sale pleadings and any open items. | JSM | 0.40 | 440.00 |
| 08/03/26 | (B100)(B130)(A104)File review to list open items in advance of group call. | JSM | 0.20 | 220.00 |
| 08/03/26 | (B100)(B130)(A107)Emails with debtor and prospective purchaser counsel regarding escrow agent. | JSM | 0.30 | 330.00 |
| 08/03/26 | (B100)(B130)(A104)Review revised bid procedures motion. | CPA | 0.20 | 175.00 |
| 08/03/26 | (B100)(B130)(A107)Zoom meeting with counsel for Debtors and purchaser to discuss APA/sale issues. | CPA | 0.40 | 350.00 |
| 08/03/26 | (B100)(B130)(A107)Email from S. Ravin re: bid procedures motion. | CPA | 0.10 | 87.50 |
| 08/03/26 | (B100)(B130)(A105)Email from J. Mairo re: edits to bid procedures motion. | CPA | 0.10 | 87.50 |
| 08/03/26 | (B100)(B130)(A107)Emails from T. Falk and M. Thaler re: escrow agent. | CPA | 0.10 | 87.50 |
| 08/03/26 | (B100)(B130)(A107)Email from J. Hampton re: bid procedures motion. | CPA | 0.10 | 87.50 |
| 08/04/26 | (B100)(B130)(A104)Review emails from debtor counsel regarding changes to bid procedures motion and APA. | JSM | 0.30 | 330.00 |
| 08/04/26 | (B100)(B130)(A107)Email from J. Hampton re: revised bid procedures motion. | CPA | 0.10 | 87.50 |
| 08/04/26 | (B100)(B130)(A104)Review revisions to bid procedures motion. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/05/26 | (P200)(P200)(A105)Correspondence with C. Anton concerning liquor license transfer. | HDG | 0.20 | 180.00 |
| 08/05/26 | (B100)(B130)(A108)Emails with key parties regarding follow up call with APA/bid procedures. | JSM | 0.20 | 220.00 |
| 08/05/26 | (B100)(B130)(A107)Call with debtor counsel regarding sale status and pushing to conclusion. | JSM | 0.20 | 220.00 |
| 08/05/26 | (B100)(B150)(A108)Emails with UCC Financial Advisor regarding operations and sale status. | JSM | 0.30 | 330.00 |
| 08/05/26 | (B100)(B130)(A107)Call with debtor and prospective purchaser counsel regarding license issues. | JSM | 0.40 | 440.00 |
| 08/05/26 | (B100)(B150)(A108)Call with UCC regarding sale negotiations and latest developments. | JSM | 0.40 | 440.00 |
| 08/05/26 | (B100)(B130)(A105)Emails with C. Anton and others regarding license information. | JSM | 0.30 | 330.00 |
| 08/05/26 | (B100)(B130)(A104)Review bid procedures and APA. | JSM | 0.40 | 440.00 |
| 08/05/26 | (B100)(B130)(A107)Email from J. Hampton re: updated APA. | CPA | 0.10 | 87.50 |
| 08/05/26 | (B100)(B130)(A104)Review updated APA. | CPA | 0.20 | 175.00 |
| 08/05/26 | (B100)(B130)(A107)Zoom meeting with counsel for Debtors and purchaser re: sale issues. | CPA | 0.40 | 350.00 |
| 08/05/26 | (B100)(B130)(A105)Confer with J. Mairo re: sale issues. | CPA | 0.20 | 175.00 |
| 08/05/26 | (B100)(B130)(A105)Emails to/from H. Geneslaw re: liquor license issues. | CPA | 0.30 | 262.50 |
| 08/06/26 | (P200)(P200)(A104)Review alcoholic beverage statute with respect to licensing provisions for transportation licenses and public warehouse licenses. | HDG | 0.40 | 360.00 |
| 08/06/26 | (P200)(P200)(A105)Telephone call with C. Anton to discuss process and timing for alcohol licensing of warehouse by buyer. | HDG | 0.40 | 360.00 |
| 08/06/26 | (B100)(B130)(A105)Emails and meeting with C. Anton regarding license issues. | JSM | 0.50 | 550.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/06/26 | (B100)(B130)(A107)Call with debtor and prospective purchaser group regarding sale and license issues. | JSM | 0.50 | 550.00 |
