# EXHIBIT A

## Time Detail

| User | Entry Date | Client | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|
| Jordan Olsen | 08/10/2026 | Port Elizabeth | Retention and Fee Applications | Seventh monthly fee app drafting | 1.80 | $495.00/hr | $891.00 |
| **Totals For Jordan Olsen** | | | | | **1.80** | | **$891.00** |
| Rick Wright | 08/05/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in a call with the Committee. | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 08/05/2026 | Port Elizabeth | Sales Process | Reviewed draft bid procedures. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 08/06/2026 | Port Elizabeth | Business Analysis | Reviewed cash variance report. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 08/14/2026 | Port Elizabeth | Retention and Fee Applications | July fee application | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 08/19/2026 | Port Elizabeth | Business Analysis | Reviewed cash flow variance. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 08/19/2026 | Port Elizabeth | Business Analysis | Reviewed updated cash flow forecast | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 08/19/2026 | Port Elizabeth | Sales Process | Reviewed draft TSA | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 08/19/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in UCC call. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 08/24/2026 | Port Elizabeth | Sales Process | Review APA red line | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 08/24/2026 | Port Elizabeth | Sales Process | Review management services agreement | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 08/26/2026 | Port Elizabeth | Sales Process | reviewed draft bid procedures motion | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 08/26/2026 | Port Elizabeth | Sales Process | participated in a call with the committee | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 08/31/2026 | Port Elizabeth | Retention and Fee Applications | Monthly fee application | 0.20 | $960.00/hr | $192.00 |
| **Totals For Rick Wright** | | | | | **4.70** | | **$4,512.00** |
| | | | **Grand Total** | **6.50** | **6.50** | **$5,403.00** | |