Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−22123−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Port Elizabeth Terminal & Warehouse Corp.
13 Manor Road
East Rutherford, NJ 07073

Amex Shipping Agent, Inc.
13 Manor Road
East Rutherford, NJ 07073

Social Security No.:

Employer's Tax I.D. No.:
22−2056485
22−2014699

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:
Time:
Location:

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Dundon Advisers LLC

COMMISSION OR FEES
$5403.00

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 25, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-22123-VFP
Port Elizabeth Terminal & Warehouse Corp Chapter 11
Amex Shipping Agent, Inc.
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 12
Date Rcvd: Sep 25, 2026 Form ID: 137 Total Noticed: 259

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amex Shipping Agent, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Judge Warehousing, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons Trucking, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Port Elizabeth Terminal & Warehouse Corp., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | The Judge Organization, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| aty | + | FBT Gibbons, One Gateway Center, Newark, NJ 07102-5310 |
| aty | | Maxwell M. Hanamirian, Saul Ewing, LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186 |
| aty | + | Murphy Schiller & Wilkes LLP, One Gateway Center, Suite 4200, Newark, NJ 07102-5310 |
| aty | + | Saul Ewing LLP, 1037 Raymond Boulevard, Suite 1520, Newark, NJ 07102-5423 |
| aty | + | Saul Ewing LLP, One Riverfront Blvd. Suite 1520, Newark, NJ 07102-5401 |
| aty | + | Thomas T. McClendon, Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308-1414 |
| op | + | Cambridge Financial Services, LLC, Raritan Plaza III, 105 Fieldcrest Avenue, Suite 302, Edison, NJ 08837-3628 |
| intp | + | Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, NJ 07068-1644 |
| op | #+ | Dundon Advisers LLC, Ten Bank Street, Suite 1100, White Plains, NY 10606-1948 |
| cr | + | East Coast Warehouse and Distribution Corp., c/o Riker Danzig LLP, 7 Giralda Farms, Suite 250, Madison, NJ 07940-1051 |
| cr | + | F. Greek Bristol Properties, L.P., c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| acc | + | Forvis Mazars, LLP, 200 South Wood Avenue, Suite 125, Iselin, NJ 08830-2773 |
| cr | | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, Tax Litigation & Collections Unit, PHILADELPHIA, PA 19102 UNITED STATES |
| sp | + | Scopelitis, Garvin, Light, Hanson and Feary, P.C, 30 West Monroe Street, Suite 1600, Chicago, IL 60603-2418 |
| 520945251 | + | A-1 Quality Logistical Solutions, 3055 Blue Rock Road, Cincinnati, OH 45239-6302 |
| 520882312 | + | AGCS Marine Insurance Company, 30 Congress Street, Suite 101, Saint Albans, VT 05478-1745 |
| 520882313 | + | AGCS Marine Insurance Company (Allianz), 225 W. Washington Street, Suite 1800, Chicago, IL 60606-3458 |
| 520882314 | + | AIG Home-Bristol, 2 PIERCE PL, SUITE 2100, Itasca, IL 60143-1203 |
| 520882497 | ++ | AIG PROPERTY CASUALTY INC, ATTN MARY G MCCARTHY, 1271 AVENUE OF THE AMERICAS 11TH FLOOR, NEW YORK NY 10020-1304 address filed with court:, National Union Fire Insurance Company, 1271 Ave of the Americas, Floor 41, New York, NY 10020 |
| 521006485 | ++ | AIG PROPERTY CASUALTY INC, ATTN MARY G MCCARTHY, 1271 AVENUE OF THE AMERICAS 11TH FLOOR, NEW YORK NY 10020-1304 address filed with court:, AIG Property Casualty, Inc., Kevin J. Larner, Authorized Representati, 28 Liberty Street, Floor 22, New York, NY 10005 |
| 520882315 | | AIG Property Casualty Company, 1271 Ave of the Americas, Floor 41, Chicago, IL 60606 |
| 520973166 | + | AIT Home Delivery, LLC, 2 Pierce Place, Suite 2100, Attn: Timothy J. Nalepka, Itasca, IL 60143-1203 |
| 520882321 | + | ANGEL'S PAVING & CONCRETE CORP., 751 GREIR AVE, ELIZABETH, NJ 07202-2522 |
| 520882322 | | ANTHEM PROPANE EXCHANGE, LLC, PO BOX 981045, BOSTON, MA 02298-1045 |
| 520882329 | | ARGOS SOFTWARE, PO Box 83409, Chicago, IL 60691-3409 |
| 520882332 | + | ATLANTIC INDUSTRIAL SUPPLY, 32 W CHATHAM CT, GARDEN CITY, GA 31408-3051 |
| 520882333 | + | ATLANTIC WASTE SERVICES, 125 B PINE MEADOW DRIVE, POOLER, GA 31322-9354 |
| 520882317 | + | Allianz Global Risks US Insurance Compan, 225 West Washington Street, Suite 2000, Chicago, IL 60606-3484 |

