| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINATION &<br>WAREHOUSE CORP., *et al*.<br><br>Debtors.[1] | |

**TENTH ATTORNEY MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD OF AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Saul Ewing LLP |
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

[*Remainder of page left intentionally blank*]

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

**RETENTION ORDER ATTACHED.**

By: */s/ Stephen B. Ravin* *September 30, 2026*
Stephen B. Ravin, Esquire

**SECTION I**
**FEE SUMMARY**

**__X_ Monthly Fee Statement No. _10_ or ___ Final Fee Application**

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | $596,659.00 | $37,743.38 |
| Total Fees Allowed to Date: | $547,064.80 | $37,743.38 |
| Total Holdback (If Applicable) | $49,594.20 | $0.00 |
| Total Received by Applicant | $475,226.40 | $34,743.27 |

| **NAME OF PROFESSIONAL & TITLE** | **YEAR ADMITTED (Or Years of Professional Service)** | **HOURS** | **RATE** | **FEE** |
|---|---|---|---|---|
| Stephen B. Ravin | 1979 | 26.3 | $930.00 | $24,459.00 |
| Jeffrey C. Hampton | 1990 | 56.6 | $930.00 | $52,638.00 |
| Turner N. Falk | 2014 | 17.2 | $545.00 | $9,374.00 |
| Mariam Khoudari | 2021 | 39.1 | $505.00 | $19,745.50 |
| Maxwell M. Hanamirian | 2024 | 26.2 | $380.00 | $9,956.00 |
| Dennis J. Brennan | 1998 | 2.4 | $900.00 | $2,160.00 |
| William W. Warren | 1976 | 2.1 | $810.00 | $1,701.00 |
| Monique B. DiSabatino | 2009 | 0.3 | $735.00 | $220.50 |
| **TOTALS** | | 170.2 | | $120,254.00 |

| | |
|---|---|
| **Fee Totals** | **$120,254.00** |
| **Minus 50% for Non-Working Travel** | **$0.00** |
| **Grand Fee Total** | **$120,254.00** |
| **80% of Fees** | **$96,203.20** |
| **Expense Totals** | **$810.20** |
| **Total Monthly Fee Statement** | **$97,013.40** |

[*Remainder of page left intentionally blank*]

**SECTION II**
**SUMMARY OF SERVICES**

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Asset Disposition | 125.5 | $96,804.00 |
| 2. | Business Operations | 4.2 | $3,796 |
| 3. | Case Administration | 5.3 | $2,786.50 |
| 4. | Creditor Inquiries | 0.9 | $837.00 |
| 5. | Executory Contracts & Unexpired Leases | 22 | $9,830.50 |
| 6. | Fee/Employment Applications (Saul Ewing) | 3.5 | $1,742.50 |
| 7. | Fee/Employment Applications (Other Professionals) | 5.1 | $2,288.00 |
| 8. | Litigation: Contested Matters and Adversary Proceedings | 0.7 | $266.00 |
| 9. | Plan and Disclosure Statement | 0.2 | $186.00 |
| 10. | Relief from Stay and Adequate Protection | 1.0 | $380.00 |
| 12. | UST Reports, Meetings and Issues | 0.1 | $38.00 |
| 13. | Claims, Analysis, Objection, Proofs of Claim | 0.9 | $555.50 |
| 14. | Financing and Cash Collateral | 0.8 | $744.00 |
| | **Total:** | **170.2** | **$120,254.00** |
| | | **Grand Total** | **$120,254.00** |
| | | **80% of Total Compensation** | **$96,203.20** |

**SECTION III**
**SUMMARY OF EXPENSES**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Printing and Reproduction Charges | $536.50 |
| Postage | $273.70 |
| **Total:** | $810.20 |

[*Remainder of page left intentionally blank*]

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| **Date case filed:** | November 14, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:**[2] | *See Order Authorizing Retention of Saul Ewing LLP as Counsel to the Debtors Effective as of November 14, 2025* [D.I. 67] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:**[3] | *See* narrative portion of the fee application. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 63 | 11/14/2025-11/30/2025 | $56,719.50 | $5.15 | $56,719.50 | $5.15 | $0.00 |
| 126 | 12/1/2025-12/31/2025 | $73,115.00 | $18,238.33 | $73,115.00 | $18,238.33 | $0.00 |
| 173 | 1/1/2026-1/31/2026 | $59,210.00 | $6,121.60 | $59,210.00 | $6,121.60 | $0.00 |
| 214 | 2/1/2026-2/28/2026 | $43,272.00 | $2,139.23 | $43,272.00 | $2,139.23 | $0.00 |
| 259 | 3/1/2026-3/31/2026 | $50,052.00 | $2,046.59 | $50,052.00 | $2,046.59 | $0.00 |
| 285 | 4/1/2026-4/30/2026 | $66,319.50 | $3,392.64 | $66,319.50 | $3,392.64 | $0.00 |
| 344 | 5/1/2026-5/30/2026 | $79,239.00 | $1,268.52 | $63,391.20 | $1,268.52 | $15,847.80 |
| 388 | 6/1/2026-6/30/2026 | $78,934.00 | $1,531.21 | $63,147.20 | $1,531.21 | $15,786.80 |
| 422 | 7/1/2026-7/31/2026 | $89,798.00 | $3,000.11 | $0.00 | $0.00 | $92,798.11 |
| **Totals:** | | $596,659.00 | $37,743.38 | $475,226.40 | $34,743.27 | $124,432.71 |

[*Remainder of page left intentionally blank*]

2 On December 9, 2025, the Court entered the *Order Authorizing Retention of Saul Ewing LLP as Counsel to the Debtors Effective as of November 14, 2025* [D.I. 67].

3 The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Saul Ewing as counsel to the Debtors.