# <u>EXHIBIT B</u>

## Declaration of Stephen B. Ravin

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINATION &<br>WAREHOUSE CORP., *et al.*<br><br>Debtors.[1] | |

**DECLARATION OF STEPHEN B. RAVIN**

1. I am a Partner in the firm of Saul Ewing LLP ("**Saul Ewing**"), which serves as proposed counsel to the debtors and debtors-in-possession (the "**Debtors**").

2. I have read the foregoing tenth monthly fee statement of Saul Ewing for allowance of compensation and reimbursement of expenses for the period from August 1, 2026 through August 31, 2026 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

3. There is no agreement or understanding between Saul Ewing and any other person for a division of compensation as Debtors' counsel and no previous compensation has been shared by Saul Ewing.

4. No division prohibited by the Bankruptcy Code will be made by Saul Ewing.

5. No agreement prohibited by Title 18, Section 155 has been made.

Dated: September 30, 2026

*<u>/s/ Stephen B. Ravin</u>*
STEPHEN B. RAVIN



58688670.1