| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINATION &<br>WAREHOUSE CORP., *et al*.<br><br>Debtors.[1] | |

**TENTH FINANCIAL ADVISOR MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD OF AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Cambridge Financial Services, LLC |
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

[*Remainder of page left intentionally blank*]

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

**RETENTION ORDER ATTACHED.**

By: */s/ Nichholas Jalowski* *September 30, 2026*
Nicholas Jalowski

**SECTION I**
**FEE SUMMARY**

**__X_ Monthly Fee Statement No. _10_ or ___ Final Fee Application**

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested | $379,780.00 | $28.80 |
| Total Fees Allowed to Date: | $295,488.00 | $0.00 |
| Total Holdback (If Applicable) | $91,568.00 | $0.00 |
| Total Received by Applicant | $262,592.00 | $28.80 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Joseph Compitello, Financial Advisor | 10 years | 90.8 | $400.00 | $36,320.00 |
| Nicholas Jalowski, Financial Advisor | 40 years | 8.0 | $500.00 | $4,000.00 |
| **TOTALS** | | 98.8 | | $40,320.00 |

| | |
|---|---|
| **Fee Totals** | **$40,320.00** |
| **Minus 50% for Non-Working Travel** | **$0.00** |
| **Grand Fee Total** | **$40,320.00** |
| **80% of Fees** | **$32,256.00** |
| **Expense Totals** | **$0.00** |
| **Total Monthly Fee Statement** | **$40,320.00** |

[*Remainder of page left intentionally blank*]

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 73.1 | $30,040.00 |
| 2. | UST Reports, Meetings and Issues | 11.6 | $4,640.00 |
| 3. | Committee Matters | 14.1 | $5,640.00 |
| | **Total:** | **98.8** | **$40,320.00** |
| | | **Grand Total** | **$40,320.00** |
| | | **80% of Total Compensation** | **$32,256.00** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| **Total:** | **$0.00** |

[*Remainder of page left intentionally blank*]



58721871.1

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| **Date case filed:** | November 14, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:**[2] | *See Order Authorizing Retention of Cambridge Financial Services, LLC Effective as of November 14, 2025* (the "Retention Order") [D.I. 68] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:**[3] | *See* narrative portion of the fee application. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 72 | 11/14/25-11/30/25 | $34,890.00 | $0.00 | $34,890.00 | $0.00 | $0.00 |
| 135 | 12/01/2025-12/31/2025 | $43,300.00 | $0.00 | $43,300.00 | $0.00 | $0.00 |
| 175 | 1/1/2026-1/31/2026 | $46,930.00 | $28.80 | $46,930.00 | $28.80 | $0.00 |
| 216 | 2/1/2026-2/28/2026 | $40,390.00 | $0.00 | $32,312.00 | $0.00 | $0.00 |
| 261 | 3/1/2026-3/31/2026 | $45,790.00 | $0.00 | $36,632.00 | $0.00 | $0.00 |
| 286 | 4/1/2026-4/30/2026 | $41,920.00 | $0.00 | $33,536.00 | $0.00 | $0.00 |
| 345 | 5/1/2026-5/31/2026 | $43,740.00 | $0.00 | $34,992.00 | $0.00 | $8,748.00 |
| 389 | 6/1/2026-6/30/2026 | $41,120.00 | $0.00 | $0.00 | $0.00 | $41,120.00 |
| 423 | 7/1/2026-7/31/2026 | $41,700.00 | $0.00 | $0.00 | $0.00 | $41,700.00 |
| **Totals:** | | $379,780.00 | $28.80 | $262,592.00 | $28.80 | $91,568.00 |

[*Remainder of page left intentionally blank*]

[2] On December 9, 2025, the Court entered the *Order Authorizing Retention of Cambridge Financial Services, LLC Effective as of November 14, 2025*.

[3] The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Cambridge as Financial Advisor to the Debtors.