# EXHIBIT C

## Detail Time Entries by Category

Cambridge
Financial Services

August 31, 2026

The Judge Organization DIP
13 Manor Road
East Rutherford, NJ 07073

Invoice # 23716

FOR CONSULTING SERVICES DURING THE PERIOD: 8/1/2026 TO 8/31/2026

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Confirm payments to Reliance - Auto Liability Insurance Journal entries 7/1/-7/31 August landlord payments Due Diligence -ECW/ Plante Moran IT vendors-contracts/leases monthly payments | 2.10<br>400.00/hr | 840.00 |
| | JC | UCC Credit Committee Monthly Cash Flow Month Variance report-July Consolidated Forecast | 1.10<br>400.00/hr | 440.00 |
| 8/4/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Vendor payments July Month Confirm Warehouse/Property Insurance Finance Plan Update Consolidated Forecast thru 8/30 Confirm Down Payment for WH/ Property Insurance ECW Due Diligence First Business purchases week ending 7/31 | 2.20<br>400.00/hr | 880.00 |
| | JC | UCC Credit Committee Revenue Cash Flow Month Variance report-July 15 | 0.90<br>400.00/hr | 360.00 |
| | JC | UST Reports Meetings- Confirm Professional Fees 6th Application processed Professional Fees 2nd Interim Payment Schedule | 0.60<br>400.00/hr | 240.00 |
| 8/5/2026 | JC | Business Operations- Cash Flow Forecast thru 3/31 Zoom Call with East Coast-Business / Plante Moran Status of Due Diligence-Outstanding Contracts Review of AP-Odyssey Invoices-Factored/Direct General Ledger detail-reconciliation Professional Fees - YTD invoicesSavannah; Invoices > 90 days Vendor Payments July Month | 3.10<br>400.00/hr | 1,240.00 |
| | JC | UST Reports Meetings- 7th Application Fees status -payment schedule | 0.40<br>400.00/hr | 160.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report month : July | 0.80<br>400.00/hr | 320.00 |
| 8/6/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Detail July Variance report- revenue/payables/ Detail payroll- O/O payments month Review/ Update Due Diligence Revise forecast; re: Insurance down payments | 3.60<br>400.00/hr | 1,440.00 |
| | JC | UCC Credit Committee- Review July Cash Flow Variance report | 0.90<br>400.00/hr | 360.00 |
| | JC | UST Reports Meetings- Confirm 2 nd Interim Payments Professional Fees Forecast-7th Application fee | 0.60<br>400.00/hr | 240.00 |
| 8/7/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Cash Flow update: Payroll; Vendor Payments First Business outstanding AR ; >90 days Revise Cash Flow forecast thru 10/30Projected ECW APA schedules | 2.20<br>400.00/hr | 880.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/7/2026 | JC | UCC Credit Committee-Complete Updated Cash Flow forecast 09/30 | 1.10<br>400.00/hr | 440.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments July MOR | 1.80<br>400.00/hr | 720.00 |
| 8/10/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Due Diligence Requests- Contracts-Leases APA schedules review/update /approve Consolidated Cash Flow July Month Actual Vendor Payments July MTD Receipts/payables/payroll week ending 8/8 | 2.40<br>400.00/hr | 960.00 |
| | JC | UCC Credit Committee- Verify cash Flow Forecast 09/30 Month end Variance report July | 1.30<br>400.00/hr | 520.00 |
| | JC | UST Reports Meetings- Professional UST fees March YTD; 6th Application | 0.60<br>400.00/hr | 240.00 |
| 8/11/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule AP schedule - IT Contracts Due Diligence ECW- Judgements Core Schedule Lease/Contract validation Pointe Maron Due Diligence List Vendor Payments; Payroll; O/O 1st Business Purchases | 3.10<br>400.00/hr | 1,240.00 |
| | JC | UCC Credit Committee- Review Cash Flow variance reports- Forecast | 0.80<br>400.00/hr | 320.00 |
| 8/12/2026 | NBJ | BUSINESS OPERATIONS: review correspondences on sale of business/ draft responses/ multiple conferences on same | 1.40<br>500.00/hr | 700.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Details on open reserves; Premium 1.6-2.2m/ year Follow up re:East Coast data requests Discuss ECW APA Status- Approval Agile Finance Company: Reliance Partners | 2.40<br>400.00/hr | 960.00 |
| | JC | UST Reports Meetings- Professional Fees- 6th Application; 2 Interim payment paid 7th Application Fees pending | 0.70<br>400.00/hr | 280.00 |
| 8/13/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule APA outstanding Contracts/ Asset List First Business Purchases/Payroll/Vendor Payments Consolidated Cash Flow w/ Insurance premium 10/30Cash Flow Up date: Vendors/Payroll/Purchases | 3.10<br>400.00/hr | 1,240.00 |
| | JC | UST Reports Meetings- Status of pending Professional Fees | 0.40<br>400.00/hr | 160.00 |
| 8/14/2026 | NBJ | BUSINESS OPERATIONS: multiple conferences w/attorneys on cash flow and ASA | 1.50<br>500.00/hr | 750.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom Call Saul Ewing : Elite/ Fredrick InvestorsZoom Call Cash Flow Forecast 10/30 Zoom Call ECW Treasury- Transition process- financial reimbursement vendor payments/Payroll/ O/O / Purchases MTD Review open due diligence items APA Schedules Updated-FinalizedFirst Business June Financials | 3.90<br>400.00/hr | 1,560.00 |
