| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINATION & WAREHOUSE CORP., *et al.*<br><br>Debtors.[1] | |

**TENTH ATTORNEY MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD OF AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Murphy Schiller & Wilkes LLP |
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

[*Remainder of page left intentionally blank*]

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

**RETENTION ORDER ATTACHED.**

By: */s/ Charles J. Wilkes* *September 30, 2026*
Charles J. Wilkes, Esquire

**SECTION I**
**FEE SUMMARY**

**__X_ Monthly Fee Statement No. _10_ or ___ Final Fee Application**

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | $55,287.50 | $2,835.00 |
| Total Fees Allowed to Date: | $51,991.00 | $2,835.00 |
| Total Holdback (If Applicable) | $5,908.50 | $0.00 |
| Total Received by Applicant | $49,379.00 | $2,835.00 |

| **NAME OF PROFESSIONAL & TITLE** | **YEAR ADMITTED (Or Years of Professional Service)** | **HOURS** | **RATE** | **FEE** |
|---|---|---|---|---|
| Charles J. Wilkes | 2011 | 0.5 | $450.00 | $225.00 |
| Sean Callahan | 2005 | 1.3 | $450.00 | $585.00 |
| Holly Burke | 2025 | 1.0 | $300.00 | $300.00 |
| **TOTAL** | | 2.8 | | $1,110.00 |

| | |
|---|---|
| **Fee Totals** | **$1,110.00** |
| **Minus 50% for Non-Working Travel** | **$0.00** |
| **Grand Fee Total** | **$1,110.00** |
| **80% of Fees** | **$888.00** |
| **Expense Totals** | **$0.00** |
| **Total Monthly Fee Statement** | **$1,110.00** |

[*Remainder of page left intentionally blank*]

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Real Estate | 2.8 | $1,110.00 |
| | **Total:** | **2.8** | **$1,110.00** |
| | | **80% of Total Compensation** | **$888.00** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| N/A | $0.00 |
| **Total:** | $0.00 |

[*Remainder of page left intentionally blank*]



58728242.1

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| **Date case filed:** | November 14, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:** | *See Order Authorizing Retention of Murphy Schiller & Wilkes LLP Effective as of November 14, 2025* [D.I. 82] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:**[2] | *See* narrative portion of the fee statement. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 90 | 11/14/2025-11/30/2025 | $4,050.00 | $0.00 | $4,050.00 | $0.00 | $0.00 |
| 141 | 12/1/2025-12/31/2025 | $7,010.00 | $0.00 | $7,010.00 | $0.00 | $0.00 |
| 177 | 1/1/2026-1/31/2026 | $6,820.00 | $0.00 | $6,820.00 | $0.00 | $0.00 |
| 217 | 2/1/2026-2/28/2026 | $8,970.00 | $2,800.00 | $8,970.00 | $2,800.00 | $0.00 |
| 263 | 3/1/2026-3/31/2026 | $7,335.00 | $0.00 | $7,335.00 | $0.00 | $0.00 |
| 288 | 4/1/2026-4/30/2026 | $4,620.00 | $35.00 | $4,620.00 | $35.00 | $0.00 |
| 348 | 5/1/2026-5/31/2026 | $5,887.50 | $0.00 | $4,710.00 | $0.00 | $1,177.50 |
| 397 | 6/1/2026-6/30/2026 | $7,330.00 | $0.00 | $5,864.00 | $0.00 | $1,466.00 |
| 437 | 7/1/2026-7/31/2026 | $3,265.00 | $0.00 | $0.00 | $0.00 | $3,265.00 |
| **Totals:** | | $55,287.50 | $2,835.00 | $49,379.00 | $2,835.00 | $5,908.50 |

[*Remainder of page left intentionally blank*]

[2] The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Murphy as special counsel to the Debtors.