# EXHIBIT C

## Detail Time Entries by Category

**Murphy Schiller & Wilkes LLP**
One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

# INVOICE

**Date:**08/31/2026
**Invoice #:** 21424
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 09/11/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/2026 | CJW | Review correspondence re: settlement installment payments. | 0.50 | $450.00 | $225.00 |
| 08/05/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with tenant's counsel regarding wire transfer payment in accordance with Release. | 0.50 | $450.00 | $225.00 |
| 08/10/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy<br>Communicate with counsel for tenant re wire transfer and remaining payments. | 0.50 | $450.00 | $225.00 |
| 08/13/2026 | SCC | A106-Communicate (with client) L120-Analysis/Strategy<br>Communicate with client regarding wire transfer. | 0.30 | $450.00 | $135.00 |
| | | **For professional services rendered** | **1.80** | | **$810.00** |

| | |
|---|---|
| **Invoice Amount** | **$810.00** |
| **Remaining Balance** | **$810.00** |
| **Retainer Balance (as of 09/11/2026)** | **$0.00** |

| **Name** | **Time Spent** | **Rate** | **Amount** |
|---|---|---|---|
| Charles Wilkes | 0.50 | $450.00 | $225.00 |
| Sean Callahan | 1.30 | $450.00 | $585.00 |

**Murphy Schiller & Wilkes LLP**
One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984

# INVOICE

**Date:**08/31/2026
**Invoice #:** 21427
**Matter:** Liquor License Transfer
**File #:** 6359

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 09/14/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/2026 | HJB | P200<br>Participate in Zoom conference with S. Gavin and J. Hampton regarding liquor license transfer issues. | 0.50 | $300.00 | $150.00 |
| 08/19/2026 | HJB | B185<br>Telephone conference with S. Ravin and J. Hampton regarding transition of warehousing and distribution services for Constellation Brands. | 0.50 | $300.00 | $150.00 |
| | | **For professional services rendered** | **1.00** | | **$300.00** |

**Invoice Amount** **$300.00**

**Remaining Balance** **$300.00**

**Balance Due** **$300.00**

**Retainer Balance (as of 09/14/2026)** **$0.00**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Holly Burke | 1.00 | $300.00 | $300.00 |