| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINATION & WAREHOUSE CORP., *et al.*<br><br>Debtors.[1] | |

**TENTH MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD OF AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Forvis Mazars, LLP |
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

[*Remainder of page left intentionally blank*]

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

**RETENTION ORDER ATTACHED.**

By:*/s/ Sofia Cordero*
*September 30, 2026*

Sofia Cordero

**SECTION I**
**FEE SUMMARY**

**__X_ Monthly Fee Statement No. _10_ or ___ Final Fee Application**

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested | $729,567.70 | $4,080.20 |
| Total Fees Allowed to Date: | $598,046.06 | $3,580.20 |
| Total Holdback (If Applicable) | $131,521.64 | $500.00 |
| Total Received by Applicant | $529,712.74 | $3,080.20 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jason Burke, Senior Associate | 5 | 1.25 | $399.00 | $498.75 |
| Hilary Celis, Senior Associate | 4 | 15.25 | $399.00 | $6,084.75 |
| Stephanie Clymore, Senior Associate | 5 | 0.25 | $399.00 | $99.75 |
| Sofia Cordero, Partner | 13 | 23.50 | $950.25 | $22,330.88 |
| Kevin Hamernik, Partner | 33 | 5.50 | $824.25 | $4,533.38 |
| Antonio Mejia, Senior Associate | 3 | 35.75 | $157.50 | $5,630.63 |
| Spencer Ryan, Associate | 2 | 10.52 | $147.00 | $1,546.44 |
| Paru Shah, Senior Manager | 19 | 5.00 | $572.25 | $2,861.25 |
| William Sheridan, Senior Manager | 9 | 9.50 | $572.25 | $5,436.38 |
| Edward Unkles, Manager | 10 | 37.75 | $525.00 | $19,818.75 |
| **TOTALS** | | **144.27** | | **$68,840.94** |

| | |
|---|---|
| **Fee Totals** | **$68,840.94** |
| **Minus 50% for Non-Working Travel** | **$0.00** |
| **Grand Fee Total** | **$68,840.94** |
| **80% of Fees** | **$55,072.75** |
| **Expense Totals** | **$500.00** |
| **Total Monthly Fee Statement** | **$69,340.94** |

**SECTION II**
**SUMMARY OF SERVICES**

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 80.75 | $31,170.56 |
| 2. | Fee/Employment Applications (Other Professionals) | 9.50 | $5,235.56 |
| 3. | UST Reports, Meetings and Issues | 29.77 | $13,461.32 |
| 4. | Asset Disposition | 24.25 | $18,973.50 |
| | **Total:** | **144.27** | **$68,840.94** |
| | | **Grand Total** | **$68,840.94** |
| | | **80% of Total Compensation** | **$55,072.75** |

**SECTION III**
**SUMMARY OF EXPENSES**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Data room Access | $500.00 |
| **Total:** | $500.00 |

[*Remainder of page left intentionally blank*]

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| **Date case filed:** | November 14, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:** | *See Order Authorizing Retention of Forvis Mazars, LLP Effective as of November 14, 2025* [D.I. 69] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:**[2] | *See* narrative portion of the fee application. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 71 | 11/14/25-11/30/25 | $25,394.62 | $0.00 | $25,394.62 | $0.00 | $0.00 |
| 150 | 12/1/25-12/30/25 | $108,764.27 | $0.00 | $108,764.27 | $0.00 | $0.00 |
| 176 | 1/1/2026-1/31/2026 | $84,791.44 | $0.00 | $84,791.44 | $0.00 | $0.00 |
| 221 | 2/1/2026-2/28/2026 | $87,566.33 | $1,500.00 | $87,566.33 | $1,500.00 | $0.00 |
| 260 | 3/1/2026-3/31/2026 | $82,498.50 | $580.20 | $82498.50 | $580.20 | $0.00 |
| 287 | 4/1/2026-4/30/2026 | $83,052.11 | $500.00 | $83,052.11 | $500.00 | $0.00 |
| 346 | 5/1/2026-5/31/2026 | $72,057.04 | $500.00 | $57,645.47 | $500.00 | $14,411.57 |
| 390 | 6/1/2026-6/30/2026 | $85,416.45 | $500.00 | $0.00 | $0.00 | $85,916.45 |
| 424 | 7/1/26-7/31/26 | $100,026.94 | $500.00 | $0.00 | $0.00 | $100,526.94 |
| **Totals:** | | $729,567.70 | $4,080.20 | $529,712.74 | $3,080.20 | $200,854.96 |

[*Remainder of page left intentionally blank*]

[2] The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Mazars as accountant to the Debtors.