# EXHIBIT C

## Detail Time Entries by Category

forvis mazars

Judge Organization, LLC et. al.
13 Manor Road
East Rutherford NJ 07073
Attn: Richard Brogan

| | |
|---|---|
| Date: | 9/22/2026 |
| Page: | 1 |
| Client No: | 2621202 |
| Invoice No: | 3034667 |

---

| | |
|---|---|
| For professional services rendered August 1st - August 31st | 4,507.86 |
| • Amex Shipping Agent | |
| For professional services rendered August 1st - August 31st | 1,208.81 |
| • Judge Organization, LLC | |
| For professional services rendered August 1st - August 31st | 8,759.63 |
| • Judge Warehousing, LLC | |
| For professional services rendered August 1st - August 31st | 27,674.80 |
| • P. Judge & Sons, Inc. | |
| For professional services rendered August 1st - August 31st | 7,960.31 |
| • P. Judge and Sons Trucking, LLC | |
| For professional services rendered August 1st - August 31st | 18,729.53 |
| • Port Elizabeth Terminal & Warehouse Corp | |
| >> Fees related to dataroom access August 2026 | 500.00 |
| Invoice Total | $ 69,340.94 |

Invoices are due upon receipt and assessed a finance charge after 32 days past due unless detailed in engagement letter.
Payment options are included below. Please reference the client and invoice number with your payment.

**Through Client Payment Portal at:**
https://www.e-billexpress.com/ebpp/ForvisMazars/Login/Index

**Forvis Mazars LLP**
**By ACH or WIRE to either account:**
Bank: Wells Fargo ABA: 121000248
Account: 2000019793733
**OR**
Bank: Wells Fargo ABA: 121000248
Account: 4556643740

**By mail to either of the following addresses:**
Forvis Mazars LLP
PO Box 602828
Charlotte, NC 28260-2828
**OR**
Forvis Mazars LLP
PO Box 200870
Dallas, TX 75320-0870

