UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph Lubertazzi, Jr.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jlubertazzi@mccarter.com

Counsel for Wells Fargo Vendor Financial Services, LLC and HYG Financial Services, Inc.

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., et al.,

Case No.: 25-22123

Chapter: 11

Hearing Date: October 6, 2026

Judge: Vincent F. Papalia

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Motion of Wells Fargo Vendor Financial Services, LLC and HYG Financial Services, Inc. to Compel Payment of Administrative Claim [Docket No. 401]

Date: October 2, 2026

*/s/ Joseph Lubertazzi, Jr.*
Signature