**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***

**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Jeffrey C. Hampton, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
jeffrey.hampton@saul.com
turner.falk@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (VFP)

(Jointly Administered)

**NOTICE OF SUCCESSFUL BIDDER AND CANCELLATION OF AUCTION**

**PLEASE TAKE NOTICE THAT** on August 26, 2026, the Debtors filed a motion [D.I. 417] (the "Bidding Procedures Motion") seeking entry of an order (the "Bidding Procedures Order"), (i) authorizing and approving bidding procedures (the "Bidding Procedures")[2] in connection with one or more Sales or dispositions of the Assets of the Debtors, (ii) approving the Bid Protections with respect to the Stalking Horse Bid and authorizing the Debtors to incur and pay the Bid Protections to the extent applicable, (iii) establishing certain dates and deadlines for the sale process, including scheduling an Auction of the Assets, if applicable, in accordance with the Bidding Procedures, and the Sale Hearing, (iv) approving the form and manner of notice of the Auction, if any, the Sale and the Sale Hearing, (v) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale and approving the form and manner of notice thereof, and (vi) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on September 4, 2026, the Court entered the Bidding Procedures Order [D.I. 433].

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

[2] Capitalized terms not defined in this notice are used as defined in the Bidding Procedures Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order and the Bidding Procedures, in the event that more than one Qualified Bid was received on or before the Bid Deadline, the Debtors would conduct an Auction commencing on **October 13, 2026 at 10:00 a.m. (ET)** to determine the highest or otherwise best bid for the Assets (the "**Successful Bid**").

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline has passed, and, aside from the Stalking Horse Bid, **no other bids, including any Qualified Bids, were received prior to the Bid Deadline**. As such, no Auction will be held, and the Stalking Horse Bidder has been named the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors will seek approval of the Sale to the Stalking Horse Bidder at the Sale Hearing to be held on **October 20, 2026 at 10:00 a.m. (ET)** at the United States Bankruptcy Court for the District of New Jersey, Courtroom 3D, 50 Walnut Street, 3rd Floor, Newark, N.J. 07102 (which hearing may be a virtual hearing).

Dated: October 7, 2026

**SAUL EWING LLP**

By: */s/ Turner N. Falk*

Stephen B. Ravin, Esquire
Jeffrey C. Hampton, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
jeffrey.hampton@saul.com
turner.falk@saul.com

*Counsel for the Debtors and Debtors in Possession*