| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**WILENTZ, GOLDMAN & SPITZER P.A.**<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, New Jersey 07095<br>(732) 636-8000<br>DAVID H. STEIN, ESQ.<br>*Attorneys for Landlord, F. Greek Bristol Properties, L.P.* | |
| In Re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors. | Case No.: 25-22123 (JKS)<br><br>Chapter 11<br>Jointly Administered<br><br>Judge: TBA |

**LIMITED OBJECTION OF F. GREEK BRISTOL PROPERTIES, L.P. TO NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

F. Greek Bristol Properties, L.P. ("**Bristol**"), a Landlord-creditor and contract counterparty in the above captioned Chapter 11 cases, submits this limited objection (the "**Limited Objection**") in response to the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* (the "**Notice**") (Dkt. No. 441) filed by the above-referenced Debtors, and in support thereof Bristol states as follows:

1. On November 14, 2025 (the "**Petition Date**"), the above-captioned Debtors filed voluntary petitions for relief under Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**").

2. Bristol is a party to a certain Lease Agreement[1] dated October 30, 2003 (as amended by a certain First Amendment to Lease dated May 9, 2008, Second Amendment to Lease dated April 18, 2013, Third Amendment to Lease dated March 20, 2014, Fourth Amendment to Lease dated December 2, 2016, Fifth Amendment to Lease dated March 23,

[1] Lease documents are voluminous and are in possession of the Debtors; they will be produced upon appropriate request and under appropriate circumstances.

2018, Sixth Amendment to Lease dated July 17, 2019, Seventh Amendment to Lease dated June 18, 2021, and Eighth Amendment to Lease dated December 29, 2023) (collectively, the "**Lease**") between F. Greek Bristol Properties, L.P., as Landlord, and Port Elizabeth Terminal & Warehouse Corp. and The Judge Organization (together, the "**Debtors**"), as Tenant, for the leasing by Tenant of approximately 100,800 square feet of warehouse and office space designated as Suite B within the Building located at 30 Runway Road (BA-31), Levittown, Pennsylvania 18974 (the "**Leased Premises**").

3. Since the Petition Date, Bristol and the Debtors have entered into a Ninth Amendment to Lease (the "**Ninth Amendment**") dated March 31, 2026, which extends the term of the Lease through March 31, 2027 (the "**Extended Renewal Term**"), and which provides that, on or after May 1, 2026, Landlord or Tenant may terminate the Lease upon not less than ninety (90) days' prior written notice to the other party for any or no reason whatsoever. A copy of the Nonth Amendment is attached hereto as Exhibit "A".

4. The Ninth Amendment provides for Base Rent and Additional Rent during the Extended Renewal Term as follows, payable as provided for in the Lease:

| **Period (4/01/2026 to 3/31/2027)** | **Rate PSF** | **Annual Base Rent** | **Monthly Base Rent** |
|---|---|---|---|
| **Base Rent** | **$11.44** | **$1,153,152.00** | **$96,096.00** |
| Common Area Maintenance | $0.62 | $62,724.36 | $5,227.03 |
| Insurance | $0.08 | $8,481.72 | $706.81 |
| Management Fee | $0.41 | $40,916.88 | $3,409.74 |
| Real Estate Taxes | $1.08 | $108,908.64 | $9,075.72 |
| Roof Maintenance | $0.30 | $30,630.60 | $2,552.55 |
| **Additional Rent** | **$2.50** | **$251,662.20** | **$20,971.85** |
| | | | |
| **Gross Rent** | **$13.94** | **$1,404,814.20** | **$117,067.85** |

5. The Ninth Amendment further provides that the Security Deposit for the Extended Renewal Term shall be payable as follows:

| **Month** | **Security Deposit** | |
|---|---|---|
| | **Period** | **Cumulative** |
| April | $10,000.00 | $10,000.00 |
| May | $10,000.00 | $20,000.00 |
| June | $10,000.00 | $30,000.00 |
| July | $68,045.00 | $98,045.00 |
| August | $68,045.00 | $166,090.00 |
| September | $68,045.00 | $234,136.00 |
| October | $0.00 | $234,136.00 |

6. The Ninth Amendment also provided that Debtors would reimburse Bristol, as Additional Rent, reasonable counsel fees in an aggregate amount not to exceed $10,000.00 for preparation of the Ninth Amendment.

