# EXHIBIT B

10/7/2026 10:26 AM

## AR Aging Detail

DB Caption: Production Property: z029011 Status: Current Entity Type: Tenant Age As Of: 10/31/2026 Post To: 10/2026

* Base Currency: usd

| Legal Entity | Property | Customer Code | Charge To | Invoice No | Trans# | Charge Code | Invoice Date | Due Date | Post Month | Total Charges | Future Charges | Current Owed | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | 91 - 120 Owed | Over 120 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bristol Industrial Park - BA30 (z029011)** | | | | | | | | | | | | | | | | | | | |
| **PETWC & The Judge Organization (t0000857)** | | | | | | | | | | | | | | | | | | | |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202400030661 | R-846753 | Prepay | 7/8/2024 | | 07/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -1.00 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500016091 | C-1876270 | LFE - Late Fee | 4/16/2025 | 4/16/2025 | 04/2025 | 5,851.92 | 0.00 | 5,851.92 | 0.00 | 0.00 | 0.00 | 0.00 | 5,851.92 | 0.00 | 5,851.92 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500020005 | C-1892605 | LFE - Late Fee | 5/16/2025 | 5/16/2025 | 05/2025 | 5,851.92 | 0.00 | 5,851.92 | 0.00 | 0.00 | 0.00 | 0.00 | 5,851.92 | 0.00 | 5,851.92 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500022782 | C-1904352 | LFE - Late Fee | 6/13/2025 | 6/13/2025 | 06/2025 | 5,851.92 | 0.00 | 5,851.92 | 0.00 | 0.00 | 0.00 | 0.00 | 5,851.92 | 0.00 | 5,851.92 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500026177 | C-1918800 | LFE - Late Fee | 7/11/2025 | 7/10/2025 | 07/2025 | 5,851.92 | 0.00 | 5,851.92 | 0.00 | 0.00 | 0.00 | 0.00 | 5,851.92 | 0.00 | 5,851.92 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500028035 | C-1927584 | Replaced damaged hanging conduit | 7/21/2025 | 7/21/2025 | 07/2025 | 5,250.87 | 0.00 | 5,250.87 | 0.00 | 0.00 | 0.00 | 0.00 | 5,250.87 | 0.00 | 5,250.87 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500029629 | C-1933780 | LFE - Late Fee | 8/13/2025 | 8/10/2025 | 08/2025 | 5,851.92 | 0.00 | 5,851.92 | 0.00 | 0.00 | 0.00 | 0.00 | 5,851.92 | 0.00 | 5,851.92 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500032882 | C-1949046 | LFE - Late Fee | 9/10/2025 | 9/10/2025 | 09/2025 | 5,851.92 | 0.00 | 5,851.92 | 0.00 | 0.00 | 0.00 | 0.00 | 5,851.92 | 0.00 | 5,851.92 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500034433 | C-1955907 | RET - Real Estate Taxes | 9/18/2025 | 10/1/2025 | 10/2025 | 8,858.38 | 0.00 | 1,646.05 | 0.00 | 0.00 | 0.00 | 0.00 | 1,646.05 | 0.00 | 1,646.05 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500034433 | C-1955908 | SAT - Satellite Dish/Roof/Ante | 9/18/2025 | 10/1/2025 | 10/2025 | 2,430.75 | 0.00 | 2,430.75 | 0.00 | 0.00 | 0.00 | 0.00 | 2,430.75 | 0.00 | 2,430.75 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500036286 | C-1962435 | Repair/Replace exit lights | 10/6/2025 | 10/6/2025 | 10/2025 | 1,700.00 | 0.00 | 1,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.00 | 0.00 | 1,700.00 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500036923 | C-1964567 | LFE - Late Fee | 10/14/2025 | 10/10/2025 | 10/2025 | 5,851.92 | 0.00 | 5,851.92 | 0.00 | 0.00 | 0.00 | 0.00 | 5,851.92 | 0.00 | 5,851.92 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500038860 | C-1973071 | BRI - Base Rent - Industrial | 10/21/2025 | 11/1/2025 | 11/2025 | 96,096.00 | 0.00 | 96,096.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96,096.00 | 0.00 | 96,096.00 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500038860 | C-1973072 | CAM - Common Area Maintenance | 10/21/2025 | 11/1/2025 | 11/2025 | 5,480.96 | 0.00 | 5,480.96 | 0.00 | 0.00 | 0.00 | 0.00 | 5,480.96 | 0.00 | 5,480.96 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500038860 | C-1973073 | INS - Insurance | 10/21/2025 | 11/1/2025 | 11/2025 | 790.34 | 0.00 | 790.34 | 0.00 | 0.00 | 0.00 | 0.00 | 790.34 | 0.00 | 790.34 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500038860 | C-1973074 | MGT - Management Fees | 10/21/2025 | 11/1/2025 | 11/2025 | 3,381.97 | 0.00 | 3,381.97 | 0.00 | 0.00 | 0.00 | 0.00 | 3,381.97 | 0.00 | 3,381.97 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500038860 | C-1973075 | RET - Real Estate Taxes | 10/21/2025 | 11/1/2025 | 11/2025 | 8,858.38 | 0.00 | 8,858.38 | 0.00 | 0.00 | 0.00 | 0.00 | 8,858.38 | 0.00 | 8,858.38 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500038860 | C-1973076 | SAT - Satellite Dish/Roof/Ante | 10/21/2025 | 11/1/2025 | 11/2025 | 2,430.75 | 0.00 | 2,430.75 | 0.00 | 0.00 | 0.00 | 0.00 | 2,430.75 | 0.00 | 2,430.75 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500040413 | C-1979961 | LFE - Late Fee | 11/13/2025 | 11/10/2025 | 11/2025 | 5,851.92 | 0.00 | 5,851.92 | 0.00 | 0.00 | 0.00 | 0.00 | 5,851.92 | 0.00 | 5,851.92 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500040414 | C-1979975 | Patch Dolly Pad Holes | 11/13/2025 | 11/13/2025 | 11/2025 | 4,520.00 | 0.00 | 4,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,520.00 | 0.00 | 4,520.00 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202500041643 | C-1985450 | LFE - Late Fee | 11/17/2025 | 11/17/2025 | 12/2025 | 6,447.82 | 0.00 | 6,447.82 | 0.00 | 0.00 | 0.00 | 0.00 | 6,447.82 | 0.00 | 6,447.82 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600002988 | C-2008529 | Paint Bay Numbers | 1/9/2026 | 1/9/2026 | 01/2026 | 1,150.00 | 0.00 | 1,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,150.00 | 0.00 | 1,150.00 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600014637 | C-2052749 | PYE - Prior Year-Op Exp Recov | 4/8/2026 | 3/24/2026 | 04/2026 | 1,942.06 | 0.00 | 1,942.06 | 0.00 | 0.00 | 0.00 | 0.00 | 1,942.06 | 0.00 | 1,942.06 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600014637 | C-2052746 | PYE - Prior Year-Op Exp Recov | 4/8/2026 | 3/24/2026 | 04/2026 | 8,849.49 | 0.00 | 8,849.49 | 0.00 | 0.00 | 0.00 | 0.00 | 8,849.49 | 0.00 | 8,849.49 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600014637 | C-2052747 | PYI - Prior Year-Insurance Rec | 4/8/2026 | 3/24/2026 | 04/2026 | -907.18 | 0.00 | -907.18 | 0.00 | 0.00 | 0.00 | 0.00 | -907.18 | 0.00 | -907.18 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600014637 | C-2052748 | PYR - Prior Year-RE Tax Recove | 4/8/2026 | 3/24/2026 | 04/2026 | 36.28 | 0.00 | 36.28 | 0.00 | 0.00 | 0.00 | 0.00 | 36.28 | 0.00 | 36.28 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600015285 | C-2057936 | Legal - Assumption Issues, Extension, Security Deposit | 4/15/2026 | 4/15/2026 | 04/2026 | 1,560.00 | 0.00 | 1,560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,560.00 | 0.00 | 1,560.00 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600022525 | C-2086301 | HVAC service call repairs | 6/4/2026 | 6/4/2026 | 06/2026 | 1,492.45 | 0.00 | 1,492.45 | 0.00 | 0.00 | 0.00 | 0.00 | 1,492.45 | 0.00 | 1,492.45 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600023714 | C-2093294 | Fix lights in ladies room | 6/16/2026 | 6/16/2026 | 06/2026 | 367.86 | 0.00 | 367.86 | 0.00 | 0.00 | 0.00 | 0.00 | 367.86 | 0.00 | 367.86 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600027643 | C-2108283 | Repair font door panic bar | 7/20/2026 | 7/20/2026 | 07/2026 | 132.50 | 0.00 | 132.50 | 0.00 | 0.00 | 0.00 | 132.50 | 0.00 | 0.00 | 132.50 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600034980 | C-2140312 | BRI - Base Rent - Industrial | 9/18/2026 | 10/1/2026 | 10/2026 | 96,096.00 | 0.00 | 96,096.00 | 96,096.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96,096.00 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600034980 | C-2140314 | CAM - Common Area Maintenance | 9/18/2026 | 10/1/2026 | 10/2026 | 2,985.22 | 0.00 | 2,985.22 | 2,985.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,985.22 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600034980 | C-2140313 | CAM - Common Area Maintenance | 9/18/2026 | 10/1/2026 | 10/2026 | 5,227.03 | 0.00 | 5,227.03 | 5,227.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,227.03 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600034980 | C-2140315 | INS - Insurance | 9/18/2026 | 10/1/2026 | 10/2026 | 706.81 | 0.00 | 706.81 | 706.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 706.81 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600034980 | C-2140316 | MGT - Management Fees | 9/18/2026 | 10/1/2026 | 10/2026 | 3,409.74 | 0.00 | 3,409.74 | 3,409.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,409.74 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600034980 | C-2140317 | RET - Real Estate Taxes | 9/18/2026 | 10/1/2026 | 10/2026 | 9,075.72 | 0.00 | 9,075.72 | 9,075.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,075.72 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600034980 | C-2140318 | SAT - Satellite Dish/Roof/Ante | 9/18/2026 | 10/1/2026 | 10/2026 | 2,552.55 | 0.00 | 2,552.55 | 2,552.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,552.55 |
| usnontax | z029011 | c0002822 | PETWC & The Judge Organization (t0000857) | 202600036883 | C-2146564 | Legal fees related to judgement | 10/7/2026 | 10/7/2026 | 10/2026 | 10,000.00 | 0.00 | 10,000.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| | | | **Total For t0000857** | | | | | | | **337,738.11** | **0.00** | **330,525.78** | **130,053.07** | **0.00** | **0.00** | **132.50** | **200,340.21** | **-1.00** | **330,524.78** |