**MCGUIREWOODS LLP**
Kristin C. Wigness (NJSBA No. 024781994)
1251 Avenue of the Americas
20th Floor
New York, NY 10020
(T): (212) 548-2104
(F): (212) 548-7104

*Counsel to Milestone Chassis Company LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Case No. 25-22123 (VFP)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE**

Please take notice that, in accordance with FED. R. BANKR. P. 9010(b), the undersigned enters an appearance in the above-captioned matter on behalf of Milestone Chassis Company LLC. Request is made that the documents filed in this case served as indicated below.

ADDRESSES:

| | |
|---|---|
| McGuireWoods LLP<br>1251 Avenue of the Americas<br>20th Floor<br>New York, NY 10020<br>Attn: Kristin C. Wigness | McGuireWoods LLP<br>201 N. Tryon Street<br>Suite 3000<br>Charlotte, NC 28202<br>Attn: Britt Ricks |

[1] The last four digits of each Debtor's tax identification number are as follows: Port Elizabeth Terminal & Warehouse Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

DOCUMENTS:

☒ All notices entered pursuant to FED. R. BANKR. P. 2002.

☐ All documents and pleadings of any nature.

Dated: October 8, 2026

Respectfully submitted,

/s/ *Kristin C. Wigness*
Kristin C. Wigness (NJSBA No. 024781994)
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
(T): (212) 548-2104
(F): (212) 548-7104
kwigness@mcguirewoods.com

*Counsel to Milestone Chassis Company LLC*