**MCGUIREWOODS LLP**
Kristin C. Wigness (NJSBA No. 024781994)
1251 Avenue of the Americas
20th Floor
New York, NY 10020
(T): (212) 548-2104
(F): (212) 548-7104

*Counsel to Milestone Chassis Company LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Case No. 25-22123 (VFP)<br><br>Chapter 11 |

**APPLICATION FOR PRO HAC VICE ADMISSION OF**
**<u>ETHRIDGE B. RICKS</u>**

Milestone Chassis Company LLC ("<u>Milestone</u>"), by and through undersigned counsel and pursuant to Local Bankruptcy Rule 9010-1(b), hereby moves for admission *pro hac vice* of Ethridge B. Ricks (the "<u>Applicant</u>") to represent Milestone in the above-captioned matter. In support of the relief requested herein, Milestone states as follows:

1. The undersigned is a member in good standing of the Bar of the State of New Jersy and an attorney admitted before the United States District Court for the District of New Jersey.

[1] The last four digits of each Debtor's tax identification number are as follows: Port Elizabeth Terminal & Warehouse Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

2. This Application is accompanied by the Applicant's certified statement, attesting to his good standing in the courts in which he is admitted and setting forth his willingness to abide by the Local Rules of this Court.

3. It is respectfully submitted that no oral argument or additional papers are necessary given the nature of the relief sought herein. The form of a proposed order granting this Application is attached.

Dated: October 8, 2026

Respectfully submitted,

/s/ *Kristin C. Wigness*
Kristin C. Wigness (NJSBA No. 024781994)
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
(T): (212) 548-2104
(F): (212) 548-7104
*kwigness@mcguirewoods.com*

*Counsel to Milestone Chassis Company LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Case No. 25-22123 (VFP)<br><br>Chapter 11 |

**CERTIFIED STATEMENT OF ETHRIDGE B. RICKS**

Pursuant to Local Bankruptcy Rule 9010-1(b), I hereby certify as follows:

1. I am a member in good standing of the North Carolina State Bar, to which I was admitted in 2014, the United States District Court for the Western District of North Carolina, to which I was admitted in 2017, the United States District Court for the Middle District of North Carolina, to which I was admitted in 2018, and the United States District Court for the Eastern District of North Carolina, to which I was admitted in 2018;

2. No disciplinary proceeding is pending against me;

3. Discipline has never been imposed against me; and

4. I will comply with D.N.J. L. Civ. R. 101.1(c), as made applicable by Local Bankruptcy Rule 9010-1(b), including payment of the required fees to the New Jersey Lawyers' Fund for Client Protection and the Clerk of the United States District Court, and I will abide by the Local Rules of this Court.

[1] The last four digits of each Debtor's tax identification number are as follows: Port Elizabeth Terminal & Warehouse Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: October 8, 2026

Respectfully submitted,

/s/ *Ethridge B. Ricks*
Ethridge B. Ricks (NC Bar No. 48046)
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
(T): (704) 343-2235
(F): (704) 373-8829
*bricks@mcguirewoods.com*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Kristin C. Wigness (NJSBA No. 024781994)
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
Counsel to Milestone Chassis Company LLC

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*, [1]

Chapter 11

Case No. 25-22123 (VFP)

(Jointly Administered)

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

[1] The last four digits of each Debtor's tax identification number are as follows: Port Elizabeth Terminal & Warehouse Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Ethridge B. Ricks be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.