**MCGUIREWOODS LLP**
Kristin C. Wigness (NJSBA No. 024781994)
Ethridge B. Ricks (*pro hac vice* admission requested)
1251 Avenue of the Americas
20th Floor
New York, NY 10020
(T): (212) 548-2104
(F): (212) 548-7104

*Counsel to Milestone Chassis Company LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Case No. 25-22123 (VFP)<br><br>Chapter 11 |

**LIMITED OBJECTION TO NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND RESERVATION OF RIGHTS**

Milestone Chassis Company LLC, as successor to Milestone Equipment Company, LLC ("Milestone"), by and through its undersigned counsel, hereby respectfully submits this limited objection and reservation of rights (the "Limited Objection") with respect to the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Doc. No. 441] (the "Cure Notice"), filed by the Debtors on September 10, 2026. In support of this Limited Objection, Milestone respectfully states as follows:

[1] The last four digits of each Debtor's tax identification number are as follows: Port Elizabeth Terminal & Warehouse Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

## Background

1. P. Judge & Sons, Inc. ("P. Judge Inc.") filed its voluntary petition for relief under title 11 of the United States Code (the "Bankruptcy Code") on November 14, 2025 (the "Petition Date").

2. Milestone and P. Judge Inc. are party to that certain Master Lease Agreement, dated as of July 21, 2022 (as amended, supplemented or otherwise modified from time to time, the "Lease Agreement").

3. Milestone previously filed a proof of claim, Claim No. 17-1, Case No. 25-22127 (the "Proof of Claim"), on January 23, 2026, stating a specified claim amount of not less than $83,944.19 for rent amounts owed in connection with the Lease Agreement as of the Petition Date.

4. Further rent amounts under the Lease Agreement have accrued since the Petition Date to the date of the Cure Notice in an amount not less than $60,038.16, with invoices for such amounts totaling not less than $143,982.35 as of the date of the Cure Notice as further described on Schedule 1 hereto.[2]

5. The Cure Notice appears to reference the Lease Agreement as provided below, describing a purported cure amount of $71,878.59.

| | | | | |
|---|---|---|---|---|
| P. Judge & Sons, Inc. | Chassis Lease | Milestone Equipment Company | PO BOX 205589, Dallas, TX 75320 | $71,878.59 |

## Limited Objection

6. Under Section 365(b)(1) of the Bankruptcy Code, a debtor must (a) cure, or provide adequate assurance that it will promptly cure, all defaults arising as a result of the debtor's failure to perform monetary obligations under a lease, (b) compensate, or provide adequate assurance that

[2] Milestone has separately filed a Request for Payment of Administrative Expense for unpaid rent amounts that have accrued since the Petition Date, including such amounts referenced above.

it will promptly compensate, any actual pecuniary loss resulting from such defaults, and (c) provide adequate assurance of future performance under the lease.

7. Here, unpaid invoice amounts for the Lease Agreement subject to cure under Section 365(b)(1) of the Bankruptcy Code (the "Cure Amount") are not less than $83,944.19 as of the Petition Date and not less than $143,982.35 as of the date of the Cure Notice as described above.

8. The Cure Notice incorrectly indicates that the Cure Amount is only $71,878.59 and thereby fails to provide for the cure of monetary defaults under the Lease Agreement as required under Section 365 of the Bankruptcy Code for the Lease Agreement to be assumed.

9. Milestone hereby objects to the Cure Amount indicated in the Cure Notice for the Lease Agreement. Milestone further objects to the extent any of the Debtors propose to assume and/or assume and assign the Lease Agreement without satisfying the requirements under Section 365(b) of the Bankruptcy Code.

## Reservation of Rights

10. Milestone reserves its right to amend, supplement or otherwise modify this Limited Objection and to introduce evidence at any hearing related to the Cure Notice, any proposed assumption of the Lease Agreement or this Limited Objection.

11. For the avoidance of doubt, Milestone reserves all of its rights with respect to the Lease Agreement and equipment subject thereto under the Lease Agreement and applicable law, including (but not limited to) Section 365 of the Bankruptcy Code.

## Conclusion

WHEREFORE, Milestone respectfully requests that the Court enter an order that (a) conditions any proposed assumption and/or assumption and assignment of the Lease Agreement

on the satisfaction of the Cure Amount of not less than $143,982.35 as of the date of the Cure Notice and (b) provides for such further relief as this Court deems just and proper.

