| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**WILENTZ, GOLDMAN & SPITZER P.A.**<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, New Jersey 07095<br>(732) 636-8000<br>DAVID H. STEIN, ESQ.<br>*Attorneys for Landlord, F. Greek Bristol Properties, L.P.* | |
| In Re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors. | Case No.: 25-22123 (JKS)<br><br>Chapter 11<br>Jointly Administered<br><br>Judge: TBA |

**CERTIFICATION OF SERVICE**

1. I, DAVID H. STEIN, ESQ.:

☒ am a shareholder of Wilentz, Goldman & Spitzer, P.A., attorneys for Landlord, F. Greek Bristol Properties, L.P. in the above-captioned matter.

☐ am the secretary/paralegal for David H. Stein, who represents the Debtor-in-Possession in the above captioned matter.

☐ am the ___________________ in the above case and am representing myself.

2. On October 8, 2026, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**Limited Objection of F. Greek Bristol Properties, L.P. to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases**

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 8, 2026

*/s/ David H. Stein*
_______________________________
David H. Stein

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran Steele (Fran.B.Steele@usjoj.com)<br>David Gerardi (David.Gerardi@usdoj.com)<br><br>Saul Ewing LLP<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1520<br>Newark, NJ 07102<br>Attn: Jeffrey Hampton (Jeffrey.hampton@saul.com)<br>Turner N. Falk (turner.falk@saul.com)<br>Stephen B. Ravin (Stephen.ravin@saul.com)<br>*Counsel for the Debtors*<br><br>FBT Gibbons LLP<br>One Gateway Center<br>Newark, NJ 07102<br>Attn: John S. Mairo jmairo@fbtgibbons.com)<br>Christopher P. Anton (canton@fbtgibbons.com)<br>*Counsel to the Committee*<br><br>Bradley Arant Boult Cummings LLP<br>Promenade Tower<br>1230 Peachtree Street NE<br>Atlanta, GA 30309<br>Attn: Sean C. Kulka (sean.kulka@bradley.com)<br>*Counsel for the Stalking Horse Bidder*<br><br>Riker Danzig LLP<br>7 Giralda Farms, Suite 250<br>Madison, NJ 07940-1051<br>Attn: Joseph L. Schwartz (jschwartz@riker.com)<br>John Harmon (jharmon@riker.com)<br>*Counsel for the Stalking Horse Bidder* | | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other ___________<br>(as authorized by the court or by rule. Cite the rule if applicable*) |



