UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In Re. Judge Warehousing, LLC, §
§
§
Debtor(s) §

Case No. 25-22132

Lead Case No. 25-22123

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 11/14/2025

Months Pending: 9

Industry Classification: 4 8 4 1

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 35

Debtor's Full-Time Employees (as of date of order for relief): 32

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Patrick J. Wynne
Signature of Responsible Party

Patrick J. Wynne
Printed Name of Responsible Party

10/09/2026
Date

10 Colonial Drive, Katonah, New York 10536
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Judge Warehousing, LLC, Case No. 25-22132

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $24,220 | |
| b. | Total receipts (net of transfers between accounts) | $357,450 | $2,682,921 |
| c. | Total disbursements (net of transfers between accounts) | $357,865 | $2,784,590 |
| d. | Cash balance end of month (a+b-c) | $23,805 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $357,865 | $2,784,590 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $532,892 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $-22,296 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $9,563,506 |
| e. | Total assets | $11,664,494 |
| f. | Postpetition payables (excluding taxes) | $635,041 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $635,041 |
| k. | Prepetition secured debt | $2,079,435 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $1,341,182 |
| n. | Total liabilities (debt) (j+k+l+m) | $4,055,658 |
| o. | Ending equity/net worth (e-n) | $7,608,836 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $450,311 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $265,055 | |
| c. | Gross profit (a-b) | $185,256 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $116,278 | |
| f. | Other expenses | $4,440 | |
| g. | Depreciation and/or amortization (not included in 4b) | $9,588 | |
| h. | Interest | $4,840 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $50,110 | $69,930 |

Debtor's Name Judge Warehousing, LLC, Case No. 25-22132

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $29,307 | $194,722 | $24,839 | $130,434 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Saul Ewing, LLP | Lead Counsel | $11,989 | $69,012 | $8,406 | $43,383 |
| | ii | | | | | | |
| | iii | Forvis Mazars, LLP | Financial Professional | $10,805 | $81,485 | $11,439 | $58,092 |
| | iv | Cambridge Financial Services, L | Financial Professional | $6,513 | $44,225 | $4,994 | $28,959 |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Judge Warehousing, LLC, Case No. 25-22132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Judge Warehousing, LLC, Case No. 25-22132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $1,045 | $5,986 | $748 | $4,341 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Murphy Schiller and Wilkes, LL | Special Counsel | $877 | $3,957 | $413 | $2,602 |
| | ii | Scopelitis, Garvin, Light, Hanso | Special Counsel | $168 | $2,029 | $335 | $1,739 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name Judge Warehousing, LLC, Case No. 25-22132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $1,866 | $20,014 |
| d. | Postpetition employer payroll taxes paid | $34,487 | $253,348 |
| e. | Postpetition property taxes paid | $18,697 | $184,019 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ● No ○ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● No ○ N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○ No ● | |

Debtor's Name Judge Warehousing, LLC, Case No. 25-22132

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◉ N/A ◯ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Patrick J. Wynne
Signature of Responsible Party

Patrick J. Wynne
Printed Name of Responsible Party

President
Title

10/09/2026
Date

Debtor's Name Judge Warehousing, LLC, Case No. 25-22132

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Judge Warehousing, LLC, Case No. 25-22132

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

Judge Warehousing, LLC
Summary of All Units
For the Six Months Endend July 31, 2026

| | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | July 2026 | YTD |
|---|---|---|---|---|---|---|---|---|
| **REVENUE** | $394,180 | $382,918 | $401,052 | $479,636 | $453,578 | $563,356 | $450,311 | $3,125,031 |
| **TOTAL REVENUE** | 394,180 | 382,918 | 401,052 | 479,636 | 453,578 | 563,356 | 450,311 | 3,125,031 |
| **WAREHOUSE EXPENSE:** | | | | | | | | |
| **SCANNERS** | 20,298 | 18,973 | 25,847 | 25,487 | 27,017 | 26,700 | 27,467 | 171,789 |
| **WAREHOUSE SUPERV. SALARIES** | 27,083 | 24,086 | 26,494 | 26,775 | 26,196 | 26,818 | 28,607 | 186,059 |
| **HI-LO OPERATOR SALARIES** | 59,535 | 48,943 | 59,299 | 65,315 | 58,272 | 65,431 | 72,574 | 429,369 |
| **OUTSIDE LABOR LUMPER SERVICE** | 1,025 | - | - | - | - | - | - | 1,025 |
| **TOTAL WAREHOUSE SALARIES** | 107,941 | 92,002 | 111,640 | 117,577 | 111,485 | 118,949 | 128,648 | 788,242 |
| **WAREHOUSE RENTAL EXPENSES:** | | | | | | | | |
| **WAREHOUSE RENT** | 124,042 | 123,592 | 123,800 | 123,525 | 123,541 | 123,523 | 123,543 | 865,566 |
| **WAREHOUSE RENT REIMB.** | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (140,000) |
| **TOTAL WAREHOUSE RENTAL** | 104,042 | 103,592 | 103,800 | 103,525 | 103,541 | 103,523 | 103,543 | 725,566 |
| **ELECTRICITY** | 1,461 | 3,391 | 1,461 | 7,238 | 1,461 | 5,683 | 3,892 | 24,587 |
| **PROPANE GAS** | 792 | 1,368 | - | 1,306 | 903 | 1,395 | 794 | 6,558 |
| **TOTAL WHSE UTILITIES** | 2,253 | 4,759 | 1,461 | 8,544 | 2,364 | 7,078 | 4,686 | 31,145 |
| **WAREHOUSE EQUIPMENT** | | | | | | | | |
| **WHSE EQUIP. RENTAL/LEASE** | 17,387 | 12,450 | 15,746 | 14,082 | 14,966 | 14,218 | 14,218 | 103,067 |
| **WHSE EQUIP. REPAIR & MAINT.** | 6,067 | 10,730 | 49,317 | 6,712 | 18,285 | 55,457 | 10,441 | 157,009 |
| **TOTAL WHSE EQUIPMENT** | 23,454 | 23,180 | 65,063 | 20,794 | 33,251 | 69,675 | 24,659 | 260,076 |
| **MISC. WAREHOUSE EXPENSES:** | | | | | | | | |
| **WASTE REMOVAL/SNOW** | 2,220 | 787 | 569 | 1,170 | 1,132 | 1,275 | 1,089 | 8,242 |
| **ALARMS & SECURITY** | 2,698 | - | - | - | - | - | - | 2,698 |
| **BUILDING REPAIRS & MAINT.** | 189 | 139 | 3,000 | - | - | (754) | - | 2,574 |
| **DAMAGE CLAIMS** | - | - | - | 24 | - | - | - | 24 |
| **WAREHOUSE ERROR** | - | - | - | 15,603 | - | - | - | 15,603 |
| **REGISTRATION EXPENSE** | 756 | - | 409 | - | - | - | - | 1,165 |
| **FREIGHT & TRUCKING EXPENSE** | 29 | 140 | 107 | 279 | 164 | 50 | 927 | 1,696 |
| **WAREHOUSE SUPPLIES** | 1,577 | - | 1,538 | 930 | 670 | - | 1,503 | 6,218 |
| **TOTAL MISC WHSE EXPENSES** | 7,469 | 1,066 | 5,623 | 18,006 | 1,966 | 571 | 3,519 | 38,220 |
| **TOTAL WAREHOUSE EXPENSES** | 245,159 | 224,599 | 287,587 | 268,446 | 252,607 | 299,796 | 265,055 | 1,843,249 |

