UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re. The Judge Organization, LLC, §
§
§
Debtor(s) §

Case No. 25-22130

Lead Case No. 25-22123

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 11/14/2025

Months Pending: 9

Industry Classification: 4 8 4 1

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Patrick J. Wynne
Signature of Responsible Party

Patrick J. Wynne
Printed Name of Responsible Party

10/09/2026
Date

10 Colonial Drive, Katonah, New York 10536
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name The Judge Organization, LLC, Case No. 25-22130

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $309,252 | |
| b. | Total receipts (net of transfers between accounts) | $80,000 | $645,000 |
| c. | Total disbursements (net of transfers between accounts) | $77,882 | $335,150 |
| d. | Cash balance end of month (a+b-c) | $311,370 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $77,882 | $335,150 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $1,240,499 |
| e. | Total assets | $1,240,498 |
| f. | Postpetition payables (excluding taxes) | $170,547 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $170,547 |
| k. | Prepetition secured debt | $1,947,299 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $2,117,846 |
| o. | Ending equity/net worth (e-n) | $-877,348 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $-94,686 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-94,686 | $-464,971 |

Debtor's Name The Judge Organization, LLC, Case No. 25-22130

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $10,559 | $70,153 | $8,948 | $46,992 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Saul Ewing | Lead Counsel | $4,319 | $24,863 | $3,028 | $15,630 |
| | ii | Forvis Mazars, LLP | Financial Professional | $3,893 | $29,357 | $4,121 | $20,929 |
| | iii | Cambridge Financial Services, L | Financial Professional | $2,347 | $15,933 | $1,799 | $10,433 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name The Judge Organization, LLC, Case No. 25-22130

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name The Judge Organization, LLC, Case No. 25-22130

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $376 | $2,156 | $270 | $1,564 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Murphy Schiller and Wilkes, LL | Special Counsel | $316 | $1,425 | $149 | $938 |
| | ii | Scopelitis, Garvin, Light, Hanso | Special Counsel | $60 | $731 | $121 | $626 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name The Judge Organization, LLC, Case No. 25-22130

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | |
|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | Yes ◯ No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | Yes ◯ No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | | Yes ◯ No ⦿ | |
| d. | Are you current on postpetition tax return filings? | | Yes ⦿ No ◯ | |
| e. | Are you current on postpetition estimated tax payments? | | Yes ⦿ No ◯ | |
| f. | Were all trust fund taxes remitted on a current basis? | | Yes ⦿ No ◯ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | Yes ◯ No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | Yes ⦿ No ◯ N/A ◯ | |
| i. | Do you have: | Worker's compensation insurance? | Yes ⦿ No ◯ | |
| | | If yes, are your premiums current? | Yes ⦿ No ◯ N/A ◯ | (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ⦿ No ◯ | |
| | | If yes, are your premiums current? | Yes ⦿ No ◯ N/A ◯ | (if no, see Instructions) |
| | | General liability insurance? | Yes ⦿ No ◯ | |
| | | If yes, are your premiums current? | Yes ⦿ No ◯ N/A ◯ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ◯ No ⦿ | |
| k. | Has a disclosure statement been filed with the court? | | Yes ◯ No ⦿ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ◯ No ⦿ | |

Debtor's Name The Judge Organization, LLC, Case No. 25-22130

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Patrick J. Wynne
Signature of Responsible Party

Patrick J. Wynne
Printed Name of Responsible Party

President
Title

10/09/2026
Date

Debtor's Name The Judge Organization, LLC, Case No. 25-22130

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name The Judge Organization, LLC, Case No. 25-22130

