# EXHIBIT A

## Lease Unpaid Charges

Tenant: Port Elizabeth Terminal & Warehouse Corp(t0009924)

| Date | Description | Ctl | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|---|
| 11/1/2025 | Monthly Rent (11/2025) | C-334625 | 285,173.42 | 0.00 | 285,173.42 | 285,173.42 |
| 11/1/2025 | RE Tax Estimate (11/2025) | C-334626 | 36,262.00 | 0.00 | 36,262.00 | 321,435.42 |
| 11/1/2025 | Insurance Est. (11/2025) | C-334627 | 8,659.77 | 0.00 | 8,659.77 | 330,095.19 |
| 11/1/2025 | Opex Estimate (11/2025) | C-334628 | 7,296.17 | 0.00 | 7,296.17 | 337,391.36 |
| 11/17/2025 | Outlet repairs 20x | C-335858 | 4,500.00 | 0.00 | 4,500.00 | 341,891.36 |
| 12/17/2025 | Setback box repairs RTU | C-339150 | 6,692.72 | 0.00 | 6,692.72 | 348,584.08 |
| 5/1/2026 | PY RE Tax (01/2025 - 12/2025) | C-356855 | -29,602.47 | 0.00 | -29,602.47 | 318,981.61 |
| 5/1/2026 | PY Insurance (01/2025 - 12/2025) | C-356856 | -1,659.10 | 0.00 | -1,659.10 | 317,322.51 |
| 5/1/2026 | PY Utilities (01/2025 - 12/2025) | C-356857 | 29,131.96 | 0.00 | 29,131.96 | 346,454.47 |
| 5/1/2026 | PY Opex (01/2025 - 12/2025) | C-356858 | 89,396.36 | 0.00 | 89,396.36 | 435,850.83 |
| 6/22/2026 | June late fee | C-362467 | 18,382.44 | 0.00 | 18,382.44 | 454,233.27 |
| 8/24/2026 | August late fee | C-372336 | 18,382.44 | 0.00 | 18,382.44 | 472,615.71 |
| 10/1/2026 | Monthly Rent (10/2026) | C-374703 | 305,331.58 | 0.00 | 305,331.58 | 777,947.29 |
| 10/1/2026 | RE Tax Estimate (10/2026) | C-374704 | 38,102.50 | 0.00 | 38,102.50 | 816,049.79 |
| 10/1/2026 | Insurance Est. (10/2026) | C-374705 | 8,510.76 | 0.00 | 8,510.76 | 824,560.55 |
| 10/1/2026 | Utilities Estimate (10/2026) | C-374706 | 1,725.00 | 0.00 | 1,725.00 | 826,285.55 |
| 10/1/2026 | Opex Estimate (10/2026) | C-374707 | 13,978.92 | 0.00 | 13,978.92 | 840,264.47 |