**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BALLARD SPAHR LLP**
Leslie C. Heilman
Margaret A. Vesper
Erin L. Williamson
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
vesperm@ballardspahr.com
williamsone@ballardspahr.com

*Counsel to Seagis East Rutherford, LLC*

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF SERVICE**

1. I, Leslie C. Heilman:

☒ represent Seagis East Rutherford, LLC in this matter.

☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

☐ am the Click or tap here to enter text.in this case and am representing myself.

2. On October 8, 2026, I served a copy of the following pleadings and/or documents upon the parties listed in the chart below.

Limited Objection and Reservation of Rights of Seagis East Rutherford, LLC to (1) Debtors' Motion for Entry of an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of The Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving The Form and Manner of Notice Thereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases; and (2) Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran Steele<br>David Gerardi<br>Office of the United States Trustee for the District of New Jersey,<br>One Newark Center, Suite 2100,<br>Newark, NJ 07102<br>Fran.B.Steele@usdoj.gov<br>David.Gerardi@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via CM/ECF electronic service<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey Hampton<br>Turner N. Falk<br>Stephen B. Ravin<br>Saul Ewing LLP<br>One Riverfront Plaza<br>1037 Raymond Boulevard<br>Suite 1520<br>Newark, NJ 07102<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>stephen.ravin@saul.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via CM/ECF electronic service<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John S. Mairo<br>Christopher P. Anton<br>FBT Gibbons LLP | Counsel to the Committee | ☐ Hand-delivered |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| One Gateway Center<br>Newark, NJ 07102<br>jmairo@fbtgibbons.com<br>canton@fbtgibbons.com | | ☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via CM/ECF electronic service<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean C. Kulka<br>Bradley Arant Boult Cummings LLP<br>Promenade Tower<br>1230 Peachtree Street NE<br>Atlanta, Georgia 30309<br>sean.kulka@bradley.com | Counsel to the Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via CM/ECF electronic service<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph L. Schwartz<br>John Harmon<br>Riker Danzig LLP<br>7 Giralda Farms, Suite 250<br>Madison, NJ 07940-1051<br>jschwartz@riker.com<br>jharmon@riker.com | Counsel to the Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via CM/ECF electronic service<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Dated: October 9, 2026

*__/s/ Leslie C. Heilman__*
Leslie C. Heilman