# EXHIBIT B

**Invoice**

FBT Gibbons

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**
**Attn: Mike S. Mandell, Chairperson for Official Committee**
**2333 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Fed # 61-0722001
October 21, 2026
Invoice # 210721428
Account # G119121.G114792

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---|
| For Professional Services Rendered Through September 30, 2026 | 27,257.50 |
| **TOTAL THIS INVOICE:** | **27,257.50** |
| Outstanding Invoices (see page 2 for details – if already paid please disregard) | 23,008.80 |
| **TOTAL AMOUNT DUE:** | **50,266.30** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

## RECAP OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Balance |
|---|---|---|
| 07/23/26 | 210688982 | 12,286.60 |
| 08/31/26 | 210701031 | 7,176.70 |
| 09/15/26 | 210706454 | 3,545.50 |
| | **TOTAL** | **$23,008.80** |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 09/01/26 | (B100)(B110)(A101)Assist C. Anton in preparation for the hearing re: Debtors' Bidding Procedures Motion and objection deadline re: Motion to Compel payment of Administrative Claim (Wells Fargo Vendor & HYG Financial Services). | ENM | 0.20 | 77.00 |
| 09/01/26 | (B100)(B110)(A108)Attention to correspondence from R. Wright re: updated Fee Application for Dundon Advisers. | ENM | 0.10 | 38.50 |
| 09/01/26 | (B100)(B160)(A101)Updates to the 8th Monthly Fee Statement of FBT Gibbons LLP. | ENM | 0.20 | 77.00 |
| 09/01/26 | (B100)(B160)(A103)Review and revisions to Dundon Advisers 7th Monthly Fee Application; correspondence to J. Mairo re: same. | ENM | 0.40 | 154.00 |
| 09/01/26 | (B100)(B160)(A101)Final assemble to FBT Gibbons 8th Monthly Fee Statement; correspondence to J. Mairo for final review. | ENM | 0.20 | 77.00 |
| 09/01/26 | (B100)(B160)(A108)Correspondence to R. Wright re revisions enclosing redlined copy of Dundon Advisers 7th Monthly Fee Application for review and approval prior to filing. | ENM | 0.10 | 38.50 |
| 09/01/26 | (B100)(B160)(A111)File with the Court the 8th Monthly Fee Statement of FBT Gibbons; calendared deadlines. | ENM | 0.40 | 154.00 |
| 09/01/26 | (B100)(B160)(A103)Draft of Dundon Advisers Notice of 7th Monthly Fee Application. | ENM | 0.20 | 77.00 |
| 09/01/26 | (B100)(B130)(A109)Attend hearing on Debtors' bid procedures motion via Zoom. | CPA | 1.30 | 1,137.50 |
| 09/01/26 | (B300)(B310)(A108)Telephone conference with S. Ravin and J. Mairo re: Wells Fargo motion for payment of administrative expense claim. | CPA | 0.20 | 175.00 |
| 09/01/26 | (B300)(B310)(A107)Email from J. Lubertazzi to Debtors' counsel re: Wells Fargo motion. | CPA | 0.10 | 87.50 |
| 09/01/26 | (B300)(B310)(A105)Emails to/from J. Mairo re: Wells Fargo motion. | CPA | 0.10 | 87.50 |
| 09/01/26 | (B100)(B130)(A107)Email from Joseph Schwartz to Turner Falk re: adequate assurance information. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 09/01/26 | (L100)(L190)(A105)Conference with J. Mairo re: Wells Fargo motion and related matters. | CPA | 0.40 | 350.00 |
| 09/01/26 | (B300)(B310)(A104)Analyze HYG forklift leases and consider position on motion for administrative expense claim. | CPA | 0.70 | 612.50 |
| 09/01/26 | (B200)(B230)(A104)Confer with C. Anton regarding pending motions. | JSM | 0.40 | 440.00 |
