# EXHIBIT A

## Time Detail

| User | Entry Date | Client | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|
| Jordan Olsen | 09/08/2026 | Port Elizabeth | Retention and Fee Applications | Drafting Fee Aplication for August | 1.90 | $495.00/hr | $940.50 |
| Jordan Olsen | 09/08/2026 | Port Elizabeth | Business Analysis | Cash Flow Variance Actual vs Forecast August 3 to August 29 review | 2.30 | $495.00/hr | $1,138.50 |
| Jordan Olsen | 09/29/2026 | Port Elizabeth | Business Analysis | Cash Flow Variance Revenue Actual vs Forecast 08.30 to 09.19 review | 1.70 | $495.00/hr | $841.50 |
| Jordan Olsen | 09/29/2026 | Port Elizabeth | Claims Analysis | Buildling claim base schedule | 1.40 | $495.00/hr | $693.00 |
| **Totals For Jordan Olsen** | | | | | **7.30** | | **$3,613.50** |
| Rick Wright | 09/02/2026 | Port Elizabeth | Sales Process | Reviewed APA in preparation for UCC call. | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 09/02/2026 | Port Elizabeth | Sales Process | Participated in UCC call. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 09/08/2026 | Port Elizabeth | Retention and Fee Applications | August fee statement | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 09/09/2026 | Port Elizabeth | Retention and Fee Applications | August fee app | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 09/09/2026 | Port Elizabeth | Business Analysis | Reviewed August cash flow variance report. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 09/09/2026 | Port Elizabeth | Business Analysis | Prepared a recovery waterfall for the committee. | 0.70 | $960.00/hr | $672.00 |
| Rick Wright | 09/11/2026 | Port Elizabeth | Sales Process | Reviewed tax allocation schedules. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 09/16/2026 | Port Elizabeth | Business Analysis | Reviewed August variance report prepared by the Debtors. | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 09/16/2026 | Port Elizabeth | Business Analysis | Prepared a financial update for the committee. | 0.60 | $960.00/hr | $576.00 |
| Rick Wright | 09/16/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in a call with the committee. | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 09/23/2026 | Port Elizabeth | Retention and Fee Applications | Prepared August fee app. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 09/29/2026 | Port Elizabeth | Business Analysis | Reviewed mid-month variance report. | 0.50 | $960.00/hr | $480.00 |
| Rick Wright | 09/29/2026 | Port Elizabeth | Claims Analysis | Reviewed filed claims. | 0.70 | $960.00/hr | $672.00 |
| Rick Wright | 09/30/2026 | Port Elizabeth | Business Analysis | Reviewed mid-month variance report. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 09/30/2026 | Port Elizabeth | Claims Analysis | Reviewed filed claims. | 0.80 | $960.00/hr | $768.00 |
| Rick Wright | 09/30/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | Participated in a call with the committee. | 0.30 | $960.00/hr | $288.00 |
| **Totals For Rick Wright** | | | | | **7.30** | | **$7,008.00** |
| | | | **Grand Total** | **14.60** | **14.60** | **$10,621.50** | |