| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Jeffrey C. Hampton, Esquire<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: Jeffrey.hampton@saul.com<br>stephen.ravin@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | HEARING DATE:<br><br>**November 17, 2026 at 10:00 a.m. (ET)**<br><br>OBJECTION DEADLINE:<br><br>**November 10, 2026** |

**NOTICE OF THIRD INTERIM FEE APPLICATION OF FORVIS MAZARS, LLP, ACCOUNTANT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2026 THROUGH JULY 31, 2026**

**PLEASE TAKE NOTICE** that on **November 17, 2026 at 10:00 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard, the above-captioned debtors (the "Debtors"), by and

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

through their undersigned counsel will move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, Courtroom 3B, for entry of an order, substantially in the form submitted herewith, seeking approval of the attached interim fee application (the "Interim Fee Application") for professional services rendered by Forvis Mazars, LLP ("Mazars"), accountant to the above-captioned debtors (the "Debtors"), has filed the attached interim fee application (the "Interim Fee Application") for the period from May 1, 2026 to July 31, 2026 with the United States Bankruptcy Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Monthly Fee Application shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court by **November 10, 2026**.

Dated: October 27, 2026

**SAUL EWING LLP**

By: */s/ Stephen B. Ravin*

Stephen B. Ravin, Esquire
Jeffrey C. Hampton, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
Jeffrey.hampton@saul.com
turner.falk@saul.com

-and-

Mariam Khoudari, Esquire
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
E-mail: mariam.khoudari@saul.com
*Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Jeffrey C. Hampton, Esquire<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: Jeffrey.hampton@saul.com<br>stephen.ravin@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | |

**THIRD ACCOUNTANT FEE APPLICATION COVER SHEET**
**FOR THE PERIOD OF MAY 1, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Forvis Mazars, LLP |
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

[*Remainder of page left intentionally blank*]

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**RETENTION ORDER ATTACHED.**

By:*/s/ Sofia Cordero* October 27, 2026



Sofia Cordero

**SECTION I**
**FEE SUMMARY**

**___ Monthly Fee Statement No. __ , _X_ Interim Fee Application No. _3_, or ___ Final Fee Application**

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested | $729,567.70 | $4,080.20 |
| Total Fees Allowed to Date: | $678,067.45 | $4,080.20 |
| Total Holdback (If Applicable) | $51,500.25 | $0.00 |
| Total Received by Applicant | $529,712.74 | $3,080.20 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Juan Angel, Associate | 1 | 23.25 | $115.50 | $2,685.38 |
| Hilary Celis, Senior | 4 | 55.5 | $399.00 | $20,359.50 |
| Sofia Cordero, Partner | 13 | 104.25 | $950.26 | $96,354.64 |
| Kevin Hamernik, Partner | 33 | 29.75 | $824.26 | $23,741.82 |
| Megan K. Hartwig, Consultant | 2 | 1.15 | $346.50 | $398.48 |
| Andrew Lendrum, Senior Manager | 10 | 0.75 | $603.75 | $452.81 |
| Alejandra Loaiza, Associate | 3 | 4.5 | $309.75 | $1,393.88 |
| Antonio Mejia, Senior | 3 | 138.75 | $157.52 | $21,853.29 |
| Edgar Nava, Associate | 2 | 36.25 | $115.50 | $4,186.88 |
| Teresa Peebles, Tax Service Associate | 5 | 0.25 | $304.50 | $76.13 |
| Paru Shah, Senior Manager | 19 | 25.25 | $598.50 | $14,672.46 |
| Edward Unkles, Manager | 10 | 139 | $577.50 | $71,325.19 |
| **TOTALS** | | **558.65** | | **$257,500.43** |

| | |
|---|---|
| **Fee Totals** | **$257,500.43** |
| **Minus 50% for Non-Working Travel** | **$0.00** |

| | |
|---|---|
| **Grand Fee Total** | **$257,500.43** |
| **Expense Totals** | **$1,500** |
| **Total** | **$259,000.43** |

[*Remainder of page left intentionally blank*]

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 322.15 | $115,264.79 |
| 2. | Fee/Employment Applications (Other Professionals) | 25.00 | $15,441.57 |
| 3. | UST Reports, Meetings and Issues | 147.75 | $77,760.38 |
| 4. | Asset Disposition | 63/75 | $49,033.69 |
| | **Total:** | **558.65** | **$257,500.43** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Data room Access | $1,500.00 |
| **Total:** | **$1,500.00** |

