Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−22123−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Port Elizabeth Terminal & Warehouse Corp.
13 Manor Road
East Rutherford, NJ 07073

Amex Shipping Agent, Inc.
13 Manor Road
East Rutherford, NJ 07073

Social Security No.:

Employer's Tax I.D. No.:
22−2056485 22−2014699

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/17/26 at 02:00 PM

to consider and act upon the following:

***506 –*** Monthly Application for Compensation for FBT Gibbons, Creditor Comm. Aty, period: 9/1/2026 to 9/30/2026, fee: $27,257.50, expenses: $0.00. Filed by FBT Gibbons, John S. Mairo.. (Attachments: # 1 Application # 2 Exhibit A – Retention Application # 3 Exhibit B – Invoice) (Mairo, John)

***507 –*** Monthly Application for Compensation for Dundon Advisers LLC, Other Professional, period: 9/1/2026 to 9/30/2026, fee: $10,621.50, expenses: $0.00. Filed by Dundon Advisers LLC.. (Attachments: # 1 Application # 2 Exhibit A) (Mairo, John)

***509 –*** Interim Application for Compensation for Saul Ewing LLP, Debtor's Attorney, period: 5/1/2026 to 8/31/2026, fee: $368,225.00, expenses: $6,610.04. Filed by Stephen B. Ravin.. (Ravin, Stephen)

Dated: 10/27/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-22123-VFP

Port Elizabeth Terminal & Warehouse Corp Chapter 11

Amex Shipping Agent, Inc.

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin 

Date Rcvd: Oct 27, 2026 Form ID: ntchrgbk Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amex Shipping Agent, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Judge Warehousing, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons Trucking, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| db | + | P. Judge & Sons, Inc., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | Port Elizabeth Terminal & Warehouse Corp., 13 Manor Road, East Rutherford, NJ 07073-2119 |
| db | + | The Judge Organization, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| aty | + | FBT Gibbons, One Gateway Center, Newark, NJ 07102-5310 |
| aty | | Maxwell M. Hanamirian, Saul Ewing, LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186 |
| aty | + | Murphy Schiller & Wilkes LLP, One Gateway Center, Suite 4200, Newark, NJ 07102-5310 |
| aty | #+ | Saul Ewing LLP, One Riverfront Blvd. Suite 1520, Newark, NJ 07102-5401 |
| aty | + | Saul Ewing LLP, 1037 Raymond Boulevard, Suite 1520, Newark, NJ 07102-5423 |
| aty | + | Thomas T. McClendon, Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308-1414 |
| op | + | Cambridge Financial Services, LLC, Raritan Plaza III, 105 Fieldcrest Avenue, Suite 302, Edison, NJ 08837-3628 |
| intp | + | Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, NJ 07068-1644 |
| op | #+ | Dundon Advisers LLC, Ten Bank Street, Suite 1100, White Plains, NY 10606-1948 |
| cr | + | East Coast Warehouse and Distribution Corp., c/o Riker Danzig LLP, 7 Giralda Farms, Suite 250, Madison, NJ 07940-1051 |
| cr | + | F. Greek Bristol Properties, L.P., c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| acc | + | Forvis Mazars, LLP, 200 South Wood Avenue, Suite 125, Iselin, NJ 08830-2773 |
| cr | | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, Tax Litigation & Collections Unit, PHILADELPHIA, PA 19102 UNITED STATES |
| sp | + | Scopelitis, Garvin, Light, Hanson and Feary, P.C, 30 West Monroe Street, Suite 1600, Chicago, IL 60603-2418 |
| cr | | Yancey Bros. Co, Jones & Walden, LLC, 699 Piedmont Ave NE, Atlanta, GA 30308-1414 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: rmcdowell@slgcollect.com | Oct 27 2026 23:14:00 | Eastern Lift Truck Co Inc., c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Oct 27 2026 23:31:15 | HYG Financial Services, Inc., Attn Wells Fargo Financial Leasing, Inc., MAC F0006-051, 800 Walnut Street, Des Moines, IA 50309-3605 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Ethridge B. Ricks |

