UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500 Telephone
(973) 596-0545 Facsimile
John S. Mairo, Esq.
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In Re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP, *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered)<br><br>**Objection Deadline: November 24, 2026** |

**NOTICE OF APPLICATION OF THE THIRD INTERIM FEE APPLICATION OF FBT GIBBONS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2026 THROUGH AUGUST 31, 2026**

**PLEASE TAKE NOTICE** that the Counsel to the Official Committee of Unsecured Creditors (the "Committee") filed its *Third Interim Fee Application of FBT Gibbons LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2026 through August 31, 2026* (the "Third Interim Fee Application") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Third Interim Fee Application will be held on **December 1, 2026 at 2:00 p.m. (ET)** before the Honorable Vincent F. Papalia, United States Bankruptcy Court for the District of New Jersey, at 50 Walnut Street, Newark, New Jersey 07102, Courtroom 3B.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Third Interim Fee Application shall: (i) be in writing; (ii) set forth the specific basis thereof; (iii) be filed with the Clerk of the Bankruptcy Court; and (iv) be served upon the Committee's undersigned counsel, together with proof of service thereof, so as to be actually received no later than **November 24, 2026** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that unless a response or objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court. In the event no objections are filed and served by the Objection Deadline, the relief requested in the Motion may be granted without hearing.

**PLEASE TAKE FURTHER NOTICE** that the Committee has submitted a proposed form of order herewith. Oral argument is requested in the event an objection is timely filed.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 4, 2026
Newark, New Jersey

*/s/ John S. Mairo*
John S. Mairo, Esq.
**FBT Gibbons LLP**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Email: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*