# EXHIBIT A

Customary and Comparable Compensation Disclosures with Fee Applications

| | 2026 Blended Hourly Rate | |
|---|---|---|
| **Category of Timekeeper** | **Billed Preceding Year, Excluding Bankruptcy** | **Billed this Fee Application** |
| Partner | $937.00 | $1,088.40 |
| Counsel | N/A | $875.00 |
| Associate | $425.00 | $433.79 |
| Paralegal | $340.00 | $385.00 |
| All Timekeepers Aggregated | $713.32 | $827.15 |

Case Name: In Re: Port Elizabeth Terminal & Warehouse Corp.
Case Number: 25-22123 (VFP)
Applicant's Name: FBT Gibbons LLP
Date of Application: November 4, 2026
Interim or Final: Third Interim