# EXHIBIT B

Summary of Timekeepers Included in this Application

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Application |
| John S. Mairo | Partner | Bankruptcy | 1994 | $75,020.00 | 1 | $1,100.00 | $1,025.00 |
| Robert F. Coyne | Partner | Business | 1997 | $2,880.00 | N/A | $900.00 | N/A |
| Howard D. Geneslaw | Partner | Business | 1994 | $900.00 | N/A | $900.00 | N/A |
| Christopher P. Anton | Counsel | Bankruptcy | 1991 | $40,600.00 | N/A | $875.00 | N/A |
| David Gharkhany | Associate | Bankruptcy | 2024 | $1,984.50 | N/A | $405.00 | N/A |
| Aubbah Fatima | Associate | Bankruptcy | 2024 | $3,915.00 | N/A | $450.00 | N/A |
| Edna N. Munera | Paralegal | Bankruptcy | N/A | $13,744.50 | 1 | $385.00 | $340.00 |
| | | | **TOTALS:** | **$139,044.00** | | | |

Case Name: In Re: Port Elizabeth Terminal & Warehouse Corp.
Case Number: 25-22123 (VFP)
Applicant's Name: FBT Gibbons LLP
Date of Application: November 4, 2026
Interim or Final: Third Interim