# EXHIBIT C

Summary of Compensation Requested by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | .1 | $87.50 |
| Analysis / Strategy | 2.1 | $1,890.00 |
| Asset Disposition | 81.2 | $82,260.00 |
| Assumption/Rejection of Leases & Contracts | .1 | $87.50 |
| Business Operations | 1.7 | $1,780.00 |
| Case Administration | 15.3 | $6,096.00 |
| Claims Administration & Objections | 12.6 | $9,217.00 |
| Employment & Fee Applications | 20.4 | $9,051.00 |
| Fact Gathering / Due Diligence | 4. | $2,055.00 |
| Financing / Cash Collections | .3 | $262.50 |
| Litigation Support Vendors | .2 | $220.00 |
| Meetings & Communications with Creditors | 13.7 | $14,395.00 |
| Other Case Assessment, Development & Administration | 13.4 | $8,410.00 |
| Plan & Disclosure Statement | 3. | $3,232.50 |
| **TOTAL** | **168.1** | **$139,044.00** |

| | |
|---|---|
| Case Name: | In Re: Port Elizabeth Terminal & Warehouse Corp. |
| Case Number: | 25-22123 (VFP) |
| Applicant’s Name: | FBT Gibbons LLP |
| Date of Application: | November 4, 2026 |
| Interim or Final: | Third Interim |

G119121.G114792 4913-6205-3033v1