# EXHIBIT D

Summary of Expense Reimbursement Requested by Category

| Category | Amount |
|---|---|
| **TOTAL:** | **$0.00** |

| | |
|---|---|
| Case Name: | In Re: Port Elizabeth Terminal & Warehouse Corp. |
| Case Number: | 25-22123 (VFP) |
| Applicant's Name: | FBT Gibbons LLP |
| Date of Application: | November 4, 2026 |
| Interim or Final: | Third Interim |