**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered)<br><br>**Objection Deadline: November 24, 2026** |

**NOTICE OF THIRD INTERIM APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2026 THROUGH AUGUST 31, 2026**

**PLEASE TAKE NOTICE** that on November 4, 2026, Dundon Advisers LLC, financial advisor to the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy cases (the "Committee"), pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 71], filed its Third interim fee application ("Application") seeking allowance of fees in the amount of $36,625.50 and reimbursement of expenses in the amount of $0.00 for the period from June 1, 2026 through August 31, 2026 (the "Interim Compensation Period") with United States Bankruptcy Court for the District of New Jersey(the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief sought by the Application, you are required to file a response to the Application, on or before **November 24, 2026.** At the same time, you must also serve a copy of the response upon the Committee's undersigned counsel:

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held on **December 1, 2026 at 2:00 p.m. (ET)** before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Fl. Courtroom 3B, Newark, New Jersey 07102

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN ALL FEES AND EXPENSES REQUESTED IN THE APPLICATION, INCLUDING ANY 20% HOLDBACK, MAY BE PAID UPON ENTRY OF AN ORDER WITHOUT FURTHER HEARING.**

Dated: November 4, 2026
Newark, New Jersey

**FBT GIBBONS LLP**

*/s/ John S. Mairo*
John S. Mairo
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Email: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*