# EXHIBIT A

## Compensation By Project Category – Third Interim Compensation Period

**Compensation by Project Category**

| Project Category | Total Billed Hours | Total Fees |
|---|---|---|
| Business Analysis | 15.4 | $10,552.50 |
| Claims Analysis | 1.1 | $730.50 |
| Committee Member/Professional Meetings & Communications | 2.2 | $1,647.00 |
| Debtor Professional and Client Meeting | 0.4 | $198.00 |
| Other Professionals' Retention and Fee Applications | 1.3 | $643.50 |
| Retention and Fee Applications | 9.2 | $5,670.00 |
| Sales Process | 17.9 | $17,184.00 |
| **Total** | **47.5** | **$36,625.50** |

## Professional Summary – Third Interim Compensation Period

| Professional | Hourly Rate | Total Billed Hours | Total Fees |
|---|---|---|---|
| Jordan Olsen | $495.00 | 19.3 | $9,553.50 |
| Rick Wright | $960.00 | 28.2 | $27,072.00 |
| **Total** | | **47.5** | **$36,625.50** |

Notes:

1) *Blended Hourly Rate: $771.06*