**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo, Esq.
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

I, **JOHN S. MAIRO**, of full age, under penalty of perjury, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a Partner at the law firm of FBT Gibbons LLP (‘‘FBT Gibbons’’), counsel to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy cases.

2. On November 4, 2026, a true and correct copy of the (i) *Third Interim Fee Application of FBT Gibbons LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2026 through August 31, 2026* [**ECF No. 529**] *and the (ii) Third Interim Application of Dundon Advisers LLC, Financial Advisor to the Official*

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2026 through August 31, 2026* [**ECF No. 530**] (the "Interim Fee Applications") were served via the Court's CM/ECF system on the parties that have consented to electronic service of all court filings.

3. Also, on November 4, 2026, I caused the foregoing documents to be served upon the parties listed on **Exhibit A** via Electronic Mail.

4. Additionally, on November 4, 2026, a true and correct copy of the Applications were served upon the party listed on **Exhibit B** via Regular First-Class Mail.

I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 4, 2026
Newark, New Jersey

/s/ John S. Mairo
John S. Mairo
**FBT Gibbons LLP**

# EXHIBIT A

Turner Falk
**Saul Ewing LLP**
1735 Market Street
34th Floor
Philadelphia, PA 19103
215-972-8415
Email: turner.falk@saul.com

Stephen B. Ravin
**Saul Ewing LLP**
One Riverfront Plaza
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
973-286-6714
Fax : 973-286-6800
Email: sravin@saul.com

*Counsel to the Debtors*

Laurie A. Martin
**Montplaisir Krieg DeVault LLP**
200 S. Wacker Drive
Suite 600 Chicago, IL 60606
Email: lmontplaisir@kdlegal.com

*Counsel to the DIP Lender*

David Gerardi
DOJ-Ust
U.S. Department of Justice
**Office of the U.S. Trustee**
One Newark Center, Ste 2100
Newark, NJ 07102
973-645-3014
Email: david.gerardi@usdoj.gov

Fran B. Steele
U.S. Department of Justice
**Office of the US Trustee**
One Newark Center
Suite 2100
Newark, NJ 07102-5504
(973) 645-3014
Fax : (973) 645-5993
Email: Fran.B.Steele@usdoj.gov

*U.S. Trustee*

**EXHIBIT B**

Maxwell M. Hanamirian
**Saul Ewing LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

**Murphy Schiller & Wilkes LLP**
One Gateway Center
Suite 4200
Newark, NJ 07102

*Counsel to the Debtors*

**First Business Specialty Finance, LLC**
2400 E. Devon Avenue
Suite 211
Des Plaines, IL 60018

*DIP Lender*

James F. Moscagiuri
Lavery, Selvaggi, Abromitis & Cohen
1500 Rte 517
Hackettstown, NJ 07840

*Counsel to Andy M. Castillo*

Eric M. Ferrante
**Nixon Peabody LLP**
211 High Point Drive Suite 110
Victor, NY 14564-1061

*Counsel to Constellation Brands, Inc.*

Thomas Michael Walsh
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

*Counsel to Chiesa Shahinian & Giantomasi PC*

David H. Stein
**Wilentz, Goldman & Spitzer, P.A**.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

*Counsel to F. Greek Bristol Properties, L. P*

Robert M. Kline
**Wright Law Group, PLLC**
228 Park Ave S Pmb 84356
New York, NY 10003-1502

*Counsel to Auxilior Capital Partners, Inc.*

Rebecca K. McDowell
Thomas B. O'Connell
**Saldutti Law Group**
1040 Kings Highway North Suite 100
Cherry Hill, NJ 08034

*Counsel to Eastern Lift Truck Co Inc.*