| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br><br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esq.<br>Turner N. Falk, Esq.<br>650 College Road East, Suite 4000<br>Princeton, NJ 08540-6603<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Doc. Nos. 511** |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | |

**CERTIFICATION OF NO OBJECTION TO THIRD INTERIM FEE APPLICATION OF SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C., SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2026 THROUGH AUGUST 31, 2026**

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby certifies that:

1. On October 27, 2026, the *Third Interim Fee Application of Scopelitis, Garvin, Light, Hanson & Feary, P.C., Special Counsel to the Debtors, for Allowance of Compensation and*

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

*Reimbursement of Expenses for the Period from May 1, 2026 Through August 31, 2026* (the "**Second Interim Fee Application**") [Docket No. 511] was filed with the Court.

2. Pursuant to the Notice of Application [Docket No. 511], objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on November 10, 2026 (the "**Objection Deadline**").

3. The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: November 11, 2026

**SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
turner.falk@saul.com

-and-

Turner N. Falk, Esq.
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
E-mail: maxwell.hanamirian@saul.com

*Counsel for Debtors and Debtors in Possession*

# <u>EXHIBIT A</u>

**Proposed Order**

<table>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td><td></td></tr>
<tr><td>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>SAUL EWING LLP<br>Jeffrey C. Hampton, Esquire<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: Jeffrey.hampton@saul.com<br>stephen.ravin@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br><br>Counsel to the Debtors and Debtors in Possession</td><td>Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered)</td></tr>
<tr><td>In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., et al.,<br><br>Debtors.[1]</td><td>Re Doc. No. 511</td></tr>
</table>

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF SCOPELITIS GARVIN, LIGHT, HANSON & FEARY, P.C., SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2026 THROUGH AUGUST 31, 2026**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

---

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

---

AND NOW, upon consideration of the *Third Interim Fee Application of Scopelitis, Garvin, Light, Hanson & Feary, P.C.* ("**Scopelitis**")*, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2026 Through August 31, 2026* (the "**Third Interim Fee Application**")[2] [Docket No. 511] and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby ORDERED:

1. The Third Interim Fee Application is APPROVED as set forth herein.

2. Scopelitis is allowed and awarded compensation of $1,437.50 for services rendered to the Debtors during the Application Period.

3. Scopelitis is allowed and awarded reimbursement of actual and necessary expenses of $0.00 incurred during the Application Period.

4. The Debtors are hereby authorized to remit payment to Scopelitis of all allowed and amounts of fees and expenses approved by this Order, less any amounts already paid pursuant to the Interim Compensation Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Third Interim Fee Application.