| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF SUPPLEMENTAL DESIGNATION OF ASSIGNED CONTRACTS AND EXCLUDED ASSETS**

**PLEASE TAKE NOTICE** that, on November 14, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court"), commencing these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, on August 26, 2026, the Debtors filed a motion [D.I. 417] (the "Bidding Procedures Motion") seeking entry of an order (the "Bidding Procedures Order"), inter alia, authorizing and approving bidding procedures (the "Bidding Procedures")[2] in connection with one or more sales or dispositions of the Debtors' assets and the assumption and assignment of executory contracts. (collectively, the "Sale").

**PLEASE TAKE FURTHER NOTICE** that, on September 4, 2026, the Court entered the Bidding Procedures Order [D.I. 433], approving, among other things, the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2026, the Debtors filed the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired*

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

[2] Capitalized terms not defined in this notice are used as defined in the Bidding Procedures Motion or the Bidding Procedures, as applicable.

*Leases* [D.I. 441] (the "Contract Notice") listing the contracts and leases that may potentially be assumed and assigned as part of the Sale, with Cure Amounts. The deadline to object to any Cure Amount listed in the Contract Notice has passed.

**PLEASE TAKE FURTHER NOTICE** that on October 27, 2026, the Court entered the *Order (I) Approving Asset Purchase Agreement Between Debtors and Purchaser; (II) Approving Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests; (III) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [D.I. 516] (the "Sale Order") authorizing the Debtors to consummate the Sale with East Coast Warehouse and Distribution Corp., and/or its designee(s) (the "Purchaser") pursuant to that certain asset purchase agreement dated October 5, 2026, by and among the Debtors as sellers, and Purchaser (including all exhibits, schedules, and ancillary documents related thereto, the "APA"). The APA attached to the Sale Order included as Schedule 2.1(a) a list of contracts that were designated as "Assigned Contracts" to be assumed by the Debtors and assigned to Purchaser pursuant to the APA, subject to Purchaser's right pursuant to the Bidding Procedures Order and APA to add or remove Assigned Contracts prior to Closing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 18(i) of the Bidding Procedures Order and paragraph 2.1(a) of the APA, Purchaser has added the contracts listed on **Exhibit 1** hereto as Assigned Contracts, and unless one of the counterparties to those contracts files a written objection to the proposed assumption and assignment of their contract prior to the deadline for additional designated agreements provided under the Bidding Procedures Order, then subject to the payment of the Cure Amount(s) set forth on Exhibit 1, the counterparties to those contracts shall be bound by all of the terms and of the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 18(i) of the Bidding Procedures Order and paragraph 2.1(a) of the APA, Purchaser has removed the contracts listed on **Exhibit 2** from the Assigned Contracts. Any contract listed on Exhibit 2 hereto is no longer an Assigned Contract under the Sale Order and is an Excluded Asset pursuant to the APA.

Dated: November 13, 2026

**SAUL EWING LLP**

By: */s/ Turner N. Falk*

Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
turner.falk@saul.com

*Counsel for the Debtors and Debtors in Possession*

**Exhibit 1**

**Additional Assigned Contracts**

| Debtor Party | Contract or Lease | Contract Counterparty | Address | Cure Amount |
|---|---|---|---|---|
| P. Judge & Sons Trucking, LLC | Chassis Lease dated December 1, 2016 | Consolidated Chassis Management LLC | PO BOX 737533, Dallas, TX 75373-7533 | $12,768.53 |
| P. Judge & Sons Trucking, LLC | Master Chassis Interchange Agreement dated October 5, 2023 | Consolidated Chassis Management LLC | PO BOX 737533, Dallas, TX 75373-7533 | $0.00 |

**Exhibit 2**

**Removed Contracts**

| Debtor Party | Contract or Lease | Contract Counterparty | Address |
|---|---|---|---|
| The Judge Organization | Equipment Lease and Maintenance Agreement dated November 9, 2021 | Ogden Forklifts, Inc | PO BOX 43606 Atlanta, GA 30336 |