| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>Sonali Doshi, Esquire<br>650 College Road East<br>Princeton, NJ 08540<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>sonali.doshi@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*<br><br>Debtors.[1] | |

## DECLARATION OF PATRICK WYNNE

I, Patrick Wynne, hereby declare as follows:

1. I am the President of the debtors and debtors in possession Port Elizabeth Terminal & Warehouse Corp., Amex Shipping Agent, Inc., and P. Judge & Sons, Inc. and Member of debtors and debtors in possession Judge Organization, LLC, P. Judge & Sons Trucking, LLC and Judge Warehousing, LLC (collectively, the "Debtors"). I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records.

2. Collectively, the Debtors provide transportation, logistic, and warehouse related

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

services. More specifically, the Debtors offer rail boxcar services, container handling services, warehousing services, multiple shipping options (e.g., rail, truck, air, and international shipping), specialized material handling services, cross docking, handling, and packing services, beverage specialists and alcoholic beverages expertise services, and product care and protection services.

3. I submit this declaration (the "Declaration") in support of the *Debtors' Motion for Entry of an Order Approving the Debtors to Enter Into and Perform Under a Post-Closing Accounts Receivable Collection and Disbursement Services Agreement* (the "Motion").[2] Except as otherwise indicated, the statements set forth herein are based upon my personal knowledge, my review of relevant documents, information provided to me by the Debtors' employees and advisors, or my knowledge of the Debtors' business and affairs.

4. On August 26, 2026, the Debtors filed a motion seeking authority to sell substantially all their assets free and clear of any liens, claims, interests and encumbrances, and to assume and assign executory contracts and unexpired leases in connection with the sale of the Debtors' assets [Docket No. 417]. To that end, on September 4, 2026, the Court entered an order establishing, among other things, bidding procedures and key deadlines for the Debtors' post-petition sale process [Docket No. 433] (the "Bid Procedures Order").

5. Consistent with the Bid Procedures Order, because the Debtors did not receive any qualified bids other than the bid advanced by East Coast Warehouse and Distribution Corp. (the "Stalking Horse Bidder" or "ECW"), the Debtors did not hold an auction. The Debtors filed the *Notice of Designation of Successful Bidder and Cancellation of Auction* [Docket No. 482] identifying ECW as the successful bidder.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

6. On October 27, 2026, the Court entered an order approving the sale of substantially all the Debtors' assets to ECW (the "Sale Order"). *See* [Docket No. 516]. The Debtors anticipate the sale to ECW (the "Sale") pursuant to that certain Asset Purchase Agreement (the "APA") dated as of August 26, 2026, will close on or about November 16, 2026 (the "Closing").

7. The Debtors previously obtained debtor-in-possession financing from pursuant to that certain Debt Factoring and Security Agreement (the "Factoring Agreement"), under which FBSF agreed to purchase certain of the Debtors' accounts receivable (the "Factored Receivables") in exchange for advances of funds to the Debtors.

8. Pursuant to the Factoring Agreement, FBSF continued to purchase Factored Receivables and make advances to the Debtors, subject to the terms of the applicable DIP financing orders.

9. The Factored Receivables are not being sold to ECW pursuant to the APA.

10. At Closing, pursuant to the APA and Sale Order, the Debtors will pay all outstanding obligations to FBSF under the Factoring Agreement, effectively repurchasing the Factored Receivables for the estates. The face value of the Factored Receivables is anticipated to be between $3 million and $4 million.

11. Following Closing, the Debtors seek to ensure that collections of the Factored Receivables continues uninterrupted, to maximize the value of this asset for the estates.

12. In connection therewith, FBSF has provided the Debtors with a the Post-Closing Services Agreement to provide post-closing accounts receivable collection for the Factored Receivables.

13. Under the Post-Closing Services Agreement, FBSF will provide collections services, apply collected receivables to applicable invoices and disburse net proceeds to the Debtors, with access to an to the online reporting portal (collectively, the "A/R Servicing").

14. Accordingly, based on my knowledge of the Debtors' operations and the circumstances surrounding the sale transactions, I believe that entering into the Post-Closing Services Agreement is a sound exercise of the Debtors' business judgment and is in the best interests of the Debtors, their estates, and their creditors, as it will avoid unnecessary administrative expenses and preserve estate resources.

15. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 13, 2026

Respectfully submitted,

*/s/ Patrick Wynne*
Patrick Wynne
President and Member