UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP

Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
650 College Road East, Suite 4000
Princeton, NJ 08540-6603
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

Counsel to the Debtors and Debtors in Possession

In Re:
PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,
Debtors.

Case No.: 25-22123-VFP
Chapter: 11
Hearing Date: ____________
Judge: Vincent F. Papalia

**APPLICATION FOR ORDER SHORTENING TIME**

The applicant Turner N. Falk (Saul Ewing LLP), on behalf of the Debtors requests that the time period to/for hear Receivable Collection motion as required by D.N.J. LBR 9013-1 be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Approval of this arrangement is needed to collect valuable estate assets immediately after the closing on the sale, on or before November 23, 2026.
2. A hearing is requested on or before:
   As soon as the Court's calendar allows prior to November 23, 2026
3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: November 13, 2026

/s/ Turner N. Falk
Signature

*rev.5/19/2025*