# Exhibit A

# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Jeffrey C. Hampton, Esquire
Turner N. Falk, Esquire
Mariam Khoudari, Esquire
650 College Road East
Princeton, NJ 08540
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
jeffrey.hampton@saul.com
turner.falk@saul.com
mariam.khoudari@saul.com
*Counsel to the Debtors and Debtors in Possession*

In re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*

Debtors.[1]

Chapter 11

Case No. 25-22123 (JKS)

(Jointly Administered)

**ORDER APPROVING DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

AND NOW, upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, authorizing the Debtors to reject the

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

[2] Capitalized terms used but not defined herein are defined in the Motion.

Contracts identified on **Exhibit 1** hereto, effective as of November 23, 2026 (the "Rejection Date"), subject to the Debtors filing a notice specifying a later effective Rejection Date in the event the Sale closes after November 23, 2026; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the Rejection Date.

3. Any counterparty to a Rejected Contract asserting a claim for damages arising from the rejection of such Rejected Contract (a "Rejection Damages Claim") shall file a proof of claim no later than thirty (30) days after the date of entry of this Order (the "Rejection Damages Bar Date"); provided, however, that any counterparty that fails to timely file a proof of claim asserting a Rejection Damages Claim by the Rejection Damages Bar Date is forever barred, estopped, and enjoined from asserting such Rejection Damages Claim against the Debtors, their estates, or their

property, and such Rejection Damages Claim is deemed disallowed and expunged without further order of the Court.

4. Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order: (a) constitutes an admission as to the validity or priority of any claim against the Debtors; (b) constitutes a waiver of the Debtors' rights to dispute any claim or assert any defenses or counterclaims to such claim or against the applicable claim proponent; (c) prejudices the Debtors' rights to assert that any specific Contract (i) is not executory or within the meaning of section 365 of the Bankruptcy Code or (ii) has expired or been terminated; or (d) prohibits the Debtors from seeking to reject any other executory contracts or leases.

5. Notwithstanding anything to the contrary herein, nothing in the Motion or this Order prejudices the Debtors' rights to amend, modify, or supplement the list of Rejected Contracts, including to add or remove contracts or leases, subject to further order of the Court, as necessary.

6. Notwithstanding any Bankruptcy Rule to the contrary, this Order is effective immediately and enforceable upon its entry, including the rejection of the Contracts granted herein, which are rejected by the Debtors effective as of the Rejection Date.

7. This Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

**Rejected Contracts Schedule**

| | Contract Counterparty | Title of Agreement | Debtor Party |
|---|---|---|---|
| 1 | 222 Heavy Inc. | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 2 | A Williams Trucking LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 3 | Agapito Martinez | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 4 | Alexander B Smith | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 5 | Alexander Rosso | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 6 | Alou Cisse | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 7 | Amparbeng Corporation | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 8 | Angel A. Campos | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 9 | Attitude Trucking LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 10 | Bernard Williams | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 11 | Big Dog Trucking LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 12 | B's Express Trucking LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 13 | Chris A Hamid | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 14 | Cuthbert Trucking LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 15 | DDJ Trucking LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 16 | Derek S Hood | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 17 | Devion Jackson | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 18 | Diego Transport LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 19 | DMFAT Trucking Corp | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 20 | Donald McIver | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 21 | Dub Trucking | Owner Operator Agreement | P. Judge & Sons, Inc. |

