# Exhibit A

# Proposed Order

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>650 College Road East<br>Princeton, NJ 08540<br>Telephone: (973) 286-6714<br>E-mail:stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINAL &<br>WAREHOUSE CORP., *et al.*<br><br>Debtors.[1] | |

**ORDER APPROVING DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

AND NOW, upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, authorizing the Debtors to reject the

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

[2] Capitalized terms used but not defined herein are defined in the Motion.

Contracts identified on **Exhibit 1** hereto, effective as of November 23, 2026 (the "Rejection Date"), subject to the Debtors filing a notice specifying a later effective Rejection Date in the event the Sale closes after November 23, 2026; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the Rejection Date.

3. Any counterparty to a Rejected Contract asserting a claim for damages arising from the rejection of such Rejected Contract (a "Rejection Damages Claim") shall file a proof of claim no later than thirty (30) days after the date of entry of this Order (the "Rejection Damages Bar Date"); provided, however, that any counterparty that fails to timely file a proof of claim asserting a Rejection Damages Claim by the Rejection Damages Bar Date is forever barred, estopped, and enjoined from asserting such Rejection Damages Claim against the Debtors, their estates, or their

property, and such Rejection Damages Claim is deemed disallowed and expunged without further order of the Court.

4. Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order: (a) constitutes an admission as to the validity or priority of any claim against the Debtors; (b) constitutes a waiver of the Debtors' rights to dispute any claim or assert any defenses or counterclaims to such claim or against the applicable claim proponent; (c) prejudices the Debtors' rights to assert that any specific Contract (i) is not executory or within the meaning of section 365 of the Bankruptcy Code or (ii) has expired or been terminated; or (d) prohibits the Debtors from seeking to reject any other executory contracts or leases.

5. Notwithstanding anything to the contrary herein, nothing in the Motion or this Order prejudices the Debtors' rights to amend, modify, or supplement the list of Rejected Contracts, including to add or remove contracts or leases, subject to further order of the Court, as necessary.

6. Notwithstanding any Bankruptcy Rule to the contrary, this Order is effective immediately and enforceable upon its entry, including the rejection of the Contracts granted herein, which are rejected by the Debtors effective as of the Rejection Date.

7. This Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

# Exhibit 1

## Rejected Contracts

**Rejected Contracts Schedule**

| | Contract Counterparty | Title of Agreement | Debtor Party |
|---|---|---|---|
| 1 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087574 dated April 25, 2025 | P. Judge & Sons, Inc. |
| 2 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087575 dated April 25, 2025 | P. Judge & Sons, Inc. |
| 3 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087617 dated May 8, 2025 | P. Judge & Sons, Inc. |
| 4 | XTRA Lease, LLC | Trailer Rental Agreement No. 058058161 dated June 24, 2016 | P. Judge & Sons, Inc. |
| 5 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087536 dated April 25, 2025 | P. Judge & Sons, Inc. |
| 6 | XTRA Lease, LLC | Trailer Rental Agreement No. 058061783 dated December 12, 2018 | P. Judge & Sons, Inc. |
| 7 | XTRA Lease, LLC | Trailer Rental Agreement No. 058061824 dated December 20, 2018 | P. Judge & Sons, Inc. |
| 8 | XTRA Lease, LLC | Trailer Rental Agreement No. 058060993 dated April 30, 2018 | P. Judge & Sons, Inc. |
| 9 | XTRA Lease, LLC | Trailer Rental Agreement No. 0580609893 dated April 30, 2018 | P. Judge & Sons, Inc. |
| 10 | XTRA Lease, LLC | Trailer Rental Agreement No. 058062608 dated June 25, 2019 | P. Judge & Sons, Inc. |
| 11 | XTRA Lease, LLC | Trailer Rental Agreement No. 058061790 dated December 14, 2018 | P. Judge & Sons, Inc. |
| 12 | XTRA Lease, LLC | Trailer Rental Agreement No. | P. Judge & Sons, Inc. |

| | | | |
|---|---|---|---|
| | | 058061782 dated December 14, 2018 | |
| 13 | XTRA Lease, LLC | Trailer Rental Agreement No. 058061825 dated December 20, 2018 | P. Judge & Sons, Inc. |
| 14 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087502 dated April 19, 2025 | P. Judge & Sons, Inc. |
| 15 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087500 dated April 19, 2025 | P. Judge & Sons, Inc. |
| 16 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087503 dated April 19, 2025 | P. Judge & Sons, Inc. |
| 17 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087537 dated April 19, 2025 | P. Judge & Sons, Inc. |
| 18 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087504 dated April 19, 2025 | P. Judge & Sons, Inc. |
| 19 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087505 dated April 19, 2025 | P. Judge & Sons, Inc. |
| 20 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087625 dated May 8, 2025 | P. Judge & Sons, Inc. |
| 21 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087507 dated April 18, 2025 | P. Judge & Sons, Inc. |
| 22 | XTRA Lease, LLC | Trailer Rental Agreement No. 060087618 dated May 8, 2025 | P. Judge & Sons, Inc. |