| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, Stephen B. Ravin:

☒ represent the Debtors in this matter.

☐ am the secretary/paralegal for ___________, who represents the _____________ in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On November 17, 2026, I sent a copy of the following to the parties listed on the attached **"Exhibit A"**:

   1. Omnibus Motion for Entry of an Order Authorizing the Rejection Of Certain Executory Contracts and Unexpired Leases

   2. Second Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

3. I hereby certify under penalty of perjury that the above documents were sent via regular mail.

Dated: November 17, 2026

/s/ *Stephen B. Ravin*
Signature

# EXHIBIT A

**Integrity Staffing Solutions**
P.O. Box 713870
Philadelphia, PA 19171

**Seagis East Rutherford LLC**
13 Manor Road, East
Rutherford, NJ 07073

**Ballard Spahr LLP**
Attn: Leslie Heilman, Esq.; Erin Williamson, Esq.
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**Seagis Property Group LP**
Attn: Lease Administration
100 Front Street, Suite 350
West Conshohocken, PA 19428

**North NJ Teamsters Benefits Plan**
810 Belmont Ave.
North Haledon, NJ 07508

**Ogden Forklifts, Inc.**
PO BOX 43606
Atlanta, GA 30336

**Milestone Equipment Company**
PO BOX 205589
Dallas, TX 75320

**Penn Jersey Diesel & Trailer**
2950 State Road
Bensalem, PA 19020

**Trac Lease Inc.**
750 College Road
East Princeton, NJ 08540

**XTRA Lease, LLC**
7911 Forsyth Blvd., Ste. 600
St. Louis, MO 63105

**Bryan Cave Leighton Paisner LLP**
Attn: David Unseth
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Hale Trailer Brake & Wheel, Inc.**
PO BOX 1400
Voorhees, NJ 08043

