UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
650 College Road East
Princeton, NJ 08540
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com

Counsel to the Debtors and Debtors in Possession

In Re:

PORT ELIZABETH TERMINAL &
WAREHOUSE CORP., et al.

Case No.: 25-22123 (VFP)

Chapter: 11

Hearing Date: December 8, 2026

Judge: VFP

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Omnibus Motion for Entry of an Order Authorizing the Rejection Of Certain Executory Contracts and Unexpired Leases (Dkt. 548)

Date: 11/17/2026

/s/ Stephen Ravin
Signature

*rev.8/1/15*