UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP

Stephen B. Ravin, Esq.
Turner N. Falk, Esq.
650 College Road East, Suite 4000
Princeton, NJ 08540-6603
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

Counsel to the Debtors and Debtors in Possession

**Order Filed on November 17, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,
Debtors.

Case No.: 25-22123-VFP

Chapter: 11

Judge: Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 17, 2026**

Vincent F. Papalia

Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the application of the Debtors for a reduction of time for a hearing on Motion for Approval of Post-Closing Accounts Receivable Collection under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 23, 2026 at 11:00am in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 Courtroom No. 3B.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: FBSF as the purchaser and its counsel; all secured creditors and their counsel, if known

by ☒ each, ☐ any of the following methods selected by the Court:

**(where known)**

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Counsel for the Official Committee of Unsecured Creditors; the United States Trustee Office; and any other party having filed A Notice of Appearance in the case

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to ________________

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail 1 day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☒ Parties may request to appear by Zoom by contacting Chambers prior to the return date.

☐

☐

*rev.5/19/2025*