| |
|---|
| **fUNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>*Counsel to the Debtors and Debtors in Possession* |
| In re:<br><br>PORT ELIZABETH TERMINATION & WAREHOUSE CORP., *et al.*<br><br>Debtors.[1] |

Chapter 11

Case No. 25-22123 (VFP)

(Jointly Administered)

## CERTIFICATION OF SERVICE

1. I, Stephen B. Ravin:

☒ represent the Debtors in this matter.

☐ am the secretary/paralegal for __________, who represents the __________ in this matter.

☐ am the ____________________ in this case and am representing myself.

2. On November 17, 2026, I sent a copy of the following to the parties listed in the chart below:

**Application Shortening Time Period for Notice, Setting Hearing, and Limiting Notice in re: Debtors' Motion for Entry of an Order (a) Authorizing the Debtors to Enter into and Perform Under the Post-Closing Accounts Receivable Collection and Disbursement Services Agreement with First Business Specialty Finance, LLC and (b) Related Relief;**

**Order Shortening Time Period for Notice, Setting Hearing, and Limiting Notice**

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 20, 2026

/s/ *Stephen B. Ravin*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Gerardi<br>DOJ-Ust<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | Counsel to U.S. Trustee | ☐ Hand-delivered<br>Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Laurie A. Martin Montplaisir<br>Krieg DeVault LLP<br>200 S. Wacker Drive Suite 600<br>Chicago, IL 60606<br>Email: lmontplaisir@kdlegal.com | Counsel to First Business Specialty Finance, LLC | ☐ Hand-delivered<br>☒ Email<br>☐ Certified mail/RR<br>☐ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| John S. Mairo, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Email<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Christopher P. Anton<br>FBT Gibbons LLP<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Email<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite rule if applicable) |

| | | |
|---|---|---|
| U.S. Small Business Administration<br>ATTN: District Counsel<br>Two Gateway Center, Suite 1002<br>Newark, NJ 07102 | Party of Interest | ☐ Hand-delivered<br>☒ Overnight Mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Pinnacle Business Funding LLC d/b/a<br>AEC Cap Capital<br>1777 Reisterstown Rd<br>Pikesville MD 21209 | Secured Creditor | ☐ Hand-delivered<br>☒ Overnight Mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite rule if applicable) |