# EXHIBIT A

## Retention Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com
Proposed Counsel to the Debtors and Debtors in Possession

**Order Filed on December 19, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

PORT ELIZABETH TERMINAL & WAREHOUSE CORP. et al.,
Debtors.

Case No.: 25-22123-JKS

Chapter: 11

Judge: John K. Sherwood

**ORDER AUTHORIZING RETENTION OF**
**MURPHY SCHILLER & WILKES LLP EFFECTIVE AS OF NOVEMBER 14, 2025**

The relief set forth on the following page is **ORDERED**.

**DATED: December 19, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Murphy Schiller & Wilkes LLP as Special Counsel to the Debtors, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: One Gateway Center, Suite 4200
   Newark, NJ 07102

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is November 14, 2025.

*rev.8/1/15*