# EXHIBIT C

## Detail Time Entries by Category

# Murphy Schiller & Wilkes LLP

One Gateway Center
Suite 400
Newark, NJ 07102
Phone: 973-877-6984


## INVOICE

**Date:**09/30/2026
**Invoice #:** 22381
**Matter:** Paracha Brothers
**File #:** 2406

**Bill To:**
The Judge Organization and Port Elizabeth Terminal and Wareh
The Judge Organization and Port Elizabeth Terminal and Warehouse Corp.
13 Manor Rd.
East Rutherford, 07073

**Due Date:** Due Upon Receipt

**Payments received after 11/20/2026 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/2026 | SCC | A107-Communicate (opponents/other outside counsel) L120-Analysis/Strategy Communicate with counsel for tenant on monthly payments pursuant to settlement agreement. | 0.40 | $450.00 | $180.00 |
| 09/16/2026 | CJW | Attend to delivery of Settlement Funds; emails to/from S. Callahan and team re: payment of same. | 1.00 | $450.00 | $450.00 |
| | | **For professional services rendered** | **1.40** | | **$630.00** |

| | |
|---|---|
| **Invoice Amount** | **$630.00** |
| **Remaining Balance** | **$630.00** |

**Previous Invoices Balance**

**Balance Due**

**Retainer Balance (as of 11/20/2026)**

| Name | Time Spent | Rate | Amount |
|---|---|---|---|
| Charles Wilkes | 1.00 | $450.00 | $450.00 |
| Sean Callahan | 0.40 | $450.00 | $180.00 |