| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>Sonali Doshi, Esquire<br>650 College Road East<br>Princeton, NJ 08540<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>sonali.doshi@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINATION & WAREHOUSE CORP., *et al.*<br><br>Debtors.[1] | |

**ELEVENTH FINANCIAL ADVISOR MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD OF SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| **Debtor:** In re Port Elizabeth Terminal & Warehouse Corp., *et al.* | **Applicant:** Cambridge Financial Services, LLC |
| **Case No.:** 25-22123 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** November 14, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

[*Remainder of page left intentionally blank*]

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

**RETENTION ORDER ATTACHED.**

By: */s/ Nicholas Jalowski*  *November 23, 2026*
Nicholas Jalowski

## SECTION I
## FEE SUMMARY

**__X_ Monthly Fee Statement No. _11_ or ___ Final Fee Application**

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | $420,100.00 | $28.80 |
| Total Fees Allowed to Date: | $420,100.00 | $0.00 |
| Total Holdback (If Applicable) | N /A | $0.00 |
| Total Received by Applicant | $321,108.00 | $28.80 |

| **NAME OF PROFESSIONAL & TITLE** | **YEAR ADMITTED (Or Years of Professional Service)** | **HOURS** | **RATE** | **FEE** |
|---|---|---|---|---|
| Joseph Compitello, Financial Advisor | 10 years | 92.25 | $400.00 | $36,900.00 |
| Nicholas Jalowski, Financial Advisor | 40 years | 7.20 | $500.00 | $3,600.00 |
| **TOTALS** | | 99.45 | | $40,500.00 |

| | |
|---|---|
| **Fee Totals** | **$40,500.00** |
| **Minus 50% for Non-Working Travel** | **$0.00** |
| **Grand Fee Total** | **$40,500.00** |
| **80% of Fees** | **$32,400.00** |
| **Expense Totals** | **$0.00** |
| **Total Monthly Fee Statement** | **$40,500.00** |

[*Remainder of page left intentionally blank*]

# SECTION II
# SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Business Operations | 79.2 | $32,270.00 |
| 2. | UST Reports, Meetings and Issues | 8.7 | $3,480.00 |
| 3. | Committee Matters | 10.25 | $4,100.00 |
| 4. | Financing and Cash Flow | 1.30 | $650.00 |
| | **Total:** | **99.45** | **$40,500.00** |
| | | **Grand Total** | **$40,500.00** |
| | | **80% of Total Compensation** | **$32,400.00** |

# SECTION III
# SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| **Total:** | **$0.00** |

[*Remainder of page left intentionally blank*]



59025287.7

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| **Date case filed:** | November 14, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:**[2] | *See Order Authorizing Retention of Cambridge Financial Services, LLC Effective as of November 14, 2025* (the "Retention Order") [D.I. 68] attached hereto as **Exhibit A**. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:**[3] | *See* narrative portion of the fee application. |

| ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Total Unpaid |
|---|---|---|---|---|---|---|
| 72 | 11/14/25-11/30/25 | $34,890.00 | $0.00 | $34,890.00 | $0.00 | $0.00 |
| 135 | 12/01/2025-12/31/2025 | $43,300.00 | $0.00 | $43,300.00 | $0.00 | $0.00 |
| 175 | 1/1/2026-1/31/2026 | $46,930.00 | $28.80 | $46,930.00 | $28.80 | $0.00 |
| 216 | 2/1/2026-2/28/2026 | $40,390.00 | $0.00 | $40,390.00 | $0.00 | $0.00 |
| 261 | 3/1/2026-3/31/2026 | $45,790.00 | $0.00 | $45,790.00 | $0.00 | $0.00 |
| 286 | 4/1/2026-4/30/2026 | $41,920.00 | $0.00 | $41,920.00 | $0.00 | $0.00 |
| 345 | 5/1/2026-5/31/2026 | $43,740.00 | $0.00 | $34,992.00 | $0.00 | $8,748.00 |
| 389 | 6/1/2026-6/30/2026 | $41,120.00 | $0.00 | $32,896.00 | $0.00 | $8,224.00 |
| 423 | 7/1/2026-7/31/2026 | $41,700.00 | $0.00 | $0.00 | $0.00 | $41,700.00 |
| 470 | 8/1/2026-8/31/2026 | $40,320.00 | $0.00 | $0.00 | $0.00 | $40,320.00 |
| **Totals:** | | $420,100.00 | $28.80 | $321,108.00 | $28.80 | $98,992.00 |

[*Remainder of page left intentionally blank*]

---

2 On December 9, 2025, the Court entered the *Order Authorizing Retention of Cambridge Financial Services, LLC Effective as of November 14, 2025.*

3 The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Cambridge as Financial Advisor to the Debtors.