# EXHIBIT B

## Declaration of Nicholas Jalowski

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Jeffrey C. Hampton, Esquire<br>Turner N. Falk, Esquire<br>Mariam Khoudari, Esquire<br>Sonali N. Doshi, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail: stephen.ravin@saul.com<br>jeffrey.hampton@saul.com<br>turner.falk@saul.com<br>mariam.khoudari@saul.com<br>sonali.doshi@saul.com<br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |
| In re:<br><br>PORT ELIZABETH TERMINATION & WAREHOUSE CORP., *et al.*<br><br>Debtors.[1] | |

**DECLARATION OF NICHOLAS JALOWSKI**

1. I am a Principal in the firm of Cambridge Financial Services, LLC ("**Cambridge**"), which serves as financial advisor to the debtors and debtors-in-possession (the "**Debtors**").

2. I have read the foregoing eleventh monthly fee statement of Cambridge for allowance of compensation and reimbursement of expenses for the period from September 1, 2026 through September 30, 2026 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690).

3. There is no agreement or understanding between Cambridge and any other person for a division of compensation as Debtors' financial advisor and no previous compensation has been shared by Cambridge.

4. No division prohibited by the Bankruptcy Code will be made by Cambridge.

5. No agreement prohibited by Title 18, Section 155 has been made.

Dated: November 23, 2026

*/s/ Nicholas Jalowksi*
Nicholas Jalowski