# EXHIBIT C

## Detail Time Entries by Category

Cambridge
Financial Services

September 30, 2026

The Judge Organization DIP
13 Manor Road
East Rutherford, NJ 07073

Invoice # 23725

FOR CONSULTING SERVICES DURING THE PERIOD: 9/1/2026 TO 9/30/2026

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule ZOOM call with Court re: Motion Bidding Process Contracts for all vendors: Constellation/ Global Prepare Discussions with Fredrick Investments Vendor payments August Month Update Consolidated Forecast thru 8/31 First Business purchases week ending 8/29 ECW Due Diligence | 2.30<br>400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Prepare Cash Flow Month Variance report-8/31 | 0.75<br>400.00/hr | 300.00 |
| | JC | UST Reports Meetings- Confirm UST Professional Fees | 0.60<br>400.00/hr | 240.00 |
| 9/2/2026 | JC | Business Operations- Cash Flow Forecast thru 3/31 Visit with Fredrick Investments RE: Potential APA Proposed CBI extension Status of Due Diligence-Outstanding Contracts] General Ledger detail-reconciliation 8/31 Purchases August Month Gallager-WH Liability Insurance Court approval | 2.80<br>400.00/hr | 1,120.00 |
| | JC | UCC Credit Committee- Cash Flow Variance report month August | 2.00<br>400.00/hr | 800.00 |
| 9/3/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Recap Fredrick meeting and pending proposal APA Schedules: top 20 vendors/customers AP/AR 7/31/26 Customer pricing agreementsReview/ Update Due Diligence | 3.80<br>400.00/hr | 1,520.00 |
| | JC | UCC Credit Committee- Review /forward Cash Flow Variance report | 1.10<br>400.00/hr | 440.00 |
| | JC | UST Reports Meetings- Professional Fees Forecast-7th Application fee | 0.40<br>400.00/hr | 160.00 |
| 9/4/2026 | JC | Business Operations Confirm cash receipts-Payment schedule Payroll/ Owner Operators/Purchases August First Business purchases/Reserve funds Revise Cash Flow forecast thru 10/30 ECW APA Schedulestrucking contracts | 3.10<br>400.00/hr | 1,240.00 |
| | JC | UST Reports Meetings- General Ledger-Vendor Payments August MOR | 2.30<br>400.00/hr | 920.00 |
| 9/8/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ draft responses/ conference on sale of bus | 1.40<br>500.00/hr | 700.00 |
| | JC | Business Operations-Confirm cash receipts-Payment schedule Proposed CBI extension Customer visitsw/ ECW APA schedules Data requests Consolidated Cash Flow August Month Actual Vendor Payments August MTD Receipts/payables/payroll week ending 8/29 | 3.20<br>400.00/hr | 1,280.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/8/2026 | JC | UCC Credit Committee- Verify cash Flow Forecast 10/30 | 0.90<br>400.00/hr | 360.00 |
| | JC | UST Reports Meetings- Professional UST fees YTD | 0.40<br>400.00/hr | 160.00 |
| 9/9/2026 | NBJ | FINANCING & CASH COLLATERAL; prep for meeting with First Business/ meeting w/First Business on cash collections post sale | 1.30<br>500.00/hr | 650.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule AP schedule - IT Contracts Due Diligence ECW- Judgements Core Schedule Lease/Contract validation Pointe Maron Due Diligence List Vendor Payments; Payroll; O/O 1st Business Purchases Wells Fargo Demand letter | 3.50<br>400.00/hr | 1,400.00 |
| | JC | UCC Credit Committee- Review Cash Flow variance reports- Forecast | 0.80<br>400.00/hr | 320.00 |
| 9/10/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Details on open reserves; Follow up re:East Coast data requestsDiscuss CBI extension proposal Lease extensions: Seagis-Payment Status Frederick Financial Verify weekly payroll August month | 3.40<br>400.00/hr | 1,360.00 |
| | JC | UST Reports Meetings 7th Application Fees pending | 0.40<br>400.00/hr | 160.00 |
| 9/11/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ draft responses/ conference w/client/attorneys/accountants on sale of business and customer contract negotiation | 1.50<br>500.00/hr | 750.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule ZOOME re: CBI/Ecw extension statusAPA outstanding Contracts/ Asset List ECW due diligence requests Critical vendor payments RREEF/ Prologis lease payments | 4.00<br>400.00/hr | 1,600.00 |
| | JC | UST Reports Meetings- Status of pending Professional Fees | 0.40<br>400.00/hr | 160.00 |
| 9/14/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Vendor lease payments with description 7th application payments to Mazars/Cambridge CBI Proposed contract extensions Fuel increases: customer contractsvendor payments/Payroll/ O/O / Purchases MTD Review open due diligence items APA Schedules data requests | 4.30<br>400.00/hr | 1,720.00 |
| | JC | UCC Credit Committee- Review Cash Flow Projections 10/30 | 0.30<br>400.00/hr | 120.00 |
| | JC | UST Reports Meetings-Trustee Fee payment schedule-UCC Account | 0.30<br>400.00/hr | 120.00 |
