# EXHIBIT C

## Detail Time Entries by Category

forvis mazars

Judge Organization, LLC et. al.
Attn: Richard Brogan
13 Manor Road
East Rutherford NJ 07073

| | |
|---|---|
| Date: | 10/16/2026 |
| Page: | 1 |
| Client No: | 2621202 |
| Invoice No: | 3071753 |

| | |
|---|---|
| For professional services rendered September 1st - September 30th | 4,107.60 |
| • Amex Shipping Agent | |
| For professional services rendered September 1st - September 30th | 2,618.44 |
| • Judge Organization, LLC | |
| For professional services rendered September 1st - September 30th | 16,043.48 |
| • P. Judge & Sons, Inc. | |
| For professional services rendered September 1st - September 30th | 15,038.10 |
| • Port Elizabeth Terminal & Warehouse Corp | |
| For professional services rendered September 1st - September 30th | 10,769.85 |
| • P. Judge and Sons Trucking, LLC | |
| For professional services rendered September 1st - September 30th | 12,512.85 |
| • Judge Warehousing, LLC | |
| >> Fees related to dataroom access September 2026 | 500.00 |
| Invoice Total | $ 61,590.32 |

Invoices are due upon receipt and assessed a finance charge after 32 days past due unless detailed in engagement letter.
Payment options are included below. Please reference the client and invoice number with your payment.

**Through Client Payment Portal at:**
https://www.e-billexpress.com/ebpp/ForvisMazars/Login/Index

**Forvis Mazars LLP**
**By ACH or WIRE to either account:**
Bank: Wells Fargo ABA: 121000248
Account: 2000019793733
**OR**
Bank: Wells Fargo ABA: 121000248
Account: 4556643740

**By mail to either of the following addresses:**
Forvis Mazars LLP
PO Box 602828
Charlotte, NC 28260-2828
**OR**
Forvis Mazars LLP
PO Box 200870
Dallas, TX 75320-0870

