# EXHIBIT B

**Invoice**

FBT Gibbons

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
FBT Gibbons LLP | www.FBTGibbons.com

**Ryder Transportation Services**
**Attn: Mike S. Mandell, Chairperson for Official Committee**
**2333 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Fed # 61-0722001
November 11, 2026
Invoice # 210728384
Account # G119121.G114792

**RE: Port Elizabeth Terminal & Warehouse Corp., et al.**

| | |
|---|---|
| For Professional Services Rendered Through October 31, 2026 | 36,274.50 |
| **TOTAL THIS INVOICE:** | **36,274.50** |
| Outstanding Invoices (see page 2 for details – if already paid please disregard) | 50,266.30 |
| **TOTAL AMOUNT DUE:** | **86,540.80** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTGibbons.com
**Wire Transfer Information:**
Account Name: FBT Gibbons LLP
Bank Name: US Bank, 425 Walnut Street, Cincinnati, OH 45202
Account Number: 821609195 – Routing Number: 042000013 – Swift Number: USBKUS44IMT

## RECAP OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Balance |
|---|---|---:|
| 07/23/26 | 210688982 | 12,286.60 |
| 08/31/26 | 210701031 | 7,176.70 |
| 09/15/26 | 210706454 | 3,545.50 |
| 10/21/26 | 210721428 | 27,257.50 |
| | **TOTAL** | **$50,266.30** |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 10/01/26 | (B200)(B210)(A108)Emails with UCC FA and debtors professionals regarding UST fees and related issues. | JSM | 0.50 | 550.00 |
| 10/01/26 | (L100)(L190)(A107)Emails to/from S. Ravin, J. Compitello and J. Mairo re: UST fees and UCC fee reserve. | CPA | 0.10 | 87.50 |
| 10/04/26 | (B300)(B320)(A104)Review docket entries regarding withdrawal of administrative claim motion. | JSM | 0.20 | 220.00 |
| 10/05/26 | (B100)(B130)(A107)Emails with debtor's team regarding status and cure schedule. | JSM | 0.30 | 330.00 |
| 10/05/26 | (B100)(B130)(A107)Emails to/from S. Ravin and J. Mairo confirming no competing bids. | CPA | 0.10 | 87.50 |
| 10/05/26 | (L100)(L190)(A107)Emails from S. Ravin, et al. re: Court conference. | CPA | 0.10 | 87.50 |
| 10/06/26 | (P200)(P200)(A105)Confer with J. Mairo re review of Assigned Contracts. | ENM | 0.20 | 77.00 |
| 10/06/26 | (P200)(P200)(A104)Review assigned contracts and leases; compare lease and contract schedules against supporting exhibits; identify and reconcile cure amounts; prepare revised assignment schedule reflecting cure claims and calculate aggregate cure amounts. | ENM | 1.50 | 577.50 |
| 10/06/26 | (P100)(P100)(A105)Email regarding review of bidding procedures and memorandum. | HPM | 0.40 | 172.00 |
| 10/06/26 | (P100)(P100)(A104)Review bidding procedures order and stalking horse APA and prepare summary memorandum. | HPM | 3.00 | 1,290.00 |
| 10/06/26 | (B100)(B130)(A108)Emails with UCC FA regarding cure schedule. | JSM | 0.30 | 330.00 |
| 10/06/26 | (B100)(B130)(A105)Confer with E. Munera regarding purchaser cure schedule and review information turned over. | JSM | 0.50 | 550.00 |
| 10/06/26 | (B100)(B130)(A105)Confer with H. McMutry regarding sale process and cure issues. | JSM | 0.40 | 440.00 |
| 10/06/26 | (B100)(B130)(A104)Review Huntington sale objection. | JSM | 0.20 | 220.00 |
| 10/06/26 | (B100)(B150)(A108)Emails with UCC regarding bidder | JSM | 0.50 | 550.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | update and cure schedule. | | | |
