# EXHIBIT A

## Time Detail

| User | Entry Date | Client | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|
| Jordan Olsen | 10/20/2026 | Port Elizabeth | Retention and Fee Applications | Ninth monthly fee app drafting | 1.40 | $495.00/hr | $693.00 |
| Jordan Olsen | 10/20/2026 | Port Elizabeth | Business Analysis | Revenue cash Flow Variance 10/4-10/17 analysis | 1.50 | $495.00/hr | $742.50 |
| Jordan Olsen | 10/22/2026 | Port Elizabeth | Retention and Fee Applications | Third interim fee app drafting | 3.30 | $495.00/hr | $1,633.50 |
| Jordan Olsen | 10/28/2026 | Port Elizabeth | Retention and Fee Applications | 3rd interim fee app edits | 1.30 | $495.00/hr | $643.50 |
| **Totals For Jordan Olsen** | | | | | **7.50** | | **$3,712.50** |
| Rick Wright | 10/06/2026 | Port Elizabeth | Business Analysis | Cure schedules. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 10/07/2026 | Port Elizabeth | Business Analysis | Cure schedules. | 0.20 | $960.00/hr | $192.00 |
| Rick Wright | 10/07/2026 | Port Elizabeth | Sales Process | UCC call re sale process | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 10/14/2026 | Port Elizabeth | Sales Process | Call with debtor advisor re sale process, etc. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 10/20/2026 | Port Elizabeth | Retention and Fee Applications | September fee application. | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 10/21/2026 | Port Elizabeth | Business Analysis | Variance analysis report. | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 10/23/2026 | Port Elizabeth | Retention and Fee Applications | Interim fee app | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 10/28/2026 | Port Elizabeth | Retention and Fee Applications | 3rd interim | 0.40 | $960.00/hr | $384.00 |
| Rick Wright | 10/28/2026 | Port Elizabeth | Committee Member/Professional Meetings & Communications | UCC call | 0.30 | $960.00/hr | $288.00 |
| Rick Wright | 10/29/2026 | Port Elizabeth | Retention and Fee Applications | 3rd interim | 0.50 | $960.00/hr | $480.00 |
| **Totals For Rick Wright** | | | | | **3.40** | | **$3,264.00** |
| | | | **Grand Total** | **10.90** | **10.90** | **$6,976.50** | |