**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
John S. Mairo
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In Re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (VFP)<br>(Jointly Administered)<br><br>Related Docket No.: **530** |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRD INTERIM APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2026 THROUGH AUGUST 31, 2026**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Third Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2026 through August 31, 2026* [**D.I. 530**] (the "Third Interim Fee Application"), filed by Dundon Advisers LLC ("Dundon Advisers"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), on November 4, 2026. The deadline to object to the Second Interim Fee Application was November 24, 2026.

1 The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

As of the date hereof, the undersigned further certifies that a review of the Court's docket in this case indicates that no objections or responses to the Second Interim Fee Application have been filed.

WHEREFORE, Dundon Advisers respectfully requests that an order substantially in the form attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: November 25, 2026

**FBT GIBBONS LLP**

*/s/ John S. Mairo*
John S. Mairo
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: jmairo@fbtgibbons.com

*Counsel to the Official Committee of Unsecured Creditors*

G119121.G114792 4899-3792-3767v1