# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>PORT ELIZABETH TERMINAL & WAREHOUSE CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22123 (VFP)<br><br>(Jointly Administered) |

**ORDER GRANTING THIRD INTERIM APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2026, THROUGH AUGUST 31, 2026**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **GRANTED**.

[1] The last four digits of each Debtors' tax identification number are as follows: Port Elizabeth Terminal & Warehouse, Corp. (6485), P. Judge & Sons, Inc. (3713), Amex Shipping Agent, Inc. (4699), the Judge Organization, LLC (8267), P. Judge & Sons Trucking, LLC (9853), and Judge Warehousing, LLC (6690). The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 13 Manor Road, East Rutherford, NJ 07073.

**Debtor:** *Port Elizabeth Terminal & Warehouse Corp.*
**Case No:** 25-22123 (VFP)
**Order:** *Order Granting Third Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2026 through August 31, 2026.*

---

Upon the *Third Interim Application of Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2026, through August 31, 2026* (the "Application") of Dundon Advisers LLC ("Dundon Advisers"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Port Elizabeth Terminal & Warehouse Corp. (the "Debtors"), for allowance of compensation and reimbursement of expenses for the interim period from June 1, 2026 through August 31, 2026 (the "Interim Compensation Period"); and due and proper notice of the Application having been provided; and it appearing that no other or further notice of the Application is required; and it appearing that this Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey, entered July 23, 1984, and amended September 18, 2012, and June 6, 2025; and it appearing that venue is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.
2. Dundon Advisers is hereby allowed interim compensation for services rendered to the Committee in the sum of $36,625.50 and reimbursement for costs incurred in the sum of $0.00 for the Interim Compensation Period.

3. The Debtors are hereby authorized and directed to pay Dundon Advisers the outstanding amount of such sums allowed pursuant to Paragraph 2 above within seven (7) days of the entry of this Order, which outstanding sum is $7,325.10.
4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and implementation of this Order.