| 08/06/26 | (B100)(B130)(A107)Emails to/from J. Hampton re: liquor licenses. | CPA | 0.20 | 175.00 |
| 08/06/26 | (B100)(B130)(A105)Conferences with J. Mairo re: liquor licenses. | CPA | 0.20 | 175.00 |
| 08/06/26 | (B100)(B130)(A104)Review liquor licenses. | CPA | 0.20 | 175.00 |
| 08/06/26 | (B100)(B130)(A105)Telephone conference with H. Geneslaw re: warehouse liquor license issues. | CPA | 0.40 | 350.00 |
| 08/06/26 | (B100)(B130)(A105)Emails to/from J. Mairo re: liquor license issues. | CPA | 0.30 | 262.50 |
| 08/10/26 | (B100)(B110)(A101)Review of docket in reference to upcoming hearing related to the 1st and 2nd Interim Fee Applications of FBT Gibbons and Dundon Advisers. | ENM | 0.30 | 115.50 |
| 08/10/26 | (B100)(B130)(A104)Review TSA agreement. | JSM | 0.50 | 550.00 |
| 08/10/26 | (B100)(B130)(A104)Review revisions to APA. | JSM | 0.20 | 220.00 |
| 08/10/26 | (B100)(B130)(A104)Call with debtor and prospective purchaser counsel regarding TSA and next steps. | JSM | 0.40 | 440.00 |
| 08/10/26 | (B100)(B130)(A105)Email R. Coyne regarding TSA review. | JSM | 0.20 | 220.00 |
| 08/10/26 | (B100)(B150)(A108)Emails with UCC regarding status of sale process and likely timeline. | JSM | 0.50 | 550.00 |
| 08/10/26 | (B100)(B130)(A106)Emails to/from S. Pron and J. Mairo re: sale/distribution license issues. | CPA | 0.10 | 87.50 |
| 08/10/26 | (B100)(B130)(A104)Review Transition Services Agreement (TSA). | CPA | 0.20 | 175.00 |
| 08/10/26 | (B100)(B130)(A107)Emails from M. Thaler, E. Cox and J. Hampton re: APA. | CPA | 0.10 | 87.50 |
| 08/10/26 | (B100)(B130)(A104)Review revisions to APA. | CPA | 0.20 | 175.00 |
| 08/11/26 | (L100)(L120)(A104)Review TSA for comments and email J. Mairo; review Debtor comments. | RFC | 1.40 | 1,260.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/11/26 | (B100)(B130)(A105)Emails with R. Coyne regarding APA and TSA changes. | JSM | 0.30 | 330.00 |
| 08/11/26 | (B100)(B130)(A107)Email with debtor counsel regarding TSA changes. | JSM | 0.20 | 220.00 |
| 08/11/26 | (B100)(B130)(A107)Review email correspondence to/from S. Kulka, J. Hampton, S. Ravin and J. Mairo re: bid procedures motion, TSA and APA. | CPA | 0.30 | 262.50 |
| 08/11/26 | (B100)(B130)(A104)Review Debtor's comments to updated APA. | CPA | 0.10 | 87.50 |
| 08/11/26 | (B100)(B130)(A105)Email from R. Coyne re: APA and TSA. | CPA | 0.10 | 87.50 |
| 08/11/26 | (B100)(B130)(A107)Review email correspondence to/from M. Thaler and J. Mairo re: APA and licenses. | CPA | 0.10 | 87.50 |
| 08/12/26 | (B100)(B150)(A108)Emails with UCC members and financial advisor regarding status. | JSM | 0.30 | 330.00 |
| 08/12/26 | (B100)(B130)(A107)Emails from debtor and prospective purchaser regarding revisions to APA and TSA. | JSM | 0.30 | 330.00 |
| 08/12/26 | (B100)(B130)(A106)Email from J. Mairo to Committee re: APA and TSA. | CPA | 0.10 | 87.50 |
| 08/12/26 | (B100)(B130)(A107)Emails from M. Thaler and J. Hampton re: APA. | CPA | 0.20 | 175.00 |
| 08/12/26 | (B100)(B130)(A104)Review comment and revisions to APA and TSA. | CPA | 0.20 | 175.00 |
| 08/13/26 | (B100)(B160)(A103)Draft the Certificate of No Objection re FBT Gibbons and Dundon 2nd Interim Fee Application. | ENM | 0.40 | 154.00 |
| 08/13/26 | (B100)(B160)(A101)Review of docket for objections to the 2nd Interim Fee Applications of FBT Gibbons and Dundon; Correspondence to R. Wright with draft copy of the Certificate of No Objection and confirmation of absent objections. | ENM | 0.20 | 77.00 |