| | | |
|---|---|---|
| 520926519 | + | Andrew B. Glaab, Cohn & Dussi, LLC, 255 State Street Suite 7B, Boston, MA 02109-2613 |
| 520882336 | + | BARCLAY BRAND FERDON, P.O. BOX 341, S. PLAINFIELD, NJ 07080-0341 |
| 520882337 | + | BENEFIT TAX LINK, 122 PARISH DRIVE, WAYNE, NJ 07470-6000 |
| 520882339 | | BESTPASS, INC., 826 WASHINGTON AVENUE, ALBANY, NY 12203 |
| 520882340 | + | BLACK KNIGHT PUBLISHING, 1901 BELMONT LANE, NORTH LAUDERDALE, FL 33068-4287 |
| 520882345 | + | BRIAN WYNNE, 166 PINE HILL ROAD, NASHUA, NH 03063-2816 |
| 520882346 | + | BRISTOL TOWNSHIP, BRISTOL TOWNSHIP BUILDING, 2501 BATH ROAD, BRISTOL, PA 19007-2150 |
| 520882347 | + | C&C MAINTENANCE, 700 WATERMARK BLVD, MT. PLEASANT, SC 29464-5729 |
| 520882348 | + | C. DENTE TOWING & TRUCKING INC., 27 RAYMOND BLVD, NEWARK, NJ 07105-4732 |
| 520882349 | + | CAMBRIDGE FINANCIAL SERVICES, 105 FIELDCREST AVENUE, SUITE 506, EDISON, NJ 08837-3649 |
| 520882352 | | CAROLINA CASUALTY, PO BOX 639938, CINCINNATI, OH 45263-9938 |
| 520882359 | + | CIESA SHAHINIAN & GIANTOMASI PC, 105 EISENHOWER PARKWAY, ROSELAND, NJ 07068-1644 |
| 520882360 | | CINTAS #237, CINTAS CORPORATION LOC.237, PO BOX 631025, CINCINNATI, OH 45263-1025 |
| 520882362 | | COASTAL INDUSTRIAL EQUIPMENT LLC, 1121 uemac rd., JACKSONVILLE, FL 32254-2793 |
| 520882365 | | CONSOLIDATED CHASSIS MANAGEMENT LLC, PO BOX 737533, DALLAS, TX 75373-7533 |
| 520882367 | | CULLIGAN QUENCH, PO BOX 735777, DALLAS, TX 75373-5777 |
| 520882354 | + | Century Finance, LLC, PO BOX 589, Memphis, TN 38101-0589 |
| 520882361 | + | City of Savannah, 132 E. Broughton Street, PO Box 1968, Savannah, GA 31402-1968 |
| 521056452 | + | Constellation Brands, Inc, NIXON PEABODY LLP, Richard C. Pedone, Exchange Place, 53 State Street Boston, MA 02109-2820 |
| 521056453 | + | Constellation Brands, Inc, NIXON PEABODY LLP, Daniel P. McMonagle, 55 West 46th Street, New York, NY 10036-4277 |
| 521056451 | + | Constellation Brands, Inc, NIXON PEABODY LLP, Eric M. Ferrante, 211 High Point Drive, Suite 110, Victor, NY 14564-1067 |
| 520882377 | | DIRECT CHASSISLINK, PO BOX 603061, Charlotte, NC 28260-3061 |
| 520882381 | + | DORSEY TIRE COMPANY, ATTN: AR DEPARTMENT, PO BOX 1387, SAVANNAH, GA 31402-1387 |
| 520882382 | + | EAST COAST DOCK & DOOR, 345 HIGHWAY 9 SOUTH, SUITE # 266, MANALAPAN, NJ 07726-3241 |
| 520882383 | + | EASTERN LIFT TRUCK CO., INC., P.O. BOX 307, MAPLE SHADE, NJ 08052-0307 |
| 520882387 | + | ELLIS PAINTER RATTERREE & ADAMS LLP, P.O. BOX 9946, SAVANNAH, GA 31412-0146 |
| 520882392 | | EXPRESS EMPLOYMENT PROFESSIONALS, P.O. BOX 945434, ATLANTA, GA 30394-5434 |
| 520882388 | + | Endurance American Specialty Insurance, Great Lakes General Agency Inc, 761 BETA DR Suite V, Cleveland, OH 44143-2329 |
| 520882389 | + | Endurance American Specialty Insurance C, 761 BETA Drive, Suite V, Cleveland, OH 44143-2329 |
| 520882393 | | Express Services, Inc, P.O. Box 945434, Atlanta, GA 30394-5434 |
| 520882394 | + | F&S TIRE CORP., INC, 58 BRUNSWICK AVENUE, EDISON, NJ 08817-2513 |
| 520882395 | + | F. GREEK BRISTOL PROPERTIES, L.P., 1 KIMBRELY ROAD, Suite 105, East Brunswick, NJ 08816-2035 |
| 520955418 | + | F. Greek Bristol Properties, L.P., c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, B, Woodbridge, NJ 07095-1146, Attn: David H. Stein, Esq. |
| 520953794 | + | FIRST CITIZENS BANK & TRUST COMPANY, Weltman, Weinberg & Reis Co. LPA, GARRY MASTERSON, Agent for Creditor, 5990 WEST CREEK RD, SUITE 200, INDEPENDENCE, OH 44131-2191 |
| 520882405 | | FORTA, LLC, PO BOX 735324, CHICAGO, IL 60673-5324 |
| 520882402 | + | First Business Growth Funding,, a div. of First Business Capital Corp., 2400 East Devon Ave., Des Plaines, IL 60018-4619 |
| 520882403 | + | First Business Specialty Finance, LLC, Laurie A. Martin Montplaisir, Krieg DeVault LLP, 200 S. Wacker Drive Suite 600, Chicago, IL 60606-5849 |
| 520882414 | + | GLC Jersey City LLC, C/O GOOD MAN NORTH AMERICA MANAGEMENT LL, 3333 MICHELSON DRIVE, SUITE 1050, Irvine, CA 92612-1606 |
| 520882417 | | GREAT AMERICAN INSURANCE CO., PO BOX 89400, SPECIALITY ACCOUNTING, CLEVELAND, OH 44101-6400 |
| 520882416 | + | Great American Alliance Insurance Compan, 301 East 4th Street, Cincinnati, OH 45202-4245 |
| 520956222 | + | Great American Alliance Insurance Company, c/o Joseph E. Lehnert, Esq., KMK Law, 1 E 4th St. Ste. 1400, Cincinnati, OH 45202-3708 |
| 520882418 | + | Greek Real Estate Properties, 1 Kimberly Road, Suite 105, East Brunswick, NJ 08816-2035 |
| 520882421 | + | HALE TRAILER BRAKE & WHEEL, INC., PO BOX 1400, VOORHEES, NJ 08043-7400 |
| 520882424 | | HARTZ ELIZABETH, INC., 500 Plaza Drive - P.O. Box 1515, Secaucus, NJ 07096-1515 |
| 520882426 | + | HILL RIVLINS LLP, 45 BROADWAY, SUITE 1500, NEW YORK, NY 10006-3007 |
| 520882427 | | HIRERIGHT SOLUTIONS INC., PO BOX 847891, DALLAS, TX 75284-7891 |
| 520882428 | + | HYG FINANCIAL SERVICES, INC., PO Box 35701, Billings, MT 59107-5701 |
| 520882422 | | Harco National Insurance Company Foray, 3060 Peachtree Rd Suite 300, Brooks, GA 30205 |
| 520882423 | + | Hartwell Insurance Company, 1222 Demonbreun Street, Suite 1201, Nashville, TN 37203-6497 |
| 520882429 | | INTEGRITY STAFFING SOLUTIONS, PO BOX 713870, PHILADELPHIA, PA 19171-3870 |
| 520882431 | | J.J. Keller & Associates Inc., PO Box 735492, Chicago, IL 60673-5492 |
| 520882432 | + | J.R. TRUCK STOP, INC., PO BOX 185, Thorofare, NJ 08086-0185 |
| 520882440 | + | JOHNNY ICEMAN TRUCKING, PO BOX 7073, NORTH ARLINGTON, NJ 07031-7073 |
| 520882444 | + | JOS. A MAJKA & SONS, INC., PO BOX 783, CLIFTON, NJ 07015-0783 |
| 520882457 | | JUDGE WAREHOUSING, LLC, 400 Expansion Blvd, Chattanooga, TN 37401 |
| 520955482 | + | Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308-1414 |
| 520882460 | + | KEY MATERIAL HANDLING, 4606 THIRD AVENUE, BROOKLYN, NY 11220-1034 |
| 520882464 | + | LAROE, WINN, MOERMAN & DONOVAN, 1250 CONNECTICUT AVENUE, NW, SUITE 200, WASHINGTON, DC 20036-2643 |
| 520882468 | | LeaseCrunch LLC, PO Box 201610, Dallas, TX 75320-1610 |
| 521071490 | + | Logistics One Brokerage, Inc., 33 Cady Hill Blvd, Saratoga Springs, NY 12866-9047 |