| | JC | UCC Credit Committee- Review Cash Flow Projections 9/30 | 0.40<br>400.00/hr | 160.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/14/2026 | JC | UST Reports Meetings- Trustee Fee payment schedule-UCC Account | 0.60<br>400.00/hr | 240.00 |
| 8/17/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Vendor payments July Month Update Consolidated Forecast thru 9/30 First Business purchases week ending 8/14 ECW Due Diligence | 2.10<br>400.00/hr | 840.00 |
| | JC | UCC Credit Committee- Revenue Cash Flow Month Variance report-8/15 | 0.60<br>400.00/hr | 240.00 |
| | JC | UST Reports Meetings- Confirm Professional Fees 7th Application processed Professional Fees 2nd Interim Payment Schedule | 0.80<br>400.00/hr | 320.00 |
| 8/18/2026 | JC | Business OperationsCash Flow Forecast thru 3/31 APA schedules review/update /approve Status of Due Diligence-Outstanding Contracts] Transition Agreement-terms/conditions General Ledger detail-reconciliation 8/15 Seagis default-Extension re: 9/10 Elite-Status-proposal Vendor Payments July Month Gallager-WH Liability Insurance Court approval | 3.20<br>400.00/hr | 1,280.00 |
| | JC | UST Reports Meetings- 7th Application Fees status -payment schedule | 0.40<br>400.00/hr | 160.00 |
| | JC | UCC Credit Committee- Cash Flow Receipts Variance report month : 8/15 | 1.10<br>400.00/hr | 440.00 |
| 8/19/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Detail 8/15 Variance report- revenue Detail payroll- O/O payments month to date Review/ Update Due Diligence Revise forecast; re: Insurance down payments-10/30 | 3.80<br>400.00/hr | 1,520.00 |
| | JC | UCC Credit Committee- Review /forward Cash Flow Revenue Variance report Approval 2nd Interim Payment/ 7th application Fee | 1.20<br>400.00/hr | 480.00 |
| | JC | UST Reports Meetings- Confirm 2nd Interim Payments Professional Fees Forecast-7th Application fee | 0.60<br>400.00/hr | 240.00 |
| 8/20/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Cash Flow update: Payroll; Vendor Payments First Business purchases/Reserve funds Revise Cash Flow forecast thru 10/30 Projected ECW APA Schedules | 2.30<br>400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Forward /discuss Updated Cash Flow forecast 10/30 | 1.10<br>400.00/hr | 440.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments July MOR | 1.60<br>400.00/hr | 640.00 |
| 8/21/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Due Diligence Requests- Contracts-Leases APA schedules review/update /approve Consolidated Cash Flow July Month Actual Vendor Payments August MTD Receipts/payables/payroll week ending 8/21 | 2.70<br>400.00/hr | 1,080.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2026 | JC | UCC Credit Committee- Verify cash Flow Forecast 10/30 | 1.00<br>400.00/hr | 400.00 |
| | JC | UST Reports Meetings- Professional UST fees YTD; | 0.40<br>400.00/hr | 160.00 |
| 8/24/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule AP schedule - IT Contracts Due Diligence ECW-Judgements Core Schedule Lease/Contract validation Pointe Maron Due Diligence List Vendor Payments; Payroll; O/O 1st Business Purchases Wells Fargo Demand letter | 3.50<br>400.00/hr | 1,400.00 |
| | JC | UCC Credit Committee- Review Cash Fow variance reports- Forecast | 1.10<br>400.00/hr | 440.00 |
| 8/25/2026 | NBJ | BUSINESS OPERATIONS: prep for call on sale of biz and/or reorganization/ conference w/attorneys/accountants/clients | 1.90<br>500.00/hr | 950.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Details on open reserves; Premium 1.6-2.2m/ year Follow up re:East Coast data requests Discuss ECW APA Status- Approval Wells Fargo Demand Lease payments Lease extensions: Seagis-Prologus Elite Offer-Fredrick Financial | 3.30<br>400.00/hr | 1,320.00 |
| | JC | UST Reports Meetings- 7th Application Fees pending | 0.40<br>400.00/hr | 160.00 |
| 8/26/2026 | NBJ | BUSINESS OPERATIONS: review APA/ Review Elite offer/ conference on same/ review correspondences/ research SBA litigation firms/ draft correspondences on same/ conference w/client | 2.50<br>500.00/hr | 1,250.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule APA outstanding Contracts/ Asset List Cash Flow Update: Vendors/Payroll/Purchases Wells Fargo Demand Lease payments | 3.50<br>400.00/hr | 1,400.00 |
| | JC | UST Reports Meetings- Status of pending Professional Fees | 0.40<br>400.00/hr | 160.00 |
| 8/27/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom Call XTRA Leasing vendor payments/Payroll/ O/O / Purchases MTD Review open due diligence items APA Schedules signed -Finalized First Business 2nd qtr consolidated Financials | 3.80<br>400.00/hr | 1,520.00 |
| | JC | UCC Credit Committee- Review Cash Flow Projections 10/30 | 0.70<br>400.00/hr | 280.00 |
| | JC | UST Reports Meetings- Trustee Fee payment schedule- UCC Account | 0.40<br>400.00/hr | 160.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512 -9200 * Fax (732) 512 - 9300 * www.cambridgefinancialcorp.com