**Aug-26**
**Summary of Fees - By Entity and Category**

| Client Name | Category | Staff Name | Sum of Hours | Sum of Total |
|---|---|---|---|---|
| Amex Shipping Agent, Inc. | Asset Disposition | Cordero, Sofia | 0.50 | 475.13 |
| | | Hamernik, Kevin J | 0.50 | 412.13 |
| | | Unkles, Edward | 0.50 | 262.50 |
| | Asset Disposition Total | | 1.50 | 1,149.75 |
| | Business Operations | Celis Burgos, Hilary | 2.25 | 897.75 |
| | | Cordero, Sofia | 0.50 | 475.13 |
| | | Shah, Paru | 0.50 | 286.13 |
| | | Ryan, Spencer G | 2.50 | 367.50 |
| | Business Operations Total | | 5.75 | 2,026.50 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 0.50 | 262.50 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.50 | 262.50 |
| | UST Reports & Meetings | Unkles, Edward | 2.00 | 1,050.00 |
| | | Ryan, Spencer G | 0.13 | 19.11 |
| | UST Reports & Meetings Total | | 2.13 | 1,069.11 |
| ` | | | **9.88** | **4,507.86** |
| Judge Organization, LLC | Asset Disposition | Cordero, Sofia | 0.50 | 475.13 |
| | | Hamernik, Kevin J | 0.25 | 206.06 |
| | Asset Disposition Total | | 0.75 | 681.19 |
| | Business Operations | Celis Burgos, Hilary | 0.25 | 99.75 |
| | | Hamernik, Kevin J | 0.25 | 206.06 |
| | | Mejia, Antonio | 0.50 | 78.75 |
| | | Shah, Paru | 0.25 | 143.06 |
| | Business Operations Total | | 1.25 | 527.63 |
| ` | | | **2.00** | **1,208.81** |
| Judge Warehousing, LLC | Asset Disposition | Cordero, Sofia | 1.50 | 1,425.38 |
| | | Unkles, Edward | 0.50 | 262.50 |
| | Asset Disposition Total | | 2.00 | 1,687.88 |
| | Business Operations | Celis Burgos, Hilary | 2.50 | 997.50 |
| | | Cordero, Sofia | 1.50 | 1,425.38 |
| | | Hamernik, Kevin J | 1.50 | 1,236.38 |
| | Business Operations Total | | 5.50 | 3,659.25 |
| | UST Reports & Meetings | Unkles, Edward | 6.50 | 3,412.50 |
| | UST Reports & Meetings Total | | 6.50 | 3,412.50 |
| ` | | | **14.00** | **8,759.63** |
| P. Judge & Sons, Inc. | Asset Disposition | Cordero, Sofia | 6.00 | 5,701.50 |
| | | Mejia, Antonio | 2.00 | 315.00 |
| | | Unkles, Edward | 2.50 | 1,312.50 |
| | Asset Disposition Total | | 10.50 | 7,329.00 |
| | Business Operations | Celis Burgos, Hilary | 3.00 | 1,197.00 |
| | | Cordero, Sofia | 2.50 | 2,375.63 |
| | | Mejia, Antonio | 32.00 | 5,040.00 |
| | | Shah, Paru | 1.25 | 715.31 |
| | | Ryan, Spencer G | 1.00 | 147.00 |
| | | Burke, Jason | 1.25 | 498.75 |
| | | Sheridan, William M | 9.50 | 5,436.38 |
| | | Clymore, Stephanie | 0.25 | 99.75 |
| | Business Operations Total | | 50.75 | 15,509.81 |
| | Fee/Employment Applications (Other Professionals) | Celis Burgos, Hilary | 0.50 | 199.50 |
| | | Unkles, Edward | 4.00 | 2,100.00 |
| | Fee/Employment Applications (Other Professionals) Total | | 4.50 | 2,299.50 |
| | UST Reports & Meetings | Mejia, Antonio | 1.25 | 196.88 |
| | | Unkles, Edward | 4.00 | 2,100.00 |
| | | Ryan, Spencer G | 1.63 | 239.61 |
| | UST Reports & Meetings Total | | 6.88 | 2,536.49 |
| ` | | | **72.63** | **27,674.80** |
| P. Judge and Sons Trucking, LLC | Asset Disposition | Cordero, Sofia | 0.75 | 712.69 |
| | | Unkles, Edward | 0.75 | 393.75 |
| | Asset Disposition Total | | 1.50 | 1,106.44 |
| | Business Operations | Celis Burgos, Hilary | 2.50 | 997.50 |
| | | Cordero, Sofia | 2.00 | 1,900.50 |
| | | Hamernik, Kevin J | 0.50 | 412.13 |
| | | Unkles, Edward | 0.75 | 393.75 |
| | Business Operations Total | | 5.75 | 3,703.88 |
| | UST Reports & Meetings | Unkles, Edward | 6.00 | 3,150.00 |
| | UST Reports & Meetings Total | | 6.00 | 3,150.00 |
| ` | | | **13.25** | **7,960.31** |
| Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Cordero, Sofia | 5.75 | 5,463.94 |
| | | Hamernik, Kevin J | 1.25 | 1,030.31 |
| | | Unkles, Edward | 1.00 | 525.00 |
| | Asset Disposition Total | | 8.00 | 7,019.25 |
| | Business Operations | Celis Burgos, Hilary | 3.75 | 1,496.25 |
| | | Cordero, Sofia | 2.00 | 1,900.50 |
| | | Shah, Paru | 3.00 | 1,716.75 |
| | | Unkles, Edward | 0.50 | 262.50 |
| | | Ryan, Spencer G | 2.50 | 367.50 |
| | Business Operations Total | | 11.75 | 5,743.50 |
| | Fee/Employment Applications (Other Professionals) | Celis Burgos, Hilary | 0.50 | 199.50 |
| | | Hamernik, Kevin J | 1.25 | 1,030.31 |
| | | Unkles, Edward | 2.75 | 1,443.75 |
| | Fee/Employment Applications (Other Professionals) Total | | 4.50 | 2,673.56 |
| | UST Reports & Meetings | Unkles, Edward | 5.50 | 2,887.50 |
| | | Ryan, Spencer G | 2.76 | 405.72 |
| | UST Reports & Meetings Total | | 8.26 | 3,293.22 |
| ` | | | **32.51** | **18,729.53** |
| **Grand Total** | | | **144.27** | **68,840.94** |