**LIMITED OBJECTION**

7. The Lease is identified on the Notice for potential assumption. The Notice provides for a cure amount of $351,203.55.

8. As of the date of this filing, the Debtors owe Bristol the sum of $330,524.78 (the "**Cure Amount**"), consisting of rent and other charges due under the Lease, together with legal fee reimbursement in the amount of $10,000.00 as stipulated and agreed to in the Ninth Amendment. A statement evidencing the Cure Amount is attached hereto as Exhibit "B".

9. Bristol continues to hold the Security Deposit provided for in the Ninth Amendment.

10. The Cure Amount, or any remainder, must be paid by the Debtors to Bristol in order for the Lease to be assumed.

11. When the debtor assumes the lease or a contract under Section 365, it must assume both the benefits and the burdens of the contract. City of Covington v. Covington Landing Limited Partnership, 71 F.3d 1221, 1226 (6th Cir. 1995).

12. Bristol files this Limited Objection in an abundance of caution in order to report on the Cure Amount and to preserve its rights under the Lease in the event that it does not receive full payment under the Lease.

## JOINDER AND RESERVATION OF RIGHTS

13. Bristol reserves the right to amend its Cure Amount for other amounts which have not yet been billed or which have not yet become due under the terms of the Lease (the "**Adjustment Amounts**") and to present other objections following review of any adequate assurance information and other documentation provided by Debtors and/or any prospective assignee of the Lease. Bristol further joins in and adopts any other objection filed by any other party in these proceedings.

## CONCLUSION

For the reasons set forth hereinabove, Bristol respectfully requests that (i) in the event that the Lease is subject to assumption and assignment, Debtors shall be ordered to pay to Bristol the Cure Amount as accrued, up to the assumption date; (ii) that the Debtors, or any assignee of the Lease, be required to pay the Adjustment Amounts and to continue to comply with all terms

and obligations of the Lease in the ordinary course of business; and (iii) for such other and further relief as the Court deems equitable, just and proper under the circumstances.

Dated: October 8, 2026

Respectfully submitted,

**WILENTZ, GOLDMAN & SPITZER, P.A.**
*Attorneys for Landlord,*
*F. Greek Bristol Properties, L.P.*

By: */s/ David H. Stein*
David H. Stein, Esq.

**CERTIFICATION OF SERVICE**

I hereby certify that in accordance with the Notice, a copy of the foregoing limited objection was filed electronically with the Clerk of the Court on October 7, 2026 and service will be made by the objection deadline on the following notice parties as indicated via e-mail:

Office of the United States Trustee
for the District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102
Attn: Fran Steele (Fran.B.Steele@usjoj.com)
David Gerardi (David.Gerardi@usdoj.com)

Saul Ewing LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1520
Newark, NJ 07102
Attn: Jeffrey Hampton (Jeffrey.hampton@saul.com)
Turner N. Falk (turner.falk@saul.com)
Stephen B. Ravin (Stephen.ravin@saul.com)
*Counsel for the Debtors*

FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102
Attn: John S. Mairo jmairo@fbtgibbons.com)
Christopher P. Anton (canton@fbtgibbons.com)
*Counsel to the Committee*

Bradley Arant Boult Cummings LLP
Promenade Tower
1230 Peachtree Street NE
Atlanta, GA 30309
Attn: Sean C. Kulka (sean.kulka@bradley.com)
*Counsel for the Stalking Horse Bidder*

Riker Danzig LLP
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Attn: Joseph L. Schwartz (jschwartz@riker.com)
John Harmon (jharmon@riker.com)
*Counsel for the Stalking Horse Bidder*