Dated: October 8, 2026

Respectfully submitted,

/s/ *Kristin C. Wigness*
Kristin C. Wigness (NJSBA No. 024781994)
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
(T): (212) 548-2104
(F): (212) 548-7104
kwigness@mcguirewoods.com

-and-

Ethridge B. Ricks (*pro hac vice* admission requested)
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
(T): (704) 343-2235
(F): (704) 373-8829
bricks@mcguirewoods.com

*Counsel to Milestone Chassis Company LLC*

**Schedule 1**
**Invoice Amounts**

| Invoice No. | Invoice Date | Original Amount | Remaining Balance |
|---|---|---|---|
| | 4/30/2024 | $0.00 | ($18.10) |
| M00420611 | 12/16/2024 | $160.70 | $160.70 |
| M00433721 | 2/17/2025 | $61.10 | $61.10 |
| M00440241 | 3/17/2025 | $57.80 | $57.80 |
| M00446879 | 4/15/2025 | $56.20 | $56.20 |
| M00453458 | 5/15/2025 | $74.60 | $74.60 |
| M00459897 | 6/16/2025 | $868.32 | $868.32 |
| M00464749 | 6/30/2025 | $19,995.00 | $19,995.00 |
| M00466700 | 7/15/2025 | $524.50 | $524.50 |
| M00471356 | 7/31/2025 | $19,995.00 | $19,995.00 |
| M00473235 | 8/15/2025 | $592.92 | $592.92 |
| M00477845 | 8/31/2025 | $13,545.00 | $11,897.40 |
| M00479766 | 9/15/2025 | $3,616.00 | $3,616.00 |
| M00479767 | 9/15/2025 | $815.05 | $815.05 |
| M00480334 | 9/29/2025 | $627.46 | $627.46 |
| M00484442 | 9/30/2025 | $12,796.80 | $12,625.95 |
| M00486418 | 10/15/2025 | $2,094.78 | $2,094.78 |
| M00486419 | 10/15/2025 | $406.00 | $406.00 |
| M00487011 | 10/30/2025 | $4,249.36 | $4,249.36 |
| M00491114 | 10/31/2025 | $7,740.00 | $5,244.15 |
| M00493021 | 11/17/2025 | $285.00 | $285.00 |
| M00493022 | 11/17/2025 | $20.65 | $20.65 |
| M00499480 | 12/15/2025 | $2,529.71 | $2,529.71 |
| M00499481 | 12/15/2025 | $75.25 | $75.25 |
| C03757 | 2/28/2026 | $7,998.00 | $7,998.00 |
| C05101 | 3/16/2026 | $88.65 | $88.65 |
| C06392 | 3/31/2026 | $7,740.00 | $7,740.00 |
| C07727 | 4/15/2026 | $57.15 | $57.15 |
| C09000 | 4/30/2026 | $7,998.00 | $7,998.00 |
| C10357 | 5/15/2026 | $81.45 | $81.45 |
| C11638 | 5/31/2026 | $7,740.00 | $7,740.00 |
| C12988 | 6/15/2026 | $673.45 | $673.45 |
| C14267 | 6/30/2026 | $7,998.00 | $7,998.00 |
| C15626 | 7/15/2026 | $822.05 | $822.05 |
| C16869 | 7/31/2026 | $7,998.00 | $7,998.00 |
| C18342 | 8/13/2026 | $192.80 | $192.80 |
| C19513 | 8/31/2026 | $7,740.00 | $7,740.00 |
| | | **Total:** | **$143,982.35** |

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this day I caused the foregoing *Limited Objection to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Reservation of Rights* to be served by electronic notice through CM/ECF system of the United States Bankruptcy Court for the District of New Jersey and by U.S. first class mail, postage-prepaid, and email as indicated below.

Office of the United States Trustee
for the District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102
Attn: Fran Steele
David Gerardi
Fran.B.Steele@usdoj.gov
David.Gerardi@usdoj.gov

Saul Ewing LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
Attn: Jeffrey Hampton
Turner N. Falk
Stephen B. Ravin
jeffrey.hampton@saul.com
turner.falk@saul.com
stephen.ravin@saul.com

FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102
Attn: John S. Mairo
Christopher P. Anton
jmairo@fbtgibbons.com
canton@fbtgibbons.com

Bradley Arant Boult Cummings LLP
Promenade Tower
1230 Peachtree Street NE
Atlanta, GA 30309
Attn: Sean C. Kulka
sean.kulka@bradley.com

Riker Danzig LLP
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Attn: Joseph L. Schwartz
John Harmon
jschwartz@riker.com
jharmon@riker.com

Dated: October 8, 2026

Respectfully submitted,

/s/ *Kristin C. Wigness*

Kristin C. Wigness (NJSBA No. 024781994)
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
(T): (212) 548-2104
(F): (212) 548-7104
kwigness@mcguirewoods.com

*Counsel to Milestone Chassis Company LLC*