#96274734.1 144844.019184200.001

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Christopher P. Anton on behalf of Creditor Committee Official Committee Of Unsecured Creditors<br>canton@fbtgibbons.com<br><br>Joseph Casello on behalf of Creditor Yancey Bros. Co<br>jcasello@cvclaw.net, jcasello627@gmail.com<br><br>Turner Falk on behalf of Debtor Amex Shipping Agent, Inc.<br>turner.falk@saul.com, tnfalk@recap.email<br><br>Turner Falk on behalf of Debtor Judge Warehousing, LLC<br>turner.falk@saul.com, tnfalk@recap.email<br><br>Turner Falk on behalf of Debtor P. Judge & Sons Trucking, LLC<br>turner.falk@saul.com, tnfalk@recap.email<br><br>Turner Falk on behalf of Debtor P. Judge & Sons, Inc.<br>turner.falk@saul.com, tnfalk@recap.email<br><br>Turner Falk on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp.<br>turner.falk@saul.com, tnfalk@recap.email<br><br>Turner Falk on behalf of Debtor The Judge Organization, LLC<br>turner.falk@saul.com, tnfalk@recap.email<br><br>Eric M. Ferrante on behalf of Creditor Constellation Brands, Inc.<br>eferrante@nixonpeabody.com, djames@nixonpeabody.com,roc.managing.clerk@nixonpeabody.com,bos.managing.clerk@nixonpeabody.com,dmcmonagle@nixonpeabody.com<br><br>David Gerardi on behalf of U.S. Trustee U.S. Trustee<br>david.gerardi@usdoj.gov<br><br>Leslie Carol Heilman on behalf of Creditor Seagis East Rutherford, LLC<br>HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com<br><br>Robert M. Kline on behalf of Creditor Auxilior Capital Partners, Inc.<br>rmk@replevin.com, ecf@writofseizure.com | *ECF Notice Parties* | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic filing (NEF)<br>☐ Other __________ (as authorized by the court or by rule. Cite the rule if applicable*) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph Lubertazzi, Jr. on behalf of Creditor HYG Financial Services, Inc.<br>jlubertazzi@mccarter.com<br><br>Joseph Lubertazzi, Jr. on behalf of Creditor Wells Fargo Vendor Financial Services, LLC<br>jlubertazzi@mccarter.com<br><br>John S. Mairo on behalf of Creditor Committee Official Committee Of Unsecured Creditors<br>jmairo@fbtgibbons.com, emunera@fbtgibbons.com<br><br>John S. Mairo on behalf of Other Prof. Dundon Advisers LLC<br>jmairo@fbtgibbons.com, emunera@fbtgibbons.com<br><br>Robert Malone on behalf of Creditor Committee Official Committee Of Unsecured Creditors<br>rmalone@connellfoley.com, nmitchell@gibbonslaw.com<br><br>Rebecca K. McDowell on behalf of Creditor Eastern Lift Truck Co Inc.<br>rmcdowell@slgcollect.com, anovoa@slgcollect.com<br><br>Kyle McEvilly on behalf of Creditor Committee Official Committee Of Unsecured Creditors<br>kmcevilly@connellfoley.com<br><br>James F. Moscagiuri on behalf of Unknown Role Type Andy M. Castillo<br>jmoscagiuri@lsaclaw.com, jhoffman@lsaclaw.com<br><br>James F. Moscagiuri on behalf of Unknown Role Type Julio Andres Matos Angomas<br>jmoscagiuri@lsaclaw.com, jhoffman@lsaclaw.com<br><br>James F. Moscagiuri on behalf of Unknown Role Type Kristal Marie Soto<br>jmoscagiuri@lsaclaw.com, jhoffman@lsaclaw.com<br><br>Thomas B. O'Connell on behalf of Creditor Eastern Lift Truck Co Inc.<br>toconnell@slgcollect.com, anovoa@slgcollect.com<br><br>Seth Ptasiewicz on behalf of Creditor Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension | | |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Plan<br>sptasiewicz@krollfirm.com<br><br>Stephen B. Ravin on behalf of Debtor Amex Shipping Agent, Inc.<br>sravin@saul.com, jgillman@saul.com<br><br>Stephen B. Ravin on behalf of Debtor Judge Warehousing, LLC<br>sravin@saul.com, jgillman@saul.com<br><br>Stephen B. Ravin on behalf of Debtor P. Judge & Sons Trucking, LLC<br>sravin@saul.com, jgillman@saul.com<br><br>Stephen B. Ravin on behalf of Debtor P. Judge & Sons, Inc.<br>sravin@saul.com, jgillman@saul.com<br><br>Stephen B. Ravin on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp.<br>sravin@saul.com, jgillman@saul.com<br><br>Stephen B. Ravin on behalf of Debtor The Judge Organization, LLC<br>sravin@saul.com, jgillman@saul.com<br><br>Joseph L. Schwartz on behalf of Creditor East Coast Warehouse and Distribution Corp.<br>jschwartz@riker.com, courtdockets@riker.com<br><br>Scott D. Sherman on behalf of Creditor Coastal Industrial Equipment, LLC<br>ssherman@minionsherman.com<br><br>Amanda R Simone on behalf of Creditor Committee Official Committee Of Unsecured Creditors<br>asimone@connellfoley.com<br><br>Fran B. Steele on behalf of U.S. Trustee U.S. Trustee<br>Fran.B.Steele@usdoj.gov<br><br>David H. Stein on behalf of Creditor F. Greek Bristol Properties, L.P.<br>dstein@wilentz.com,<br>ciarkowski@wilentz.com;abroome@wilentz.com<br><br>Brett S. Theisen on behalf of Creditor Committee Official | | |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Committee Of Unsecured Creditors<br>btheisen@connellfoley.com, nmitchell@gibbonslaw.com<br><br>Ryan Christopher Thompson on behalf of Creditor The Huntington National Bank<br>ryan.thompson@wbd-us.com<br><br>Pamela Elchert Thurmond on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA<br>Pamela.Thurmond@phila.gov<br><br>U.S. Trustee<br>USTPRegion03.NE.ECF@usdoj.gov<br><br>Ilana Volkov on behalf of Creditor Hartz Elizabeth, Inc.<br>ivolkov@mcgrailbensinger.com<br><br>Thomas Michael Walsh on behalf of Interested Party Chiesa Shahinian & Giantomasi PC<br>TWALSH@CSGLAW.COM | | |