Judge Warehousing, LLC
Summary of All Units
For the Six Months Endend July 31, 2026

| | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | July 2026 | YTD |
|---|---|---|---|---|---|---|---|---|
| **GENERAL & ADMINISTRATIVE EXP.** | | | | | | | | |
| **G & A SALARIES & BENEFITS** | | | | | | | | |
| **MANAGER/EXECUTIVE EXPENSE** | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 87,500 |
| **CUSTOMER SERVICE SALARIES** | 16,980 | 11,835 | 11,141 | 11,501 | 11,050 | 12,342 | 12,086 | 86,935 |
| **ADMINISTRATIVE SALARIES** | 2,980 | 2,980 | 2,980 | 2,980 | 2,980 | 2,980 | 2,980 | 20,860 |
| **TOTAL G & A EXPENSES** | 32,460 | 27,315 | 26,621 | 26,981 | 26,530 | 27,822 | 27,566 | 195,295 |
| | | | | | | | | |
| **PROFESSIONAL FEES** | | | | | | | | |
| **ACCOUNTING FEES** | 12,011 | 16,556 | 12,406 | 11,660 | 10,668 | 14,117 | 15,633 | 93,051 |
| **LEGAL FEES** | 14,909 | 8,099 | 23,464 | 2,783 | 12,398 | 12,451 | 11,903 | 86,007 |
| **CONSULTING FEES** | 6,652 | 11,722 | 6,487 | 2,443 | 12,206 | 10,450 | 10,533 | 60,493 |
| **US TRUSTEE FEES** | - | - | - | - | - | 9,743 | - | 9,743 |
| **TOTAL PROFESSIONAL EXPENSES** | 33,572 | 36,377 | 42,357 | 16,886 | 35,272 | 46,761 | 38,069 | 249,294 |
| | | | | | | | | |
| **INSURANCE** | | | | | | | | |
| **INLAND MARINE/CARGO INS.** | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 12,887 |
| **LEGAL LIABILITY** | 4,885 | 4,885 | 4,885 | 4,885 | 4,885 | 4,885 | 4,885 | 34,195 |
| **WHSE. GENERAL LIABILITY** | 4,983 | 4,983 | 4,983 | 4,983 | 4,983 | 4,983 | 4,983 | 34,881 |
| **UMBRELLA INSURANCE** | 666 | 666 | 666 | 666 | 666 | 666 | 666 | 4,662 |
| **HEALTH INSURANCE** | 18,678 | 18,352 | 18,214 | 17,506 | 15,533 | 16,329 | 11,337 | 115,949 |
| **REIMBURSEMENT HEALTH INS.** | (6,337) | (5,204) | (5,141) | (4,952) | (5,850) | (4,398) | (5,655) | (37,537) |
| **WORKER'S COMPENSATION (WHSE)** | 1,458 | 1,458 | 1,458 | 1,458 | 1,458 | 1,458 | 1,329 | 10,077 |
| **TOTAL INSURANCE** | 26,174 | 26,981 | 26,906 | 26,387 | 23,516 | 25,764 | 19,386 | 175,114 |
| | | | | | | | | |
| **COMMUNICATIONS** | | | | | | | | |
| **TELEPHONE** | 1,714 | 2,278 | 2,144 | 1,532 | 1,226 | 896 | 2,001 | 11,791 |
| **TOTAL COMMUNICATION** | 1,714 | 2,278 | 2,144 | 1,532 | 1,226 | 896 | 2,001 | 11,791 |
| | | | | | | | | |
| **COMPUTER EXPENSE** | | | | | | | | |
| **COMPUTER RENTAL/LEASE** | 469 | 469 | 469 | 469 | 89 | 849 | 475 | 3,289 |
| **SOFTWARE MAINT & PROGRAM** | (893) | (1,199) | (630) | (1,199) | (796) | (1,199) | (970) | (6,886) |
| **TOTAL COMPUTER EXP.** | (424) | (730) | (161) | (730) | (707) | (350) | (495) | (3,597) |
| | | | | | | | | |
| **OFFICE EQUIPMENT & SUPPLIES** | | | | | | | | |
| **OFFICE EQUIP RENTAL/LEASE** | - | - | 178 | - | - | 276 | 276 | 730 |
| **OFFICE SUPPLIES** | 64 | 132 | - | - | - | - | - | 196 |
| **TOTAL OFFICE EQUP/SUPPL.** | 64 | 132 | 178 | - | - | 276 | 276 | 926 |