PageThree

PageFour

**Judge Organization, LLC**

**Balance Sheet**

**July 31, 2026**

**NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS**

| | Judge Organization, LLC |
|---|---|
| **Assets** | |
| Current assets | |
| Cash | $ 311,370 |
| Due from related parties | 929,128 |
| Total current assets | 1,240,498 |
| Total assets | $ 1,240,499 |
| **Liabilities and Accumulated Deficit** | |
| Current liabilities | |
| Accounts payable and accrued expenses | $ 170,547 |
| Current portion of notes payable | 47,046 |
| Total current liabilities | 217,593 |
| Long-term liabilities | |
| Notes payable, net of current portion | 1,900,253 |
| Total long-term liabilities | 1,900,253 |
| Total liabilities | 2,117,846 |
| Members' deficit | (877,347) |
| Total deficit | (877,347) |
| Total liabilities and members deficiency | $ 1,240,499 |

**Judge Organization, LLC**

**Statement of Operations and Members' Deficiency**

**For the Seven Months Ended July 31, 2026**

**NO ASSURANCE IS PROVIDED ON THESE FINANCIAL STATEMENTS**

| | Judge Organization, LLC |
|---|---|
| Operating expenses | |
| General and administrative expenses ( legal, consulting and accounting) | $ 437,536 |
| Loss from operations | (437,536) |
| Interest expense and finance charges, net | (5) |
| Loss before provision for state income taxes | (437,541) |
| Provision for state income taxes | - |
| Net loss | (437,541) |
| Members' deficiency | |
| Beginning of year | (439,806) |
| End of year | $ (877,347) |

System: 8/22/2026 7:46:06 PM
User Date: 8/22/2026

# HISTORICAL AGED TRIAL BALANCE

GA Judge Organization, LLC
Payables Management

Page: 1
User ID: gprbrogan

**Ranges:**

| | | | |
|---|---|---|---|
| Vendor ID: | First - Last | User-Defined 1: | First - Last |
| Class ID: | First - Last | Posting Date: | First - 7/31/2026 |
| Payment Priority: | First - Last | Document Number: | First - Last |
| Vendor Name: | First - Last | | |

Print Option: SUMMARY
Aged By: Document Date
Aging Date: 7/31/2026

Exclude: Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
Sorted By: Vendor ID
Due Date

**Vendor ID:** [redacted] **Name:** [redacted] **Class ID:** TRADE A/P **User-Defined 1:**

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 5 | Aged Totals: | $55,140.60 | $0.00 | $23,326.50 | $13,723.50 | $18,090.60 |

**Vendor ID:** [redacted] **Name:** [redacted] **Class ID:** TRADE A/P **User-Defined 1:**

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 4 | Aged Totals: | $114,769.40 | $0.00 | $61,433.00 | $10,064.30 | $43,272.10 |

**Vendor ID:** [redacted] **Name:** [redacted] **Class ID:** TRADE A/P **User-Defined 1:**

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 6 | Aged Totals: | $637.59 | $0.00 | $0.00 | $2.15 | $635.44 |

| | Vendors | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| **Vendor Totals:** | 3 | $170,547.59 | $0.00 | $84,759.50 | $23,789.95 | $61,998.14 |

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
**Account Number:** [redacted]

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00032555 WBS 802 211 21326 NNNNNNNNNNN 1 000000000 C1 0000
THE JUDGE ORGANIZATION, LLC
DEBTOR IN POSSESSION
980 BOURNE AVE
SAVANNAH GA 31408-9752

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $309,252.10 | |
| Deposits and Credits | 4 | $80,000.00 | |
| Withdrawals and Debits | 3 | $77,882.00 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$311,370.10** | |

### Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | $20,000.00 |
| | | 20,000.00 |
| | | 20,000.00 |
| | | 20,000.00 |
| **Total** | | **$80,000.00** |

### Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | $29,269.20 |
| | | 8,355.60 |
| | | 40,257.20 |
| **Total** | | **$77,882.00** |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

JPMorganChase

July 01, 2026 through July 31, 2026

**Account Number:** [redacted]

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 07/02 | $291,627.30 | 07/23 | $351,627.30 |
| 07/09 | $311,627.30 | 07/28 | $311,370.10 |
| 07/17 | $331,627.30 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.