| 09/01/26 | (B200)(B230)(A104)Call with debtor counsel regarding pending motions, including motion to compel post petition payment. | JSM | 0.30 | 330.00 |
| 09/01/26 | (B100)(B130)(A104)File review in preparation for bid procedures hearing, including review of proposed order and consultation rights. | JSM | 0.50 | 550.00 |
| 09/01/26 | (B100)(B130)(A104)Attend hearing on bid procedures motion and approval of same with minor revisions. | JSM | 1.30 | 1,430.00 |
| 09/01/26 | (B100)(B130)(A104)Communicate with debtor counsel regarding virtual or in-person attendance at hearing. | JSM | 0.10 | 110.00 |
| 09/02/26 | (B100)(B160)(A108)Correspondence to R. Wright re revisions to Dundon Advisers 8th Monthly Fee Application. | ENM | 0.10 | 38.50 |
| 09/02/26 | (B100)(B160)(A111)File with the Court Dundon Advisers 7th Monthly Fee Application; email and mail service copies; calendared deadlines. | ENM | 0.50 | 192.50 |
| 09/02/26 | (B100)(B160)(A103)Revise the Certification of Service re: FBT Gibbons and Dundon Advisers Monthly Fee Application for the period of July. | ENM | 0.30 | 115.50 |
| 09/02/26 | (B100)(B110)(A111)File with the Court the Certificate of Service re: FBT Gibbons and Dundon Monthly Fee Applications for the period of July. | ENM | 0.20 | 77.00 |
| 09/02/26 | (B100)(B110)(A111)Attention to Notice of Electronic Filing re: Adjournment of hearing re Wells Fargo and HYG Motion to Compel; Calendared new hearing date. | ENM | 0.20 | 77.00 |
| 09/02/26 | (B100)(B150)(A104)Email UCC regarding upcoming meeting and communications regarding potential other | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | bidder. | | | |
| 09/02/26 | (B200)(B230)(A104)Review and confer with C. Anton regarding summary of pending motions relating to compelling post petition payment and insurance coverage. | JSM | 0.40 | 440.00 |
| 09/02/26 | (B100)(B150)(A104)Send updated agenda and motion summaries to UCC for upcoming call. | JSM | 0.20 | 220.00 |
| 09/02/26 | (B100)(B150)(A104)Call with UCC regarding agenda items, including bid procedures and pending motions. | JSM | 0.40 | 440.00 |
| 09/02/26 | (B100)(B130)(A104)Review and respond to debtor counsel email with revised bid procedures motion and order. | JSM | 0.30 | 330.00 |
| 09/02/26 | (B100)(B130)(A104)Review revised bid procedures order and related correspondence. | CPA | 0.20 | 175.00 |
| 09/02/26 | (B100)(B130)(A105)Email to J. Mairo re: revised bid procedures order. | CPA | 0.10 | 87.50 |
| 09/02/26 | (B100)(B150)(A106)Prepare for and attend weekly UCC meeting (via Teams). | CPA | 0.40 | 350.00 |
| 09/02/26 | (B100)(B130)(A108)Email from J. Mairo to R. Wright re: bid procedures motion and related matters. | CPA | 0.10 | 87.50 |
| 09/02/26 | (B100)(B130)(A107)Email from E. Cox re: closing checklist call. | CPA | 0.10 | 87.50 |
| 09/02/26 | (B100)(B150)(A106)Emails from J. Mairo to Committee members re: weekly call agenda. | CPA | 0.10 | 87.50 |
| 09/02/26 | (L100)(L190)(A103)Draft/finalize memo re: Debtors' insurance motion and Wells Fargo motion for allowance and payment of administrative expense claim. | CPA | 0.30 | 262.50 |
| 09/02/26 | (B100)(B130)(A104)Call with R. Wright regarding UCC call, sale status, and related issues. | JSM | 0.30 | 330.00 |