[*Remainder of page left intentionally blank*]

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| **Date case filed:** | November 14, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:** | *See Order Authorizing Retention of Forvis Mazars, LLP Effective as of November 14, 2025* [D.I. 69] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:** | *See* narrative portion of the fee application. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 71 | 11/14/25-11/30/25 | $25,394.62 | $0.00 | $25,394.62 | $0.00 | $0.00 |
| 150 | 12/1/25-12/30/25 | $108,764.27 | $0.00 | $108,764.27 | $0.00 | $0.00 |
| 176 | 1/1/2026-1/31/2026 | $84,791.44 | $0.00 | $84,791.44 | $0.00 | $0.00 |
| 221 | 2/1/2026-2/28/2026 | $87,566.33 | $1,500.00 | $87,566.33 | $1,500.00 | $0.00 |
| 260 | 3/1/2026-3/31/2026 | $82,498.50 | $580.20 | $82,498.50 | $580.20 | $0.00 |
| 287 | 4/1/2026-4/30/2026 | $83,052.11 | $500.00 | $83,052.11 | $500.00 | $0.00 |
| 346 | 5/1/2026-5/31/2026 | $72,057.04 | $500.00 | $57,645.47 | $500.00 | $14,411.57 |
| 390 | 6/1/2026-6/30/2026 | $85,416.45 | $500.00 | $0.00 | $0.00 | $85,916.45 |
| 424 | 7/1/26-7/31/26 | $100,026.94 | $500.00 | $0.00 | $0.00 | $100,526.94 |
| **Totals:** | | $729,567.70 | $4,080.20 | $529,712.74 | $3,080.20 | $200,854.96 |

[*Remainder of page left intentionally blank*]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***

**SAUL EWING LLP**
Jeffrey C. Hampton, Esquire
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
Mariam Khoudari, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: Jeffrey.hampton@saul.com
stephen.ravin@saul.com
turner.falk@saul.com
mariam.khoudari@saul.com

*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-22123 (VFP)

(Jointly Administered)

**THIRD INTERIM FEE APPLICATION OF FORVIS MAZARS, LLP, ACCOUNTANT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM MAY 1, 2026 THROUGH JULY 31, 2026</u>**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

of New Jersey (the "**Local Rules**"), Forvis Mazars, LLP ("**Mazars**" or the "**Applicant**"), accountant to the debtors and debtors-in-possession (the "**Debtors**"), hereby applies to the Court for its third interim fee application (the "**Third Interim Fee Application**") for professional services rendered and reimbursement of actual and necessary expenses incurred for the period May 1, 2026 through July 31, 2026 (the "**Application Period**") in connection with its retention as accountant to the Debtors and in accordance with the *Administrative Order Granting Debtors' Motion to Establish Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 71] (the "**Interim Compensation Order**"). In accordance with the Interim Compensation Order, Mazars seeks interim approval and allowance of compensation in the amount of $257,500.43, and reimbursement of expenses in the amount of $1,500, for the Application Period. In support of the Third Interim Fee Application, Mazars respectfully represents as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory basis for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules").

## BACKGROUND

3. On November 14, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Court.

4. A description of the Debtors' businesses, the reasons for commencing the chapter

11 cases (the "Chapter 11 Cases"), the relief sought from the Court, and the facts and circumstances supporting this Motion are set forth in the *Declaration of Patrick Wynne in Support of First Day Motions for Relief* [Docket No. 19].

5. Collectively, the Debtors provide transportation, logistic, and warehouse related services. More specifically, the Debtors offer rail boxcar services, container handling services, warehousing services, multiple shipping options (e.g., rail, truck, air, and international shipping), specialized material handling services, cross docking, handling, and packing services, beverage specialists and alcoholic beverages expertise services, and product care and protection services.

6. On December 9, 2025, the Court entered its *Order Authorizing Retention of Forvis Mazars, LLP Effective as of November 14, 2025* [D.I. 69], attached hereto as **Exhibit A**, as well as the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these chapter 11 cases.