sp Murphy Schiller & Wilkes LLP

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda R Simone | on behalf of Creditor Committee Official Committee Of Unsecured Creditors asimone@connellfoley.com |
| Brett S. Theisen | on behalf of Creditor Committee Official Committee Of Unsecured Creditors btheisen@connellfoley.com nmitchell@gibbonslaw.com |
| Brian Morgan | on behalf of Creditor Duke Realty Limited Partnership brian.morgan@faegredrinker.com cathy.greer@faegredrinker.com |
| Christopher P. Anton | on behalf of Creditor Committee Official Committee Of Unsecured Creditors canton@fbtgibbons.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David H. Stein | on behalf of Creditor F. Greek Bristol Properties L.P. dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com |
| Eric M. Ferrante | on behalf of Creditor Constellation Brands Inc. eferrante@nixonpeabody.com, djames@nixonpeabody.com,roc.managing.clerk@nixonpeabody.com,bos.managing.clerk@nixonpeabody.com,dmcmonagle@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Creditor Crown Imports LLC eferrante@nixonpeabody.com djames@nixonpeabody.com,roc.managing.clerk@nixonpeabody.com,bos.managing.clerk@nixonpeabody.com,dmcmonagle@nixonpeabody.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Ilana Volkov | on behalf of Creditor Hartz Elizabeth Inc. ivolkov@mcgrailbensinger.com |
| James F. Moscagiuri | on behalf of Unknown Role Type Andy M. Castillo jmoscagiuri@lsaclaw.com jhoffman@lsaclaw.com |
| James F. Moscagiuri | on behalf of Unknown Role Type Kristal Marie Soto jmoscagiuri@lsaclaw.com jhoffman@lsaclaw.com |
| James F. Moscagiuri | on behalf of Unknown Role Type Julio Andres Matos Angomas jmoscagiuri@lsaclaw.com jhoffman@lsaclaw.com |
| John S. Mairo | on behalf of Creditor Committee Official Committee Of Unsecured Creditors jmairo@fbtgibbons.com emunera@fbtgibbons.com |
| John S. Mairo | on behalf of Other Prof. Dundon Advisers LLC jmairo@fbtgibbons.com emunera@fbtgibbons.com |

| | |
|---|---|
| Joseph Casello | on behalf of Creditor Yancey Bros. Co jcasello@cvclaw.net jcasello627@gmail.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Wells Fargo Vendor Financial Services LLC jlubertazzi@mccarter.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor HYG Financial Services Inc. jlubertazzi@mccarter.com |
| Joseph L. Schwartz | on behalf of Creditor East Coast Warehouse and Distribution Corp. jschwartz@riker.com courtdockets@riker.com |
| Kristin Wigness | on behalf of Creditor Milestone Chassis Company LLC kwigness@mcguirewoods.com |
| Kyle McEvilly | on behalf of Creditor Committee Official Committee Of Unsecured Creditors kmcevilly@connellfoley.com |
| Leslie Carol Heilman | on behalf of Creditor Seagis East Rutherford LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com |
| Pamela Elchert Thurmond | on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov |
| Rebecca K. McDowell | on behalf of Creditor Eastern Lift Truck Co Inc. rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Robert Malone | on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@connellfoley.com nmitchell@gibbonslaw.com |
| Robert M. Kline | on behalf of Creditor Auxilior Capital Partners Inc. rmk@replevin.com, ecf@writofseizure.com |
| Ryan Christopher Thompson | on behalf of Creditor The Huntington National Bank ryan.thompson@wbd-us.com |
| Scott D. Sherman | on behalf of Creditor Coastal Industrial Equipment LLC ssherman@minionsherman.com |
| Seth Ptasiewicz | on behalf of Creditor Northern New Jersey Teamsters Benefit Plan and Teamsters Local 11 Pension Plan sptasiewicz@krollfirm.com |
| Stephen B. Ravin | on behalf of Debtor Judge Warehousing LLC sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Debtor Amex Shipping Agent Inc. sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Debtor The Judge Organization LLC sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. sravin@saul.com jgillman@saul.com |
| Stephen B. Ravin | on behalf of Debtor P. Judge & Sons Inc. sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Debtor P. Judge & Sons Trucking LLC sravin@saul.com, jgillman@saul.com |
| Thomas B. O'Connell | on behalf of Creditor Eastern Lift Truck Co Inc. toconnell@slgcollect.com anovoa@slgcollect.com |
| Thomas Michael Walsh | on behalf of Interested Party Chiesa Shahinian & Giantomasi PC TWALSH@CSGLAW.COM |
| Turner Falk | on behalf of Debtor Amex Shipping Agent Inc. turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor P. Judge & Sons Inc. turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor P. Judge & Sons Trucking LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Port Elizabeth Terminal & Warehouse Corp. turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Judge Warehousing LLC turner.falk@saul.com, tnfalk@recap.email |

| | |
|---|---|
| Turner Falk | on behalf of Debtor The Judge Organization LLC turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 44