| | | | |
|---|---|---|---|
| 22 | Eddie Boykin Trucking, LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 23 | Edwins Express LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 24 | Elin J Rodriguez | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 25 | Eugene R. Washington LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 26 | Faraon Enterprises LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 27 | Gil Trucking | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 28 | Gio Transport | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 29 | Givens Legacy LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 30 | Gurmel Singh | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 31 | Gustavo O. Romero | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 32 | H2 Express Transport, LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 33 | Hale Trailer Brake & Wheel, Inc | Trailer Rental Agreement dated March 1, 2021 | P. Judge & Sons Trucking, LLC |
| 34 | Hector L. Hidalgo | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 35 | Herrington Boys Trucking LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 36 | Highrollers Transport LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 37 | Integrity Staffing Solutions | Staffing Services Agreement | Port Elizabeth Terminal & Warehouse Corp. |
| 38 | J&N Transport LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 39 | James D Bugam Transportation LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 40 | Jimenez Organization LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 41 | Johnny Iceman Trucking | Owner Operator Agreement | P. Judge & Sons, Inc. |

| | | | |
|---|---|---|---|
| 42 | Jose Yamuca | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 43 | Jr. Williams Express Inc. | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 44 | Jumelles Trucking LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 45 | Juno Trucking LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 46 | K2 Trucking Inc. | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 47 | Karam Singh | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 48 | KCTE, LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 49 | KD Sabou LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 50 | Li Hauling Inc. | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 51 | Luis Celi | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 52 | Luis O. Ontaneda | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 53 | MH Das Trucking LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 54 | Maximo Trucking LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 55 | Michael D. Jackson | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 56 | Milestone Equipment Company | Chassis Lease dated July 21, 2022 | P. Judge & Sons, Inc. |
| 57 | NJ ASAP Hauling LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 58 | North American Chassis Pool | Chassis Lease dated May 19, 2025 | P. Judge & Sons Trucking, LLC |
| 59 | North NJ Teamsters Benefits Plan | Union Benefits Plan | Port Elizabeth Terminal & Warehouse Corp. |
| 60 | Ogden Forklifts, Inc | Machinery Lease dated November 9, 2021 | Judge Warehousing, LLC |
| 61 | Ouatt Transportation LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |

| | | | |
|---|---|---|---|
| 62 | Overseas Logistics Corporation | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 63 | Peguero Export Cargo LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 64 | Pelon Trucking LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 65 | Penn Jersey Diesel & Trailer | Trailer Rental Agreement dated April 7, 2020 | P. Judge & Sons, Inc. |
| 66 | Phanyck Logistics LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 67 | Pokeman Transport LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 68 | Prime Time Auto Transport LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 69 | Robert Collum | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 70 | Santana Jr Transport LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 71 | Seagis East Rutherford LLC | Warehouse Lease dated May 17, 2024 | Port Elizabeth Terminal & Warehouse Corp. |
| 72 | Souralais LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 73 | Symister Enterprise LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 74 | Tiekoura Niambele | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 75 | Trac Intermodal | Equipment Lease dated April 14, 2011 | P. Judge & Sons Trucking, LLC |
| 76 | Trac Lease Inc. | Equipment Lease dated July 1, 2015 | P. Judge & Sons, Inc. |
| 77 | Trend Intermodal Chassis Leasing LLC | Chassis Lease dated February 4, 2025 | P. Judge & Sons Trucking, LLC |
| 78 | Troy Carrier LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 79 | U.S. Hauling Inc. | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 80 | Victor L. Reyes-Sanchez | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 81 | Wellington Perz | Owner Operator Agreement | P. Judge & Sons, Inc. |

| | | | |
|---|---|---|---|
| 82 | Wells Cargo Express LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 83 | WNJ Trucking Corp. | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 84 | Wright Way Logistics LLC | Owner Operator Agreement | P. Judge and Sons Trucking, LLC |
| 85 | XTRA Lease, LLC | Trailer Lease Agreement No. 060L173 dated April 15, 2025 | P. Judge & Sons, Inc. |
| 86 | XTRA Lease, LLC | Trailer Lease Agreement No. 060L173 dated April 15, 2025 | P. Judge & Sons, Inc. |
| 87 | Young Kim | Owner Operator Agreement | P. Judge & Sons, Inc. |
| 88 | ZM Trucking LLC | Owner Operator Agreement | P. Judge & Sons, Inc. |