**Trend Intermodal Chassis Leasing LLC**
78 John Miller Way, Suite 417
Kearny, NJ 07032

**North American Chassis Pool**
525 Royal Parkway #290069
Nashville, TN 37229

**Amparbeng Corporation**
77 Hudson Street
Metuchen, NJ 08840

**Big Dog Trucking LLC**
81 Charles Streeet
Jersey City, NJ 07307-3537

**B'S Express Trucking LLC**
686 Hunterdon
Newark, NJ 07108

**Angel A. Campos**
154 Oak Ridge Road
Clifton, NJ 07013

**Luis Celi**
45 Richards Street
Newark, NJ 07105

**Alou Cisse**
951 Hoe Ave., Apt. 2A
Bronx, NY 10459

**DMFAT Trucking Corp.**
195 1st St., Apt. 10-1
Newark, NJ 07107

**DUB Trucking**
670 W 8th St., 2nd Fl.
Plainfield, NJ 07060

**Edwins Express LLC**
624 Chetwood St.
Elizabeth, NJ 07202

**Faraon Enterprises LLC**
184 Belgrove Drive
Kearny, NJ 07012

**GIL Trucking**
431 Forest St., Fl. 2
Kearny, NJ 07032

**Gio Transport**
407 N Maing Street
Stewartsville, NJ 08886

**Chris A Hamid**
115 Park Ave.
Plainfield, NJ 07060

**Hidalgo Hector**
14-47 Chandler Dr.
Fair Lawn, NJ 07410-2705

**Hector L Hidalgo**
325 Harris Ave.
Middlesex, NJ 08846

**James D. Bugam Transportation LLC**
PO BOX 37
Avenel, NJ 07001

**Johnny Iceman Trucking**
PO BOX 7073
North Arlington, NJ 07031

**J&N Transport LLC**
25 Carlton Ave.
Jersey City, NJ 07307

**Jiminez Organization LLC**
235 Maryland Ave.
Paterson, NJ 07503

**JR Williams Express Inc.**
15601 N Conduit Ave.
Jamaica, NY 11434

**Jumelles Trucking LLC**
521 Grier Ave., Apt. 1
Elizabeth, NJ 07202

**Juno Trucking LLC**
1293 State Street
Hillside, NJ 07205

**KD Sabou LLC**
191 Fairmont Ave.
Newark, NJ 07103

**Young Kim**
33 Gallop Lane
Somerset, NJ 08873

**K2 Trucking Inc.**
112 Kent Street
Brooklyn, NY 11222

**LI Hauling Inc.**
10A Evergreen Avenue
Brentwood, NY 11717

**Agapito Martinez**
383 N 10th St.
Belleville, NJ 07109

**M H DAS Trucking LLC**
203 Century Way
Manalapan, NJ 07726-8760

**Maximo Trucking LLC**
326 E 16th St., Apt. 102
Paterson, NJ 07524

**Tiekoura Niambele**
30 West 141 St., Apt. 2F
New York, NY 10037

**NJ ASAP Hauling LLC**
15 Mansfield Rd.
Piscataway, NJ 88854

**Overseas Logistics Corporation**
97 Winding Wood Drive, Suite 5A
Sayreville, NJ 08872

**Luis O Ontaneda**
221 North 9th Street
Newark, NJ 07107-1766

**Ouatt Transportation LLC**
191 Fairmount Ave.
Newark, NJ 07103

**Peguero Export Cargo LLC**
540 North Ave., Suite 211
Union, NJ 07083

**Wiellington Perz**
19 John St., Apt. 2
Passaic, NJ 07055

**Phanyick Logistics, LLC**
284 18th Ave., Apt. D
Newark, NJ 07108

**Pokeman Transport LLC**
535 Main Street
Lodi, NJ 07644

**Pelon Trucking LLC**
96 W 20th Street
Bayonne, NJ 07002

**Victor L Reyes-Sanchez**
14 Vreeland Ave., Apt. 2
Passaic, NJ 07055

**Elin J. Rodriguez**
8 Arthur Ave.
Staten Island, NY 10305

**Gustavo O Romero**
52 Forest Way
Clifton, NJ 07013

**Diego Transport LLC**
530 Richmond St., Apt. 3B
Elizabeth, NJ 07202

**Santana JR Transport LLC**
923 Westfield Ave., 1st Fl.
Rahway, NJ 07065

**Gurmel Singh**
27 Cherokee Trail
Burlington, NJ 08016

**Karam Singh**
49 Greenbrier Drive
Westampton, NJ 08060

**Souralais LLC**
95 Littletown Ave.
Newark, NJ 07107

**222 Heavy Inc.**
94 Balmoral Ct.
Edison, NJ 08817

**Troy Carrier LLC**
357 MacArthur Ave., Fl. 2
Garfield, NJ 07026

**US Hauling Inc.**
89 Southaven Ave.
Medford, NY 11763-3720

**Wells Cargo Express LLC**
195 Bloomfield Ave., Suite 228
Newark, NJ 07104

**WNJ Trucking Corp.**
958 Kennedy Blvd.
Bayonne, NJ 07002

**Jose Yamuca**
52 Harrison Ave., Apt. 2L
Harrison, NJ 07029

**ZM Trucking LLC**
7 Cozy Glen Court
Saddle Brook, NJ 07663

**A Williams Trucking LLC**
15 Helena Rd.
St. Helena IS, SC 29920

**Robert Collum**
115 Buckfield Drive
Rincon, GA 31326

**Cuthbert Trucking LLC**
20 Peppermint Road
St. Helena IS, SC 29920

**DDJ Trucking LLC**
2566 GA Highway 99
Townsend, GA 31331

**Eddie Boykin Trucking, LLC**
724 Williams Store Rd.
Sylvania, GA 30467

**Givens Legacy LLC**
4210 Worth Street