| 9/15/2026 | NBJ | BUSINESS OPERATIONS: review correspondences/ conference on payments/ contract extensions review | 1.40<br>500.00/hr | 700.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule vendor payments/Payroll/ O/O / Purchases 9/11 Review open due diligence items CBI Proposed contract extensions Critical vendor payments | 4.30<br>400.00/hr | 1,720.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/15/2026 | JC | UST Reports Meetings-Trustee Fee payment schedule- Confirm UCC Account | 0.30<br>400.00/hr | 120.00 |
| 9/16/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Vendor payments August Month Update Consolidated Forecast thru 10/30 First Business purchases week ending 9/16 ECW Due Diligence | 2.00<br>400.00/hr | 800.00 |
| | JC | UCC Credit Committee- Prepare Cash Flow Revenue Variance report-9/15 | 1.60<br>400.00/hr | 640.00 |
| | JC | UST Reports Meetings- Verify UST Professional Fees | 0.40<br>400.00/hr | 160.00 |
| 9/17/2026 | JC | Business Operations- Cash Flow Forecast thru 3/31 Cure Schedule ECW Due Diligence Status of Due Diligence-Outstanding Contracts 1s t Business Transition Agreement-terms/conditions General Ledger detail-reconciliation 9/16 CBI Contract extension | 2.30<br>400.00/hr | 920.00 |
| | JC | UCC Credit Committee- Cash Flow Revenue Variance report | 1.60<br>400.00/hr | 640.00 |
| 9/18/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Cure Schedule Review/ Update Due Diligence General Ledger detail-reconciliation 9/16 Revise Cash Flow forecast thru 10/30 | 3.80<br>400.00/hr | 1,520.00 |
| | JC | UST Reports Meetings-Professional Fees Forecast-8th Application fee | 0.40<br>400.00/hr | 160.00 |
| 9/21/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Payroll/ Owner Operators/Purchases August First Business purchases/Reserve funds General Ledger ECW APA Schedules ECW meeting with CBI | 3.30<br>400.00/hr | 1,320.00 |
| | JC | UST Reports MeetingsGeneral Ledger-Vendor Payments August MOR | 0.30<br>400.00/hr | 120.00 |
| 9/22/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Proposed CBI extension APA schedules Data requests Consolidated Cash Flow August Month Actual Vendor Payments-General Ledger Receipts/payables/payroll week ending 9/16 | 2.80<br>400.00/hr | 1,120.00 |
| | JC | UCC Credit Committee- Verify cash Flow Forecast 10/30 | 0.60<br>400.00/hr | 240.00 |
| | JC | UST Reports Meetings- Professional UST fees 4th; 1st;2nd qtrs | 0.80<br>400.00/hr | 320.00 |
| 9/23/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Zoom call w/ ECW -Pointe Moran Due Diligence ECW- Outstanding issues Core Schedule Lease/Contract validation Vendor Payments; Payroll; O/O 1st Business Purchases | 3.80<br>400.00/hr | 1,520.00 |
| | JC | UCC Credit Committee- Review Cash Fow variance reports- Forecast | 0.30<br>400.00/hr | 120.00 |
| 9/24/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule ECW visit to East Rutherford Review invoicing into Great Plains Navigator -Savannah Vendor Payments-General Ledger Discuss CBI extension proposal | 4.20<br>400.00/hr | 1,680.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/24/2026 | JC | UST Reports Meetings- 7th Application Fees still pending | 0.40<br>400.00/hr | 160.00 |
| 9/25/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule ZOOM re: Saul Ewing-Cure Schedule Payroll/O/O ECW due diligence requests Critical vendor payments RREEF/ Prologis lease payments | 4.30<br>400.00/hr | 1,720.00 |
| | JC | UST Reports Meetings- Status of pending Professional Fees | 0.40<br>400.00/hr | 160.00 |
| 9/28/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule Vendor lease payments with description Rents outstanding -Prologis/RREEF CBI Proposed contract extension vendor payments/Payroll/ O/O / Purchases MTD Review open due diligence items APA Schedules data requests | 3.70<br>400.00/hr | 1,480.00 |
| | JC | UCC Credit Committee- Cash Flow Projections 10/30 | 0.30<br>400.00/hr | 120.00 |
| | JC | UST Reports Meetings- Trustee Fee payment schedule-UCC Account | 0.30<br>400.00/hr | 120.00 |
| 9/29/2026 | JC | Business Operations- Confirm cash receipts-Payment schedule vendor payments/Payroll/ O/O / Purchases 9/25 Review open due diligence items CBI Proposed contract extensions Critical vendor payments outstanding Request 1st Business advance | 4.30<br>400.00/hr | 1,720.00 |
| | JC | UST Reports Meetings- Trustee Fee payment schedule-Confirm UCC Account | 0.30<br>400.00/hr | 120.00 |
| 9/30/2026 | NBJ | BUSINESS OPERATIONS: conference on sale of biz | 0.50<br>500.00/hr | 250.00 |
| | NBJ | BUSINESS OPERATIONS: review correspondences/ research companies draft responses | 1.10<br>500.00/hr | 550.00 |
| | JC | Business Operations- Confirm cash receipts-Payment schedule Confirm 1st Business Advance /Payroll/ O/O / Purchases 9/25 Review open due diligence items CBI Proposed contract extensions Critical vendor payments-RREEF/ Prologis | 4.10<br>400.00/hr | 1,640.00 |
| | JC | UST Reports Meetings- Confirm UCC Account Balance | 0.30<br>400.00/hr | 120.00 |
| | | For professional services rendered | 99.45 | $40,500.00 |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512 -9200 * Fax (732) 512 - 9300 * www.cambridgefinancialcorp.com