**Sep-26**
**Summary of Fees - By Entity and Category**

| | | | Data | |
|---|---|---|---|---|
| Client Name | Category | Staff Name | Sum of Hours | Sum of Total |
| Amex Shipping Agent, Inc. | Asset Disposition | Cordero, Sofia | 1.50 | 1,425.38 |
| | | Loaiza Londono, Alejandra N | 2.00 | 619.50 |
| | Asset Disposition Total | | 3.50 | 2,044.88 |
| | Business Operations | Celis Burgos, Hilary | 1.75 | 698.25 |
| | Business Operations Total | | 1.75 | 698.25 |
| | UST Reports & Meetings | Hamernik, Kevin J | 0.70 | 576.98 |
| | | Unkles, Edward | 1.50 | 787.50 |
| | UST Reports & Meetings Total | | 2.20 | 1,364.48 |
| **Amex Shipping Agent, Inc. Total** | | | **7.45** | **4,107.60** |
| Judge Organization, LLC | Asset Disposition | Cordero, Sofia | 1.00 | 950.25 |
| | | Unkles, Edward | 0.50 | 262.50 |
| | Asset Disposition Total | | 1.50 | 1,212.75 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.75 | 618.19 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.75 | 618.19 |
| | UST Reports & Meetings | Unkles, Edward | 1.50 | 787.50 |
| | UST Reports & Meetings Total | | 1.50 | 787.50 |
| **Judge Organization, LLC Total** | | | **3.75** | **2,618.44** |
| Judge Warehousing, LLC | Business Operations | Hamernik, Kevin J | 0.50 | 412.13 |
| | | Unkles, Edward | 1.00 | 525.00 |
| | Business Operations Total | | 1.50 | 937.13 |
| | Fee/Employment Applications (Other Professionals) | Unkles, Edward | 4.00 | 2,100.00 |
| | Fee/Employment Applications (Other Professionals) Total | | 4.00 | 2,100.00 |
| | UST Reports & Meetings | Cordero, Sofia | 1.00 | 950.25 |
| | | Hamernik, Kevin J | 2.70 | 2,225.48 |
| | | Unkles, Edward | 12.00 | 6,300.00 |
| | UST Reports & Meetings Total | | 15.70 | 9,475.73 |
| **Judge Warehousing, LLC Total** | | | **21.20** | **12,512.85** |
| P. Judge & Sons, Inc. | Asset Disposition | Cordero, Sofia | 0.75 | 712.69 |
| | | Hamernik, Kevin J | 0.25 | 206.06 |
| | | Loaiza Londono, Alejandra N | 1.50 | 464.63 |
| | Asset Disposition Total | | 2.50 | 1,383.38 |
| | Business Operations | Celis Burgos, Hilary | 1.50 | 598.50 |
| | | Cordero, Sofia | 6.00 | 5,701.50 |
| | | Mejia, Antonio | 6.75 | 1,063.13 |
| | | Nava, Edgar | 3.25 | 375.38 |
| | | Reinknecht, Coleen | 0.50 | 118.13 |
| | | Ryan, Spencer G | 8.00 | 1,176.00 |
| | Business Operations Total | | 26.00 | 9,032.63 |
| | Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 0.50 | 475.13 |
| | Fee/Employment Applications (Other Professionals) Total | | 0.50 | 475.13 |
| | UST Reports & Meetings | Cordero, Sofia | 1.50 | 1,425.38 |
| | | Hamernik, Kevin J | 0.70 | 576.98 |
| | | Unkles, Edward | 6.00 | 3,150.00 |
| | UST Reports & Meetings Total | | 8.20 | 5,152.35 |
| **P. Judge & Sons, Inc. Total** | | | **37.20** | **16,043.48** |
| P. Judge and Sons Trucking, LLC | Asset Disposition | Loaiza Londono, Alejandra N | 2.00 | 619.50 |
| | Asset Disposition Total | | 2.00 | 619.50 |
| | Business Operations | Cordero, Sofia | 1.00 | 950.25 |
| | | Unkles, Edward | 0.50 | 262.50 |
| | Business Operations Total | | 1.50 | 1,212.75 |
| | Fee/Employment Applications (Other Professionals) | Hamernik, Kevin J | 0.50 | 412.13 |
| | | Unkles, Edward | 2.00 | 1,050.00 |
| | Fee/Employment Applications (Other Professionals) Total | | 2.50 | 1,462.13 |
| | UST Reports & Meetings | Hamernik, Kevin J | 2.70 | 2,225.48 |
| | | Unkles, Edward | 10.00 | 5,250.00 |
| | UST Reports & Meetings Total | | 12.70 | 7,475.48 |
| **P. Judge and Sons Trucking, LLC Total** | | | **18.70** | **10,769.85** |
| Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Celis Burgos, Hilary | 1.25 | 498.75 |
| | | Cordero, Sofia | 2.50 | 2,375.63 |
| | | Loaiza Londono, Alejandra N | 2.00 | 619.50 |
| | Asset Disposition Total | | 5.75 | 3,493.88 |
| | Business Operations | Celis Burgos, Hilary | 1.75 | 698.25 |
| | | Cordero, Sofia | 0.50 | 475.13 |
| | | Unkles, Edward | 0.50 | 262.50 |
| | Business Operations Total | | 2.75 | 1,435.88 |
| | Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 0.50 | 475.13 |
| | | Unkles, Edward | 1.25 | 656.25 |
| | Fee/Employment Applications (Other Professionals) Total | | 1.75 | 1,131.38 |
| | UST Reports & Meetings | Cordero, Sofia | 1.50 | 1,425.38 |
| | | Hamernik, Kevin J | 1.20 | 989.10 |
| | | Unkles, Edward | 12.50 | 6,562.50 |
| | UST Reports & Meetings Total | | 15.20 | 8,976.98 |
| **Port Elizabeth Terminal & Warehouse Corp Total** | | | **25.45** | **15,038.10** |
| **Grand Total** | | | **113.75** | **61,090.31** |

| | |
|---|---|
| >>Fees related to dataroom access September 2026 | 500.00 |
| | **61,590.31** |