| 10/06/26 | (B100)(B130)(A107)Email from T. Falk re: declaration of assumed contracts. | CPA | 0.10 | 87.50 |
| 10/06/26 | (B100)(B130)(A104)Review current schedule of assumed contracts and leases. | CPA | 0.10 | 87.50 |
| 10/06/26 | (B100)(B130)(A106)Emails to/from J. Mairo and Committee re: sale status and assumed contracts and leases. | CPA | 0.10 | 87.50 |
| 10/06/26 | (L100)(L190)(A108)Email from Judge Papalia's chambers re: court conference. | CPA | 0.10 | 87.50 |
| 10/06/26 | (B100)(B130)(A104)Review Huntington Bank's limited objection to sale motion. | CPA | 0.10 | 87.50 |
| 10/06/26 | (B100)(B130)(A105)Emails to/from J. Mairo re: Huntington Bank limited objection. | CPA | 0.10 | 87.50 |
| 10/06/26 | (B100)(B130)(A108)Emails to/from R. Wright and J. Mairo re: cure issues. | CPA | 0.10 | 87.50 |
| 10/06/26 | (B100)(B130)(A104)Review bidding procedures timeline and related email from J. Mairo. | CPA | 0.10 | 87.50 |
| 10/07/26 | (B100)(B110)(A111)Attention to correspondence from Courtroom deputy regarding change of time of Status Conference; calendared accordingly. | ENM | 0.10 | 38.50 |
| 10/07/26 | (B100)(B130)(A104)Review timeline memo from H. McMutry. | JSM | 0.20 | 220.00 |
| 10/07/26 | (B100)(B150)(A106)Email with M. Mandell regarding UCC meeting. | JSM | 0.20 | 220.00 |
| 10/07/26 | (B100)(B150)(A108)Call with UCC regarding status of sale process and next steps. | JSM | 0.30 | 330.00 |
| 10/07/26 | (B100)(B150)(A111)Email agenda with timeline to UCC. | JSM | 0.30 | 330.00 |
| 10/07/26 | (B100)(B150)(A101)Prepare for weekly UCC Teams meeting. | CPA | 0.10 | 87.50 |
| 10/07/26 | (B100)(B150)(A106)Attend weekly UCC meeting via Teams. | CPA | 0.30 | 262.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 10/07/26 | (B100)(B130)(A104)Review notice of successful bidder. | CPA | 0.10 | 87.50 |
| 10/07/26 | (B100)(B130)(A106)Email from J. Mairo to Committee members re: upcoming dates/deadlines. | CPA | 0.10 | 87.50 |
| 10/07/26 | (L100)(L190)(A108)Emails from Judge Papalia's chambers and counsel re status conference. | CPA | 0.10 | 87.50 |
| 10/08/26 | (B100)(B130)(A104)File review in preparation for court conference. | JSM | 0.50 | 550.00 |
| 10/08/26 | (B100)(B130)(A109)Court conference with newly assigned judge to discuss case status and next steps. | JSM | 0.50 | 550.00 |
| 10/08/26 | (B100)(B130)(A107)Calls with Debtor counsel regarding sale status and related issues. | JSM | 0.30 | 330.00 |
| 10/08/26 | (B100)(B130)(A104)Review landlord objection. | JSM | 0.30 | 330.00 |
| 10/08/26 | (B100)(B130)(A105)Emails with H. McMutry regarding summary of objections. | JSM | 0.40 | 440.00 |
| 10/08/26 | (B100)(B130)(A105)Emails with H. McMutry regarding information requested regarding sale process. | JSM | 0.40 | 440.00 |
| 10/08/26 | (P100)(P100)(A105)Email regarding client question on bidding procedures and sale objection chart. | HPM | 0.50 | 215.00 |
| 10/08/26 | (B100)(B110)(A109)Attend informal Court status conference via Zoom. | CPA | 0.50 | 437.50 |
| 10/08/26 | (B100)(B130)(A104)Review F. Greek Bristol limited objection re: sale motion. | CPA | 0.10 | 87.50 |
| 10/08/26 | (B100)(B130)(A105)Email from J. Mairo to H. McNulty re: sale objections. | CPA | 0.10 | 87.50 |
| 10/09/26 | (B100)(B130)(A104)Review sale objection filed by Huntington. | JSM | 0.30 | 330.00 |