| 08/13/26 | (B100)(B130)(A107)Emails from M. Thaler and J. Hampton re: sale issues. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/14/26 | (B100)(B160)(A101)Correspondence with J. Mairo for confirmation if any objections have been made to FBT GIbbons and Dundon 2nd Interim Fee Application and draft copy of the Certificate of No Objection for approval prior to filing. | ENM | 0.10 | 38.50 |
| 08/14/26 | (B100)(B160)(A111)File with the Court the Certificates of No Objection to FBT Gibbons and Dundon 2nd Interim Fee Applications. | ENM | 0.40 | 154.00 |
| 08/14/26 | (B100)(B130)(A104)Review emails from debtor and prospective purchaser regarding TSA issues. | JSM | 0.20 | 220.00 |
| 08/14/26 | (B100)(B130)(A107)Email from J. Hampton re: sale issues. | CPA | 0.10 | 87.50 |
| 08/16/26 | (B100)(B130)(A107)Draft emails to debtor regarding status of APA and TSA. | JSM | 0.30 | 330.00 |
| 08/17/26 | (B100)(B160)(A108)Attention to correspondence from R. Wright re Dundon 7th monthly fee application. | ENM | 0.10 | 38.50 |
| 08/17/26 | (B100)(B130)(A103)Review update email from M. Thaler. | JSM | 0.10 | 110.00 |
| 08/17/26 | (B100)(B130)(A107)Calls with Debtor and prospective purchaser counsel to move forward APA and TSA. | JSM | 0.40 | 440.00 |
| 08/17/26 | (B100)(B130)(A107)Emails to/from J. Mairo and counsel for debtors and purchaser re: APA and TPA status,. | CPA | 0.10 | 87.50 |
| 08/17/26 | (B100)(B130)(A107)Emails from T. Falk and S. Kulka re: bid procedures motion and order. | CPA | 0.10 | 87.50 |
| 08/17/26 | (B100)(B130)(A104)Review revised bid procedures motion and order. | CPA | 0.20 | 175.00 |
| 08/18/26 | (B100)(B160)(A111)File with the Court the Certificates of No Objection re to FBT Gibbons and Dundon monthly Fee Applications; Correspondence with counsel with copy of CNO for collection of payments. | ENM | 0.50 | 192.50 |
| 08/18/26 | (B100)(B110)(A101)Review docket re interim fee applications and certificates of no objection filed for FBT Gibbons and Dundon; Email correspondence to Judge's chambers re docket information and confirming no appearance is needed. | ENM | 0.40 | 154.00 |
| 08/18/26 | (B100)(B110)(A101)Review bankruptcy docket for any | ENM | 0.50 | 192.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | objections filed regarding the FBT Gibbons and Dundon monthly fee applications for the June period; Email correspondence to R. Wright regarding any informal objections; Draft certificates of no objection. | | | |
| 08/18/26 | (E100)(E118)(A104)Review motion to compel administrative claim payment. | JSM | 0.20 | 220.00 |
| 08/18/26 | (B100)(B130)(A107)Call with debtor and prospective purchaser counsel regarding APA and license issues. | JSM | 0.30 | 330.00 |
| 08/18/26 | (B100)(B130)(A107)Emails from counsel for debtor and purchaser re: sale issues. | CPA | 0.20 | 175.00 |
| 08/18/26 | (B100)(B130)(A104)Review revised APA, TSA and escrow agreement. | CPA | 0.30 | 262.50 |
| 08/18/26 | (B100)(B130)(A107)Zoom meeting with counsel for debtors and purchase re: sale progress/issues. | CPA | 0.30 | 262.50 |
| 08/18/26 | (B100)(B130)(A107)Emails from J. Hampton, E. Cox, J. Schwartz, S. Kulka and M. Thaler re: sale documents and bid procedures motion. | CPA | 0.50 | 437.50 |
| 08/19/26 | (B100)(B110)(A105)Attention to Notice of Electronic Filing re hearing scheduled re Motion to Compel Payment of Administrative Claim Wells Fargo Vendor & HYG Financial Services; Correspondence to J. Mairo re same; Calendar deadlines. | ENM | 0.30 | 115.50 |