| | | |
|---|---|---|
| 520882477 | + | MASIS STAFFING, PO BOX 823473, Philadelphia, PA 19182-3473 |
| 520882482 | + | MAZARS USA LLP, 60 CROSSWAYS PARK DRIVE WEST, SUITE 301, WOODBURY, NY 11797-2018 |
| 520882483 | + | MCCABES EAST COAST FORKLIFTS LLC, 221 CREEK ROAD, BELLWARW, NJ 08031-2044 |
| 520882486 | + | MEDITERRANEAN SHIPPING COMPANY (USA) INC, PER DIEM DEPT, 700 WATERMARK BLVD, MT. PLEASANT, SC 29464-5729 |
| 520882491 | + | MIKE MORROW, 316 PROSPECT AVE, CRANFORD, NJ 07016-2349 |
| 520882492 | + | MILESTONE EQUIPMENT COMPANY, PO BOX 205589, Dallas, TX 75320-5589 |
| 520948843 | + | Mark A. Gilbert, Coleman Talley LLP, 109 S Ashley Street, Valdosta, GA 31601-5601 |
| 520882476 | + | Marshcat LLC, 743 Harbor View Rd., Charleston, SC 29412-5004 |
| 520882478 | + | Massachusetts Department of Revenue, 100 Cambridge Street, Boston, MA 02204-0001 |
| 520882485 | + | Med One Capital Funding, LLC, 10712 S. 1300 E., Sandy, UT 84094-5094 |
| 520957373 | + | Med One Capital Funding, LLC, Ray Quinney Nebeker P.C., Attn: David Leigh, Esq., 36 South State Street, Suite 1400, Salt Lake City, UT 84111-1451 |
| 520882502 | | NEWLANE FINANCE COMPANY, PO BOX 63044, NEWARK, NJ 07101-8065 |
| 520882504 | | NJ E-ZPASS VIOLATION PROC. CTR, P.O. BOX 52005, NEWARK, NJ 07101-8205 |
| 520882505 | | NJ PENSION PLAN, LOCAL 1518 RETIREMENT FUND, Haledon, NJ 07508 |
| 520882506 | + | NORFOLK SOUTHERN RAILWAY, 650 W. Peachtree St NW, Atlanta, GA 30308-1925 |
| 520882507 | + | NORTH AMERICAN CHASSIS POOL, 525 Royal Parkway, #290069, Nashville, TN 37229-4003 |
| 520882508 | + | NORTH NJ TEAMSTERS BEN.PLAN, 810 BELMONT AVE., NORTH HALEDON,, NJ 07508-2357 |
| 520882496 | + | National Union Fire Insur. Co./PA, 1271 Ave of the Americas FL 41, New York, NY 10020-1304 |
| 520882501 | + | New York State Department of Taxation an, Harriman Campus Rd, Albany, NY 12227-0001 |
| 520950008 | + | Northern New Jersey Teamsters Benefit Plan, c/o Kroll Heineman Ptasiewicz & Parsons,, 91 Fieldcrest Avenue, Suite 35, Edison, New Jersey 08837-3662 |
| 520882510 | | OCCUPATIONAL HEALTH CENTERS OF NEW JERSE, PO BOX 8750, ELKRIDGE, MD 21075-8750 |
| 520882511 | + | ONTARIO CREDIT CORPORATION, 6730 VIP Parkway, Syracuse, NY 13211-7326 |
| 520922690 | | Official Committee of Unsecured Creditors, Brett S. Theisen, Esq., GIBBONS P.C., One Pennsylvania Plaza, 45th Fl., Suite 4515 New York, New York 10119 |
| 520940995 | + | Our Three Z's Inc, Maslon LLP, Attn: Amy Swedberg, 225 South Sixth Street, Suite 2900, Minneapolis, MN 55402-4609 |
| 520882512 | + | P JUDGE AND SONS, 201 A EXPORT ST, PORT NEWARK, NJ 07114-3242 |
| 520882513 | + | PALLETS-R-US, INC., 555 WOODSIDE AVENUE, BELLPORT, NY 11713-1220 |
| 520882516 | + | PASHMAN STEIN, PC, COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 200, HACKENSACK, NJ 07601-7021 |
| 520882522 | + | PENN JERSEY DIESEL & TRAILER, 2950 STATE ROAD, BENSALEM, PA 19020-7318 |
| 520882525 | + | PHOENIX TRANSLOAD SERVICES, PO BOX 2941, RICHMOND HILL, GA 31324-2941 |
| 520882527 | | PINTO SERVICE, INC., PO BOX 554744, DETROIT, MI 48255-4744 |
| 520882528 | | PITNEY BOWES CREDIT CORP, PO BOX 981039, BOSTON, MA 02298-1039 |
| 520882529 | | PRAXAIR DISTRIBUTION, INC., PO BOX 382000, PITTSBURGH, PA 15250-8000 |
| 520882530 | + | PRIME PACKAGING CORP., 1290 METROPLOITAN AVENUE, BROOKLYN, NY 11237-1104 |
| 520882531 | | PRINCIPAL LIFE INSURANCE COMPANY, PO BOX 77202, MINNEAPOLIS, MN 55480-7200 |
| 520882534 | | PSE&G, P.O. Box 14104, New Brunswick, NJ 08906-4444 |
| 520882523 | + | Pennsylvania Department of Revenue, PO Box 280507, Harrisburg, PA 17128-0507 |
| 520882526 | + | Pinnacle Business Funding LLC, d/b/a AEC GAP Capital,, One Metrotech Center, Brooklyn, NY 11201-3948 |
| 520980232 | + | Prime Packaging Corp, Coface North America Insurance Company, 600 College Road East, Suite 1110, Princeton, NJ 08540-6880 |
| 520882532 | + | Prologis Logistics Real Estate, 1800 WAZEE STREET, SUITE 500, Denver, CO 80202-2526 |
| 520882536 | | QUICK BASE JUNKIE, PO BOX 734227, CHICAGO, IL 60673-4227 |
| 520882540 | + | RELIANCE PARTNERS LLC, 605 CHESTNUT ST, SUITE 800, CHATTANOOGA, TN 37450-5507 |
| 520882542 | | RENAISSANCE CAPITAL ALLIANCE, PO BOX 18065, COLUMBUS, OH 43218-0065 |
| 520882544 | + | RESOLUTE, 5020 HIGHWAY 11 SOUTH, CALHOUN, TN 37309-5248 |
| 520882549 | + | RICHIE'S TIRE SERVICE, 107 EGEL AVENUE, MIDDLESEX, NJ 08846-2505 |
| 520882560 | + | RREEF AMERICA REIT CORP YYY, 3333 MICHELSON DRIVE, SUITE 1050, Irvine, CA 92612-1606 |
| 520955404 | + | RREEF America REIT II Corp. YYY, Miles & Stockbridge P.C., Attn: Catherine Harrington, 915 Meeting Street, Suite 1110, North Bethesda, MD 20852-2375 |
| 520882563 | + | RYDER TRANSPORTATION SERVICES, PO BOX 96723, CHICAGO, IL 60693-6723 |
| 520882564 | + | RZ TECH PEST CONTROL, 100 RYAN ST, BUILDING B SUITE 31, SOUTH PLAINFIELD, NJ 07080-4211 |
| 520882538 | + | RamQuip Solutions, 520 Talmadge Ave, Savannah, GA 31408-2324 |
| 520882539 | + | Reflect Health, 4900 Parkway Drive, Suite 160, Mason, OH 45040-9702 |
| 520882541 | + | Reliance Partners LLC., 555 Walnut St Ste 280, Chattanooga, TN 37402-1313 |
| 520882561 | | Rreef American Reit II Corp., PO BOX 209254, Austin, TX 78720-9254 |
| 520882565 | | SAMBA HOLDINGS, INC., DEPT LA 24536, PASADENA, CA 91185-4536 |
| 520882569 | + | SCHNEIDER NATIONAL INC, 2567 PAYSPHERE CIRCLE, Chicago, IL 60674-0001 |
| 520882570 | + | SCOPELITIS, GARVIN, LIGHT & HANSON, 10 WEST MARKET STREET, SUITE 1500, INDIANAPOLIS, IN 46204-2965 |
| 520882575 | | SHREDIT NEWARK, 28883 NETWORK PLACE, CHICAGO, IL 60673-1288 |
| 520882577 | + | SOS Tire & Auto, 115 Kicklighter Way, PO Box 7298, Garden City, GA 31418-7298 |
| 520882578 | | SOUTHERN TIRE MART, Dept 143, PO Box 1000, Memphis, TN 38148-0143 |
| 520882579 | | STAPLES BUSINESS ADVANTAGE, PO BOX 70242, PHILADELPHIA, PA 19176-0242 |