The Judge Organization DIP



| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/28/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom Call Saul Ewing : update Status vendor payments/Payroll/ O/O / Purchases 8/28 Review open due diligence items | 4.00<br>400.00/hr | 1,600.00 |
| | JC | UST Reports Meetings- Trustee Fee payment schedule-Confirm UCC Account | 0.30<br>400.00/hr | 120.00 |
| 8/31/2026 | NBJ | BUSINESS OPERATIONS: correspondence review/ draft responses | 0.70<br>500.00/hr | 350.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom Call ECW management team-Process moving forward vendor payments/Payroll/ O/O / Purchases 8/31 Review open due diligence items APA Schedules -data requests | 4.80<br>400.00/hr | 1,920.00 |
| | JC | UST Reports Meetings-Trustee Fee - Open invoices YTD | 0.60<br>400.00/hr | 240.00 |
| | | For professional services rendered | 98.80 | $40,320.00 |

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Case Administration - **NBJ** | 0 | $0 |
| | Case Administration - **JC** | 0 | $0 |
| 2. | Financing and Cash Flow - **NBJ** | 0 | $0 |
| | Financing and Cash Flow – **JC** | 0 | $0 |
| 3. | Business Operations - **NBJ** | 8 | $4,000.00 |
| | Business Operations - **JC** | 65.10 | $26,040.00 |
| 4. | Fee Application - **NBJ** | 0 | $0 |
| | Fee Application – **JC** | 0 | $0 |
| 5. | Creditors Inquires - **NBJ** | 0 | $0 |
| | Creditors Inquires – **JC** | 0 | $0 |
| 6. | UST Reports Meetings – **NBJ** | 0 | $0 |
| | UST Reports Meetings - **JC** | 11.60 | $4,640.00 |
| 7. | Litigation - **NBJ** | 0 | $0 |
| | Litigation - **JC** | 0 | $0 |
| 8. | Statements & Schedules - **NBJ** | 0 | $0 |
| | Statements & Schedules - **JC** | 0 | $0 |
| 9. | Credit Committee Administration - **NBJ** | 0 | $0 |
| | Credit Committee Administration - **JC** | 14.10 | $5,640.00 |
| 10. | Mileage - **NBJ** | 0 | $0 |
| | Mileage - **JC** | 0 | $0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **Total:** | | |
| | | **Grand Total** | **$40,320.00** |
| | | **80% of Total Compensation** | **$32,256.00** |
| | | | |



Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512 -9200 * Fax (732) 512 - 9300 * www.cambridgefinancialcorp.com