>>Fees related to dataroom access August 2026 500.00

**69,340.94**

**Aug-26**
**Summary of Fees - By Category**

| Row Labels | Sum of Hours | Sum of Total |
|---|---|---|
| **Asset Disposition** | **24.25** | **18,973.50** |
| Cordero, Sofia | 15.00 | 14,253.75 |
| Hamernik, Kevin J | 2.00 | 1,648.50 |
| Mejia, Antonio | 2.00 | 315.00 |
| Unkles, Edward | 5.25 | 2,756.25 |
| **Business Operations** | **80.75** | **31,170.56** |
| Burke, Jason | 1.25 | 498.75 |
| Celis Burgos, Hilary | 14.25 | 5,685.75 |
| Clymore, Stephanie | 0.25 | 99.75 |
| Cordero, Sofia | 8.50 | 8,077.13 |
| Hamernik, Kevin J | 2.25 | 1,854.56 |
| Mejia, Antonio | 32.50 | 5,118.75 |
| Ryan, Spencer G | 6.00 | 882.00 |
| Shah, Paru | 5.00 | 2,861.25 |
| Sheridan, William M | 9.50 | 5,436.38 |
| Unkles, Edward | 1.25 | 656.25 |
| **Fee/Employment Applications (Other Professionals)** | **9.50** | **5,235.56** |
| Celis Burgos, Hilary | 1.00 | 399.00 |
| Hamernik, Kevin J | 1.25 | 1,030.31 |
| Unkles, Edward | 7.25 | 3,806.25 |
| **UST Reports & Meetings** | **29.77** | **13,461.32** |
| Mejia, Antonio | 1.25 | 196.88 |
| Ryan, Spencer G | 4.52 | 664.44 |
| Unkles, Edward | 24.00 | 12,600.00 |
| **Grand Total** | **144.27** | **68,840.94** |

| | | |
|---|---|---|
| >>Fees related to dataroom access August 2026 | | 500.00 |
| | | **69,340.94** |