Judge Warehousing, LLC
Summary of All Units
For the Six Months Endend July 31, 2026

| | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | July 2026 | YTD |
|---|---|---|---|---|---|---|---|---|
| **PAYROLL TAXES EXPENSES** | | | | | | | | |
| **SOCIAL SECURITY (FICA)** | 8,235 | 6,055 | 6,541 | 6,861 | 8,791 | 7,733 | 7,943 | 52,159 |
| **FED. MEDICARE** | 1,948 | 1,429 | 1,494 | 1,605 | 1,925 | 1,696 | 2,133 | 12,230 |
| **GA. SUI/DIS** | 54 | 36 | 24 | 8 | 5 | 4 | 8 | 139 |
| **FUTA (940)** | 806 | 414 | 99 | 66 | 62 | 51 | 108 | 1,606 |
| **TOTAL P/R TAXES EXPENSES** | 11,043 | 7,934 | 8,158 | 8,540 | 10,783 | 9,484 | 10,192 | 66,134 |
| | | | | | | | | |
| **OTHER MISC. TAXES** | | | | | | | | |
| **SALES USED TAX** | 1,324 | 1,069 | 3,185 | 1,349 | 1,798 | 3,275 | 1,468 | 13,468 |
| **REAL STATE TAXES** | 18,697 | 18,697 | 18,697 | 18,697 | 18,697 | 18,697 | 18,697 | 130,879 |
| **TOTAL P/R, CORP. AND MISC. TAXES** | 20,021 | 19,766 | 21,882 | 20,046 | 20,495 | 21,972 | 20,165 | 144,347 |
| | | | | | | | | |
| **MISC G&A EXPENSES** | | | | | | | | |
| **AUTO FUEL** | 1,800 | 1,800 | 1,913 | 1,800 | 1,355 | 1,800 | 1,696 | 12,164 |
| **BAD DEBTS** | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 35,000 |
| **BANK SERVICE CHARGES** | - | (30) | - | 30 | 150 | - | 268 | 418 |
| **PAYROLL SERVICE EXPENSE** | - | 1,263 | 1,184 | 1,125 | 1,147 | 2,240 | 1,164 | 8,123 |
| **DUES & SUBSCRIPTIONS** | - | - | - | - | 1,397 | - | 104 | 1,501 |
| **MEALS & ENTERTAIMENT** | - | 76 | 286 | - | 364 | - | - | 726 |
| **TRAVEL** | - | - | 848 | - | 554 | - | - | 1,402 |
| **HOUSEKEEPING** | 1,002 | 808 | - | - | 1,328 | 1,328 | 1,328 | 5,794 |
| **OPERATING/MANAGEMENT EXP.** | 12,212 | 12,212 | 12,212 | 12,212 | 12,212 | 12,212 | 12,212 | 85,484 |
| **MISC. G & A EXPENSE** | 290 | - | - | 13 | (18,574) | 19,649 | (22,654) | (21,276) |
| **TOTAL MISC. G & A EXPENSES** | 20,304 | 21,129 | 21,443 | 20,180 | 4,933 | 42,229 | (882) | 129,336 |
| **TOTAL GEN'L & ADM. EXPENSES** | 144,928 | 141,182 | 149,528 | 119,822 | 122,048 | 174,854 | 116,278 | 968,640 |
| **TOTAL INCOME (LOSS)** | 4,093 | 17,137 | (36,063) | 91,368 | 78,923 | 88,706 | 68,978 | 313,142 |
| | | | | | | | | |
| **OTHER (INCOME) & EXPENSES** | | | | | | | | |
| **DEPRECIATION EXPENSE** | 1,828 | 1,826 | 1,828 | 1,827 | 1,827 | 1,827 | 2,077 | 13,040 |
| **INTEREST EXPENSE** | 588 | 74 | (2,308) | 207 | 9,778 | 10,209 | 203 | 18,751 |
| **FEES EARNED 1ST BUSINESS** | 3,924 | 1,469 | 4,573 | 3,187 | 2,286 | 3,266 | 4,440 | 23,145 |
| **FIRST BUSINESS INTEREST EXPENSE** | 2,236 | 4,061 | 6,306 | 3,382 | 3,325 | 4,698 | 4,637 | 28,645 |
| **AMORTIZATION COST-FINANCE LEASE** | 7,511 | 7,511 | 7,511 | 7,511 | 7,511 | 7,512 | 7,511 | 52,578 |
| **US TRUSTEE INTEREST** | - | - | - | - | - | 49 | - | 49 |
| **TOTAL MISC. (INCOME) & EXPENSES** | 16,087 | 14,941 | 17,910 | 16,114 | 24,727 | 27,561 | 18,868 | 136,208 |
| **NET INCOME (LOSS)** | (11,994) | 2,196 | (53,973) | 75,254 | 54,196 | 61,145 | 50,110 | 176,934 |