| 09/03/26 | (B100)(B130)(A104)Review and respond to meeting time for sale status update. | JSM | 0.20 | 220.00 |
| 09/03/26 | (B100)(B185)(A104)Review Debtors' motion to extend time to assume/reject leases. | CPA | 0.10 | 87.50 |
| 09/04/26 | (B100)(B110)(A101)Attention to Notice of Electronic | ENM | 0.30 | 115.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | Filing re: Shortening Time of Hearing re Debtor's 2nd Motion to Extend Lease Assumption/Rejection Deadline; Review of Motion; Order and Calendared deadline. | | | |
| 09/04/26 | (B100)(B130)(A104)Review lease extension motion and entered order shortening time. | JSM | 0.40 | 440.00 |
| 09/04/26 | (B100)(B130)(A104)Review entered bid procedures order. | JSM | 0.10 | 110.00 |
| 09/07/26 | (B100)(B150)(A104)Email UCC regarding entered Bid Procedures Order and upcoming hearing on motion to extend time to assume/reject leases. | JSM | 0.30 | 330.00 |
| 09/07/26 | (L100)(L190)(A107)Email from J. Mairo to Committee members re: bid procedures order and motion to extend time to assume or reject leases. | CPA | 0.10 | 87.50 |
| 09/08/26 | (C000)(C100)(A104)Attention to Notice of Electronic Filing re Order Approving Bidding Procedures; Review Order and calendared Sale timeline deadlines. | ENM | 0.40 | 154.00 |
| 09/08/26 | (B200)(B230)(A104)Emails with debtor counsel regarding lease assumption/rejection extension, landlord negotiations, and upcoming hearing. | JSM | 0.60 | 660.00 |
| 09/08/26 | (B200)(B230)(A104)Court hearing on extension of time to assume/reject leases. | JSM | 0.40 | 440.00 |
| 09/08/26 | (B100)(B150)(A104)Emails with UCC member regarding attendance at upcoming meeting and related issues. | JSM | 0.20 | 220.00 |
| 09/08/26 | (B100)(B130)(A104)Call with SH counsel and debtor counsel to go over sale checklist and related issues. | JSM | 0.50 | 550.00 |
| 09/08/26 | (B100)(B130)(A107)Closing checklist call with counsel for Debtors and East Coast Warehouse. | CPA | 0.30 | 262.50 |
| 09/09/26 | (B100)(B110)(A111)Review of docket in re to Order Extending deadline re: Assumption of Leases; Calendared deadline accordingly. | ENM | 0.20 | 77.00 |
| 09/09/26 | (B100)(B150)(A104)Call with UCC FA regarding potential UCC meeting, approval of lease extension motion, and sale meeting and related issues. | JSM | 0.30 | 330.00 |
| 09/09/26 | (B100)(B150)(A104)Call with UCC member regarding recent events and canceling UCC meeting. | JSM | 0.20 | 220.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 09/09/26 | (B100)(B150)(A104)Draft status update for UCC, including report on sale status and lease extension motion, and cancel meeting. | JSM | 0.40 | 440.00 |
| 09/09/26 | (B100)(B130)(A108)Emails to/from R. Wright re: bid procedures order and APA. | CPA | 0.10 | 87.50 |
| 09/09/26 | (B100)(B150)(A106)Email from J. Mairo to Committee members re: case status/developments. | CPA | 0.10 | 87.50 |
| 09/10/26 | (B100)(B170)(A101)Attention to correspondence from R. Wright re draft copy of Dundon 8th Monthly Fee Application. | ENM | 0.10 | 38.50 |
| 09/10/26 | (B100)(B110)(A104)Call with debtor counsel regarding docket entries relating to new judge assignment. | JSM | 0.20 | 220.00 |