## INFORMATION REQUIRED BY THE GUIDELINES

### A. The Scope of the Third Interim Fee Application

7. Consistent with Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Professionals in Larger Chapter 11 Cases (the "**Guidelines**"), effective as of November 1, 2013, Mazars discloses the following concerning the scope of the Third Interim Fee Application

| | |
|---|---|
| Name of Applicant: | Forvis Mazars, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Period for which compensation and reimbursement is sought | *Start:* May 1, 2026<br>*End:* July 31, 2026 |
| Total compensation sought this period | $257,500.43 |
| Total expenses sought this period | $1,500.000 |

| | |
|---|---|
| Petition date | November 14, 2025 |
| Date of retention | November 14, 2025 |
| Date of order approving employment | December 9, 2025 *nunc pro tunc* to November 14, 2025 |
| Total compensation approved by interim order to date | $472,067.25 |
| Total expenses approved by interim order to date | $2,580.20 |
| Total allowed compensation paid to date | $529,712.74, of which $472,067.25 relates to the first and second interim fee applications and orders thereon and an additional $57,645.47 pursuant to the May monthly fee statement (see below) |
| Total allowed expenses paid to date | $3,080.20 |
| Blended rate in this application for all timekeepers | $460.93 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $57,645.47 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $500.00 |
| Number of professionals included in this application | 12 |
| Are rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | The engagement letter executed between the Debtors and Forvis Mazars provides for periodic increases in rates. In some, limited cases (managers) rates are modestly greater than at the time of retention and in some instances, rates were reduced and are less than as disclosed at retention. |

## B. <u>Summary of Timekeepers and Rate Increases</u>

8. With respect to each professional who billed on the matter during the Application

Period, Mazars discloses the following information on **Exhibit B** attached hereto: (i) name; (ii) title or position; (iii) date of first admission to the bar, if applicable; (iv) total fees billed included in this Application; (v) total hours billed included in this Application; and (vi) current hourly rate.

**SUMMARY OF PROFESSIONAL SERVIES RENDERED**

9. Pursuant to the Interim Compensation Order, Mazars submits this Third Interim Fee Application, seeking interim approval and allowance of compensation in the amount of $257,500.43, and actual and necessary expenses in the amount of $1,500.00, incurred during the interim period from May 1, 2026 through July 31, 2026.

10. The professional services provided by Mazars during the Application Period, included, but were not limited to the following categories:

| Category | Hours | Compensation | Description |
|---|---|---|---|
| Business Operations | 322.15 | $115,264.79 | This category includes all matters relating to the general operation of the Debtors' businesses. |
| Fee/Employment Applications )Other Professionals) | 25.00 | $15,441.57 | This category includes all matters related to the review and analysis and filing of retention and fee applications for other professionals in these Chapter 11 Cases. |
| UST Reports, Meetings and Issues | 147.75 | $77,760.38 | This category includes time related to the preparation of operating reports and other information required by the UST or the Court. |
| Asset Disposition | 63.75 | $49,033.69 | This category includes all matters related to the disposition, and other post-petition uses of, property of the estates. |

**ADDITIONAL DISCLOSURES AND REPRESENTATIONS**

11. Mazars' hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled accountants. In addition, Mazars'

hourly rates for its services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, regardless of whether a fee application is required.

12. Mazars' summary of compensation requested by project category for the Application Period is set forth on the attached **Exhibit C**.

13. Mazars' summary of expense reimbursement requested by category for the Application Period is set forth on the attached **Exhibit D**.

14. To the best of Mazars' knowledge, this Third Interim Fee Application complies with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, the Interim Compensation Order, and the Guidelines.

15. During the Application Period, Mazars did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement.

16. None of the professionals included in this Third Interim Fee Application varied their hourly rate based on the geographical location of the bankruptcy case.

17. This Third Interim Fee Application does not include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices.

18. In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016(a), no agreement or understanding exists between Mazars and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case.

19. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by Mazars.

20. Notice of this Third Interim Fee Application has been provided in accordance with

the Interim Compensation Order. Mazars submits that no other or further notice need be provided.

21. Mazars reserves all rights and claims. Without limiting the generality of the foregoing, Mazars reserves its right to submit future monthly fee applications, interim fee applications, and final fee applications, including, without limitation, fee applications seeking final allowance of all amounts sought to be paid or reimbursed herein and in respect of any amounts held back pursuant to the Interim Compensation Order or otherwise.