Savannah, GA 31405

**Attitude Trucking LLC**
1082 Lakeview Drive NE
Townsend, GA 31331

**Herrington Boys Trucking LLC**
PO BOX 1983
Darien, GA 31305-1983

**H2 Express Transport, LLC**
401 White Bluff Ave.
Savannah, GA 31419

**Derek S Hood**
1021 Wellington Ct.
Lenoir, NC 28645-8200

**Highrollers Transport LLC**
161 Brickyard PT RD N.
Ladys Island, SC 29907

**Devion Jackson**
2566 GA Highway 99
Townsend, GA 31331-8320

**Michael D Jackson**
PO Box 72
Townsend, GA 31331

**KCTE, LLC**
2330 Scenic Hwy S.
Snellville, GA 30078

**Donald McIver**
146 Zachary Drive
Brunswick, GA 31525

**Alexander Rosso**
101 Spring Lakes Drive, Apt. 209
Savannah, GA 31407-3504

**Symister Enterprise LLC**
126 Greenbriar Ct.
Savannah, GA 31419

**Prime Time Auto Transport LLC**
2481 Greenfield Lane
Jonesboro, GA 30236

**Alexander B Smith**
404 Middletown Street
Pooler, GA 31322

**Eugene R Washington LLC**
2015 Florida Avenue
Savannah, GA 31404

**Bernard Williams**
457 Handsome Oak Drive
Hardeeville, SC 29927

**Wright Way Logistics LLC**
40 Heartstone Circle
Bluffton, SC 29910

United States Trustee
Office of the United States Trustee for the District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102-5235

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

First Business Specialty Finance, LLC
2400 E. Devon Avenue, Suite 211
Des Plaines, IL 60018

Laurie A. Martin Montplaisir
Krieg DeVault LLP
200 S. Wacker Drive, Suite 600
Chicago, IL 60606

Seth Ptasiewicz
Kroll Heineman Ptasiewicz & Parsons, LLC
99 Wood Avenue South, Suite 307
Iselin, NJ 07726

Ilana Volkov
McGrail & Bensinger LLP
888-C 8th Avenue #107
New York, NY 10019

Thomas Michael Walsh
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

John S. Mairo, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102

Attn: David Weissman
F. Greek Bristol Properties, LP
1 Kimberly Road, Suite 105
East Brunswick, NJ 08816

Seagis East Rutherford, LLC
100 Front St., Suite 1100
Conshohocken, PA 19428
Attn: Steven Pron

Ryder Transportation Services
2333 Ponce De Leon Blvd.
Coral Gables, FL 33134
Attn: Michael Mandell, Chairperson

F. Greek Bristol Properties, LP
1 Kimberly Road, Suite 105
East Brunswick, NJ 08816
Attn: David Weissman

DWS
100 Summer St., Suite 800
Boston, MA 02110
Attn: Dave Crane

David H. Stein
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, P.O. Box 10
Woodbridge, NJ 07095

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S, Pmb 84356
New York, NY 10003-1502

Rebecca K. McDowell / Thomas B. O'Connell
Saldutti Law Group
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034

Robert Malone
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Kyle McEvilly
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Amanda R Simone
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Brett S. Theisen
Gibbons PC
One Gateway Center
Newark, NJ 07102-5310

Christopher P. Anton
FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102

Weltman, Weinberg & Reis Co.
Attn: Garry Masterson
5990 West Creek Rd, Suite 200
Independence, OH 44131

City of Philadelphia Law Department
Tax Litigation & Collections Unit
1401 JFK Blvd., 5th Floor, Room 580
Philadelphia, PA 19102-1595

Dundon Advisers LLC
Ten Bank Street, Suite 1100
White Plains, NY 10606

Joseph Casello
Collins, Vella & Casello
2430 Route 34 B12
Manasquan, NJ 08736

Pamela Elchert Thurmond
City of Philadelphia
1401 John F. Kennedy Blvd., Room 580
Philadelphia, PA 19102

James F. Moscagiuri
Lavery, Selvaggi, Abromitis & Cohen
1500 Rte 517
Hackettstown, NJ 07840

Joseph Lubertazzi, Jr.
McCarter & English
Four Gateway Center, PO Box 652
100 Mulberry Street, Newark, NJ 07102-4004

Eric M. Ferrante
Nixon Peabody LLP
211 High Point Drive, Suite 110
Victor, NY 14564-1061

Joseph L. Schwartz
Riker Danzig LLP
7 Giralda Farms, Suite 250
Madison, NJ 07940

McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Attn: Kristin C. Wigness