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Case Administration - **NBJ** | 0 | $0 |
| | Case Administration - **JC** | 0 | $0 |
| 2. | Financing and Cash Flow - **NBJ** | 1.30 | $650.00 |
| | Financing and Cash Flow – **JC** | 0 | $0 |
| 3. | Business Operations - **NBJ** | 5.90 | $2,950.00 |
| | Business Operations - **JC** | 73.30 | $29,320.00 |
| 4. | Fee Application - **NBJ** | 0 | $0 |
| | Fee Application – **JC** | 0 | $0 |
| 5. | Creditors Inquires - **NBJ** | 0 | $0 |
| | Creditors Inquires – **JC** | 0 | $0 |
| 6. | UST Reports Meetings – **NBJ** | 0 | $0 |
| | UST Reports Meetings - **JC** | 8.7 | $3,480.00 |
| 7. | Litigation - **NBJ** | 0 | $0 |
| | Litigation - **JC** | 0 | $0 |
| 8. | Statements & Schedules - **NBJ** | 0 | $0 |
| | Statements & Schedules - **JC** | 0 | $0 |
| 9. | Credit Committee Administration - **NBJ** | 0 | $0 |
| | Credit Committee Administration - **JC** | 10.25 | $4,100.00 |
| | Mileage - **NBJ** | 0 | $0 |
| | Mileage - **JC** | 0 | $0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **Total:** | | |
| | | **Grand Total** | **$40,500.00** |
| | | **80% of Total Compensation** | **$32,400.00** |
| | | | |

Cambridge
Financial Services

Raritan Plaza III, 105 Fieldcrest Avenue, Suite 506, Edison, New Jersey 08837
(732) 512 -9200 * Fax (732) 512 - 9300 * www.cambridgefinancialcorp.com