**Sep-26**
**Summary of Fees - By Category**

| | | Data | |
|---|---|---|---|
| Category | Staff Name | Sum of Hours | Sum of Total |
| Asset Disposition | Celis Burgos, Hilary | 1.25 | 498.75 |
| | Cordero, Sofia | 5.75 | 5,463.94 |
| | Hamernik, Kevin J | 0.25 | 206.06 |
| | Loaiza Londono, Alejandra N | 7.50 | 2,323.13 |
| | Unkles, Edward | 0.50 | 262.50 |
| Asset Disposition Total | | 15.25 | 8,754.38 |
| Business Operations | Celis Burgos, Hilary | 5.00 | 1,995.00 |
| | Cordero, Sofia | 7.50 | 7,126.88 |
| | Hamernik, Kevin J | 0.50 | 412.13 |
| | Mejia, Antonio | 6.75 | 1,063.13 |
| | Nava, Edgar | 3.25 | 375.38 |
| | Reinknecht, Coleen | 0.50 | 118.13 |
| | Ryan, Spencer G | 8.00 | 1,176.00 |
| | Unkles, Edward | 2.00 | 1,050.00 |
| Business Operations Total | | 33.50 | 13,316.63 |
| Fee/Employment Applications (Other Professionals) | Cordero, Sofia | 1.00 | 950.25 |
| | Hamernik, Kevin J | 1.25 | 1,030.31 |
| | Unkles, Edward | 7.25 | 3,806.25 |
| Fee/Employment Applications (Other Professionals) Total | | 9.50 | 5,786.81 |
| UST Reports & Meetings | Cordero, Sofia | 4.00 | 3,801.00 |
| | Hamernik, Kevin J | 8.00 | 6,594.00 |
| | Unkles, Edward | 43.50 | 22,837.50 |
| **UST Reports & Meetings Total** | | **55.50** | **33,232.50** |
| **Grand Total** | | **113.75** | **61,090.31** |

| | |
|---|---|
| >>Fees related to dataroom access September 2026 | 500.00 |
| | **61,590.31** |