| 10/09/26 | (B100)(B130)(A104)Review Seagis's limited objection to sale motion. | CPA | 0.20 | 175.00 |
| 10/09/26 | (B100)(B110)(A108)Email from S. Ravin re: conference to discuss sale hearing. | CPA | 0.10 | 87.50 |
| 10/09/26 | (B100)(B130)(A104)Review Seagis objection. | JSM | 0.20 | 220.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 10/09/26 | (B100)(B130)(A104)Review emails from debtor counsel regarding scheduling of status conference and sale hearing. | JSM | 0.20 | 220.00 |
| 10/12/26 | (P100)(P100)(A104)Review contract objections and sale objections and prepare summary chart. | HPM | 1.70 | 731.00 |
| 10/12/26 | (B100)(B130)(A105)Emails with H. McMutry regarding sale objections. | JSM | 0.30 | 330.00 |
| 10/12/26 | (B100)(B130)(A104)Review chart with sale objection summaries. | JSM | 0.30 | 330.00 |
| 10/12/26 | (B100)(B130)(A107)Call with debtor counsel regarding steps to take with sale hearing. | JSM | 0.50 | 550.00 |
| 10/12/26 | (B100)(B110)(A110)Attention to Notice of electronic filing in reference to the Monthly Operating Reports filed in the case for the period of July 2026. | ENM | 0.30 | 115.50 |
| 10/12/26 | (B100)(B130)(A104)Review memo re: sale/cure objections and related correspondence. | CPA | 0.30 | 262.50 |
| 10/12/26 | (B100)(B130)(A107)Emails from S. Ravin, et al. re: conference to discuss sale hearing. | CPA | 0.10 | 87.50 |
| 10/12/26 | (B100)(B130)(A107)Zoom meeting with counsel for Debtors and East Coast Warehouse re: sale hearing. | CPA | 0.50 | 437.50 |
| 10/13/26 | (B100)(B130)(A104)Review debtor message regarding court hearing and judge availability. | JSM | 0.20 | 220.00 |
| 10/13/26 | (B100)(B130)(A107)Email from S. Ravin re: sale hearing. | CPA | 0.10 | 87.50 |
| 10/13/26 | (B100)(B130)(A104)Review Duke Realty's limited objection re: sale motion. | CPA | 0.10 | 87.50 |
| 10/13/26 | (B100)(B130)(A104)Review Constellation Brands reservation of rights. | CPA | 0.10 | 87.50 |
| 10/14/26 | (B100)(B130)(A104)Review constellation reservation of rights. | JSM | 0.10 | 110.00 |
| 10/14/26 | (B100)(B130)(A104)Review debtor counsel message regarding scheduling. | JSM | 0.20 | 220.00 |
| 10/14/26 | (B100)(B150)(A108)Calls with UCC financial advisor and | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | UCC chair regarding need for meeting. | | | |
| 10/14/26 | (B100)(B150)(A108)Email UCC regarding status report on sale and related issues. | JSM | 0.30 | 330.00 |
| 10/15/26 | (B100)(B110)(A101)Draft Certificates of No Objections re FBT Gibbons 9th Monthly Fee Application and Dundon Advisers 8th Monthly Fee Application. | ENM | 0.30 | 115.50 |
| 10/16/26 | (B100)(B110)(A104)Review of docket entries for any objections filed to the Monthly Fee Applications of FBT Gibbons and Dundon Advisers; Correspondence to R. Wright and J. Mairo enc Certificates of No Objections for review and approval prior to filing. | ENM | 0.20 | 77.00 |
| 10/16/26 | (B100)(B110)(A111)File with the Court the Certificate of No Objections re FBT Gibbons 9th Monthly Fee Application and Dundon Advisers 8th Monthly Fee Application; Correspondence to Client with copy of filed copy and request of payment. | ENM | 0.40 | 154.00 |
| 10/16/26 | (B300)(B320)(A105)Emails with E. Munera regarding fee claim filings. | JSM | 0.20 | 220.00 |
| 10/16/26 | (B200)(B210)(A106)Emails with R. Wright regarding debtor operations and cash status. | JSM | 0.20 | 220.00 |