| 08/19/26 | (B100)(B150)(A108)Communication with UCC regarding upcoming meeting and agenda. | JSM | 0.20 | 220.00 |
| 08/19/26 | (B100)(B150)(A108)Confer with R Wright regarding operations and report to UCC. | JSM | 0.20 | 220.00 |
| 08/19/26 | (B100)(B150)(A108)Attend to UCC call regarding status of sale and operations. | JSM | 0.30 | 330.00 |
| 08/19/26 | (B100)(B130)(A106)Calls and emails with prospective purchaser counsel regarding status of APA and next steps. | JSM | 0.50 | 550.00 |
| 08/19/26 | (B100)(B130)(A107)Calls with debtor counsel regarding status of APA and next steps. | JSM | 0.30 | 330.00 |
| 08/19/26 | (B100)(B130)(A107)Call with debtor and prospective purchaser counsel regarding APA and next steps. | JSM | 0.50 | 550.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/19/26 | (B100)(B130)(A108)Emails from R. Wright and J. Mairo re: bid procedures motion. | CPA | 0.10 | 87.50 |
| 08/19/26 | (B100)(B130)(A108)Emails to/from R. Wright (Dundon Advisors) re: Transition Services Agreement. | CPA | 0.10 | 87.50 |
| 08/19/26 | (L100)(L190)(A104)Review revenue variance report. | CPA | 0.10 | 87.50 |
| 08/19/26 | (B100)(B150)(A104)Review agenda for Teams meeting with Committee. | CPA | 0.10 | 87.50 |
| 08/19/26 | (B100)(B150)(A106)Weekly Creditor's Committee Meeting (via Teams). | CPA | 0.30 | 262.50 |
| 08/19/26 | (B100)(B130)(A107)Zoom meeting with counsel for debtors and purchaser to discuss sale issues. | CPA | 0.50 | 437.50 |
| 08/19/26 | (B100)(B130)(A104)Review order and management agreement template from Sean Kulka. | CPA | 0.20 | 175.00 |
| 08/20/26 | (B100)(B110)(A101)Attention to correspondence from K. Beth regarding payment received. Update to the fee application report. | ENM | 0.30 | 115.50 |
| 08/20/26 | (B100)(B110)(A111)Review of docket for outcome of hearing held re Interim Fee Applications of FBT Gibbons and Dundon. | ENM | 0.20 | 77.00 |
| 08/20/26 | (B100)(B130)(A104)Review draft management agreement. | JSM | 0.50 | 550.00 |
| 08/20/26 | (B100)(B130)(A108)Emails about licenses from debtor counsel. | JSM | 0.20 | 220.00 |
| 08/20/26 | (B100)(B130)(A107)Email from M. Thaler re: alcohol-related licenses. | CPA | 0.10 | 87.50 |
| 08/20/26 | (B100)(B130)(A104)Review Pennsylvania Department of State website re: identity and corporate status of Judge entity. | CPA | 0.20 | 175.00 |
| 08/20/26 | (B100)(B130)(A104)Review Interim Management Agreement. | CPA | 0.20 | 175.00 |
| 08/21/26 | (B100)(B130)(A105)Email R. Coyne regarding management agreement. | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/21/26 | (B100)(B130)(A103)Review comments to management agreement. | JSM | 0.20 | 220.00 |
| 08/21/26 | (B100)(B130)(A104)Review emails regarding status and bid procedures motion. | JSM | 0.20 | 220.00 |
| 08/21/26 | (B100)(B130)(A104)Review revised APA. | JSM | 0.20 | 220.00 |
| 08/21/26 | (B100)(B130)(A107)Emails from S. Kulka and J. Hampton re: bid procedures motion. | CPA | 0.10 | 87.50 |
| 08/21/26 | (B100)(B130)(A107)Emails from E. Cox and J. Hampton re: revised APA. | CPA | 0.10 | 87.50 |
| 08/21/26 | (B100)(B130)(A104)Review revised APA. | CPA | 0.20 | 175.00 |
| 08/21/26 | (B100)(B130)(A107)Emails from J. Hampton and M. Thaler re: Interim Management Agreement. | CPA | 0.10 | 87.50 |
| 08/21/26 | (B100)(B130)(A104)Review Interim Management Agreement. | CPA | 0.30 | 262.50 |