| | | |
|---|---|---|
| 520882580 | + | STARPOINT PROTECTIVE SERVICES, LLC, PO BOX 217, UNION, NJ 07083-0217 |
| 520882587 | + | SUPERIOR DISTRIBUTORS, 4 MIDLAND AVENUE, ELMWOOD PARK, NJ 07407-3193 |
| 520882568 | + | Sapp's Wrecker Service, 176 Godley Rd, Port Wentworth, GA 31407-9752 |
| 520882571 | + | Seagis East Rutherford LLC, One Meadowlands Plz., Suite 800, East Rutherford, NJ 07073-2152 |
| 521236337 | + | Seagis East Rutherford, LLC, Leslie C. Heilman, Erin L. Williamson, BALLARD SPAHR LLP, 222 Delaware Avenue, 10th Floor, Wilmington, DE 19801-1621 |
| 520882590 | + | TAYLOR BERRIEN LLC, 1832 WALTHOUR RD, SAVANNAH, GA 31410-3212 |
| 520882591 | + | TEAMSTERS LOCAL 11 PENSION FUND, 810 BELMONT AVENUE, SUITE 100, NORTH HALEDON, NJ 07508-2300 |
| 520882592 | | TEAMSTERS NATIONAL 401(K) SAVINGS PLAN, GEM GROUP FUND ADMINISTRATIO, 1200 THREE GATEWAY CENTER, PITTSBURGH, PA 15222 |
| 520882593 | + | TEAMSTERS UNION LOCAL 11, 810 BELMONT AVE, SUITE 200, N. HALEDON, NJ 07508-2357 |
| 520882598 | | TMW SYSTEMS, PO BOX 203455, DALLAS, TX 75320-3455 |
| 520882601 | | TOSHIBA BUSINESS SOLUTIONS, PO BOX 418600, BOSTON, MA 02241-8600 |
| 520882602 | | TOSHIBA FINANCIAL SERVICES, PO BOX 790448, ST LOUIS, MO 63179-0448 |
| 520882603 | | TOSHIBA GREATAMERICA FINANCIAL SVCS, PO BOX 660831, DALLAS, TX 75266-0831 |
| 520882605 | | TRAC INTERMODAL, C/O US BANK, PO BOX 952064, ST. LOUIS, MO 63195-2064 |
| 520915944 | + | TRAC Intermodal, 750 College Road East, Attn: K. Wolcott - Legal, Princeton, NJ 08540-6646 |
| 520882606 | + | TRAILER DOCTOR SERVICES INC., 1040 W. FULLERTON AVE, ADDISON, IL 60101-4327 |
| 520882607 | | TRANSFORCE, PO BOX 69250, BALTIMORE, MD 21264-9250 |
| 520882608 | + | TREND INTERMODAL CHASSIS LEASING LLC, 78 John Miller Way, Suite 417, Kearny, NJ 07032-6500 |
| 520882609 | + | TRIANGLE CONSULTING GROUP, PO BOX 5169, BASKING RIDGE, NJ 07920-5169 |
| 520882610 | + | TRUCK LEASE CONSULTING, 32 BUTTONWOOD PLACE, SWEDESBORO, NJ 08085-1511 |
| 520950009 | + | Teamsters Local 11 Pension Plan, c/o Kroll Heineman Ptasiewicz & Parsons,, 91 Fieldcrest Avenue, Suite 35, Edison, New Jersey 08837-3662 |
| 521007153 | + | Teamsters National 401(k) Savings Plan, Zenith American Solutions Fund Administr, Two Gateway Center, 603 Stanwix St., Ste. 1500, Pittsburgh, PA 15222-1534 |
| 520882594 | + | The Burlington Insurance Company, c/o FSKS, 6 Campus Drive, Sut 304, Parsippany, NJ 07054-4406 |
| 520882604 | | Toyota Industries Commercial Finance Inc, PO Box 9050, Coppell, TX 75019-9050 |
| 520882615 | + | UNIFRIST CORPORATION, 54 S. JEFFERSON ROAD, WHIPPANY, NJ 07981-1088 |
| 520882616 | + | Upland Specialty Insurance Company, 5050 Quorum Drive, Suite 700, Unit #473, Dallas, TX 75254-1410 |
| 520882618 | + | VECTOR SECURITY, PO BOX 531687, ATLANTA, GA 30353-1687 |
| 520882619 | | VEOLIA WATER NEW JERSEY, PAYMENT CENTER, PO BOX 371804, PITTSBURGH, PA 15250-7804 |
| 520882620 | + | Veolia Water New Jersey, PO Box 371804, Pittsburgh, PA 15250-7804 |
| 520882627 | | WASTE MANAGEMENT OF PA INC, WASTE MANAGEMENTNORTH, P.O. BOX 13648, PHILADELPHIA, PA 19101-3648 |
| 520882628 | | WEISERMAZARS LLP, PO BOX 200870, DALLAS, TX 75320-0870 |
| 520882631 | | WILLIAMS SCOTSMAN, INC., P.O. BOX 91975, CHICAGO, IL 60693-1975 |
| 520882624 | + | Warehouse Rentals, PO Box 127, Valdosta, GA 31603-0127 |
| 520948844 | | Warehouse Rentals LLC, P.O. Box 126, Valdosta, GA 31603-0126 |
| 520882629 | + | Wells Fargo Bank, Credit Management Grp., Attn: Charles W. Scharf, CEO, 190 River Road, Summit, NJ 07901-1444 |
| 520926520 | + | Wintrust Specialty Finance, Cohn & Dussi, LLC, 255 State Street Suite 7B, Boston, MA 02109-2613 |
| 520882632 | | XTRA LEASE LLC, PO BOX 219562, KANSAS CITY, MO 64121-9562 |
| 520955483 | + | Yancey Bros. Co., Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308-1414 |