| Staff Name | Client Name | Category | Detail | Date | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | Follow up call with East Coast and Plant Moran | 8/4/26 | 0.25 | 950.25 | 237.56 |
| Shah, Paru | Amex Shipping Agent, Inc. | Business Operations | Review FS | 8/5/26 | 0.50 | 572.25 | 286.13 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | information for data room and APA follow ups | 8/5/26 | 0.25 | 950.25 | 237.56 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Business Operations | Closing June review and wrap up | 8/6/26 | 0.50 | 950.25 | 475.13 |
| Celis Burgos, Hilary | Amex Shipping Agent, Inc. | Business Operations | Updated June FS | 8/10/26 | 0.25 | 399.00 | 99.75 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | wrap up June financials and changes with team to send to the bank | 8/10/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | follow ups from QoE team with professional fees - add backs | 8/11/26 | 0.50 | 950.25 | 475.13 |
| Celis Burgos, Hilary | Amex Shipping Agent, Inc. | Business Operations | Binder setup, call with Spencer to go over TB import, and operating reports | 8/25/26 | 2.00 | 399.00 | 798.00 |
| Ryan, Spencer G | Amex Shipping Agent, Inc. | Business Operations | Cash and AP july 2026 | 8/26/26 | 2.50 | 147.00 | 367.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | call with Pat to go over loans and other matters related to APA | 8/26/26 | 0.50 | 950.25 | 475.13 |
| Ryan, Spencer G | Amex Shipping Agent, Inc. | UST Reports & Meetings | Redacting AP | 8/31/26 | 0.13 | 147.00 | 19.11 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| June MOR set up | 8/4/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 8/4/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| June MOR set up | 8/5/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Asset Disposition | Judge \| Deal room management | 8/5/26 | 0.75 | 525.00 | 393.75 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Asset Disposition | Judge \| Deal room management | 8/6/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| MORs for June | 8/7/26 | 2.50 | 525.00 | 1312.50 |
| Unkles, Edward | Judge Warehousing, LLC | Asset Disposition | Judge \| Deal room management | 8/7/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Business Operations | Judge \| Call w Counsel | 8/7/26 | 0.25 | 525.00 | 131.25 |
| Hamernik, Kevin J | Judge Organization, LLC | Business Operations | Friday standing call | 8/7/26 | 0.25 | 824.25 | 206.06 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room namagement | 8/11/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| June MORs | 8/12/26 | 3.00 | 525.00 | 1575.00 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room namagement | 8/12/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other | Judge \| July monthly fee application supporting files, provide to KH and SC | 8/12/26 | 1.25 | 525.00 | 656.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| June MORs | 8/13/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| June MOR prep | 8/13/26 | 1.00 | 525.00 | 525.00 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other | R/r invoice details for July prepared by Ed. | 8/13/26 | 0.50 | 824.25 | 412.13 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other | Judge \| Final July monthly fee application supporting files, email to mariam | 8/13/26 | 0.75 | 525.00 | 393.75 |
| Unkles, Edward | Amex Shipping Agent, Inc. | Fee/Employment Applications (Other | Judge \| Prepare 9th monthly fee app | 8/13/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other | Judge \| Prepare 9th monthly fee app | 8/13/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other | Judge \| Prepare 9th monthly fee app | 8/13/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| June MORs | 8/14/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| June MORs | 8/14/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Deal room namagement | 8/14/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| MORs | 8/18/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| MORs | 8/18/26 | 1.00 | 525.00 | 525.00 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other | Review of Ed's draft of fee app | 8/18/26 | 0.75 | 824.25 | 618.19 |
| Unkles, Edward | P. Judge & Sons, Inc. | Fee/Employment Applications (Other | Judge \| Final fee app, invoice and supporting files, corrs w SC | 8/18/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| MORs | 8/19/26 | 2.00 | 525.00 | 1050.00 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Business Operations | Additional review and response to replies; inquiry about May payment to Sofia | 8/19/26 | 0.50 | 824.25 | 412.13 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other | Judge \| Finalize and provide Mariam with the 9th monthly fee app | 8/19/26 | 1.75 | 525.00 | 918.75 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| MORs | 8/21/26 | 2.50 | 525.00 | 1312.50 |
| Hamernik, Kevin J | Judge Organization, LLC | Asset Disposition | Email to Mariam and from Stephen re status of APA. | 8/21/26 | 0.25 | 824.25 | 206.06 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | MOR reports | 8/24/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Business Operations | Judge \| Call w Counsel | 8/25/26 | 0.50 | 525.00 | 262.50 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Business Operations | Review and analysis of last cash flow from Joe. Review of latest waterfall analysis. Sent comments re both to Sofia. Confer with Ed and Sofia re Judge | 8/25/26 | 1.50 | 824.25 | 1236.38 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| June MOR | 8/26/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | MOR reports | 8/27/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| June MOR | 8/27/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | P. Judge & Sons, Inc. | Asset Disposition | Judge \| Deal room management | 8/27/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Judge \| Review of motions for bidding procedures and orders | 8/27/26 | 0.50 | 525.00 | 262.50 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | Asset Disposition | Emails with Stephen Ravin and initial read of Motion on bid procedures. | 8/27/26 | 0.50 | 824.25 | 412.13 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge \| June MOR | 8/28/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Judge \| Call w Counsel | 8/28/26 | 0.50 | 525.00 | 262.50 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Standing call with lawyers and client. Finalized R/R motion on bid procedures and executed APA. | 8/28/26 | 1.25 | 824.25 | 1030.31 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| June MORs | 8/31/26 | 1.50 | 525.00 | 787.50 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | Follow up call with East Coast and Plant Moran - Judge Trucking | 8/4/26 | 0.25 | 950.25 | 237.56 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | Follow up call with East Coast and Plant Moran - Judge Warehousing | 8/4/26 | 0.25 | 950.25 | 237.56 |