**P. Judge and Sons Warehousing, LLC**

**Balance Sheet**

**July 31, 2026**

**NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS**

| | | |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash | $ | 104 |
| Accounts receivable | | 45,045 |
| Allowance for doubtful accounts | | (30,440) |
| Due from factor | | 512,134 |
| Contract asset | | 6,153 |
| Due from related parties | | 9,030,510 |
| Total current assets | | 9,563,506 |
| Property and equipment, net | | 20,440 |
| Other assets | | |
| Security deposits | | 111,661 |
| Right-of-use assets - operating leases | | 1,871,027 |
| Right-of-use assets - finance leases | | 97,861 |
| Total other assets | | 2,080,549 |
| Total assets | $ | 11,664,494 |
| **Liabilities and Accumulated Deficit** | | |
| Current liabilities | | |
| Due to factor, net of reserves | $ | 442,935 |
| Operating lease liabilities, current | | 1,423,688 |
| Finance lease liabilitites, current | | 90,908 |
| Accounts payable and accrued expenses | | 1,533,288 |
| Total current liabilities | | 3,490,818 |
| Long-term liabilities | | |
| Operating lease liabilities, net of current portion | | 497,697 |
| Finance lease liabilities, net of current portion | | 67,146 |
| Total long-term liabilities | | 564,843 |
| Total liabilities | | 4,055,661 |
| Members' deficit | | 7,608,833 |
| Total deficit | | 7,608,833 |
| Total liabilities and members deficiency | $ | 11,664,494 |

System: 8/22/2026 8:15:33 PM
User Date: 8/22/2026

# HISTORICAL AGED TRIAL BALANCE

GA Judge Warehousing, LLC
Payables Management



**Ranges:**

| | | | |
|---|---|---|---|
| Vendor ID: | First - Last | User-Defined 1: | First - Last |
| Class ID: | First - Last | Posting Date: | First - 7/31/2026 |
| Payment Priority: | First - Last | Document Number: | First - Last |
| Vendor Name: | First - Last | | |

Print Option: SUMMARY
Aged By: Document Date
Aging Date: 7/31/2026

Exclude: Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
Sorted By: Vendor ID
Due Date

| Vendor ID | Name | Class ID | User-Defined 1 | Voucher(s) | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | TRADE A/P | | 3 | $3,496.15 | $1,089.15 | $1,274.76 | $0.00 | $1,132.24 |
| [redacted] | [redacted] | TRADE A/P | | 1 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 1 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 2 | $2,842.72 | $1,421.36 | $1,421.36 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 3 | $1,011.29 | $14.95 | $996.34 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 2 | $489.82 | $244.86 | $244.96 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 1 | $2,466.00 | $2,466.00 | $0.00 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 1 | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 1 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 4 | $14,106.88 | $3,526.72 | $3,526.72 | $3,526.72 | $3,526.72 |
| [redacted] | [redacted] | TRADE A/P | | 1 | $5,922.48 | $5,922.48 | $0.00 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 12 | $106,777.75 | $9,906.06 | $19,649.54 | $40,773.12 | $36,449.03 |
| [redacted] | [redacted] | TRADE A/P | | 2 | $19,197.41 | $0.00 | $9,431.66 | $9,765.75 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 1 | -$1,439.27 | -$1,439.27 | $0.00 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 1 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | 1 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| [redacted] | [redacted] | TRADE A/P | | | | | | | |

GA Judge Warehousing, LLC

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 |

Vendor ID: [redacted] Name: [redacted] Class ID: TRADE A/P User-Defined 1:

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $178.25 | $0.00 | $0.00 | $0.00 | $178.25 |