| 09/11/26 | (B100)(B110)(A104)Attention to Notice of Electronic Filing re Debtor's Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases filed; Review of Notice and calendar deadlines accordingly. | ENM | 0.40 | 154.00 |
| 09/11/26 | (B100)(B130)(A104)Review email from M. Thaler regarding tax allocation and respond to same. | JSM | 0.50 | 550.00 |
| 09/11/26 | (B100)(B130)(A104)Draft email to UCC FA and internal team regarding tax methodology and Plan. | JSM | 0.30 | 330.00 |
| 09/11/26 | (B100)(B130)(A107)Emails from M. Thaler and J. Hampton re: draft allocation methodology. | CPA | 0.10 | 87.50 |
| 09/11/26 | (B100)(B130)(A108)Review email from J. Mairo to Dundon team re: allocation methodology. | CPA | 0.10 | 87.50 |
| 09/11/26 | (B100)(B130)(A104)Review draft allocation methodlogy. | CPA | 0.10 | 87.50 |
| 09/14/26 | (B100)(B110)(A111)Attention to Notice of Electronic Filing re: rescheduled hearing; Calendared new date. | ENM | 0.20 | 77.00 |
| 09/15/26 | (B100)(B130)(A104)Review court notice re: sale hearing. | CPA | 0.10 | 87.50 |
| 09/15/26 | (L100)(L190)(A104)Review debtors' monthly operating reports. | CPA | 0.20 | 175.00 |
| 09/16/26 | (B100)(B110)(A110)Attention to Notice of Electronic filing regarding Monthly Operating reports filed with the | ENM | 0.20 | 77.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | Bankruptcy Court. | | | |
| 09/16/26 | (B100)(B150)(A108)Email UCC member regarding call report. | JSM | 0.40 | 440.00 |
| 09/16/26 | (B100)(B150)(A108)Email agenda to UCC members. | JSM | 0.10 | 110.00 |
| 09/16/26 | (B100)(B150)(A107)Call with UCC to discuss pending matters, including sale status. | JSM | 0.30 | 330.00 |
| 09/16/26 | (B200)(B210)(A108)Emails and call with UCC Financial Advisor regarding operations and UCC call. | JSM | 0.30 | 330.00 |
| 09/16/26 | (B200)(B210)(A107)Emails with debtor counsel regarding professional reserve and pending requests. | JSM | 0.30 | 330.00 |
| 09/16/26 | (L100)(L190)(A108)Email from R. Wright re: financial update. | CPA | 0.10 | 87.50 |
| 09/16/26 | (L100)(L190)(A108)Review emails to/from J. Mairo and R. Wright re: US Trustee fee issues. | CPA | 0.10 | 87.50 |
| 09/16/26 | (L100)(L190)(A107)Emails from S. Ravin, R. Wright and J. Mairo re: UST fee issues. | CPA | 0.30 | 262.50 |
| 09/16/26 | (B100)(B150)(A105)Emails from J. Mairo and R. Wright re: agenda for weekly Committee meeting. | CPA | 0.20 | 175.00 |
| 09/16/26 | (B100)(B150)(A106)Weekly Creditors' Committee meeting. | CPA | 0.30 | 262.50 |
| 09/17/26 | (B200)(B210)(A106)Email with R. Wright regarding pending motions, operations, and UST fees. | JSM | 0.40 | 440.00 |
| 09/17/26 | (L100)(L190)(A107)Emails from S. Ravin and J. Mairo re: US Trustee fees. | CPA | 0.10 | 87.50 |
| 09/18/26 | (B100)(B130)(A108)Call with SH purchaser and debtor counsel regarding status of sale process. | JSM | 0.40 | 440.00 |
| 09/18/26 | (B100)(B130)(A107)Teams meeting with counsel for Debtors and East Coast Warehouse re: closing checklist items. | CPA | 0.40 | 350.00 |
| 09/21/26 | (B100)(B110)(A105)Confer with C. Anton re upcoming hearing re: Insurance Premium Finance Motion & Wells Fargo/HYG Administrative Claim Motion. | ENM | 0.10 | 38.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 09/21/26 | (B100)(B110)(A111)Review of docket and attention to correspondence from C. Anton re: adjournment of Hearing re Wells Fargo/HYG Administrative Claim Motion. | ENM | 0.10 | 38.50 |