**WHEREFORE**, Mazars respectfully requests that the Court enter an order (i) granting the Third Interim Fee Application and authorizing interim allowance of compensation in the amount of $257,500.43 for professional services rendered on behalf of the Debtors and reimbursement for actual and necessary expenses in the amount of $1,500.00; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: October 27, 2026

**SAUL EWING LLP**

By: */s/ Stephen B. Ravin*

Stephen B. Ravin, Esquire
Jeffrey C. Hampton, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
Jeffrey.hampton@saul.com
turner.falk@saul.com

-and-

Mariam Khoudari, Esquire
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
E-mail: mariam.khoudari@saul.com

*Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Jeffrey C. Hampton, Esquire<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: Jeffrey.hampton@saul.com<br>stephen.ravin@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | |

**DECLARATION OF SOFIA CORDERO**

1. I am a partner in the firm of Forvis Mazars, LLP ("**Mazars**"), which serves as account to the debtors and debtors-in-possession (the "**Debtors**").

2. I am familiar with the work performed by Mazars on behalf of the Debtors.

3. I have read the foregoing Third Interim Fee Application[2] of Mazars for allowance of compensation and reimbursement of expenses for the period from May 1, 2026 through July 31,

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

[2] Terms capitalized but not defined herein shall have the meaning ascribed to them in the Third Interim Fee Application.

2026 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

4. I hereby certify that the Application complies with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and Local Rule 2016-1. I hereby certify that, in accordance with the Interim Compensation Order and in connection with the Third Interim Fee Application, Mazars made a reasonable effort to comply with the U.S. Trustee Guidelines.

5. There is no agreement or understanding between Mazars and any other person for a division of compensation as Debtors' counsel and no previous compensation has been shared by Mazars.

6. No division prohibited by the Bankruptcy Code will be made by Mazars.

7. No agreement prohibited by Title 18, Section 155 has been made.

Dated: October 27, 2026

*/s/ Sofia Cordero*

Sofia Cordero

# <u>EXHIBIT A</u>

## Retention Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
Proposed Counsel to the Debtors and Debtors in Possession

**Order Filed on December 9, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,<br>Debtors. | Case No.: 25-22123-JKS<br>Chapter: 11<br>Judge: John K. Sherwood |

**ORDER AUTHORIZING RETENTION OF**
**FORVIS MAZARS LLP EFFECTIVE AS OF NOVEMBER 14, 2025**

The relief set forth on the following page is **ORDERED**.

**DATED: December 9, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Forvis Mazars as the Accountant to the Debtors, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: 200 South Wood Avenue, Suite 125
   Iselin, NJ 08830

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is November 14, 2025.

*rev.8/1/15*

# EXHIBIT B

## Summary by Timekeeper

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Juan Angel, Associate | 1 | 23.25 | $115.50 | $2,685.38 |
| Hilary Celis, Senior | 4 | 55.5 | $399.00 | $20,359.50 |
| Sofia Cordero, Partner | 13 | 104.25 | $950.26 | $96,354.64 |
| Kevin Hamernik, Partner | 33 | 29.75 | $824.26 | $23,741.82 |
| Megan K. Hartwig, Consultant | 2 | 1.15 | $346.50 | $398.48 |
| Andrew Lendrum, Senior Manager | 10 | 0.75 | $603.75 | $452.81 |
| Alejandra Loaiza, Associate | 3 | 4.5 | $309.75 | $1,393.88 |
| Antonio Mejia, Senior | 3 | 138.75 | $157.52 | $21,853.29 |
| Edgar Nava, Associate | 2 | 36.25 | $115.50 | $4,186.88 |
| Teresa Peebles, Tax Service Associate | 5 | 0.25 | $304.50 | $76.13 |
| Paru Shah, Senior Manager | 19 | 25.25 | $598.50 | $14,672.46 |
| Edward Unkles, Manager | 10 | 139 | $577.50 | $71,325.19 |
| **TOTALS** | | **558.65** | | **$257,500.43** |

# EXHIBIT C

## Summary of Compensation Requested by Project Category

## For the Period from May 1, 2026 Through July 31, 2026

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 322.15 | $115,264.79 |
| 2. | Fee/Employment Applications (Other Professionals) | 25.00 | $15,441.57 |
| 3. | UST Reports, Meetings and Issues | 147.75 | $77,760.38 |
| 4. | Asset Disposition | 63.75 | $49,033.69 |
| | **Total:** | **558.65** | **$257,500.43** |

# EXHIBIT D

## Summary of Expense Reimbursement Requested by Category

## For the Period from May 1, 2026 Through July 31, 2026

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Data room Access | $1,500.00 |
| **Total:** | **$1,500.00** |