| Staff Name | Client Name | Category | Detail | Date | Hours | Rate Total | Total |
|---|---|---|---|---|---|---|---|
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| MORs | 9/1/26 | 2.50 | 525.00 | 1,312.50 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | call with Joe on follow ups for due diligence | 9/1/26 | 0.50 | 950.25 | 475.13 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I saved information in the binder - SALE | 9/1/26 | 0.25 | 157.50 | 39.38 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I saved information in the binder | 9/2/26 | 0.75 | 157.50 | 118.13 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| June MOR | 9/3/26 | 3.00 | 525.00 | 1,575.00 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| June MOR | 9/3/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| June MOR | 9/3/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | Judge Organization, LLC | Asset Disposition | Judge \| Deal room management | 9/3/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| June MOR internal corrs | 9/4/26 | 0.50 | 525.00 | 262.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | CALL with Pat Wynne related to EIDL and other open matters for the sale process | 9/4/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | review and changes for return | 9/4/26 | 3.50 | 950.25 | 3,325.88 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | CALL with Pat Wynne related to EIDL and other open matters for the sale process | 9/4/26 | 0.50 | 950.25 | 475.13 |
| Reinknecht, Coleen | P. Judge & Sons, Inc. | Business Operations | tax return | 9/5/26 | 0.50 | 236.25 | 118.13 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | Judge MORs. | 9/7/26 | 2.00 | 824.25 | 1,648.50 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I saved iformation in the binder | 9/7/26 | 0.25 | 157.50 | 39.38 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | June MORs review; files and comments back to Ed. | 9/8/26 | 2.00 | 824.25 | 1,648.50 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | return changes and wrap up | 9/8/26 | 1.00 | 950.25 | 950.25 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| June MOR updates | 9/9/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| June MOR updates and responses to KH | 9/9/26 | 1.50 | 525.00 | 787.50 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Meeting with Ed on MORs. Emails with counsel, Sofia and Ed on July and Aug MORs | 9/10/26 | 0.50 | 824.25 | 412.13 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| June MOR professional fees | 9/10/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Call w KH re June MOR | 9/10/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Call w Sofia re fees for the June MOR | 9/10/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Updates to MORs | 9/10/26 | 1.00 | 525.00 | 525.00 |
| Cordero, Sofia | P. Judge and Sons Trucking, LLC | Business Operations | review of payments for EIDL and call with Rich | 9/10/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | review professional fees for MOR and other questions with Ed | 9/10/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | review professional fees for MOR and other questions with Ed | 9/10/26 | 0.50 | 950.25 | 475.13 |
| Celis Burgos, Hilary | Amex Shipping Agent, Inc. | Business Operations | Sent 2025 K-1s to Wynne and Barb. | 9/11/26 | 0.25 | 399.00 | 99.75 |
| Hamernik, Kevin J | Judge Warehousing, LLC | Business Operations | Standing call (0.5). | 9/11/26 | 0.50 | 824.25 | 412.13 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge \| Call w Sofia re professional fees | 9/11/26 | 0.25 | 525.00 | 131.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| June MOR updates to prof fees | 9/11/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Business Operations | Judge \| Call w Counsel | 9/11/26 | 0.50 | 525.00 | 262.50 |
| Celis Burgos, Hilary | Amex Shipping Agent, Inc. | Business Operations | Sent 2025 K-1s to Wynne and Barb. | 9/11/26 | 0.25 | 399.00 | 99.75 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | call with counsel for updates | 9/11/26 | 0.50 | 950.25 | 475.13 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I sent the BS to Ed | 9/11/26 | 0.75 | 157.50 | 118.13 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Business Operations | call with counsel for updates | 9/11/26 | 0.50 | 950.25 | 475.13 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Sent 2025 K-1s to Wynne and Barb. | 9/11/26 | 0.25 | 399.00 | 99.75 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Final June MORs, collate and send to Saul Ewing for filing | 9/14/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Expand tracker through Nov 2026 | 9/14/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| MOR template updates re prof fees | 9/14/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| Expand MOR receipts and disbursements through Nov | 9/14/26 | 0.50 | 525.00 | 262.50 |
| Celis Burgos, Hilary | P. Judge & Sons, Inc. | Business Operations | Sent July AJEs to Rich and print FS for Ed | 9/14/26 | 0.50 | 399.00 | 199.50 |
| Celis Burgos, Hilary | Amex Shipping Agent, Inc. | Business Operations | Sent July AJEs to Rich and print FS for Ed | 9/15/26 | 0.50 | 399.00 | 199.50 |
| Unkles, Edward | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Judge \| Prep August bill | 9/15/26 | 1.00 | 525.00 | 525.00 |
| Celis Burgos, Hilary | Amex Shipping Agent, Inc. | Business Operations | Sent July AJEs to Rich and print FS for Ed | 9/15/26 | 0.75 | 399.00 | 299.25 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Sent July AJEs to Rich and print FS for Ed | 9/15/26 | 0.50 | 399.00 | 199.50 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| July MORs | 9/16/26 | 2.00 | 525.00 | 1,050.00 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| July MORs | 9/17/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| July cash receipts and disbursements | 9/18/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| July MORs | 9/18/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | Judge Warehousing, LLC | Business Operations | Judge \| Calll w Counsel, notes to KH and SC | 9/18/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Judge \| Final August bill detail | 9/18/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Judge \| Set up August Interim fee application | 9/18/26 | 1.00 | 525.00 | 525.00 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I had a call with Edgar | 9/18/26 | 0.25 | 157.50 | 39.38 |
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.01 Rollforward binder & roll forward Operating Reports | 9/18/26 | 2.00 | 115.50 | 231.00 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | Call with Joe on matters for payroll and employee manual requested by counsel | 9/20/26 | 0.75 | 950.25 | 712.69 |
| Cordero, Sofia | P. Judge & Sons, Inc. | UST Reports & Meetings | To finalize MOR June and professional fees with Ed | 9/20/26 | 1.00 | 950.25 | 950.25 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Rate Total | Total |