| 10/19/26 | (B100)(B130)(A108)Request buyer information for UCC member. | JSM | 0.20 | 220.00 |
| 10/19/26 | (B100)(B130)(A107)Emails with buyer counsel regarding same. | JSM | 0.20 | 220.00 |
| 10/20/26 | (B100)(B110)(A101)Confer with J. Mairo re 3rd Interim Fee Applications of FBT Gibbons and Dundon Advisers. | ENM | 0.10 | 38.50 |
| 10/20/26 | (B100)(B110)(A101)Review of Judge Vincent Papalia's local rules in reference to Fee Applications; Correspondence to R. Wright in preparation for the 3rd Interim Fee Application of Dundon Advisers. | ENM | 0.30 | 115.50 |
| 10/20/26 | (B100)(B160)(A101)Attention to correspondence from R. Wright regarding Dundon Advisers Nineth Monthly Fee Application. | ENM | 0.10 | 38.50 |
| 10/20/26 | (B100)(B130)(A107)Call message for debtor counsel. | JSM | 0.10 | 110.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| 10/20/26 | (B200)(B210)(A107)Call with debtor counsel regarding UST fees and related issues. | JSM | 0.30 | 330.00 |
| 10/21/26 | (B100)(B160)(A101)Draft of FBT Gibbons 10th monthly fee application; review of Dundon Advisers 9th Monthly Fee Application and draft Notice of Monthly Fee Application. | ENM | 1.10 | 423.50 |
| 10/21/26 | (B100)(B160)(A101)Draft of FBT Gibbons 3rd Interim Fee Application. | ENM | 1.50 | 577.50 |
| 10/21/26 | (B100)(B150)(A106)Email from J. Mairo to Committee members re: update on sale process. | CPA | 0.10 | 87.50 |
| 10/21/26 | (B100)(B130)(A107)Emails to/from T. Falk and J. Mairo re: sale order. | CPA | 0.10 | 87.50 |
| 10/21/26 | (B100)(B130)(A104)Review sale order. | CPA | 0.20 | 175.00 |
| 10/21/26 | (B200)(B210)(A106)Call with R. Wright regarding operations, UST fees, and related issues. | JSM | 0.30 | 330.00 |
| 10/21/26 | (B100)(B150)(A108)Emails with UCC members regarding sale status and meeting. | JSM | 0.30 | 330.00 |
| 10/21/26 | (B100)(B130)(A107)Emails with ECW counsel and creditor regarding assigned contract. | JSM | 0.20 | 220.00 |
| 10/21/26 | (B100)(B130)(A107)Emails with debtor group regarding sale order. | JSM | 0.20 | 220.00 |
| 10/21/26 | (B100)(B130)(A105)Confer with A. Fatimah regarding sale order. | JSM | 0.30 | 330.00 |
| 10/21/26 | (P200)(P280)(A104)Review Asset Purchase Agreement and negotiated transaction provisions concerning certain issues raised by J. Mairo. | AF | 2.00 | 900.00 |
| 10/22/26 | (B100)(B110)(A110)Attention to Notice of Electronic filing in re to rescheduled sale hearing; calendared new date accordingly. | ENM | 0.10 | 38.50 |
| 10/22/26 | (B100)(B160)(A101)Continue working of FBT Gibbons 3rd Interim Fee Application; provided draft copy to J. Mairo for review. | ENM | 1.00 | 385.00 |
| 10/22/26 | (B100)(B130)(A104)Review sale order and related | JSM | 1.40 | 1,540.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | documents. | | | |
| 10/22/26 | (B100)(B130)(A105)Confer with A. Fatimah regarding sale order and related review. | JSM | 0.50 | 550.00 |
| 10/22/26 | (B100)(B130)(A107)Email debtor counsel comments/questions and revisions to sale order. | JSM | 0.60 | 660.00 |
| 10/22/26 | (B100)(B130)(A104)Review further revisions to sale order circulated by Debtor counsel. | JSM | 0.30 | 330.00 |
| 10/22/26 | (B100)(B130)(A107)Call with debtor counsel regarding sale order revisions. | JSM | 0.30 | 330.00 |