| 08/21/26 | (B100)(B130)(A107)Email from J. Mairo re: Interim Management Agreement. | CPA | 0.10 | 87.50 |
| 08/24/26 | (B100)(B110)(A104)Attention to Notice of Electronic Filing in reference to the Orders entered approving the interim fee applications of FBT Gibbons and Dundon Advisers; Review Orders and draft email to Client requesting payments approved by the Court. | ENM | 0.40 | 154.00 |
| 08/24/26 | (B100)(B110)(A108)Correspondence to R. Wright re Orders approving Dundon Advisers 1st and 2nd Interim Fee Applications. | ENM | 0.10 | 38.50 |
| 08/24/26 | (B100)(B150)(A104)Review and respond to UCC regarding status of APA and sale motion. | JSM | 0.40 | 440.00 |
| 08/24/26 | (B100)(B130)(A106)Emails to/from S. Pron and J. Mairo re: sale status. | CPA | 0.10 | 87.50 |
| 08/24/26 | (B100)(B130)(A107)Emails from M. Thaler and J. Hampton re: sale documents. | CPA | 0.10 | 87.50 |
| 08/24/26 | (B100)(B130)(A104)Review draft interim management agreement. | CPA | 0.20 | 175.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/25/26 | (B100)(B110)(A105)Attention to correspondence from N. Walcott regarding fees and collection of payments. | ENM | 0.40 | 154.00 |
| 08/25/26 | (B100)(B130)(A107)Email debtor team regarding sale status and proposed timeline. | JSM | 0.20 | 220.00 |
| 08/25/26 | (B100)(B130)(A104)Review emails and attachments from debtor and prospective purchaser counsel regarding final revisions to APA and related documents. | JSM | 0.30 | 330.00 |
| 08/25/26 | (B100)(B130)(A107)Review emails to/from J. Hampton, M. Thaler and J. Compitello re: IMA. | CPA | 0.10 | 87.50 |
| 08/25/26 | (B100)(B130)(A104)Review revisions to IMA. | CPA | 0.20 | 175.00 |
| 08/25/26 | (B100)(B130)(A107)Emails from J. Hampton, M. Thaler, et. al re: APA and schedules. | CPA | 0.10 | 87.50 |
| 08/25/26 | (B100)(B130)(A104)Review revised APA. | CPA | 0.20 | 175.00 |
| 08/26/26 | (B100)(B110)(A105)Attention to correspondence from N. Walcott re payments received. | ENM | 0.10 | 38.50 |
| 08/26/26 | (L100)(L120)(A104)Review Management Agreement and provide comments to J. Mairo. | RFC | 0.70 | 630.00 |
| 08/26/26 | (B100)(B130)(A104)Review draft of pleadings to be filed with court and draft summary of points for UCC. | JSM | 0.60 | 660.00 |
| 08/26/26 | (B100)(B130)(A104)Review and respond to emails regarding motion final edits and filing with court. | JSM | 0.30 | 330.00 |
| 08/26/26 | (B100)(B150)(A108)Email UCC the sale pleadings in connection with upcoming call. | JSM | 0.20 | 220.00 |
| 08/26/26 | (B100)(B150)(A108)Call with UCC to discuss soon to be filed motion and summary of points. | JSM | 0.40 | 440.00 |
| 08/26/26 | (B100)(B150)(A108)Email proposed sale timeline to UCC. | JSM | 0.20 | 220.00 |
| 08/26/26 | (B100)(B130)(A104)Review email from R. Coyne regarding management agreement. | JSM | 0.20 | 220.00 |
| 08/26/26 | (B100)(B130)(A107)Emails from M. Thaler and S. Ravin re: due diligence requests. | CPA | 0.10 | 87.50 |
| 08/26/26 | (B100)(B130)(A104)Review document request list. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/26/26 | (B100)(B130)(A107)Review emails to/from J. Mairo, S. Ravin, M. Thaler and S. Kulka re: bidding procedures motion. | CPA | 0.10 | 87.50 |
| 08/26/26 | (B100)(B130)(A104)Review bidding procedures motion and attachments. | CPA | 0.50 | 437.50 |
| 08/26/26 | (B100)(B150)(A104)Review agenda for weekly Creditors' Committee meeting. | CPA | 0.10 | 87.50 |
| 08/26/26 | (B100)(B150)(A106)Creditors' Committee weekly Teams meeting. | CPA | 0.40 | 350.00 |