TOTAL: 191

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 25 2026 21:36:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2026 21:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2026 21:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Sep 25 2026 21:35:00 | Eastern Lift Truck Co Inc., c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Sep 25 2026 21:45:42 | HYG Financial Services, Inc., Attn Wells Fargo Financial Leasing, Inc., MAC F0006-051, 800 Walnut Street, Des Moines, IA 50309-3605 |
| 520882311 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Sep 25 2026 21:31:24 | ADT SECURITY SYSTEMS, INC., PO BOX 371967, PITTSBURGH, PA 15250-7967 |
| 520882497 | Email/Text: AIGSSLCRCBBankruptcy@aig.com | Sep 25 2026 21:36:00 | National Union Fire Insurance Company, 1271 Ave of the Americas, Floor 41, New York, NY 10020 |
| 521006485 | Email/Text: AIGSSLCRCBBankruptcy@aig.com | Sep 25 2026 21:36:00 | AIG Property Casualty, Inc., Kevin J. Larner, Authorized Representati, 28 Liberty Street, Floor 22, New York, NY 10005 |
| 520882319 | Email/PDF: bncnotices@becket-lee.com | Sep 25 2026 21:45:33 | AMERICAN EXPRESS, P.O. BOX 1270, Newark, NJ 07101-1270 |
| 520882331 | Email/Text: Wendy_Vaughan@AJG.com | Sep 25 2026 21:35:30 | AssuredPartners of Florida, LLC, DBA: Transportation Insurance Advisors, 1485 International Parkway Suite 1031, Lake Mary, FL 32746 |
| 520939789 | Email/PDF: bncnotices@becket-lee.com | Sep 25 2026 21:45:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520882334 | + Email/Text: dcevet@servicehqtrs.com | Sep 25 2026 21:36:00 | Auxilior Capital Partners, Inc., 620 West Germantown Pike, Suite 450, Plymouth Meeting, PA 19462-1056 |
| 521211666 | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 25 2026 21:37:00 | Bankruptcy Section MS A340, Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 520961607 | Email/Text: megan.harper@phila.gov | Sep 25 2026 21:36:00 | City of Philadelphia Law, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 520965794 | Email/Text: megan.harper@phila.gov | Sep 25 2026 21:36:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 JFK Blvd., 5th Floor, Room 580, Philadelphia, PA 19102-1595 |
| 520882364 | Email/Text: documentfiling@lciinc.com | Sep 25 2026 21:35:00 | COMCAST, PO BOX 70219, PHILADELPHIA, PA 19176-0219 |
| 520882368 | + Email/Text: IBARATA@CUSTOMBANDAG.COM | Sep 25 2026 21:36:00 | CUSTOM BANDAG INC., 401 E. LINDEN AVE., LINDEN,, NJ 07036-2411 |
| 520951925 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 25 2026 21:35:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 520882371 | ^ MEBN | Sep 25 2026 21:33:39 | DE LAGE LANDEN FINANCAIL SERVICES, INC., PO BOX 825736, PHILADELPHIA, PA 19182-5736 |
| 520882370 | + Email/Text: litigation.recoverybkmailbox@dllgroup.com | Sep 25 2026 21:35:00 | DE LAGE LANDEN FINANCAIL SERVICES, INC., 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 520882372 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Sep 25 2026 21:35:00 | DE LAGE LANDEN FINANCIAL SERVICES, INC., PO BOX 41602, PHILADELPHIA, PA 19101-1602 |
| 520927472 | + Email/Text: rmcdowell@slgcollect.com | Sep 25 2026 21:35:00 | Eastern Lift Truck Co., Inc., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520980312 | + Email/Text: rhonda.lingle@expresspros.com | Sep 25 2026 21:36:00 | Express Services, Inc., 9701 Boardwalk Blvd., Oklahoma City, OK 73162-6029 |
| 520882398 | ^ MEBN | Sep 25 2026 21:32:49 | FEDEX, PO BOX 371461, PITTSBURGH, PA 15250-7461 |
| 520882404 | ^ MEBN | Sep 25 2026 21:32:26 | FIRST INSURANCE FUNDING CORP., PO BOX 7000, CAROL STREAM, IL 60197-7000 |
| 520882397 | ^ MEBN | Sep 25 2026 21:32:49 | Federal Express Corporation, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 520949727 | + Email/Text: BKRMailOps@weltman.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 25 2026 21:36:00 | First Citizens Bank & Trust Company, c/o Weltman, Weinberg and Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 520882410 | | Email/Text: brnotices@dor.ga.gov | Sep 25 2026 21:36:00 | Georgia Deparment of Revenue, 2595 Century Parkway, NE, Atlanta, GA 30345-3173 |
| 520882411 | + | Email/Text: G2GPCCU@southernco.com | Sep 25 2026 21:37:00 | GEORGIA POWER, 96 ANNEX, ATLANTA, GA 30396-0002 |
| 520882419 | ^ | MEBN | Sep 25 2026 21:33:43 | GREENBAUM ROWE SMITH & DAVIS LLP, METRO CORPORATE CAMPUS ONE, PO BOX 5600, WOODBRIDGE, NJ 07095-0988 |
| 520950999 | + | Email/Text: dpetersen@greatamerica.com | Sep 25 2026 21:36:00 | GreatAmerica Financial Services Corporation, ATTN: Peggy Upton, 625 First St. SE, Cedar Rapids, IA 52401-2032 |
| 520955313 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Sep 25 2026 21:45:42 | HYG Financial Services, Inc., 800 Walnut St.,, F0006-051, Des Moines, IA 50309-3605 |
| 520882588 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Sep 25 2026 21:36:00 | T-MOBILE, PO BOX 742596, CINCINNATI, OH 45274-2596 |
| 520882441 | ^ | MEBN | Sep 25 2026 21:34:20 | JOHNSON CONTROLS SECURITY SOLUTIONS, PO BOX 371967, PITTSBURGH, PA 15250-7967 |
| 520882454 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2026 21:45:20 | JPMORGAN CHASE BANK , N.A., Attn: Jamie Dimon, CEO, Legal Papers Served, 1414 Woodward Avenue, LA2-7100, Ruston, LA 71270-2015 |
| 520956832 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2026 21:45:42 | JPMorgan Chase Bank, N.A., 10 S. Dearborn St., Floor 35, Chicago, IL 60603-2300 |
| 520882475 | | Email/Text: BANKRUPTCY@PEACSOLUTIONS.COM | Sep 25 2026 21:36:00 | MARLIN LEASING CORPORATION, PO BOX 13604, PHILADELPHIA, PA 19101-3604 |
| 520882479 | + | Email/Text: billgleaton@mhiusa.net | Sep 25 2026 21:36:00 | MATERIAL HANDLING INC., PO BOX 1045, DALTON, GA 30722-1045 |
| 520882484 | ^ | MEBN | Sep 25 2026 21:31:15 | MCMANIMON, SCOTLAND & BAUMANN, LLC, 75 LIVINGSTON AVENUE, ROSELAND, NJ 07068-3701 |
| 520882498 | | Email/Text: ServicingAdmin@navitascredit.com | Sep 25 2026 21:35:00 | NAVITAS CREDIT CORP, PO BOX 935204, ATLANTA, GA 31193-5204 |
| 520882509 | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Sep 25 2026 21:35:00 | NYC DEPARTMENT OF FINANCE, 66 John Street, Room 104, New York, NY 10038-3728 |
| 520882496 | + | Email/Text: AIGSSLCRCBBankruptcy@aig.com | Sep 25 2026 21:36:00 | National Union Fire Insur. Co./PA, 1271 Ave of the Americas FL 41, New York, NY 10020-1304 |
| 520882500 | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Sep 25 2026 21:35:00 | New York City Department of Finance, Correspondence Unit, 1 Centre Street, 22nd Floor, New York, NY 10007-1632 |
| 521091269 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 25 2026 21:36:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520882521 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 25 2026 21:36:00 | PECO ENERGY, PO BOX 37629, PHILADELPHIA, PA 19101-0629 |
| 520882533 | + | Email/Text: BankruptcyNotices@prologis.com | Sep 25 2026 21:36:00 | PROLOGIS, L.P., 1800 WAZEE STREET, SUITE 500, DENVER, CO 80202-2526 |
| 520882535 | ^ | MEBN | Sep 25 2026 21:32:09 | PSE&G CO, PO BOX 14444, NEW BRUNSWICK, NJ 08906-4444 |
| 520882514 | ^ | MEBN | Sep 25 2026 21:32:47 | Pam Bondi, US Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |