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | information for data room and APA follow ups - Judge Warehousing | 8/5/26 | 0.25 | 950.25 | 237.56 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Review leases and FS. Open items. Emails. | 8/5/26 | 1.25 | 572.25 | 715.31 |
| Mejia, Antonio | Judge Organization, LLC | Business Operations | 26.08 I saved some information in the binder | 8/3/26 | 0.25 | 157.50 | 39.38 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I saved information in multiple binders | 8/4/26 | 0.50 | 157.50 | 78.75 |
| Cordero, Sofia | Judge Organization, LLC | Asset Disposition | Due diligence items with East Coast and counsel | 8/5/26 | 0.25 | 950.25 | 237.56 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Call with counsel and the rest of the team - call with Joe on equipment listing | 8/7/26 | 0.50 | 950.25 | 475.13 |
| Shah, Paru | P. Judge & Sons, Inc. | Business Operations | Review leases and FS. Open items. Emails. | 8/5/26 | 1.25 | 572.25 | 715.31 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Follow ups for APA disclosures and call with Joe | 8/11/26 | 0.50 | 950.25 | 475.13 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Judge Warehousing, LLC | Asset Disposition | information for disclosures for APA - Judge Warehousing | 8/12/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Asset Disposition | information for disclosures for APA - Judge Trucking | 8/12/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | Judge Warehousing, LLC | Business Operations | Closing June review and wrap up - Judge Warehousing | 8/6/26 | 1.50 | 950.25 | 1425.38 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | Closing June review and wrap up - Judge Trucking | 8/6/26 | 1.50 | 950.25 | 1425.38 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Closing June review and wrap up | 8/6/26 | 1.50 | 950.25 | 1425.38 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | items for APA and follow ups with Joe | 8/19/26 | 0.50 | 950.25 | 475.13 |
| Ryan, Spencer G | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Redacting bank statement, AP and AR july 2026 closing | 8/27/26 | 2.00 | 147.00 | 294.00 |
| Mejia, Antonio | Judge Organization, LLC | Business Operations | 26.08 I saved information in the binder | 8/6/26 | 0.25 | 157.50 | 39.38 |
| Ryan, Spencer G | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Redacting bank statement, AP and AR july 2026 closing | 8/28/26 | 0.50 | 147.00 | 73.50 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Call with counsel and team for updates on APA and case | 8/28/26 | 0.50 | 950.25 | 475.13 |
| Ryan, Spencer G | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Redacting AP | 8/31/26 | 0.13 | 147.00 | 19.11 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I saved information in the binder | 8/7/26 | 0.25 | 157.50 | 39.38 |
| Cordero, Sofia | Judge Organization, LLC | Asset Disposition | Follow up call with East Coast and Plant Moran | 8/4/26 | 0.25 | 950.25 | 237.56 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | WHS and TRK - Updated June FS | 8/10/26 | 0.50 | 399.00 | 199.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | information for data room and APA follow ups | 8/5/26 | 0.50 | 950.25 | 475.13 |
| Celis Burgos, Hilary | Judge Organization, LLC | Business Operations | Updated June FS | 8/10/26 | 0.25 | 399.00 | 99.75 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | wrap up June financials and changes with team to send to the bank | 8/10/26 | 0.50 | 950.25 | 475.13 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Asset Disposition | 26.08 I saved information in the Sale binder | 8/11/26 | 0.50 | 157.50 | 78.75 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Call with counsel and the rest of the team - call with Joe on equipment listing | 8/7/26 | 0.50 | 950.25 | 475.13 |
| Mejia, Antonio | P. Judge & Sons, Inc. | UST Reports & Meetings | 26.08 I worked on the AP aging and AR redacted | 8/7/26 | 1.25 | 157.50 | 196.88 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Asset Disposition | 26.08 I saved informaiton in the SALE binder | 8/11/26 | 0.50 | 157.50 | 78.75 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Asset Disposition | 26.08 I saved information in the SALE binder | 8/12/26 | 0.75 | 157.50 | 118.13 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I saved information in the June binder | 8/12/26 | 0.25 | 157.50 | 39.38 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Call with Treasury and EC and questions on escrow accounts | 8/14/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Call with Treasury and EC and questions on escrow accounts | 8/14/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | information for disclosures for APA | 8/12/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Call with Treasury and EC and questions on escrow accounts | 8/14/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | Information for May PIs with Mike Jr. | 8/18/26 | 0.50 | 950.25 | 475.13 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Asset Disposition | 26.08 I saved information in the binder SALE | 8/18/26 | 0.25 | 157.50 | 39.38 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | items for APA and follow ups with Joe | 8/18/26 | 0.50 | 950.25 | 475.13 |