Vendor ID: [redacted] Name: [redacted] Class ID: TRADE A/P User-Defined 1:

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 |

Vendor ID: [redacted] Name: [redacted] Class ID: TRADE A/P User-Defined 1:

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $15,603.45 | $0.00 | $0.00 | $0.00 | $15,603.45 |

Vendor ID: [redacted] Name: [redacted] Class ID: TRADE A/P User-Defined 1:

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 2 | Aged Totals: | $865.09 | $865.09 | $0.00 | $0.00 | $0.00 |

Vendor ID: [redacted] Name: [redacted] ID: TRADE A/P User-Defined 1:

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 4 | Aged Totals: | $380.92 | $0.00 | $190.46 | $0.00 | $190.46 |

Vendor ID: [redacted] Name: [redacted] Class ID: TRADE A/P User-Defined 1:

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 6 | Aged Totals: | $9,791.96 | $0.00 | $0.00 | $33.10 | $9,758.86 |

Vendor ID: [redacted] Name: [redacted] Class ID: TRADE A/P User-Defined 1:

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 3 | Aged Totals: | $1,197.58 | $0.00 | $0.00 | $0.00 | $1,197.58 |

Vendor ID: [redacted] Name: [redacted] Class ID: TRADE A/P User-Defined 1:

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 3 | Aged Totals: | $2,822.87 | $0.00 | $0.00 | $0.00 | $2,822.87 |

Vendor ID: [redacted] Name: [redacted] Class ID: TRADE A/P User-Defined 1:

| | | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 10 | Aged Totals: | $8,899.28 | $8,899.28 | $0.00 | $0.00 | $0.00 |

| | Vendors | Due | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| **Vendor Totals:** | 26 | $199,310.63 | $37,616.68 | $36,735.80 | $54,098.69 | $70,859.46 |

Ranges:

| | | | | | |
|---|---|---|---|---|---|
| Customer ID: | First - Last | User-Defined 1: | First - Last | State: | First - Last |
| Customer Class: | First - Last | Short Name: | First - Last | Telephone: | First - Last |
| Salesperson ID: | First - Last | Customer Name: | First - Last | Posting Date: | First - 7/31/2026 |
| Sales Territory: | First - Last | ZIP Code: | First - Last | | |

Account Type: All
Aging Date: 7/31/2026
Exclude: Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
Sorted: by Customer ID

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $5,955.00 | $7,350.00 | $0.00 | -$442.00 | -$276.00 | $0.00 | $12,587.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $8,231.33 | $575.00 | $0.00 | $0.00 | $762.25 | $0.00 | $9,568.58 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $13,720.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,720.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $1,370.00 | $172.50 | $0.00 | $0.00 | $0.00 | $0.00 | $1,542.50 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $1,890.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,890.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $782.75 | $1,307.75 | $0.00 | $0.00 | $0.00 | $0.00 | $2,090.50 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $1,026.00 | $2,187.00 | $972.00 | $256.50 | $0.00 | $0.00 | $4,441.50 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $4,275.00 | $1,710.00 | $11,685.00 | $0.00 | $0.00 | $0.00 | $17,670.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Salesperson:
Territory:

Phone: ( ) - Ext.
Credit: Unlimited

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $355.50 | $81.00 | $0.00 | $81.00 | $375.00 | $0.00 | $892.50 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $5,837.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,837.58 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: [redacted]
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $24,648.50 | $1,120.00 | $0.00 | $1,292.00 | $0.00 | $0.00 | $27,060.50 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: [redacted]
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $10,504.50 | $490.00 | $0.00 | $64.00 | $0.00 | $0.00 | $11,058.50 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $490.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $490.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $99.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $99.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $190.14 | $190.14 | $40.54 | $0.00 | $0.00 | $0.00 | $420.82 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $65,349.25 | $19,525.00 | $0.00 | $0.00 | $0.00 | $0.00 | $84,874.25 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $360.50 | $3,034.50 | $0.00 | $0.00 | $0.00 | $0.00 | $3,395.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: ( ) - Ext.
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $105.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $105.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item
User-Defined 1
Contact: [redacted]
Phone: (000) 000-0000 Ext. 0000
Credit: Unlimited
Salesperson:
Territory:

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | $2,644.50 | $6,655.50 | $1,177.50 | $1,096.50 | $0.00 | $0.00 | $11,574.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item

**User-Defined 1**
**Contact:**
**Phone:** ( ) - Ext.
**Credit:** Unlimited

**Salesperson:**
**Territory:**

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $1,966.00 | $1,018.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,984.00 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item

**User-Defined 1**
**Contact:** [redacted]
**Phone:** ( ) - Ext.
**Credit:** Unlimited

**Salesperson:**
**Territory:**

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $329,934.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $329,934.38 |

**Customer:** [redacted] **Name:** [redacted] **Account Type:** Open Item

**User-Defined 1**
**Contact:** [redacted]
**Phone:** [redacted]
**Credit:** Unlimited

**Salesperson:**
**Territory:**

| | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | -$2,675.00 | $7,610.00 | $0.00 | $4,935.00 |

| | Customer(s) | Current | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 | 361 and Over | Balance |
|---|---|---|---|---|---|---|---|---|
| **Grand Totals:** | 22 | $479,734.93 | $45,416.39 | $13,875.04 | -$327.00 | $8,471.25 | $0.00 | $547,170.61 |

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
**Account Number:** [redacted]

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00077429 WBS 802 211 21326 NNNNNNNNNNN 1 000000000 80 0000
JUDGE WAREHOUSING, LLC
DEBTOR IN POSSESSION
980 BOURNE AVE
SAVANNAH GA 31408-9752

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $5,935.02 | |
| Deposits and Credits | 28 | $673,449.93 | |
| Withdrawals and Debits | 25 | $657,974.19 | |
| Checks Paid | 7 | $7,055.61 | |
| **Ending Ledger Balance** | | **$14,355.15** | |

### Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | $8,154.37 |
| | | 6,241.23 |
| | | 75,911.97 |
| | | 50,000.00 |
| | | 25,000.00 |
| | | 15,000.00 |
| | | 2,000.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

JPMorganChase

July 01, 2026 through July 31, 2026
**Account Number:** [redacted]

## Deposits and Credits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| [redacted] | | 2,357.55 |
| | | 20,000.00 |
| | | 17,437.50 |
| | | 10,788.46 |
| | | 51,227.15 |
| | | 38,358.37 |
| | | 1,367.10 |
| | | 7,570.20 |
| | | 74,553.45 |
| | | 25,000.00 |
| | | 6,394.68 |
| | | 26,307.37 |
| | | 120.00 |
| | | 91,131.15 |
| | | 8,765.50 |
| | | 3,182.02 |

JPMorganChase

July 01, 2026 through July 31, 2026

**Account Number:** [redacted]

## Deposits and Credits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | 30,000.00 |
| | | 1,060.20 |
| | | 20,000.00 |
| | | 2,269.20 |
| | | 53,252.46 |
| Total | | **$673,449.93** |

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | $981.62 |
| | | 10,000.00 |
| | | 11,687.00 |
| | | 156,797.40 |
| | | 30,000.00 |
| | | 3,200.00 |
| | | 20,000.00 |
| | | 1,520.88 |
| | | 104.00 |
| | | 3,000.00 |
| | | 990.54 |
| | | 17,000.00 |
| | | 30,000.00 |
| | | 15,000.00 |
| | | 75,000.00 |

JPMorganChase

July 01, 2026 through July 31, 2026
**Account Number:** [redacted]

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| [redacted] | | 29,196.02 |
| | | 32,000.00 |
| | | 6,057.46 |
| | | 35,000.00 |
| | | 60,000.00 |
| | | 21,000.00 |
| | | 35,000.00 |
| | | 1,439.27 |
| | | 3,000.00 |
| | | 60,000.00 |
| Total | | **$657,974.19** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3552 | 07/23 | $50.00 | 3567 | 07/22 | $500.00 | 3571* | 07/06 | $4,960.61 |
| 3553 | 07/06 | $500.00 | 3568 | 07/22 | $50.00 | 3576* | 07/10 | $495.00 |
| 3566* | 07/16 | $500.00 | | | | | | |