| 09/21/26 | (L100)(L190)(A105)Confer with J. Mairo re: pending motions. | CPA | 0.10 | 87.50 |
| 09/21/26 | (L100)(L190)(A107)Emails to/from S. Ravin and M. Khoudari re: insurance premium financing motion. | CPA | 0.10 | 87.50 |
| 09/22/26 | (B100)(B160)(A101)Draft FBT Gibbons Ninth Monthly Fee Application and revise Dundon Eighth Monthly Fee Application; draft notice of Dundon Eighth Monthly Fee Application. | ENM | 1.10 | 423.50 |
| 09/22/26 | (B100)(B110)(A101)Draft of FBT Gibbons and Dundon Advisers Certificates of No Objections re their corresponding Monthly Fee Applications; Correspondence to J. Mairo for review prior to filing. | ENM | 0.30 | 115.50 |
| 09/22/26 | (B100)(B110)(A111)File with the Court the Certificate of No Objection re FBT Gibbons 8th Monthly Fee Application; Correspondence to Client requesting payment. | ENM | 0.40 | 154.00 |
| 09/22/26 | (B200)(B210)(A108)Emails with UCC FA regarding operations and finances. | JSM | 0.30 | 330.00 |
| 09/22/26 | (B100)(B150)(A108)Emails with UCC chair regarding meeting and sale status. | JSM | 0.20 | 220.00 |
| 09/22/26 | (L100)(L190)(A108)Review emails from J. Compitello and R. Wright re: UST fees. | CPA | 0.10 | 87.50 |
| 09/22/26 | (L100)(L190)(A104)Review order re: Debtor's insurance motion. | CPA | 0.10 | 87.50 |
| 09/23/26 | (B100)(B110)(A101)Updates and Correspondence to R. Wright re Certificate of No Objections and Dundon Advisers Monthly Fee Application for the period of July. | ENM | 0.30 | 115.50 |
| 09/23/26 | (B100)(B160)(A101)Revisions to FBT Gibbons 9th Monthly Fee Application; final draft copy to J. Mairo for final review. | ENM | 0.80 | 308.00 |
| 09/23/26 | (B100)(B110)(A104)Review Debtor's Motion to Extend Time to File Chapter 11 Plan and Solicit Votes; calendar | ENM | 0.20 | 77.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | hearing date. | | | |
| 09/23/26 | (B100)(B110)(A111)File with the Court the Certificate of No Objection of Dundon Advisers re their 8th Monthly Fee Application; Correspondence to R. Wright enclosing filed copy. | ENM | 0.30 | 115.50 |
| 09/23/26 | (B100)(B150)(A106)Emails with committee regarding status of sale process and adjourning meeting. | JSM | 0.40 | 440.00 |
| 09/23/26 | (B100)(B150)(A106)Review email from J. Mairo to Committee members re: update. | CPA | 0.10 | 87.50 |
| 09/24/26 | (L100)(L190)(A108)Email from I. Cones (UST) re: quarterly fees. | CPA | 0.10 | 87.50 |
| 09/25/26 | (B100)(B160)(A103)Revisions to the 9th Monthly Fee Application of FBT Gibbons. | ENM | 0.30 | 115.50 |
| 09/25/26 | (B100)(B160)(A111)File with the Court the Monthly Fee Applications of FBT Gibbons and Dundon Advisers; Send Service email; Calendar deadlines. | ENM | 0.70 | 269.50 |
| 09/25/26 | (L100)(L190)(A107)Emails from S. Ravin UCC professional fee fund and potential status conference with Bankruptcy Court. | CPA | 0.10 | 87.50 |
| 09/28/26 | (L100)(L190)(A107)Email from J. Mairo to S. Ravin re: potential status conference with Judge Papalia. | CPA | 0.10 | 87.50 |
| 09/28/26 | (B100)(B150)(A108)Emails with S. Ravin about status conference with Judge Papalia; review S. Ravin letter to Judge Papalia chambers regarding court conference. | JSM | 0.40 | 440.00 |
| 09/28/26 | (L100)(L190)(A108)Email from S. Ravin to Judge Papalia requesting status conference. | CPA | 0.10 | 87.50 |
| 09/29/26 | (B100)(B110)(A111)File with the Court the Certificate of Service re FBT Gibbons and Dundon Monthly Fee Applications for the month of August. | ENM | 0.30 | 115.50 |
| 09/29/26 | (B100)(B110)(A111)Prepare and mail service copies of FBT Gibbons and Dundon Monthly Fee Applications for the Month of August. | ENM | 0.20 | 77.00 |
| 09/29/26 | (L100)(L190)(A104)Review cash variance report and related emails. | CPA | 0.10 | 87.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 09/30/26 | (B100)(B150)(A106)Review email from J. Mairo to Committee re: meeting agenda. | CPA | 0.10 | 87.50 |
| 09/30/26 | (B100)(B150)(A106)Weekly Committee meeting. | CPA | 0.40 | 350.00 |
| 09/30/26 | (B100)(B130)(A107)Sale check-in call with counsel for Debtors and purchaser. | CPA | 0.40 | 350.00 |
| 09/30/26 | (B100)(B130)(A108)Attend call with ECW and Debtor counsel regarding status of open items with sale transaction. | JSM | 0.40 | 440.00 |
| 09/30/26 | (B100)(B130)(A104)File review in advance of ECW call to review closing checklist. | JSM | 0.20 | 220.00 |
| 09/30/26 | (B200)(B210)(A106)Call with R. Wright regarding status of operations and UCC call. | JSM | 0.20 | 220.00 |
| 09/30/26 | (B100)(B150)(A108)Email agenda to UCC. | JSM | 0.20 | 220.00 |
| 09/30/26 | (B100)(B150)(A108)Conference call with UCC regarding pending matters. | JSM | 0.40 | 440.00 |
| 09/30/26 | (B300)(B320)(A104)Review Plan exclusivity motion. | JSM | 0.20 | 220.00 |
| | | **Total:** | **33.10** | **$27,257.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Tkpr | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CPA | Christopher P. Anton | 8.90 | 875.00 | 7,787.50 |
| JSM | John S. Mairo | 14.20 | 1,100.00 | 15,620.00 |
| ENM | Edna N. Munera | 10.00 | 385.00 | 3,850.00 |
| | | **33.10** | | **27,257.50** |

## PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|---|---|---|---|---|
| B100 | B110 | Case Administration | 4.40 | 1,837.00 |
| B100 | B130 | Asset Disposition | 9.00 | 9,112.50 |

| | | | | |
|---|---|---|---|---|
| B100 | B150 | Meetings of and Communications with Creditors | 6.40 | 6,657.50 |
| B100 | B160 | Fee/Employment Applications | 5.30 | 2,040.50 |
| B100 | B170 | Fee/Employment Objections | 0.10 | 38.50 |
| B100 | B185 | Assumption/Rejection of Leases and Contracts | 0.10 | 87.50 |
| | | **SUB-TOTAL** | **25.30** | **19,773.50** |
| B200 | B210 | Business Operations | 1.50 | 1,650.00 |
| B200 | B230 | Financing/Cash Collections | 2.10 | 2,310.00 |
| | | **SUB-TOTAL** | **3.60** | **3,960.00** |
| B300 | B310 | Claims Administration and Objections | 1.10 | 962.50 |
| B300 | B320 | Plan and Disclosure Statement (including Business Plan) | 0.20 | 220.00 |
| | | **SUB-TOTAL** | **1.30** | **1,182.50** |
| C000 | C100 | Fact Gathering | 0.40 | 154.00 |
| | | **SUB-TOTAL** | **0.40** | **154.00** |
| L100 | L190 | Other Case Assessment, Development and Administration | 2.50 | 2,187.50 |
| | | **SUB-TOTAL** | **2.50** | **2,187.50** |
| | | **TOTAL** | **33.10** | **27,257.50** |