|---|---|---|---|---|---|---|---|
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | To finalize MOR June and professional fees with Ed | 9/20/26 | 1.00 | 950.25 | 950.25 |
| Unkles, Edward | Amex Shipping Agent, Inc. | UST Reports & Meetings | Judge \| July MOR | 9/21/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| July MOR, professional fees, corrs w SC | 9/21/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Judge Organization, LLC | UST Reports & Meetings | Judge \| July MOR | 9/22/26 | 1.50 | 525.00 | 787.50 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Review of time for August; meeting with Ed. | 9/22/26 | 0.50 | 824.25 | 412.13 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge \| Corrs w Sofia re billing, finalize the billing support tables | 9/22/26 | 0.75 | 525.00 | 393.75 |
| Unkles, Edward | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Judge \| Finalize the 10th interim fee statement, circulate to KH and SC | 9/22/26 | 1.00 | 525.00 | 525.00 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I saved information in the sales binder | 9/22/26 | 0.25 | 157.50 | 39.38 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Fee/Employment Applications (Other Professionals) | review of billing changes and questions from Ed on payments for invoice submission | 9/22/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | review of billing changes and questions from Ed on payments for invoice submission | 9/22/26 | 0.50 | 950.25 | 475.13 |
| Cordero, Sofia | Amex Shipping Agent, Inc. | Asset Disposition | call with Ale to update cure schedule with post petition balances to discuss with counsel | 9/23/26 | 0.75 | 950.25 | 712.69 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| July MOR | 9/23/26 | 3.00 | 525.00 | 1,575.00 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| July MOR | 9/23/26 | 2.00 | 525.00 | 1,050.00 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| July MOR | 9/23/26 | 2.00 | 525.00 | 1,050.00 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Asset Disposition | call with Ale to update cure schedule with post petition balances to discuss with counsel | 9/23/26 | 0.75 | 950.25 | 712.69 |
| Loaiza Londono, Alejandra N | Amex Shipping Agent, Inc. | Asset Disposition | Worked on updating cure schedule | 9/24/26 | 2.00 | 309.75 | 619.50 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| July MOR | 9/24/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| July MOR | 9/24/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | Judge \| July MOR | 9/24/26 | 1.00 | 525.00 | 525.00 |
| Hamernik, Kevin J | Judge Organization, LLC | Fee/Employment Applications (Other Professionals) | Review, edit and comment on 10th fee application; back to Ed and Sofia. | 9/24/26 | 0.75 | 824.25 | 618.19 |
| Unkles, Edward | Judge Warehousing, LLC | Fee/Employment Applications (Other Professionals) | Judge \| Call w SC re Professional fees summary for July | 9/24/26 | 1.00 | 525.00 | 525.00 |
| Unkles, Edward | P. Judge and Sons Trucking, LLC | Fee/Employment Applications (Other Professionals) | Judge \| Final August fee statement, corrs w KH and SC and send to Mariam | 9/24/26 | 1.00 | 525.00 | 525.00 |
| Loaiza Londono, Alejandra N | P. Judge and Sons Trucking, LLC | Asset Disposition | Worked on updating cure schedule | 9/24/26 | 2.00 | 309.75 | 619.50 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | TRK & WHS Judge Bankruptcy - Items requested, assisted Ale with questions, Call with Sofia. | 9/24/26 | 1.25 | 399.00 | 498.75 |
| Cordero, Sofia | Judge Warehousing, LLC | UST Reports & Meetings | billing for August review with Ed and review of items related to MOR for July - Professional fees and other questions | 9/24/26 | 1.00 | 950.25 | 950.25 |
| Loaiza Londono, Alejandra N | P. Judge & Sons, Inc. | Asset Disposition | Worked on updating the cure schedule as of 8.31.2026 | 9/24/26 | 1.50 | 309.75 | 464.63 |
| Celis Burgos, Hilary | P. Judge & Sons, Inc. | Business Operations | Judge Bankruptcy - Items requested, assisted Ale with questions, Call with Sofia. | 9/24/26 | 1.00 | 399.00 | 399.00 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I saved information in the binder | 9/24/26 | 0.50 | 157.50 | 78.75 |
| Cordero, Sofia | P. Judge & Sons, Inc. | Business Operations | question on filings for MSC 50 with Mike Wynne and Rich<br>Review of cure from Ale and notes | 9/24/26 | 0.50 | 950.25 | 475.13 |
| Loaiza Londono, Alejandra N | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | Worked on updating cure schedule | 9/24/26 | 2.00 | 309.75 | 619.50 |
| Celis Burgos, Hilary | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Judge Bankruptcy - Items requested, assisted Ale with questions, Call with Sofia. | 9/24/26 | 1.00 | 399.00 | 399.00 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | invoices for August from court to provide client<br>review of landlord statement for cure and discrepancies with Ale | 9/24/26 | 0.50 | 950.25 | 475.13 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| Corrs w Mariam, interim fees, MORs | 9/25/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Judge Warehousing, LLC | UST Reports & Meetings | Judge \| MOR Professional fees | 9/25/26 | 1.00 | 525.00 | 525.00 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I saved information in the binder | 9/25/26 | 1.00 | 157.50 | 157.50 |
| Cordero, Sofia | Judge Organization, LLC | Asset Disposition | review cure schedule with counsel and Joe | 9/25/26 | 1.00 | 950.25 | 950.25 |
| Cordero, Sofia | Port Elizabeth Terminal & Warehouse Corp | Asset Disposition | review cure schedule with counsel and Joe | 9/25/26 | 1.00 | 950.25 | 950.25 |
| Nava, Edgar | P. Judge & Sons, Inc. | Business Operations | 26.09 Time to be reclassified 09.07.2026 - (2621202)- P. Judge and Sons Inc, - Gather all PDFs and redact them with Adobe Acrobat Pro License | 9/27/26 | 1.25 | 115.50 | 144.38 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | Asset Disposition | Meeting with client and legal on status of sale, likelihood of bids, etc. | 9/28/26 | 0.25 | 824.25 | 206.06 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Business Operations | Judge \| Weekly call w Counsel | 9/28/26 | 0.50 | 525.00 | 262.50 |
| Hamernik, Kevin J | Judge Warehousing, LLC | UST Reports & Meetings | QR of MORs for July; back to Ed | 9/28/26 | 0.70 | 824.25 | 576.98 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I saved the insurance policies | 9/28/26 | 0.25 | 157.50 | 39.38 |
| Hamernik, Kevin J | P. Judge & Sons, Inc. | UST Reports & Meetings | QR of MORs for July; back to Ed | 9/28/26 | 0.70 | 824.25 | 576.98 |
| Hamernik, Kevin J | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | QR of MORs for July; back to Ed | 9/28/26 | 0.70 | 824.25 | 576.98 |
| Hamernik, Kevin J | P. Judge and Sons Trucking, LLC | UST Reports & Meetings | QR of MORs for July; back to Ed | 9/28/26 | 0.70 | 824.25 | 576.98 |
| Hamernik, Kevin J | Amex Shipping Agent, Inc. | UST Reports & Meetings | QR of MORs for July; back to Ed | 9/28/26 | 0.70 | 824.25 | 576.98 |

| Staff Name | Client Name | Category | Detail | Date | Hours | Rate Total | Total |
|---|---|---|---|---|---|---|---|
| Unkles, Edward | P. Judge & Sons, Inc. | UST Reports & Meetings | Judge \| Review and update MORs, corrs w KH re MORs | 9/29/26 | 0.50 | 525.00 | 262.50 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | Fee/Employment Applications (Other Professionals) | Judge \| Review final fee application from Mariam | 9/29/26 | 0.25 | 525.00 | 131.25 |
| Unkles, Edward | Port Elizabeth Terminal & Warehouse Corp | UST Reports & Meetings | Judge \| Finalize and send July MORs | 9/30/26 | 1.50 | 525.00 | 787.50 |
| Unkles, Edward | Judge Warehousing, LLC | Business Operations | Judge \| Intercompany loans - Call w Sofia, email to Antonio, review internal BS | 9/30/26 | 0.50 | 525.00 | 262.50 |
| Ryan, Spencer G | P. Judge & Sons, Inc. | Business Operations | AR, AP, redacting, and TB importing 08/2026 | 9/30/26 | 8.00 | 147.00 | 1,176.00 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I worked on the August closing | 9/30/26 | 2.25 | 157.50 | 354.38 |
| Mejia, Antonio | P. Judge & Sons, Inc. | Business Operations | 26.09 I saved information in the binder | 9/30/26 | 0.25 | 157.50 | 39.38 |
| | | | | | | **Total** | **61,090.31** |
| | | | | | | Data Room | 500.00 |
| | | | | | | **Grand Total** | **61,590.31** |