| 10/22/26 | (B100)(B130)(A107)Email debtor group regarding further sale order revisions. | JSM | 0.30 | 330.00 |
| 10/22/26 | (B200)(B210)(A107)Call with debtor counsel regarding UST fees and related issues. | JSM | 0.20 | 220.00 |
| 10/22/26 | (P200)(P280)(A104)Review and analyze proposed Sale Order, Asset Purchase Agreement and ancillary agreements regarding certain issues raised by J. Mairo. | AF | 2.40 | 1,080.00 |
| 10/22/26 | (P200)(P280)(A104)Confer with John S. Mairo regarding status and findings from review of proposed sale order and asset purchase agreement. | AF | 0.50 | 225.00 |
| 10/23/26 | (B100)(B160)(A101)Attention to correspondence from R. Wright re Dundon Adviser's 3rd Interim Fee Application. | ENM | 0.10 | 38.50 |
| 10/23/26 | (B100)(B130)(A107)Email from S. Ravin to Judge Papalia's chambers re: sale order. | CPA | 0.10 | 87.50 |
| 10/23/26 | (B100)(B110)(A108)Emails from J. Compitello, et al. re: UST fees. | CPA | 0.10 | 87.50 |
| 10/23/26 | (B200)(B210)(A107)Calls and emails with debtor counsel regarding UST payments and related issues. | JSM | 0.40 | 440.00 |
| 10/25/26 | (B100)(B130)(A104)Review ECW certification in support of sale. | JSM | 0.20 | 220.00 |
| 10/25/26 | (B100)(B130)(A104)Review emails regarding status of sale order revisions and submission to court. | JSM | 0.20 | 220.00 |
| 10/25/26 | (B100)(B130)(A104)Review email from debtor counsel | JSM | 0.30 | 330.00 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | with redlined Order to chambers. | | | |
| 10/25/26 | (B100)(B130)(A104)Review debtor's financial advisor declaration in support of sale, as well as revised reply brief of debtor. | JSM | 0.50 | 550.00 |
| 10/26/26 | (C000)(C100)(A104)Attention to correspondence from J. Mairo re: contracts and leases, review of updated contracts and draft of updated contracts and leases chart. | ENM | 0.70 | 269.50 |
| 10/26/26 | (B100)(B130)(A104)Review email redlined contract/lease list from buyer. | JSM | 0.20 | 220.00 |
| 10/26/26 | (B100)(B130)(A104)Review sale order revisions and email exchange with debtor counsel regarding same. | JSM | 0.40 | 440.00 |
| 10/26/26 | (B100)(B130)(A105)Emails with E. Munera regarding contract/lease list and modifications. | JSM | 0.20 | 220.00 |
| 10/26/26 | (B100)(B160)(A103)Revisions to FBT Gibbons 10th Monthly Fee Application. | ENM | 0.90 | 346.50 |
| 10/26/26 | (B100)(B130)(A107)Email from T. Falk re: sale order. | CPA | 0.10 | 87.50 |
| 10/26/26 | (B100)(B130)(A104)Review revised schedule of assigned contracts. | CPA | 0.10 | 87.50 |
| 10/26/26 | (B100)(B130)(A109)Attend sale hearing via Zoom. | CPA | 0.50 | 437.50 |
| 10/26/26 | (B100)(B130)(A104)Review proposed sale order. | CPA | 0.10 | 87.50 |
| 10/27/26 | (B100)(B160)(A101)Assemble of the Application and Exhibits of FBT Gibbons and Dundon Advisers Monthly Fee Applications. | ENM | 0.30 | 115.50 |
| 10/27/26 | (B100)(B160)(A111)File with the Court FBT Gibbons and Dundon Advisers Monthly Fee Applications for the month of September; email and mail service copies; calendared deadlines; Correspondence to R. Wright with filed copy. | ENM | 1.00 | 385.00 |
| 10/28/26 | (B100)(B160)(A101)Review and revisions to Dundon Advisers 3 Interim Fee Application; Correspondence to R. Wright re missing information. | ENM | 1.00 | 385.00 |
| 10/28/26 | (P200)(P200)(A104)Attention to correspondence from J. Mairo regarding review of contracts and leases identified in the Order approving the Asset Purchase Agreement to | ENM | 0.50 | 192.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|---|---|---|---|---|
| | confirm that the listed assigned contracts and leases are accurate and consistent with the Order. | | | |
| 10/28/26 | (B100)(B150)(A101)Review agenda for weekly Committee call and related correspondence. | CPA | 0.10 | 87.50 |
| 10/28/26 | (B100)(B150)(A106)Attend weekly Committee meeting via Teams. | CPA | 0.30 | 262.50 |
| 10/28/26 | (B100)(B130)(A107)Emails from T. Falk and J. Hampton re: sale order. | CPA | 0.10 | 87.50 |
| 10/28/26 | (B100)(B130)(A107)Emails and call with debtor counsel regarding sale order entry and related issues. | JSM | 0.50 | 550.00 |
| 10/28/26 | (B100)(B150)(A108)Emails with UCC regarding agenda for call and related documents. | JSM | 0.40 | 440.00 |
| 10/28/26 | (B100)(B150)(A106)Call with committee regarding agenda, including sale hearing and sale order updates. | JSM | 0.30 | 330.00 |
| 10/28/26 | (B100)(B130)(A104)Review contact assumption list and confer with E. Munera regarding same. | JSM | 0.50 | 550.00 |
| 10/29/26 | (B100)(B160)(A108)Attention to correspondence from R. Wright re revised 3rd Interim Fee Application of Dundon Advisers. | ENM | 0.10 | 38.50 |
| 10/30/26 | (B100)(B160)(A103)Revisions and updates to FBT Gibbons 3rd Interim Fee Application; draft copy to J. Mairo for review. | ENM | 0.80 | 308.00 |
| 10/30/26 | (B100)(B160)(A103)Review and Revisions to Dundon Advisers 3rd Interim Fee Application; copy to J. Mairo for review. | ENM | 0.80 | 308.00 |
| | | **Total:** | **49.20** | **$36,274.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Tkpr | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CPA | Christopher P. Anton | 5.90 | 875.00 | 5,162.50 |
| AF | Aubbah Fatimah | 4.90 | 450.00 | 2,205.00 |
| JSM | John S. Mairo | 19.40 | 1,100.00 | 21,340.00 |
| HPM | Heather P. McMutry | 5.60 | 430.00 | 2,408.00 |
| ENM | Edna N. Munera | 13.40 | 385.00 | 5,159.00 |
| | | **49.20** | | **36,274.50** |

## PHASE & TASK SUMMARY

| Phase | Task | Description | Hours | Amount |
|---|---|---|---|---|
| B100 | B110 | Case Administration | 2.50 | 1,305.50 |
| B100 | B130 | Asset Disposition | 18.10 | 19,032.50 |
| B100 | B150 | Meetings of and Communications with Creditors | 3.80 | 3,977.50 |
| B100 | B160 | Fee/Employment Applications | 8.70 | 3,349.50 |
| | | **SUB-TOTAL** | **33.10** | **27,665.00** |
| B200 | B210 | Business Operations | 1.90 | 2,090.00 |
| | | **SUB-TOTAL** | **1.90** | **2,090.00** |
| B300 | B320 | Plan and Disclosure Statement (including Business Plan) | 0.40 | 440.00 |
| | | **SUB-TOTAL** | **0.40** | **440.00** |
| C000 | C100 | Fact Gathering | 0.70 | 269.50 |
| | | **SUB-TOTAL** | **0.70** | **269.50** |
| L100 | L190 | Other Case Assessment, Development and Administration | 0.40 | 350.00 |
| | | **SUB-TOTAL** | **0.40** | **350.00** |

| | | | | |
|---|---|---|---|---|
| P100 | P100 | Project Administration | 5.60 | 2,408.00 |
| | | **SUB-TOTAL** | **5.60** | **2,408.00** |
| P200 | P200 | Fact Gathering/Due Diligence | 2.20 | 847.00 |
| P200 | P280 | Other | 4.90 | 2,205.00 |
| | | **SUB-TOTAL** | **7.10** | **3,052.00** |
| | | **TOTAL** | **49.20** | **36,274.50** |