| 08/26/26 | (B100)(B130)(A107)Emails from S. Ravin and M. Thaler re: sale deposit. | CPA | 0.10 | 87.50 |
| 08/26/26 | (B100)(B130)(A107)Emails to/from S. Kulka and S. Ravin re: bidding procedures motion. | CPA | 0.10 | 87.50 |
| 08/26/26 | (B100)(B130)(A106)Email from D. Weissman re: sale issues. | CPA | 0.10 | 87.50 |
| 08/26/26 | (B100)(B130)(A107)Emails from M. Khoudari, M. Thaler and E. Cox re: APA. | CPA | 0.10 | 87.50 |
| 08/26/26 | (B100)(B130)(A104)Review APA and escrow agreement. | CPA | 0.20 | 175.00 |
| 08/26/26 | (B100)(B130)(A105)Email from R. Coyne re: IMA. | CPA | 0.10 | 87.50 |
| 08/26/26 | (B100)(B130)(A105)Confer with J. Mairo re: IMA and related matters. | CPA | 0.20 | 175.00 |
| 08/26/26 | (B100)(B130)(A104)Review bidding procedures motion and application for order shortening time. | CPA | 0.30 | 262.50 |
| 08/27/26 | (B100)(B110)(A111)Attention to Notice of electronic filing re Debtors' Bidding Procedures and Application shortening time. | ENM | 0.30 | 115.50 |
| 08/27/26 | (B100)(B130)(A107)Emails with prospective purchaser counsel regarding business contacts for further discussions. | JSM | 0.30 | 330.00 |
| 08/27/26 | (B100)(B130)(A104)Review emails between debtor and ECW counsel regarding follow up items. | JSM | 0.20 | 220.00 |
| 08/27/26 | (B100)(B130)(A104)Review debtor counsel email to | JSM | 0.10 | 110.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | Chambers for expedited hearing. | | | |
| 08/27/26 | (B200)(B210)(A104)Review docket for pending motions and email C. Anton regarding review of same. | JSM | 0.30 | 330.00 |
| 08/27/26 | (B100)(B150)(A108)Communicate emails with UCC regarding ECW business contact and filed pleadings regarding sale. | JSM | 0.30 | 330.00 |
| 08/27/26 | (B100)(B110)(A106)Correspondence to Client re Order entered approving FBT Gibbons 1st and 2nd Interim Fee Applications. | ENM | 0.10 | 38.50 |
| 08/27/26 | (B100)(B150)(A104)Emails with UCC regarding filed sale pleadings and information on prospective purchaser. | JSM | 0.30 | 330.00 |
| 08/27/26 | (B100)(B130)(A107)Review emails to/from I. Volkov and S. Ravin re: sale and related matters. | CPA | 0.10 | 87.50 |
| 08/27/26 | (B100)(B130)(A107)Emails from S. Ravin and Chambers re: bid procedures motion and application to shorten time. | CPA | 0.10 | 87.50 |
| 08/27/26 | (B100)(B130)(A107)Emails to/from E. Cox, M. Thaler, J. Hampton and S. Ravin re: diligence issues. | CPA | 0.20 | 175.00 |
| 08/27/26 | (B100)(B130)(A107)Emails from S. Kulka, M. Thaler and J. Mairo re: warehouse lease issues. | CPA | 0.10 | 87.50 |
| 08/27/26 | (L100)(L190)(A105)Email from J. Mairo re: Debtor's insurance motion and Wells Fargo's motion for allowance and payment of administrative expense claim. | CPA | 0.10 | 87.50 |
| 08/27/26 | (B300)(B310)(A104)Review Hartz Elizabeth proof of claim. | CPA | 0.10 | 87.50 |
| 08/27/26 | (B300)(B310)(A105)Emails to/from J. Mairo re: Hartz Elizabeth claim and sale inquiries. | CPA | 0.10 | 87.50 |
| 08/27/26 | (B100)(B130)(A106)Review emails to/from J. Mairo and Committee Members re: bidding procedures. | CPA | 0.10 | 87.50 |
| 08/28/26 | (B100)(B150)(A107)Call and emails with S. Ravin regarding sale and secured creditor questions. | JSM | 0.20 | 220.00 |
| 08/28/26 | (B100)(B130)(A108)Message for I. Volkov regarding sale related question. | JSM | 0.10 | 110.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 08/28/26 | (B100)(B130)(A107)Email from M. Khoudhari to M. Thaler re: due diligence issues. | CPA | 0.10 | 87.50 |
| 08/28/26 | (B300)(B310)(A104)Review/analyze Wells Fargo's motion for administrative expense claim. | CPA | 0.30 | 262.50 |
| 08/28/26 | (B200)(B230)(A104)Review/analyze debtors' insurance motion. | CPA | 0.30 | 262.50 |
| 08/31/26 | (B100)(B110)(A105)Attention to correspondence from C. Anton re attendance to the Debtors' Bidding Procedures Motion. | ENM | 0.10 | 38.50 |
| 08/31/26 | (B100)(B160)(A101)Draft of FBT Gibbons 8th monthly fee application. | ENM | 0.50 | 192.50 |
| 08/31/26 | (B100)(B160)(A101)Review of Dundon 7th Monthly Fee Application; Correspondence to R. Wright for revisions. | ENM | 0.30 | 115.50 |
| 08/31/26 | (B100)(B130)(A104)Review emails from debtor and buyer counsel regarding comments from US Trustee and certain landlords to bidding procedures motion. | JSM | 0.30 | 330.00 |
| 08/31/26 | (B100)(B130)(A104)Calls with debtor counsel regarding bidding procedures hearing, discussions with certain parties regarding revisions, and attendance at hearing. | JSM | 0.30 | 330.00 |
| 08/31/26 | (B100)(B130)(A105)Emails to/from E. Munera re: hearing on bid procedures motion. | CPA | 0.10 | 87.50 |
| 08/31/26 | (B100)(B130)(A104)Review draft closing checklist and related correspondence. | CPA | 0.10 | 87.50 |
| 08/31/26 | (B100)(B130)(A107)Emails from T. Falk and S. Kulka re: landlord adequate assurance inquiries. | CPA | 0.10 | 87.50 |
| 08/31/26 | (L100)(L190)(A103)Draft memorandum re: debtor's insurance motion and Wells Fargo motion for immediate payment of administrative expense claim. | CPA | 1.20 | 1,050.00 |
| 08/31/26 | (L100)(L190)(A104)Review/analyze insurance motion and Wells Fargo motion for payment of administrative expense claim and consider impact on sale motion. | CPA | 1.10 | 962.50 |
| | | **Total:** | **46.10** | **$41,727.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Tkpr | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CPA | Christopher P. Anton | 18.10 | 875.00 | 15,837.50 |
| RFC | Robert F. Coyne | 2.10 | 900.00 | 1,890.00 |
| HDG | Howard D. Geneslaw | 1.00 | 900.00 | 900.00 |
| JSM | John S. Mairo | 18.90 | 1,100.00 | 20,790.00 |
| ENM | Edna N. Munera | 6.00 | 385.00 | 2,310.00 |
| | | **46.10** | | **41,727.50** |

## PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|---|---|---|---|---|
| B100 | B110 | Case Administration | 3.50 | 1,347.50 |
| B100 | B130 | Asset Disposition | 28.10 | 27,782.50 |
| B100 | B150 | Meetings of and Communications with Creditors | 5.10 | 5,407.50 |
| B100 | B160 | Fee/Employment Applications | 2.50 | 962.50 |
| | | **SUB-TOTAL** | **39.20** | **35,500.00** |
| B200 | B210 | Business Operations | 0.30 | 330.00 |
| B200 | B230 | Financing/Cash Collections | 0.30 | 262.50 |
| | | **SUB-TOTAL** | **0.60** | **592.50** |
| B300 | B310 | Claims Administration and Objections | 0.50 | 437.50 |
| | | **SUB-TOTAL** | **0.50** | **437.50** |
| E100 | E118 | Litigation Support Vendors | 0.20 | 220.00 |
| | | **SUB-TOTAL** | **0.20** | **220.00** |
| L100 | L120 | Analysis/Strategy | 2.10 | 1,890.00 |

| | | | | |
|---|---|---|---|---|
| L100 | L190 | Other Case Assessment, Development and Administration | 2.50 | 2,187.50 |
| | | **SUB-TOTAL** | **4.60** | **4,077.50** |
| P200 | P200 | Fact Gathering/Due Diligence | 1.00 | 900.00 |
| | | **SUB-TOTAL** | **1.00** | **900.00** |
| | | **TOTAL** | **46.10** | **41,727.50** |