| | | | | |
|---|---|---|---|---|
| 520882524 | + | Email/Text: megan.harper@phila.gov | Sep 25 2026 21:36:00 | Philadelphia Department of Revenue, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 520882554 | + | Email/Text: credit@robertsoxygen.com | Sep 25 2026 21:36:00 | Roberts Oxygen Co., Inc., PO Box 5507, Rockville, MD 20855-0507 |
| 520882574 | | Email/Text: BankruptcyNotice@Stericycle.com | Sep 25 2026 21:35:00 | SHRED-IT USA, 28883 Network Place, Chicago, IL 60673-1288 |
| 521090843 | | Email/Text: Bankruptcy@staples.com | Sep 25 2026 21:35:00 | Staples, Shane Anderson, PO Box 102419, Columbia, SC 29224 |
| 520882499 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 25 2026 21:35:00 | New Jersey Division of Taxation, 3 John Fitch Way, 5th Floor PO Box 245, Trenton, NJ 08695-0245 |
| 520882585 | | Email/Text: _Credit&Collections@suburbanpropane.com | Sep 25 2026 21:35:00 | SUBURBAN PROPANE, PO BOX J, WHIPPANY, NJ 07981 |
| 520882586 | | Email/Text: Bankruptcy@SunbeltRentals.com | Sep 25 2026 21:36:00 | SUNBELT RENTALS, INC., PO BOX 409211, ATLANTA, GA 30384-9211 |
| 520882599 | ^ | MEBN | Sep 25 2026 21:33:09 | TOLLS BY MAIL, PAYMENT PROCESSING CENTER, PO BOX 15183, ALBANY, NY 12212-5183 |
| 520956427 | + | Email/Text: EFBankruptcyNotices@huntington.com | Sep 25 2026 21:36:00 | The Huntington National Bank, 11100 Wayzata Blvd. Suite 700, Minnetonka, MN 55305-5523 |
| 520882595 | + | Email/Text: bankruptcy@huntington.com | Sep 25 2026 21:36:00 | The Huntington National Bank, Attn: Stephen D. Steinour, CEO, 1405 Xenium Lane North, Minneapolis, MN 55441-4429 |
| 520882611 | + | Email/Text: bankruptcynotices@sba.gov | Sep 25 2026 21:35:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 520882612 | + | Email/Text: arbankruptcy@uline.com | Sep 25 2026 21:36:00 | ULINE, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 520882613 | | Email/Text: arbankruptcy@uline.com | Sep 25 2026 21:36:00 | ULINE, PO BOX 88741, CHICAGO, IL 60680-1741 |
| 520882614 | ^ | MEBN | Sep 25 2026 21:32:27 | UNIFIRST CORPORATION, PO BOX 650481, DALLAS, TX 75265-0481 |
| 520882617 | + | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2026 21:36:00 | US Attorney, 970 Broad St # 806, Newark, NJ 07102-2523 |
| 520882621 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 25 2026 21:35:00 | VERIZON, PO BOX 660748, DALLAS, TX 75266-0748 |
| 520882622 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 25 2026 21:35:00 | VERIZON WIRELESS, P.O. BOX 489, NEWARK, NJ 07101-0489 |
| 520882623 | | Email/PDF: ais.cmgbtcypocqa@aisinfo.com | Sep 25 2026 21:45:33 | Wachovia Bank National Association, Commercial Loan Services Dept. NC 6038, PO Box 2705, Winston Salem, NC 27199-8182 |
| 520882625 | + | Email/Text: l.bukowiec@wrsllcsolutions.com | Sep 25 2026 21:36:00 | WAREHOUSE REPAIR SOLUTIONS LLC, PO Box 7231, Savannah, GA 31418-7231 |
| 520921860 | | Email/Text: jmills@wm.com | Sep 25 2026 21:36:00 | WM Corporate Services, Inc., c/o Jacquolyn Mllls, 800 Capitol Street Ste. 3000, Houston, TX 77002 |
| 520882626 | + | Email/Text: rmcbknotices@wm.com | Sep 25 2026 21:36:00 | WASTE MANAGEMENT OF N.J. INC, 100 Avenue A, Newark, NJ 07114-2436 |
| 520955302 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Sep 25 2026 21:45:21 | Wells Fargo Vendor Financial Services, LLC, 800 Walnut St.,, F0006-051, Des Moines, IA 50309-3605 |
| 520882634 | | Email/Text: jane_law@yanceybros.com | Sep 25 2026 21:36:00 | Yancey Bros. Co, Drawer CS 198757, Atlanta, GA 30384-8757 |

TOTAL: 71

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Murphy Schiller & Wilkes LLP |
| 520882310 | | A'Jay Delosangeles, Address on File] |
| 520882316 | | Aleeya Tanksley, Address on File] |
| 520882318 | | Amber Eckman, Address on File] |
| 520882320 | | Andrew J. Castles, Address on File] |
| 520882323 | | Anthony L. Nixon, Address on File] |
| 520882324 | | Anthony Nixon, Address on File] |
| 520882325 | | Anthony Pugh, Address on File] |
| 520882326 | | Anthony Stone, Address on File] |
| 520882327 | | Antonio Cortes, Address on File] |
| 520882330 | | Armando A. Molino, Address on File] |
| 520882341 | | BOB KESSLER |
| 520882335 | | Barbara Judge, Address on File] |
| 520882338 | | Benjamin F. Amerson, Address on File] |
| 520882342 | | Brandon J. Wynne, Address on File] |
| 520882343 | | Brian A. Wynne, Address on File] |
| 520882344 | | Brian Gruenhagen, Address on File] |
| 520882366 | | CT Corporation System, as Representative |
| 520882350 | | Carhonda Albertie, Address on File] |
| 520882351 | | Carl F. Sarlo, Address on File] |
| 520882353 | | Cedric Eady, Address on File] |
| 520882355 | | Charles Lamont Bostic, Address on File] |
| 520882356 | | Charles R. Hartman, Address on File] |
| 520882357 | | Christopher Cepeda, Address on File] |
| 520882358 | | Christopher King, Address on File] |
| 520882363 | | Colin McKeon, Address on File] |
| 520882369 | | Danilo E. Martinez, Address on File] |
| 520882373 | | Derwood L. Grant, Address on File] |
| 520882374 | | Deshante N. Bligde, Address on File] |
| 520882375 | | Dilfredo Lorente, Address on File] |
| 520882376 | | Dionosio Hernandez, Address on File] |
| 520882378 | | Donald Hawkins, Address on File] |
| 520882379 | | Donald P. Hawkins, Address on File] |
| 520882380 | | Dorian Edmond, Address on File] |
| 520882385 | | EIDL |
| 520882384 | | Edgar E. Hempfleng, Address on File] |
| 520882386 | | Eliseu J. Dos Santos, Address on File] |
| 520882390 | | Erin E. Judge, Address on File] |
| 520882391 | | Erin L. Cook, Address on File] |
| 520882396 | | Fallon Grant, Address on File] |
| 520882399 | | Felix Ramon Diaz, Address on File] |
| 520882400 | | Fernanco J. Dias, Address on File] |
| 520882401 | | Fernanco Salinas, Address on File] |
| 520882406 | | Fredrick Dwayne Cobbs, Address on File] |
| 520882407 | | Gabriel F. Tavares, Address on File] |
| 520882408 | | Gary Brown, Address on File] |
| 520882409 | | Gary J. Cooper, Address on File] |
| 520882412 | | Gerald Harmon, Address on File] |
| 520882413 | | Geronimo Jiminez, Address on File] |
| 520882415 | | Glenn R. Gary, Address on File] |
| 520882420 | | Griselle Vasquez, Address on File] |
| 520882425 | | Henry E. Diekman, Address on File] |
| 520882453 | | JOSEPH ROWLAND |
| 520882433 | | Jack Callahan, Address on File] |
| 520882434 | | Jamal C. Williams, Address on File] |
| 520882435 | | Jason H. Mann, Address on File] |
| 520882436 | | Jeffrey Catania, Address on File] |

| | |
|---|---|
| 520882437 | Jenna L. Roberts, Address on File] |
| 520882438 | Jenna Roberts, Address on File] |
| 520882439 | Joan Franov, Address on File] |
| 520882442 | Jonathan Ortega, Address on File] |
| 520882443 | Jorge Cabrera, Address on File] |
| 520882445 | Jose A. Sorto, Address on File] |
| 520882446 | Jose E. Amaya, Address on File] |
| 520882447 | Jose L. Lainez, Address on File] |
| 520882448 | Jose M. Hernandez, Address on File] |
| 520882449 | Jose Martinez, Address on File] |
| 520882450 | Jose P. Amaya, Address on File] |
| 520882451 | Joseph Casseus, Address on File] |
| 520882452 | Joseph Manning Rowland, Address on File] |
| 520882455 | Juan A. Estevez, Address on File] |
| 520882456 | Judes E. Hills, Jr., Address on File] |
| 520882458 | Julian A. Boxill, Address on File] |
| 520882459 | Julian Escalera, Address on File] |
| 520882461 | Kim Tapley, Address on File] |
| 520882462 | Kirk D. Moore, Address on File] |
| 520882463 | Krishna R. Phagoo, Address on File] |
| 520882465 | Laura L. Chessher, Address on File] |
| 520882466 | Laura L. Hunt, Address on File] |
| 520882467 | Leah R. Jackson, Address on File] |
| 520882469 | Louis L. Reese, Address on File] |
| 520882470 | Luis Miguel Rodrigues, Address on File] |
| 520882471 | Lynn Hunt, Address on File] |
| 520882472 | Marcial Rosa Orellana, Address on File] |
| 520882473 | Marcus Allen, Address on File] |
| 520882474 | Marcus Robinson, Address on File] |
| 520882480 | Max Antonio Campos Diaz, Address on File] |
| 520882481 | Maya Rofman, Address on File] |
| 520882487 | Michael A. Fenimore, Address on File] |
| 520882488 | Michael Wynne, Address on File] |
| 520882489 | Michael Wynne, Jr., Address on File] |
| 520882490 | Miguel A. Tomayo, Address on File] |
| 520882493 | Moses B. Easter, Address on File] |
| 520882495 | Mustafa Cottino, Address on File] |
| 520882503 | Nicomedes Cabrera, Address on File] |
| 520882515 | Pamela Shelepets, Address on File] |
| 520882517 | Patrick Judge IV, Address on File] |
| 520882518 | Patrick M. Corbo, Address on File] |
| 520882519 | Patrick Wynne, Address on File] |
| 520882520 | Pearly J. Whitehall, Address on File] |
| 520882537 | Rafael H. Gomez, Address on File] |
| 520882543 | Renan Marquez, Address on File] |
| 520882545 | Reynold Isidor, Address on File] |
| 520882546 | Richard Brogan, Address on File] |
| 520882547 | Richard Prellwitz, Address on File] |
| 520882548 | Richard Walker, Address on File] |
| 520882550 | Rigoberto Guevara, Address on File] |
| 520882551 | Rinald M. Marczak, Address on File] |
| 520882552 | Robert Kessler, Address on File] |
| 520882553 | Roberto M. Orellana, Address on File] |
| 520882555 | Ronald Clerge, Address on File] |
| 520882556 | Ronald S. Fourre, Address on File] |
| 520882557 | Rosalina Colon, Address on File] |
| 520882558 | Rose Marie Wilson, Address on File] |
| 520882559 | Rosemarie A. Smith, Address on File] |
| 520882562 | Rubain Desrosiers, Address on File] |
| 520882566 | Santiago M. Fregoso, Address on File] |
| 520882567 | Santos Guevara, Address on File] |
| 520882572 | Shelton Hills, Address on File] |
| 520882573 | Sherri L. Lowe, Address on File] |

| | | |
|---|---|---|
| 520882576 | | Shy'Dericka Copeland, Address on File] |
| 520882581 | | Sterling Beauchamp, Address on File] |
| 520882582 | | Steven E. Burrows, Address on File] |
| 520882583 | | Steven Jackson, Address on File] |
| 520882584 | | Stevon D. Barnes, Address on File] |
| 520882589 | | Tarriq Scott, Address on File] |
| 520882596 | | Tiffany Sicco, Address on File] |
| 520882597 | | Timothie Conover, Address on File] |
| 520882600 | | Torres V. Berrien, Address on File] |
| 520882630 | | William A. Martinez, Address on File] |
| 520882633 | | Yakema Marlin, Address on File] |
| 520882635 | | Yvonne Sharper, Address on File] |
| cr | * | Yancey Bros. Co, Jones & Walden, LLC, 699 Piedmont Ave NE, Atlanta, GA 30308-1414 |
| 520882430 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520922721 | * | Official Committee of Unsecured Creditors, Brett S. Theisen, Esq. - GIBBONS P.C., One Pennsylvania Plaza, 45th Fl., Suite 4515, New York, New York 10119 |
| 520882328 | ##+ | ARGOS SOFTWARE, 10275 W. HIGGINS ROAD, SUITE 250, ROSEMONT, IL 60018-3887 |
| 520882494 | ##+ | MURPHY SCHILLER & WILKES LLP, 24 COMMERCE STREET, 12TH FLOOR, Newark, NJ 07102-4005 |

TOTAL: 132 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda R Simone | on behalf of Creditor Committee Official Committee Of Unsecured Creditors asimone@connellfoley.com |
| Brett S. Theisen | on behalf of Creditor Committee Official Committee Of Unsecured Creditors btheisen@connellfoley.com nmitchell@gibbonslaw.com |
| Christopher P. Anton | on behalf of Creditor Committee Official Committee Of Unsecured Creditors canton@fbtgibbons.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David H. Stein | on behalf of Creditor F. Greek Bristol Properties L.P. dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com |
| Eric M. Ferrante | on behalf of Creditor Constellation Brands Inc. eferrante@nixonpeabody.com, djames@nixonpeabody.com,roc.managing.clerk@nixonpeabody.com,bos.managing.clerk@nixonpeabody.com,dmcmonagle@nixonpeabody.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Ilana Volkov | on behalf of Creditor Hartz Elizabeth Inc. ivolkov@mcgrailbensinger.com |

James F. Moscagiuri on behalf of Unknown Role Type Kristal Marie Soto jmoscagiuri@lsaclaw.com jhoffman@lsaclaw.com

James F. Moscagiuri on behalf of Unknown Role Type Andy M. Castillo jmoscagiuri@lsaclaw.com jhoffman@lsaclaw.com

James F. Moscagiuri on behalf of Unknown Role Type Julio Andres Matos Angomas jmoscagiuri@lsaclaw.com jhoffman@lsaclaw.com

John S. Mairo on behalf of Creditor Committee Official Committee Of Unsecured Creditors jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo on behalf of Other Prof. Dundon Advisers LLC jmairo@fbtgibbons.com emunera@fbtgibbons.com

Joseph Casello on behalf of Creditor Yancey Bros. Co jcasello@cvclaw.net jcasello627@gmail.com

Joseph Lubertazzi, Jr. on behalf of Creditor HYG Financial Services Inc. jlubertazzi@mccarter.com

Joseph Lubertazzi, Jr. on behalf of Creditor Wells Fargo Vendor Financial Services LLC jlubertazzi@mccarter.com

Joseph L. Schwartz on behalf of Creditor East Coast Warehouse and Distribution Corp. jschwartz@riker.com courtdockets@riker.com

Kyle McEvilly on behalf of Creditor Committee Official Committee Of Unsecured Creditors kmcevilly@connellfoley.com

Leslie Carol Heilman on behalf of Creditor Seagis East Rutherford LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Pamela Elchert Thurmond on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Rebecca K. McDowell on behalf of Creditor Eastern Lift Truck Co Inc. rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert Malone on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@connellfoley.com nmitchell@gibbonslaw.com

Robert M. Kline on behalf of Creditor Auxilior Capital Partners Inc. rmk@replevin.com, ecf@writofseizure.com

Scott D. Sherman on behalf of Creditor Coastal Industrial Equipment LLC ssherman@minionsherman.com

Seth Ptasiewicz on behalf of Creditor Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan sptasiewicz@krollfirm.com

Stephen B. Ravin on behalf of Debtor P. Judge & Sons Trucking LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin on behalf of Debtor P. Judge & Sons Inc. sravin@saul.com, jgillman@saul.com

Stephen B. Ravin on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. sravin@saul.com jgillman@saul.com

Stephen B. Ravin on behalf of Debtor Judge Warehousing LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin on behalf of Debtor The Judge Organization LLC sravin@saul.com, jgillman@saul.com

Stephen B. Ravin on behalf of Debtor Amex Shipping Agent Inc. sravin@saul.com, jgillman@saul.com

Thomas B. O'Connell on behalf of Creditor Eastern Lift Truck Co Inc. toconnell@slgcollect.com anovoa@slgcollect.com

Thomas Michael Walsh on behalf of Interested Party Chiesa Shahinian & Giantomasi PC TWALSH@CSGLAW.COM

Turner Falk on behalf of Debtor The Judge Organization LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Judge Warehousing LLC turner.falk@saul.com, tnfalk@recap.email

| | |
|---|---|
| Turner Falk | on behalf of Debtor P. Judge & Sons Trucking LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Amex Shipping Agent Inc. turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor P. Judge & Sons Inc. turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 40