| Burke, Jason | P. Judge & Sons, Inc. | Business Operations | Tax return preparation and final changes | 8/18/26 | 0.75 | 399.00 | 299.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Follow ups for QOE for East Coast - client provided additional info | 8/19/26 | 0.50 | 950.25 | 475.13 |
| Burke, Jason | P. Judge & Sons, Inc. | Business Operations | Tax return changes and final review | 8/19/26 | 0.50 | 399.00 | 199.50 |
| Ryan, Spencer G | P. Judge & Sons, Inc. | Business Operations | TB importing and prep for july closing | 8/25/26 | 0.50 | 147.00 | 73.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I started working on the July closing | 8/25/26 | 3.75 | 157.50 | 590.63 |
| Celis Burgos, Hilary | P. Judge & Sons, Inc. | Fee/Employment Applications (Other | July closing - Debt and professional fees wps | 8/26/26 | 0.50 | 399.00 | 199.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | call go over items on the APA with ownership | 8/26/26 | 0.50 | 950.25 | 475.13 |
| Ryan, Spencer G | P. Judge & Sons, Inc. | Business Operations | Cash and AP july 2026 | 8/26/26 | 0.50 | 147.00 | 73.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I worked on the July closing | 8/26/26 | 5.75 | 157.50 | 905.63 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I worked on the July closing | 8/27/26 | 7.75 | 157.50 | 1220.63 |
| Ryan, Spencer G | P. Judge & Sons, Inc. | UST Reports & Meetings | Redacting bank statement, AP and AR july 2026 closing | 8/28/26 | 1.50 | 147.00 | 220.50 |
| Celis Burgos, Hilary | P. Judge & Sons, Inc. | Business Operations | July closing review | 8/28/26 | 3.00 | 399.00 | 1197.00 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | Call with counsel and team for updates on APA and case | 8/28/26 | 0.50 | 950.25 | 475.13 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I worked on the July closing | 8/28/26 | 5.25 | 157.50 | 826.88 |
| Ryan, Spencer G | P. Judge & Sons, Inc. | UST Reports & Meetings | Redacting AP | 8/31/26 | 0.13 | 147.00 | 19.11 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I sent information to Sofia | 8/31/26 | 0.25 | 157.50 | 39.38 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I started clearing notes from Billy | 8/10/26 | 2.00 | 157.50 | 315.00 |
| Sheridan, William M | P. Judge & Sons, Inc. | Business Operations | tax return | 8/10/26 | 5.50 | 572.25 | 3147.38 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I cleared the notes from the return | 8/11/26 | 1.75 | 157.50 | 275.63 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I worked on the TR | 8/12/26 | 1.50 | 157.50 | 236.25 |
| Sheridan, William M | P. Judge & Sons, Inc. | Business Operations | tax return | 8/12/26 | 2.00 | 572.25 | 1144.50 |
| Sheridan, William M | P. Judge & Sons, Inc. | Business Operations | helping staff clear comments | 8/13/26 | 0.50 | 572.25 | 286.13 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I tried to fix the Schedule K-1 issue | 8/18/26 | 1.00 | 157.50 | 157.50 |
| Shah, Paru | Judge Organization, LLC | Business Operations | July closing, emails chat. Look at insurance GL | 8/27/26 | 0.25 | 572.25 | 143.06 |
| Clymore, Stephanie | P. Judge & Sons, Inc. | Business Operations | call with Antonio to discuss issue with CCH | 8/19/26 | 0.25 | 399.00 | 99.75 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.08 I fixed the TR | 8/19/26 | 2.00 | 157.50 | 315.00 |
| Celis Burgos, Hilary | Judge Warehousing, LLC | Business Operations | WHS - 2.5h July closing review | 8/28/26 | 2.50 | 399.00 | 997.50 |
| Sheridan, William M | P. Judge & Sons, Inc. | Business Operations | tax return | 8/24/26 | 1.50 | 572.25 | 858.38 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Follow up call with East Coast and Plant Moran | 8/4/26 | 0.25 | 950.25 | 237.56 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Review leases and FS. Open items. Emails. | 8/5/26 | 1.50 | 572.25 | 858.38 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | information for data room and APA follow ups | 8/5/26 | 0.50 | 950.25 | 475.13 |
| Shah, Paru | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Seagis lease review. | 8/6/26 | 0.25 | 572.25 | 143.06 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Closing June review and wrap up | 8/6/26 | 1.50 | 950.25 | 1425.38 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Call with counsel and the rest of the team - call with Joe on equipment listing | 8/7/26 | 0.50 | 950.25 | 475.13 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Updated June FS | 8/10/26 | 0.25 | 399.00 | 99.75 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | wrap up June financials and changes with team to send to the bank | 8/10/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | information for disclosures for APA | 8/12/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Call with Treasury and EC and questions on escrow accounts | 8/14/26 | 0.50 | 950.25 | 475.13 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | items for APA and follow ups with Joe | 8/18/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Follow ups for QOE for East Coast - client provided additional info | 8/19/26 | 0.50 | 950.25 | 475.13 |
| Ryan, Spencer G | Port Elizabeth Terminal & Warehouse Corp | Business Operations | TB importing and prep for July closing | 8/25/26 | 2.50 | 147.00 | 367.50 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other | July closing - Debt and professional fees wps | 8/26/26 | 0.50 | 399.00 | 199.50 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | call go over items on the APA with ownership | 8/26/26 | 0.50 | 950.25 | 475.13 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | July closing review | 8/27/26 | 3.00 | 399.00 | 1197.00 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | files needed for east coast | 8/28/26 | 0.50 | 950.25 | 475.13 |
| Ryan, Spencer G | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Redacting AP | 8/31/26 | 0.13 | 147.00 | 19.11 |
| Celis Burgos, Hilary | P. Judge and Sons Trucking, LLC | Business Operations | TRK - 2.5h July closing review | 8/28/26 | 2.50 | 399.00 | 997.50 |
| | | | | | | Total | **68,840.94** |
| | | | | | | Data Room | **500.00** |
| | | | | | | Grand Total | **69,340.94** |