**Total** 7 **check(s)** **$7,055.61**

* indicates gap in sequence

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 07/01 | $20,330.62 | 07/17 | $25,969.30 |
| 07/02 | $73,573.97 | 07/20 | $32,363.98 |
| 07/06 | $3,315.96 | 07/21 | $363.98 |
| 07/07 | $5,673.51 | 07/22 | $20,183.89 |
| 07/08 | $9,911.01 | 07/23 | $16,265.04 |
| 07/09 | $699.47 | 07/24 | $4,030.54 |
| 07/10 | $49,910.74 | 07/27 | $7,212.56 |
| 07/13 | $49,806.74 | 07/28 | $2,212.56 |
| 07/14 | $37,174.57 | 07/29 | $1,833.49 |
| 07/15 | $38,541.67 | 07/30 | $21,102.69 |
| 07/16 | $30,611.87 | 07/31 | $14,355.15 |

Your service charges, fees and earnings credit have been calculated through account analysis.

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
**Account Number:** [redacted]

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00077958 WBS 802 211 21326 NNNNNNNNNNN 1 000000000 C1 0000
JUDGE WAREHOUSING, LLC
DEBTOR IN POSSESSION
980 BOURNE AVE
SAVANNAH GA 31408-9752

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $18,285.06 | |
| Deposits and Credits | 4 | $127,000.00 | |
| Withdrawals and Debits | 18 | $129,284.29 | |
| Checks Paid | 11 | $6,551.04 | |
| **Ending Ledger Balance** | | **$9,449.73** | |

### Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | $30,000.00 |
| | | 30,000.00 |
| | | 32,000.00 |
| | | 35,000.00 |
| **Total** | | **$127,000.00** |

### Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | $6,798.87 |
| | | 335.46 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

JPMorganChase

July 01, 2026 through July 31, 2026
**Account Number:** [redacted]

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| [redacted] | | 196.64 |
| [redacted] | | 25,415.18 |
| [redacted] | | 7,579.20 |
| [redacted] | | 477.17 |
| [redacted] | | 209.23 |
| [redacted] | | 22,701.39 |
| [redacted] | | 6,594.49 |
| [redacted] | | 477.17 |
| [redacted] | | 167.23 |
| [redacted] | | 22,942.91 |
| [redacted] | | 6,979.85 |
| [redacted] | | 477.17 |
| [redacted] | | 184.06 |

JPMorganChase

July 01, 2026 through July 31, 2026
**Account Number:** [redacted]

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | 20,736.77 |
| | | 6,534.33 |
| | | 477.17 |
| Total | | **$129,284.29** |

## Checks Paid

| *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 1222 | 07/02 | $745.44 | 1226 | 07/14 | $687.80 | 1230 | 07/22 | $368.72 |
| 1223 | 07/02 | $546.72 | 1227 | 07/17 | $401.43 | 1233* | 07/31 | $589.34 |
| 1224 | 07/03 | $715.90 | 1228 | 07/27 | $544.64 | 1234 | 07/31 | $768.66 |
| 1225 | 07/03 | $784.53 | 1229 | 07/24 | $397.86 | | | |

**Total 11 check(s)** **$6,551.04**

* indicates gap in sequence

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 07/01 | $11,150.73 | 07/20 | $3,451.21 |
| 07/02 | $9,858.57 | 07/21 | $35,451.21 |
| 07/03 | $8,358.14 | 07/22 | $12,139.58 |
| 07/06 | $8,161.50 | 07/23 | $4,682.56 |
| 07/08 | $12,746.32 | 07/24 | $4,284.70 |
| 07/09 | $4,689.95 | 07/27 | $3,556.00 |
| 07/13 | $4,480.72 | 07/28 | $38,556.00 |
| 07/14 | $33,792.92 | 07/29 | $17,819.23 |
| 07/15 | $11,091.53 | 07/30 | $10,807.73 |
| 07/16 | $4,019.87 | 07/31 | $9,449.73 |
| 07/17 | $3,618.44 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank